| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>BROWN RUDNICK LLP<br>David M. Stein (#198256)<br>2211 Michelson Drive, 7th Floor, Irvine, CA, 92612<br>T: (949) 752-7100<br>Michael J. Bowe (pro hac vice application forthcoming)<br>Lauren Tabaksblat (pro hac vice application forthcoming)<br>Danielle A. D'Aquila (pro hac vice application forthcoming)<br>7 Times Square, New York, NY 10036, T: (212) 209-4800<br>ATTORNEY(S) FOR: PLAINTIFFS | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites and Jane Doe Nos. 1 through 33,<br><br>Plaintiff(s),<br>v.<br>MindGeek S.A.R.L., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-4920<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SERENA FLEITES | Plaintiff |
| JANE DOE NOS. 1 through 33 | Plaintiffs |
| MINDGEEK S.A.R.L. | Defendant |
| MG FREESITES, LTD. | Defendant |
| MINDGEEK USA INCORPORATED | Defendant |
| MG PREMIUM LTD. | Defendant |
| RK HOLDINGS USA INC. | Defendant |
| MG GOLBAL ENTERTAINMENT INC. | Defendant |
| TRAFFICJUNKY INC. | Defendant |
| BERND BERGMAIR | Defendant |
| FERAS ANTOON | Defendant |
| DAVID TASSILLO | Defendant |

[Parties continued on additional page, Appendix A]

| | |
|---|---|
| June 17, 2021<br>Date | /s/ Michael J. Bowe<br>Signature |

Attorney of record for (or name of party appearing in pro per):

PLAINTIFFS