Appendix A: Continued List of Interested Parties

| PARTY | CONNECTION/INTEREST |
|---|---|
| COREY URMAN | DEFENDANT |
| BERND BERGMAIR | DEFENDANT |
| VISA INC. | DEFENDANT |
| COLBECK CAPITAL DOES 1-10 | DEFENDANT |
| BERGMAIR DOES 1-10 | DEFENDANT |
| | |