Michael J. Bowe
(*pro hac vic application forthcoming*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vic application forthcoming*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(*pro hac vic application forthcoming*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 hereby file this Notice of Pendency of Other Actions or Proceedings under Central District of California Local Rule 83-1.4.

1. This case involves substantially the same subject matter as an action pending in the United States District Court for the Southern District of California brought by plaintiffs Jane Doe Nos. 1 through 50, inclusive individuals. That action is captioned *Jane Doe Nos. 1 through 40 v. MG Freesites, Ltd. et al.*, Civil Action No. 3:20-cv-02440-LSC, filed December 15, 2020 and as amended on April 1, 2021 ("Southern District of California Action").

2. Plaintiffs in the Southern District of California Action are represented by the following counsel:

Brian M. Holm

Holm Law Group, PC

171 Saxony Road, Suite 203

Encinitas, California 92024

T: 858.433.2001

brian@holmlawgroup.com


John J. O'Brien

The O'Brien Law Firm, APLC

1804 Garnet Ave., Suite 408

San Diego, California 92109

T: 619.535.5151

john@theobrienlawfirm.com


Edward D. Chapin

Cara W. Van Dorn

Sanford Heisler Sharp, LLP

655 W Broadway, Suite 1700

San Diego, California 92101

T: (619) 577-4253

echapin2@sanfordheisler.com

cvandorn@sanfordheisler.com

3. The Southern District of California Action is an action seeking damages and injunctive relief against defendants – (i) MG Freesites, Ltd., dba "Pornhub," a foreign entity, (ii) MindGeek S.a.r.l., a foreign entity, (iii) MindGeek USA, Incorporated, a Delaware corporation; (iv) MG Billing US Corp., dba "Probiller.com," a Delaware corporation, and (v) 9219-1568 Quebec, Inc., dba "MindGeek," a foreign entity – based on allegations that defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), specifically 18 U.S.C. § 1595, by financially benefiting from a sex trafficking venture in which plaintiffs were victims.

4. This case involves substantially the same subject matter as an action pending in the United States District Court for the Northern District of Alabama Western Division brought by Plaintiffs Jane Doe #1 and Jane Doe #2, on behalf of themselves and all others similarly situated. This action is captioned *Doe. #1 et al., v. MG Freesites LTD et al.*, Civil Action No. 7:21-cv-00220-LSC, filed February 11, 2021 ("Alabama Action").

5. Plaintiffs in the Alabama Action are represented by the following counsel:

Gregor Zarzaur

The Zarzaur Law Firm

2332 Second Avenue North

Birmingham, Alabama 35203

T: (205) 983-7985

gregory@zarzaur.com

Joshua P. Hayes

```
 1    Prince Glover Hayes
 2    701 Mine Road
 3    Tuscaloosa, Alabama 35406
 4    T: (205) 345-1234
 5    jhayes@princelaw.net
 6
 7    Kimberly Lambert Adams
 8    Levin Papantonio Rafferty
 9    316 S. Baylen Street, Suite 600
10    Pensacola, Florida 32502
11    T: (850) 435-7056
12    kadams@levinlaw.com
13
14    Briant Kent
15    Gaateno D. Andrea
16    Jill P. Roth
17    M. Steward Ryan
18    Alexandria MacMaster
19    Laffey, Bucci & Kent, LLP
20    1100 Ludlow Street, Suite 300
21    Philadelphia, Pennsylvania 19107
22    T: (215) 399-9255
23    bkent@lbk-law.com
24    gdandrea@lbk-law.com
25    jroth@lbk-law.com
26    sryan@lbk-law.com
27    amacmaster@lbk-law.com
28
```

4

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

| | |
|---|---|
| 1 | Benjamin W. Bull |
| 2 | Peter A. Gentala |
| 3 | Dani Bianculli Pinter |
| 4 | Christen M. Price |
| 5 | National Center On Sexual Exploitation |
| 6 | 1201 F Street NW, Suite 200 |
| 7 | Washington, D.C. 20004 |
| 8 | T: (202) 393-7245 |
| 9 | lawcenter@ncose.com |
| 10 | |
| 11 | Kevin Dooley Kent |
| 12 | Mark B. Schoeller |
| 13 | Joseph W. Jesiolowski |
| 14 | Conrad O'Brien PC |
| 15 | Louis C. Bechtle |
| 16 | Centre Square West Tower |
| 17 | 1500 Market Street, Suite 3900 |
| 18 | Philadelphia, Pennsylvania 19102 |
| 19 | T: (215) 864-9600 |
| 20 | kkent@conradobrien.com |
| 21 | mschoeller@conradobrien.com |
| 22 | jjeisolowski@conradobrien.com |
| 23 | lbechtle@conradobrien.com |

6. The Alabama Action is a class action seeking damages and injunctive relief against defendants – (i) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity, (ii) MG Freesites II Ltd., a foreign entity, (iii) MindGeek S.A.R.L., a foreign entity, (iv) MindGeek USA, Incorporated, a Delaware corporation, (v) MG CY Holdings Ltd., a foreign entity, (vi) MindGeek Content RT Limited, a foreign entity, (vii) 9219-1568

Quebec Inc. d/b/a MindGeek, a foreign entity, and (viii) MG Billing Ltd., a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiffs and members of the class were victims. Further, plaintiffs allege that the defendants violated 18 U.S.C. §§ 2252 and 2252A by knowingly receiving, possessing, and distributing child pornography on behalf of a purported class defined as: "[a]ll persons, who were eighteen years of age at the time they were depicted in any video or image, (1) in any commercial sex act as defined under 18 U.S.C. §§ 1591 and 1595, or (2) in any child pornography as defined under 18 U.S.C. § 2252A, that has been made available for viewing on any website owned or operated by the Defendants." Compl. ¶ 139, Dkt. #1, *Doe. #1 et al., v. MG Freesites LTD et al.*, Civil Action No. 7:21-cv-00220-LSC (N.D. Ala. 2021).

|  |  |
|---|---|
| DATED: June 17, 2021 | Respectfully submitted,<br><br>BROWN RUDNICK LLP<br><br>By: */s/ Michael J. Bowe*<br>Michael J. Bowe<br>*(pro hac vice application forthcoming)*<br><br>*Attorney for Plaintiffs* |