Michael J. Bowe
(*pro hac vice application forthcoming*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice application forthcoming*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(*pro hac vice application forthcoming*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920<br><br>**PLAINTIFFS' NOTICE OF RELATED CASE** |

Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 hereby file this Notice of Related Case under Central District of California Local Rule 83-1.3.1 regarding the following action filed on February 19, 2021 in this District Court: *Jane Doe v. MindGeek USA Incorporated et al.*, Civil Action No. 8:21-cv-00338-CJC-ADS, currently pending before the Honorable Cormac J. Carney and the Honorable Autumn D. Spaeth.  The actions have a substantial overlap in defendants and have some of the same factual allegations.  It would further the interests of judicial efficiency to have them heard by the same judge.

The related action is a class action seeking damages and injunctive relief against defendants – (i) MindGeek USA Incorporated (ii) MindGeek S.A.R.L., (iii) MG Freesites, Ltd., (d/b/a Pornhub), (iv) MG Freesites II, Ltd., (v) MG Content RT Limited, and (vi) 9219-1568 Quebec Inc. (d/b/a MindGeek) – based on allegations that defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which the plaintiff and members of the class were victims.  Further, the plaintiff in the related action alleges that the defendants violated 18 U.S.C. § 2258A by failing to report child sexual abuse materials on their websites and 18 U.S.C. § 2252A for knowingly receiving and distributing child pornography depicting plaintiff and the class on their websites.

The purported class in the related action is defined as "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." Compl. ¶ 112, Dkt. #1, *Jane Doe v. MindGeek USA Incorporated et al.*, Civil Action No. 8:21-cv-00338-CJC-ADS (C.D. Cal. 2021).

Plaintiff in the related action is represented by the following counsel: Susman Godfrey L.L.P. and Pollock Cohen LLP.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: June 17, 2021 | BROWN RUDNICK LLP |
| 3 | | |
| 4 | | By: */s/ Michael J. Bowe* |
| 5 | | Michael J. Bowe |
| | | (*pro hac vice application forthcoming*) |
| 6 | | |
| 7 | | *Attorney for Plaintiffs* |