ATTACHMENT 1(a) TO CIVIL COVER SHEET

Defendants:

MINDGEEK S.A.R.L.

MG FREESITES, LTD.

MINDGEEK USA INCORPORATED

MG PREMIUM LTD.

RK HOLDINGS USA INC.

MG GLOBAL ENTERTAINMENT INC

TRAFFICJUNKY INC.

BERND BERGMAIR

FERAS ANTOON

DAVID TASSILLO

COREY URMAN

VISA INC.

COLBECK CAPITAL DOES 1-10

BERGMAIR DOES 1-10

<u>ATTACHMENT 1(c) TO CIVIL COVER SHEET</u>

<u>Plaintiff's Attorneys:</u>

Michael J. Bowe (*pro hac vice application forthcoming*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice application forthcoming*)
ltabaksblat@brownrudnick.com
Danielle D'Aquila (*pro hac vice application forthcoming*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514