

Michael J. Bowe
(*pro hac vic application forthcoming*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vic application forthcoming*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(*pro hac vic application forthcoming*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

1

## **[PROPOSED] ORDER**

2    THIS MATTER comes before this Court upon Doe Plaintiffs' Motion for

3  Leave to Proceed under Pseudonyms. After full consideration, and good cause

4  appearing to the Court, IT IS HEREBY ORDERED THAT:

5    1.    Doe Plaintiffs are granted leave to proceed in this litigation under

6  pseudonyms Jane Does;

7    2.    Doe Plaintiffs must be referred to by all parties in all public filings,

8  including the Complaint, as Jane Does;

9    3.    The identities of Doe Plaintiffs shall not be otherwise disclosed.

10

11    IT IS SO ORDERED.

12

13  Dated:

                        _____

14                      Hon.
                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2