# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21-cv-04920-CBM-AFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 6/17/2021 | 6 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**




*Other Error(s):*

Summons is directed to a non-defendant.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your summons request.

Clerk, U.S. District Court

Date: June 17, 2021

By: /s/ *Luz Hernandez*
 *luz_hernandez@cacd.uscourts.gov*
    Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**