David M. Stein
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Tel: 949-440-0231
Fax: 949-486-3686

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s)<br>v.<br><br>MINDGEEK S.A.R.L. et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:21-cv-04920-CBM-AFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tabaksblat, Lauren         of  BROWN RUDNICK LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       7 Times Square
212-209-4800    212-209-4801                New York, New York 10036
*Telephone Number*  *Fax Number*
ltabaksblat@brownrudnick.com
*E-Mail Address*                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SERENA FLEITES and JANE DOE NOS. 1 through 33

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other:

and designating as Local Counsel
Stein, David M.                of  BROWN RUDNICK LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     2211 Michelson Drive
198256    949-440-0231   949-486-3686        7th Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Irvine, CA 92612
dstein@brownrudnick.com
*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

                        U.S. District Judge/U.S. Magistrate Judge