# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s)<br><br>v.<br><br>MINDGEEK S.A.R.L. et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bowe, Michael J.     of     BROWN RUDNICK LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     7 Times Square
                                                                                         New York, New York 10036
212-209-4800           212-209-4801
*Telephone Number*     *Fax Number*

mbowe@brownrudnick.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SERENA FLEITES and JANE DOE NOS. 1 through 33

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Stein, David M.     of     BROWN RUDNICK LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     2211 Michelson Drive
                                                                                         7th Floor
198256     949-440-0231     949-486-3686     Irvine, CA 92612
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dstein@brownrudnick.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   June 25, 2021
                                                                         _____
                                                                         U.S. District Judge