# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s)<br><br>v.<br><br>MINDGEEK S.A.R.L. et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Tabaksblat, Lauren** of **BROWN RUDNICK LLP, 7 Times Square, New York, New York 10036**
*Applicant's Name (Last Name, First Name & Middle Initial)*

**212-209-4800** — *Telephone Number*    **212-209-4801** — *Fax Number*

**ltabaksblat@brownrudnick.com** — *E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**SERENA FLEITES and JANE DOE NOS. 1 through 33**

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

**Stein, David M.** of **BROWN RUDNICK LLP, 2211 Michelson Drive, 7th Floor, Irvine, CA 92612**
*Designee's Name (Last Name, First Name & Middle Initial)*

**198256** — *Designee's Cal. Bar No.*    **949-440-0231** — *Telephone Number*    **949-486-3686** — *Fax Number*

**dstein@brownrudnick.com** — *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated **June 25, 2021**

_____
U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1