| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David M. Stein (#198256)<br>BROWN RUDNICK LLP<br>2211 MICHELSON DRIVE 7TH FLOOR<br>IRVINE , CA 92612<br>  Telephone No:  949-752-7100 | *For Court Use Only* |

| | |
|---|---|
|   *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>036358.0001 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Central District of California

*Plaintiff:*   SERENA FLEITES and JANE DOE NOS. 1 through 33
*Defendant:*   MINDGEEK S.A.R.L., et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>21-cv-04920-CJC (ADSx) |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Granting Plaintiffs' Motion for Leave to Proceed Under a Pseudonym; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiffs' Notice of Pendency of Other Actions or Proceedings; Plaintiffs' Notice of Related Case; Notice of Assignment to United States Judges

3.  *a.*   *Party served:*        MINDGEEK S.A.R.L.
    *b.*   *Person served:*     John Montijo, Intake Specialist, CT Corporation System, Registered Agent
                               Authorized to accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*   330 N. Brand Blvd Suite 700, Glendale, CA 91203

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jul 09 2021 (2) at: 12:40 PM

6.  *Person Who Served Papers:*
    a. Douglas Forrest (5141, Los Angeles)                    **d.** *The Fee for Service was:*  $317.38
    **b. FIRST LEGAL**
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
    c. (714) 541-1110

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                         _____
07/12/2021

*(Date)*                                              *(Signature)*



**PROOF OF SERVICE**

5873584
(11677554)