Michael J. Bowe
(Admitted *Pro Hac Vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(Admitted *Pro Hac Vice*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(Admitted *Pro Hac Vice*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>Defendants. | CASE NO. 2:21-cv-4920<br><br>**NOTICE OF ERRATA** |

## NOTICE OF ERRATA

Plaintiffs respectfully submit this errata to their Proof of Service of Summons on behalf of Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, which was filed on July 13, 2021 at Docket No. 24. Due to an inadvertent typographical error in the Proof of Service, Plaintiffs filed an incorrect Proof of Service of Summons. Plaintiffs have linked this errata to their previous filing to correct this matter.

DATED: July 14, 2021

Respectfully submitted,

BROWN RUDNICK LLP

By: */s/ Michael J. Bowe*
Michael J. Bowe
*(*Admitted *Pro Hac Vice*)

*Attorneys for Plaintiffs*