BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>              Plaintiffs,<br><br>       v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>              Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br>Courtroom: 9B<br><br>**UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1        Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG
2    Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
3    TrafficJunky Inc. (collectively "MindGeek Defendants") and Defendants Bernd
4    Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual
5    Defendants"), and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, all by
6    and through their counsel jointly move for an Order entering the Proposed Stipulation
7    to Set Time to Respond to Initial Complaint and Expand Page Limits (the
8    "Stipulation"), enclosed herein as Exhibit A.  Pursuant to L.R. 7-3, MindGeek
9    Defendants, Individual Defendants and Plaintiffs have conferred with the remaining
10   Defendants regarding this motion and related Stipulation, and no party opposes the
11   requested relief or will be filing any response.  In support of its motion, MindGeek
12   Defendants, Individual Defendants and Plaintiffs aver the following:

13       1.    The Complaint initiating this action was filed on June 17, 2021.  [Dkt.
14   1].  On July 9, 2021, Plaintiffs effected service on MindGeek USA Inc.  Therefore,
15   pursuant to Fed. R. Civ. P. 12(a)(1), MindGeek USA Inc. must file a responsive
16   pleading by July 30, 2021.

17       2.    To date, the six remaining MindGeek Defendants, five of which are
18   foreign citizens, have not yet been served.  For the foreign defendants, Plaintiffs are
19   required to effect service pursuant to the Hague Service Convention, a process which
20   is likely to cause significant delay and expense.

21       3.    In the interest of judicial economy, and in order to relieve Plaintiffs of
22   the efforts required to comply with the Hague Service Convention, the unserved
23   MindGeek Defendants have agreed to waive service, reserving all defenses or
24   objections to the lawsuit (including lack of personal jurisdiction), except as to service
25   or the absence of service.

26       4.    On July 23, 2021, Plaintiffs sent Individual Defendants requests to waive
27   service of the Summons and Complaint, pursuant to Fed. R. Civ. P. 4(d)(1).  The
28   Individual Defendants, who are foreign citizens residing outside the United States,

intend to waive service, pursuant to Rule 4(d)(1) and (3). Following such waiver, Individual Defendants' deadline to respond to the Complaint would be October 21, 2021, pursuant to Rule 4(d)(3), since the requests to waive service were sent to them outside any judicial district of the United States. By waiving service pursuant to Rule 4(d) and by entering the instant stipulation, Individual Defendants expressly reserve all defenses or objections to this lawsuit (including lack of personal jurisdiction) except as to service or the absence of service.

5.    In order to provide adequate time for the MindGeek Defendants and Individual Defendants to respond to Plaintiffs' lengthy Complaint, the parties hereto have agreed to a modified briefing schedule. The Stipulation would provide MindGeek Defendants 90 days from the date of their request to Plaintiffs on July 19, 2021, to file a responsive pleading. (*See* Ex. A at 2). The Stipulation would require Individual Defendants to respond in slightly less than 90 days from the date that Plaintiffs sent waiver requests under Rule 4(d)(1). Plaintiffs' deadline to respond to any motion filed as to the Complaint would be extended to 35 days, and MindGeek Defendants and Individual Defendants would be given 28 days to submit any reply in support of such motion. (*Id*.). The Stipulation also expands the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto to fifty (50) pages. (*Id*.).

6.    Good cause exists to grant the parties' jointly requested relief. Plaintiffs' Complaint is brought on behalf of 34 Plaintiffs, spans more than 175 pages, and contains 644 numbered paragraphs. The Complaint includes 19 separate counts, brought on behalf of varying combinations of the 34 Plaintiffs. These claims implicate complex factual and legal issues under both federal and state law and warrant additional time and space for the parties to brief these issues.

7.    Further, the Stipulation would prevent the confusion, delay, and judicial waste associated with piecemeal litigation. As stated above, only MindGeek USA Inc. has been served or has a current responsive pleading deadline. The remainder of

the MindGeek Defendants, most of whom must be served through the Hague Service Convention, could be reasonably expected to receive proper service on a rolling basis, generating a unique briefing schedule for each Defendant. Similarly, in the absence of the Stipulation, Individual Defendants would have different response deadlines than the MindGeek Defendants. Instead, the Stipulation would allow for contemporaneous briefing by all of the MindGeek Defendants, as well as Individual Defendants and afford a more efficient process for the Court to consider these issues. The requested relief is therefore in the interest of both the parties hereto and the Court.

