1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>        Plaintiffs,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>        Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS [27]**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

CASE NO. 21-CV-04920-CJC-ADS

**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**

1  The Joint Motion for Entry of Stipulation to Set Time to Respond to Initial
2  Complaint and Expand Page Limits ("Joint Motion"), was filed by Defendants
3  MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK
4  Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc.
5  (collectively "MindGeek Defendants"), Defendants Bernd Bergmair, Feras Antoon,
6  David Tassillo and Corey Urman (collectively "Individual Defendants"), and
7  Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, was filed on July 23, 2021.
8  No opposition is anticipated. Having considered all papers filed in support of the
9  Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY**
10 **ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation To Set
11 Time To Respond To Initial Complaint and Expand Page Limits is **APPROVED**.

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
Honorable Cormac J. Carney

- 2 -   CASE NO. 21-CV-04920-CJC-ADS
**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**