F I L E D
CLERK, U.S. DISTRICT COURT
JULY 26, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ mp _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: August 23, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

　　Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants"), by and through their counsel, and Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants") by and through their counsel, and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, by and through their counsel, hereby stipulate and agree as follows:

　　**WHEREAS**, Plaintiffs' Complaint in *Serena Fleites, et al. v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on June 17, 2021 (ECF No. 1);

1     **WHEREAS**, Defendant MindGeek USA Inc. was served with the Complaint
2 on July 9, 2021;
3     **WHEREAS**, Defendant MindGeek USA Inc.'s response would be due on July
4 30, 2021;
5     **WHEREAS**, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium
6 Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc.
7 have not yet been served with the Complaint;
8     **WHEREAS**, by this stipulation, Defendants MindGeek S.à.r.l., MG Freesites
9 Ltd, MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
10 TrafficJunky Inc. waive service of the Complaint, without waiving any defenses
11 except as to service;
12     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(ii), the
13 deadline for Defendant RK Holdings USA Inc. to answer or otherwise respond is
14 September 17, 2021;
15     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(ii), the
16 deadline for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium Ltd, MG
17 Global Entertainment Inc., and TrafficJunky Inc. to answer or otherwise respond is
18 October 18, 2021;
19     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(1), Plaintiffs
20 sent Individual Defendants requests to waive service of the Summons and Complaint
21 on July 23, 2021;
22     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(1) and (3),
23 Individual Defendants intend to waive service of the Summons and Complaint;
24     **WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d)(3), following
25 such waiver, the deadline for Individual Defendants to answer or otherwise respond
26 would be October 21, 2021, since they are foreign citizens residing outside the United
27 States and the waiver request was sent to them outside any judicial district of the
28 United States;

**WHEREAS**, in order to avoid piecemeal litigation, the parties hereto desire to set the following deadlines:

- MindGeek Defendants and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 22, 2021**,
- MindGeek Defendants and Individual Defendants must submit any reply in support of such motion on or before **December 20, 2021**;

**WHEREAS**, the Complaint is brought on behalf of 34 Plaintiffs, contains 644 numbered paragraphs, and includes 19 separate counts, the parties hereto agree that there is good cause to expand the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto to fifty (50) pages;

**WHEREAS**, the parties have not previously requested an extension of time to answer or otherwise respond to Plaintiffs' Complaint or an expansion of page limits;

**WHEREAS**, by waiving service and by entering into this stipulation, MindGeek Defendants and Individual Defendants expressly reserve all defenses or objections to the lawsuit (including lack of personal jurisdiction), except as to service or the absence of service;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the schedule under which the MindGeek Defendants and Individual Defendants shall file their answers or otherwise respond to Plaintiffs' Complaint shall be as follows, unless a subsequent order of the Court extends or has the effect of further extending the time for MindGeek Defendants and Individual Defendants to answer or otherwise respond to the Complaint:

- MindGeek Defendants and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;

1      • Plaintiffs' must respond to any motion filed as to the Complaint on or
2         before **November 22, 2021**,
3      • MindGeek Defendants and Individual Defendants must submit any reply
4         in support of such motion on or before **December 20, 2021**;

The parties hereto further **STIPULATE** and **AGREE** that the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto shall be expanded to fifty (50) pages.

Dated: July 23, 2021         /s/   *David M. Stein*
DAVID M. STEIN (198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Phone: (949) 752-7100
Fax: (949) 252-1514

Dated: July 23, 2021         /s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: July 23, 2021         /s/   *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice forthcoming*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

| | |
|---|---|
| Dated: July 23, 2021 | /s/    *Ronald G. White*<br>RONALD G. WHITE (*pro hac vice forthcoming*)<br>rwhite@mofo.com<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Tel: (212) 468-8016<br>Fax: (212) 468-7900 |
| Dated: July 23, 2021 | /s/    *Jason Brown*<br>JASON BROWN (*pro hac vice forthcoming*)<br>jbrown@cohengresser.com<br>COHEN & GRESSER LLP<br>800 Third Ave<br>New York, New York 10022<br>Tel: (212) 957-7609 |
| Dated: July 23, 2021 | /s/    Peter Chavkin<br>PETER CHAVKIN (pro hac vice forthcoming)<br>PAChavkin@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>666 Third Avenue,<br>New York, NY 10017<br>Tel: (212) 692-6231 |