DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorney for Visa, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>              Plaintiffs,<br><br>     v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>              Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME FOR VISA, INC. TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: September 13, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Defendant Visa, Inc. ("Visa") and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 ("Plaintiffs"), all by and through their counsel, jointly move for an Order entering the Proposed Stipulation to Set Time For Visa to Respond to Initial Complaint and Expand Page Limits (the "Stipulation"), attached hereto as Exhibit A. Pursuant to L.R. 7-3, Visa and MindGeek have conferred regarding this motion and the related Stipulation and have agreed on the relief sought herein. In support of its Motion, Visa and Plaintiffs aver the following:

1.      The Complaint initiating this action was filed on June 17, 2021. [Dkt. 1]. On July 9, 2021, Visa executed waiver of service, which set the deadline for Visa to file a responsive pleading by August 23, 2021.

2.      On July 23, 2021, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants"), Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants"), and Plaintiffs filed a Joint Motion for Entry of Stipulation to Set Time to Respond to Initial Complaint and Expand Page Limits ("Joint Motion") in light of the length and nature of the Complaint and various service considerations for the MindGeek and Individual Defendants.

3.      The Joint Motion proposed aligning the MindGeek Defendants' and Individual Defendants' deadlines to file a responsive pleading, modifying the briefing schedule accordingly, and expanding the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto to fifty (50) pages. On July 26, 2021, the Court granted the Joint Motion [Dkt. 30] and the Stipulation was filed later that day [Dkt. 31].

4.      Visa and Plaintiffs have since conferred and agree that in the interest of judicial economy and efficiency, and in order to similarly avoid piecemeal litigation, Visa's deadline and briefing scheduling should run parallel to the schedule set for the remaining defendants, and Visa should also be permitted the same page number extension to respond to the Complaint.

5.      Good cause exists to grant the parties' jointly requested relief. Like the MindGeek Defendants and Individual Defendants, Visa must also respond to the complex factual and legal issues presented in the Complaint, which warrants additional time and space for the parties to brief

these issues. By coordinating deadlines, this relief would allow Visa to file its responsive pleading at the same time as the other defendants and avoid piecemeal litigation, and would therefore be in the best interest of Visa, Plaintiffs, and the Court.

**WHEREFORE**, Visa and Plaintiffs respectfully request that this Court:

A. Grant this Unopposed Joint Motion for Entry of Stipulation to Set Time for Visa to Respond to Initial Complaint and Expand Page Limits;

B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order as to Visa in this matter;

C. Grant such other and further relief as justice and equity may require.

Dated:  August 10, 2021                    RESPECTFULLY SUBMITTED,


                                           */s/ Drew Tulumello*
                                           DREW TULUMELLO (#196484)
                                           drew.tulumello@weil.com
                                           WEIL, GOTSHAL & MANGES LLP
                                           2001 M Street NW, Suite 600
                                           Washington, DC 20036
                                           Tel: 202 682 7000
                                           Fax: 202 857 0940

                                           *Attorney for Defendant Visa, Inc.*


                                           */s/ Lauren Tabaksblat*
                                           LAUREN TABAKSBLAT (*pro hac vice*)
                                           ltabaksblat@brownrudnick.com
                                           BROWN RUDNICK LLP
                                           7 Times Square
                                           New York, NY 10036
                                           Phone: (212) 209-4800
                                           Fax: (212) 209-4801

                                           *Attorney for Plaintiffs*

1    ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2        This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in

3    its content and have authorized this filing.

4

5        */s/ Drew Tulumello*
        DREW TULUMELLO (#196484)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28