# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO SET TIME FOR VISA, INC. TO RESPOND TO INITIAL COMPLAINT AND EXPAND PAGE LIMITS**<br><br>Date: September 13, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign this proposed order without a hearing or further briefing.* |

Defendant Visa, Inc. ("Visa"), by and through its counsel, and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 ("Plaintiffs"), by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs' Complaint in *Serena Fleites, et al. v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on June 17, 2021 [Dkt. 1];

**WHEREAS**, Visa executed a waiver of service of summons on July 9, 2021, retaining all defenses or objections to the lawsuit, jurisdiction, or venue, except for objections based on a defect in the summons or the service of the summons;

**WHEREAS**, pursuant to the waiver of service, Visa's deadline to answer or otherwise respond to the Complaint is August 23, 2021;

**WHEREAS**, on July 23, 2021, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Defendants"), Defendants Bernd Bergmair, Feras Antoon, David Tassillo and Corey Urman (collectively "Individual Defendants"), and Plaintiffs filed a Joint Motion for Entry of Stipulation to Set Time to Respond to Initial Complaint and Expand Page Limits ("Joint Motion");

**WHEREAS**, the Joint Motion requested that the Court set the following deadlines in the litigation as stipulated to by the other parties:

- MindGeek Defendants and Individual Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 22, 2021**;
- MindGeek Defendants and Individual Defendants must submit any reply in support of such motion on or before **December 20, 2021**;

**WHEREAS**, the MindGeek Defendants, Individual Defendants, and Plaintiffs further agreed there is good cause to expand the page limit for any motion submitted under Federal Rule of Civil Procedure 12 and any response thereto to fifty (50) pages because the Complaint is brought on behalf of 34 Plaintiffs, contains 644 numbered paragraphs, and includes 19 separate counts on various complex factual and legal issues;

**WHEREAS**, on July 26, 2021, the Court granted the Joint Motion [Dkt. 30], setting the deadlines and expanding the page number extension as the other parties requested, and the Stipulation was filed later that day [Dkt. 31];

**WHEREAS**, Visa and Plaintiffs have conferred and agree that in order to avoid piecemeal litigation, Visa's deadline to respond to the Complaint should run parallel to the schedule set for the remaining defendants, and Visa should similarly be permitted the same page number extension to fifty (50) pages in order to respond adequately to the Complaint;

**WHEREAS**, the parties have not previously requested an extension of time to answer or otherwise respond to Plaintiffs' Complaint of an expansion of page limits as to Visa;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the schedule under which Visa shall file its answer or otherwise respond to Plaintiffs' Complaint shall be as follows, unless a subsequent order of the Court extends or has the effect of further extending the time for Visa to answer or otherwise respond to the Complaint:

- Visa must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;
- Plaintiffs must respond to any motion filed by Visa as to the Complaint on or before **November 22, 2021**;
- Visa must submit any reply in support of such motion on or before **December 20, 2021**;

The parties hereto further **STIPULATE** and **AGREE** that the page limit for any motion submitted by Visa under Federal Rule of Civil Procedure 12 and any response thereto shall be expanded to fifty (50) pages.

Dated: August 10, 2021       */s/ Drew Tulumello*
DREW TULUMELLO (#196484)
(drew.tulumello@weil.com)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorney for Defendant Visa, Inc.*

Dated: August 10, 2021       */s/ Lauren Tabaksblat*
LAUREN TABAKSBLAT (*pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

*Attorney for Plaintiffs*