Dan Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fleites, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek, S.A.R.L., et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ronald G. White     of     Morrison & Foerster LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     250 West 55th Street
212-468-8016     212-468-7900     New York, NY 10019
*Telephone Number*     *Fax Number*
rwhite@mofo.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bernd Bergmair

*Name(s) of Party(ies) Represent*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Dan Marmalefsky     of     Morrison & Foerster LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     707 Wilshire Boulevard, Suite 6000
95477     (213) 892-5809     (213) 892-5454     Los Angeles, CA 90017
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
danmarmalefsky@mofo.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: August __, 2021

_____
U.S. District Judge/U.S. Magistrate Judge