Dan Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Fleites, et al.,

                                        Plaintiff(s)

                    v.

MindGeek, S.A.R.L., et al.,

                                        Defendant(s).

**CASE NUMBER**

2:21-cv-04920-CJC-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ronald G. White
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-468-8016                    212-468-7900
*Telephone Number*              *Fax Number*

rwhite@mofo.com
*E-Mail Address*

of  Morrison & Foerster LLP
    250 West 55th Street
    New York, NY 10019

    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bernd Bergmair
*Name(s) of Party(ies) Represent*          ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Dan Marmalefsky
*Designee's Name (Last Name, First Name & Middle Initial)*

95477              (213) 892-5809    (213) 892-5454
*Designee's Cal. Bar No.*   *Telephone Number*  *Fax Number*

danmarmalefsky@mofo.com
*E-Mail Address*

of  Morrison & Foerster LLP
    707 Wilshire Boulevard, Suite 6000
    Los Angeles, CA 90017

    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 17, 2021**                    _____

                                        Cormac J. Carney, U.S. District Judge