Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
Danielle A. D'Aquila
(admitted *pro hac vice*)
ddaquila@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT CONFERENCE** |

1     Having reviewed Plaintiffs' Request For a Case Management Conference, it is
2 hereby Ordered:

3     Plaintiffs' request for a Case Management Conference is granted. The parties
4 are HEREBY ORDERED to appear for a Case Management Conference on October
5 __, 2021 at _____ __.m.

6

7     In the alternative, the Court will issue a scheduling order pursuant to Federal
8 Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the
9 filing of motions, pretrial conference, and trial by October __, 2021.

10     The parties are HEREBY ORDERED to hold an early meeting of counsel not
11 later than 21 days in advance of the above date, and to file a report of such meeting
12 not later than 14 days thereafter in accordance with Federal Rule of Civil Procedure
13 26(f) and Local Rule 26-1. Counsel are referred to Federal Rule of Civil Procedure
14 26(f) and Local Rule 26-1 for specific requirements of the report.

15
16
17 Dated: _____

18                                            HONORABLE CORMAC J. CARNEY
19                                            UNITED STATES DISTRICT COURT