UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 21-04920-CJC-(ADSx)  Date: October 6, 2021

Title: SERENA FLEITES V. MINDGEEK S.A.R.L., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                N/A
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S REQUEST FOR CASE MANAGEMENT CONFERENCE [DKT. 41]**

On October 4, 2021, Plaintiff filed a request for the Court to hold a Case Management Conference or inform the Parties of a date upon which the Court will issue a Scheduling Order. (Dkt. 41.) The request is **DENIED** as premature. After responsive pleadings are filed in this action, the Court will issue a Notice of Intent informing the parties as to when it will issue a Scheduling Order. The Scheduling Order will establish dates for the completion of discovery, filing of motions, pretrial conference, and trial.