WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (94) 361-2822
Email: dwiechert@aol.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al.<br><br>Plaintiff(s)<br>v.<br>MindGeek S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER<br>21-cv-4920<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Jonathan S. Sack     of     Morvillo Abramowitz Grand Iason & Anello P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*     565 Fifth Avenue
(212) 880-9410     (212) 856-9494     New York, NY 10017
*Telephone Number*     *Fax Number*
jsack@maglaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
David Tassillo

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)    ☒ Defendant(s)    ☐ Other:

and designating as Local Counsel
David W. Wiechert     of
*Designee's Name (Last Name, First Name & Middle Initial)*
94607     (949) 361-2822     (949) 361-5722
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
dwiechert@aol.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                                    U.S. District Judge/U.S. Magistrate Judge