# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Date: November 15, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively "Defendants"), by and through their counsel, and Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33, by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiffs' Complaint in *Serena Fleites, et al. v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on June 17, 2021 (ECF No. 1);

**WHEREAS**, at the Parties' joint request, the Court approved and entered a proposed stipulated schedule setting the following deadlines:

- Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**;
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 22, 2021**,
- Defendants must submit any reply in support of such motion on or before **December 20, 2021**; [Dkts. 31, 36.]

**WHEREAS**, the Parties have met and conferred and agreed on a short, two-day extension of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint, with Defendants continuing to reserve and not waiving any defenses previously reserved, including as to personal jurisdiction, but not as to service or the absence of service, and desire to set the following modified deadlines:

- Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 20, 2021**;
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 24, 2021**,
- Defendants must submit any reply in support of such motion on or before **December 22, 2021**;

**WHEREAS**, no party objects to, or will be prejudiced by, this short two-day extension of time;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the schedule under which the Defendants shall file their answers or otherwise respond to Plaintiffs' Complaint shall be as follows, unless a subsequent order of the Court extends or has the effect of further extending the time for Defendants to answer or otherwise respond to the Complaint, with Defendants continuing to reserve and not waiving any defenses previously reserved, including as to personal jurisdiction, but not as to service or the absence of service:

- Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 20, 2021**;

- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 24, 2021**,
- Defendants must submit any reply in support of such motion on or before **December 22, 2021**;

Dated: October 16, 2021

/s/    *Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Dated: October 16, 2021

/s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: October 16, 2021

/s/    *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice application pending*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

Dated: October 16, 2021

/s/    *Ronald G. White*
RONALD G. WHITE (admitted *pro hac vice*)
rwhite@mofo.com

| | |
|---|---|
| | MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Tel: (212) 468-8016<br>Fax: (212) 468-7900 |
| Dated: October 16, 2021 | ___/s/___ *Jason Brown*___<br>JASON BROWN (*pro hac vice application pending*)<br>jbrown@cohengresser.com<br>COHEN & GRESSER LLP<br>800 Third Ave<br>New York, New York 10022<br>Tel: (212) 957-7609 |
| Dated: October 16, 2021 | ___/s/___ *Evan Nadel*___<br>EVAN NADEL (213230)<br>ENadel@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>666 Third Avenue,<br>New York, NY 10017<br>Tel: (212) 692-6821 |
| Dated: October 16, 2021 | ___/s/___ *Drew Tulumello*___<br>DREW TULUMELLO (196484)<br>drew.tulumello@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Tel: 202 682 7000<br>Fax: 202 857 0940 |