BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Date: November 15, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1    The Joint Motion for Entry of Stipulation to Set Time to Respond to Initial
2 Complaint ("Joint Motion"), was filed by MindGeek S.à.r.l., MG Freesites Ltd,
3 MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global
4 Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David
5 Tassillo, Corey Urman and Visa Inc. (collectively "Defendants"), and Plaintiffs
6 Serena Fleites and Jane Doe Nos. 1 through 33, on October 16, 2021.  All Parties
7 joined this motion.  Having considered all papers filed in support of the Joint Motion,
8 and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that
9 the Joint Motion is **GRANTED** and the Proposed Stipulation To Set Time To
10 Respond To Initial Complaint is **APPROVED**.

12    **IT IS SO ORDERED.**

14 Dated: _____                           _____
15                                                  Honorable Cormac J. Carney