Name and address:
David W. Wiechert
Wiechert, Munk & Goldstein, PC
27136 Paseo Espada
Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al. | CASE NUMBER |
| v. Plaintiff(s) | 2:21-cv-4920-CJC-ADS |
| MindGeek S.A.R.L., et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Colin C. Bridge
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 957-7600
*Telephone Number*

(212) 957-4514
*Fax Number*

cbridge@cohengresser.com
*E-Mail Address*

of

Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Feras Antoon

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial)*

94607
*Designee's Cal. Bar No.*

(949) 361-2822
*Telephone Number*

(949) 361-5722
*Fax Number*

dwiechert@aol.com
*E-Mail Address*

of

WIECHERT, MUNK & GOLDSTEIN, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge