1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>        Plaintiffs,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>        Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Date: November 15, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The Joint Motion for Entry of Stipulation to Set Time to Respond to Initial
2  Complaint ("Joint Motion"), was filed by MindGeek S.à.r.l., MG Freesites Ltd,
3  MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global
4  Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David
5  Tassillo, Corey Urman and Visa Inc. (collectively "Defendants"), and Plaintiffs
6  Serena Fleites and Jane Doe Nos. 1 through 33, on October 16, 2021.  All Parties
7  joined this motion.  Having considered all papers filed in support of the Joint Motion,
8  and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that
9  the Joint Motion is **GRANTED** and the Proposed Stipulation To Set Time To
10 Respond To Initial Complaint is **APPROVED**.

11

12        **IT IS SO ORDERED.**

13

14  Dated: October 18, 2021

15                                                    Honorable Cormac J. Carney

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 21-CV-04920-CJC-ADS

**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**