# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING VISA'S MOTION TO DISMISS**<br><br>Date: January 10, 2022<br>Time: 1:30 p.m. |

Defendant Visa, Inc.'s Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim ("Visa's Motion to Dismiss") came before this Court for hearing on January 10, 2022. Having considered the papers and arguments of counsel submitted in connection with Visa's Motion to Dismiss, and finding good cause appearing, IT IS HEREBY ORDERED that:

Visa's Motion to Dismiss is GRANTED; and

Plaintiffs' claims against Visa in their Complaint are DISMISSED WITH PREJUDICE.

Dated: _____    _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE