# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br>*Plaintiff(s)*<br><br>*Defendant(s).* | **CASE NUMBER**<br>2:21-cv-4920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Brown, S. Jason  of  Cohen & Gresser LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  800 Third Avenue
(212) 957-7609    (212) 957-4514  New York, NY 10022
*Telephone Number*  *Fax Number*
jbrown@cohengresser.com
*E-Mail Address*  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Feras Antoon

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ____

and designating as Local Counsel

Wiechert, David W.  of  WIECHERT, MUNK & GOLDSTEIN, PC
*Designee's Name (Last Name, First Name & Middle Initial)*  27136 Paseo Espada, Suite B1123
94607    (949) 361-2822    (949) 361-5722  San Juan Capistrano, CA 92675
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dwiechert@aol.com
*E-Mail Address*  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

Dated  October 20, 2021  _____
                          U.S. District Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1