# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-4920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Colin C. Bridge of Cohen & Gresser LLP, 800 Third Avenue, New York, NY 10022

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 957-7600  (212) 957-4514
*Telephone Number*  *Fax Number*

cbridge@cohengresser.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Feras Antoon

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Wiechert, David W. of WIECHERT, MUNK & GOLDSTEIN, PC, 27136 Paseo Espada, Suite B1123, San Juan Capistrano, CA 92675

*Designee's Name (Last Name, First Name & Middle Initial)*

94607  (949) 361-2822  (949) 361-5722
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

dwiechert@aol.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  October 20, 2021

_____
U.S. District Judge