1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10,<br><br>Defendants. | Case No. 2:21-cv-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BERND BERGMAIR'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]**<br><br>Date: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

[PROPOSED] ORDER GRANTING DEFENDANT BERND BERGMAIR'S MOTION TO DISMISS

ny-2271091

1 | The motion of Defendant Bernd Bergmair to dismiss Plaintiffs' Complaint for lack of personal jurisdiction and for failure to state a claim came on for hearing before this Court on January 24, 2022. All parties were represented by counsel.

Having reviewed and considered the motion, the supporting and opposing papers, the argument of counsel, and other pleadings and papers on file in this action, Defendant Bergmair's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction [FRCP 12(b)(2)] and for Failure to State a Claim [FRCP 12(b)(6)] is **GRANTED**, without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Cormac J. Carney
United States District Judge