| Name and address: |
|---|
| Kathryn L. Ignash (SBN 299694) |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. |
| 2029 Century Park East, Suite 3100 |
| Los Angeles, CA 90067 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s),<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:21-cv-4920-CJC<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Chavkin, Peter A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                       check here if federal government attorney ☐

Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
*Firm/Agency Name*

| 666 Third Avenue | (212)-935-3000 | (212) 983-3115 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| New York, NY 10017 | | pchavkin@mintz.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| Specially appearing defendant Corey Urman. | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | 02/15/1978 | Yes |
| District of Columbia | 03/12/1979 | Yes |
| Florida | 12/08/1978 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated October 20, 2021

Peter A. Chavkin
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Kathryn L. Ignash
*Designee's Name (Last Name, First Name & Middle Initial)*

Mintz Levin Cohn Ferris Glovsky and Popeo P.C.
*Firm/Agency Name*

2029 Century Park East
Suite 3100
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 586-3200
*Telephone Number*

(310) 586-3202
*Fax Number*

klignash@mintz.com
*Email Address*

299694
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated October 20, 2021

Kathryn L. Ignash
*Designee's Name (please type or print)*

*K Clgnash*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good |
|---|---|---|
| U.S. Court of Appeals for the Second Circuit | 2/15/1978 | Yes |
| U.S. District Court for the Eastern District of New York | 2/17/1984 | Yes |
| U.S. District Court for the Southern District of New York | 2/17/1984 | Yes |

# ATTACHMENT

# Certificates of Good Standing



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0266353
Peter A Chavkin
870 United Nations Plz Apt 26B
New York, NY 10017-1826

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

The Florida Bar membership records indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **December 8, 1978**.

The Florida Bar membership records also indicate that The Florida Bar member above is an inactive member of The Florida Bar in good standing.

The Inactive status of The Florida Bar member above means that The Florida Bar member above is not eligible to practice law in the state of Florida.

Dated this 14th day of **October, 2021**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R12:Inactive
CTM-155309





*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

I, *Maria T. Fasulo*, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Peter A. Chavkin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 15, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 15, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00036434

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Peter A Chavkin*

was duly qualified and admitted on March 12, 1979 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 15, 2021.**

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.