Name and address:
Kathryn L. Ignash (SBN 299694)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES, ET AL.,

*Plaintiff(s)*

v.

MINDGEEK S.A.R.L., ET AL.,

*Defendant(s).*

CASE NUMBER

2:21-CV-4920-CJC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chavkin, Peter A.

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-692-6231         212-983-3115

*Telephone Number*    *Fax Number*

pchavkin@mintz.com

*E-Mail Address*

of

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Specially appearing defendant Corey Urman

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Kathryn L. Ignash

*Designee's Name (Last Name, First Name & Middle Initial)*

299694         310-586-3200         310-586-3202

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

klignash@mintz.com

*E-Mail Address*

of

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge