WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Telephone: (949) 361-2822
Email: dwiechert@aol.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-4920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Jonathan S. Sack      of   Morvillo Abramowitz Grand Iason & Anello P.C.
*Applicant's Name (Last Name, First Name & Middle Initial*        565 Fifth Avenue
(212) 880-9410    (212) 856-9494                New York, NY 10017
*Telephone Number*   *Fax Number*
jsack@maglaw.com
*E-Mail Address*                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Tassillo
*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

David W. Wiechert       of   WIECHERT, MUNK & GOLDSTEIN, PC
*Designee's Name (Last Name, First Name & Middle Initial*       27136 Paseo Espada, Suite B1123
94607    (949) 361-2822   (949) 361-5722        San Juan Capistrano, CA 92675
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
dwiechert@aol.com
*E-Mail Address*                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                             **U.S. District Judge/U.S. Magistrate Judge**