Evan Nadel (SBN 213230)
enadel@mintz.com
Kathryn L. Ignash (SBN 299694)
klignash@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Chavkin (*pro hac vice* pending)
pchavkin@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
666 Third Avenue
New York, NY 10017
Telephone: (212) 935 3000

Attorneys for Specially Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10,<br><br>Defendants. | CASE NO.  2:21-cv-4920-CJC<br><br>**SPECIALLY-APPEARING DEFENDANT COREY URMAN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Cormac Carney<br><br>Hearing Date: January 24, 2022<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac Carney<br><br>Complaint filed: June 17, 2021<br>Trial set: not set |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Monday, January 24, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Cormac J. Carney, in Courtroom 9 B of the Ronald Reagan Federal Building and United States Courthouse, located at 411 West Fourth, Santa Ana, California 92701-4516, Specially-Appearing Defendant Corey Urman ("Urman") will and does hereby specially appear to move to dismiss in its entirety the Complaint filed by Serena Fleites and Jane Doe Nos. 1 through 33.

This Motion is made pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(2) and 12(b)(6) as well as Local Rule 7-4.  Urman neither consents nor submits to the jurisdiction of this Court and appears for the limited purpose of contesting personal jurisdiction, but if the Court finds personal jurisdiction over Urman then he respectfully moves for dismissal on the ground that Plaintiffs have failed to state a claim against him upon which relief can be granted.  This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 8, 2021.

This Motion is based on this Notice of Motion and Motion; accompanying Memorandum of Points and Authorities; the arguments in the motions to dismiss filed by the other defendants in this action, the pleadings and other records in the Court's file; and such other written and oral argument as may be presented to the Court.

Dated:  October 20, 2021

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By *s/Evan S. Nadel*
Evan S. Nadel
Peter A. Chavkin
Kathryn L. Ignash

Attorneys for Specially Appearing Defendant COREY URMAN

2

SPECIALLY-APPEARING DEFENDANT COREY URMAN'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SPECIALLY-APPEARING DEFENDANT COREY URMAN'S NOTICE OF MOTION AND
MOTION TO DISMISS COMPLAINT