1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO.  2:21-cv-4920-CJC<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:  Hon. Cormac Carney<br><br>Hearing Date: January 24, 2022<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Cormac Carney<br><br>Complaint filed: June 17, 2021<br>Trial set:  not set |

1

[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The Motion to Dismiss filed by Specially Appearing Defendant Corey Urman came on for hearing on January 24, 2022. Upon review of the papers submitted and the oral argument presented by counsel for both parties, and good cause appearing, it is hereby **ORDERED THAT**:

Defendant's Motion to Dismiss entire action is **GRANTED**, and Plaintiffs' claims against Defendant are dismissed without leave to amend.

**IT IS SO ORDERED**.

DATED: _____, 2022        _____

HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS