BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**DECLARATION OF BENJAMIN M. SADUN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Hearing:    January 24, 2022<br>Time:       1:30 p.m.<br>Courtroom:  9B |

I, Benjamin M. Sadun, do hereby declare and state as follows:

1. I am an active member of the State Bar of California in good standing, Counsel at the law firm Dechert LLP, and counsel of record for Defendants in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto:

2. I make this declaration in support of Defendants' Motion to Dismiss the Complaint for Lack of Jurisdiction and Failure to State a Claim.

3. A true and correct copy of Pornhub's Terms of Service available on Pornhub.com as of May 5, 2021, is attached as Exhibit A.

4. A chart identifying which Plaintiffs allege that they were minors at the time their videos or photos were produced and their alleged state(s) of residence is attached as Exhibit B.

5. A copy of the Honorable James V. Selna's Order Regarding Motion to Dismiss in *Doe v. Reddit, Inc.*, No. 21-cv-768 [Dkt. 58] (C.D. Cal. Oct. 7, 2021), is attached as Exhibit C.

6. A copy of the Honorable Theresa L. Fricke's Report and Recommendation regarding a motion to dismiss in *M.L. v. craigslist, Inc.*, No. 19-cv-6153 [Dkt. 225] (W.D. Wash. Sept. 16, 2021), is attached as Exhibit D.

7. A chart identifying the injuries allegedly suffered by each Plaintiff is attached as Exhibit E. Nothing in this chart is a concession that the alleged injuries were cognizable, adequately pleaded, or actually suffered by any Plaintiff.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 20th day of October, 2021, at Los Angeles, California

/s/ Benjamin M. Sadun
Benjamin M. Sadun (287533)