# EXHIBIT E

**Injuries Claimed by Each Plaintiff**

| Plaintiff | Extraterritorial | Emotional Distress | Reputation | Identity/ Image | Employment | Copyright |
|---|---|---|---|---|---|---|
| Fleites | N | Y | Y | Y | N | N |
| Doe 1 | N | Y | N | N | N | N |
| Doe 2 | Y | Y | Y | Y | N | N |
| Doe 3 | N | Y | N | Y | N | N |
| Doe 4 | N | Y | N | Y | Y | N |
| Doe 5 | N | Y | N | Y | N | N |
| Doe 6 | Y | Y | N | N | Y | N |
| Doe 7 | N | Y | N | N | N | N |
| Doe 8 | Y | Y | N | N | N | N |
| Doe 9 | Y | N | N | N | N | N |
| Doe 10 | Y | Y | Y | Y | N | N |
| Doe 11 | Y | Y | Y | Y | N | N |
| Doe 12 | Y | Y | Y | Y | N | N |
| Doe 13 | Y | Y | Y | Y | N | N |
| Doe 14 | Y | Y | N | N | N | N |
| Doe 15 | N | Y | Y | Y | N | N |
| Doe 16 | N | Y | Y | Y | N | N |
| Doe 17 | N | Y | N | Y | N | Y |
| Doe 18 | N | Y | Y | Y | Y | N |
| Doe 19 | N | Y | N | N | N | N |
| Doe 20 | N | Y | N | N | N | N |
| Doe 21 | N | Y | N | N | N | N |
| Doe 22 | N | Y | Y | Y | N | N |
| Doe 23 | Y | Y | Y | Y | N | N |

| Plaintiff | Extraterritorial | Emotional Distress | Reputation | Identity/ Image | Employment | Copyright |
|---|---|---|---|---|---|---|
| Doe 24 | Y | Y | N | Y | N | N |
| Doe 25 | Y | Y | Y | Y | N | N |
| Doe 26 | N | Y | N | N | N | N |
| Doe 27 | Y | Y | N | N | N | N |
| Doe 28 | Y | Y | Y | Y | Y | N |
| Doe 29 | N | Y | N | N | N | N |
| Doe 30 | N | Y | N | N | N | N |
| Doe 31 | N | Y | Y | Y | Y | N |
| Doe 32 | N | Y | N | N | N | N |
| Doe 33 | N | Y | N | N | N | N |