BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MINDGEEK S.Á.R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED; MG PREMIUM LTD; AND MG GLOBAL ENTERTAINMENT INC.**<br><br>Hearing:   January 24, 2022<br>Time:   1:30 p.m.<br>Courtroom:   9B |

CASE NO. 2:21-CV-04920

**CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Defendants MindGeek S.á.r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, and MG Global Entertainment, Inc., in compliance with the provisions of Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1.

MindGeek S.á.r.l. hereby declares that it is the ultimate parent of Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, and MG Global Entertainment, Inc. There is no publicly held corporation that owns 10% or more of MindGeek S.á.r.l.'s stock.

MG Freesites Ltd hereby declares that its ultimate parent is MindGeek S.á.r.l. There is no publicly held corporation that owns 10% or more of the stock of MG Freesites Ltd.

MG Premium Ltd hereby declares that its ultimate parent is MindGeek S.á.r.l. There is no publicly held corporation that owns 10% or more of the stock of MG Premium Ltd.

MindGeek USA Incorporated hereby declares that its ultimate parent is MindGeek S.á.r.l. There is no publicly held corporation that owns 10% or more of the stock of MindGeek USA Incorporated.

MG Global Entertainment, Inc. hereby declares that its ultimate parent is MindGeek S.á.r.l. There is no publicly held corporation that owns 10% or more of the stock of MG Global Entertainment, Inc.

MindGeek S.á.r.l. hereby declares that it is are unaware of any corporate entity named RK Holdings USA Inc., purportedly incorporated in the State of Florida, which is "either directly or through intermediary companies also under the control of MindGeek S.á.r.l."

MindGeek S.á.r.l. hereby declares that it is unaware of any corporate entity named TrafficJunky Inc., purportedly operating under the laws of Canada, which is "either directly or through intermediary companies also under the control of MindGeek S.á.r.l."

Pursuant to Local Rule 7.1-1, Defendants certify that no party has a pecuniary interest in the outcome of the case.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Defendants reserve their rights to supplement this certification subject to the discovery of any applicable additional information as the case proceeds. A supplemental disclosure statement will be filed upon any change in the information provided herein.

| | |
|---|---|
| DATED: OCTOBER 20, 2021 | RESPECTFULLY SUBMITTED, |

    /s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599
*Attorneys for Defendants*