| | |
|---|---|
| 1 | BENJAMIN M. SADUN (287533) |
| 2 | benjamin.sadun@dechert.com |
| | DECHERT LLP |
| 3 | US Bank Tower, 633 West 5th Street, |
| 4 | Suite 4900 |
| | Los Angeles, CA 90071-2013 |
| 5 | Phone: (213) 808-5721; Fax: (213) 808-5760 |
| 6 | |
| | KATHLEEN N. MASSEY (*admitted pro hac vice*) |
| 7 | kathleen.massey@dechert.com |
| 8 | MARK S. CHEFFO (*pro hac vice forthcoming*) |
| | mark.cheffo@dechert.com |
| 9 | Three Bryant Park |
| 10 | 1095 Avenue of the Americas |
| | New York, NY 10036 |
| 11 | Phone: (212) 698-3500; Fax: (212) 698 3599 |
| 12 | |
| | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**NOTICE OF ERRATA AND CORRECTION TO MEMORANDUM OF LAW AND EXHIBITS B AND C TO DECLARATION OF BENJAMIN M. SADUN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Hearing: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B |

MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek") respectfully submit this errata to Docket No. 70-1, MindGeek's Memorandum of Points and Authorities in Support of MindGeek's Motion to Dismiss the Complaint For Lack of Personal Jurisdiction and Failure to State a Claim, and Docket Nos. 70-5 and 70-6, Exhibits B and C to the Declaration of Benjamin Sadun in Support of the Complaint For Lack of Personal Jurisdiction and Failure to State a Claim, to correct three inadvertent clerical errors. When MindGeek's counsel converted their memorandum of law from Microsoft Word format to PDF format, an error occurred in the brief's Table of Contents. Additionally, counsel inadvertently omitted the correct Exhibit B to the Sadun Declaration and attached Exhibit D twice.

To correct these mistakes, and for the convenience of the Court, MindGeek is resubmitting its full Notice of Motion and Motion to Dismiss filed on October 20, 2021 at Docket No. 70 with corrected versions of the Table of Contents and Exhibits B and C to the Sadun Declaration.

DATED: October 21, 2021  
　　　　　　　　　　　　　　　　/s/   *Benjamin M. Sadun*  
　　　　　　　　　　　　　　　　Benjamin M. Sadun (287533)  
　　　　　　　　　　　　　　　　Kathleen N. Massey (*pro hac vice*)  
　　　　　　　　　　　　　　　　Mark Cheffo (*pro hac vice forthcoming*)

*Attorneys for Defendants  
MindGeek S.à.r.l., MG Freesites Ltd,  
MindGeek USA Inc., MG Premium Ltd, RK  
Holdings USA Inc., MG Global  
Entertainment Inc., and TrafficJunky Inc.*