# EXHIBIT B

**Alleged Minority and Residency**

| Plaintiff | Alleged Minority | Residency |
|---|---|---|
| Fleites | Y | CA |
| Doe 1 | Y | CA ("currently") |
| Doe 2 | Y | UK |
| Doe 3 | Y | CO |
| Doe 4 | Y | CA |
| Doe 5 | Y | RI |
| Doe 6 | Y | UK |
| Doe 7 | Y | MO |
| Doe 8 | Y | Colombia |
| Doe 9 | Y | Colombia |
| Doe 10 | Y | Thailand |
| Doe 11 | Y | Thailand |
| Doe 12 | Y | Thailand |
| Doe 13 | Y | Thailand |
| Doe 14 | N | Canada |
| Doe 15 | N | CA |
| Doe 16 | N | OH |
| Doe 17 | N | AZ, CA ("currently") |
| Doe 18 | N | NV |
| Doe 19 | N | CA |
| Doe 20 | N | NV |
| Doe 21 | N | NV |
| Doe 22 | N | UT |
| Doe 23 | N | Thailand |

| Plaintiff | Alleged Minority | Residency |
|---|---|---|
| Doe 24 | N | Thailand |
| Doe 25 | N | Thailand |
| Doe 26 | N | IL |
| Doe 27 | N | UK |
| Doe 28 | N | UK |
| Doe 29 | N | NC |
| Doe 30 | N | TX |
| Doe 31 | N | OK |
| Doe 32 | N | OK |
| Doe 33 | N | OK |