BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Date: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B |

1  Defendants' Motion to Dismiss the Complaint for Lack of Jurisdiction and
2  Failure to State a Claim was heard on January 24, 2022, at 1:30 P.M. by this Court.
3  Having considered all papers filed in support of and in opposition to the Motion to
4  Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein,
5  **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.
6  Accordingly, Plaintiff's First Amended Complaint is hereby **DISMISSED**
7  **WITH PREJUDICE**.
8  **IT IS SO ORDERED.**

10  Dated: _____

11  _____
    Honorable Cormac J. Carney