WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
William J. Migler (SBN 318518)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Phone: (949) 361-2822
dwiechert@aol.com
willam@wmgattorneys.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
Jonathan S. Sack
565 Fifth Avenue
New York, NY 10017
Phone: (212) 880-9410
Jsack@maglaw.com

*Attorneys for Defendant
David Tasillo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES et al.,<br>　　　Plaintiffs,<br>　　v.<br>MINDGEEK S.A.R.L. et al.,<br>　　　Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**NOTICE OF LODGING OF JONATHAN S. SACK'S CONNECTICUT CERTIFICATE OF GOOD STANDING IN SUPPORT OF HIS CORRECTED *PRO HAC VICE* APPLICATION (DKT. NO. 64)** |

**NOTICE OF LODGING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendant David Tassillo hereby lodges Attorney Jonathan S. Sack's Certificate of Good Standing for the State of Connecticut in support of Mr. Sack's corrected *pro hac vice* application (Dkt. No. 64) filed on October 20, 2021.

DATED: October 21, 2021        WIECHERT, MUNK & GOLDSTEIN, PC

        By: s/ *David W. Wiechert*
           David W. Wiechert
           *Attorney for Defendant David Tasillo*

           MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
           Jonathan S. Sack
           *Attorney for Defendant David Tasillo*

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On October 22, 2021, I served the forgoing documents, described as **NOTICE OF LODGING OF JONATHAN S. SACK'S CONNECTICUT CERTIFICATE OF GOOD STANDING IN SUPPORT OF HIS CORRECTED *PRO HAC VICE* APPLICATION (DKT. NO. 64)** on all interested parties as follows:

[ ] **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Juan Capistrano, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **BY E-MAIL:** I caused the document(s) to be transmitted electronically by filing the forgoing with the clerk of the District Court using the CM/ECF system, which electronically notifies counsel for all parties.

[ ] **BY PERSONAL DELIVERY:** I personally delivered the document(s) listed above to the person(s) as indicated on the attached service list.

[X] **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2021, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta

**CERTIFICATE OF SERVICE**