BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>　　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:　Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING MINDGEEK'S MOTION TO SEVER AND DISMISS JANE DOE NOS. 1 THROUGH 33**<br><br>Date: January 24, 2022<br>Time: 1:30 P.M.<br>Courtroom: 9B |

1  The Motion to Sever and Dismiss Jane Doe Nos. 1 through 33 filed by
2  Defendants MindGeek S.A.R.L., MG Freesites Ltd, MindGeek USA Inc., MG
3  Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
4  TrafficJunky Inc. was heard on January 24, 2022, at 1:30 P.M. by this Court. Having
5  considered all papers filed in support of and in opposition to the Motion to Sever and
6  Dismiss Jane Does No. 1 through 33, oral arguments of counsel, and all other
7  pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendants'
8  Motion is **GRANTED**.

9  Accordingly, the claims of Jane Does No. 1 through 33 are severed and their
10 cases are **DISMISED WITHOUT PREJUDICE**.

11 **IT IS SO ORDERED.**

13 Dated: _____

   Honorable Cormac J. Carney