Name and address:
Kathryn L. Ignash (SBN 299694)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, ET AL.,<br><br>v.        Plaintiff(s)<br><br>MINDGEEK S.A.R.L., ET AL.,<br><br>Defendant(s). | CASE NUMBER<br>2:21-CV-4920-CJC<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chavkin, Peter A.           of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    666 Third Avenue
212-692-6231       212-983-3115                New York, NY 10017
*Telephone Number     Fax Number*
pchavkin@mintz.com
*E-Mail Address*                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Specially appearing defendant Corey Urman

*Name(s) of Party(ies) Represented*       ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ____

and designating as Local Counsel
Kathryn L. Ignash                of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*  2029 Century Park East, Suite 3100
299694      310-586-3200    310-586-3202   Los Angeles, CA 90067
*Designee's Cal. Bar No.  Telephone Number  Fax Number*
klignash@mintz.com
*E-Mail Address*                     *Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: _____ is not member of Bar of this
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated October 29, 2021                  _____
                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1