WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO PC
Jonathan S. Sack (admitted *pro hac vice*)
Karen R. King (admitted *pro hac vice*)
Ryan McMenamin (admitted *pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: kking@maglaw.com
Email: rmcmenamin@maglaw.com

*Attorneys for Specially Appearing
Defendant David Tassillo*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE DOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGAMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS (DKT. NO. 75)**<br><br>**Date: January 24, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9 B<br>Judge: Hon. Cormac J. Carney** |

**DEFENDANT DAVID TASSILLO'S NOTICE OF JOINDER TO
MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS**

TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant David Tassillo hereby gives notice of joinder to, and so joins in, the MindGeek Defendants' (MG Freesites, LTD, MG Global Entertainment, Inc., MG Premium LTD, MindGeek S.a.r.l, MindGeek USA, Inc., RK Holdings USA Inc., and TrafficJunky Inc.) Motion to Sever and Dismiss Jane Does Nos. 1 through 33 and the Memorandum of Points and Authorities in Support of MindGeek Defendants' Motion, filed on October 22, 2021 as Dkt. No. 75.[1]

Mr. Tassillo joins in the Memorandum of Points of Authorities because the arguments and caselaw presented therein are applicable to Mr. Tassillo, who has been named as a codefendant with the MindGeek Defendants in the same complaint.

Mr. Tassillo accordingly joins in and adopts the MindGeek Defendants' Motion to Sever and Dismiss Jane Does Nos. 1 through 33 and Memorandum of Points and Authorities in Support of MindGeek Defendants' Motion to Dismiss (Dkt. No. 75).

Respectfully Submitted:

Dated: November 1, 2021   WIECHERT, MUNK & GOLDSTEIN, PC

By: *s/David W. Wiechert*
David W. Wiechert

//
//

---

[1] In Mr. Tassillo's Motion to Dismiss and Memorandum of Points and Authorities (Dkt. No. 67), Mr. Tassillo previously joined the Motions to Dismiss and Memoranda of Points and Authorities of the MindGeek Entities (Dkt. No. 70), and of individual defendants Bernard Bergmair, Feras Antoon, and Corey Urman (Dkt. Nos. 62, 68, 69).

1
**DEFENDANT DAVID TASSILLO'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS**

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC

Jonathan S. Sack (admitted *pro hac vice*)
Karen R. King (admitted *pro hac vice*)
Ryan McMenamin (admitted *pro hac vice*)

*Attorneys for Specially Appearing Defendant David Tassillo*

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On November 1, 2021, I served the forgoing documents, described as **NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS (DKT. NO. 75)** on all interested parties as follows:

[X]   **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]   **BY PERSONAL SERVICE:** I personally delivered the document listed above to the persons at the address set forth below.

[X]   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2021, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta