WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (*pro hac vice* forthcoming)
Colin C. Bridge (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-600
Facsimile: (212) 957-4514
jbrown@cohengresser.com
nread@cohengresser.com
cbridge@cohengresser.com

*Attorneys for Defendant*
*Feras Antoon*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE DOS. 1 through 33,<br><br>Plaintiffs,<br>v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS (DKT. NO. 75)**<br><br>**Date: January 24, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 9 B**<br>**Judge: Hon. Cormac J. Carney** |

**DEFENDANT FERAS ANTOON'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS**

TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Feras Antoon hereby gives notice of joinder to, and so joins in, the Motion to Sever and Dismiss submitted by MG Freesites, LTD, MG Global Entertainment, Inc., MG Premium LTD, MindGeek S.a.r.l., MindGeek USA, Inc., RK Holdings USA Inc., and TrafficJunky Inc. (together, the "MindGeek Entities"), and the arguments made in the Memorandum of Points and Authorities filed in Support of that Motion, filed on October 22, 2021 at Dkt. No. 75.[1]

Mr. Antoon joins in the Memorandum of Points of Authorities because the arguments made therein apply with equal force to the claims asserted against Mr. Antoon. Like the MindGeek Entities, Mr. Antoon would be subjected to significant prejudice if he were required to defend against the diverse claims asserted here in a single action.

Mr. Antoon accordingly joins in and adopts the MindGeek Entities' Motion to Sever and Dismiss Jane Does Nos. 1 through 33 and Memorandum of Points and Authorities in Support of MindGeek Defendants' Motion to Dismiss (Dkt. No. 75).

Respectfully Submitted:

Dated: November 1, 2021         WIECHERT, MUNK & GOLDSTEIN, PC

By: *s/David W. Wiechert*
    David W. Wiechert

//
//
//

---

[1] In his Motion to Dismiss the Complaint and supporting Memorandum of Points and Authorities (Dkt. No. 68), Mr. Antoon previously joined the MindGeek Entities' Motion to Dismiss and Memorandum of Points and Authorities (Dkt. No. 72), as well as the Motions to Dismiss and Memoranda of Points and Authorities filed by Mr. Bergmair (Dkt. No. 62), Mr. Tassilo (Dkt. No. 74), and Mr. Urman (Dkt. No. 69).

COHEN & GRESSER LLP

Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (*pro hac vice* forthcoming)
Colin C. Bridge (admitted *pro hac vice*)

*Attorneys for Defendant Feras Antoon*

- 2 -
**DEFENDANT FERAS ANTOON'S NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS**

Case 2:21-cv-04920-CJC-ADS   Document 82   Filed 11/01/21   Page 4 of 4   Page ID #:1007

## CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On November 1, 2021, I served the forgoing documents, described as **NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION TO SEVER AND DISMISS (DKT. NO. 75)** on all interested parties as follows:

[X]  **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]  **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2021, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta

1
CERTIFICATE OF SERVICE