NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David W. Wiechert (SBN 94607)
Wiechert, Munk & Goldstein, PC
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

ATTORNEY(S) FOR: Defendant David Tassillo

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Fleites, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L., et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant David Tassillo___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Serena Fleites | Plaintiff |
| JANE DOE NOS. 1 through 33 | Plaintiffs |
| MindGeek S.A.R. L. | Defendant |
| MG Freesites, LTD | Defendant |
| MindGeek USA, Inc. | Defendant |
| MG Premium LTD | Defendant |
| MC Global Entertainment Inc. | Defendant |

(Continued on following page, Appendix A)

11/1/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant David Tassillo

## APPENDIX A TO NOTICE OF INTERESTED PARTIES

| PARTY | INTEREST |
|---|---|
| TrafficJunky Inc.* | Defendant |
| RK Holdings USA Inc.* | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Corey Urman | Defendant |
| Visa, Inc. | Defendant |
| Colbeck Capital Does 1-10 | Defendants |
| Bergmair Does 1-10 | Defendants |

---

* We include TrafficJunky Inc. and RK Holdings USA Inc. insofar as they are named defendants in the complaint and alleged to be "under the control of MindGeek S.a.r.l.," though we note that in a recent filing the MindGeek Entities represented that they are not aware of these corporate entities.  *See* Dkt No. 71.

# CERTIFICATE OF SERVICE

    I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

    On November 1, 2021, I served the forgoing documents, described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** on all interested parties as follows:

[X]    **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]    **BY PERSONAL SERVICE:** I personally delivered the document listed above to the persons at the address set forth below.

[X]    **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on November 1, 2021, at San Juan Capistrano, California.

                                              /s/*Danielle Dragotta*
                                               Danielle Dragotta

**CERTIFICATE OF SERVICE**