| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Evan S. Nadel (SBN 213230)<br>enadel@mintz.com<br>Kathryn L. Ignash (SBN 299694)<br>klignash@mintz.com<br>Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>415-586-3200 | |
| ATTORNEY(S) FOR: Specially Appearing Defendant Corey Urman | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fleites, et al.,<br><br>Plaintiff(s),<br>v.<br>MindGeek S.A.R.L., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-04920-CJC (ADSx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Specially Appearing Defendant Corey Urman_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Serena Fleites | Plaintiff |
| JANE DOE NOS. 1 through 33 | Plaintiffs |
| MindGeek S.A.R. L. | Defendant |
| MG Freesites, LTD | Defendant |
| MindGeek USA, Inc. | Defendant |
| MG Premium LTD | Defendant |
| MG Global Entertainment Inc. | Defendant |

(Continued on following page, Appendix A)

| | |
|---|---|
| November 2, 2021<br>Date | /s/ Kathryn L. Ignash<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Specially Appearing Defendant Corey Urman

## APPENDIX A TO NOTICE OF INTERESTED PARTIES

| PARTY | INTEREST |
|---|---|
| TrafficJunky Inc.* | Defendant |
| RK Holdings USA Inc.* | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Corey Urman | Defendant |
| Visa, Inc. | Defendant |
| Colbeck Capital Does 1-10 | Defendants |
| Bergmair Does 1-10 | Defendants |

---

* We include TrafficJunky Inc. and RK Holdings USA Inc. insofar as they are named defendants in the complaint and alleged to be "under the control of MindGeek S.a.r.l.," though we note that in a recent filing the MindGeek Entities represented that they are not aware of these corporate entities. *See* Dkt No. 71.