| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| DAN MARMALEFSKY (CA SBN 95477) <br> 707 Wilshire Boulevard <br> Los Angeles, CA 90017-3543 <br> Telephone: 213.892.5200 <br> RONALD G. WHITE (Admitted pro hac vice) <br> 250 West 55th Street <br> New York, NY 10019-9601 <br> Telephone: 212.468.8000 | |
| ATTORNEY(S) FOR: Defendant Bernd Bergmair | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fleites, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Bernd Bergmair
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Serena Fleites | Plaintiff |
| JANE DOE NOS. 1 through 33 | Plaintiffs |
| MindGeek S.A.R. L. | Defendant |
| MG Freesites, LTD | Defendant |
| MindGeek USA, Inc. | Defendant |
| MG Premium LTD | Defendant |
| MC Global Entertainment Inc. | Defendant |

(Continued on following page, Appendix A)

| 11/2/2021 | /s/ Ronald G. White |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Bernd Bergmair

## APPENDIX A TO BERGMAIR NOTICE OF INTERESTED PARTIES

| PARTY | INTEREST |
|---|---|
| TrafficJunky Inc.[*] | Defendant |
| RK Holdings USA Inc.[*] | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Corey Urman | Defendant |
| Visa, Inc. | Defendant |
| Colbeck Capital Does 1-10 | Defendants |
| Bergmair Does 1-10 | Defendants |

---

[*] We include TrafficJunky Inc. and RK Holdings USA Inc. insofar as they are named as defendants in the complaint and alleged to be "under the control of MindGeek S.a.r.l.," though we note that in a recent filing, the MindGeek entities represented that they are not aware of these corporate entities. *See* Dkt. No. 71.

ny-2283366 v1