Name and address:

David W. Wiechert
Wiechert, Munk & Goldstein, PC
27136 Paseo Espada
Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Serena Fleites, et al

v.                                                    **Plaintiff(s)**

MindGeek S.A.R.L., et al.

**Defendant(s).**

CASE NUMBER

2:21-cv-4920-CJC-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Read, Nathaniel P.T.                                of        Cohen & Gresser LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*              800 Third Avenue
(212) 957-7069          (212) 957-4514                          21st. Floor
*Telephone Number*          *Fax Number*                        New York, NY 10022
nread@cohengresser.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Feras Antoon

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

David W. Wiechert                                    of      WIECHERT, MUNK & GOLDSTEIN, PC
*Designee's Name (Last Name, First Name & Middle Initial)*           27136 Paseo Espada, Suite B1123
94607          (949) 361-2822          (949) 361-5722          San Juan Capistrano, CA 92675
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
dwiechert@aol.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:        ☐    for failure to pay the required fee.

                ☐    for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

                ☐    for failure to complete Application: _____

                ☐    pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

                ☐    pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

                ☐    because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded. ☐ not be refunded.

**Dated: November 3, 2021**                              _____
                                                      **U.S. District Judge**