Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>                    Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND TIME**<br><br>Date: December 20, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

CASE NO. 21-CV-04920-CJC-ADS

**JOINT MOTION FOR ENTRY OF STIPULATION**

1          Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively,
2     "Plaintiffs") and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA
3     Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and
4     TrafficJunky Inc. (the "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David
5     Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively
6     "Defendants"), all by and through their counsel jointly move for an Order entering
7     the Proposed Stipulation to Extend Time, enclosed herein as Exhibit A.  In support of
8     its motion, the Parties aver the following:
9          1.     The Complaint initiating this action was filed on June 17, 2021.  (Dkt.
10    1).  On July 26, 2021, the Court approved and entered a proposed stipulated schedule
11    which provides that MindGeek Entities and Individual Defendants must answer or
12    otherwise respond to Plaintiffs' Complaint on or before October 18, 2021.  (Dkt. 31).
13    The Court approved a similar stipulation setting the same deadlines as to Defendant
14    Visa Inc. on August 11, 2021.  (Dkt. 36).
15         2.     On October 18, 2021, the Court approved the parties' stipulated motion
16    to set time for Defendants to respond to Plaintiff's Complaint to October 20, 2021 and
17    all subsequent deadlines were moved back two days so no time-period for response
18    was shortened.  (Dkt. 52,54).
19         3.     On October 18, 2021, Defendant Visa filed its Motion to Dismiss.  (Dkt.
20    55).  On October 20, 2021, the MindGeek Entities and the Individual Defendants filed
21    their Motions to Dismiss (Dkt. 62, 67-70, 72).
22         4.     On October 22, 2021, the MindGeek Entities filed a Motion to Sever.
23    (Dkt. No. 75).
24         5.     The Parties request an extension of time for Plaintiffs to oppose
25    Defendants' motions to dismiss and the MindGeek Entities' motion to sever.
26    Plaintiffs' new deadline to oppose such motions would be December 10, 2021.  The
27    Parties also request an extension of time for Defendants to file their replies in support
28    of such motions.  Defendants' new deadline to file replies in support of such motions

**JOINT MOTION FOR ENTRY OF STIPULATION**

1  would be January 24, 2022.

2      6.      The Parties respectfully propose that oral argument for the motions to

3  dismiss and the motion to sever be adjourned from January 10 and 24, 2022, to

4  February 14, 2022 or a date thereafter that is amenable to the Court and the Parties.

5      7.      Good cause exists to grant the Parties' requested relief.  The MindGeek

6  Entities, the Individual Defendants, and Visa have all filed separate motions to

7  dismiss, spanning more than 200 pages.  While Plaintiffs have worked diligently in

8  preparing their opposition, Plaintiffs believe the requested modified schedule will

9  enable them to better and more clearly present their arguments to the Court.

10  Defendants agreed to Plaintiffs' request for an extension of time and similarly

11  requested an extension of time to file their replies in support of such motions to which

12  the Plaintiffs also agreed.  All Parties now move for this requested extension of time.

13      **WHEREFORE**, the Parties respectfully requests that this Court:

14      A. Grant this Unopposed Joint Motion for Entry of Stipulation to Extend

15         Time;

16      B. Enter the agreed-upon Proposed Stipulation as the operative scheduling

17         order in this matter; and

18      C. Grant such other and further relief as justice and equity may require.

19  DATED: NOVEMBER 21, 2021      RESPECTFULLY SUBMITTED,

20

21          /s/    *Michael J. Bowe*

22      MICHAEL J. BOWE (*pro hac vice*)
        ltabaksblat@brownrudnick.com
23      BROWN RUDNICK LLP
        7 Times Square
24      New York, NY 10036
        Phone: (212) 209-4800
25      Fax: (212) 209-4801
26

27      *Attorney for Plaintiffs*

28

2      CASE NO. 21-CV-04920-CJC-ADS
**JOINT MOTION FOR ENTRY OF STIPULATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_/s/    Benjamin M. Sadun_
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
Kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698 3599
*Attorneys for MindGeek Defendants*

_/s/    Jonathan S. Sack_
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514
*Attorney for David Tassillo*

_/s/    Ronald G. White_
RONALD G. WHITE (*pro hac vice*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 468-8016
Fax: (212) 468-7900
*Attorney for Defendant Bernd Bergmair*

**JOINT MOTION FOR ENTRY OF STIPULATION**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

     /s/    *Jason Brown*
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609
*Attorney for Defendant Feras Antoon*


     /s/    *Peter Chavkin*
PETER CHAVKIN (*pro hac vice*)
PAChavkin@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6231
*Attorney for Defendant Corey Urman*


     /s/  *Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940
*Attorney for Defendant Visa, Inc.*

21

22

23

24

25

26

27

28

4        CASE NO. 21-CV-04920-CJC-ADS

**JOINT MOTION FOR ENTRY OF STIPULATION**

1             ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2        This certifies pursuant to local rule 5-4.3.4, that all signatories to this

3 document concur in its content and have authorized this filing.

4

5                        /s/     *Michael J. Bowe*

                        MICHAEL J. BOWE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 21-CV-04920-CJC-ADS

**JOINT MOTION FOR ENTRY OF STIPULATION**