# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO EXTEND TIME**<br><br>Date: December 20, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

　　　　Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively, "Plaintiffs"), by and through their counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (the "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

　　　　**WHEREAS**, Plaintiffs' Complaint in *Serena Fleites, et al. v. MindGeek S.à.r.l., et al.*, Case No. 2:21-cv-04920-CJC-ADS, was filed in the United States District Court, Central District of California on June 17, 2021 (Dkt. 1);

　　　　**WHEREAS**, the Court granted Parties' joint request and entered a stipulated schedule setting the following deadlines on July 26, 2021 (Dkt. 30):

- Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 18, 2021**,
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 22, 2021**,
- Defendants must submit any reply in support of such motion on or before **December 20, 2021** (Dkt. 31, 36);

**WHEREAS**, the Court granted the Parties' joint request for a schedule setting the following deadlines on October 18, 2021 (Dkt. 52):

- Defendants must answer or otherwise respond to Plaintiffs' Complaint on or before **October 20, 2021**,
- Plaintiffs must respond to any motion filed as to the Complaint on or before **November 24, 2021**,
- Defendants must submit any reply in support of such motion on or before **December 22, 2021** (Dkt. 52,54);

**WHEREAS**, Defendant Visa filed its Motion to Dismiss on October 18, 2021 (Dkt. 55);

**WHEREAS**, the MindGeek Entities and the Individual Defendants filed their Motions to Dismiss on October 20, 2021 (Dkt. 62, 67-70, 72);

**WHEREAS**, the MindGeek Entities filed a Motion to Sever on October 22, 2021 (Dkt. 75);

**WHEREAS**, the Parties have met and conferred and desire to set the following modified deadlines:

- Plaintiffs must respond to Defendants' motions to dismiss and the MindGeek Entities' motion to sever on or before **December 10, 2021**,
- Defendants must submit any reply in support of their motions on or before **January 24, 2022**,
- Oral argument regarding such motions is respectfully proposed by the Parties to occur on **February 14, 2022** or a date thereafter that is

amenable to the Court and the Parties;

**WHEREAS**, no party objects to, or will be prejudiced by, this modification of the deadlines;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE to the following schedule:

- Plaintiffs must respond to Defendants' motions to dismiss and the MindGeek Entities' motion to sever on or before **December 10, 2021**;
- Defendants must submit any reply in support of their motions on or before **January 24, 2022**;
- Oral argument regarding such motions on **February 14, 2022** or a date thereafter that is amenable to the Court and the Parties.

Dated: November 21, 2021

   /s/   *Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Dated: November 21, 2021

   /s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: November 21, 2021

   /s/   *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

|    |                              |                                                                                                                                                                                     |
|----|------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                              | 565 Fifth Avenue                                                                                                                                                                    |
| 2  |                              | New York, NY. 10017                                                                                                                                                                 |
|    |                              | Phone: (212) 880 9410                                                                                                                                                               |
| 3  |                              | Fax: (949) 252-1514                                                                                                                                                                 |
| 4  |                              |                                                                                                                                                                                     |
| 5  | Dated: November 21, 2021     |    /s/   *Ronald G. White*<br>RONALD G. WHITE (*pro hac vice*)                                                                                        |
| 6  |                              | rwhite@mofo.com                                                                                                                                                                     |
|    |                              | MORRISON & FOERSTER LLP                                                                                                                                                             |
| 7  |                              | 250 West 55th Street                                                                                                                                                                |
| 8  |                              | New York, New York 10019                                                                                                                                                            |
|    |                              | Tel: (212) 468-8016                                                                                                                                                                 |
| 9  |                              | Fax: (212) 468-7900                                                                                                                                                                 |
| 10 |                              |                                                                                                                                                                                     |
| 11 | Dated: November 21, 2021     |    /s/   *Jason Brown*<br>JASON BROWN (*pro hac vice*)                                                                                                |
| 12 |                              | jbrown@cohengresser.com                                                                                                                                                             |
|    |                              | COHEN & GRESSER LLP                                                                                                                                                                 |
| 13 |                              | 800 Third Ave                                                                                                                                                                       |
| 14 |                              | New York, New York 10022                                                                                                                                                            |
| 15 |                              | Tel: (212) 957-7609                                                                                                                                                                 |
| 16 | Dated: November 21, 2021     |    /s/   *Evan Nadel*                                                                                                                                 |
|    |                              | EVAN NADEL (213230)                                                                                                                                                                 |
| 17 |                              | ENadel@mintz.com                                                                                                                                                                    |
| 18 |                              | MINTZ, LEVIN, COHN, FERRIS,                                                                                                                                                         |
|    |                              | GLOVSKY AND POPEO, P.C.                                                                                                                                                             |
| 19 |                              | 666 Third Avenue,                                                                                                                                                                   |
| 20 |                              | New York, NY 10017                                                                                                                                                                  |
| 21 |                              | Tel: (212) 692-6821                                                                                                                                                                 |
| 22 |                              |    /s/   *Drew Tulumello*                                                                                                                             |
|    |                              | DREW TULUMELLO (196484)                                                                                                                                                             |
| 23 | Dated: November 21, 2021     | drew.tulumello@weil.com                                                                                                                                                             |
| 24 |                              | WEIL, GOTSHAL & MANGES LLP                                                                                                                                                          |
|    |                              | 2001 M Street NW, Suite 600                                                                                                                                                         |
| 25 |                              | Washington, DC 20036                                                                                                                                                                |
| 26 |                              | Tel: 202 682 7000                                                                                                                                                                   |
|    |                              | Fax: 202 857 0940                                                                                                                                                                   |
| 27 |                              |                                                                                                                                                                                     |
| 28 |                              |                                                                                                                                                                                     |