NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>    Plaintiffs,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND TIME**<br><br>Date: December 20, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

The Joint Motion for Entry of Stipulation to Extend Time ("Joint Motion"), was filed by Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively "Plaintiffs") and MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively "Defendants"), on November 20, 2021. All Parties joined this motion. Having considered all papers filed in support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation To Extend Time is **APPROVED**.

The hearing date for the following motions below are continued to **February 14, 2022 at 1:30 p.m.**

Defendant Visa Inc's Motion to Dismiss [55]

Defendant Bernd Bergmair's Motion to Dismiss [62]

Defendant David Tassillo's Motion to Dismiss [67]

Defendant Feras Antoon's Motion to Dismiss [68]

Defendant Corey Urman's Motion to Dismiss [69]

Defendants MG Freesites, LTD, MG Global Entertainment Inc., MG Premiun LTD, MindGeek S.A.R.L., MindGeek USA Incorporated Motion to Dismiss [70]

Defendant Mindgeek's Motion to Sever and Dismiss Jane Doe Nos. 1 Through 33 [75]

Defendant David Tassillo's Notice of Joinder to Mindgeek Defendant's Motion to Server and Dismiss [81]

Defendant Feras Antoon's Notice of Joinder to Mindgeek Defendant's Motion to Server and Dismiss [82]

Defendant Bernd Bergmair's Notice of Joinder to Mindgeek Defendant's Motion to Server and Dismiss [86]

**IT IS SO ORDERED.**

Dated: November 23, 2021

_____

Honorable Cormac J. Carney