# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:  Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION BRIEF TO DEFENDANTS' MOTIONS**<br><br>Date: January 10, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Plaintiffs Serena Fleites and Jane Doe Nos. 1 through 33 (collectively, "Plaintifis"), by and through their counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (the "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, on December 7, 2021, counsel for Plaintiffs contacted counsel for Defendants, indicating their intent to file a request with the Court for permission to file one consolidated omnibus opposition to the Defendants' Motions to Dismiss and the MindGeek Entities Motion to Sever (collectively, the "Motions"_ with a page limit of 85 pages;

     **WHEREAS**, on December 7, 2021, counsel for Defendants all indicated that they had no objections to the Plaintiffs' request;

     **WHEREAS**, no party objects to, or will be prejudiced by, the entry of this Stipulation;

     **NOW THEREFORE**, the Parties hereto hereby STIPULATE and AGREE that Plaintiffs can file a consolidated omnibus opposition with a page limit of 85 pages to Defendants' Motions.

Dated: December 8, 2021

    /s/    *Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Dated: December 8, 2021

    /s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Dated: December 8, 2021

    /s/    *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

| | | |
|---|---|---|
| 1 | Dated: December 8, 2021 | /s/   *Ronald G. White* |
| 2 | | RONALD G. WHITE (*pro hac vice*) |
| 3 | | rwhite@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 4 | | 250 West 55th Street |
| 5 | | New York, New York 10019 |
| | | Tel: (212) 468-8016 |
| 6 | | Fax: (212) 468-7900 |
| 7 | Dated: December 8, 2021 | /s/   *Jason Brown* |
| 8 | | JASON BROWN (*pro hac vice*) |
| | | jbrown@cohengresser.com |
| 9 | | COHEN & GRESSER LLP |
| 10 | | 800 Third Ave |
| 11 | | New York, New York 10022 |
| | | Tel: (212) 957-7609 |
| 12 | | |
| 13 | Dated: December 8, 2021 | /s/   *Evan Nadel* |
| | | EVAN NADEL (213230) |
| 14 | | ENadel@mintz.com |
| 15 | | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 16 | | 666 Third Avenue, |
| 17 | | New York, NY 10017 |
| | | Tel: (212) 692-6821 |
| 18 | | |
| 19 | | /s/   *Drew Tulumello* |
| 20 | Dated: December 8, 2021 | DREW TULUMELLO (196484) |
| | | drew.tulumello@weil.com |
| 21 | | WEIL, GOTSHAL & MANGES LLP |
| 22 | | 2001 M Street NW, Suite 600 |
| | | Washington, DC 20036 |
| 23 | | Tel: 202 682 7000 |
| | | Fax: 202 857 0940 |