| | |
|---|---|
| Michael J. Bowe (*pro hac vice*) <br> mbowe@brownrudnick.com <br> Lauren Tabaksblat (*pro hac vice*) <br> ltabaksblat@brownrudnick.com <br> BROWN RUDNICK LLP <br> 7 Times Square <br> New York, NY 10036 <br> Telephone:  (212) 209-4800 <br> Facsimile:   (212) 209-4801 | David M. Stein (#198256) <br> dstein@brownrudnick.com <br> BROWN RUDNICK LLP <br> 2211 Michelson Drive, 7th Floor <br> Irvine, California  92612 <br> Telephone:  (949) 752-7100 <br> Facsimile:   (949) 252-1514 |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33, <br><br> Plaintiffs, <br><br> v. <br><br> MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10 <br><br> Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS** |

1  The Joint Motion for Entry of Stipulation for Plaintiffs to File Omnibus
2  Opposition to Defendants' Motions ("Joint Motion"), was filed by Plaintiffs Serena
3  Fleites and Jane Doe Nos. 1 through 33 (collectively "Plaintiffs") and MindGeek
4  S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings
5  USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair,
6  Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively
7  "Defendants") on December 8, 2021. Plaintiffs requested the relief in the Motion and
8  Defendants do not object. Having considered all papers filed in support of the Joint
9  Motion, and all other pleadings and papers on file herein, **IT IS HEREBY**
10 **ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation for
11 Plaintiffs to File Omnibus Opposition to Defendants' Motions is **APPROVED**.

**IT IS SO ORDERED.**

Dated: _____                                    _____
                                                         Honorable Cormac J. Carney