UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>          Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFFS TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS** |

1  The Joint Motion for Entry of Stipulation for Plaintiffs to File Omnibus
2  Opposition to Defendants' Motions ("Joint Motion"), was filed by Plaintiffs Serena
3  Fleites and Jane Doe Nos. 1 through 33 (collectively "Plaintiffs") and MindGeek
4  S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings
5  USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc., Bernd Bergmair,
6  Feras Antoon, David Tassillo, Corey Urman and Visa Inc. (collectively
7  "Defendants") on December 8, 2021. Plaintiffs requested the relief in the Motion and
8  Defendants do not object. Having considered all papers filed in support of the Joint
9  Motion, and all other pleadings and papers on file herein, **IT IS HEREBY**
10 **ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation for
11 Plaintiffs to File Omnibus Opposition to Defendants' Motions is **APPROVED**.

14  **IT IS SO ORDERED.**

16  Dated: December 8, 2021

    _____
17                     Honorable Cormac J. Carney

CASE NO. 21-CV-04920-CJC-ADS

**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**