Michael J. Bowe
(*admitted pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*admitted pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California   92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10<br><br>Defendants. | CASE NO. 2:21-cv-4920<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND MINDGEEK'S MOTION TO SEVER**<br><br>Hearing:      February 14, 2022<br>Time:         1:30 P.M.<br>Courtroom:  9B |

**DECLARATION OF LAUREN TABAKSBLAT**

I, LAUREN TABAKSBLAT, do hereby declare and state as follows:

1. I am a partner in the law firm of Brown Rudnick LLP, counsel for plaintiffs in the above-captioned action. I was granted permission *pro hac vice* to appear in this case on behalf of plaintiffs. (*See* Dkt. 20.)

2. I make this declaration in support of the Motions to Dismiss filed by the defendants and the Motion to Sever filed by the MindGeek Entities, and joined by the Individual Defendants.[1]

3. A copy of this Court's Order Denying Defendants' Motion For Reconsideration Or, In The Alternative Motion For Interlocutory Appeal, in *Doe v. MindGeek USA Inc.*, No. 21-cv-00338 [Dkt.88] (C.D. Cal. Dec. 2, 2021), is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 10, 2021                    */s/* Lauren Tabaksblat
                                           Lauren Tabaksblat

---

[1] Defined terms have the meaning set forth in the accompanying consolidated opposition memorandum.

**DECLARATION OF LAUREN TABAKSBLAT**