BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

INTERNATIONAL CENTER FOR LAW & ECONOMICS
GEOFFREY A. MANNE
KRISTIAN STOUT
BEN SPERRY
1104 NW 15th Avenue, Suite 300
Portland, OR 97209
gmanne@laweconcenter.org
kstout@laweconcenter.org
bsperry@laweconcenter.org

Attorneys for Proposed Amicus Curiae
International Center for Law & Economics

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>Defendants. | Case No.: 2:21-CV-04920-CJC-ADS<br><br>**DISCLOSURE STATEMENT OF INTERNATIONAL CENTER FOR LAW & ECONOMICS**<br><br>Hearing Date: February 14, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br><br>Action filed April 14, 2016 |

This Disclosure Statement is filed on behalf of proposed amicus curiae International Center for Law & Economics ("ICLE") in compliance with the provisions of Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1.

ICLE is registered as a 501(c)(3) nonprofit in the United States of America. ICLE does not have a parent corporation and no entity or individuals own any stock in ICLE.

The undersigned, counsel of record for ICLE, certifies that not parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 17, 2022     BENBROOK LAW GROUP, PC

By /s Stephen M. Duvernay
STEPHEN M. DUVERNAY
Attorneys for Proposed Amicus Curiae
International Center for Law &
Economics

DISCLOSURE STATEMENT OF INTERNATIONAL CENTER FOR LAW & ECONOMICS
-1-