BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO CONSOLIDATE REPLY BRIEFS**<br><br>Date: February 28, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

CASE NO. 21-CV-04920-CJC-ADS
**JOINT MOTION FOR ENTRY OF STIPULATION**

Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek Entities") by and through their counsel move for an Order entering the Proposed Stipulation to Consolidate Reply Briefs (the "Stipulation"), attached hereto as Exhibit A. Pursuant to L.R. 7-3, the MindGeek Defendants have conferred with all other Parties regarding this Motion and related Stipulation, and no Party opposes the requested relief or will be filing any response. In support of its Motion, the MindGeek Entities aver the following:

1. On October 20, 2021, the MindGeek Entities filed their Motion to Dismiss [Dkts. 70, 72];

2. On October 22, 2021, the MindGeek Entities also filed a Motion to Sever [Dkt. 75];

3. On December 8, 2021, this Court granted Plaintiffs' unopposed Motion for Entry of Stipulation for Plaintiffs to File Omnibus Opposition to Defendants' Motions [Dkt. 93], allowing Plaintiffs to file a consolidated eighty-five-page Opposition to all the Motions to Dismiss and the Motion to Sever;

4. Pursuant to L.R. 11-6, the MindGeek Entities' Replies in support of their Motion to Dismiss and Motion to Sever each have a page limit of twenty-five pages;

5. The MindGeek Entities respectfully request that the Court permit them to file one consolidated Reply in support of their Motion to Dismiss and Motion to Sever with a limit of fifty pages; and

6. Good cause exists to grant the MindGeek Entities' requested relief because it is in the best interest of judicial efficiency, as it will substantially avoid repetition of arguments, facts, and other overlapping issues relevant to both Replies.

**WHEREFORE**, MindGeek Entities, Individual Defendants and Plaintiffs respectfully requests that this Court:

    A. Grant this Unopposed Joint Motion for Entry of Stipulation to Consolidate Reply Briefs; and

B. Grant such other and further relief as justice and equity may require.

DATED: JANUARY 20, 2022	RESPECTFULLY SUBMITTED,

	  /s/     *Benjamin M. Sadun*
	BENJAMIN M. SADUN (287533)
	benjamin.sadun@dechert.com
	DECHERT LLP
	US Bank Tower, 633 West 5th Street, Suite 4900
	Los Angeles, CA 90071-2013
	Phone: (213) 808-5721
	Fax: (213) 808-5760

	KATHLEEN N. MASSEY (*pro hac vice*)
	Kathleen.massey@dechert.com
	MARK S. CHEFFO (*pro hac vice forthcoming*)
	mark.cheffo@dechert.com
	DECHERT LLP
	Three Bryant Park
	1095 Avenue of the Americas
	New York, NY 10036
	Phone: (212) 698-3500
	Fax: (212) 698 3599
	*Attorneys for MindGeek Defendants*

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

*/s/ Benjamin M. Sadun*
BENJAMIN M. SADUN