UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>    Plaintiffs,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO CONSOLIDATE REPLY BRIEFS**<br><br>Date: February 28, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Unopposed Motion for Entry of Stipulation to Consolidate Reply Briefs
2  ("Unopposed Motion") was filed by Defendants MindGeek S.à.r.l., MG Freesites Ltd,
3  MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global
4  Entertainment Inc., and TrafficJunky Inc. on January 20, 2022.  No opposition is
5  anticipated.  Having considered all papers filed in support of the Unopposed Motion,
6  and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that
7  the Unopposed Motion is **GRANTED** and the Proposed Stipulation to Consolidate
8  Reply Briefs is **APPROVED**.

**IT IS SO ORDERED.**

Dated: January 21, 2022

_____
Honorable Cormac J. Carney