Evan S. Nadel (SBN 213230)
enadel@mintz.com
Kathryn L. Ignash (SBN 299694)
klignash@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Chavkin (*Pro Hac Vice*)
pchavkin@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Chrysler Center 666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000
Facsimile: (212) 983-3115

Attorneys for Specially-Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES AND JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity, et al.,<br><br>Defendants. | CASE NO. 2:21-cv-4920 CJC<br><br>**DECLARATION OF PATRICK OUELLET IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS COMPLAINT [Dkt. 69]**<br><br>Complaint Filed June 17, 2021 |

I, Patrick Ouellet, declare as follows:

1. I am a partner at the law firm of Woods s.e.n.c.r.l./LLP, located at 2000, McGill College, bureau 1700, Montréal, Qc, Canada H3A 3H3, and counsel of record for specially-appearing defendant Corey Urman in the Canadian action titled *Jane*

1

*Doe v. 9219-1568 Quebec Inc., MindGeek S.A.R.L., et al.* (2021) (the "Canadian Action"). I have been a member of the Quebec Bar since 1999. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts.

2. On January 14, 2022, I contacted Justice Bisson in the Canadian Action by email to confirm whether he authorized the amendment adding Corey Urman as a defendant in Plaintiff's Motion for authorization to institute a Class Action. On the same date, Justice Bisson replied and confirmed that Mr. Urman is now officially named as a defendant in the Canadian Action, although there is no formal judgment yet to that effect. Justice Bisson further stated "[c]onclusions to that effect will be added to the next decision that I will render." Attached hereto as **Exhibit A** is a true and correct copy of my January 14, 2022 email correspondence with Justice Bisson.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Executed on Montreal, 2022 in January 19, 2022.

_____
Patrick Ouellet

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On January 24, 2022, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users.

Executed on January 24, 2022, at Los Angeles, California.

*s/Evan S. Nadel*
Evan S. Nadel

120706400v.1