# EXHIBIT A

**De :** Donald Bisson <donald.bisson@judex.qc.ca>
**Envoyé :** 14 janvier 2022 14:51
**À :** Patrick Ouellet <pouellet@woods.qc.ca>; Caroline Dunberry <cdunberry@woods.qc.ca>
**Cc :** scaron@lcm.ca; Fanny Albrecht <falbrecht@lcm.ca>; 'karim.diallo@siskinds.com' <karim.diallo@siskinds.com>; caroline.perrault@siskinds.com
**Objet :** RE: [EXTERNE] 500-06-001115-209 - Jane Doe c. 9219-1568 Québec inc. et al.

I confirm that I have accepted the modifications sought, as described below.  There is no formal judgment yet to that effect.  Conclusions to that effect will be added to the next decision that I will render.

Regards,



**Donald Bisson, juge**
**Cour supérieure du Québec**
Coordonnateur de la Chambre des actions collectives - Division de Montréal

**Téléphone**: 514-393-2161
**Courriel**: donald.bisson@judex.qc.ca

**Palais de justice de Montréal**
Bureau 16.23
1, rue Notre-Dame Est
Montréal (Québec) H2Y 1B6
Télécopieur/fax : 514-393-7604

---

**De :** Patrick Ouellet <pouellet@woods.qc.ca>
**Envoyé :** 14 janvier 2022 14:44
**À :** Donald Bisson <donald.bisson@judex.qc.ca>; Caroline Dunberry <cdunberry@woods.qc.ca>
**Cc :** scaron@lcm.ca; Fanny Albrecht <falbrecht@lcm.ca>; 'karim.diallo@siskinds.com' <karim.diallo@siskinds.com>; caroline.perrault@siskinds.com
**Objet :** [EXTERNE] 500-06-001115-209 - Jane Doe c. 9219-1568 Québec inc. et al.

> ***ATTENTION : Ce courriel provient de l'extérieur de votre organisation.***
> *Évitez de cliquer sur un hyperlien, d'ouvrir une pièce jointe ou de transmettre des informations personnelles si vous ne connaissez pas l'expéditeur du courriel. En cas de doute, communiquez verbalement avec lui.*

Mr. Justice Bisson,

We represent Mr. Corey Urman in the above-captioned proceedings.

We understand that our client has recently been added as a Defendant in Plaintiff's Motion for authorization to institute a Class Action. We further understand that, as coordinating judge in this proposed Class Action, you have verbally authorized the amendment adding our client as a Defendant, which results in the fact that Mr. Urman is now officially named as a Defendant in this case. Although there is no formal judgment confirming this yet, may we ask that you please reply to this e-mail to confirm that our understanding is correct.

Yours truly,



**Patrick Ouellet**
**Associé / Partner**
**Fellow, American College of Trial Lawyers**
T 514.982.2551 | pouellet@woods.qc.ca
**Woods s.e.n.c.r.l./LLP**
www.litigationboutique.com
2000, McGill College, bureau 1700, Montréal, Qc, Canada H3A 3H3
T 514.982.4545 | F 514.284.2046
Notification : notification@woods.qc.ca

Avis de confidentialité: Ce message est confidentiel. Il est à l'usage exclusif du destinataire ci-dessus. Toute autre personne est par les présentes avisée qu'il lui est strictement interdit de le diffuser, de le distribuer ou de le reproduire. Si le destinataire ne peut être joint ou vous est inconnu, nous vous prions d'en informer immédiatement l'expéditeur par courrier électronique et de détruire ce message et toute copie de celui-ci.

Exhibit A-2