BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice forthcoming*)
kathleen.massey@dechert.com
MARK S. CHEFFO (*pro hac vice forthcoming*)
mark.cheffo@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10<br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Cormac J. Carney<br>Courtroom: 9B<br><br>**NOTICE OF MOTION AND MOTION BY MINDGEEK DEFENDANTS FOR A STAY AND ORDER TO SHOW CAUSE WHY STAY SHOULD NOT REMAIN IN PLACE PURSUANT TO 18 U.S.C. § 1595(b)(1).**<br><br>Hearing:    March 7, 2022<br>Time:    1:30 p.m.<br>Courtroom:  9B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE THAT**, on March 7, 2022, at 1:30 p.m., or as soon as the matter may be heard, in Courtroom 9B of the above-entitled Court, located at 411 West 4th Street, Santa Ana, California, 92701-4516, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek") will and hereby do move the Court for an order staying this action and directing Plaintiffs to show cause why this action should not remain stayed pursuant to 18 U.S.C. § 1595(b)(1).  This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the attached Declaration of Kathleen Massey, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider.  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 12, 2022.  During that telephone conference, MindGeek discussed with Plaintiffs' counsel its intention to file this Motion and stated its grounds for doing so.   MindGeek also exchanged correspondence with Plaintiffs' counsel between January 5 and February 3, 2022, seeking to obviate the need for this Motion.  MindGeek understands from the conference and letter correspondence that Plaintiffs will oppose this Motion.

DATED: FEBRUARY 3, 2022        /S/   *BENJAMIN M. SADUN*
           Benjamin M. Sadun (287533)
           Kathleen N. Massey (*pro hac vice forthcoming*)
           Mark Cheffo (*pro hac vice forthcoming*)

           *Attorneys for MindGeek Defendants*