1  BENJAMIN M. SADUN (287533)
2  benjamin.sadun@dechert.com
   DECHERT LLP
3  US Bank Tower, 633 West 5th Street,
4  Suite 4900
   Los Angeles, CA 90071-2013
5  Phone: (213) 808-5721; Fax: (213) 808-5760

6
7  KATHLEEN N. MASSEY (*pro hac vice forthcoming*)
   kathleen.massey@dechert.com
8  MARK S. CHEFFO (*pro hac vice forthcoming*)
   mark.cheffo@dechert.com
9  Three Bryant Park
10 1095 Avenue of the Americas
   New York, NY 10036
11 Phone: (212) 698-3500; Fax: (212) 698 3599

12 *Attorneys for MindGeek Defendants*
13
14              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
15                    SOUTHERN DIVISION

| 16 | SERENA FLEITES and JANE DOE NOS. 1 through 33, | CASE NO.  2:21-CV-04920-CJC-ADS |
|----|---|---|
| 17 | Plaintiffs, | Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B |
| 18 | v. | |
| 19 |  | **[PROPOSED] ORDER GRANTING MINDGEEK DEFENDANTS'** |
| 20 | MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA | **MOTION FOR STAY AND ORDER TO SHOW CAUSE WHY STAY** |
| 21 | INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG | **SHOULD NOT REMAIN IN PLACE PURSUANT TO 18 U.S.C. §** |
| 22 | GLOBAL ENTERTAINMENT INC.; | **1595(b)(1).** |
| 23 | TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; | |
| 24 | DAVID TASSILLO; COREY | |
| 25 | URMAN; VISA INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR | |
| 26 | DOES 1-10 | |
| 27 | Defendants. | |
| 28 | | |

The motion by Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc. (collectively "MindGeek") for Stay and Order to Show Cause was heard on March 7, 2022, at 1:30 p.m. by this Court.  Upon consideration of the Motion, Plaintiffs' Opposition, the oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that:

1. MindGeeks' Motion is **GRANTED** and this action is stayed pending further Order of this Court; and

2. Plaintiffs shall **RESPOND** to this Order in writing no later than seven (7) days from the entry of this Order clarifying the status of all criminal proceedings pending against Plaintiffs' alleged non-party traffickers and **SHOW CAUSE** why this action should not continue to be stayed pursuant to 18 U.S.C. §1595(b)(1) pending resolution of any ongoing criminal proceeding.  Plaintiffs' Response may be filed under seal and shall include (a) the jurisdiction, case number, and status of the criminal prosecutions and investigations referred to in the Complaint relating to the alleged non-party traffickers of Jane Doe Nos. 8, 9, 13, 14, 24, 31, 32, and 33; (b) a statement as to whether any other criminal actions are currently pending against any Plaintiff's alleged non-party trafficker arising out of the same occurrences in which the Plaintiff alleges in the Complaint that she is a victim; and (c) a statement as to why Plaintiffs believe this action is not subject to a mandatory stay pursuant to § 1595(b)(1) until there are no ongoing criminal proceedings arising out of the same occurrences as to which any Plaintiff alleges she is a victim.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Cormac J. Carney