| | |
|---|---|
| Name and address:<br>Benjamin Sadun<br>DECHERT LLP<br>US Bank Tower, 633 West 5th Street<br>Los Angeles, CA  90071-2013<br>Tel: 213-808-5700<br>Fax: 213-808-5760 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiff(s)<br>v.<br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Massey, Kathleen N.     of     DECHERT LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     Three Bryant Park
212-698-3686     212-698-3599     1095 Avenue of the Americas
*Telephone Number*     *Fax Number*     New York, NY  10036
kathleen.massey@dechert.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, RK Holdings USA Inc., MG Global Entertainment Inc., and TrafficJunky Inc.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Sadun, Benjamin     of     DECHERT LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     US Bank Tower, 633 West 5th Street,
287533     213-808-5721     213-808-5760     Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application:
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: February 7, 2022**         **Cormac J. Carney, U.S. District Judge**