Name and address:
Benjamin Sadun
DECHERT LLP
US Bank Tower, 633 West 5th Street
Los Angeles, CA  90071-2013
Tel: 213-808-5700
Fax: 213-808-5760

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br><div align=right>Plaintiff(s)</div><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br><div align=right>Defendant(s).</div> | CASE NUMBER<br><br>2:21-CV-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Coleman, Hayden                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

212-698-3551                    212-698-3599

*Telephone Number*          *Fax Number*

hayden.coleman@dechert.com

*E-Mail Address*

DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, and MG Global

Entertainment Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Sadun, Benjamin                                        of

*Designee's Name (Last Name, First Name & Middle Initial)*

287533              213-808-5721              213-808-5760

*Designee's Cal. Bar No.*   *Telephone Number*      *Fax Number*

benjamin.sadun@dechert.com

*E-Mail Address*

DECHERT LLP
US Bank Tower, 633 West 5th Street,
Los Angeles, CA 90071-2013

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

　　　　　☐ for failure to complete Application: _____

　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____          _____
　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**