Name and address:
Benjamin Sadun
DECHERT LLP
US Bank Tower, 633 West 5th Street
Los Angeles, CA  90071-2013
Tel: 213-808-5700
Fax: 213-808-5760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES and JANE DOE NOS. 1 through 33,

Plaintiff(s)

v.

MINDGEEK S.A.R.L., et al.

Defendant(s).

CASE NUMBER

2:21-CV-04920-CJC-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Coleman, Hayden    of    DECHERT LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         Three Bryant Park
212-698-3551    212-698-3599                                         1095 Avenue of the Americas
*Telephone Number*    *Fax Number*                                   New York, NY  10036
hayden.coleman@dechert.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
MindGeek S.A.R.L., MG Freesites LTD, MindGeek USA Incorporated, MG Premium LTD, and MG Global Entertainment Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

and designating as Local Counsel

Sadun, Benjamin    of    DECHERT LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           US Bank Tower, 633 West 5th Street,
287533    213-808-5721    213-808-5760                                Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                                        _____
                                                                     U.S. District Judge/U.S. Magistrate Judge