1  WIECHERT, MUNK & GOLDSTEIN, PC
   David W. Wiechert (SBN 94607)
2  27136 Paseo Espada, Suite B1123
   San Juan Capistrano, CA 92675
3  Phone: (949) 361-2822
   Facsimile: (949) 361-5722
4  Email: dwiechert@aol.com

5

6  COHEN & GRESSER LLP
   Jason Brown (admitted *pro hac vice*)
7  Nathaniel P. T. Read (admitted *pro hac vice*)
   Colin C. Bridge (admitted *pro hac vice*)
8  800 Third Avenue
9  New York, New York 10022
   Phone: (212) 957-6000
10 Facsimile: (212) 957-4514
11 Email: jbrown@cohengresser.com
   Email: nread@cohengresser.com
12 Email: cbridge@cohengresser.com
13 *(Additional counsel listed on next page)*

14                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
15                    SOUTHERN DIVISION

16 SERENA FLEITES and JANE DOE         Case No. 21-cv-04920-CJC-ADS
   DOS. 1 through 33,
17                                      Honorable Cormac J. Carney
            Plaintiffs,
18       v.
                                        **INDIVIDUAL DEFENDANTS'**
19 MINDGEEK S.A.R.L., a foreign entity; **NOTICE OF JOINDER TO**
   MG FREESITES, LTD., a foreign entity; **MINDGEEK DEFENDANTS'**
20 MINDGEEK USA INCORPORATED, a        **MOTION FOR STAY AND**
   Delaware corporation; MG PREMIUM    **ORDER TO SHOW CAUSE WHY**
21 LTD, a foreign entity; RK HOLDINGS  **STAY SHOULD NOT REMAIN IN**
   USA INC., a Florida corporation, MG **PLACE PURSUANT TO 18 U.S.C.**
22 GLOBAL ENTERTAINMENT INC., a        **§ 1595(b)(1).**
   Delaware corporation, TRAFFICJUNKY
23 INC., a foreign entity; BERND
   BERGAMAIR, a foreign individual;
24 FERAS ANTOON, a foreign individual;
   DAVID TASSILLO, a foreign individual;
25 COREY URMAN, a foreign individual;
   VISA INC., a Delaware corporation;
26 COLBECK CAPITAL DOES 1-10; and
   BERGMAIR DOES 1-10
27
            Defendants.
28

INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK
DEFENDANTS' MOTION FOR STAY

MORVILLO ABRAMOWITZ GRAND IASON &
ANELLO PC
Jonathan S. Sack (admitted *pro hac vice*)
Karen R. King (admitted *pro hac vice*)
Ryan McMenamin (admitted *pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: kking@maglaw.com
Email: rmcmenamin@maglaw.com

*Attorneys for Specially-Appearing Defendants*
*Feras Antoon and David Tassillo*


MORRISON & FOERSTER LLP
Dan Marmalefsky (SBN 95477)
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Phone: (213) 892-5200
Facsimile: (213) 892-5454
Email: DMarmalefsky@mofo.com

Ronald G. White (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Phone: (212) 468-8000
Facsimile: (212) 468-7900
Email: RWhite@mofo.com

Andre Fontana (SBN 324801)
425 Market Street
San Francisco, CA 94105-2482
Phone: (415) 268-7000
Facsimile: (415) 268-7522
Email: AFontana@mofo.com

*Attorneys for Specially-Appearing Defendant*
*Bernd Bergmair*
*(Additional counsel listed on the next page)*

1

**INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK
DEFENDANTS' MOTION FOR STAY**

1 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C
2 | Evan S. Nadel (SBN 213230)
  | Kathryn L. Ignash (SBN 299694)
3 | 2029 Century Park East, Suite 3100
4 | Los Angeles, CA 90067
  | Phone: (310) 586-3200
5 | Facsimile: (310) 586-3202
6 | Email: enadel@mintz.com
  | Email: klignash@mintz.com
7 |
8 | Peter A. Chavkin (*admitted pro hac vice*)
  | Chrysler Center 666 Third Avenue
9 | New York, NY 10017
10 | Phone: (212) 935-3000
  | Facsimile: (212) 983-3115
11 | Email: pchavkin@mintz.com
12 |
  | *Attorneys for Specially-Appearing Defendant*
13 | *Corey Urman*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
**INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK
DEFENDANTS' MOTION FOR STAY**

