Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date: April 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Plaintiff Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., TrafficJunky Inc. (the "MindGeek Defendants"), Feras Antoon, David Tassillo, Bernd Bergmair, and Corey Urman (the "Individual Defendants"), and Visa Inc. (collectively "Defendants"), all by and through their counsel jointly move for an Order entering the Proposed Stipulation to Set Time to File a First Amended Complaint, enclosed herein as Exhibit A.  In support of its motion, the Parties aver the following:

1. On June 17, 2021, Plaintiff Serena Fleites, along with plaintiffs Jane Doe Nos. 1-33, filed the Complaint initiating this action.  [Dkt. 1].

2. On October 22, 2021, the MindGeek Defendants filed a Motion to Sever and Dismiss Jane Doe Nos. 1-33 [Dkt. 75], which was joined by the Individual Defendants [Dkts. 76, 81, 82, 86] (the "Motions to Sever").

3. On February 10, 2022, the Court granted the Motions to Sever, and ordered that Plaintiff Serena Fleites file a First Amended Complaint by Monday, March 14, 2022.  [Dkt. 119 at 19].

4. Plaintiff respectfully requests a one-week extension of time for Plaintiff Serena Fleites to file a First Amended Complaint until March 21, 2022.  Defendants all consent to this request.

5. Good cause exists to grant the Parties' requested relief.  Plaintiff's counsel recently learned that Ms. Fleites is dealing with a medical issue.  Ms. Fleites's unforeseen circumstances makes it extremely difficult to finalize the First Amended Complaint by Monday, March 14, 2022.

**WHEREFORE**, the Parties respectfully request that this Court:

A. Grant this unopposed Joint Motion for Entry of Stipulation to Set Time to File a First Amended Complaint;

B. Enter the agreed-upon Proposed Stipulation as the operative scheduling order in this matter; and

C.  Grant such other and further relief as justice and equity may require.

Dated: March 11, 2022

Respectfully submitted,

   */s Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

   */s Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

   */s Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

   */s Ronald G. White*
RONALD G. WHITE (*pro hac vice*)
rwhite@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019

Tel: (212) 468-8016
Fax: (212) 468-7900

   */s Jason Brown*
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609

   */s Evan Nadel*
EVAN NADEL (213230)
ENadel@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6821

   */s Drew Tulumello*
DREW TULUMELLO (196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

1               ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2       This certifies that pursuant to local rule 5-4.3.4, that all signatories to this

3 document concur in its content and have authorized this filing.

                                       */s Michael J. Bowe*
                                       MICHAEL J. BOWE