Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**[PROPOSED] STIPULATION TO SET TIME TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date: April 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

CASE NO. 2:21-cv-4920-CJC-ADS

[PROPOSED] STIPULATION TO SET TIME TO FILE A FIRST AMENDED COMPLAINT

Plaintiff Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK Holdings USA Inc., MG Global Entertainment Inc., TrafficJunky Inc. (the "MindGeek Defendants"), Feras Antoon, David Tassillo, Bernd Bergmair, and Corey Urman (the "Individual Defendants"), and Visa Inc. (collectively "Defendants"), all by and through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 17, 2021, Plaintiff Serena Fleites, along with plaintiffs Jane Doe Nos. 1-33, filed the Complaint initiating this action; [Dkt. 1.]

**WHEREAS**, on October 22, 2021, the MindGeek Defendants filed a Motion to Sever and Dismiss Jane Doe Nos. 1-33 [Dkt. 75], which was joined by the Individual Defendants [Dkts. 76, 81, 82, 86] (the "Motions to Sever");

**WHEREAS**, on February 10, 2022, the Court granted the Motions to Sever, and ordered Plaintiff Serena Fleites file a First Amended Complaint on or before **Monday, March 14, 2022**; [Dkt. 119 at 19.]

**WHEREAS**, the Parties have met and conferred and respectfully seek a one-week extension of time for Plaintiff Serena Fleites to file a First Amended Complaint, and desire to set the modified deadline to file a First Amended Complaint on or before **Monday, March 21, 2022**;

**WHEREAS**, no party objects to, or will be prejudiced by, this short one-week extension of time;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the deadline for Plaintiff Serena Fleites to file a First Amended Complaint shall be extended until **Monday, March 21, 2022**.

| | |
|---|---|
| Dated: March 11, 2022 | Respectfully submitted, |
| | |
| |    */s Michael J. Bowe* |
| | MICHAEL J. BOWE (*pro hac vice*) |
| | mbowe@brownrudnick.com |
| | BROWN RUDNICK LLP |
| | 7 Times Square |
| | New York, NY 10036 |
| | Phone: (212) 209-4800 |
| | Fax: (212) 209-4801 |
| | |
| |    */s Benjamin M. Sadun* |
| | BENJAMIN M. SADUN (287533) |
| | benjamin.sadun@dechert.com |
| | DECHERT LLP |
| | US Bank Tower, 633 West 5th Street, Suite 4900 |
| | Los Angeles, CA 90071-2013 |
| | Phone: (213) 808-5721 |
| | Fax: (213) 808-5760 |
| | |
| |    */s Jonathan S. Sack* |
| | JONATHAN S. SACK (*pro hac vice*) |
| | Jsack@maglaw.com |
| | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |
| | 565 Fifth Avenue |
| | New York, NY. 10017 |
| | Phone: (212) 880 9410 |
| | Fax: (949) 252-1514 |
| | |
| |    */s Ronald G. White* |
| | RONALD G. WHITE (*pro hac vice*) |
| | rwhite@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| | New York, New York 10019 |
| | Tel: (212) 468-8016 |
| | Fax: (212) 468-7900 |

|   |   |
|---|---|
| 1 |   /s Jason Brown |
|   | JASON BROWN (*pro hac vice*) |
| 2 | jbrown@cohengresser.com |
|   | COHEN & GRESSER LLP |
| 3 | 800 Third Ave |
| 4 | New York, New York 10022 |
|   | Tel: (212) 957-7609 |
| 5 |   |
| 6 |   /s Evan Nadel |
| 7 | EVAN NADEL (213230) |
|   | ENadel@mintz.com |
| 8 | MINTZ, LEVIN, COHN, FERRIS, |
|   | GLOVSKY AND POPEO, P.C. |
| 9 | 666 Third Avenue, |
| 10 | New York, NY 10017 |
| 11 | Tel: (212) 692-6821 |
| 12 |   /s Drew Tulumello |
| 13 | DREW TULUMELLO (196484) |
|   | drew.tulumello@weil.com |
| 14 | WEIL, GOTSHAL & MANGES LLP |
| 15 | 2001 M Street NW, Suite 600 |
|   | Washington, DC 20036 |
| 16 | Tel: 202 682 7000 |
| 17 | Fax: 202 857 0940 |

3          CASE NO. 2:21-cv-4920-CJC-ADS

[PROPOSED] STIPULATION TO SET TIME TO FILE A FIRST AMENDED COMPLAINT