Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10.<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO SET TIME TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date: April 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Joint Motion for Entry of Stipulation to Set Time to File a First Amended
2  Complaint ("Joint Motion"), was filed by Plaintiff Serena Fleites, and Defendants
3  MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, RK
4  Holdings USA Inc., MG Global Entertainment Inc., TrafficJunky Inc., Feras
5  Antoon, David Tassillo, Bernd Bergmair, and Corey Urman, and Visa Inc.
6  (collectively "Defendants"), on March 11, 2022.  All Parties joined this motion.
7  Having considered all papers filed in support of the Joint Motion, and all other
8  pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint
9  Motion is **GRANTED** and the Proposed Stipulation to Set Time to File a First
10 Amended Complaint is **APPROVED**.

12     **IT IS SO ORDERED**.

15 Dated: _____             _____
16                                                             Honorable Cormac J. Carney