| | |
|---|---|
| Michael J. Bowe<br>(*admitted pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*admitted pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:   (212) 209-4800<br>Facsimile:   (212) 209-4801 | David M. Stein (#198256)<br>dstein@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California  92612<br>Telephone:   (949) 752-7100<br>Facsimile:   (949) 252-1514 |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES and JANE DOE NOS. 1 through 33,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; RK HOLDINGS USA INC., a Florida corporation, MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, TRAFFICJUNKY INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>HON. CORMAC J. CARNEY<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO ADD AND REMOVE DEFENDANTS**<br><br>Date: April 26, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

CASE NO. 21-CV-04920-CJC-ADS
DECL. OF LAUREN TABAKSBLAT ISO MOTION TO AMEND COMPLAINT

I, Lauren Tabaksblat, declare as follows.

1. I am a partner at the law firm of Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this action. I have been admitted to appear in this matter *pro hac vice*.

2. I submit this declaration in support of Plaintiff's Motion to Amend the Complaint to Add and Remove Defendants (the "Motion"). The facts set forth below are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. On March 21, 2022, I participated in a meet-and-confer teleconference with counsel for the Defendants concerning this Motion.

4. During the teleconference, counsel for the MindGeek Defendants indicated that the MindGeek Defendants consented to the removal of Defendant RK Holdings USA Inc. and Defendant TrafficJunky, Inc. as a separate defendant. Additionally, counsel for both the MindGeek Defendants and Visa consented to the replacement of Colbeck Capital Does 1-10 with Colbeck Capital Does 1-5 and the replacement of Bergmair Does 1-10 with Bergmair Does 1-5. None of the other Defendants' counsel objected to any of the proposed changes referenced in this paragraph.

5. In connection the discussion concerning the removal of RK Holdings USA Inc. as a named defendant, counsel for the MindGeek Defendants informed the participants on the teleconference that while there was previously a MindGeek affiliated entity, with a similar name, that entity had been dissolved years earlier. Counsel further indicated that the entity RK Holdings, LLC was a minority shareholder of MindGeek and that entity did not have any connection to the conduct alleged in this action.

6. By email dated March 21, 2022, counsel for the MindGeek Defendants stated that they could not consent to the proposed inclusion of 9219-1568 Quebec,

Inc. as a defendant until they had the opportunity to review the proposed allegations against that entity.

7. Attached to this declaration as **Exhibit A** is Plaintiff's proposed Amended Complaint.

8. Attached to this declaration as **Exhibit B** is a redline version of the proposed Amended Complaint compared to the Complaint.

9. Attached to this declaration as **Exhibit C** is a copy of Defendants' Answer and Jury Demand to Plaintiffs' First Amended Complaint that was filed in *Jane Doe #1 v. MG Freesites, Ltd.*, No. 21-00220-LSC, Dkt. 45 (N.D. Ala. Mar. 1, 2022).

DATED: March 21, 2022

By: */s/ Lauren Tabaksblat*
Lauren Tabaksblat