**WHEREFORE**, MindGeek Defendants, Individual Defendants and Plaintiffs respectfully requests that this Court:

A. Grant this Unopposed Joint Motion for Entry of Stipulation to Set the MindGeek Defendants' and Individual Defendants' Time to Respond to Initial Complaint and Expand Page Limits;

B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order in this matter; and

C. Grant such other and further relief as justice and equity may require.

1  DATED: JULY 23, 2021           RESPECTFULLY SUBMITTED,

2

3                                    _/s/    David M. Stein_____
                                    DAVID M. STEIN (198256)
4                                    dstein@brownrudnick.com
                                    BROWN RUDNICK LLP
5                                    2211 Michelson Drive, 7th Floor
                                    Irvine, CA 92612
6                                    Phone: (949) 752-7100
                                    Fax: (949) 252-1514
7
8                                    *Attorney for Plaintiffs*

9                                    _/s/    Benjamin M. Sadun_____
10                                   BENJAMIN M. SADUN (287533)
                                    benjamin.sadun@dechert.com
11                                   DECHERT LLP
                                    US Bank Tower, 633 West 5th Street,
12                                   Suite 4900
                                    Los Angeles, CA 90071-2013
13                                   Phone: (213) 808-5721
14                                   Fax: (213) 808-5760
15

16                                   KATHLEEN N. MASSEY (*pro hac vice*)
                                    Kathleen.massey@dechert.com
17                                   MARK S. CHEFFO (*pro hac vice*
18                                   *forthcoming*)
                                    mark.cheffo@dechert.com
19                                   DECHERT LLP
20                                   Three Bryant Park
                                    1095 Avenue of the Americas
21                                   New York, NY 10036
                                    Phone: (212) 698-3500
22                                   Fax: (212) 698 3599
23                                   *Attorneys for MindGeek Defendants*
24

25                                   _/s/    Jonathan S. Sack_____
                                    JONATHAN S. SACK (*pro hac vice*
26                                   *forthcoming*)
                                    Jsack@maglaw.com
27                                   MORVILLO ABRAMOWITZ GRAND
28                                   IASON & ANELLO PC

                                              4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514
*Attorney for David Tassillo*

    /s/    *Ronald G. White*
RONALD G. WHITE (*pro hac vice forthcoming*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8016
Fax: (212) 468-7900
*Attorney for Defendant Bernd Bergmair*

    /s/    *Jason Brown*
JASON BROWN (*pro hac vice forthcoming*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609
*Attorney for Defendant Feras Antoon*

    /s/    *Peter Chavkin*
PETER CHAVKIN (*pro hac vice forthcoming*)
PAChavkin@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6231
*Attorney for Defendant Corey Urman*

5

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

_/s/ Benjamin M. Sadun_
BENJAMIN M. SADUN

# Exhibit A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>        Plaintiffs,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>        Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants"), by and through their counsel, and Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants") by and through their counsel, and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs' Complaint in *Serena Fleites, et al. v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on June 17, 2021 (ECF No. 1);

CASE NO. 2:21-CV-04920

**[PROPOSED] STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**

Exhibit A

1    **WHEREAS**, Defendant MindGeek USA Inc. was served with the Complaint
2    on July 9, 2021;

3    **WHEREAS**, Defendant MindGeek USA Inc.'s response would be due on July
4    30, 2021;

5    **WHEREAS**, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium
6    Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc.
7    have not yet been served with the Complaint;

8    **WHEREAS**, by this stipulation, Defendants MindGeek S.à.r.l., MG Freesites
9    Ltd, MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
10   TrafficJunky Inc. waive service of the Complaint, without waiving any defenses
11   except as to service;

12   **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(ii), the
13   deadline for Defendant RK Holdings USA Inc. to answer or otherwise respond is
14   September 17, 2021;

15   **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(ii), the
16   deadline for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium Ltd, MG
17   Global Entertainment Inc., and TrafficJunky Inc. to answer or otherwise respond is
18   October 18, 2021;

19   **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(1), Plaintiffs
20   sent Individual Defendants requests to waive service of the Summons and Complaint
21   on July 23, 2021;

22   **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(1) and (3),
23   Individual Defendants intend to waive service of the Summons and Complaint;

24   **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(3), following
25   such waiver, the deadline for Individual Defendants to answer or otherwise respond
26   would be October 21, 2021, since they are foreign citizens residing outside the United
27   States and the waiver request was sent to them outside any judicial district of the
28   United States;

1    **WHEREAS**, in order to avoid piecemeal litigation, the parties hereto desire to

2    set the following deadlines:

3       • MindGeek Defendants and Individual Defendants must answer or

4       otherwise respond to Plaintiffs' Complaint on or before **October 18,**

5       **2021**;

6       • Plaintiffs must respond to any motion filed as to the Complaint on or

7       before **November 22, 2021**,

8       • MindGeek Defendants and Individual Defendants must submit any reply

9       in support of such motion on or before **December 20, 2021**;

10    **WHEREAS**, the Complaint is brought on behalf of 34 Plaintiffs, contains 644

11    numbered paragraphs, and includes 19 separate counts, the parties hereto agree that

12    there is good cause to expand the page limit for any motion submitted under Federal

13    Rule of Civil Procedure 12 and any response thereto to fifty (50) pages;

14    **WHEREAS**, the parties have not previously requested an extension of time to

15    answer or otherwise respond to Plaintiffs' Complaint or an expansion of page limits;

16    **WHEREAS**, by waiving service and by entering into this stipulation,

17    MindGeek Defendants and Individual Defendants expressly reserve all defenses or

18    objections to the lawsuit (including lack of personal jurisdiction), except as to service

19    or the absence of service;

20    **NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE

21    that the schedule under which the MindGeek Defendants and Individual Defendants

22    shall file their answers or otherwise respond to Plaintiffs' Complaint shall be as

23    follows, unless a subsequent order of the Court extends or has the effect of further

24    extending the time for MindGeek Defendants and Individual Defendants to answer or

25    otherwise respond to the Complaint:

26       • MindGeek Defendants and Individual Defendants must answer or

27       otherwise respond to Plaintiffs' Complaint on or before **October 18,**

28       **2021**;

1        •   Plaintiffs' must respond to any motion filed as to the Complaint on or

2           before **November 22, 2021**,

3        •   MindGeek Defendants and Individual Defendants must submit any reply

4           in support of such motion on or before **December 20, 2021**;

5   The parties hereto further **STIPULATE** and **AGREE** that the page limit for any

6   motion submitted under Federal Rule of Civil Procedure 12 and any response thereto

7   shall be expanded to fifty (50) pages.

8

9   Dated: July 23, 2021           ___/s/___ *David M. Stein*___

10                                DAVID M. STEIN (198256)

11                                dstein@brownrudnick.com

                               BROWN RUDNICK LLP

12                                2211 Michelson Drive, 7th Floor

13                                Irvine, CA 92612

                               Phone: (949) 752-7100

14                                Fax: (949) 252-1514

15   Dated: July 23, 2021           ___/s/___ *Benjamin M. Sadun*___

16                                BENJAMIN M. SADUN (287533)

17                                benjamin.sadun@dechert.com

                               DECHERT LLP

18                                US Bank Tower, 633 West 5th Street,

19                                Suite 4900

                               Los Angeles, CA 90071-2013

20                                Phone: (213) 808-5721

                               Fax: (213) 808-5760

21

22   Dated: July 23, 2021           ___/s/___ *Jonathan S. Sack*___

23                                JONATHAN S. SACK (*pro hac vice forthcoming*)

                               Jsack@maglaw.com

24                                MORVILLO ABRAMOWITZ GRAND

25                                IASON & ANELLO PC

                               565 Fifth Avenue

26                                New York, NY. 10017

27                                Phone: (212) 880 9410

                               Fax: (949) 252-1514

28

**[PROPOSED] STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**
Exhibit A

1  Dated: July 23, 2021

2  /s/    *Ronald G. White*

   RONALD G. WHITE (*pro hac vice*

3  *forthcoming*)
   rwhite@mofo.com

4  MORRISON & FOERSTER LLP
   250 West 55th Street

5  New York, New York 10019

6  Tel: (212) 468-8016
   Fax: (212) 468-7900

7

8  Dated: July 23, 2021        /s/    *Jason Brown*

   JASON BROWN (*pro hac vice*

9  *forthcoming*)

10 jbrown@cohengresser.com
   COHEN & GRESSER LLP

11 800 Third Ave

12 New York, New York 10022
   Tel: (212) 957-7609

13

14 Dated: July 23, 2021        /s/    Peter Chavkin

   PETER CHAVKIN (pro hac vice

15 forthcoming)

16 PAChavkin@mintz.com
   MINTZ, LEVIN, COHN, FERRIS,

17 GLOVSKY AND POPEO, P.C.

18 666 Third Avenue,
   New York, NY 10017

19 Tel: (212) 692-6231

20

21

22

23

24

25

26

27

28

CASE NO. 2:21-CV-04920

**[PROPOSED] STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**

Exhibit A