1 | TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND
2 | THEIR COUNSEL OF RECORD:
3 |     PLEASE TAKE NOTICE that Defendants Feras Antoon, David Tassillo,
4 | Bernd Bergmair, and Corey Urman (collectively, "Individual Defendants") hereby
5 | give notice of joinder to, and so join in, the MindGeek Defendants' (MG Freesites,
6 | LTD, MG Global Entertainment, Inc., MG Premium LTD, MindGeek S.a.r.l,
7 | MindGeek USA, Inc., RK Holdings USA Inc., and TrafficJunky Inc.) Motion for
8 | Stay and Order to Show Cause Why Stay Should Not Remain in Place Pursuant to
9 | 18 U.S.C. § 1595(b)(1) (the "Stay Motion"),  and the Memorandum of Points and
10 | Authorities in Support of MindGeek Defendants' Motion (the "Memorandum"),
11 | filed on February 3, 2022 as Dkt. No. 108.
12 |     The Individual Defendants join in the Stay Motion and Memorandum
13 | because the arguments and caselaw presented therein are applicable to them, who
14 | have been named as codefendants with the MindGeek Defendants in the same
15 | complaint.
16 |     The Individual Defendants accordingly join in and adopt the MindGeek
17 | Defendants' Motion for Stay and Order to Show Cause Why Stay Should Not
18 | Remain in Place Pursuant to 18 U.S.C. § 1595(b)(1), and Memorandum of Points
19 | and Authorities in Support of MindGeek Defendants' Motion (Dkt. No. 108).
20 |
21 | DATED: February 9, 2022    Respectfully Submitted:
22 |     WIECHERT, MUNK & GOLDSTEIN, PC
23 |
24 |     By: */s/ David W. Wiechert*
    David W. Wiechert (SBN 94607)
25 |
26 |
27 |
28 |

- 3 -
**INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION FOR STAY**

COHEN & GRESSER LLP

By: /s/ Jason Brown
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)
*Attorneys for Specially-Appearing Defendant*
*Feras Antoon*


MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

By: /s/Jonathan Sack
Jonathan S. Sack (admitted *pro hac vice*)
Karen R. King (admitted *pro hac vice*)
Ryan McMenamin (admitted *pro hac vice*)
*Attorneys for Specially-Appearing Defendant*
*David Tassillo*


MORRISON & FOERSTER LLP

By: /s/ Dan Marmalefsky
Dan Marmalefsky (SBN 95477)
Ronald G. White (admitted *pro hac vice*)
Andre Fontana (SBN 324801)
*Attorneys for Specially-Appearing Defendant*
*Bernd Bergmair*

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.

By: /s/ Evan S. Nadel
Evan S. Nadel (SBN 213230)
Kathryn L. Ignash (SBN 299694)
Peter A. Chavkin (*admitted pro hac vice*)
*Attorneys for Specially-Appearing Defendant*
*Corey Urman*

- 4 -
**INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK**
**DEFENDANTS' MOTION FOR STAY**

## <u>CERTIFICATE OF SERVICE</u>

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On February 9, 2022, I served the forgoing documents, described as **INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION FOR STAY AND ORDER TO SHOW CAUSE WHY STAY SHOULD NOT REMAIN IN PLACE PURSUANT TO 18 U.S.C. § 1595(b)(1).** on all interested parties as follows:

[X]    **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]    **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]    **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2022, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta

**INDIVIDUAL DEFENDANTS' NOTICE OF JOINDER TO MINDGEEK DEFENDANTS' MOTION FOR STAY**