Exhibit B

1  Michael J. Bowe
   (admitted pro hac vice application
2  forthcoming)
   mbowe@brownrudnick.com
3  Lauren Tabaksblat visa
   (admitted pro hac vice application
4  forthcoming)
   ltabaksblat@brownrudnick.com
5  Danielle A. D'Aquila
   (pro hac vice application forthcoming)
6  ddaquila@brownrudnick.com
   BROWN RUDNICK LLP
7  7 Times Square
   New York, NY 10036
8  Telephone:    (212) 209-4800
   Facsimile:    (212) 209-4801

   David M. Stein (#198256)
   dstein@brownrudnick.com
   BROWN RUDNICK LLP
   2211 Michelson Drive, 7th Floor
   Irvine, California  92612
   Telephone:  (949) 752-7100
   Facsimile:    (949) 252-1514

9  *Attorneys for* ~~Plaintiffs~~*Plaintiff*

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

12  SERENA FLEITES ~~and JANE DOE~~
    ~~NOS. 1 through 33~~,

13                  ~~Plaintiffs~~Plaintiff,

14                  v.

15  MINDGEEK S.A.R.L. a foreign entity;
16  MG FREESITES, LTD., a foreign
    entity; MINDGEEK USA
17  INCORPORATED, a Delaware
    corporation; MG PREMIUM LTD, a
18  foreign entity; ~~RK HOLDINGS USA~~
    ~~INC., a Florida corporation,~~ MG
19  GLOBAL ENTERTAINMENT INC., a
    Delaware corporation;
20  ~~TRAFFICJUNKY INC.~~; 9219-1568
    Quebec, Inc. (d/b/a MindGeek), a
21  foreign entity; BERND BERGMAIR, a
    foreign individual; FERAS ANTOON, a
22  foreign individual; DAVID
    TASSILLO, a foreign individual;
23  COREY URMAN, a foreign individual;
    VISA INC., a Delaware corporation;
24  COLBECK CAPITAL DOES 1-~~10~~5;
    and BERGMAIR DOES 1-~~10~~5
25

26                  Defendants.

27

28

CASE NO. 2:21-cv-4920

**[PROPOSED] AMENDED COMPLAINT**

1.    VIOLATIONS OF
      FEDERAL SEX
      TRAFFICKING LAWS
      [18 U.S.C. §§ 1591, 1594,
      1595]
2.    RECEIPT, TRANSPORT,
      AND DISTRIBUTION OF
      CHILD PORNOGRAPHY
      [18 U.S.C. §§ 2252, 2252A,
      2255]
3.    RACKETEERING
      [18 U.S.C. §§ 1962]
4.    PUBLIC DISCLOSURE
      OF PRIVATE FACTS
5.    INTRUSION INTO
      PRIVATE AFFAIRS
6.    PLACING
      ~~PLAINTIFFS~~PLAINTIFF IN
      "FALSE LIGHT"
7.    COMMON LAW
      MISAPPROPRIATION OF
      LIKENESS
8.    STATUTORY

                    COMPLAINT

MISAPPROPRIATION OF
LIKENESS
[California Civil Code § 3344]
9.    DISTRIBUTION OF
PRIVATE SEXUALLY
EXPLICIT MATERIALS
[California Civil Code §
1708.85]
10.    NEGLIGENCE
11. UNJUST ENRICHMENT
11.    12. UNFAIR
COMPETITION
[California Business &
Professions Code §§ 17200,
17500]
12.    13. CIVIL CONSPIRACY

**DEMAND FOR JURY TRIAL**

PlaintiffsPlaintiff, Serena Fleites and Jane Doe Nos. 1 through 33 (collectively, "plaintiffs"), through theirher undersigned counsel, for theirher complaint against MindGeek S.a.r.l.; MG Freesites, Ltd. d/b/a Pornhub ("Pornhub"); MindGeek USA Incorporated ("MindGeek USA"); MG Premium Ltd.; RK Holdings USA Inc.; MG Global Entertainment Inc.; TrafficJunky9219-1568 Quebec, Inc. (d/b/a Trafficjunky.comMindGeek) (collectively "MindGeek"); Bernd Bergmair; Feras Antoon; David Tassillo; Corey Urman; Bernd Bergmair Does 1-105; and Colbeck Capital Management LLC Does 1-105 (MindGeek together with Bergmair, Antoon, TassilloTassillo, and Urman, Bergmair Does1-105, and Colbeck Capital Does 1-105, the "MindGeek Defendants"); and Visa Inc. ("Visa") (collectively, "defendants") for sex trafficking in violation of 18 U.S.C. §§ 1591 and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, racketeering in violation of 18 U.S.C. § 1962, and state statutory and common law violations, allegealleges as follows:

## **INTRODUCTION**

1.      Plaintiff Serena Fleites became a victim of child sexual abuse material ("CSAM") and trafficking at the age of 13 when CSAM depicting her was illegally accepted, uploaded, optimized to maximize website views, disseminated, and used to promote advertising by MindGeek.  This abuse continued over the course of years while she was a minor during which time MindGeek repeatedly accepted and exploited videos of the then-minor Plaintiff for monetary purposes.  The impact on Plaintiff's life was devastating, derailing a good, innocent young student's education, family, friend, and community relationships, and mental health.  While she has heroically survived, she had never fully recovered.  Her experience was not unique or surprising, but instead a regular part of the business model defendants created to get rich in the porn industry by operating without restrictions.

2.      1. MindGeek is the most dominant online pornography company in the

world.  It is also one of the largest human trafficking ventures in the world.  And it is likely the largest non-regulatory repository of child pornography in North America and well beyond.

3.    2. This is a case about rape, not pornography.  It is a case about the rape and sexual exploitation of children.  It is a case about the rape and sexual exploitation of men and women.  And it is a case about each of these defendants knowingly and intentionally electing to capitalize and profit from the horrendous exploitation and abuse of tens of thousands of other human beings so they could make more than the enormous sums of money they would have otherwise made anyway.

4.    3. Mindgeek MindGeek is a classic criminal enterprise run, according to those who know it best, "just like the Sopranos."  The "bosses" at the head of this criminal enterprise are Mindgeek CEO MindGeek chief executive officer Feras Antoon and financier Berg Bergmair, representing a group of uber-wealthy owners of the company.  These uber-wealthy owners, the "over-bosses" of the enterprise, are unknown to the public and even to Antoon because they do not want to be publicly associated, or even risk being publicly associated, with the criminal enterprise they fund and from which they profit.  Indeed, until recently Bergmair had no identifiable public identity let alone identifiable connection to MindGeek.  Instead, he literally secreted himself from the world, hiding behind a false professional identity, an extensively scrubbed internet fingerprint, and extreme rules of secrecy.  And Antoon and other publicly known MindGeek executives misrepresented themselves as the true owners of MindGeek as part of the scheme to conceal the true ownership behind this criminal enterprise.

5.    4. Antoon and his Montreal-based MindGeek "crew," dubbed internally the "Bro-Club," likewise take extraordinary measures to keep their identities and activities unknown.  Like Bergmair, they assume fake identities when engaged in

MindGeek's illegal and unethical activities, expending considerable resources to ~~scrubbing~~scrub as much of their online fingerprint as possible, and insist on extreme secrecy and security measures in MindGeek's business dealings even with respect to other MindGeek employees.

6.    ~~5.~~ The reason for this extreme aversion to visibility and scrutiny is because the most powerful online pornography company in the world was built and sustained in material parts on child pornography, rape, and human trafficking.  In the arms race to be the number one result in the Google search engine for porn, the defendants knew it would be a huge advantage to have more content than anyone else.  In the science of ~~Search Engine Optimization~~search engine optimization ("SEO"), content is king and the unrestricted accumulation of content is a driving factor in determining which website leads in Google search results.

7.    ~~6. The~~At the direction of Bergmair and with the implementation of Antoon, Tassillo, and Urman, the defendants ~~embraced~~intentionally adopted, a business model in which they not only allowed users to populate their platform with virtually any type of pornographic content, they would carefully analyze those users and others who were drawn to such content to induce them to load more, watch more, live more on the ~~Mindgeek~~MindGeek platform.  In the course of doing so, these defendants developed a detailed understanding of all the content on their platform, including ~~non-consensual~~nonconsensual content, and nonetheless elected to monetize that content.

8.    In addition, they used this detailed understanding of their content and users to generate advertising revenues by displaying ads purchased through their TrafficJunky platform on all displayed content, including ads directing users to premium pay products, services, and memberships that users could purchase through its in-house payment platform Probiller.  Such transactions on both platforms were overwhelmingly processed through credit card companies, which were aware of the

1    inextricably intertwined use of CSAM and trafficked content in MindGeek's
2    business model, but nevertheless imposed no limitations on transactions they would
3    process.

4        9.    7. In doing so, the defendants succeeded in creating a bustling
5    marketplace for child pornography, rape videos, trafficked videos, and every other
6    form of non-consensual nonconsensual content.  They intentionally elected to not
7    employ any effective monitoring of what was being uploaded, or process for
8    removing content that was exploitive and illegal.  To the contrary, in the rare
9    instance where the defendants were forced to remove content from their platform,
10   whistleblowers have confirmed that they subsequently would reupload the content to
11   their platform.

12       10.    Moreover, they actively engaged in pretextual gaslighting campaigns
13   touting non-existent technology, processes, and policies meant to exclude illegal
14   content, and repeatedly misrepresented that such content was not part of MindGeek's
15   business model or frequently on its sites.  They did this to mislead the market
16   generally that it was a legitimate, legal operation so as to induce the many users who
17   would not use the site had they known the truth, but also to satisfy credit card
18   companies like Visa who agreed to continue processing transactions only if
19   MindGeek made and maintained such claims, even though Visa knew from its own
20   due diligence and other external sources that no such effective technology, processes,
21   or policies were in effect.

22       11.    8. Not only did these defendants allow users to populate MindGeek's
23   platform with non-consensual nonconsensual content, and restore the non-
24   consensual nonconsensual content of those users when removed, they also acquired
25   and populated the MindGeek platform with their own non-consensual nonconsensual
26   content.  The MindGeek defendants frequently purchased in bulk trafficked content
27   from known trafficking areas such as Eastern Europe, Asia, and South America.  In
28

4

COMPLAINT

doing so, they used third-parties to upload that content in a way that made it look like user uploaded content.  In executing this scheme, MindGeek used its byzantine international corporate structure of hundreds of sham shell ~~corporation~~corporations to mask the process and launder the payments.

12. ~~9.~~ Put simply, a central element of the business plan that ~~the~~ MindGeek used to become the dominant online pornography company in the world was the maximum use of ~~non-consensual content.~~nonconsensual content.  This meant much more than simply permitting such content.  Rather it entailed (a) issuing guidelines, policies, and interfaces that encouraged users to not only post such content but maximize its reach via designating descriptive titles, tags, categories, and playlists; (b) providing their own such elements to drive traffic to their sites so they could profit from advertising revenues and product and service sales, including themselves uploading such content to their own tubesites as a matter of course; (c) sharing revenues with those posting the illegal material under certain circumstances; and (d) providing VPN, Tor site access, and direct messaging services to permit users engaged in illegal conduct to feels safe operating on the MindGeek sites.

13. That business plan worked.  And the ~~Mindgeek~~MindGeek defendants got rich.

14. Also knowingly profiting along with them, were major American credit card companies and banks, including in particular here, defendant Visa, who was uniquely suited to stop this exploitation but chose instead to participate in the profiteering.  Visa's participation was deliberate, informed, and based on a full understanding of MindGeek's active and widespread incorporation of trafficked and CSAM content in its business model.  Visa gained this understanding through the extensive due diligence it and its agent banks conducted over the course of its decade-long relationship with MindGeek, extensive discussions they had with MindGeek during that period, and from direct reporting from victims, activists, the

press, and government and legislative bodies.  From all these sources, Visa was fully aware that MindGeek's business model specifically solicited, promoted, amplified, and otherwise exploited CSAM and other trafficked content to induce users to visit its free and premium websites and generate revenues from those users via advertising fees earned from the traffic itself, paid services and products purchased by such visitors, and the sale of data harvested from them.

15.    Despite this full knowledge of these business practices, which Visa and its agent banks discussed extensively with MindGeek, Visa explicitly agreed to continue participating in MindGeek's trafficking venture by processing the financial payments without which these illegal transactions would not take place.  Visa did so despite other prominent financial institutions, like PayPal, refusing to do so and publicly disassociating from MindGeek.  Visa did so to profit from those illegal transactions and all legal transactions.  MindGeek used illegal transactions to solicit, and because it made a policy decision not to police marketplace conduct of its merchants because doing so could limit its ability to do business.  Visa made this decision in discussions and negotiations with MindGeek and explicitly communicated to MindGeek its agreement to process these transactions despite the information it had from various sources based on window-dressing denials Visa knew were false.

16.    When it entered into this agreement, Visa was well aware from its own due diligence and that of its agent banks and from negotiations with MindGeek that it had the practical power to prevent these illegal transactions by conditioning its services on basic best practices that would ensure content was consensual and not CSAM.  Indeed, when public pressure spiked after a damning New York Times article about MindGeek, Visa and Mastercard promptly forced MindGeek to remove over 10 million unverified videos simply by suspending their services pending an "investigation."  Since then, MindGeek has stated publicly and has had innumerable

6

COMPLAINT

industry proxies likewise publicly proclaim that if Visa refused to process payments MindGeek and the online porn industry would fail.  Despite acknowledging that their very quick "investigation" confirmed what the New York Times had reported, Visa has once again returned to processing the majority of MindGeek's transactions despite the failure of MindGeek to implement basic steps necessary to ensure content is consensual and not CSAM.

17.   ~~10.~~ Left devastated were the thousands of human ~~being~~beings who were victimized not simply by their original abuser, but then again, and again, and again by ~~MindGeek's~~MindGeek and Visa's monetization of that exploitation.  ~~Plaintiffs~~Plaintiff in this case ~~are thirty-four~~is one such human ~~beings~~being victimized first by ~~their~~her original abuser, and then repeatedly by ~~the~~ defendants in this case.

## **PARTIES**

~~**Plaintiffs**~~

18.   ~~11.~~ Plaintiff Serena Fleites is an individual who is now at the age of majority.  As alleged herein, Ms. Fleites is a victim of child sex trafficking.  At all relevant times, Ms. Fleites was a resident of California.

~~12. Jane Doe No. 1 is an individual who is now at the age of majority.  As alleged herein, Jane Doe No. 1 is a victim of child sex trafficking.  Jane Doe No. 1 currently resides in California within this judicial district.  The recorded sexual assaults described herein took place in California, Maryland, Pennsylvania, Florida, and New York.~~

~~13. Jane Doe No. 2 is an individual who is now at the age of majority.  As alleged herein, Jane Doe No. 2 is a victim of child sex trafficking.  At all relevant times, Jane Doe No. 2 was a citizen of the United Kingdom.~~

~~14. Jane Doe No. 3 is an individual who is now at the age of majority.  As alleged herein, Jane Doe No. 3 is a victim of child sex trafficking.  At all relevant~~

7

1  times, Jane Doe No. 3 was a resident of Colorado.

2          15. Jane Doe No. 4 is an individual who is now at the age of majority.  As

3  alleged herein, Jane Doe No. 4 is a victim of child sex trafficking.  At all relevant

4  times, Jane Doe No. 4 was a resident of California.

5          16. Jane Doe No. 5 is an individual who is now at the age of majority.  As

6  alleged herein, Jane Doe No. 5 is a victim of child sex trafficking.  At all relevant

7  times, Jane Doe No. 5 was a resident of Rhode Island.

8          17. Jane Doe No. 6 is an individual who is now at the age of majority.  As

9  alleged herein, Jane Doe No. 6 is a victim of child sex trafficking.  At all relevant

10 times, Jane Doe No. 6 was a citizen of the United Kingdom.

11         18. Jane Doe No. 7 is an individual who is now at the age of majority.  As

12 alleged herein, Jane Doe No. 7 is a victim of child sex trafficking.  At all relevant

13 times, Jane Doe No. 7 was a resident of Missouri.

14         19. Jane Doe No. 8 is an individual who is now at the age of majority.  As

15 alleged herein, Jane Doe No. 8 is a victim of child sex trafficking.  At all relevant

16 times, Jane Doe No. 8 was a citizen of Colombia.

17         20. Jane Doe No. 9 is an individual who is now at the age of majority.  As

18 alleged herein, Jane Doe No. 9 is a victim of child sex trafficking.  At all relevant

19 times, Jane Doe No. 9 was a citizen of Colombia.

20         21. Jane Doe No. 10 is an individual who is now at the age of majority.  As

21 alleged herein, Jane Doe No. 10 is a victim of child sex trafficking.  At all relevant

22 times, Jane Doe No. 10 was a citizen of Thailand.

23         22. Jane Doe No. 11 is an individual who is now at the age of majority.  As

24 alleged herein, Jane Doe No. 11 is a victim of child sex trafficking.  At all relevant

25 times, Jane Doe No. 11 was a citizen of Thailand.

26         23. Jane Doe No. 12 is an individual who is now at the age of majority.  As

27 alleged herein, Jane Doe No. 12 is a victim of child sex trafficking.  At all relevant

28

COMPLAINT

1  times, Jane Doe No. 12 was a citizen of Thailand.

2      24. Jane Doe No. 13 is an individual who is now at the age of majority.  As

3  alleged herein, Jane Doe No. 13 is a victim of child sex trafficking.  At all relevant

4  times, Jane Doe No. 13 was a citizen of Thailand.

5      25. Jane Doe No. 14 is a victim of sex trafficking.  At all relevant times, Jane

6  Doe No. 14 was a citizen of Canada.

7      26. Jane Doe No. 15 is a victim of sex trafficking.  At all relevant times, Jane

8  Doe No. 15 was a resident of California.

9      27. Jane Doe No. 16 is a victim of sex trafficking.  At all relevant times, Jane

10  Doe No. 16 was a resident of Ohio.

11      28. Jane Doe No. 17 is a victim of sex trafficking.  At all relevant times, Jane

12  Doe No. 17 was a resident of Arizona.  Jane Doe No. 17 currently resides in

13  California within this judicial district.

14      29. Jane Doe No. 18 is a victim of sex trafficking.  At all relevant times, Jane

15  Doe No. 18 was a resident of Nevada.

16      30. Jane Doe No. 19 is a victim of sex trafficking.  At all relevant times, Jane

17  Doe No. 19 was a resident of California.  Jane Doe No. 19 currently resides in

18  California within this judicial district.

19      31. Jane Doe No. 20 is a victim of sex trafficking.  At all relevant times, Jane

20  Doe No. 20 was a resident of Nevada.

21      32. Jane Doe No. 21 is a victim of sex trafficking.  At all relevant times, Jane

22  Doe No. 21 was a resident of Nevada.

23      33. Jane Doe No. 22 is a victim of sex trafficking.  At all relevant times, Jane

24  Doe No. 22 was a resident of Utah.

25      34. Jane Doe No. 23 is a victim of sex trafficking.  At all relevant times, Jane

26  Doe No. 23 was a citizen of Thailand.

27      35. Jane Doe No. 24 is a victim of sex trafficking.  At all relevant times, Jane

28

9

COMPLAINT

1  Doe No. 24 was a citizen of Thailand.

2        36. Jane Doe No. 25 is a victim of sex trafficking.  At all relevant times, Jane

3  Doe No. 25 was a citizen of Thailand.

4        37. Jane Doe No. 26 is a victim of sex trafficking.  At all relevant times, Jane

5  Doe No. 26 was a resident of Illinois.

6        38. Jane Doe No. 27 is a victim of sex trafficking.  At all relevant times, Jane

7  Doe No. 27 was a citizen of the United Kingdom.

8        39. Jane Doe No. 28 is a victim of sex trafficking.  At all relevant times, Jane

9  Doe No. 28 was a citizen of the United Kingdom.

10        40. Jane Doe No. 29 is a victim of sex trafficking.  At all relevant times, Jane

11  Doe No. 29 was a resident of North Carolina.

12        41. Jane Doe No. 30 is a victim of sex trafficking.  At all relevant times, Jane

13  Doe No. 30 was a resident of Texas.

14        42. Jane Doe No. 31 is a victim of sex trafficking.  At all relevant times, Jane

15  Doe No. 31 was a resident of Oklahoma.

16        43. Jane Doe No. 32 is a victim of sex trafficking.  At all relevant times, Jane

17  Doe No. 32 was a citizen of Oklahoma.

18        44. Jane Doe. No. 33 is a victim of sex trafficking.  At all relevant times, Jane

19  Doe No. 33 was a citizen of Oklahoma.

20  **Defendants**

21        19.    45. Defendant MindGeek S.a.r.l. is a foreign entity organized and

22  existing under the laws of Luxembourg.  MindGeek S.A.R.L. conducts business in

23  the United States, including in this District.  MindGeek S.a.r.l., formerly known as

24  Manwin directly and indirectly owns and operates over 100 pornographic websites,

25  production companies, and brands including Pornhub, RedTube, Tube8, YouPorn,

26  PornIQ, gaytube, Thumbzilla, Peeperz, PornMD, Xtube, Brazzers, Babes.com,

27  Reality Kings, Digital Playground, Twistys, Men.com, Mofos, MyDirtyHobby,

28

10

COMPLAINT

SexTube, and Webcams.  MindGeek S.a.r.l. also manages websites including Wicked Pictures, lesbea.com, and Playboy.  MindGeek S.a.r.l. owns and/or controls the majority of the pornography on the Internet, much of which it distributes for free, to any person with a web connection, regardless of age.  Although incorporated in Luxembourg, MindGeek S.a.r.l. operates out of Montreal, Canada, and has satellite offices in, among other places, Los Angeles, San Diego, and San Francisco, California.

20.    46. Defendant MG Freesites, Ltd. ("MG Freesites") (d/b/a Pornhub) is a foreign company incorporated in the Republic of Cyprus with a principal place of business at 195-197 Old Nicosia-Liamassol Road, Block 1 Dali Industrial Zone, Cyprus, 2540.  MG Freesites conducts business in the United States, including in this District.  MG Freesites is a wholly owned subsidiary of MindGeek S.a.r.l.  Through various intermediary entities MG Freesites, Ltd. owns, operates, and/or manages one or several of the pornographic websites owned by MindGeek, including Pornhub, and is controlled and operated by directors, officers, and employees working in MindGeek's offices in the United States and Canada.  MG Freesites' servers containing its redundant library of pornographic content, including the vast amount of CSAM uploaded to its sites since inception, are located in Waltham, Massachusetts as well as elsewhere in the United States and the world.

21.    47. Defendant MindGeek USA Incorporated ("MindGeek USA") is a corporation incorporated in the state of Delaware, with its principal place of business ofat 21800 Oxnard Street, Suite 150, Woodland Hills, California.  MindGeek USA is a wholly owned subsidiary of MindGeek S.a.r.l., either directly or through intermediary companies also under the control of MindGeek S.a.r.l. and is used to support the operations of Pornhub and MindGeek's other tubesites through support services, industry outreach and influencing, lobbying, and media relations in the State of California.

22.    ~~48.~~ Defendant MG Premium Ltd. ("MG Premium") is a foreign company incorporated in the Republic of Cyprus with a principal place of business at 195-197 Old Nicosia-Liamassol Road, Block 1 Dali Industrial Zone, Cyprus, 2540~~, conducting~~.  MG Premium conducts business throughout the United States, including within this District.  MG Premium is a wholly owned subsidiary of MindGeek S.a.r.l., either directly or through intermediary companies also under the control of MindGeek S.a.r.l.  MG Premium owns and operates certain MindGeek premium and pay sites that are supported by MindGeek's network of free tubesites and are used as a means of creating traffic to, and revenues for, these premium services.  Those premium sites are one of the more frequent subjects of advertisements placed on Pornhub and other MindGeek tubesite content, including its CSAM and otherwise trafficked content used to attract and more deeply engage users on those sites.

~~49. Defendant RK Holdings USA Inc. ("RK Holdings") is a corporation incorporated in the state of Florida, with its principal place of business at 1094 South Ocean Boulevard, Palm Beach, Florida, conducting business throughout the United States, including within this District.  RK Holdings is a wholly owned subsidiary of MindGeek S.a.r.l., either directly or through intermediary companies also under the control of MindGeek S.a.r.l.~~

23.    ~~50.~~ Defendant MG Global Entertainment Inc. ("MG Global Entertainment") is a corporation incorporated in the state of Delaware, with its principal place of business ~~of~~at 21800 Oxnard Street, Suite 150, Woodland Hills, California.  MG Global Entertainment is a wholly owned subsidiary of MindGeek S.a.r.l., either directly or through intermediary companies also under the control of MindGeek S.a.r.l.  MG Global Entertainment is used to support the operations of Pornhub and other MindGeek tubesites through support services such as moderation, review, and approval of content, industry outreach and influencing, lobbying, and media relations in the State of California and throughout the United States.

1    24.    51. Defendant ~~Trafficjunky~~9219-1568 Quebec, Inc. (d/b/a
2    ~~Trafficjunky.com~~MindGeek) ("9219") is a company organized and existing under
3    the laws of Canada with a principal place of business located in Montreal, though it
4    conducts business throughout the United States, including within this District.
5    ~~Trafficjunky Inc. is a wholly owned~~Defendant 9219 is a wholly-owned subsidiary
6    through other intermediaries of MindGeek S.a.r.l.~~, either directly or through~~
7    ~~intermediary companies also under the~~ and directly employs defendants Antoon,
8    Tassillo, and Urman as well as other employees who actually control and operate all
9    of MindGeek S.a.r.l.'s purported subsidiaries and their employer's putative parent
10    MindGeek S.a.r.l., which is along with all the MindGeek entities simply the alter ego
11    of these defendants and the ownership defendants.

12    25.    52. Defendant Bernd Bergmair (also known as Bernard Bergemar and
13    Bernard Bergemair) is a resident of Hong Kong, China and is the majority owner of
14    MindGeek. along with undisclosed investors on whose behalf he acts as a
15    representative.  Bergmair, while not a formal executive of any MindGeek entity,
16    actively wields ultimate control over the operations of all such entities, including
17    being aware of, approving and directing the illegal activities alleged herein.

18    26.    53. Defendant Feras Antoon is a resident of Canada and is the co-owner
19    and CEO of ~~MindGeek.~~defendant 9219.  He has been held out as being co-owner and
20    CEO of all MindGeek related entities.  In fact, Antoon, along with the other
21    individual defendants, does wield control over the operation of all MindGeek entities
22    (including his employer's purported parent) even though neither he nor they are
23    executives or directors of virtually any of those entities and they operate and hold all
24    these entities out to the public as one single entity irrespective of purported corporate
25    formalities which are entirely disregarded.

26    27.    54. Defendant David Tassillo is a resident of Canada and Owner and
27    Chief Operating Officer of ~~MindGeek.~~defendant 9219.  Defendant Tassillo holds

28

13

himself out publicly as being COO and owner of all MindGeek related entities.  In fact, Tassillo, along with the other individual defendants, does wield control over the operation of all MindGeek entities (including his employer's purported parent) even though neither he nor they are executives or directors of virtually any of those entities and they operate and hold all these entities out to the public as one single entity irrespective of purported corporate formalities which are entirely disregarded.

28. ~~55.~~ Defendant Corey Urman is a resident of Canada and a Vice President~~,~~ of defendant 9219, with responsibilities for Product Management, Video Sharing Platform ~~of MindGeek.~~, and public and media relations for all MindGeek entities.  In fact, Urman, along with the other individual defendants, does wield control over the operation of all MindGeek entities (including his employer's purported parent MindGeek S.a.r.l.) even though neither he nor they are directors or executives of virtually any of those entities and they operate and hold all these entities out to the public as one single entity irrespective of purported corporate formalities which are entirely disregarded.

29. ~~56.~~ Defendant Bernd Bergmair ("Bergmair") Doe(s) 1-~~10~~5, are ~~investors with Bergmair whose identities are presently unknown to plaintiffs, who financed, directed, participated~~ secret beneficial owners whom Bergmair represents and on whose behalf and his own behalf he directs the business of the MindGeek enterprise and who, through him, finance, direct, participate in, and otherwise ~~facilitated~~ facilitate the MindGeek enterprises' illegal activities set forth herein.

30. ~~57.~~ Defendant Colbeck Capital Management LLC ("Colbeck Capital") Doe(s) 1-~~10~~5, are ~~investors in~~ beneficial owners in the MindGeek enterprise through Colbeck Capital whose identities are presently unknown to ~~plaintiffs, financed, directed, participated~~ Plaintiff, and who finance, direct, participate in, and otherwise ~~facilitated~~ facilitate the MindGeek enterprises' illegal activities set forth herein.

31. Although the MindGeek business is ostensibly operated through

14

COMPLAINT

hundreds of subsidiaries and affiliates located in dozens of jurisdictions throughout the world, in reality this entire structure is a sham and the alter ego of the individual defendants and unknown beneficial owner defendants, all of whom actually exercise direct control over the entire corporate organization despite not being directors or executives of the vast majority of these entities.  This corporate structure was not created and is not maintained for any legitimate business purpose or need of the organization but instead to (a) make it impossible for any jurisdiction or plaintiff to understand or track how the money flows through the organization; (b) make it possible for the executives, beneficial owners, and their co-conspirators and associates to siphon off revenues generated by the business before they reach the ultimate parent; (c) mask the receipt of such funds by the owners, executives, and associates; (d) allow the ultimate parent and the owners, executives, and associates to evade taxes by generating false losses; and (e) impair the ability of those with claims for illegal conduct to pursue legal remedies and render it impossible to recover any judgment that might be secured through such remedies by leaving those business woefully under-capitalized to satisfy any such judgments.

58. Defendant Visa Inc. ("Visa") is a corporation incorporated in the state of Delaware with a principal place of business at P.O. Box 8999, San Francisco, California.  Visa recognized MindGeek as an authorized merchant and processed payment to its websites including but not limited to Pornhub.

59. As set forth herein, MindGeek has incorporated dozens of subsidiaries and sister companies around the world for the purpose of avoiding liabilities and to hide the identity of the entities and individuals behind its corporate actions.  Consistent with this objective, MindGeek S.a.r.l, and all other MindGeek entities operate as a single business enterprise solely dedicated to producing, distributing, and monetizing pornography on the Internet.  In doing all acts alleged herein, and as a business generally, MindGeek S.a.r.l., MG Freesites, Ltd., MindGeek USA, MG Premium,

15

COMPLAINT

1  ~~RK Holdings, MG Global Entertainment, and TrafficJunky Inc. and all of their~~
2  ~~subsidiary and sister companies were and are alter egos of one another.~~
3      32.    ~~60.~~ In particular, the MindGeek ~~Defendants operate~~organization
4  operates as a single business entity ~~by~~in which, among other things, (a) ~~commingling~~
5  ~~their funds and other assets, failing to segregate funds between them, and diverting~~
6  ~~corporate funds and assets without authorization for noncorporate uses; (b) treating~~
7  ~~each other's assets as their own; (c)~~the complex and opaque international corporate
8  structure is in a constant state of flux with entities being retired, formed, and
9  replaced on a regular basis, often as quickly as within months and with virtually
10  identical names, resulting literally in hundreds of entities coming into and passing
11  out of existence like quantum particles over the course of years; (b) appointing
12  ministerial administrative employees as figurehead directors despite them having no
13  knowledge about the entity and no involvement in its activities, which are instead
14  directed by the individual defendants and beneficial owners even though they are
15  neither directors or executives of such entities; (c) ubiquitously comingling funds
16  and passing funds through multiple entities in transactions in which those entities
17  have no connection to the transaction or other business reason to receive such
18  payments and instead are used solely to mask the source and disposition of such
19  funds and insulate it from legal and other authorities and civil liability; (d) issuing
20  shares of one another to themselves and third parties haphazardly and without
21  authority; (~~d) holding themselves out as being personally liable for the debts of each~~
22  ~~other; (~~e) failing to maintain minutes ~~and~~, corporate records, and corporate
23  formalities and confusing the records of the separate entities; (f) using the same
24  business locations and employing the same employees; (g) failing to adequately
25  capitalize the entities~~; (h) using each other as a conduit for a single venture of~~
26  ~~themselves; (i)~~ and siphoning off capital necessary to meet the entities obligations;
27  (h) failing to maintain arm's length relationships among themselves; and (~~i~~j)

diverting assets without consideration from/to one another to the detriment of creditors, including ~~Plaintiffs.  Recognition of~~Plaintiff.

33.    For example, the MindGeek Defendants have already admitted that MG Global Entertainment provides support to other MindGeek corporate entities and that multiple employees of MG Global Entertainment have responsibilities concerning the moderation of content on MindGeek's tubesites.  Moreover, even though Defendant 9219 and other MindGeek entities besides MG Freesites ostensibly do not operate Pornhub or MindGeek's other tubesites, 9219 employees actually conduct all operational functions including monitoring the website content, optimizing that content to maximize SEO, uploading content to its other tubesites, handling all financial and capital management, and handling all media and public relations and social media optimization.  Most recently, defendants deployed virtually all MindGeek employees to review all videos on the Pornhub tubesite putatively operated by MG Freesites after a viral New York Times expose resulted in credit card companies suspending their relationships.

34.    Under these circumstances, recognizing the privilege of separate existences between the MindGeek Defendants would promote injustice, unfairness, and fraud.  Any separateness is to be disregarded.  As such, the MindGeek Defendants are jointly and severally liable in this action as alter egos.

35.    ~~61.~~ In doing all things alleged herein, the MindGeek Defendants were agents, servants, representatives, partners, joint venturers, affiliates, parents, subsidiaries, and/or employees of each other in the acts and/or omissions herein alleged.  The MindGeek Defendants were acting within the course and scope of their authority as such agents, servants, representatives, partners, joint venturers, affiliates, parents, subsidiaries, and/or employees and with the permission, authorization, consent, and ratification of each other.

36.    Defendant Visa Inc. ("Visa") is a corporation incorporated in the state

17
COMPLAINT

of Delaware with a principal place of business at P.O. Box 8999, San Francisco, California.  Visa recognized MindGeek as an authorized merchant and processed payment to its websites including but not limited to Pornhub and continues to process payments to some of MindGeek's websites.

## JURISDICTION AND VENUE

37.   62. This action arises under the Trafficking Victims Protection Act ("TVPA"), 18 U.S.C. §§ 1589-1595, the Racketeer Influenced and Corrupt Organizations Act ("RICO), 18 U.S.C. §§ 1961-1968, federal child pornography and sexual exploitation laws, 18 U.S.C. §§ 2252A, 2255, and state statutes and common laws.

38.   63. The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and has supplemental jurisdiction over pendent state-law claims under 28 U.S.C. § 1367.  This Court has personal jurisdiction over defendants pursuant to, inter alia, 18 U.S.C. § 1965 and 18 U.S.C. § 2255 because each defendant transacts business on a systematic and continuous basis in the United States and this District, and/or has engaged in tortious misconduct here in violation of U.S. law, Rule 4(k)(2) of the Federal Rules of Civil Procedure which provides a federal forum for claims over the foreign defendants, and under the California long-arm statute, Cal. Civ. Proc. § 410.10, because each defendant, directly and through agents, transacts business within the state; committed tortious acts and omissions within the state; committed tortious injury in the state caused by an act or omission outside the state; regularly does business, engages in persistent course of conduct, and derives substantial revenue from services rendered in the state; owns, uses, and possesses real property within the state; or is registered to do business in and has consented to personal jurisdiction in this state.

39.   64. Among other things, defendants (i) directed their activities at United States citizens and California residents, (ii) derived benefit from United States

citizens' and California residents' activities, (iii) created a substantial connection

with the United States and the state of California, (iv) engaged in significant

activities in the United States, including within California, (v) created continuing

contractual obligations between MindGeek and United States entities and citizens,

including California citizens, and (vi) caused foreseeable harm to ~~plaintiffs~~Plaintiff

in this country, state, and district.

40.    ~~65.~~Defendants have offices throughout the United States, including in

this State and in this District and conduct business directly related to the tubesites at

issue in this case both in this District and throughout the United States.  Specifically,

MindGeek USA ~~maintains an established~~and MindGeek Global Entertainment

maintain their principal place of business at 21800 Oxnard Street, Suite 150,

Woodland Hills, California 91367.  Defendant Visa's principal place of business is

located at P.O. Box 8999, San Francisco, California.

41.    ~~66.~~Moreover, the MindGeek Defendants conduct business in this

country and state through a network of shell entities which are registered to do

business in the United States and California, conduct business in this country and

state, committed tortious acts in this country and state, and committed tortious acts

outside the country and state that caused harm in the United States, California and

this District.  These putative shell entities, agents, and alter egos, include, but are not

limited to, California-based entities MG Billing U.S. Corp~~, Pornhub.com~~, MG

~~Freesites Ltd, MG~~DP Corp., MindGeek LLC, MG Holdings Ltd, and U.S. based

entities ~~Probiller Inc.,~~MG Processing Corp., RK Holdings ~~USA Inc.~~, LLC, MG

Global Entertainment Inc., and MG Billings U.S., Defendants MindGeek S.a.r.l., MG

Freesites, Ltd., and MindGeek USA~~, and TrafficJunky Inc~~.

42.    ~~67.~~The illegal materials that the MindGeek Defendants and its agents

and alter egos recruit, fund, produce, modify, disseminate, advertise, and monetize

are created in the United States, including in among other locations this state,

19

COMPLAINT

1  uploaded in this country and state, and stored on servers in the United States.

2  Indeed, the MindGeek Defendants transmit millions upon millions of videos and

3  images to and from this State on an annual basis.

4        43.    68. Furthermore, MindGeek derives substantial profits from U.S-based

5  operations, including from California-based users.  MindGeek's tubesites are some

6  of the most trafficked websites on the internet, generating an enormous amount of

7  revenue—over $460 million in 2018.  More recent estimates suggest that figure is

8  low, as the online porn industry as a whole—which is dominated by

9  MindGeek—may generate as much as $97 billion per year.  By comparison, Netflix

10 generates approximately $11.7 billion in annual revenue.  In 2020, MindGeek's

11 tubesites received an average of 3.17 trillion monthly web impressions, more than

12 internet giants Amazon (2.58 trillion), Netflix (2.47 trillion), and Reddit (1.55

13 trillion), a significant percentage of which is comprised of U.S.-based users and

14 generated from U.S.-based user uploads, including in California.  As of 2019, Los

15 Angeles is the city with the fourth highest volume of Pornhub.com usage in the

16 world.

17       44.    69. MindGeek profits from United States users, including California

18 residents by, inter alia, (i) selling targeted advertising directed at United States based

19 citizens and California residents on free pornographic videos hosted on MindGeek's

20 tubesites, (ii) selling MindGeek's Pornhub Premium service to United States

21 residents and California residents for $9.99 per month, and (iii) directly selling

22 United States citizens and California residents a license to view MindGeek's

23 ModelHub content; and (iv) selling customer data to United States and California

24 residents.

25       45.    70. Additionally, MindGeek partnered and shared advertising revenue

26 with numerous sex traffickers who reside in the United States and California and,

27 uploaded and distributed sexually explicit videos of the U.S. and California-based

28

1  ~~plaintiffs~~Plaintiff without ~~their~~her knowledge or consent. ~~MindGeek made monthly~~

2  ~~payments to these sex traffickers based on the number of times each video was~~

3  ~~streamed.~~, and generated advertising revenue and other financial benefits from those

4  uploads.

5  46. ~~71.~~ Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)

6  because a substantial part of the events or omissions giving rise to this action

7  occurred in this District.  Further, MindGeek maintains an office in this judicial

8  district and conducts substantial business within the district. ~~Finally, several~~

9  ~~Plaintiffs reside in this judicial district.~~

10                    **FACTUAL BACKGROUND**

11  **A.    MindGeek's Racketeering Enterprise: "It's Just Like the Sopranos."**

12  47. ~~72.~~ Appropriately dubbed, "The Monsanto of Porn," MindGeek is a

13  classic criminal enterprise carried out through wide-ranging criminal activities,

14  including, but not limited to, human trafficking; child pornography; criminal

15  copyright piracy; internet hacking, stalking, and doxing; blackmail and extortion;

16  mail and wire fraud; embezzlement, bank and creditor fraud; tax evasion; and money

17  laundering.  The company's top management and shadowy international financiers

18  and their investors are the "bosses" of this Enterprise and, together with their

19  "capos," run its rackets and schemes.

20  48. ~~73.~~ The vehicles for these rackets and schemes are an internet

21  pornography platform led by the flagship website "Pornhub" and an international

22  network of ever-changing sham shell companies.  Through these two elements, the

23  Enterprise secures hundreds of millions of dollars in illicit monies each year, diverts

24  them to the Enterprise members without paying any taxes, and masks the criminality

25  under the guise of legitimate adult entertainment and an impenetrable corporate

26  structure.

27  49. ~~74.~~ The Enterprise viciously defends its concealed criminal activities

28

from exposure.  When it senses a threat of exposure, the Enterprise responds like any lawless, ~~rouge~~rogue actor:  it lies, attacks, smears, bribes, blackmails, extorts, and otherwise intimidates any perceived threat by any means necessary.

50.    ~~75.~~ For example, MindGeek targeted long-time porn industry journalist Mike South because of revealing exposés he was publishing.  Initially, MindGeek used promised advertising revenue and lucrative partnership opportunities to bribe South.  When South rebuffed those offers, he began receiving threats.  Ultimately, he found a box outside his front door containing matches, a fire truck, and fire extinguisher, and the blunt message, "I'm sorry your house burnt down."  He has since carried a gun at all times.

51.    ~~76.~~ An anti-trafficking activist investigating MindGeek was subjected to such serious threats she told other activists doing the same, "I hope you have a saferoom."  The warning was prescient.  Those activists, and their extended families, were also targeted with threats of physical violence and death, vandalism, public smears, invasions of privacy, doxing, hacking, and other illegal and extortive behaviors designed to discredit, intimidate, and silence.

52.    ~~77.~~ Exploitation victims who dared to speak out or even demand relief from MindGeek were similarly targeted.  After one victim retained counsel, she began receiving threatening messages, received intimidating visits at home and work, and had her tires slashed.  She said she feared for her life.  She then disappeared.  After weeks of unsuccessful attempts to reach her, a mysterious text was received by her lawyer from an unidentified person who claimed to be her roommate and reported she had been in a car accident and was in a coma.  Although this person promised to provide further information, no further contact was received.  No such incident could be confirmed.  The victim's whereabouts and condition are still unknown.

53.    ~~78.~~ According to one MindGeek insider, the executive "bosses" oversaw

1  a "very disturbing" misogynistic organization in which porn performers were

2  referred to as "whores" and "product."  Repeated reports about sexual assault of

3  performers on MindGeek productions or affiliated productions were not just ignored

4  but joked about, and the victims who dared complain were blacklisted from further

5  work and their content deplatformed or greatly diminished on MindGeek's

6  pornographic sites.  Reported rapes of female staff in Montreal were likewise not

7  only ignored, but retaliated against.  Similarly, victims of rape, trafficking, or other

8  ~~non-consensual~~nonconsensual exploitation on MindGeek's platform were ignored,

9  shamed, and sometimes mocked when they asked MindGeek to remove videos of

10  their abuse from its porn platform.  Representative of MindGeek's ethos toward

11  exploitation, an official MindGeek social media representative posted about sex

12  tapes (which constitute a material amount of the exploitive material on MindGeek's

13  platform), "don't do a sex tape if you are not ok with it being leaked."

14      54.   ~~79.~~ This was not a random aberration.  Rather, it reflected an ethos the

15  "bosses" instilled from the top; a culture of not merely indifference but of embracing

16  and celebrating ~~non-consensual~~nonconsensual, exploitive content.  There is perhaps

17  no better embodiment of what is called internally "the Bro Culture" ethos than the

18  public comments of MindGeek's long-time exclusive "Brand Ambassador," Asa

19  Akira, endorsing and defending sex with 13 year-olds and exhibiting disdain for the

20  laws protecting minors and for "snitches" who dare object to such abuse:

21          This 13-year-old? . . . His attitude was amazing. But, you

22          know what? . . . if I were single and we were sitting in the

23          jacuzzi and he was like, "Hey, you know, like, I've never

24          f***ed a girl. (Asterisks added) Do you want to?" I think

25          I'd say yes.  No, that definitely... no one, no one would

26          consider that rape . . . except maybe his mom. . . . And

27          that's only if she's, like, a total bitch. . . . Yeah . . . and the

28

1                law. Whatever. [David Choe - Are we being delusional? Is

2                there anyone that has a problem with that?] No! Why

3                would I go [to jail]? Who's gonna tell? No snitching.

4                Snitches get snitches.... it would not ruin his life. It would

5                only improve it. . . . He . . . for the rest of his life, he could

6                tell this story. "I was such a cool kid that when I was 13, I

7                f***ed a porn star." (Asterisks added). [David Choe -

8                We're not talking about the law right now!] Jesus!  [David

9                Choe - Fu- f*** the law! (Asterisks added).What are you, a

10              f***ing, like do-gooder or something] (Asterisks added).

11              (AA) Snitch!  [(David Choe - What are you, the protector

12              of 13-year-olds or something?) (Critter – "I think

13              somebody has to")]  (AA) What nerd (laughs) . . . I think

14              there are 13- year-old girls out there that might be ready to

15              be f***ing, but not that many. (Asterisks added). Like, 15,

16              yeah. There's- . . . quite a few that are ready. . . .I would

17              not finger this 13-year-old's asshole [David Choe- If

18              you're a young boy and a- an older woman f***s you and

19              she's fat and ugly, then it's rape.] (Asterisks added). (AA) -

20              It's rape. (laughs).

21     55.  80. These public comments while stunning to most, were neither a

22  surprise nor a problem for MindGeek because it was a precise reflection of the

23  lawless and exploitive culture and ethos instilled and demanded in the MindGeek

24  Enterprise.  Indeed, they selected Asa Akira as their sole "Brand Ambassador"

25  precisely because she perfectly and loudly embodied this very lawless ethos in her

26  own personal brand *long before* MindGeek asked her to embody them on its behalf.

27  By way of example only, before she was hired as MindGeek's Brand Ambassador

28

1  Akira had made the following widely publicized comments celebrating rape,

2  pedophilia, incest, and anti-Semitism: (a) "Is GHB the rape drug.  Asking for a

3  friend" (9/8/2011); (b) "it's not really rape unless its anal rape, right? . . . "what the

4  f*** is marital rape you can't rape the willing . . . Shoutout to my pedophiles"

5  (9/27/2011) (asterisks added).; (c) "If loving Japanese rape porn is wrong, then I

6  don't want to be right" (1/29/2011); (d) "Also, I'm pretty proud of myself for making

7  it this far in life without having to register as a sex offender" (2/29/12); (e) "It only

8  hurts if you resist" (1/23/13); (f) "Gay incest should be legal" (12/9/14); (g)

9  "adulthood is knowing the difference between good rape and bad rape" (10/31/13);

10  (h) "Why not f*** a jew for Hitler's birthday" (4/20/15) (asterisks added); and (i)

11  "not one but TWO sightings of Hassidis Jews today." (11/28/09.)

12       **56.**    81. The embrace of non-consensualnonconsensual content by the

13  Enterprise is reflected in the numerous news reports of widespread and easily found

14  child pornography and other exploitive content on the MindGeek Platform.  This

15  includes the December 4, 2020 bombshell New York Times report entitled, "The

16  Children of Porn Hub," the Dr. Oz segment on January 27, 2021 referred to as "The

17  Victims of Pornhub," and the December 9, 2020 New York Times follow up article

18  "An Uplifting Update, on the Terrible World of Pornhub."

19       **57.**    82. In 2021, the Canadian House of Commons opened up an inquiry

20  into MindGeek's exploitation and monetization of child pornography, rape,

21  trafficked, and other non-consensualnonconsensual video and photographic content,

22  and is reportedly considering perjury charges for false testimony by "bosses" and

23  defendants Antoon, Tassillo, and Urman.

24       **58.**    , whoOn February 5, 2021, Antoon, Tassillo, and Urman appeared via

25  video-conferencing technology before the House, and each gave remarks in the

26  proceeding, which was televised.  Antoon falsely testified to the House, among other

27  things, that MindGeek is a "proud partner of" and reports"report[s] every instance of

28

1  ~~child sex abuse material ("CSAM")~~" to the National Center for Missing and

2  Exploited Children ("NCMEC") as required by law (which was repudiated by

3  subsequent testimony and report) when it becomes aware of it, removes such content

4  from its platform (not true), and employs technology and other measures to ensure

5  such content is never reuploaded to its platform or any other platform (not true).

6     59.    Among other testimony, Tassillo testified that he could "guarantee you

7  that every piece of content, before it's actually made available on the website, goes

8  through several different filters," including several "different pieces of software"

9  followed by review by moderators.  Tassillo claimed that "the human moderators

10  will watch each one of the videos" and that "[w]e always instruct all of our agents to

11  err on the caution side.  Basically, if you have any doubt at all, just don't let it up" to

12  the tubesites.  He also testified that MindGeek reported "all cases to NCMEC."  As

13  demonstrated below, this testimony from Tassillo is false.

14     **1.    MindGeek's Basic Revenue Model**

15     60.    ~~83.~~ On its face, the MindGeek business model looks like other internet

16  media business models like YouTube.  MindGeek owns a group of "tubesites" that

17  contain free, purportedly user populated, digital pornography.  Users are drawn to the

18  MindGeek tubesites by the ability to access free content, and to upload and exchange

19  free content.  MindGeek uses the traffic generated by that free content to

20  (a) advertise additional pornographic sites that offer paid content that are either

21  owned by MindGeek or by third-parties; (b) sell advertising for other products and

22  services it or third-parties offer; and (c) harvest user data for its own business

23  marketing and development purposes and to sell to third parties.

24     61.    ~~84.~~ Within this model, MindGeek has various relationships with

25  users/customers and third-party's offering products or services.  MindGeek has a

26  relationship with those who use its tubesites for free to access and share content.

27  These customers provide (a) content that helps populate the tubesites; (b) traffic and

28

26

1   advertising "impressions" which generate income from third-party advertisers;

2   (c) "paid" conversions in which a free tubesite user purchases content, services, or

3   other products; and (d) data MindGeek can use to create and improve its content

4   business as well as package or sell raw to third-parties looking to do the same.

5          62.    With respect to advertising, MindGeek's advertising platform

6   "TrafficJunky" allows advertisers to buy ad space for products and online content

7   and services and charges for that space as well as for 'impressions" (the number of

8   users who have the ad displayed on a page they are viewing), "engagements" (the

9   number of users who interact with the ad), and "conversions" (transactions that the

10  user enters into for the product of service).  Advertising prices increase with

11  increased traffic to the site and thus maximizing content so as to maximize traffic is a

12  priority.  Moreover, ads are displayed and ad revenue generated on all content pages

13  accessed by users.  Ad revenue earned through TrafficJunky accounts for over 50-

14  60% of MindGeek's revenues.

15         63.    85. MindGeek also has a relationship with third-parties it allows to use

16  its internet advertising platform to sell products and services.  MindGeek owned

17  affiliates themselves sell products and services to tubesite users.  Third parties also

18  can upload content and get paid a percentage of MindGeek's revenue for advertising

19  "impressions" and paid customer "conversions" on traffic to, and interactions with,

20  their content and ads accompanying it.  Third parties with their own pay websites,

21  products, and services also pay to advertise on MindGeek's platform based on the

22  number of impressions those advertisements receive and conversions or purchases as

23  a result of those impressions, and they also may share in revenue with MindGeek

24  generated by impressions and conversions on their content.

25         64.    86. For example, on MindGeek's flagship tubesite Pornhub, any user

26  could upload content without a formal relationship with MindGeek.  MindGeek uses

27  that content to attract more users and generate income through TrafficJunky and

28

1   Probiller.

2   **65.** ~~87.~~ Other users can also become so-called "verified" users and members

3   of MindGeek's "ModelHub" program and receive a share of the income associated

4   with traffic to their content.  This incentivizes users to post content and the additional

5   content further attracted still more users.  The ModelHub type arrangement allows

6   seemingly independent third-parties, including porn performers, to individually

7   generate revenue streams by posting content they produce, acquire, or repackage.

8   **66.** ~~88. Third-parties~~ Third parties might also be "content partners" who

9   created content, products, or services with their own distinct brand sold on and

10  through MindGeek's platform via that ~~third-party's~~ third party's tubesite "channel"

11  and for which MindGeek and the ~~third-party~~ third party share revenue.

12  **67.** ~~89. Third-parties~~ Third parties with their own pay sites, products or

13  services would also secure customers from MindGeek by simply advertising on

14  MindGeek's platform through TrafficJunky sometimes simply paying an advertising

15  fee, sometimes some share of the revenue.  These ~~third-parties~~ third parties could be

16  selling products and services through MindGeek's Probiller platform or their own

17  including products entirely independent of porn, like ketchup and clothes or other

18  adult-themed products and services such as "dating" services or sex paraphernalia or

19  purportedly enhancing substances.  These ~~third-parties~~ third parties would purchase

20  such advertising through ad companies, like MindGeek owned affiliate TrafficJunky,

21  which provides an interface through which ~~third-parties~~ third parties can bid to

22  purchase advertising space, filter and target its advertising, and create the advertising

23  they could sell premium products and services through MindGeek's Probiller.

24  **68.** ~~90. Third-parties~~ Third parties also purchase the vast amounts of data

25  mined from the billions of user interactions with MindGeek's platform and the

26  analytics MindGeek has performed on that data.  This data can be used to refine the

27  ~~third-party's~~ third party's own webservices or to simply secure potential customer

28

1  information and details for solicitations.

2  69. 91. Central to the economics of all these relationships is the traffic to the

3  tubesites.  The more traffic, the more attractive the tubesites are to advertisers and

4  content partners, the more ad impressions and customer conversions generating

5  revenue, the more data to optimize and increase traffic, impressions, and

6  conversions, and the more content to attract more user traffic.  This is a reinforcing

7  dynamic.  As traffic increases, content and product and service optimization

8  increases, which, in turn, increases traffic even more.

9  70. 92. The Gold Standard was to be at the top of the search results on

10  search engines like Google.  To do this, MindGeek is deeply focused on Search

11  Engine Optimization or SEO.  SEO is the science of optimizing a website's ability to

12  garner top search rankings and depends on many factors but most prominently the

13  amount of content and how effectively it is described.  Publicly, MindGeek does not

14  even mention on its corporate website that it is involved in pornography.  Rather, it

15  describes itself exclusively as a technology company skilled in SEO and related

16  services.

17      **2.    The "Bro-Club"**

18  71. 93. According to whistleblowers with first-hand knowledge, the

19  MindGeek Criminal Enterprise is run exactly like an organized crime family:  "It's

20  just like the Sopranos," described one insider.  At the head of that crime family is

21  Feras Antoon, the CEO of the company.  Feras Antoon and his select group of

22  "made" men at MindGeek refer to themselves as the "Bro-Club."  Bro-Club

23  membership comes with the opportunity to make substantial monies participating in

24  the Enterprise's criminal activities.  Indeed, as one person close to members of the

25  Bro-Club explained, "[t]he only thing that mattered was how much money can you

26  bring into the enterprise.  That was the only metric for your advancement.  Similar to

27  what you see in Sopranos."

28

72.    ~~94.~~ The Bro-Club is comprised of members of Antoon's extended family from Canada, Lebanon, and Syria and a select few additional "made" members, including defendants Urman and Tassillo.  "All top executives were members of the Bro-Club, and most Syrian or Lebanese relations of Antoon," according to one whistleblower.  These "made" members earned their "bones" not through *bona fide* skills or credentials, but because they had demonstrated an eagerness to participate in its criminal activities, a paramount appetite for money, and a willingness to participate without objection, inquiry, or disclosure of illicit activities to advance in the organization.

73.    ~~95.~~ For example, Feras Antoon's brother Mark was one of his right-hand men, with responsibility for some of the Enterprise's most sensitive operations even though he had no *bona fide* credentials for doing so.  As one insider who worked with him explained, he "knows nothing about running a company but runs stuff like kickbacks and similar side arrangements with third-party and affiliates companies.  That is why he is in the company.  This was discussed in meetings. Every single individual would try to impress him because he was a key player."

74.    ~~96.~~ Similarly, Edy Kaba was made the head of the organization's European operations based out of Cyprus even though he had neither the credentials nor ability to understand, let alone manage, basic business functions.  As one whistleblower described, "anyone with the most basic background in business administration or finance knew more than him."  Nevertheless, he received the position along with substantial money, lavish perks, and a luxurious lifestyle in Cyprus to run MindGeek's international operation because, according to a whistleblower, "he was related to Antoon, was seen as loyal, willing to do illegal things, and remain silent about them."

75.    ~~97.~~ Even the seemingly critical position of Chief Technology Officer of this purportedly leading technology company was initially given to an Antoon

1  relative, Karin Mouaffi, without the resume to rate the job.  Experienced MindGeek

2  programmers and developers consistently complained and were extremely frustrated

3  with his inept leadership.  But his loyalty to the Enterprise was beyond question and

4  thus he was in charge of the technology central to so many of its criminal schemes.

5      76.   98. The Bro-Club "capos" also included some who had previously

6  formed successful tubesites or porn advertising companies that were sold to or

7  otherwise partnered with MindGeek.  Although teaming with MindGeek meant these

8  individuals needed to share their revenues, they joined the Enterprise nevertheless

9  "to cover your ass and be on safe ground" because, per an insider,

10          it provided protection from overseas folks who are bad

11          guys involved in bad stuff.  People were really scared about

12          their lives because the groups providing content for their

13          sites were real pimps.  If you are running your own site and

14          you know these pimps might do harm to you, you join

15          Tony Soprano's team.  Make less money but no one will

16          shoot you in the street.

17      77.   99. The "pimps" being referred to were the known traffickers in Eastern

18  Europe and Asia from whom the Enterprise and those who typically joined it bought

19  substantial pornography.

20      78.   100. This core group of "bosses" controlled all the elements of

21  MindGeek's business through which the Enterprise executed and masked its criminal

22  schemes.  In particular, they controlled its finances, technology, content acquisition,

23  formatting, moderation, website operation and optimization, and the byzantine

24  network of overseas international affiliates and partners through which the Bro-Club

25  executed many of its schemes.  They did so through "capos" and "soldiers" looking

26  to enter the Bro-Club.  These directors and vice-presidents were directly supporting

27  the Enterprise's illegal activities that ran off the MindGeek platform.

28

79.  ~~101.~~ While doing so, they were groomed, tested, and weeded out depending on whether they embraced, avoided, or rejected questionable, unethical, and illegal activities.  That grooming and testing process began immediately even for low level employees who were exposed to "pretty f***ed up sh*t," (asterisks added) according to one former employee.  The goal of the grooming was obvious the former employee explained: "that's the thing, it is true that you do get very desensitized to certain things. . . . after like months or a year, it[']s true that you don't see bodies anymore, you don't even really care what's going on, how many people are involved, what is the woman doing."

80.  ~~102.~~ This desensitization was reinforced by supervision that made clear management did not care about appropriateness, legality, or ethics.  A former employee explained: "if someone finds something that shouldn't be there, would the manager raise it as an issue, and say 'hey, I just saw this and we should do something about it?' Absolutely not."

81.  ~~103.~~ This structure provided the Bro-Club with, in Feras Antoon's words, "plausible deniability"; revealed which employees should be promoted and separated; and chilled insiders with questions or objections.  As one whistleblower explained, "illegal or risky things were pushed down to low level people to ensure 'plausible deniability,'" and, if they did them, "it showed you are devoted so much you are willing to do illegal or unethical stuff with comfort and silence."  One former insider explained, "they referred to directors and managers as 'parachutes' if this goes wrong. . . .   They keep them in the dark, tell them to approve shady things like ads and partnerships and credit card transactions but never in writing.  Then they would be able to say it was someone else's decision if it went wrong."

82.  ~~104.~~ There was extreme secrecy and security attached to the Bro-Club's deliberations, decision, actions, and activities.  Due to fears of recording, phones were excluded from important meetings of senior Bro-Club members, especially

when they met with the Enterprise's financiers, and displaying a phone in any meeting was not done.  The executive offices from which the Bro-Club operated were physically separated from regular employees and protected by strict security measures, including cameras and security personnel to ensure not even MindGeek personnel entered the floor.

83.    ~~105.~~ Particularly guarded were the finance offices.  Only certain personnel were allowed to even enter these offices; others were permitted only when certain other designated personnel were present; and doors were locked and shades drawn when unoccupied for any amount of time.

84.    ~~106.~~ Moreover, employees were closely monitored, especially any who were suspected of harboring doubts or objections to any MindGeek practices. Employee emails and Skype messages are routinely reviewed.  Company car GPS records were tracked and drivers questioned after trips beyond certain limits or to certain locations of concern.

85.    ~~107.~~ The Enterprise's paramount focus on secrecy was reflected in the Bro-Club's obsession with suspected "snitches."  This ubiquitous Bro-Club term included not only those who they suspected of speaking outside the MindGeek organization, but also those who spoke up or objected internally.  The latter were not just viewed as a risk of disclosure outside MindGeek, but also as a risk of fomenting and encouraging objections to practices inside MindGeek.  As individuals were considered for promotion, the Bro-Club always discussed, "whether they could be trusted.  Whether they were a snitch," according to a whistleblower.  Even a suspicion by a single Bro-Club member that an individual was a "snitch" would not merely block their advancement, but ultimately result in them being pushed out of the company entirely.  Such individuals would either be frozen out and elect to leave, be set up to fail in stage assignments, or simply be told that there was a "consensus" that they should be let go without any explanation as to why or on whose word.

86.    108. For those who chose or were forced to leave MindGeek, their departure was often not the end of their experience.  It was a core understanding internally that if you threatened the Enterprise, "it would come after you," according to one whistleblower.  This included investigating the personal lives of former employees and their extended families.  Targeted individuals could expect to have their spouses, parents and siblings, neighbors, and community members, as well as their employers, co-workers, and business partners, receive anonymous post-cards, emails, in-person "visits," and social media message smearing.  These intimidation tactics would typically include revealing the individuals worked in porn or their sexual identity and hacking and distributing, or threatening to distribute, personal messages and photographs.

### 3.    **The Financiers**

87.    109. While the Bro-Club had daily operational control over MindGeek's business, they were not the exclusive "bosses."  Also in control were the actual owners of MindGeek.  The owners were comprised of a group of uber wealthy individuals, families, and groups represented by several former Goldman Sachs financiers.  These financiers offer "special situations" investments in which uber wealthy investors can receive oversized returns and evade taxes.  Oversized returns are available because the business being funded was or very likely was engaged in illegality and other legal risk that established, legitimate, and responsible Wall Street financial firms would not finance.  MindGeek was a poster child for such risk.

88.    110. From its birth, the Enterprise now known as MindGeek was awash in criminality.  That criminality manifested itself almost immediately in law enforcement investigations in Europe and the United States.  In the late 2000's, the United States was investigating MindGeek (then Mansef) for money laundering and arms dealing.  In 2009, the Secret Service seized $6.4 million from the company's bank accounts and those of its then nominal owners as a result.

89.    111. To get out from under that public scandal, the company was putatively sold to German Fabian ~~Thylman~~Thylmann, who was funded by unknown investors from Eastern Europe.  This syndicate of money invested over $350 million in the form of secured debt to acquire the distressed company.  They did not do so directly, however, but through the boutique investment banking firm Colbeck Capital, run by two former Goldman Sachs investment bankers.  The loan was secured by all of MindGeek's assets, including its intellectual property and provided substantial control over management and the company's operations.  Despite it being a secured loan, the interest rate was a whopping 24%, reflecting the unwillingness of legitimate mainstream capital to invest in the company because of the innumerable red flags of illegality.

90.    112. ~~Thylman~~Thylmann and his owner group appointed Antoon and the current leadership team and worked aggressively to grow the business and establish the Pornhub brand as mainstream.  Nevertheless, the company continued to be dogged by investigations into money laundering, tax evasion, human trafficking, and child pornography.  The byzantine, multi-national financial and corporate structure Grant Thornton, ~~Thylman~~Thylmann, and the current management created largely delayed and frustrated the investigations as intended.  Nevertheless, in 2012, ~~Thylman~~Thylmann, was arrested and extradited from Belgium to Germany on charges he had used that byzantine corporate structure to evade taxes.  But the other investigations continued, including into ~~suspect~~suspected child pornography.

91.    113. With ~~Thylman~~Thylmann in jail, owners and the management scrambled to save the company, and sought again to ostensibly switch ownership. The management team and financiers scrambled to seemingly "clean wash" the company, cover its tracks, and claim a new regime was taking over.  However, the existing loan's onerous terms, as well as the Bro-Club's syphoning off of all cash not used to pay the loan, left MindGeek no options for buying out ~~Thylman~~Thylmann,

35
COMPLAINT

1   paying off the loan, and executing a transition that would be publicly credible.

2       92. 114. Ultimately, the solution came in the form of shadowy financier

3 Bernd Bergmair.  Like the principals of Colbeck Capital before him, Bergmair was a

4 former Goldman Sachs investment banker who had left to provide niche financing

5 for legally dubious ventures Goldman Sachs and similar Wall Street firms would not

6 fund.  Representing one group of uber wealthy investors, he had purchased Pornhub

7 competitor RedTube, in which he served as the titular CEO.

8       93. 115. Bergmair took extreme steps to conceal not just his identity, but his

9 very existence.  He expended substantial sums scrubbing almost any references of

10 himself from the internet and went by various alias, including Bernard Bergman.

11 Indeed, when forced to put in an affidavit in a United States District Court litigation

12 involving RedTube, he lied under oath that his name was Bernard Bergman.  He took

13 such extraordinary measures because he and his investors were fully aware of the

14 legally dubious nature of the business they owned and ran, and some of these

15 investors were themselves the subject of international legal scrutiny or associated

16 with those who were.  The investors were so uneasy being associated with this

17 business, they were rabid about even their financier becoming known.

18       94. 116. At the time investors and management were trying to save

19 MindGeek (then Manwin) in 2012-13, RedTube, unlike Manwin/MindGeek had

20 substantial cash reserves that Manwin/MindGeek could use to buy out

21 Thylman Thylmann, restructure the Colbeck Capital debt, and pay down liabilities

22 necessary for an ostensible fresh start.

23       95. 117. Ultimately, a transaction was consummated in which Colbeck

24 Capital's investor's debt was as well as the interests of the investors backing

25 Thylmann were restructured, RedTube and Manwin merged becoming MindGeek,

26 and RedTube's cash and further capital from Bergmair's investors was invested in

27 the form of similarly onerous secured debt and controlling stakes in critical

28

subsidiaries.  The capital was used to partially buy-out ~~Thylman~~Thylmann's investors and pay off certain critical third-party liabilities.  Some of those critical liabilities were to third-parties MindGeek's business needed to survive, others were to third-parties that MindGeek's executives believed needed to get paid for them personally to survive.

96.  ~~118.~~Despite their centrality to the transaction, and control of the company going forward, the identities of Bergmair's investors, as well as Bergmair's real identity remained unknown even to Feras Antoon.  To the public, Antoon and other members of the Bro-Club were falsely reported, at Bergmair's direction, to be the owners of the business.  It was understood that the existence of other owners was never to be mentioned~~.~~, and this deception succeeded.  For example, according to a December 2020 investigation by the Financial Times, Antoon and Tassillo were listed as the sole shareholders of MindGeek's ultimate corporate parent, aside from anonymous family trusts and shell companies.  However, during his testimony before the Canadian House of Commons in early February 2021, Antoon admitted that he and Tassillo are "minority shareholders of the company" and that Bergmair is "[t]he majority shareholder" of the business, "owning over 50% of the company."  Even this testimony under oath was not truthful as Bergmair represents a group of investors who collectively hold the majority of the beneficial interests in the MindGeek entities.

97.  ~~119.~~Although the Bro-Club led by Antoon remained in daily operational control of the restructured MindGeek, they now answered to Bergmair on behalf of the new owners.  Bergmair and his owner group conducted extensive due diligence before proceeding with the transaction and were fully aware of the fraudulent international corporate structure through which MindGeek conducted its illicit business and on which it (and the new owners) depended.  The transaction was falsely portrayed as a "clean wash" of the company.  The "new" company was

portrayed publicly and to European authorities as a technology company specializing in Search Engine Optimization and committed to the best practices and technology to ensure the business was free of illegal content and activities. In fact, nothing had changed except for ~~Thylman's~~Thylmann's exit and the new partnership between the prior investors, the Bro-Club and Bergmair's owner group.

98. ~~120.~~Like the Colbeck Capital financing before it, the Bergmair financing contained usurious interest rates, draconian rights to all MindGeek assets upon a default, and the right to control and remove management. ~~Much~~

99. However, much more than ~~Thylman~~Thylmann, Bergmair exercised daily direct oversight and control over the strategic operations of MindGeek, closely managing financial operations, business plans, and even the technology that was critical to the internet porn company's business. Indeed, his technology involvement was so extensive, programmers and developers complained incessantly about what they considered his uninformed meddling.

100. ~~121.~~In exercising control for the Owner Group, Bergmair was in regular contact with and giving approvals to the Bro-Club on major MindGeek decisions. He received regular briefings on the financial performance of the Enterprise, was briefed on all activities designed to meet its financial commitments to the owners, and approved those initiatives material to that requirement. Among those elements of the business model that Bergmair was fully aware of, endorsed, and directed was the unrestricted use of all content, including contraband content like CSAM and trafficked content. Bergmair was and remained in direct communication and control of the decisions to fully and inextricably incorporate such content into the business model by (a) soliciting such content; (b) instructing users on how to effectively promote such content on the tubesites,; (c) separately optimizing the impact of such content on MindGeek's Search Engine Optimization ("SEO"), including by coupling it with playlists of similar content and suggested search terms

designed to induce even deeper engagement by users interested in such illegal content; (d) placing advertisements with this illegal content to earn advertisement revenues and premium content engagement; and (e) selling data harvested from such traffic.

101.    ~~122.~~ As part of the false narrative orchestrated by Bergmair of a "clean wash" of the organization, all European managers and directors were suddenly terminated and replaced with Bro-Club members related to Feras Antoon.  Antoon's relative Edy Kaba was placed in charge of all international operations despite his lack of business or financial management credentials and experience.  Those operations were consolidated in Cyprus because it was viewed as posing the least law enforcement risk, and Kaba relocated to Cyprus from Montreal.

### 4.    The Fake Pornhub Façade

102.    ~~123.~~ After the rebranding, the Enterprise worked hard to depict MindGeek not as a company in the business of online pornography, but as one of the world's leading technology companies providing cutting edge ~~Search Engine Optimization ("~~SEO"~~)~~ and online and marketing data services.  Its corporate website mentions nothing about the world's largest pornography site Pornhub, which was MindGeek's flagship tubesite, or its surrounding constellation of other pornographic sites, partner sites, and businesses.

103.    ~~124.~~ And it worked even harder to portray its flagship tubesite, Pornhub, as well as its other tubesites as "wholesome," legitimate, responsible, and mainstream.  MindGeek expended substantial resources and effort ensuring that its tubesites had all the indicia of legitimate internet media websites, including a polished appearance, comprehensive terms of service, policies, and customer service functions, and multiple layers of interaction.  As part of this effort, MindGeek aggressively promoted itself in mainstream mediums with substantial advertising and marketing as well as a swarm of high profile publicity stunts promoting various

39

social or other topical causes.  This effort included billboard ads in Times Square, ads on snowplows during blizzards, breast and testicular cancer campaigns, promotions for racial equality and voting rights, pop-up shops on Valentine's day, and environmental campaigns like Save the Oceans, Save the Pandas, and Save the Bees.

104.  125. It also attempted to publicly align itself with anti-exploitation entities despite embracing exploitation itself.  For example, in 2020 MindGeek began making donations to the European anti-child porn exploitation network called InHope.

105.  126. But these public images were a fraudulent front for a platform through which the Enterprise ran its rackets and schemes.  MindGeek was not in the business of providing SEO services to anything other than primarily the Enterprise's pornography platform and its partners and was exclusively devoted to running that business for the enrichment of its owners and Bro-Club members.  To do that, the Enterprise had to generate enough cash to pay the substantial "nut" of principal and enormous interest owed to the owners, while at the same time siphoning off the remaining cash and value in innumerable schemes executed through the company's impenetrable and ever shifting international network of sham shell companies.

106.  127. The public image of its actual pornography business was a fraud also.  The highly polished webpages of Pornhub and its other tubesites were falsely portrayed to look like mainstream, legitimate tubesites, albeit about pornography, with extensive terms of service, complaint and customer service functions, and misleading promotional content to portray Pornhub as mainstream, harmless, and legitimate.  But all of this was window-dressing.

107.  128. The extensive terms of service were never enforced or intended to be enforced.  To the contrary, those stated terms, policies, and restrictions were anathema to the actual business model MindGeek was pursuing.  According to those

40

COMPLAINT

terms of service, content depicting racism, hate, incest, and children (even by adults) were all banned but nevertheless omnipresent on the platform.  Indeed, numerous versions of "underage," "teen," and "incest" were consistently among the most searched search terms and popular results in MindGeek's algorithmic video and search term tubesite suggestions.  Likewise, numerous versions of "drunk," "drugged," "passed out," and others indicating incapacitation were also among search terms sought most often by users and suggested by MindGeek.

108.  ~~129.~~  MindGeek was not only acutely aware of the popularity of these categories of search terms and the type of content they represented, its SEO aggressively solicited such content and instructed users to title, tag, and describe their content to include these very terms and upload this very type of content.

109.  In its explanation of "How to Succeed," on the MindGeek Defendants' Pornhub website, the MindGeek Defendants direct users to use up to 16 tags that describe the video and performers; select up to 8 relevant categories; when applicable, use niche specific categories to ensure content is visible to the "right" fans; write a creative title that describes the scene, and add a stage name to the title of the video.  These tactics are all designed to generate as much traffic as possible. The more sensational the video, the more likely it is to be streamed and generate revenues.  The MindGeek Defendants' categories demonstrate how they are specifically targeting viewers who are interested in child pornography, with categories like "teen," "school," "babysitter" and "old/young."  On the page explaining video categories, Defendants acknowledged that Teen is one of its most popular categories.

110.  ~~130.~~This process was an explicit and overt solicitation of all forms of users and partners to provide such content because MindGeek's business plan was to provide supply for any pornography for which there was a demand.  Likewise, there was no real complaint or customer service functions because actually enforcing the

1  terms of service or accepting any restrictions on content was contrary to the actual

2  business model MindGeek was implementing.

3      111.    131. Also false was the image of Pornhub and its associated free

4  tubesites as comprised primarily of user uploaded content.  This was an important

5  fraud for the Enterprise because it believed it provided legal protection under United

6  States law, and it misdirected apparent responsibility for systemic illegality away

7  from MindGeek.

8      112.    132. In fact, however, vast amounts of the content on these sites,

9  although appearing to be uploaded by individuals independent of MindGeek were

10  produced, acquired, and uploaded by MindGeek, sometimes directly and sometimes

11  through affiliates and partners.  For example, MindGeek owns some of the entities it

12  describes as Content Partners, including Brazzers, Babes.com, Digital Playground,

13  Reality Kings, and Twistys.  This content was not merely acquired for MindGeek,

14  but it was formatted by MindGeek, which edited the scenes and length, provided the

15  titles and tags, and uploaded it to appear as if it was posted by individuals.

16      113.    Indeed, in his remarks at the WHD Global Cloud Festival, Thylmann

17  admitted point blank that MindGeek was a creator of content and that that was the

18  only way to make "really good money" in the online porn industry.

19      114.    133. In addition to MindGeek's own production and uploading of

20  apparently user-generated content, a substantial amount of the content it placed on its

21  sites was from bulk uploads of pirated copyrighted materials that MindGeek or third-

22  parties it commissions pirated.  Indeed, whistleblowers reported personnel in

23  MindGeek's Montreal headquarters "ripping" content from DVD's in a regular

24  overnight operation and uploading that content to Pornhub and the other tubesites as

25  independently uploaded content.  This was just one of the many schemes MindGeek

26  utilized to systemically pirate copyrighted materials and use them to support Pornhub

27  and its other tubesites.

28

115.   ~~134.~~ Even content that was actually user-generated was edited and published by MindGeek formatters before upload.  These formatters based in Cyprus ~~and~~, Canada, and the United States would provide or modify titles, descriptions, and tags, and edit videos in order to maximize SEO, ad impressions, and customer conversions.  MindGeek has repeatedly maintained publicly that every video on its sites went through this process.

116.   Additionally, MindGeek formatters create a graph or timeline and place it underneath videos to demonstrate the level or intensity of activity within a particular section of the video.  This helps the viewer identify and quickly advance to various levels of sexual activity within the video.  MindGeek harvests this data to optimize its ad placement and to otherwise monetize on the viewer's viewing habits.

117.   Along similar lines, MindGeek formatters create buttons for some videos that describe certain types of sexual activity occurring within the video, thereby allowing viewers to jump ahead to desired sections of the video depicting the activity identified in the button.  These efforts by MindGeek are yet another way to optimize profit sharing, ad placement, and otherwise capitalize on the data learned by capturing the viewer's preferences.

118.   Similarly, MindGeek formatters create thumbnails for the videos on its tubesites and store these thumbnails on a separate server.  This includes thumbnails created from CSAM videos.  As MindGeek explains to its content partners, thumbnails are a key component to attracting viewers to a video: "A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on."

119.   With respect to advertising placement and content, MindGeek, through its TrafficJunky business, sells banner and sidebar advertisements, as well as advertisements that appear before and after videos.  MindGeek placed these advertisements on all pages viewed by users, including those featuring CSAM.

43

COMPLAINT

120.    MindGeek edits advertisements placed on its website and TrafficJunky is the MindGeek department that handles advertising content.  The ads placed by MindGeek frequently highlight terms such as "girls," "boys," "broken teens," and "twink," which are terms that are known and encouraged for use by MindGeek.  These terms promote the creation, use, and viewing of CSAM.

121.    Indeed, MindGeek's TrafficJunky advertising platform allows advertisers to build campaigns around keywords that clearly reflect illegal activity, including "13yearoldteen"; "not18"; "14yrold"; and "15yrold."  For example, if an advertiser selects the keyword "teens," the TrafficJunky platform shows that term alongside several related terms, including "teenager"; "pigtail"; "clubseventeen"; "coed"; "pigtails"; "braces"; "teenyplayground"; and "teenylovers."

122.    MindGeek's TrafficJunky platform also tracks the amount of traffic being driven by such keywords, showing advertisers the volume of traffic to be expected with each search term and related search terms.

123.    The TrafficJunky platform also allows advertisers to target ads to people searching for the word "rape" in languages other than English—such as Russian, German, or Arabic—as well as the Japanese translation for "child rape."

124.    Thus, the MindGeek Defendants, through its TrafficJunky advertising platform, are clearly intentionally targeting, promoting, and monetizing illegal content for the advertising revenue.

125.    135. Another scheme was the reuploading of all materials that despite MindGeek's best efforts had to be taken down because it had received a DMCA copyright violation notice or a directive from authorities or a victim's lawyer to remove child pornography or other illegal content.  Although MindGeek would begrudgingly comply with such legal requirements, as set forth more fully below, it would only disable the videos, not delete the webpage, title, tags, or comments.  Nor would it delete the video, even of child pornography, from its server.  MindGeek has

repeatedly stated publicly that it kept every video ever uploaded on its servers even when they were disabled from its sites.  It did this for a simple reason:  content was king in MindGeek's operations, and disabled content would be reuploaded to the system by MindGeek in a manner that appeared it had been uploaded by users and not MindGeek.

126.  136. Moreover, MindGeek pushed all content posted on any of its tubesites, regardless of initial sourcing, to its other tubesites, which it again falsely portrayed as posted by a user other than MindGeek.

127.  137. Finally, MindGeek's intensive search engine optimization function scrutinized all content, particularly content that its analysis indicated was trending or otherwise effective in driving traffic, gaining ad impressions, generating "conversions."  This process was applied to all content, regardless of category or subject being portrayed, and content that was effective would be modified and often duplicated to optimize its SEO further.  Moreover, where analytics indicated any content could be optimized better, it too would be modified to do so.

128.  138. Thus, regardless of initial sourcing, vast amounts of the content on all of MindGeek's tubesites was uploaded there by MindGeek, not users as it was engineered to appear; even content uploaded by users was reviewed, modified, and optimized by MindGeek; and all content regardless of where and by whom it was initially uploaded was then transferred by MindGeek on its other sites and sometimes third-party partner sites.  That is, all the individual content on MindGeek's tubesites, as well as the entire tubesite product itself, was a MindGeek production and product.  MindGeek's tubesites were user generated in a fictional sense only.

129.  139. It was this fraudulently portrayed internet platform and MindGeek's byzantine international network of sham shell companies through which the Enterprise: (a) paid for, populated the website with, and separately profited from content produced through human trafficking and slavery and pirated copyright

materials; (b) permitted known criminal organizations to steal customer credit card and personal identifying information, commit credit card fraud, and blackmail customers; (c) defrauded MindGeek advertisers, marketers, and other third-parties; (d) evaded taxes and laundered monies by "bleeding" value out of the organization to the Bro-Club and other Enterprise members via sham investments and expenses; and (e) paid for and executed blackmail, extortion, harassment, defamation, and hacking against those the Enterprise viewed as a threats.

130.    This fraudulent public portrayal of MindGeek's business model was also an essential element of MindGeek's agreement with Visa and its agent banks concerning their willingness to continue processing transactions, particularly for advertising via TrafficJunky and premium products and services through Probiller and the like.  Although Visa and its agent banks were fully aware of MindGeek's actual business model and the falsity of its public portrayals, maintaining these public pretexts and window dressing were a prerequisite to Visa's agreement to continue processing transactions as it provides cover and plausible deniability Visa felt it needed to safely take the position that it was not responsible for policing merchant conduct and continue doing business with MindGeek.

**B.**    **The Enterprise's Criminal Rackets and Schemes**

    **1.**    **The Fraudulent Network of Sham Shell Companies**

131.    ~~140.~~ From its inception, MindGeek's corporate structure was created and maintained to facilitate and mask criminal conduct and insulate the company and Enterprise from criminal and civil culpability.  This structure consisted of hundreds of sham shell companies scattered throughout the world.  While a handful of these shell companies had *bona fide* relationships to MindGeek's business operations, the vast majority of them existed solely as vehicles through which to execute the Enterprise's rackets and scams and evade taxes.  There was no *bona fide* business reason for this putative SEO company or its pornographic internet business to utilize

this excessively complicated international network of sham shell companies.

132. 141. Consequently, despite generating hundreds of millions in revenue annually, MindGeek pays effectively no taxes anywhere.  Instead, by the time those revenues are funneled through the hundreds of international sham shell companies, the parent company records massive losses, not profits.  And because these sham shell companies are so numerous, and so dispersed across so many jurisdictions, no one jurisdiction can easily investigate the evasion or even be incentivized to do so.  The same is true about the numerous other criminal schemes similarly effectuated through this network.

133. 142. Consistent with its illicit purpose, this network was in constant metamorphosis.  MindGeek created, dissolved, and then replaced sham shell companies on a monthly and sometimes daily basis, often with virtually the same names.  These sham shell companies had no *bona fide* business or substantive economic purpose, directors, officers, employees, or offices (let alone functional offices).  There was, likewise, no *bona fide* business purpose for the network sheer complexity and opaqueness or its constantly quantum like dissolution and creation of entities.  This shell game existed exclusively to implement and mask the Enterprise's criminal schemes, evade taxes, launder money, and insulate Enterprise members from culpability.

134. 143. As a whistleblower explained, "spreading the corporate structure out in hundreds of shells located in dozens of jurisdictions allowed spreading of transactions out such that they did not raise suspicion in any one country, and even if they did it was very difficult for that jurisdiction to investigate the suspicion when much of the information was in other jurisdictions."

135. 144. Often, the Bro-Club would appoint a single nominal director in these sham shell entities from among low-level Enterprise members or MindGeek employees (such as executive assistants).  These purported "directors" knew nothing

1   about the shell's purpose, existence, or operations; exercised no control over its bank

2   accounts or "operations"; were paid handsomely for the no-show job and the

3   substantial legal risk associated with it; were pure proxies and agents from the Bro-

4   Club members who appointed and directed them; were frequently questioned by

5   authorities without having any information to provide because they were figureheads

6   controlled by the Bro-Club leaders; and were replaced regularly according to an

7   appointed schedule so as to further impede the ability of authorities to investigate.

8       **136.** ~~145.~~ As an insider explained,

9           they created companies on a daily and monthly basis and

10          used vendors to launder money and make payments.  Had a

11          schedule for switching directors so none were there too

12          long and would pay them premium to assume the risk of

13          not knowing what was going on.  When investigations

14          happen they delete everything from the system.  They used

15          these affiliates to launder and mask transactions with

16          entities that had bank red flags, were banned, were business

17          partners under investigations. They get paid but they

18          launder the payments.  Not through the corporate bank

19          accounts.  I know that it happened.  I talked to the vendors

20          and knew they got paid but could see it did not come out of

21          the corporate accounts.

22      **137.** ~~146.~~ These sham shell companies would be used in various ways not

23  just to mask criminal involvement, but also to "bleed" and launder cash out of the

24  organization to criminal partners and Enterprise members (especially the Bro-Club).

25  These transactions, typically in the form of loans, investments, or vendor payments

26  to third-parties, would result in net operating losses to MindGeek.  Indeed, over the

27  last 3-5 years, MindGeek has accumulated substantial net operating losses despite

28

1  hundreds of millions of dollars in annual revenue.  Those "lost" monies, however,

2  were transferred to third-parties in which Enterprise members had an interest or

3  financial arrangement.

4      138.  147. An insider explained the process as follows:  An obscure affiliate

5  in a low regulatory risk jurisdiction would transfer funds to middlemen/agents who

6  commissioned and purchased cheap pornographic content from human traffickers.

7  The MindGeek payments for this trafficked content would be "shadow payments"

8  made from one of its obscure sham shell companies to a middleman without any

9  invoice or paper trail.  Rather, a price would simply be agreed upon orally and a

10  payment made to the agent middlemen.

11      139.  148. That trafficked content would be delivered to a different third-party

12  for formatting and uploading.  The third-parties who received, formatted, and

13  uploaded the content were a mix of Enterprise affiliates, MindGeek partner channels,

14  and a network of entities who would be paid to generate thousands of phony user

15  uploads.  That third-party typically would receive compensation for its service either

16  via "ghost payments" laundered through their existing revenues stream for

17  MindGeek partners or directly through a different sham shell company.

18      140.  149. Thus, partner channels, many of whom ran their own network of

19  shell companies, would be compensated for this work by higher monthly revenue

20  share payments and one-time bonuses under their partner contracts to mask the

21  payments.  For non-MindGeek partners, payments would be laundered through

22  MindGeek's obscure sham shell companies or its corrupt payment processors

23  holding its credit card payments (such as was done frequently with MindGeek

24  payments processor Wirecard before it collapsed as a massive fraud).  These banks

25  and processors participated in the schemes because MindGeek would pay them

26  exorbitant fees and, for some, permitted them to use MindGeek's platform for their

27  own credit card and identity theft schemes.

28

141. ~~150.~~ Enterprise members would receive their cut of that consideration from the third-party via revenue sharing or some other financial kickback. Regarding this scheme to acquire cheap trafficked content in bulk, one Enterprise member explained to an insider, "We can do this and we just pay more to launder the money."

142. ~~151.~~ One whistleblower described the process of "bleeding" money out of the system to bogus "vendors" at inflated prices as follows:

> I remember one time we were talking about why the texts
> on PornHub were so awful. Like why was it written so
> poorly, and their translations from other countries were so
> bad.  I remember one person who worked there over 10
> years, he was like uh "yeah, they just like to keep doing
> them."  Like I guess they get fairly cheap translators, from
> the old times, like they always liked to have something to
> spend money on that was outside of the company. I mean,
> I'm not an expert, but no one spends money because they
> like to. So it's a weird thing. According to this coworker
> there is a well, there is money they need to spend. . . .
> ~~its~~it[']s not a secret that Mansef already had issues with
> money laundering. And ~~its~~it[']s not a secret that Fabian had
> issues with money laundering, I mean I am not surprised a
> lot of things never changed.

143. ~~152.~~ Some of these schemes directly benefited MindGeek and its operational affiliates, and indirectly the Bro-Club and its financiers via payments on the outstanding loans and compensation to executives.  Many other schemes, however, benefited the Bro-Club, MindGeek's financiers and owners, and their co-conspirators directly, and MindGeek merely provided the platform through which

this was accomplished.  In these schemes, Enterprise members or their associates and partners would use their control over MindGeek to cause it to transact with shell companies they owned, or (more often) companies owned by others from whom the Enterprise members would be paid.  "This is where they make their money," a whistleblower said about members of the Bro-Club.

144.  ~~153.~~ In another scheme the Bro-Club would use its control over MindGeek to give favorable advertising placement to so-called affiliate channels or partners using the site as a feeder for their own paysites.  In exchange, Enterprise members would receive a cut of that third-party's profits as a kickback.  This defrauded others who had bid and paid more for priority placement on the site by diverting traffic from their sites to the ones paying the Bro-Club.  In other instances, the Bro-Club would simply place ads for these affiliates ahead of those of unrelated affiliates who had bid more for that placement.

145.  ~~154.~~ Feras Antoon and other Enterprise members also had their own third-party shells with which to transact with MindGeek, and which they would favor.  For example, Antoon had a shell company through which he would sign exclusive deals with unknown porn performers and then use their control over MindGeek to promote those performers and increase the value of their content.

146.  ~~155.~~ The Bro-Club would also use control over MindGeek to permit known criminal organizations to use its sites to steal credit card information and personal identifying information and then receive a kickback or cut of the resulting illicit revenues.  As one whistleblower explained:

> Often when we talked to the company top management and
> they would say that they were making money in other
> ways.  Unlike a legitimate company, this company had no
> real capital management system. That permitted them to
> use capital to fund other businesses, including those that

1       were not in porn.  This included groups in the Ukrainian

2       company accused by FBI of hacking.  Why did they allow

3       ads for bogus items like penis enlargement when you know

4       it is a fraud?  Because those groups paid much more than

5       market for those ads because it was really a way of

6       searching for personal identifying information and using

7       the data or selling the data to others.  It would be used for

8       blackmail.  It alerted them that the user had been on

9       Pornhub and then they would blackmail them by saying

10      they knew what they were watching. Of course, MindGeek

11      knows the purpose for this stuff.  You need to get approval

12      for advertising and they do research on the ads and the

13      companies.  They knew the companies were not legitimate

14      and the ads are fraudulent on their face.  These and other

15      side operations would have revenues sharing with the

16      people running MindGeek, but not through MG.

17      Executives would get paid to permit these the platform to

18      be used for purposes other than maximizing the value of

19      MindGeek.  In conversations with members it was obvious

20      the Bro-Club had other revenue streams around Pornhub.

21      100% sure of that.  It was discussed.  I would put my hand

22      in fire on it.  Everyone gets a cut.

23      147. 156. Whistleblowers described one such scheme as follows:  Enterprise

24  members or those associated with them would create "partner" accounts on

25  MindGeek and use stolen credit cards to pay for memberships and content from

26  those partner accounts as well as manufacture false traffic, ad impressions, and

27  membership conversions.  Independent of these partner entities, MindGeek would

28

also use its sham shell companies and third-party agents to pay enterprise members or associates to use fraudulent credit cards to generate advertising impressions and thereby secure advertising revenues from those fraudulent impressions.

148. 157. Even though the bulk of these charges would likely be charged back eventually, MindGeek would pay the "partners" their share of the fraudulent notional revenue generated from the purchases as well as the actual revenue advertisers would pay MindGeek from the fraudulent ad impressions generated. Even though these transactions triggered numerous red flags with MindGeek's finance department, the Bro-Club and its capos would nevertheless direct finance to ignore the red flags and approve the transactions and payments.  Often, finance would be told to "not worry, we know those guys."

149. 158. As part of these schemes, various steps would be taken to circumvent banking laws and oversight.  For example, the Bro-Club implemented $1 trial memberships and associated entities would use stolen credit cards to buy such memberships.  The nominal transaction amount would not trip credit card company review and thus not be flagged as potentially fraudulent.  Although the Bro-Club understood the fraudulent trial memberships would never translate into an actual paying membership, it had MindGeek nevertheless pay fees to the "partners" for generating a membership.  As a result of these scams, MindGeek maintained a significant number of its large partner accounts that consistently broke even or lost money and which would have otherwise been terminated but for the fact they were part of the Enterprise.

150. 159. More egregiously, MindGeek devoted substantial time and resources to engineering its credit card transaction flow to avoid tripping credit card flags.  One such scheme was called "load balancing."  In "load balancing" MindGeek would work with the same payment processors it used to commit its various credit card schemes to mingle suspect transactions with "clean" transactions.

1    This would cause the percentage of suspect transactions to remain below the

2    percentage likely to trigger banking scrutiny, holds, and restrictions.

3        151.    160. There are various criteria banks use in this formula including the

4    types of content and memberships being purchased.  As part of this scheme,

5    MindGeek would enhance its ability to mask the fraudulent transactions by (a)

6    paying its corrupt payment processors to fraudulently mix its payments with those of

7    non-MindGeek entities; and (b) using credit cards MindGeek acquired (through, for

8    example, pre-paid accounts) to generates its own clean transactions.

9        152.    MindGeek ran another scheme that it called "rebilling shift."  MindGeek

10   knew that it was fairly typical for subscribers to the subscription tubesites to pay for

11   their first month subscription with prepaid credit cards instead of the subscribers'

12   personal credit cards.  Typically, the prepaid credit cards did not have enough money

13   stored on them to pay the cost for subsequent subscription months.  Therefore, when

14   MindGeek rebilled a card associated with such an account, the transaction would

15   often fail because the card did not have sufficient funds.  MindGeek accordingly

16   would terminate the account's access privileges to the subscription tubesite.

17       153.    But MindGeek did not stop there.  Instead, in an effort to sweep any

18   money that remained on such prepaid cards, MindGeek would charge the card an

19   amount less than the cost for the next month's subscription.  If that transaction went

20   through, MindGeek would keep that extra money as an "administration fee" or

21   "service fee," even though the account no longer had access to the site.  If instead

22   that second transaction failed like the first attempt did, MindGeek would attempt to

23   charge the card again in an amount that was $1 less than the second attempted

24   transaction.  MindGeek would continue these subsequent charge attempts in

25   incrementally diminishing amounts until the amount of the attempted charge reached

26   $1.

27       154.    In conducting this "rebilling shift" scheme, MindGeek purposefully

28

1  spread out its subsequent attempts to charge the card over a period of several days so
2  as to avoid triggering any scrutiny from the credit card companies.

3      155.    This "rebilling shift" scheme, although involving only small amounts on
4  a per-card basis, added up to substantial windfall to MindGeek in the aggregate,
5  approaching $500,000 per year in some recent years.

6      156.    161. In sum, the Enterprise used MindGeek and its network of sham
7  shell companies to perpetuate a long-running and elaborate pattern of illegal schemes
8  through which the Enterprise members enriched themselves.  In addition, the
9  Enterprise used this network of sham shell companies to mask their illicit activities,
10 launder money, and evade taxes by making it difficult for any one jurisdiction to see
11 suspicious transactions of magnitude and effectively investigate isolated transactions
12 let alone the overall operation of the Enterprise's schemes.

13     157.    Finally, the Enterprise used the network of sham shell companies to
14 defraud creditors and victims of their illicit activities by surreptitiously "bleeding"
15 and laundering assets out of the entities and jurisdictions in which MindGeek is
16 likely to be suedconnected to the misconduct without any reasonable consideration
17 and then out of the MindGeek corporate structure entirely so as to make it more
18 difficult or impossible for victimsfraudulently transfer funds away from judgment
19 creditors and other creditors to get obligations paidand make it impossible or
20 exceedingly burdensome and expensive for them to trace where those funds went.

21     **2.**    **The Enterprise's Human Trafficking Venture**

22          **i.**    **The Pre-Online Porn Industry**

23     158.    162. Prior to the explosion of online pornography, there was a relatively
24 effective federal and state statutory framework policing child pornography, other
25 non-consensualnonconsensual content, and copyright piracy in the porn industry.

26     159.    163. First, federal law mandates that "producers" of pornographic
27 material verify the age of all performers via government issued identification;

28

maintain specified signed records of such verification for inspection; and mark all pornographic materials with disclosures certifying this verification had been completed and where the records could be inspected.  It was a federal felony to fail to meet these requirements.  The statute also makes it a federal crime "for any person" to "sell or transfer or offer for sale or transfer" any pornographic material that did not contain the required age verification disclosures.  This imposed a compliance obligation on those through whom producers sold pornography.

160.    164. Second, federal and state laws throughout the United States criminalize child pornography and impose near strict criminal liability for possessing or distributing such content.

161.    165. Third, federal and state laws also criminalized, among other things, sex trafficking as well as benefiting from a sex trafficking venture, such as the commercialization of pornography produced with trafficked individuals.  These anti-trafficking laws provided substantial criminal and civil sanctions for producing or monetizing non-consensual nonconsensual pornography.

162.    166. Fourth, copyright laws likewise imposed substantial criminal and civil sanctions for the willful copyright piracy.

163.    167. Collectively, these various legal regimes effectively policed child pornography, non-consensual nonconsensual content, and copyright infringement in the pre-online industry.

### ii.    MindGeek Embraces Illegal Content To Dominate Online Porn

164.    168. The explosion of online porn devastated the established porn industry and disabled the existing mechanism to police pornography.  MindGeek was central to this disruption and resulting lawlessness in porn.  From inception, MindGeek embraced under-age, non-consensual nonconsensual, and pirated content in its business; solicited, patronized, paid for, and placed such illegal content on its

1  internet pornography platform; and aggressively lied about and concealed these facts.

2      165.  169. MindGeek's motivation for its lawless business model was its

3  singular priority of SEO:  that is, its objective to be the top result in any internet

4  search for pornography and thereby maximize its website traffic, advertising

5  impressions, customer conversions, and data harvesting.  Indeed, MindGeek publicly

6  portrayed itself not as a porn company, but as a leading advertising, marketing, data,

7  and SEO company.

8      166.  170. Several factors dominate SEO, particularly relevant content

9  volume, effective content description, and website traffic.  Substantial content,

10  effectively described, is the most important SEO factor.  In addition, a website's

11  search engine prominence increases as more people visit it while searching for

12  particular content.

13      167.  171. The birth of pornographic websites launched an arms race for

14  maximum content responsive to all likely search topics; detailed "long-tail"

15  descriptions, titles, and tags for that content; and maximum traffic and data capture.

16  As one whistleblower explained,

17          what happen[ed] with Pornhub . . . is the fight they have on

18          Google results.  And that's where Pornhub lives or dies. . . .

19          the fight they've had with sites like Xvideos, or XHamster,

20          or XXX and XVideos . . . the fight they've had with

21          rankings is just crazy.  And that's the thing, . . . it[']s about

22          the long searches, it[']s about the long tail that are the few

23          searches but enough to matter.  And that's where instead of

24          you looking for one keyword, you're looking for longer

25          strings of words. And whoever is having more content and

26          more diverse content, wins.

27      168.  172. To "win," MindGeek intentionally elected to put no restrictions on

28

the content it would accept, offer, and commercialize.  Like a soft-drink company selling different beverage types and flavors to capture all existing consumer tastes, MindGeek sought to service demand for all pornographic tastes, including tastes for child pornography, rape, extreme violence, racism and hate, and other illegal acts like bestiality.  As one whistleblower explained, "there is a lot of f***ed up sh*t that is going on" (asterisks added) on MindGeek's tubesites, and "it is not an accident . . . ownership and management are clearly complicit . . . 100%" because "[i]t's just money" they care about.

169.  ~~173.~~ MindGeek did this knowing that an unrestricted embrace of pornographic content would necessarily include enormous amounts of child pornography, ~~non-consensual~~nonconsensual, and other illegal content on its sites.  It was impossible not to know this.  The pervasiveness of such content had necessitated the strict federal laws combating such content in the first place.  And it was widely reported, and certainly known by those in the pornography industry, that this problem had grown exponentially with the explosion of the internet.

170.  ~~174.~~ For example, NCMEC published a study in 2020 reporting that from 1998 to 2019 there was an "insatiable demand" for internet CSAM/child pornography, with millions of reported instances of such videos posted online, including 8.4 million in 2018, with a "trend toward more egregious sexual content in later years."  Equally well known was the explosion of human trafficking on the internet and in pornography particularly.

171.  ~~175.~~ MindGeek saw these rapidly growing problems not as something to protect against, but as an opportunity.  ~~MindGeek~~Under the direction and control of Bergmair, Antoon, Tassillo, Urman, and the beneficial owners they represented, MindGeek not only tolerated but fully embraced illegal content precisely because that content would significantly enhance its SEO, traffic, ad impressions, and customer conversions.  This was no accident or phenomenon that simply happened

58
COMPLAINT

without management and ownership direction.  It happened because defendants decided to embrace these elements as inextricably intertwined elements of the business model from the moment they assumed collective control of the company, and directed the maximum integration and exploitation of such material going forward.  Its legality or consequences ~~were~~was irrelevant to these Defendants, as an insider explained:

> They focus on how much money I can make today. Right? So they take risk because today it's going to give you a dollar. If you have to change your practices next month, well we'll get there. But right now this is making more money.  Right, that's the type of mentality that makes you take those decisions. What's going to help me make more money. . . . 100% they are all about the money, not safety . . . . they just see numbers, let's be honest.

### iii.    MindGeek Implements Its Embrace Of Illegal Content

172.  ~~176.~~ Under Bergmair's direction and the operational implementation by Antoon, Tassillo, and Urman, MindGeek's embrace of illegal content in its business and SEO plans was complete.  It voraciously accepted, solicited, promoted, and normalized illegal content on its platform, and aggressively protected that exploitation by concealing it and attacking victims and others who put the use at risk.

#### a.    MindGeek Purchased Trafficked Content In Bulk

173.  ~~177.~~ Substantial portions of the purported "user" content on MindGeek's tubesites was content produced by human traffickers that MindGeek itself commissioned or from whom it otherwise agreed to purchase.  It did this to increase its content and SEO exponentially more than it could have had it relied entirely on actual user uploaded content.  It also allowed it to secure particular content that its SEO analysis revealed was generating the greatest ad impressions and

paying customer conversion. And it allowed it to do these things much more cheaply. MindGeek used different variations to secure such content.  All of this was done with Bergmair's approval and direction and directed and executed by Antoon, Tassillo, and Urman.

174. 178. First, monies necessary to pay for the production, middlemen, and uploading of the content were transferred from obscure and always different foreign subsidiaries to agents/middlemen without any paper trail as to what the payments were for.  Those agents/middlemen would handle all interactions with producers in Eastern Europe and Asia who offered the best quality for the cheapest prices.  This was dramatically cheaper than what such productions would cost in the United States, and MindGeek and the Bro-Club directing this scheme understood it was because the content was the product of trafficking.  The finished content would then be transferred to the agent, who then transferred it for formatting to shell companies with whom the Bro-Club had financial interests or MindGeek partner channels who would do the formatting in exchange for favorable terms or monies disguised as partner channel payouts.  The Enterprise was fastidious about avoiding any contact in the process with certain jurisdictions like Germany or the United Kingdom, which were viewed as the most rigorous in enforcing laws against trafficking.

175. 179. Insiders familiar with this elaborate scheme left no doubt that the Bro-Club understood this was trafficked content:  "100% they knowingly paid real pimps. They would discuss how this cheap content was coming from old school pimps.  They found it exciting. They would explain, 'we don't need to pay studios in the US, low paid pimps come to us.'"

176. 180. Once formatted, the content would be uploaded by these entities and/or a network of agents who were paid to create user identities and upload content.  Sometimes such content would be uploaded by MindGeek directly, either in Canada or Cyprus.  Once uploaded the content would be analyzed for its SEO

effectiveness, ad impressions, and conversions, and the content as well as the

formatting refined to maximize SEO.  Then additional orders would be placed using

the same process.

177. 181. One insider described the process this way:

> MindGeek owns studios and works with studios.  These
> studios produce high quality porn at high cost.  MindGeek
> determined that high quality porn doesn't convert well on
> tubesites.  Most people want to see the girl next door and
> videos that seem more realistic.  To get this content they
> run networks of advisors who run agencies that acquire
> porn and cam videos from high trafficking areas like Czech
> Republic and sell in bulk to MindGeek entities all over the
> world or license companies that all actively feed the videos
> into the tube sites as user uploads.  Actively feeding
> content on the sites to make sure it does not touch North
> America, Germany, or the United Kingdom.  It is was clear
> to anyone in this industry that stuff out of eastern Europe is
> from trafficking.  People within the company knew there
> were real pimps running these agencies and MindGeek
> knew it.  It was actively communicated among
> management especially in Cyprus who were the ones
> working to get stuff through it.  'We don't care,' was their
> attitude. . . . MG affiliates will contract with a local agent.
> Local agent interfaces with the production companies.
> Agent gets it and sell it to MindGeek in bulk to their
> affiliates.  No employee can talk of these studios.  Then
> they create identities and upload it through Cyprus and

1          Canada.  They avoided UK and Germany.  The content

2          couldn't touch the UK or Germany offices because

3          enforcement and investigation risk was too much.  There

4          were other means of bulk uploading. If huge partners have

5          big studio that is part of MindGeek group.  You could give

6          it to them and they upload it and they get better treatment

7          and terms and share the revenue. MindGeek pays for it but

8          steer business through agents and pay huge amounts to

9          launder the money and uploading.  So you can't see it went

10         to MindGeek or that it uploaded it.

11     **178.**  ~~182.~~ In addition to the general awareness that content from these regions

12 was the product of extensive trafficking operations, MindGeek was aware the content

13 was trafficking because it met with the producers and visited some of their

14 production sites.  In one such visit, MindGeek executives witnessed a football-field

15 size warehouse in which women were crammed into adjoining studio stalls "like

16 livestock" to perform on camera.  Many of the women appeared young and were

17 engaged in scenes depicting underage girls.

18     **179.**  ~~183.~~ When asked by the producer where the women came from and

19 lived, the producer unapologetically explained that his company had agents that

20 scoured Eastern Europe for women who they recruited with promises of lucrative

21 modelling jobs that would allow them to go to college and otherwise have a better

22 life.  When those women agreed they were transported to dormitory style housing or

23 apartments and matched with a "boyfriend" who would groom them for porn.

24     **180.**  ~~184.~~ Women who were victimized by this trafficking network reported

25 that when they tried to leave, they were informed that their cam sessions had been

26 recorded and if they did not continue performing the trafficker would send copies to

27 their families and otherwise release them publicly and destroy their reputation and

28

future.

181. ~~185.~~ Similarly, MindGeek allowed its platform to be used for prostitution, which Bergmair, Antoon, Tassillo, and Urman were fully aware of and approved despite obvious red flags and knowledge on their part. Like now defunct online marketplace BackPage (which was indicted along with its founders and seized by federal authorities), and Craigslist's now defunct "personal" pages, MindGeek knowingly permits its platform to be used to facilitate trafficked prostitution. The website is awash in third party advertisements for "~~Craiglist~~Craigslist," "Backpage, and other previously known sites where prostitution could be solicited from trafficked women. Ad impressions and customer conversion for these services all generate revenue for MindGeek, and in some instances revenue sharing for it and select Bro-Club members.

182. ~~186.~~ The Enterprise and Bro-Club repeatedly deflected concerns raised internally by finance people who were alerted when they realized MindGeek was paying numerous ostensibly independent cam models through a single account. This was a trafficking red flag, but the Bro-Club and its capos informed finance to ignore the red flags and continue payments because "they knew the people behind the account and it was ok."

b.    **MindGeek's Unpoliced Platform**

183. ~~187.~~ MindGeek's intentional use of illegal content was nowhere more apparent than the unrestricted ability to upload such content onto its tubesites. MindGeek's own Social Media Manager publicly explained that it would be a "disaster" to try to restrict users and uploaders to adults because "then no one would upload anything," it would "cost[] us money to verify," "devastate[] traffic," and "MindGeek loses money." This MindGeek spokesperson further warned that even pretextual restrictions would be unacceptable to MindGeek because some percentage of minors would not be able to figure out how to circumvent them: "you would get

63
COMPLAINT

around them, a lot of people here would too but the large majority won't know how."

184. 188. Consistent with this ethos, despite knowing illegal content would be uploaded without legitimate monitoring, MindGeek intentionally used an upload process that would not filter out illegal content. As one person familiar with the Bro-Club explained, "they knew they were doing illegal stuff," but they refused to take any steps to restrict content or traffic because it would restrict SEO and revenue:

> No doubt. I'm sure . . . Were we planning any efforts to stop that? Absolutely not. Because of views. Every time you put an extra layer of control on who watches, you lose content. And it[']s the same thing, in this case, if you put an extra layer of control on what content goes up, you lose content. And content in this case is more pages, and more pages is more results, more results is more paid views.

185. 189. Thus, while non-pornographic tubesites with far less content uploaded on a daily basis (and far less users seeking illegal conduct) employed tens of thousands of "moderators" and sophisticated technology to ensure content was legal and complied with the terms of service, MindGeek's uploading process ensured the opposite outcome of successfully uploading illegal content.

186. 190. Located in Cyprus because of the availability of cheap labor in a distressed economy, MindGeek's sham moderation function consisted over time of as few as 6 but never more than about 30 untrained, minimum wage contractors for all of MindGeek's tubesites and millions of videos uploaded daily. These employees were untrained, could be terminated at will, and worked in cramped sweltering quarters that one eyewitness described as "inhuman."

187. 191. It was, of course, impossible for such a minute number of individuals to actually watch and moderate the vast volume of daily videos uploaded. As one eyewitness explained, "the official number was around 700-800 Pornhub

videos a day but it was expected to do at least 900 Pornhub and depending on the day more videos for other sites for each person…the more experienced moderators did around 1000 videos on Pornhub and around 150-200 videos on the other tubes." Indeed, there is a yearly bonus system in place for these reviewers that is based on the number of videos *approved* for upload.

188. 192. Indeed, their real function was formatting, and internally were called "content formatters," not "content moderators."  As formatters, their task was not to moderate legality but format the videos for optimal SEO.  To do so, they would add or edit the title, tags, and descriptions and sometimes edit the video.  They also "scrubbed" words in the titles and tags that unequivocally indicated criminality. While the red flags of criminality were removed, the video would nevertheless be uploaded with optimized titles, tags, and descriptions that would still permit MindGeek's search engine to suggest the video to users searching for that illegal content.

189. 193. As an insider familiar with the process explained:

> They basically went really fast with the content. It's not
> like they are watching every Pornhub video.  They kind of
> like would scroll through it, make sure that the titles didn't
> have anything awful, and that's it. And it's mostly about
> the titles you know? Because in the end if you can't find it
> through a search, then no one who works against human
> trafficking will. Right?

190. 194. Demonstrating the task was formatting not moderation, MindGeek set unrealistic daily quotas of at a minimum 700-800 videos that bore no relationship to the time it would take to actually screen that content.  The quotas were based on how long it should take to format, not screen, the content.  Indeed, the quotas made it impossible to actually screen videos for prohibited or illegal content.

191. ~~195.~~ Moreover, formatting supervisors clearly communicated that actually screening questionable or even obviously illegal content was not the formatters' task.  The goal was uploading content.  Thus, one insider explained that the woman with overall responsibility for formatting and ostensible "moderation" was a "sociopath" who would regularly "tell her team to just look the other way." According to another insider, there was a motto drilled into formatters:  "Don't f**k with the f**ker." (Asterisks added).  As one whistleblower explained, a typical response to a formatter questioning legality of content would be:  "Imagine the trouble I will get in if we report this and take time and we don't meet quota and you will lose your job."

192. ~~196.~~ When asked about the testimony of Feras Antoon and David Tassillo before the Canadian House of Commons in which Antoon and Tassillo testified under oath that every video was reviewed to ensure it was consensual, this whistleblower said bluntly, "it is a lie."

193. ~~197.~~ Contrary to the perjury before the Canadian House of Commons, MindGeek insiders knew obvious ~~non-consensual~~ nonconsensual content was uploaded and permitted to remain on Pornhub even though it was reviewed because including such content was part of the business model Bergmair, Antoon, Tassillo, and Urman implemented and aggressively developed.  An insider explained one such notorious example that was common knowledge internally:

> I remember there was one girl, it was huge, from when I
> was there.  But she always seemed, in the videos she never
> looked okay.  Like I remember she was always high. I
> mean something that, according to the minimum rules of
> decency, you would at least have a bit of the type of
> thinking you know, 'is it okay to have this type of content?
> Is she really, you know in a state where she should be

1    doing these videos?

2    194. 198. However, MindGeek did much more than permit illegal content to

3    be uploaded and remain on its site. For example, MindGeek took all content

4    uploaded without restrictions onto its Pornhub tubesite and transferred that content to

5    its other tubesites as well. This strategic operational element was implemented with

6    the knowledge and approval of Bergmair, Antoon, Tassillo, and Urman.

7    195. 199. MindGeek also took all of the content from tubesites and partner

8    channels it acquired like Redtube, YouPorn, Fake Taxi, etc., and transferred that in

9    bulk to its library without review. This strategic operational element also was

10   implemented with the knowledge and approval of Bergmair, Antoon, Tassillo, and

11   Urman.

12   196. 200. In addition, as part of its critical SEO process of supplying product

13   for every taste and demand, MindGeek analyzed this illegal content, identified which

14   examples performed better for their intended audience, and modified the formatting

15   (titles, tags, and descriptions) of similar content to improve its performance and SEO

16   generally. This was done for all categories of content, including those depicting

17   minors, rape victims, and other non-consensual nonconsensual conduct.

18   197. 201. The focus of this analysis was exclusively identifying which

19   content, descriptions, and tags were trending and producing ad impressions and

20   subscriptions. Those that were trending were further refined and tested to amplify

21   them even more, and the conclusions drawn from that were applied to similar

22   content. What was not a focus at all was whether the content was in fact consensual

23   or adult. Nowhere in this process or elsewhere, did MindGeek comply with § 2257's

24   requirement that they secure proof of age where they were uploading material or its

25   separate requirement that content being transferred by MindGeek contain the

26   required certification of age certification from the producer.

27   198. 202. When MindGeek identified a title or tags that too explicitly flagged

28

1    illegal content they would notify the user to change the title or change it themselves.

2    But MindGeek would not disable the illegal video.  For example, a member of the

3    Pornhub model program, whose revenues were shared with MindGeek, had multiple

4    videos of apparently underage women with titles indicating they were underage.

5    One video of an apparently underage and incapacitate woman carried the viewers

6    comments, "I thought she was dead until five minutes in" and "I don't think that girl

7    is old enough to buy lottery tickets.  If you catch my drift."  The uploader originally

8    titled the video, "delete your history after watching this" obviously flagging the

9    video as child pornography.  But then he changed the title and when asked why by

10   other users, he explained, "Pornhub support told to change all titles."

11        199.   203.  This analysis was also part of MindGeek's suggested search and

12   video algorithm by which it would solicit users to view similar content.  Thus, when

13   a user, for example, searched for "teen sex," MindGeek would present the most

14   popular video results associated with that term, and solicit searches with a host of

15   other more detailed terms used by others for similar content, like "barely legal teen

16   sex," "young teen sex," "middle school teen sex," etc.  Investigators, advocates, and

17   journalists following MindGeek's suggestions easily found within a few clicks

18   videos of obvious CSAM/child pornography or other forms of non-

19   consensual nonconsensual sex where terms associated with that type of abuse, like

20   "drunk," drugged," "passed out," etc., were used.

21        200.   204.  This was no accident.  It was a product of MindGeek's knowing,

22   deliberate, and detailed understanding of the content on its site and effort to solicit

23   people to watch that content and continue using the site, and was approved and

24   directed by Bergmair and implemented by Antoon, Tassillo, and Urman.  As one

25   insider explained, this knowledge and intent not only extended to, but emanated

26   from, the Bro-Club running the platform:  "Well they know, they know everything

27   that's going on . . . they are very involved. For sure. . . . would Feras know?

28

1  Absolutely. Would David know? Absolutely," but, he further explained, "they don't

2  care" and "don't' even check" because all they care about is SEO and revenues.

3  201.  205. That same insider explained MindGeek had the capabilities to

4  easily search for illegal content, but never did:  "I've seen it, you can search any

5  word, any video, you can look for the user, anything like any other database. . . . and

6  the titles are there . . . so, why are they not searching for this and cleaning? . . .

7  Because they want the content on their sites."

8  202.  206. The only time MindGeek would voluntarily remove content was

9  when this detailed analysis revealed the content was harming its SEO.  For example,

10  through its constant analysis, MindGeek determined that male homosexual content

11  on its more popular tubesites was interfering with its impressions and conversions

12  because when the suggested video and search algorithms suggests a gay video, a

13  material percentage of users exited the website.  Accordingly, MindGeek

14  affirmatively worked to reduce such content on the site by deleting it, transferring it

15  to other sites, or segregating it.  No similar steps were taken when it became aware of

16  illegal, nonconsensual content in its SEO work.

17  203.  207. The intentional exploitation of illegal content was further

18  evidenced by MindGeek's treatment of videos flagged by authorities, victims, and

19  users as illegal.  Such requests were ignored, stonewalled, and stalled as much as

20  possible to preserve the use of the content for as long as possible.  This was

21  especially a priority when the content was performing well, and MindGeek's SEO

22  analysts were trying to use that data to refine their algorithms to effectively solicit

23  views of similar content from the same category of "consumers."

24  204.  208. Thus, when victims would notify MindGeek that videos of their

25  abuse had been uploaded, they were typically ignored unless the victims persisted.

26  Then they would be stonewalled with denials or demands for information that they

27  could not possess in many instances.  For example, in some instances, often victims

28

1  were told that only the uploader could request a video be taken down; or they needed

2  to provide the URL's for the videos; or that the videos did not exist or could not be

3  found when they did exist and could be found; or that they had been taken down

4  when they had not been.

5      205.  ~~209.~~ Moreover, when victims or authorities succeeded in getting

6  MindGeek to remove an illegal video, it would only disable the video but keep the

7  webpage with its title, description, tags, and comments so that the video though

8  disabled would still continue to increase SEO.  When a user searching for such

9  content landed on the disabled video's webpage, MindGeek's search and video

10  suggestion algorithms would solicit the user with similar videos to the one disabled.

11      206.  ~~210.~~ As one insider explained:

12          If you do it [a takedown request] through Pornh15-yearub,

13          then Pornhub eliminates the video but keeps the page. So

14          that page still has the titles and can still run from Google. . .

15          . Because what they want is ad impressions, because that's

16          what they charge for, for their clients. It's ad impressions,

17          ad impressions, ad impressions.

18      207.  ~~211.~~ Indeed, to this day, one can run internet searches for known

19  CSAM/child pornography or other ~~non-consensual~~ nonconsensual content that was

20  ordered taken down by NCMEC or otherwise and the search will bring you to

21  Pornhub even though that video is not enable. MindGeek's algorithm will then direct

22  you to similar non-disabled content.

23      208.  ~~212.~~ Much worse, according to multiple insiders, MindGeek

24  systematically and surreptitiously would reupload all content that it had been forced

25  to disable back to the system and do so in a manner in which it appeared to have

26  been reuploaded by independent users and which circumvented MindGeek's

27  purported systems for identifying previously disabled videos. This is the reason why

28

1  so many victims reported that even when they successfully got videos disabled, the

2  same videos would be reuploaded again and again.

3  209.  213. One eyewitness to this process, explained that caches of disabled

4  content "would be provided to employees on disks and they would be instructed to

5  reupload those videos from non-MindGeek computers using specific email addresses

6  that would allow the uploads to bypass MindGeek's purported 'fingerprinting' of

7  removed videos. . . . They say they kept the stuff on the servers to cooperate with

8  authorities but it was really so they could reupload."

9  214. All of these practices were known to and approved by Bergmair and

10  implemented and directed by Antoon, Tassillo, and Urman. MindGeek has stated

11  publicly and repeatedly that it retains on its servers all videos ever uploaded onto its

12  tubesites.  This no doubt is necessary for its reuploading practice.  MindGeek,

13  therefore, has throughout its existence illegally possessed CSAM/child pornography,

14  and reuploaded that CSAM/child pornography innumerable times.  Indeed,

15  MindGeek, with duplicative servers in the United States and Canada (among other

16  locations) is likely the largest non-regulatory repository of CSAM/child pornography

17  in North America.

18  210.  215. Moreover, insiders explained that MindGeek provided a download

19  button for users, in part, to facilitate the propagation of content, including illegal

20  non-consensual nonconsensual content.  In effect, MindGeek knew and counted on

21  users to download content, make new content and compilations, and then reupload it

22  as new content or as a replacement for disabled content.  In addition, MindGeek

23  provided private albums and file sharing, a private, direct-message function, and

24  file-sharing capabilities, all of which allowed users to exchange and trade any type of

25  content without anyone else seeing it or MindGeek monitoring it.

26  211.  216. In this manner, MindGeek was facilitating criminal copyright

27  infringement, and the transferring and distributing of CSAM/ child pornography or

28

1  otherwise ~~non-consensual~~nonconsensual content as well as otherwise legitimate

2  pornography in violation of 18 U.S. § 2257 and CSAM laws.

3      212.    Along similar lines, MindGeek also created its own VPN to make it

4  even more difficult for law enforcement to locate traffickers.  Similarly, Pornhub has

5  created a tor site to anonymize web traffic and prevent law enforcement from

6  tracking users' activities.  Pornhub also supports the use of cryptocurrency on its site.

7      213.    ~~217.~~ Despite admitted possession of massive amounts of child

8  pornography, until 2020, MindGeek never voluntarily made a single legally required

9  disclosure to authorities in the United States or Canada about that material under

10  either countries' CSAM/child pornography laws.  MindGeek failed to do so even

11  when its possession has been publicly reported.  For example, in 2019, 58 videos of a

12  15-year who was beaten and raped were posted on Pornhub.  These videos were

13  ultimately removed, but as per the testimony of NCMEC during Canada's

14  parliamentary investigation, MindGeek had never reported any instances of child

15  sexual abuse to NCMEC as required by federal law or reported to NCMEC's

16  counterpart under Canadian law until late 2020.  This was no accident, but rather was

17  done at the direction of Antoon, Tassillo, and Urman pursuant to the wishes of

18  Bergmair.

19      214.    ~~218.~~ Likewise, in 2020 two videos of child pornography – one involving

20  a toddler in diapers being abused and another of a pre-pubescent girl being anally

21  raped – were located on Pornhub.  After multiple reports MindGeek notified those

22  flagging it that it the video had been disabled, fingerprinted, and reported to

23  NCMEC.  But according to NCMEC's own testimony, it was not reported to

24  NCMEC.  Two months later the same two videos were discovered back up on the

25  site, uploaded by two separate purposed user accounts.  Investigators submitted

26  takedown requests to Pornhub that were ignored.  It was not taken down until it was

27  reported to the FBI, the FBI notified NCMEC, and NCMEC issued a takedown order

28

to Pornhub.  One reupload remained up for almost two weeks after the initial takedown requests and had over 20,000 views and an unknown number of downloads. Even after it was removed MindGeek left the title, tags, views and url live to continue driving traffic to the site using the child rape video.  Again this was no outlier but a product of the clear policies and practices Bergmair, Antoon, Tassillo, and Urman approved and aggressively implemented.

215.   219.  Not only did MindGeek not report CSAM/child pornography it became aware of on its tubesites, it actively discouraged victims and others from reporting it, and lied to do so.  For example, MindGeek tried to convince a victim of CSAM/child pornography not to report its presence on MindGeek's tubesites and lied about MindGeek's practice of not removing such content unless forced to do so: "You don't need to report the urls to an agency, just flag them it[']s very likely if it[']s not removed it not illegal content. . . . We do have access to our entire upload library, including deleted videos and can confirm this."



### iv.    MindGeek's Successful Exploitation of ~~Non-Consensual~~**Nonconsensual** Pornography

216. ~~220.~~ MindGeek's plan to dominate the online porn industry with unrestricted use of all content regardless of legality succeeded. It has attained near monopoly status in the industry and is certainly dominant.

217. ~~221.~~ As its business model of unrestricted content intended, the presence of ~~non-consensual~~nonconsensual content was ubiquitous on MindGeek's internet platform.  Simple Google searches even suggesting ~~non-consensual~~nonconsensual content would invariably return Pornhub as the top search result.  Pornhub's suggested video and search algorithm would then direct users to similar content.  With each click the search was refined further and further.  In just a few clicks, in just a few minutes, users (and investigators and journalists) could find

1  seemingly unlimited pages and videos depicting violent rapes, date and drugged

2  rapes, child sexual assault or exploitation, coerced or trafficked subjects, secret and

3  stolen recordings, or any other form of ~~non-consensual~~nonconsensual conduct.

4      218.  ~~222.~~ Titles, descriptions, tags and comments with these videos and

5  suggested by MindGeek were blunt, including:  "CP" (i.e., child porn), "teen",

6  "young teen", "barely legal", "super-young teen", "old/young", "young", "exploited

7  teen", "crying teen", "little", "xxxtra small," "drunk girl", "drugged girl", and

8  "passed out."

9      219.  ~~223.~~ By way of example only, in just minutes of basic searches users,

10  advocates, investigators, and journalists, and certainly those working fulltime to

11  maximize MindGeek's SEO, would easily find troves of:

12          a.  homemade videos of adult males having sex with apparently or

13              obviously underage girls with titles such as, "Young Teen Gets

14              Pounded," "Old Man with young teen," "Young girl tricked,"

15              "Petite Thai Teen," "A Club Where You Can Play With Little Girls

16              And It's So Fun," "Bratty Little Girl," "Giant guys f***ing with no

17              mercy this little whore while she's crying" (asterisks added);

18          b.  homemade movies of young boys being raped with titles and tags

19              such as "Barely legal step-son well used after school in uniform,"

20              "Young hairless twink gets slapped," "Daddy f***s young teen boy

21              virgin first time" (asterisks added), "Daddy came home frustrated

22              and abused boy to crying";

23          c.  drunk, drugged or otherwise incapacitated women, often clearly

24              underage, being assaulted with titles and tags such as "Drunk,"

25              "Passed out teen," "Passed out sex," "Drunk and Passed Out Porn,"

26              "Passed out teen f***ed" (asterisks added), "Teen Totally Drunk

27              Passed Out Sex Video Free," "Passed Out Naked Teens," "Tinder

28

1           Girl Passed out at my House so I stuck it in her ass," "Mexican

2           Teen She's to Drunk After Party Real Home Made!," "Drunk girl

3           let's me dominate her," "Cute Amateur Teen Drunk And Stoned In

4           Ecstasy With Her First BBC On Drugs," "F***ed sister hard in the

5           ass while she was drunk and sleeping" (asterisks added), "Drunk

6           girl gets handcuffed and abused," "Teen gets drunk and

7           gangbanged";

8        d.   non-professional secret recordings, often of obviously underage

9           women, such as Asian high school students in a bathroom with

10          hidden camera with the title, "Stolen Teen's secret peeing scenes";

11        e.   stolen underage pornographic videos with titles and tags such as,

12          "Amateur sextape stolen from teen girl[']s computer";

13        f.   videos with extreme hate and racist themes such as "Black slave

14          girl brutalized" with comments including "yes f*** that n*****"

15          (asterisks added) "love seeing this little petite black whore tied up

16          like she belongs taking it in her black ass," "Busty African Slave

17          Gets Pounded," "African Busty sluts get tortured by white master,"

18          "You should get your own black slave," " Black slave girl

19          pleasures white master and call herself 'N***** whore" (asterisks

20          added) and "Black slave Girls Made to Eat White Girl Asshole" or

21          anti-Semitic Nazi themed content (asterisks added).

22        220. 224. This content typically had compelling indicia (and often definitive

23 proof) that they were not consensual.  And while some amount of such content could

24 still be consensual despite this indicia, substantial percentages clearly were not or

25 likely were not, and another large percentage appeared to be non-

26 consensual nonconsensual with no way of knowing.

27        221. 225. Despite monitoring and analyzing the content on its platform like

28

1  NASA monitors the space station, MindGeek did nothing to remove or even

2  investigate this patently abusive content or highly suspect content.  It failed to do so

3  even when it was flagged by user complaints and comments.

4      222.  226. For example, for seven years Pornhub contained a video of a

5  completely unconscious girl with underdeveloped breasts clearly being physically

6  assaulted and raped.  The title of the video was "dead pig half-opened eyes after

7  being drugged."  That this title was literally true was painfully obvious from the

8  video.  The rapist repeatedly displayed the victim's dilated, red eyes and even

9  touched her eyeball to prove she was truly unconscious.  No moderator or search

10  engine optimizer could have missed the obvious rape depicted in this video.

11      223.  227. Another example involved one of MindGeek's most popular

12  partner channels (and a constant focus of its SEO efforts), "Exploited Teens Asia." A

13  representative video on this channel involved a young girl in a child's room

14  surrounded by toys and stuffed animals.  She was being aggressively penetrated by

15  an old man and she was crying out "karushi," which meant "stop."  Viewer

16  comments demonstrated the obviously non-consensual nonconsensual nature of the

17  video:

18          Do we really know sex trafficking when we see it!!

19          EXPLOITED TEENS ASIA she can't be older than 15 or

20          16. This is a real victim. In some moment she looks like

21          she wants to cry. You can see that she doesn't want this,

22          you can see that she wishes he'd leave her alon! I can't

23          believe 9k liked the image of an old perv humping a

24          helpless GIRL! Flag the f*** out of this and hopefully

25          pornhub will remove it. My heart breaks for her."

26          (Asterisks added).

27      224.  228. Others comments likewise realized this was a rape:  "She is crying

28

77

COMPLAINT

'kurushi' meaning painful and begging him to stop!" and "She looks underage af".

225.    ~~229.~~ The video had been up for 3 years and received over 4 million views, certainly performance that MindGeek SEO would have closely analyzed and tried to recreate, and the comments had been up as much as 7 months before activists called out the video on twitter.  In response, MindGeek kept the title, description, and tags, and swapped out the video.

226.    ~~230.~~ At the end of 2019, a video of an undeniably intoxicated and incapacitated women being sexual assaulted was uploaded to Pornhub.  The video was categorized as "homemade," titled as "Misadventures of a Drunk Girl," and tagged in the category of "teen," "teenager, young drunk, funny."  The woman was stripped naked, unable to walk or stand, crawled when she did move, and ultimately was completely unconscious with her eyes rolled into the back of her head.



227.    ~~231.~~ Viewer comments such as, "so hot.  Love how drunk she is!", confirmed her obvious incapacity as did, "I would take advantage of her all nite.

dude's smart for trying get her to drink more.  Bet he dumped loads in her stupid c*nt.  I know I would."  (Asterisks added).



228. ~~232.~~ Users who MindGeek directed to this video were then directed by MindGeek's suggested search and video algorithm to equally clear cases of rape.  In one video, the drug needle used to render the victim unconscious was then inserted into the vagina of the victim and zoomed in on.  These videos were on the site for years and accompanied by numerous comments flagging them as obvious rape.

229. ~~233.~~ Likewise, searches for "Pnp," "meth," "homeless," "crack whores," "meth whores," and other similar terms turned up countless videos of women who were plainly incapacitated or having a debilitating drug addiction being exploited by pimps and johns.

230. ~~234.~~ Another video on Pornhub for over four years captured the rape of an Indian woman.  The video was not professionally produced.  There was no indicia of consent or performance.  Neither the uploader nor women were identified.  The woman was clearly in distress and desperately trying to hide her face.  Two years of user comments plainly flagged the video as rape:  "this is f***ing rape!!!!!!! bastards!!!!!!!!" (Asterisks added).  MindGeek was aware of the video, its obvious nonconsensual content, and the users' comments.  Rather than remove the video and

COMPLAINT

1 page, Pornhub instead censored the word "rape" from the comments and left the

2 video.

3     231. 235. For this video, MindGeek's suggested search and video algorithm

4 directed viewers to similar rape videos, including a young teen woman in obvious

5 distress, crying, and trying to cover her face while her rape was recorded. The video

6 is titled and tagged "amateur teen" and "hot Indian teen."

7     232. 236. Likewise, MindGeek's suggested search and video algorithm

8 directed users searching "Asian" to a cache of sadistic abuse videos. Among this

9 cache were a category in which underage appearing Asian women were being

10 suffocated in plastic bags attached to a vacuum packing machine. The women were

11 thrashing and screaming. They were not performing. The videos were amateur, poor

12 quality, and had zero indicia of consent.

13     233. 237. In another such video, another apparently underage Asian women

14 was dragged onto a dirty balcony and submerged in a plastic tub of ice water. Her

15 assailants violently grabbing her hair and used their boots to force her head under the

16 water. They restrained her and sprayed her face from a hose when she tried to

17 breath. There was no indication of consent, only assault: the young woman shook,

18 shivered, wept, gasped, and pleaded. She was not performing. When the men finally

19 removed her from the tub, they continued to dose the collapsed, shivering woman

20 with the hose before all urinating on her shaking body.

21     234. 238. Abuse videos were also common in MindGeek's partner channels.

22 For example, one of MindGeek's official ModelHub partner accounts called

23 PornForce, from which MindGeek received a cut of all revenue, had videos of

24 obvious victims being exploited. For example, a video titled "Thai street teen" with

25 the description "f***ed and facialized for $5" (asterisks added) showed a homeless

26 and disabled Thai teen being penetrated and filmed "for $5." In the comments a

27 viewer asked, "is she deaf," and PornForce responded, "yes."

28

235. ~~239.~~ Another ModelHub account was comprised of a man exploiting homeless teens in New Jersey in commercial sex acts.  The victims of this exploitation were anally assaulted while crying and pleading for the abuse to stop. MindGeek's suggested video and search algorithm would direct viewers of these videos to similar videos and suggested search terms of "abused teen," "crying teen," "exploited black teens," "homeless teen," and the like.

236. ~~240.~~ In addition, MindGeek allowed its private premium accounts on Pornhub to be used as a secret marketplace to distribute illicit content, particularly CSAM/child pornography, for a fee, sometimes directly on the platform, sometimes through links to an external CSAM cache exchanged privately through the accounts. This trafficking included minors posting child pornography of themselves at the direction of predators and pimps.  The content, while private to other unsubscribed users, was visible to MindGeek, part of its SEO analysis, and included in Google and other search engine search result calculations and thus embraced and allowed to remain.

237. ~~241.~~ Victims of this exploitation who tried to seek assistance from MindGeek consistently reported indifference to outright hostility, even in the most extreme situations.  For example, one victim had the video of her rape uploaded to Pornhub with her personal information where it remained for months despite her desperate pleas until she hired a lawyer:

> It was terrifying, there were people on Twitter sharing
> screenshots of them buying a train ticket saying they were
> going to come and rape me. I thought about killing myself
> it got so bad. Hundreds of thousands of people saw that
> -video, which I didn't even know I still had. It was
> devastating. What a horrible, humiliating thing to do to
> someone. I moved in with a friend and put my flat on the

1          market because I thought I was going to get raped. I had to

2          change my whole life – leave my job, withdraw from

3          almost everybody I used to work with. I used to stay in my

4          room all weekend crying because I couldn't deal with it.

5          He ruined my life. I came off social media completely and

6          the only version of me that existed online was this persona

7          that he created.

8     238. 242. Remarkably, MindGeek's indifference was so callous it extended

9   to even public outreach from victims, such as this victim who made her report to a

10  MindGeek's Social Media Director on social media:

11         I was away on an international business trip when I met a

12         man at a hotel bar and went back to his room to have sex . .

13         . . Recently my friend sent me a Pornhub video and said it

14         looked like me.  I looked at it and it was me having sex in

15         the hotel room with thousands of views.  My face was

16         clearly visible in parts.  The video had an insulting title

17         calling me a slut.  The channel it was on featured a dozen

18         other videos of the same guy having sex with different

19         women in hotel rooms with the same amateur quality . . . . I

20         tried flagging the video with no results. I want the video

21         taken down and the guy punished, but I'm really not sure

22         what to do.

23    239. 243. Pornhub's only response to this report was to send the victim a link

24  to their site's takedown page.

25

26

27

28

240. 244. The same abuse occurred on Pornhub Gay. A simple search for "daddy and son" produced oceans of unprofessionally produced videos of very young looking boys with the titles saying "REAL Father Son" and other videos of distressed young hairless boys being penetrated by older men. Other cases of CSAM/child pornography involved underage boys were videotaping themselves in sex acts, with video titles like "13 yr old boy" and "14yr old."

241. 245. Like many videos on Pornhub, these abuse videos frequently ran a Pornhub Live ad or other advertisement before playing the video and were surrounded by other ads for which Pornhub was paid. Some of these videos had millions of views alone. The "categories" collectively had many millions more, evidencing the significant contribution unrestricted access to nonconsensual content was to MindGeek's business model.

### 3.    MindGeek's Criminal Use of Nonconsensual Content is Revealed

242. 246. Even if the defendants otherwise had no knowledge of the illegal content MindGeek was monetizing on its platform, they could not have avoided the numerous alarming high-profile reports of egregious non-consensual nonconsensual content on their platform.

243. 247. For example, after Taiwanese playboy Justin Lee was arrested by Taiwanese police for the date rape of dozens of women from 2009 through 2014, some minors, police reported that Lee had recorded those rapes and posted them on Pornhub. MindGeek, in turn, transferred those videos to its other tubesites and to hundreds of users who downloaded those videos from those sites. Obviously, none of the videos uploaded and none of the transfers complied with federal law on age and consent verification. And MindGeek's purported "robust team" of "expertly trained" moderators and state of the art technology did not stop the videos depicting clearly incapacitated women being raped from being uploaded by Lee and transferred by MindGeek.

244. 248. Although Lee's arrest, conviction, and criminal conduct, including his uploading of the rape videos to Pornhub, were highly publicized worldwide, MindGeek kept those rape videos on its site for years thereafter. Even today, after the videos are no longer viewable on MindGeek's tubesites, MindGeek continues to benefit from those uploads and transfers as searches for such tapes on leading search engines will still direct searchers to Pornhub, where the tubesite's search engine will direct the users to similar content categories of content like "celebrity sex tapes."

245. 249. In February 2018, a Pornhub user repeatedly flagged child pornography being uploaded repeatedly to Pornhub's gay content categories. One of those users told MindGeek, "[p]lease remove all pictures in the gay category starting with [XXXX] in the title. They contain underage children. Some of whom look 7 or

8 years old.  ~~Its~~It[']s disgusting that this has slipped through, two nights in a row. Does this material get screened.  I'll be checking to see if the content has been removed."  Again, MindGeek permitted this illegal content to be repeatedly uploaded and transferred to its other tubesites despite its obviously illegal nature and despite being explicitly being flagged by users.

246. ~~250.~~ From 2013 through at least part of 2020, MindGeek's tubesites contained hundreds of videos of child pornography created in video chat service Stickam chat rooms until those chat rooms were shut down in 2014 as part of one of the largest internet child pornography convictions in history, involving the sextortion of over 350 minors via the video chat service.  Despite the highly publicized investigation and conviction, for years, those child pornographic videos and compilations of those videos were ubiquitously uploaded by MindGeek users and transferred by MindGeek to its other tubesites and to users downloading the videos. They remain on its servers to this day.

247.  ~~251.~~ From 2013-2017, New York resident Nicole Addimando's husband physically abused and raped her, and subjected her to sodomy with objects, vaginal torture with heated spoons, and being left for extended periods of time and in degrading and painful positions. These assaults were videotaped and posted to Pornhub.  Pornhub not only permitted those uploads, it transferred those videos to its other tubesites.  Even after Addimando's abuse and Pornhub uploads became highly publicized, videos of the assaults remained on MindGeek's tubesites and were uploaded, downloaded, and transferred by MindGeek numerous times.  Those videos remained on MindGeek's tubesites as late as 2019 and remain on its servers today. To this day, a search engine inquiry of "Nicole Addimando Sex Tape" will result in the top two search results being to Pornhub with the result stating: "Nicole Addimando" and "Watch Nicole Addimando porn videos for free, here on Pornhub.com.  No other sex tube is more popular and features more Nicole

1    Addimando scenes than Pornhub!"

2    248.  252. From 2014-2015, 49-year-old Dawn Giannini sexually abused a

3    14-year-old relative, recorded the abuse, and posted those recordings on Pornhub.

4    MindGeek not only permitted the obviously underage assault and child pornography

5    to be uploaded to Pornhub, it transferred those videos to its other tubesites.  The

6    videos were viewed by the victim's friends at school, one of whom ultimately alerted

7    the authorities leading to Giannini's arrest in 2018.  Those videos were still present

8    on MindGeek sites as late as 2019 and remain on its servers today.  To this date, a

9    search of "Giannini sex tape" on Yahoo produces a Pornhub search result listed

10   third, for "Dawn Giannini Porn Videos" and the message "Watch Dawn Giannini

11   porn videos for free, here on Pornhub.com. . . . No other sex tube is more popular

12   and features more Dawn Giannini scenes than Pornhub!"

13   249.  253. In the fall of 2019, the Internet Watch Foundation, the United

14   Kingdom's private internet watchdog for child pornography, reported to the Sunday

15   Times that it had been notified of 118 instances of child pornography on Pornhub by

16   the public over the prior 2.5 years, increasing each year.  Half of that child

17   pornography was Category A, the worst kind of abuse involving penetration and/or

18   sadism.  MindGeek permitted the upload of this child pornography and transferred it

19   to its other tubesites and never reported it the authorities as it was required to do in

20   the United States and other jurisdictions where its servers are located.  That child

21   pornography remains on MindGeek's servers to this day.

22   250.  254. The Sunday Times' own investigation in 2019 confirmed that

23   Pornhub was "flooded" with illegal content that it failed to remove even after the

24   paper had notified it of that illegal content:

25              the world's most popular porn website [Pornhub] is flooded

26              with illegal content . . . . Pornhub is awash with secretly

27              filmed "creepshots" of schoolgirls and clips of men

28
                              86

1   performing sex acts in front of teenagers on buses.  It has

2   also hosted indecent images of children as young as three. .

3   . . The website says it bans content showing under-18s and

4   removes it swiftly. But some of the videos identified by

5   this newspaper's investigation had 350,000 views and had

6   been on the platform for more than three years. Three of

7   the worst clips that were flagged to Pornhub still remained

8   on the site 24 hours later. . . . The Sunday Times found

9   dozens of examples of illegal material on the website

10  within minutes. It followed research by the campaign group

11  #NotYourPorn, which identified revenge porn videos and

12  clips filmed by secret cameras. . . . One account, called

13  "Candid teen asses," is devoted to posting covertly filmed

14  "creepshots" showing UK girls in school uniform. Another

15  features clips of a man performing sex acts among young

16  concertgoers, rubbing up against them in a crowded music

17  venue. . . . While Pornhub has blocked users from

18  searching terms such as "underage" and "child porn,"

19  synonyms including "jailbait," "very young girl" and

20  "lolita" can still be used to find content. . . .

21  251. 255. In response, the MindGeek disinformation machine disseminated,

22  via email, blatantly false denials from a fictious spokesman who does not exist, but

23  who was, in fact, MindGeek VP Corey Urman.  As the Sunday Times reported,

24  "Pornhub said it had a 'robust internal policy' for removing offending material,

25  including 'expertly-trained human reviewers' and 'scanning content to determine

26  whether it is consensual.'  Blake White, its vice president, said child sexual abuse

27  made up a tiny proportion of content and the aim was to eradicate it.  'It is important

28

to note that oftentimes videos described as 'hidden camera footage' or 'young teen' are in fact legal, consensual videos that are produced to cater to various user fantasies,' he said.  'They are in fact protected by various freedom of speech laws. Certain words are banned from being used in titles and tags, and we will be doing a thorough audit of our websites to update and expand this list.'"

252. 256. Even months after this reporting, on or about March 10, 2020, four videos of child pornography were uploaded to Pornhub depicting men abusing a toddler in diapers and a pre-pubescent child bound and being raped anally while crying for the abuser to stop.  At the time, Pornhub publicly admitted that these videos had been uploaded on its site, and misrepresented that they had been removed, "fingerprinted" so they could not be reuploaded, and reported to NCMEC. Two months later, two of the videos were reuploaded to Pornhub by two separate Pornhub accounts to the website, had thousands of views, and were the subject of takedown requests to Pornhub.  Pornhub, however, refused to remove the videos for over ten days, during which time they were viewed tens of thousands of times, and only did so when the FBI became involved, reported it to NCMEC, and NCMEC instructed Pornhub to disable the video.  Although Pornhub disabled the video, it left the video page, title, tags, and user on its site, did not cancel and remove the uploading accounts or review those accounts for the offending videos or other offending videos.  Indeed, to this day, if one googles the title or user, Pornhub remains the number one search result.  Although the video is not available, Pornhub directed you to similar content identified by its algorithm.

253. 257. From 2009 through 2020, one of Pornhub's most popular Content Partners, GirlsDoPorn, and its founders produced pornographic content through trafficking women and minors.  In 2016, these allegations were made public when twenty-two women sued GirlsDoPorn for being trafficked, and in 2019, GirlsDoPorn, its founders, and others were indicted on federal trafficking charges.

1  The website was shut down in early 2020, shortly after the indictment and the flight

2  of its founder to New Zealand to avoid arrest, where he remains a fugitive.  Ruben

3  Andre Garcia, one of the traffickers involved in the GirlsDoPorn trafficking

4  operation, was sentenced to twenty years in prison on June 15, 2021.  This human

5  trafficking ring was one of Pornhub's most popular partner channels, with nearly

6  800,000 subscribers and over six hundred million views, and was heavily promoted

7  by MindGeek.

8      254.  258. The channel was so lucrative, and MindGeek so indifferent to

9  monetizing non-consensual nonconsensual content, that MindGeek kept the channel

10  on its site and collected revenue from it even after learning of the initial civil lawsuit

11  and did nothing to investigate the allegations.  Pornhub continued to host and

12  monetize this trafficked content until the company and its founders were indicted and

13  the website shutdown.  Nevertheless, even after the formal channel was disabled,

14  trafficked GirlsDoPorn content was ubiquitous on MindGeek's tubesites and its

15  internal search engine would regularly direct users to those videos.  As of October

16  2020, a simple search of "GDP" would result in over 300 videos and images of those

17  victims.

18      255.  259. In late 2019, it was widely reported that a "verified" member of

19  Pornhub's model program was actually a trafficked 15-year-old girl who had been

20  missing for approximately a year.  MindGeek allowed the uploading of fifty-eight

21  videos of this child being raped to its "verified" model channel and transferred those

22  videos to its other tubesites.  MindGeek never reported this child pornography to

23  NCMEC or CP3 as it was legally required to do according to NCMEC's testimony

24  before the Canadian Parliament's Ethics Committee.

25      256.  260. Once again, MindGeek's response to these reports was to disavow

26  any responsibility or knowledge, here claiming that the child had been "verified" as

27  an adult with "valid ID": " @luxliv3s Hey Lix, she is a verified model with valid

28

ID."



257. ~~261.~~ This, however, was a lie.  MindGeek knew that it had never reliably verified the age of the 15 year old missing girl because the law requires all participants in filmed sex acts to be 18 years old. Rather, MindGeek wanted to continue to profit from advertising impressions from, and sales of the videos.

### 4.    ~~Plaintiffs are~~Plaintiff Is Exploited ~~by~~By MindGeek's Trafficking Venture

#### ~~i. Serena Fleites~~

258. ~~262.~~ In 2014, eighth grader Serena Fleites learned that a nude, sexually explicit video her high school boyfriend had coerced her to make months earlier had been uploaded to Pornhub without her knowledge or consent.  She was just 13 years old in the video.~~  The video titled~~, and was induced to do the video by a boyfriend who intended to post it to Pornhub and disseminate it thereby to the school community.  Her age was apparent from the image itself and from the title "13-Year Old Brunette Shows Off For The Camera~~.~~,."

259.    MindGeek personnel reviewed the video of Serena, as they repeatedly have claimed do for *every* video uploaded to Pornhub, and the title and were aware that this video constituted CSAM. Nevertheless, consistent with its overall business

COMPLAINT

model and practices, MindGeek posted the video to its Pornhub site.  It also categorized, tagged, optimized for user preferences, and disseminated the images, tags and video depicting 13-year old Serena.  And it uploaded the optimized, tagged, categorized video to its other tubesites itself and incorporated it into it algorithmic playlists and suggested videos.

260.  The video immediately went viral on Pornhub.  By the time Serena discovered the video, it had more than 400400,000 views, and had been widely disseminated throughout her school and neighborhood. and it continued to generate views exponentially.  The video appeared alongside advertisements that MindGeek had placed and on which it earned revenues with every page visit, impression, engagement, and conversion.

261.  263. Too embarrassed to disclose the video to her mother, teacher, or principal, Serena reached out to Pornhub directly, impersonating her mother, informing Pornhub that the video was child pornography and demanding the video be removed:  "this is child pornography, my daughter is a minor and only 13 years old."  Approximately two weeks passed before Pornhub responded to Serena during which time it continued to generate views and MindGeek continued to earn advertising revenues.  When Pornhub did respond, it acknowledged the video contained CSAM and agreed to take it down.  Yet another one to two weeks went by before the video was removed from its site and then only after continued demands from the minor victim.

262.  264. During the months before the video was removed, it was downloaded countless times and reuploaded by different users and with different titles.  In the months and years that followed, Serena regularly received messages on social media from strangers attaching screenshots and active Pornhub links to her video.  Each time Serena learned the video had been reuploaded, she recommenced the process to have the video removed. One of the uploads had 2.7 million views.

1  Others had hundreds of comments noting that Serena could not be more than a

2  teenager.  Each of the reuploaded videos was reviewed and accepted by MindGeek,

3  optimized, categorized, and tagged by MindGeek, uploaded to other tubesites by

4  MindGeek, downloaded to users by MindGeek, and matched with advertising form

5  which MindGeek earned revenues.

6      263.   Each time Serena learned the video had been reuploaded, she

7  recommenced the process to have the video removed.  Yet, Pornhub still took weeks

8  to take each video down, each time requiring Serena to provide photographic proof

9  that she was the child depicted in the video before removing it from its site.

10     264.   265. The dissemination was not limited to Pornhub.  The original

11  Pornhub video depicting 13-year-old Serena was downloaded and then reuploaded

12  countless additional times to other pornography sites and widely disseminated

13  through email and other forms of electronic communication.

14     265.   266. In response to the viral dissemination of the video, Serena was

15  bullied and harassed.  Classmates demanded that Serena send them sexually explicit

16  videos of herself and threatened to disclose the sexually explicit video to Serena's

17  mother or to her school if she did not comply.  The ongoing harassment sent Serena

18  into a downward spiral.  She began to regularly skip school which resulted in Serena

19  receiving a truancy notice.  Serena's mother, still unaware of Serena's sexually

20  explicit video on Pornhub, and frustrated with Serena's failure to regularly attend

21  school, suggested Serena move in with her sister.  Serena agreed.  Serena, no longer

22  able to face her classmates who incessantly harassed and bullied her, unenrolled

23  from high school, and commenced an online high school program.

24     266.   267. Approximately one year later, Serena moved back in with her

25  mother.  She was depressed, hated her life, and in a failed suicide attempt, hung

26  herself in the bathroom.  She was found by her younger sister and her mother's

27  boyfriend who removed the power cord from her neck.  Serena received treatment by

28

1  paramedics and was admitted to a mental health facility in Bakersfield.

2      267.   268. The downward spiral precipitated by the viral dissemination of her

3  nude video continued for years.  Following her failed suicide attempt and

4  hospitalization, Serena avoided going back home and facing judgment from her

5  family and community.  In need of a place to stay, she reached out to a female friend

6  who had experienced similar mental health challenges.  Serena went to visit her

7  friend, who she discovered was using methamphetamine.  While staying at her

8  friend's house, Serena was introduced to heroin by an older male who she

9  subsequently began to date, became addicted, and struggled with addiction for the

10  next three years.  To fund their joint heroin habits, the older man manipulated

11  Serena, who was still a minor at the time, into creating sexually explicit videos of

12  herself, which were then sold on Craigslist and the Kik app.

13      268.   Serena subsequently learned that once sold, some of the videos were

14  uploaded to Pornhub without her knowledge or consent.  These videos were still on

15  Pornhub as recently as June 2020.  MindGeek personnel reviewed these videos of

16  Serena; were aware from that review and the video title and user tags that she was

17  under age; tagged, categorized, optimized the video, and incorporated it into its

18  algorithmic playlists and suggestions; uploaded the video to its other tubesites; and

19  associated the video with advertisements from which it earned revenues from

20  impressions, engagements, and conversions.  As a result, CSAM depicting Serena

21  was distributed broadly throughout the world on MindGeek's tubesites.

22      269.   The older man who manipulated Serena to make these sexually explicit

23  videos intended to monetize these videos at the time that they were made and he and

24  those to whom he sold the videos regularly uploaded such videos to MindGeek's

25  tubesites.

26      270.   269. Although Serena is now sober, the long-term effects of Pornhub's

27  wrongdoing continue to this day.  The CSAM videos continue to be accessible on

28

Pornhub as recently as last year.  Moreover, the original Pornhub videos of Serena continue to be disseminated through other platforms, including on MindGeek affiliated sites and other pornography sites.  Serena remains estranged from certain family members.  Throughout various stages of the past five years she was homeless and lived in her car.  She continues to suffer from depression and anxiety and has attempted suicide on multiple occasions over the years.

271.    The dissemination and proliferation of Serena's CSAM has interfered with her employment.  Moreover, to mitigate these challenges, Serena was forced to retain an investigatory firm to investigate whether any of her videos were still accessible on Pornhub or other pornographic sites and to facilitate takedown requests.

## ii. Jane Doe No. 1

270. Beginning at age 7, and continuing for more than 21 years, Jane Doe No. 1 was raped, trafficked, and exploited by a ring of Hollywood men and New York financiers, including Jeffrey Epstein.  These interactions were often recorded and since no later than 2007 have been widely and continuously distributed on Pornhub.

271. The first recording was made in a garage in Maryland in or about 2001-2002 when Jane Doe No. 1 was 10 years old.  The next year, Jane Doe No. 1 was "sold" to another trafficker in New York.  She was trafficked by this man and his organization in various states along the East Coast, and was forced to provide escort services and film pornographic videos and livestreams.  The videos were produced in various warehouses.

272. In 2004, Jane Doe No. 1 was transported to Florida, where she was introduced to Jeffrey Epstein and other men.  Jane Doe No. 1 was directed to give Epstein "massages," which the New York Times explained was a known code word for sex among Epstein's inner circles.  She was transported to Epstein's properties in New York, Palm Beach, Florida, and his private island, Little St. James in the U.S.

94
COMPLAINT

Virgin Islands, which she visited on multiple occasions. This went on throughout her middle school and high school years and ended right before she started college.

273. Jane Doe No. 1 is aware of at least seven explicit videos of her on Pornhub between 2011 and 2016, as well as at least one recording from a livestream. The videos were filmed in warehouses in multiple locations in California. The seven videos were uploaded multiple times on Pornhub. In some instances, Jane Doe No. 1's traffickers forced her to actually upload and reupload old videos of herself as a form of punishment.

274. Jane Doe No. 1's therapist assisted her with takedown requests, but she was not successful in having them all removed.

275. The years of sexual abuse and exploitation caused Jane Doe No. 1 to suffer from an eating disorder and substance abuse. These conditions forced Jane Doe No. 1 to take a leave of absence from college. She continues to receive medical treatment for the emotional distress she suffered.

### iii. Jane Doe No. 2

276. At age 15, Jane Doe No. 2 was blackmailed by now convicted child sex offender, Abdul Hasib Elahi, into sending him sexually explicit photographs and videos. These photographs and videos were widely disseminated on MindGeek's tubesites, including Pornhub, without her knowledge or consent.

277. In 2017, Jane Doe No. 2 received an unsolicited message from a stranger on What's App, who was later identified to her by law enforcement as Elahi. Elahi blackmailed Jane Doe No. 2 with a naked photograph of herself and threatened to send the photograph he had to her friends and family if she did not send additional photographs and videos. Although he acknowledged that she was a minor, he demanded eighty photographs of her in underwear, eighty nude photographs, a three-minute video of her removing her clothing, a three-minute video of her engaged in vaginal and anal masturbation, and a video of her spitting on herself. He demanded

95

COMPLAINT

that the photographs and videos be full body and that her face be exposed.  Fearing that he would carry through on his threat to disclose the photographs he had already obtained, Jane Doe No. 2 complied with his demands.

278. Thereafter, Elahi demanded that Jane Doe No. 2 send additional photographs and videos, including videos of her drinking her own urine and eating feces.  Elahi again threatened that he would release the photographs and videos he had of her if she did not comply.  This time Jane Doe No. 2 refused.

279. In or about September 2018, Jane Doe No. 2, then 17 years old, learned that the nude and sexually explicit photographs and videos Elahi had extorted were on Pornhub.  That same month, one of Jane Doe No. 2's classmates posted one of the videos to Snapchat.  The video was screen recorded from Pornhub.

280. Jane Doe No. 2 immediately contacted the police.  Then she contacted Pornhub and demanded that the photographs and videos be removed.  Pornhub complied with Jane Doe No. 2's demand, but the photographs and videos were immediately re-uploaded, along with Jane Doe No. 2's personal information, including her home address and family's social media accounts.  Throughout the fall of 2018, Jane Doe No. 2 received hundreds of follow requests daily on her social media accounts and dozens of messages a week forwarding links to her videos on Pornhub.  The active Pornhub links were viewed hundreds of thousands of times.  Pornhub viewers also forwarded the videos and photographs of Jane Doe No. 2 to her mother and father.

281. Each time Jane Doe No. 2 contacted Pornhub about subsequent uploads, she was informed that a link to the video was required to take the video down.  However, she could not always locate the links to the video and photographs that were sent to her, and when she raised this issue, Pornhub directed her to upload the videos she was requesting be taken down to a third-party site it controlled.  Of course, Pornhub was not even legally allowed to take possession of the videos which

1 | contained child pornographic materials (nor was Jane Doe No. 2 legally allowed to
2 | possess or upload child pornography). Jane Doe No. 2 informed Pornhub of these
3 | facts, that the situation led her to be suicidal, and threatened legal action if the videos
4 | and images were not immediately removed. Pornhub ignored her, and she never
5 | contacted Pornhub again. As of December 2020, there were at least five separate
6 | links to Jane Doe No. 2's video still active on Pornhub.
7 | 282. Pornhub's lies were subsequently revealed in January 2021, when in
8 | response to a cease and desist letter from counsel, MindGeek purported to conduct
9 | independent searches to facilitate the removal of all content depicting Jane Doe No. 2
10 | from all the sites under the MindGeek "umbrella." Moreover, despite MindGeek's
11 | claim that all content is reviewed prior to upload, its director of legal affairs
12 | conceded the high volume of CSAM takedown requests and sought to facilitate a
13 | mechanism to respond to these requests and accelerate response times in the future.
14 | 283. In the months and years following the initial 2017 upload of Jane Doe
15 | No. 2's nude and sexually explicit videos and photographs she has been subjected to
16 | severe harassment. Individuals who viewed her videos reached out to her through
17 | social media, denigrating her, and accusing her of posting the content intentionally
18 | and requesting additional content. Two years later, she continues to receive regular
19 | messages and requests through social media.
20 | 284. The illegal dissemination of CSAM and ongoing harassment has caused
21 | Jane Doe No. 2 to suffer severe anxiety, panic attacks, and body dysmorphia that led
22 | to significant weight loss, to a low of just 80 pounds. Jane Doe No. 2 suffered from
23 | suicidal thoughts and has attempted suicide on more than one occasion. Jane Doe
24 | No. 2's anxiety is so severe that she rarely leaves her home because she fears that
25 | someone will recognize her from one of the Pornhub videos or photographs. This
26 | anxiety caused her to quit her job and resort to online work that does not necessitate
27 | going out in public.
28 |

97

COMPLAINT

1        #### iv. Jane Doe No. 3

2        285. Just days after Jane Doe No. 3 returned home from her junior year of

3 college, she learned that a video her high school boyfriend had coerced her to take

4 during spring break her senior year of high school had been uploaded to Pornhub

5 under the title "Young Stepsister Stripped." The video depicted Jane Doe No. 3, at

6 age 17, removing her clothing and engaging in sexually explicit acts. At the time

7 Jane Doe No. 3 discovered the video on Pornhub, it had more than 234,000 views

8 and had been downloaded and reuploaded countless times.

9        286. Immediately upon discovering the video, on May 27, 2020, Jane Doe No.

10 3 contacted Pornhub, informed Pornhub that she was a minor in the video, did not

11 consent to the posting of the video, and demanded the video immediately be

12 removed. Later that same day, Jane Doe No. 3 received an e-mail from Pornhub

13 confirming that the video "will be" removed but stating that "we offer no guarantee"

14 that the video will not be re-uploaded. It took seven days before Pornhub confirmed

15 on June 3, 2020 that it had "removed the video."

16        287. By the time Jane Doe No. 3 secured the takedown of her video, it had had

17 been widely disseminated throughout her college campus and her hometown.

18 Horrified and embarrassed, Jane Doe No. 3 withdrew from the college she was

19 enrolled in at the time. She googled her name daily to confirm the videos had not

20 been reuploaded. She deleted all her social media accounts. She suffered from

21 severe anxiety and depression and was prescribed medications for those conditions.

22 She continues to undergo medical treatment for emotional distress.

23        #### v. Jane Doe No. 4

24        288. At the age of 16, Jane Doe No. 4 was videotaped, without her consent,

25 performing oral sex on another minor. That video was then posted to MindGeek's

26 tubesites, including Pornhub, without her knowledge or consent.

27        289. In 2016, Jane Doe No. 4 was coerced by her then 15-year-old boyfriend

28

98

COMPLAINT

1  to perform oral sex in the backseat of his parent's rental car.  Jane Doe No. 4, who at
2  the time of the incident resided in California, had traveled to Florida on vacation
3  with her family to meet her New York-based boyfriend.  The two had been
4  conversing through Facebook for several years and the relationship had turned
5  romantic.  During the sex act, Jane Doe No. 4 discovered that her boyfriend was
6  filming her.  She immediately demanded he stop, but he continued to film the
7  encounter.  Afterwards, she demanded that he delete the video.

8  290. Two years later in June 2018, Jane Doe No. 4 learned through a classmate
9  of her boyfriend that the nonconsensual video had been uploaded to Pornhub two
10 years earlier.  Consistent with her minor status at the time the video was recorded,
11 the video title included references to "teenager," and "amateur." The classmate
12 identified Jane Doe No. 4 as the girl in the video, including accurate descriptions of
13 Jane Doe No. 4's hair style, and the glasses and jewelry Jane Doe No. 4 was wearing
14 the day of the sexual encounter in Florida.  The CSAM video was disseminated on
15 Pornhub without Jane Doe No. 4's knowledge.

16 291. Jane Doe No. 4 sought treatment from mental healthcare professionals
17 and has been diagnosed with post-traumatic stress disorder.  She has a physical
18 reaction whenever she sees or hears something that reminds her of this traumatic
19 experience and, accordingly, has difficulty maintaining a job.  She continues to
20 suffer from severe emotional harm.

21 **vi. Jane Doe No. 5**

22 292. During her freshman year of high school, Jane Doe No. 5's 17-year-old
23 boyfriend videotaped the two engaged in a sex act in Jane Doe No. 5's bedroom
24 without her knowledge or consent.  Jane Doe No. 5 first learned of the sex tape four
25 years later when a classmate's parent informed her father that the video was on
26 Pornhub.  She was just 14 years old in the video.

27 293. Immediately upon learning of the video, Jane Doe No. 5's father

28

99

COMPLAINT

1  contacted law enforcement and demanded that the video be removed.  Pornhub

2  complied, but the damage had already been done.  By the time Pornhub removed the

3  video, the link had been disseminated throughout Jane Doe No. 5's school.

4  Moreover, the video was repeatedly reuploaded.  Jane Doe No. 5 continues to receive

5  active links and screenshots of the video on Pornhub.

6      294. Pornhub's illegal and widespread dissemination of pornographic material

7  and CSAM of Jane Doe No. 5 at age 14 has caused Jane Doe No. 5 to suffer from

8  severe anxiety, depression, and a failed suicide attempt.

9          **vii. Jane Doe No. 6**

10     295. In 2018, Jane Doe No. 6 discovered that a compilation video of men

11 masturbating to nude photographs of her at 14 years old was on Pornhub.  The video

12 was listed under the tag "naked teen." Ashamed to disclose the video to her parents

13 or the police, Jane Doe No. 6 immediately reached out to Pornhub, informing

14 Pornhub of her age and demanding that the video be removed.  Pornhub responded

15 with a generic, automated response.  Two weeks later, having heard nothing further

16 from Pornhub and desperate to have the video removed, Jane Doe No. 6 reached out

17 to Pornhub again demanding it remove the video.  This time she provided Pornhub

18 with a picture of her passport to verify her age and identity.  The image of the

19 passport confirmed she was underage.  Pornhub eventually responded, but failed to

20 remove the video.  After these failed attempts, Jane Doe No. 6 gave up.

21     296. The experience continues to traumatize Jane Doe No. 6 to this day.  She

22 wakes up wondering if the video is still available on Pornhub, if it has been

23 reuploaded under different titles, and whether it has been disseminated more broadly.

24 Moreover, she fears the widespread dissemination of the sexually explicit

25 photographs will interfere with her dream of becoming a teacher.  Jane Doe No. 6

26 suffers from severe depression and anxiety and is under the care of a mental health

27 professional.

28

COMPLAINT

1                            **viii.** **Jane Doe No. 7**

2        297. From approximately 2017 to 2018, a video of Jane Doe No. 7 engaged in

3 sex with her adult boyfriend were uploaded to Pornhub, without her knowledge or

4 consent.  The sex video was titled "Ginger GF sucks c*** and gags." (asterisks

5 added).  Jane Doe No. 7 was 17 years old at the time the video was recorded and the

6 photographs were taken.

7        298. Upon learning that the video had been uploaded to Pornhub, Jane Doe

8 No. 7 proceeded to notify law enforcement, which facilitated the removal of the

9 illegal video.

10        299. At no time prior to posting the video did MindGeek, Pornhub, or any

11 other website owned or operated by MindGeek attempt to verify Jane Doe No. 7's

12 identity or age.  Neither Jane Doe No. 7 nor her parents consented to having a video

13 of her appear on Pornhub, and neither Jane Doe No. 7 nor her parents could lawfully

14 consent to the possession and dissemination of child pornography.

15        300. Jane Doe No. 7 suffered and continues to suffer from significant

16 emotional harm and is being treated by a mental health professional.

17                           **ix.** **Jane Doe No. 8**

18        301. In 2018, 15-year-old Jane Doe No. 8 was trafficked into prostitution by a

19 female pimp in Colombia.  During one encounter, Jane Doe No. 7 was paid

20 approximately one million Colombian pesos in cash to have sex with now indicted

21 sex offender, Victor Galarza, while another man, Herbert Fletcher, recorded the sex

22 acts.  Thereafter, Galarza demanded that Jane Doe No. 8 watch the recording with

23 him, after which he purported to delete the recording.  Two years later, Jane Doe No.

24 8 learned that the putatively deleted video was on Pornhub.

25        302. The video had been uploaded to Pornhub in April 2020 under the title,

26 "Prostituta colegiala Colombiana acepta follar sin condon x 10 dolares la cuarentena

27 la obligo a vender su cuerpo en Medellin," which translated means "Prostitute school

28

COMPLAINT

1  girl from Colombia agrees to f*** without a condom for $10.00 the quarantine

2  forced her to sell her body in Medellin." (asterisks added).

3       303. Immediately upon learning of the video, Jane Doe No. 8 contacted

4  Operation Underground Railroad, a nonprofit organization dedicated to combatting

5  child trafficking.  In October 2020, Tyler Schwab, an employee of Operation

6  Underground Railroad, reached out to Pornhub on Jane Doe No. 8's behalf and had

7  the video removed.  Nevertheless, during the seven months that the video was on

8  Pornhub, it was downloaded and reuploaded multiple times, including to other

9  pornography sites.  As recently as December 2020, the video was live on multiple

10  internet sites.

11       304. Both Galarza and Fletcher have been arrested and face criminal charges

12  including sexual exploitation of children and possession and transportation of child

13  pornography.

14       305. Jane Doe No. 8 continues to suffer from significant emotional harm and

15  is being treated by a mental health professional in Colombia.

16              **x. Jane Doe No. 9**

17       306. From approximately September 2017 through February 2018, 17-year-old

18  Jane Doe No. 9 was a victim of the same sex trafficking ring that was operated out of

19  Columbia by Galarza and Fletcher.  Jane Doe No. 9 was recruited by Galarza

20  through social media.  He offered to pay her to have recorded sex.  He assured her

21  that the video was just for himself and that he would delete it after watching it.

22  Under financial duress, Jane Doe No. 9 complied.

23       307. On three separate occasions, Jane Doe No. 9 met Galarza at three

24  different hotels in Colombia.  On the first occasion, she met Galaraza and two other

25  men at Hotel Poblado in Medellin, Colombia where she was provided lingerie to

26  change into and directed to engage in sexual acts with one of the men, while Galarza

27  recorded the encounter.  The same interaction occurred two additional times on two

28

subsequent occasions with different sexual partners at different hotels.  Galarza
recorded all three encounters.

308. Nearly three years later, in November 2020, Jane Doe No. 9 learned that
one of the putatively deleted videos was on Pornhub under the title "Scort
venezolana acepta follar sin condón en trio en su primer casting en Medellin
Columbia," which translates to "Venezuelan Escort agrees to f*** without a condom
in a trio at her first casting in Medellin Columbia." (asterisks added).  It was also
available on, among other sites, XVideos, XNXX, and MannyVids.  Advocates from
Operation Underground Railroad are currently working to get the video taken down
from Pornhub, as well as the countless other sites that the video has been uploaded
to.

### xi. Jane Doe No. 10

309. In 2017, 15-year old Jane Doe No. 10 received an unsolicited message
through Facebook, from now-convicted sex trafficking felon, Kamonsak
Chanthasing, who posed as a female, and offered to pay Jane Doe No. 10 for video
clips and photographs of herself masturbating wearing her middle school uniform.
Although Jane Doe No. 10 initially refused, she ultimately acquiesced and sent a
video and approximately 100 photographs of herself with her genitalia exposed.  Her
age was readily apparent from the style of her uniform which are differentiated in
Thailand by school grade.  She never received compensation for the images, and
subsequently learned that Kamonsak had committed similar crimes with twelve other
female victims.

310. Approximately one year later, Jane Doe No. 10 learned that the
photographs and video were available on Pornhub, under the title "Thai Student."
Jane Doe No. 10 immediately contacted Pornhub and demanded the images be
removed.  Although Pornhub removed six separate links to the video and
photographs on or around April 14, 2020, screenshots of Jane Doe No. 10's underage

103
COMPLAINT

1  body and genitalia remain on the site to this day.

2  311. But the harm did not end there. Pornhub's download policies resulted in

3  the video being uploaded to multiple other sites, including vk.com, the largest social

4  networking website in Russia. The widespread dissemination of child pornography

5  featuring Jane Doe No. 10 led to severe bullying and harassment, which ultimately

6  became so extreme that Jane Doe No. 10 was forced to transfer schools. She

7  continues to suffer from depression and other mental health conditions.

8  **xii. Jane Doe No. 11**

9  312. Jane Doe No. 11 is another victim of Pornhub and Kamonsak. In or

10  around 2016 or 2017, 16-year-old, aspiring actress, Jane Doe No. 11, received an

11  unsolicited message from an unknown individual, who she later learned through law

12  enforcement was Kamonsak. Kamonasak offered her $1,000 for a sexually explicit

13  video of herself, and $5,000 for each subsequent video. Kamonsak misrepresented

14  that the content would not be distributed and that other actresses were participating

15  to make ends meet. Jane Doe No. 11 initially refused the offer, but eventually

16  complied and sent one video. She never heard from Kamonsak again, nor did she

17  receive the promised compensation.

18  313. Approximately, six months later, Jane Doe No. 11 learned that the

19  sexually explicit video had been anonymously uploaded to Pornhub and viewed

20  more than 1.5 million times. Her Facebook profile and identity were disclosed in

21  Pornhub's comment section and she immediately began to be bullied by her

22  classmates and humiliated by her teachers. Two weeks prior to graduation, Jane Doe

23  No. 11's school attempted to expel her because she was wearing her school uniform

24  in the videos and she was not able to attend her graduation.

25  314. Traumatized, Jane Doe No. 11 reported the video to Pornhub, but to no

26  avail. Pornhub ignored her requests and refused to take the video down. In

27  December 2020, the videos of Jane Doe No. 11 continued to appear on Pornhub

28

104

1  under various titles.  She solicited help from the HUG Project in Chiang Mai and was

2  eventually able to get her video removed.

3  315. In the weeks and months following the discovery of the Pornhub video,

4  offers for roles in television shows were withdrawn.

5  316. Moreover, throughout this period, Jane Doe No. 11's sister, who bears a

6  close resemblance to Jane Doe No. 11, was frequently mistaken for Jane Doe No. 11

7  and faced severe harassment on the street and online.  She dropped out of university,

8  suffered from severe mental health issues, and attempted suicide.

9  **xiii. Jane Doe No. 12**

10  317. In 2017, 17-year-old Jane Doe No. 12 received an unsolicited offer from

11  an unknown individual on BIGO Live, a live streaming platform, of 20,000 Baht in

12  exchange for a ten-minute video of herself removing her clothing.  Throughout the

13  filming process, Jane Doe No. 12 was provided explicit instructions on requested

14  positions.  Immediately after she was done, the live stream was closed and she was

15  blocked from the unknown individual's BIGO Live account.  Jane Doe No. 12 never

16  received any compensation, and she never heard from the unknown individual again.

17  318. Three years later, on February 5, 2020, Jane Doe No. 12 learned that the

18  video was on Pornhub.  It was posted to Pornhub without her knowledge or consent.

19  She immediately sought assistance from the HUG Project in Chiang Mai, and in

20  response to its request to Pornhub for removal, the video was taken down.

21  319. But the damage had already been done.  Upon discovering the video on

22  Pornhub, Jane Doe No. 12, in her last semester of university, had a mental

23  breakdown and dropped out of school just weeks before graduation.  Moreover, she

24  was bullied and harassed, which continues to this day.

25  **xiv. Jane Doe No. 13**

26  320. 13-year-old Jane Doe No. 13 was trafficked by an adult man, Thanawut

27  Pawalee, to engage in recorded sex for compensation.  Jane Doe No. 13 was paid

28

105

COMPLAINT

1    1,200 Bhat cash for the sexual encounter. Despite misrepresenting that the video

2    would be edited so that Jane Doe No. 13's face was not visible; the video was

3    subsequently posted to Pornhub with Jane Doe No. 13 clearly identifiable.

4         321. In response to the widespread dissemination of the sex tape, Jane Doe

5    No. 13 was asked to leave her high school. She was bullied by her classmates, which

6    continued even after she transferred to a new school. The severe bullying and

7    anxiety caused by the dissemination of the sex tape, led Jane Doe No. 13 to engage

8    in self-harm including cutting herself. To this day, she continues to wear rubber

9    bands on her wrists as a preventative measure and is under the care of a mental

10   health facility.

11        322. On November 4, 2019, Thanawut was arrested on charges of human

12   trafficking.

13                    **xv. Jane Doe No. 14**

14        323. Jane Doe No. 14 was trafficked on Pornhub for more than 1,100 days. In

15   August 2020, Jane Doe No. 14 discovered that three years earlier her now estranged

16   ex-husband had drugged her, sexually assaulted her while she was unconscious,

17   recorded the assault and uploaded it to, among other sites, Pornhub. The Pornhub

18   video title disclosed that she was unconscious and was tagged with the following

19   Pornhub tags: "while sleeping," "hold her hands," and "sleeping pills." Many

20   viewers commented on the video, describing in detail the sexual gratification they

21   received while watching her be assaulted while she was unconscious.

22        324. She did not consent to the sex or the recording. In fact, she did not know

23   about either until she found the video on Pornhub. In June 2021, Jane Doe No. 14's

24   now ex-husband was criminally charged with, among other charges, sexual asset and

25   distribution of intimate images without consent.

26        325. Upon learning of the Pornhub video, Jane Doe No. 14 immediately

27   informed law enforcement. Within three days the link to the original video on

28

1  Pornhub was deactivated.  Moreover, by September 2020, Jane Doe No. 14 found

2  that Pornhub had removed the tags associated with nonconsensual content, such as

3  "sleeping pills."

4  326. However, even after the original video was no longer available, a google

5  search run in January 2021 for the title of the original Pornhub video returned more

6  than 1,900 results.  One explanation for the large number of results were user

7  downloads and reuploads.  In addition, MindGeek added Jane Doe No. 14's video to

8  its affiliated sites as a cheap way of adding additional content and driving traffic.  Of

9  the 1,900 search results, Pornhub was the source for all of the active videos.

10  327. Moreover, even after Pornhub deactivated the original video, it

11  maintained a thumbnail image file of the video which depicts Jane Doe No. 14 naked

12  accompanied by the original title.  In January 2021, Jane Doe No. contacted Pornhub

13  and demanded that the thumbnail and data associated with her videos be removed.

14  After eight emails and forty-five days, Pornhub removed some, but not all, of the

15  data and thumbnails.

16  328. The experience has traumatized Jane Doe No. 14.  She is humiliated,

17  demoralized, and suffers from severe anxiety.

18  **xvi. Jane Doe No. 15**

19  329. In 2017, then-22-year-old Jane Doe No. 15 attended a party where she

20  was drugged and then raped while unconscious.  Unbeknownst to Jane Doe No. 15,

21  the rape was recorded and monetized on Pornhub.

22  330. After blacking out at the party from a date rape drug, Jane Doe No. 15

23  woke up the next morning with no recollection of the prior evening.  Approximately

24  one week later, Jane Doe No. 15 learned that a video taken while she was

25  unconscious was on Pornhub.  The video depicted another guest sexually forcing

26  himself on her while she was unconscious.  She had not consented to the sex or the

27  recording.

28

107

COMPLAINT

331. Immediately upon discovering the video, Jane Doe No. 15 reached out to Pornhub, and demanded that the video of her sexual assault be taken down.  In response, Pornhub misrepresented that without a url code, title, or link there was no way for them to identify the video to remove it.

332. To this day, Jane Doe No. 15 continues to be recognized in public, harassed, and called a "slut" or a "whore."  This experience has caused Jane Doe No. 15 to suffer from severe depression and anxiety.

xvii. **Jane Doe No. 16**

333. At 19 years old, Jane Doe No. 16, a college sophomore, was recruited and transported from her home in Ohio to Arizona, where she was exploited and coerced to record sex videos that were then uploaded to Pornhub without her knowledge or consent.  The videos were recorded by 13RedMedia and uploaded to Pornhub affiliated channels "HotGuysF***," "GayHoopla," "HelixStudios," and "13RedMedia." (asterisks added)

334. During her sophomore year of college, Jane Doe No. 16 began to pursue a modeling career.  She responded to an advertisement on Craigslist for a modeling job and was contacted by an older man purporting to be a modeling agent. He informed her that she fit the agency's criteria for the modeling opportunity and flew Jane Doe No. 16 to Scottsdale, Arizona in April 2015.

335. Upon arriving in Scottsdale, this man took Jane Doe No. 16 to a hotel where she was coerced to engage in sex with two men.  At the hotel, the man took a picture of her id and coerced her to sign papers.  She does not recall what she signed and was not provided with a copy.  He then recorded the sexual encounters and paid Jane Doe No. 16 $1,000.  Later that night, the offender came to Jane Doe No. 16's hotel room where he raped her himself and videotaped the encounter.

336. In December 2015, Jane Doe No. 16 learned that the recorded sex videos were on Facebook and Pornhub.  The videos disclosed her name and subjected her

108

COMPLAINT

and her family to harassment on social media.  Jane Doe No. 16 immediately contacted Facebook and Pornhub and demanded that both sites remove her videos. Facebook immediately removed these videos.  Weeks went by before Jane Doe No. 16 received any response from Pornhub, and when it did ultimately respond, it sent her an automated message.  She followed up three more times, but never received a response from a real person.

337. The videos remained on Pornhub throughout the next five years and were live on Pornhub as recently as December 2020.  Her identity was disclosed in the comments section to at least one video on Pornhub.  To this day, an image of Jane Doe No. 16 still appears on Pornhub in an ad for another site, HotGuysF***. (asterisks added).  Moreover, the Pornhub videos have been downloaded and re-uploaded countless times and to countless sites.  As of March 2021, Jane Doe No. 16's videos appeared on countless sites.

338. The experience caused Jane Doe No. 16 to suffer from severe depression and anxiety.  For many years she was under the care of a medical professional.  As a result, Jane Doe No. 16 dropped out of college.

**xviii. Jane Doe No. 17**

339. In 2006, Jane Doe No. 17 was forcibly raped by two men.  The rape was recorded and monetized through MindGeek's tubesites, including Pornhub.

340. In the months that followed, Jane Doe No. 17 learned that the video had been uploaded to the MindGeek tubesite "Exploited College Girls," without her knowledge or consent and was available worldwide.  Moreover, still photographs from the video of her rape were also publicly disseminated.  Like Pornhub, "Exploited College Girls," allows for the download of videos hosted on its site which led to the widespread dissemination of the video across a multitude of sites, including Pornhub.  The video was also uploaded under a multitude of different titles, including a title that indicates Jane Doe No. 17 was just out of high school.

341. In 2010, Jane Doe No. 17 reached out to Pornhub and demanded the video be removed. Pornhub refused, claiming that Jane Doe No. 17 could not lawfully demand the takedown since she did not own the copyright. Throughout the next six years, the video was continuously available on MindGeek's tubesites. It appeared under different titles and had been uploaded by countless different usernames. Many of the uploads were accompanied by Jane Doe No. 17's name and other identifying information which subjected her and her family to harassment.

342. Ultimately, in 2016, Jane Doe No. 17 retained an attorney to assist with the purchase of copyrights. By 2017, she successfully secured the copyright. She immediately notified Pornhub and again demanded the video be removed. This time, Pornhub complied.

343. But the damage had been done. The initial video posted on MindGeek's sites had been downloaded and reuploaded a multitude of times and was continuously reuploaded and disseminated on the internet for the twelve years between 2006 and 2018. Moreover, even after Pornhub removed the video in 2018, it continued to be re-uploaded on Pornhub and various other sites between 2018 and 2020. Throughout these years, each time Jane Doe No. 17 learned of a new link, she recommenced the process to have the video taken down. In one takedown request sent to Pornhub in 2018, Jane Doe No. 17 was explicit that she was being raped in the video. Nevertheless, it still took Pornhub 648 days to have the video removed from its site.

344. The experience caused Jane Doe No. 17 to suffer from severe depression and anxiety. For many years she was, and remains to this day, under the care of a mental health professional.

**xix. Jane Doe No. 18**

345. Jane Doe No. 18 was sexually assaulted on multiple occasions between 2001-2008. In 2019, Jane Doe No. 18 discovered that the videos of her assaults had

110
COMPLAINT

1  been uploaded to Pornhub years earlier without her knowledge or consent and were

2  widely available, including under the titles "Capture and Rape of [Jane Doe No. 18's

3  name]" and "Cl*t Torture." (asterisk added). Many of the videos identified Jane

4  Doe No. 18 by name.

5      346. Immediately upon discovering the Pornhub videos, Jane Doe No. 18

6  filled out Pornhub's takedown form and demanded the videos be removed. Pornhub

7  never responded. As of February 25, 2021, the video "Cl*t Tickle Torture" (asterisk

8  added) was still on Pornhub. Moreover, throughout the years, the videos had been

9  downloaded from Pornhub and uploaded to numerous sites including, among others,

10  MindGeek affiliate, YouPorn.

11      347. As a result of MindGeek's wrongdoing, Jane Doe No. 18 has been

12  subjected to ongoing and severe online harassment. She is estranged from her family

13  and has been foreclosed from numerous employment opportunities. Jane Doe. No.

14  18 suffers from severe depression and anxiety. She is currently under the care of a

15  mental health professional.

16      **xx. Jane Doe No. 19**

17      348. From 2005 to 2008, when Jane Doe No. 19 was between the ages of 19

18  and 22, her then boyfriend recorded numerous private videos of them engaging in

19  sex. However, it was not until October 2020 that Jane Doe No. 19 learned that the

20  videos were posted to Pornhub without her knowledge or consent. The videos were

21  posted under the "teen" category.

22      349. Immediately upon learning that the videos were on Pornhub. Jane Doe

23  No. 19 reached out to Pornhub and demanded they be removed. Pornhub never

24  responded to that email. Jane Doe No. 19 followed-up with Pornhub again in

25  November 2020. But at this point the damage had been done. Several of the original

26  videos had been uploaded to numerous other MindGeek owned tubesites including,

27  among others, Tube8.

28

COMPLAINT

350. Videos of Jane Doe No. 19 continue to be disseminated through various internet platforms, including MindGeek affiliated sites. Jane Doe No. 19 has, and continues to suffer, from emotional distress and is under the care of a mental health professional.

### xxi. Jane Doe No. 20

351. For over eighteen months in 2006 and 2007, Jane Doe No. 20 was trafficked and coerced to perform sex acts that were videorecorded. She was drugged, assaulted, and in one instance gang raped by nearly twenty men. The assaults were videotaped and commercialized on MindGeek's sites, including Pornhub. She appeared in over forty videos, many of which continue to be monetized on Pornhub and its affiliated sites to this day.

352. The abuse and pain from the assaults and sexual exploitation was so extreme that Jane Doe No. 20 ended up in the emergency room from a nervous breakdown. Years later, she continues to suffer from anxiety, panic attacks, and contemplated suicide.

### xxii. Jane Doe No. 21

353. For more than eight years, Jane Doe No. 21 was sex trafficked by her then-boyfriend. On one occasion, in 2015, a man she was coerced to have sex with videorecorded the sexual encounter, misrepresenting that it was for his own personal use. Yet, months later, Jane Doe No. 21 learned that the video was on Pornhub.

354. Jane Doe No. 21 immediately reached out to Pornhub and demanded that the video be taken down. Initially, she did not receive a response. On January 3, 2016, she sent a follow up request. More than two days passed before Pornhub responded. Although Pornhub ultimately agreed to take the video down, several additional days passed before the video was deactivated.

355. As a result of this experience, Jane Doe No. 21 suffers from severe depression and anxiety.

112

COMPLAINT

1    **xxiii. Jane Doe No. 22**

2        356. In March 2020, Jane Doe No. 22 discovered that two sexually explicit

3    videos of her had been uploaded to MindGeek affiliated sites without her knowledge

4    or consent.  One video depicted her masturbating; the second depicted her engaged in

5    a sexual act with a partner.  Jane Doe No. 22 did not consent to the acts being

6    recorded or uploaded to or commercialized on MindGeek affiliated sites.  In fact, she

7    was not even aware that the sex acts had been recorded until she was informed they

8    were posted online.  She immediately reported the videos to the police, however,

9    without a link or url, the police were unable to have the video removed.

10        357. As a result of the videos, Jane Doe No. 22 has been subjected to ongoing

11   harassment by her co-workers.  She suffers from post-traumatic stress disorder and

12   has contemplated suicide.

13    **xxiv. Jane Doe No. 23**

14        358. Jane Doe No. 23 is a victim of the same sex trafficking ring as Jane Doe

15   No. 10 and Jane Doe No. 11.  In 2018, when Jane Doe No. 23 was 19 years old, she

16   received an unsolicited message through her Facebook messenger account from now

17   convicted, known East Asia sex trafficking felon, Kamonsak Chanthasing.

18   Kamonsak, using a fake account and posing as a woman, offered to pay Jane Doe

19   No. 23, an aspiring actress model, for sexually explicit video recordings and

20   photographs of herself.  Jane Doe No. 23 initially refused Kamonsak's demands, but

21   he was persistent.  Accordingly, she subsequently sent one sexually explicit

22   photograph.  Jane Doe No. 23 was ultimately coerced into sending three sexually

23   explicit videos and approximately 100 sexually explicit photographs.

24        359. In October 2019, Jane Doe No. 23 learned that one of the sexually

25   explicit videos had been uploaded to Pornhub without Jane Doe No. 23's knowledge

26   or consent.  Jane Doe No. 23 sought assistance from the HUG Project in Chiang Mai,

27   who contacted Pornhub and had the video removed.  But the damage was already

28

113

COMPLAINT

1   done.  Jane Doe No. 23 has been subjected to bullying and harassment at university
2   and by fake Instagram accounts.  As a result, to this day, Jane Doe No. 23 suffers
3   from severe anxiety and depression.

4                           **xxv. Jane Doe No. 24**

5        360. Jane Doe No. 24 is yet another victim of convicted sex trafficking felon
6   Kamonsak.  In or around 2018, Jane Doe No. 24 received an unsolicited message
7   through Instagram from Kamonsak.  Kamonsak, using a fake account and posing as a
8   woman, offered to pay Jane Doe No. 24, an aspiring actress and model, for video
9   recordings and photographs of herself in various stages of undress in her school
10  uniform.  Jane Doe No. 24 initially refused, but Kamonsak and his co-conspirator,
11  now convicted sex trafficking felon Naphat Puangchankham, coerced Jane Doe No.
12  24 into sending three videos and approximately 200 photographs of herself in
13  various stages of undress, many with her genitalia exposed.  Jane Doe No. 24 never
14  received any compensation.  Kamonsak sold her video to Naphat who worked as an
15  online seller.  Naphat's trial is still on hold due to Covid but he was arrested for
16  human trafficking in the form of production of pornography and he was also charged
17  under Computer Crime Act.

18       361. Approximately one year later, Jane Doe 24 discovered the sexually
19  explicit photographs and videos of herself on Pornhub without her knowledge or
20  consent.  At least two videos were uploaded to Pornhub under different titles.  One
21  video had at least 114,000 views, and the other had 5,000 views.

22       362. Jane Doe No. 24 sought assistance from the HUG Project, who repeatedly
23  contacted Pornhub and demanded the videos be removed.  As of January 2021, the
24  videos were still on Pornhub.

25       363. But the harm did not end there.  Pornhub's download policies resulted in
26  the videos being uploaded to multiple other sites, including vk.com, the largest social
27  networking website in Russia.  Additionally, the Thai national news issued a report

28

                                    114

1   on the trafficking scheme which included Jane Doe No. 24's sexually explicit

2   photographs.  While the news outlet blurred out Jane Doe No. 24's face, she was

3   readily identifiable.  Overcome with embarrassment and shame from the widespread

4   dissemination of the nude photographs and videos, Jane Doe No. 24 resigned from

5   her job at a five-star hotel where she held an executive position.  She also has

6   changed her name and deleted her social media accounts.

7                          **xxvi. Jane Doe No. 25**

8        364. In or around April or May 2018, Jane Doe No. 25 was trafficked by

9   convicted sex trafficker, Thakorn Sophonpanichakorn.  Thakorn videorecorded the

10  sexual encounter without Jane Doe No. 25's knowledge or consent and sold her

11  video to several online channels.

12       365. Very shortly after the sexual encounter, Jane Doe No. 25 learned that the

13  video was on Pornhub.  Jane Doe No. 25 immediately filed a police report and

14  sought assistance from the HUG Project in Chiang Mai.  The HUG Project

15  representatives repeatedly contacted Pornhub to remove Jane Doe No. 25 videos.

16  While the HUG Project was ultimately successful in getting Jane Doe No. 25 video

17  removed from Pornhub, Pornhub's download policies resulted in the videos being

18  reuploaded to Pornhub under different titles, as well as uploaded to multiple other

19  sites, including XVideo.

20       366. As a result of MindGeek's conduct, Jane Doe No. 25 suffered and

21  continues to suffer significant emotional harm.  Additionally, due to the sexually

22  explicit videos being disseminated on Pornhub, Jane Doe No. 25 had to defend

23  herself against a threatened lawsuit by her high school who intended to pursue

24  damages because Jane Doe No. 25 was wearing her high school uniform in the

25  videos.  The HUG Project and the Thai police advocated on her behalf and the high

26  school ultimately did not file the lawsuit.

27

28

COMPLAINT

**xxvii. Jane Doe No. 26**

367. From 2012 to 2015, Jane Doe No. 26 was trafficked by a man she met on the internet.  He forced and coerced her to engage in videorecorded sex acts with others in exchange for payment in various states in the United States.  These sexually explicit videos were uploaded to MindGeek's tubesites, including Pornhub, without Jane Doe No. 26's knowledge or consent.  When Jane Doe No. 26 would not comply with his demands to engage in sex acts with others, he physically assaulted her and, on at least one occasion, he injured Jane Doe No. 26 to the point where she required medical attention.  This man also forced Jane Doe No. 26 to engage in sex acts with him, which he videorecorded.

368. In March 2021, Jane Doe No. 26 discovered that these sexually explicit videos were uploaded to various websites including Pornhub and other MindGeek tubesites.

369. As a result of MindGeek's conduct, Jane Doe No. 26 suffered and continues to suffer significant emotional harm and struggles with various mental health illnesses.  Jane Doe No. 26 is under the care of a mental health professional.

**xxviii. Jane Doe No. 27**

370. When Jane Doe No. 27 was just 23 years old, she was a victim of a sex trafficking ring led by Derek Hay, owner of LA Direct Models.  In 2003, Hay contacted Jane Doe No. 27 and offered her a modeling opportunity in Las Vegas.  He flew Jane Doe No. 27 to Las Vegas for the photoshoot; however, shortly after arriving, it became apparent that Jane Doe No. 27 had been transported to the United States from England to engage in an illegal pornography scheme that recruited, enticed, transported, and solicited young women for purposes of engaging in commercial sex acts.

371. When Jane Doe No. 27 refused to engage in pornography, Hay refused to let her leave until she was able to repay him for her flight and other expenses, which

116

COMPLAINT

1  Jane Doe No. 27 could not afford.  As a result, Hay forced her to travel to Los

2  Angeles where he kept her locked in a house with nine to eleven other women under

3  close monitoring.  Over the course of three and a half weeks, Jane Doe No. 27 was

4  forced to attend a film set where she was forced to engage in sex acts with numerous

5  men and women.  Many of these sex acts were violent and Jane Doe No. 27 suffered

6  physical damage as a result.  The sex acts were videorecorded.

7       372. In March 2020, Derek Hay, and his co-conspirators, were charged with

8  twelve felony counts of pimping and pandering.

9       373. Since no later than 2007, Jane Doe No. 27 learned that the videos of the

10  coerced sex acts were uploaded to the internet without her knowledge or consent.  In

11  the following years, Jane Doe No. 27 discovered that her videos were uploaded to

12  Pornhub without her knowledge or consent.  Although Pornhub eventually removed

13  her videos as part of its purge in December 2020, sexually explicit photographs of

14  Jane Doe No. 27 still appear on Pornhub today.

15       374. As a result of MindGeek's conduct, Jane Doe No. 27 suffered and

16  continues to suffer significant emotional harm, including post-traumatic stress

17  disorder and anxiety.  To this day, she continues to be under the care of medical

18  professionals for the emotional trauma and permanent physical damage she has

19  sustained as a result of the commercial sex acts.

20              **xxix. Jane Doe No. 28**

21       375. In 2014, Jane Doe No. 28, an 18-year-old professional athlete in the

22  United Kingdom, was videotaped and photographed engaged in sex acts.  These

23  sexually explicit videos and photographs were uploaded to Pornhub without Jane

24  Doe No. 28's knowledge or consent.  At least one of the sexually explicit videos of

25  Jane Doe No. 28 trended on Pornhub as one of its top three videos.  Because many of

26  the videos were accompanied with comments disclosing Jane Doe No. 28's name and

27  other identifying information, Jane Doe No. 28 was subjected to harassment.

28

117

COMPLAINT

376. In early 2019, Jane Doe No. 28 learned that the sexually explicit videos and photographs were posted to Pornhub without her consent. Jane Doe No. 28 immediately submitted an inquiry to Pornhub using its take-down demand form, but she received no response. Jane Doe No. 28 then sent numerous emails to Pornhub over the course of six months demanding that Pornhub remove the videos, explaining that she did not consent to the videos and photographs being uploaded and informing Pornhub that this was causing her to have suicidal thoughts. Pornhub, however, only responded with generic, automated responses. Jane Doe No. 28 was so desperate to have the videos removed, she misrepresented her age to Pornhub in an email, alleging she was a minor in the videos. This finally got Pornhub's attention. In August 2019, Pornhub confirmed the video was removed.

377. The dissemination was not limited to Pornhub. The videos and photographs were downloaded from Pornhub and re-uploaded to various pornographic and social media websites. Jane Doe No. 28 hired a reputation defender company to assist with identifying and removing the videos and photographs from various sites, including Pornhub, but the company's efforts were unsuccessful. Jane Doe No. 28 also filed a police report with the Hertfordshire Police Department.

378. In response to the viral dissemination of the videos and photographs, Jane Doe No. 28's employer fired Jane Doe No. 28 from her job as a coach in the education sector. Jane Doe No. 28 also received strong messaging from the professional sports league expressing their displeasure with the videos and photographs and two professional sports leagues rejected Jane Doe No. 28 from playing for their teams, forcing Jane Doe No. 28 to resign from playing professional sports for approximately one year.

379. Jane Doe No. 28 suffered and continues to suffer significant emotional harm, including anxiety, suicidal thoughts, and panic attacks.

118
COMPLAINT

1    **xxx. Jane Doe No. 29**

2    380. In 2011, when Jane Doe No. 29 was just 19 years old, she was trafficked

3    by an adult couple.

4    381. A few months later, Jane Doe No. 29 learned for the first time that the

5    sexual encounters were recorded and that approximately twelve videos had been

6    created.  These videos were uploaded to Pornhub without her knowledge or consent.

7    Jane Doe No. 29 contacted the offenders asking them to remove the videos, but they

8    refused.

9    382. Jane Doe No. 29 then hired an attorney hoping the attorney could assist

10   with removing the videos.  However, the attorney was unsuccessful.  Feeling

11   defeated, Jane Doe No. 29 stopped pursing the take-down of the videos and focused

12   on her mental health.

13   383. Years later, Jane Doe No. 29 again began the process of trying to have

14   her videos taken down.  In April 2020, Jane Doe No. 29 contacted Pornhub

15   requesting that the videos be removed.  Pornhub responded that "The Model" had

16   provided the necessary documentation and identification and so Pornhub did not

17   remove the videos.  Jane Doe No. 29 contacted Pornhub again in December 2020

18   explaining how she was coerced into the sex acts that she did not consent to the

19   posting of the videos on Pornhub, and demanding they remove the videos.  The next

20   day, Jane Doe No. 29 received a response from Pornhub stating that the video "will

21   be removed" and apologizing for the "anxiety, frustration and inconvenience that this

22   has caused."

23   384. As a result of MindGeek's conduct, Jane Doe No. 29 suffered and

24   continues to suffer significant emotional harm.

25   **xxxi. Jane Doe No. 30**

26   385. In 2010, at just 18 years old, Jane Doe No. 30 was trafficked and sexually

27   assaulted during a putative modeling shoot.  The assault was videotaped.

28

119

COMPLAINT

386. In or around fall 2020, Jane Doe No. 30 learned for the first time that this sexual assault video was uploaded to Pornhub and had been streaming on Pornhub for more than ten years. Because MindGeek allows videos to be downloaded from its tubesites, Jane Doe No. 30's video was uploaded and available on other pornographic website as well. As of January 2021, the video was no longer available on Pornhub, but the thumbnail image of her remained for months.

387. As a result of MindGeek's conduct, Jane Doe No. 30 suffered and continues to suffer significant emotional harm and struggles with various mental health illnesses. The experience caused Jane Doe No. 30 to suffer from severe depression and anxiety. She was under the care of mental health professionals for years.

**xxxii. Jane Doe No. 31**

388. In March 2018, Jane Doe No. 31, a ranking member of and then-sixteen year veteran of the military, was informed by her superior and a Master Sergeant that a video depicting her and her then husband engaged in a sex act was trending on Pornhub. The video -- which Jane Doe No. 31 never consented to and did not know existed prior to March 2018 -- had been secretly recorded by her now ex-husband in December 2016. At the time Jane Doe No. 31 discovered the video, it had been on Pornhub for more than fourteen months and had nearly 500,000 views on that site alone.

389. Mortified and concerned about the career implications, Jane Doe No. 31 immediately contacted Pornhub demanding the video be taken down. Six days passed before Pornhub responded, and when it did, rather than immediately remove the nonconsensual content, it demanded to know "how do you know this is you?" It was only after Jane Doe No. 31 explained "That is my bed . . . that is my face, my voice, THAT IS ME," did Pornhub proceed to deactivate the video. Even then, it failed to take down the page, which continued to be accessible through google

searches and drive traffic to the site. It took four more days and countless additional requests, before the page was finally removed.

390. But, as Pornhub confirmed in writing, the video was only removed from that one site. Due to Pornhub's policies in place at the time concerning downloads and automatic upload of content to its affiliated sites, in the fourteen months the video was on Pornhub, it had been reuploaded to countless other pornographic and social media websites. After days of unsuccessful efforts to reach out to each of these sites individually, in March 2018 Jane Doe No. 31 was forced to hire the takedown company, DMCA Defender, at a substantial cost, to assist her with removing all sexually explicit videos from the internet, each of which originated with the video posted on Pornhub. She subsequently learned through online searches that her ex-husband had also posted a second video (which she likewise did not previously know existed), was also on Pornhub and disseminated to various other sites through that initial Pornhub upload.

391. After further investigation, Jane Doe No. 31 learned that this was not an isolated incident. Her now-ex-husband had posted dozens of nonconsensual videos of himself engaging in sex acts with other women to Pornhub. Jane Doe No. 31's ex-husband was subsequently charged with, among other things, nonconsensual dissemination of private images of Jane Doe No. 31. That criminal case is currently pending. Two other victims have also pressed charges.

392. Jane Doe No. 31's concerns about career implications from the Pornhub video proved to be well-founded. The nonconsensual video jeopardized and adversely impacted Jane Doe No. 31's career trajectory. In the days after the video was discovered, Jane Doe No. 31 was put on administrative leave and disciplinary action was commenced. This was, the first and only time this occurred in her sixteen-year career. Her monthly stipend was revoked and Jane Doe No. 31 was required to step down from a leadership role she held for five years on one of her

1  employer's internal committees.

2        393. Moreover, Jane Doe No. 31 also expended significant financial resources

3  in hiring DCMA Defender, as well as a private investigator, to assist with identifying

4  and removing of the videos.

5        394. In addition to the economic harm, Jane Doe No. 31 suffered and

6  continues to suffer significant emotional harm, including anxiety and panic attacks

7  for which she is receiving treatment under the care of a psychiatrist and a therapist.

8  Jane Doe No. 31 also faces harassment from her neighbors and others in here

9  community.  Three years later she continues to check to see if the videos have been

10  reuploaded and as recently as November 2020 found the videos on multiple sites.

11                    **xxxiii. Jane Doe No. 32**

12        395. Jane Doe No. 32 is another victim of Pornhub and the same offender that

13  perpetrated crimes against Jane Doe No. 31.  This offender, who was Jane Doe No.

14  31's ex-husband, also dated Jane Doe No. 32.

15        396. From approximately December 2015 to September 2016, Jane Doe No.

16  32's ex-boyfriend videorecorded them engaging in sexual acts, misrepresenting that

17  it was for his own personal use.  As their relationship continued, Jane Doe No. 32's

18  then-boyfriend would demand that all of their sexual acts be recorded regardless of

19  whether Jane Doe No. 32 consented to the recording. On one occasion, he forcibly

20  raped Jane Doe No. 32.

21        397. In early 2017, Jane Doe No. 32 learned that sexually explicit videos of

22  her were posted on Pornhub without her knowledge or consent.  At that time, the

23  videos had been publicly available on Pornhub for more than twelve months.  One of

24  the videos on Pornhub had a title referencing Jane Doe No. 32's home state and her

25  ethnicity.

26        398. Shortly after learning of the existence of the videos, Jane Doe No. 32

27  reached out to Pornhub demanding that they remove the videos because they were

28

                              122

1  posted without her consent.  Jane Doe No. 32 also filed a police report against her

2  ex-boyfriend.  She subsequently learned that he had engaged in the same misconduct

3  with other women.  Jane Doe No. 32's ex-boyfriend is currently facing criminal

4  charges for, among other things, nonconsensual dissemination of private images of

5  three victims, including Jane Doe No. 32.  That criminal case is currently pending.

6        399. Jane Doe No. 32 suffered and continues to suffer significant emotional

7  harm and is receiving mental health counseling.

8                      **xxxiv. Jane Doe No. 33**

9        400. Jane Doe No. 33 is another victim of Pornhub and the same offender that

10  perpetrated crimes against Jane Doe No. 31 and Jane Doe No. 32.  This offender,

11  who was Jane Doe No. 31's ex-husband, also dated Jane Doe No. 32 and secretly

12  recorded Jane Doe No. 33 engaged in sex acts with him.

13        401. In 2017, Jane Doe No. 33 learned that her ex-boyfriend had secretly

14  recorded a video of their sexual encounter and uploaded it without her knowledge or

15  consent to Pornhub.  Jane Doe No. 33's face and tattoos on both wrists were visible

16  in the video.  She also identified the location of the video as her ex-boyfriend's

17  master bedroom.  The videos were posted under the "BBC" category.

18        402. Immediately upon learning of the video, Jane Doe No. 33 contacted

19  Pornhub by e-mail, provided the URL, and demanded that the video be removed

20  from its site.  Pornhub complied.

21        403. However, the damage had been done.  The Pornhub video had been

22  uploaded to various other sites.  It was still on various sites as recently as 2020, at

23  which time Jane Doe No. 33 "stopped digging" as she was exhausted from the

24  constant searching, did not have the funds to hire a firm to assist with the removal,

25  was in a custody fight, and feared the video (which she did not consent to and did not

26  even know about until she learned it was on Pornhub) could detrimentally impact her

27  custody proceedings.

28

1  404. As a result of this experience, Jane Doe No. 33 began to consult a mental
2  health professional who she continues to see to this day.  The incident has caused
3  stress in her current relationship and her and her current boyfriend attend couples
4  counseling as a result.

5                          *       *       *

6  272.  405. Each of these plaintiffs werePlaintiff was victimized on multiple
7  occasions.  First, when they wereshe was first abused and exploited.  Second, when
8  the videos of theirher abuse were uploaded to MindGeek's platform.  Third, when
9  MindGeek, as a matter of course, transferred those videos to its other tubesites, to
10  users downloading them, and to its platform again when it periodically reuploaded
11  disabled content or non-disabled content that it had further optimized.  Fourth, when
12  defendants did nothing to police and report such content to the authorities.

13              **5.    Visa Profited from MindGeek's Trafficking Venture**

14  273.  406. Uniquely situated to prevent MindGeek's trafficking venture were
15  the financial institutions processing the transactions upon which that venture
16  monetized the content.  At the top of that list were major American credit card
17  companies Visa and Mastercard.  TheAlthough it largely ignored calls from victims,
18  advocates, and anti-trafficking advocacy groups to remove illegal and nonconsensual
19  content, MindGeek was acutely concerned about its relationship with these financial
20  institutions.  For example, a former MindGeek employee admitted that there is a
21  "constant worry" at MindGeek "that payments companies like Visa could cut off
22  service."  Along similar lines, another MindGeek employee publicly admitted when
23  discussing the removal of animated depictions of child pornography from a
24  MindGeek tubesite, "[o]ur problems with [the removed animated depictions] do not
25  stem from personal feelings OR from the laws of the country we operate in.  Changes
26  are solely because of what type of content that major credit card companies are
27  willing to work with."

28

274.   Indeed, the direct, immediate, and substantial impact these financial institutions could have had in preventing the victimization of women and men as well as children worldwide was made apparent in December 2020 when, in response to public outrage from a bombshell New York Times report exposing MindGeek's trafficking, ~~they cut ties with Pornhub and consequently forced MindGeek to take~~Mastercard and Visa temporarily suspended business with MindGeek pending "investigations" into those allegations.  In response, MindGeek took down over 10 million unverified videos from its tubesites ~~in response.~~, constituting over 80% of its content, in an effort to restore such services.  Ultimately, Visa would restore services for MindGeek's paid premium sites and for advertising on all its sites.

~~407. But that expose was not a bombshell to Visa and Mastercard.  For over a decade they had been well aware of the facts the New York Times exposed and instead of insisting that MindGeek commercialize only legal consensual content, and comply with United States laws concerning the same, they elected instead to facilitate and profit from the MindGeek trafficking venture.  Even today, Visa continues to process payments for MindGeek paysites that are themselves rife with trafficking and are promoted, marketed, and sustained by the MindGeek trafficking venture.~~

275.   Despite its public declarations of shock at the New York Times expose, Visa had long been aware of the facts reported for over a decade and instead of insisting that MindGeek commercialize only legal consensual content, and comply with United States laws concerning the same, they explicitly agreed with MindGeek to continue processing payments on these illegal transactions so long as MindGeek maintained pretextual public claims that it had processes in place to prevent CSAM and trafficked content and that such content was not permitted or present on its sites. And Visa would do this again even after the New York Times exposes, backtracking quickly on its initial very public "suspension" to quickly resume processing

125
COMPLAINT

1    payments for premium services as well as the payment for advertising on all sites

2    despite knowing that MindGeek still had not taken steps to ensure content was

3    consensual and not CSAM.

4        276.    408. At Indeed, at all times relevant to this complaint, major credit card

5    companies and their member banks providing merchant services to MindGeek,

6    particularly Visa, were aware of its MindGeek's trafficking venture and

7    knowingly explicitly agreed with MindGeek to process the financial transactions

8    from which the defendants profited from it the venture.  They did so despite

9    numerous high profile high-profile, publicly reported instances of obvious and

10    indisputable trafficking, the termination of relationships with MindGeek by

11    competitors and other business partners, facts in plain sight and known to them, and

12    detailed reports presented to them from numerous anti-trafficking advocacy groups.

13        277.    409. These credit card companies and their member banks providing

14    merchant services to MindGeek, particularly Visa, were aware of the trafficking and

15    CSAM risk because it was common knowledge in the pornographic industry since no

16    later than the 1980 and the subject of numerous public reports from government and

17    advocacy agencies ever since, particularly since the emergence of online

18    pornography industry.  They were likewise fully familiar with 18 U.S.C. § 2257

19    provisions designed to prevent CSAM/child pornography.

20        278.    410. More particularly, these financial institutions and their member

21    banks, particularly Visa and its agent banks, were aware of actual from their own due

22    diligence and compliance functions that established instances of trafficking and

23    CSAM/child pornography and red flags of such content from their own due diligence

24    and compliance functions were ubiquitous with respect of MindGeek.  Indeed, since

25    its inception, all one needed to do was visit MindGeek's tubesites to observe tens of

26    thousands of videos (with the help of MindGeek's suggested search and video

27    algorithm) depicting subjects who were obviously underage, under duress,

28

1  incapacitated, being raped, or secretly exploited.  One would also easily observe tens

2  of thousands more videos depicting the very same content where there was no way to

3  determine whether the content was a consensual depiction of a non-consensual event

4  or non-consensual. nonconsensual event or nonconsensual.  As part of its due

5  diligence and compliance functions, Visa and its agent banks did conduct such

6  reviews in response to reports of illegal content and were well aware of the presence

7  of such materials throughout their relationships with MindGeek.

8      279.  411. In addition, it was apparent from the most such superficial inquiry

9  that MindGeek was taking no steps to police the presence of obviously non-

10  consensual nonconsensual content or determine if ambiguous content was consensual.

11  To the contrary, that simple investigation would have revealed that the titles,

12  descriptions, and tags and MindGeek's algorithmic suggested video and search

13  functions did not merely tolerate non-consensual nonconsensual content but

14  encouraged its upload and viewing.

15      280.  412. Furthermore, the most basic inquiry would have revealed that

16  MindGeek made no effort to effectively employ technology to police illegal content,

17  employed virtually no human moderation, employed no human moderation remotely

18  approximating that of other websites with far less content, and had an incoherent

19  random selection of superficial policies to prevent such content that were plainly not

20  intended to do any such thing but were, as one insider said, "100% BS."

21      281.  413. Moreover, it was apparent to anyone, including the credit card

22  companies and their merchant banking members, that MindGeek systemically

23  ignored the requirements of 18 U.S.C. § 2257, which was enacted decades earlier

24  because it was a known fact that absent basic age verification CSAM/child

25  pornography would infest the pornography business.  Indeed, Pornhub's website

26  explicitly directs uploaders in its ModelHub program: "For your free videos to earn

27  ad revenue, the co-performer IDs are not required . . . ."

28

COMPLAINT

282. 414. The most basic observation also would have revealed that while major websites with video libraries and upload volumes as big as or smaller than MindGeek reported millions of CSAM/child pornography depictions to authorities, MindGeek reported virtually none.  This fact alone would have alerted anyone who cared that MindGeek was intentionally concealing and commercializing such content.

283. 415. Certainly, taken together, all of this would have informed even the densest inquisitor that MindGeek was intentionally engaged in commercializing non-consensual nonconsensual trafficked content.  The credit card companies and their members providing merchant banking to MindGeek were not uniquely incapable of understanding all of this.  To the contrary, they were uniquely capable and in the best position to understand this.  And they did fully understand this. They simply chose to do business with MindGeek and benefit from its trafficking venture nevertheless. based on their own due diligence and monitoring as well as reports from victims, news outlets, activists and advocates, government and legislative bodies, and from their discussions and negotiations about these issues with MindGeek itself.

284. 416. Most important, these companies and member banksthey were well aware that it is was impossible to segregate MindGeek's trafficking venture from its legitimate porn business.  These companies were intimately familiar withand fully understood MindGeek's business model and that all its content, including itsits complete integration of trafficked and CSAM content and the inability to segregate that content from legitimate content.  They understood, particularly Visa and its agent banks, knew trafficked content and CSAM/child pornography, was inextricably intertwined in MindGeek's SEO, promotion, solicitation, and funneling of website traffic to its paid porn services.  Nevertheless, Visa and its agent banks explicitly agreed with MindGeek to continue to process transactions without restrictions on all MindGeek sites provided MindGeek maintained pretextual

window dressing claims that it had technology, processes, and policies in place to prevent such content that worked and denied claims otherwise.  Visa did so because it elected to not assume any responsibility for illegal conduct in this industry lest it set a precedent that it needed to police illegal or objectionable content in other industries and thereby restrict its ability to do business and increase its costs of compliance and monitoring.

285.    Indeed, as the campaign exposing Pornhub went viral in 2020, theseVisa and other credit card companies, and their agent banks, began pressuring MindGeek to clean up explicit references to trafficked content and CSAM/child pornography on its sites by removing titles, descriptions, and tags that explicitly flagged such content.  However, Visa did not insist that the content itself be removed or that MindGeek put in place systems to reasonably ensure it was not commercializing such content and/or using it to benefit its business through SEO and the funneling of traffic to its websites.

286.    417. Not all financial institutions chose to continue benefiting from MindGeek's trafficking venture.  For example, in November 2019, Visa's competitor PayPal terminated its relationship with MindGeek because it could no longer ignore the overwhelming evidence of MindGeek's trafficking venture.  At the time, PayPal publicly explained that "[PayPal] explicitly prohibits the use of [its] services for the sale of materials that depict criminal behavior, or the sale of sexually oriented content to minors."[1]  Despite this public disclosure, Visa continued to partner with MindGeek.  They continued to do business with MindGeek because Visa and its merchant banks servicing MindGeek were longthey were already aware of the samethis information and intentionally elected to not terminate their relationships with MindGeek.had agreed with Visa to continue doing business with them

---

[1]    https://www.thetimes.co.uk/article/paypal-cuts-off-porn-site-that-ran-child-abuse-videos-98j2bdnjt.

COMPLAINT

1  nonetheless provided MindGeek maintain the false public cover that it was actively

2  policing such content and little to none was present on the site.

3      287. 418. Likewise, Visa continued to process payments for MindGeek

4  partner channels even after one of its most popular partner channels, GirlsDoPorn,

5  was indicted and then convicted for being a human trafficking venture.  When it did

6  this, Visa was aware that it had made millions of dollars in profits from GirlsDoPorn

7  and similar MindGeek partner channels and elected to continue to do so without any

8  investigation or diligence.  It did so because it was already aware that MindGeek's

9  business was infested with trafficked content like GirlsDoPorn, was aware that

10  MindGeek systemically violated 18 U.S.C. § 2257 in neither requiring its partner

11  channels to secure and certify age verification and consent and by transferring

12  millions of videos a year in and through MindGeek's network of websites that did

13  not comply with § 2257.

14      288. 419. Even worse, Visa continued to do business with MindGeek even

15  after it was confronted directly with evidence of its complicity in MindGeek's

16  trafficking venture.  For example, in 2020, Visa was included for the first time on the

17  annual Dirty Dozen List issued by anti-trafficking advocates to highlight mainstream

18  business that facilitate, participate in and profit from sexual abuse and exploitation.

19  Visa was included on this list for processing payments for pornography websites,

20  including those hosting content fetishizing minors, racism, sexual violence, and

21  more.

22      289.  In response, Visa issued a public statement misrepresenting that:

23          Visa only permits transactions on the Visa network for the

24          purchase or sale of lawful products and services.  We

25          categorically prohibit transactions involving child

26          pornography and human trafficking. As a founding member

27          of the Financial Coalition Against Child Sexual

28

1    Exploitation, Visa works together with our coalition

2    partners to identify potentially illegal merchants or illegal

3    activities and bar them from the Visa network.

4    290. 420. In fact This was a false statement echoing precisely the type of false

5    public claims Visa insisted MindGeek maintain in order for it to continue doing

6    business with it.  In trust, Visa was aware that it and its merchant banks servicing

7    MindGeek permitted and profited from tens of thousands of transactions annually

8    that benefited from MindGeek's trafficking venture.  Specifically, in addition to

9    transactions processed to pay for trafficked content and child pornography

10   specifically, Visa and these banks, together with MindGeek, used their trafficking

11   venture to promote, solicit, and facilitate the purchase of consensual porn.  And they

12   did so despite its flagrant violation of § 2257.  Visa and its network banks were

13   intimately familiar with MindGeek's business model and how it used illicit content

14   to attract and funnel business, advertising, and paid memberships, all of which Visa

15   elected to process and profit from nevertheless.

16   291. 421. Further evidencing Visa's commitment to doing business and

17   benefiting from MindGeek's trafficking venture, in April 2020, during a conference

18   call with Elizabeth Scofield, the Director of Global Brand Protection for Visa, anti-

19   sex trafficking advocates detailed the ways in which MindGeek was enabling and

20   profiting from the rape and trafficking of women and children.  At the conclusion of

21   the call, Scotfield Scofield requested written information that she could present to

22   others at Visa, which was provided to her on April 30, 2020 in the form of a lengthy,

23   detailed presentation detailing the ways in which Visa was participating in the

24   exploitation of victims of sex trafficking through its partnership with MindGeek.

25   Visa never responded further, and elected instead to continue doing business with

26   and benefiting from MindGeek's trafficking venture.

27   292. 422. Thereafter, Visa's participation and facilitation of MindGeek's

28

illegal enterprise was reiterated by a letter sent by another non-profit organization dedicated to ending human trafficking and modern slavery on May 1, 2020.  The letter, which was addressed to Visa's ~~president~~Chief Executive Officer, Alfred F. Kelly, Jr., detailed MindGeek's documented complicity in the trafficking of women and children and concluded with a plea to Visa to terminate its partnership with MindGeek.

293.  ~~423.~~ MindGeek's illegal and criminal activities were further detailed in a second letter sent to Visa five days later on May 5, 2020.  Among other important disclosures, the May 5, 2020 letter explained that it is impossible to "judge or verify consent in any videos on [Pornhub], let ~~along~~alone live webcam videos" which inherently ~~make~~makes it "a target for sex traffickers, child abusers, and ~~other~~others sharing predatory nonconsensual videos."[2]  This was not a novel alert.  The presence of trafficking in the webcam industry was notorious and well known to Visa.

294.  ~~424.~~ Nevertheless, Visa and its member banks processing payments from MindGeek elected to continue processing such transaction even when they carried with them obvious red flags such as involving accounts from known trafficking regions and where payments from large numbers of purportedly independent cam models were being deposited into single accounts of obvious traffickers.

295.  ~~425.~~ When Visa failed to take any action in response to the detailed presentation of facts and follow up correspondence, anti-trafficking public advocates launched an email campaign, targeting the executives of Visa.  Within two days of the May 8, 2020 campaign launch, hundreds of emails had been sent.  On May 15, 2020, a second campaign was started.  By May 22, 2020, thousands of emails had been sent to Visa executives calling for Visa to terminate its relationship with Pornhub.

---

[2]  https://www.bbc.com/news/world-52543508

COMPLAINT

296. ~~426.~~ Yet Visa did not respond.  However, over two months later when the campaign against MindGeek again picked up steam due to a viral video released by advocates, Visa did conduct a CYA scramble to avoid being accused of ignoring the issue entirely.  On July 15, 2020, it sent a response letter.

297. ~~427.~~ That response was stunning.  Instead, of seriously considering the evidence of illegality it was already well aware of, it offered mealy-mouthed platitudes about its vital role in commerce, its need to remain neutral, and the need for others to do something about a pure evil it was uniquely situated to immediately address:  "We believe that any truly effective solution must come from thoughtful changes to laws and regulations by those elected to establish the laws of our country . . . Maintaining a neutral stance under the law is vital for the free flow of commerce."  ~~That is to say, translated into~~ This public statement falsely implied that MindGeek's content was lawful and legitimate under current laws and regulations, which Visa knew to be untrue.  In effect, Visa was admitting, in plain English:  *we do not want to get involved in policing illegal conduct when we are making money on the illegal conduct even if we admit it is evil and we could easily stop it*" (emphasis added).  The ease with which anyone, and certainly sophisticated financial institutions with rigorous due diligence obligations, would have become aware of MindGeek's trafficking venture was made obvious by the December 4, 2020 New York Times bombshell report by Pulitzer Prize winner Nicholas Kristoff, "The Children of Porn Hub."

298. Acknowledging that MindGeek's business involves much legitimate, legal pornography, Kristoff also reported how his relatively modest investigative efforts easily revealed that its business also was flooded with ~~non-consensual~~ nonconsensual content and seems designed so be so:

> Yet there's another side of the company:  Its site is infested
> with rape videos. It monetizes child rapes, revenge

1  pornography, spy cam videos of women showering, racist

2  and misogynist content, and footage of women being

3  asphyxiated in plastic bags. A search for "girls under18"

4  (no space) or "14yo" leads in each case to more than

5  100,000 videos. Most aren't of children being assaulted,

6  but too many are.

7

8  ****************************************

9

10  A great majority of the 6.8 million new videos posted on

11  the site each year probably involve consenting adults, but

12  many depict child abuse and nonconsensual violence.

13  Because it's impossible to be sure whether a youth in a

14  video is 14 or 18, neither Pornhub nor anyone else has a

15  clear idea of how much content is illegal.

16

17  ****************************************

18

19  I came across many videos on Pornhub that were

20  recordings of assaults on unconscious women and girls.

21  The rapists would open the eyelids of the victims and touch

22  their eyeballs to show that they were nonresponsive.

23

24  Pornhub profited this fall from a video of a naked woman

25  being tortured by a gang of men in China. It is monetizing

26  video compilations with titles like "Screaming Teen,"

27  "Degraded Teen" and "Extreme Choking." Look at a

28

134

COMPLAINT

choking video and it may suggest also searching for "She Can't Breathe."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Facebook removed 12.4 million images related to child exploitation in a three-month period this year. Twitter closed 264,000 accounts in six months last year for engaging in sexual exploitation of children. By contrast, Pornhub notes that the Internet Watch Foundation, an England-based nonprofit that combats child sexual abuse imagery, reported only 118 instances of child sexual abuse imagery on its site over almost three years, seemingly a negligible figure.

The Internet Watch Foundation couldn't explain why its figure for Pornhub is so low. Perhaps it's because people on Pornhub are inured to the material and unlikely to report it. But if you know what to look for, it's possible to find hundreds of apparent child sexual abuse videos on Pornhub in 30 minutes. Pornhub has recently offered playlists with names including "less than 18," "the best collection of young boys" and "under- - age."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

So while it is now no longer possible to search on Pornhub in English using terms like "underage" or "rape," the

135

company hasn't tried hard to eliminate such videos. A member called "13yoboyteen" is allowed to post videos. A search for "r*pe," turns up 1,901 videos. "Girl with braces" turns up 1,913 videos and suggests also trying "exxxtra small teens." A search for "13yo" generates 155,000 videos. To be clear, most aren't of 13-year-olds, but the fact that they're promoted with that language seems to reflect an effort to attract pedophiles.

Moreover, some videos seem at odds with the list of banned content. "Runaway Girl Gets Ultimatum, Anal or the Streets" is the title of one Pornhub video. Another user posts videos documenting sex with teenage girls as they weep, protest and cry out in pain.

While Pornhub is becoming more careful about videos of potentially litigious Americans, it remains cavalier about overseas victims. One Indonesian video is titled "Junior High School Girl After Class" and shows what appears to be a young teenager having sex. A Chinese sex video, just taken down, was labeled: "Beautiful High School Girl Is Tricked by Classmates and Taken to the Top of a Building Where She Is Insulted and Raped."

In the last few days as I was completing this article, two new videos of prepubescent girls being assaulted were posted, along with a sex video of a 15-year-old girl who was suicidal after it went online. I don't see how good-faith moderators could approve any of these videos.

COMPLAINT

299. 428. Almost immediately after this report was published, both Visa and Mastercard terminated substantial connections with MindGeek, claiming that after just a few days of "investigation" they had "discovered" that MindGeek's websites were permeated with illegal content.  In fact, these companies and their member banks providing merchant banking services to MindGeek were aware of these facts for over a decade but elected to continue doing business with them and make millions of dollars in profit from MindGeek's trafficking venture.

300. 429. On December 10, 2020, Visa posted on Twitter: "[g]iven the allegations of illegal activity, Visa is suspending Pornhub's acceptance privileges pending the completion of our ongoing investigation. We are instructing the financial institutions who serve MindGeek to suspend processing of payments through the Visa network."

301. 430. Unlike Visa's response which merely acknowledged "allegations of illegal activity," the CEO of Visa's biggest competitor, Mastercard, acknowledged publicly that after just a few days of "investigation" it had determine MindGeek was trafficking in illegal content:

> We went back and we looked, and we found actually
> instances where clearly the legal standard of what should
> be allowed on Pornhub had been crossed. So, we went back
> to Pornhub and said, 'Sorry, you've crossed the legal
> standard.  Porn's not illegal. It is certain kinds of porn that
> are illegal. So child porn is, and that's what we saw. That's
> why we pulled out."

302. 431. Visa's investigation revealed the same thing, and more, yet it refused to also publicly acknowledge this fact because it wanted to continue doing business with, and profiting from, MindGeek's trafficking venture.

303. 432. And that is what it did.  Visa's ban on MindGeek's websites was

short-lived.  Although Visa continues its ban on MindGeek's websites that host user-generated content, like Pornhub, in short order Visa reembraced MindGeek and began processing payments again for MindGeek's paysites despite knowing that these revenue streams are likewise permeated with trafficking like GirlsDoPorn, and that MindGeek used its trafficking venture overall to attract, advertise, and funnel visitors revenues to these paid sites.  ~~As of the filing of this lawsuit,~~ Visa continues to process payments for such content, including TrafficJunky and Probiller, which respectively are MindGeek's in-house advertising and premium payment platforms that allow users to buy advertising or premium products, services, and memberships and which account for the vast amount of the revenue that MindGeek earns from its business model based that inextricably incorporates and exploits trafficked and CSAM content.[3]

304.    In the case of Plaintiff, it is virtually certain that Visa was involved in the processing of advertising revenues, including the conversions, and revenues from premium services and products that MindGeek earned from the viral exploitation of Plaintiff's underage videos.

### 6.    The Criminal Scheme to Conceal the Enterprise's Racketeering and Shame, Discredit, Intimidate, and Silence Victims.

305.    ~~433.~~ MindGeek worked as hard to conceal and suppress the truth about its business model as it did on SEO.  When such videos were publicly questioned in social media discourse, it initially hid behind the false façade it had built of itself as a mainstream legitimate company.  This played on the general public's misunderstanding that because users were not operating on the dark web, but on Pornhub, the content was consensual and legal.

---

[3] https://endsexualexploitation.org/wp-content/uploads/2021-Dirty-Dozen-List_Notification-Letter_Visa_Final.pdf.

306. 434. Indeed, Social Media Optimization ("SMO") was also an integral part of its Enterprise. As part of this SMO, MindGeek used its extensive control and influence over all aspects of the new online porn industry that it dominated to mount powerful public messaging campaigns when it felt necessary. This network included innumerable porn performers and producers who depended on MindGeek's platform for their livings, putative public interest not-for-profits like the Free Speech Coalition, which received substantial support from MindGeek and was called by industry and MindGeek insiders its "lobbying arm," and porn industry publications, like XBIZ, and bloggers, all of whom received substantial advertising and other renumeration from MindGeek in exchange for acting as MindGeek mouthpieces.

307. 435. When it felt necessary, MindGeek would activate this extensive network of seemingly independent voices to generate an "astroturf" campaign promote messaging MindGeek needed. They did this through sophisticated SMO that included "ghost blogging," illegal undisclosed placed content and social media influencing and amplification, and extensive marketing, advertising, and aggressive media outreach. Through all these tools, MindGeek worked tirelessly to manufacture a false public image that concealed its illicit practices and to silence those who posed a risk to that façade.

308. 436. In particular, this included MindGeek's extensive Pornhub Cares effort to create an image of its flagship Pornhub brand as mainstream, legitimate, and ethical. As part of this effort, MindGeek promoted various social causes including billboard ads in Times Square, ads on snow plows during blizzards, breast and testicular cancer campaigns, voting campaigns, pop-up shops on Valentine's day, and environmental campaigns like Save the Oceans, Save the Pandas, and Save the Bees.

309. 437. It also attempted to publicly align itself with anti-exploitation entities. For example, in 2020 MindGeek began making donations to the European

anti-child exploitation network called InHope causing the Canadian Centre for Child Protection – which is charged under Canadian law with combatting child pornography, has the leading technology to detect such abuse material, and knows MindGeek best of all – to withdraw from the network.  It did so because as the leading anti-child pornography organization in Canada it fully understood the hypocrisy of the affiliation and MindGeek's obvious effort to corrupt and compromise this organization dedicated to combatting organizations of which MindGeek was the poster child.

310.  438. But these hypocritical efforts to falsely portray itself as a responsible, ethical corporate actor palled in comparison to MindGeek's surreptitious efforts to use its influence network for unethical and illegal purposed.  For example, MindGeek funneled money from its foreign subsidiaries in Luxembourg and Cyprus through its MindGeek USA subsidiary into California to lobby against California laws governing the porn industry in violation of California law.  This illegal lobbying and laundering of money to oppose these proposed laws resulted in fines imposed by California Fair Political Practices Committee.

311.  439. Most troubling, MindGeek aggressively used its powerful messaging network to insidiously attack, discredit, and intimidate former employees and partners, whistleblowers, activists, and victims of its criminal schemes.  These efforts were directly led by MindGeek vice-presidentvice president Corey Urman, who closely controls and often personally participates in the public messaging.  Urman on behalf of MindGeek leads these efforts and works closely with powerful public relations and social media firms in North America and Europe, including most prominently powerful New York public relations and social media firm 5wPR.

312.  440. Urman and 5wPR regularly purport to publicly speak on behalf of MindGeek using false identities of non-existent people misrepresented as MindGeek spokespeople.  These identities include Ian Andrews, Mike Williams, Chris Jackson,

Brett Hall, Dusty Gitalto, and Corey Price.  On occasion, reporters or others have called a numbers for a purported MindGeek spokespeople only to learn they were talking to a person of a different name who was employed by 5wPR.  These false identities were used because they know the statements they were making were false and they did not want them attributed to themselves.

313.  441. MindGeek and 5wPR directly and through investigative firms and "partners" in Eastern Europe do deep opposition research and investigation of their "enemies" and their immediate and extended families.  This information is then used to intimidate and blackmail them. MindGeek "enemies" also repeatedly experience hacking of personal information and doxing.  Insiders uniformly report that it is understood that anyone who crosses MindGeek or is seem as a threat to expose their illegal practice will be subjected to this treatment.  Over the course of the last 16 months, MindGeek, 5wPR, and their operatives have mounted an aggressive "astroturf" campaign against advocates and victims calling attention to its true business practices.

### 7.    MindGeek's Criminal Scheme is Publicly Revealed

314.  442. On February 9, 2020, activist Laila Mickelwait published an op-ed in the Washington Times about Pornhub to make the public aware that the site used nonconsensual content, did not have meaningful processes to exclude such content, and was profiting from such content:

> It took me under 10 minutes to create a user account and upload blank test content to the site, which went live instantly. I could have then gone on to become Pornhub-verified, and all I would need to do is send a photo of myself holding a paper with my username. That's it.
>
> One of the most-searched terms on Pornhub is "teen"

1        pornography. The search will result in videos that are

2        constantly being added faster than any individual could

3        watch them. Many feature girls who look 13 years old at

4        best — girls with braces, pigtails, flat chests, no makeup,

5        extremely young faces, holding teddy bears and licking

6        lollipops, all while being aggressively penetrated. A quick

7        search for the word "teen" turns up titles such as "Young

8        Girl Tricked," "Innocent Brace Faced Tiny Teen F---ed,"

9        "Tiny Petite Thai Teen," "Teen Little Girl First Time," on

10       and on ad infinitum.

11

12       Pornhub has no system in place to verify the girls (and I

13       say "girls" because they are not women) in the videos it

14       hosts are not trafficked children being raped on film in

15       order to line the pockets of its executives.

16

17       What all of this means is that at this very moment, there

18       could be hundreds, if not thousands, of videos of underage

19       sex trafficking victims on Pornhub. If there could be, I can

20       almost guarantee you there are. We already have evidence,

21       and it is just the tip of the iceberg.

22

23       It's time to shut down super-predator site Pornhub and hold

24       the executive megapimps behind it accountable.

25    315. ~~443.~~ The article gained a significant amount of traction as it was shared

26  by advocates, advocacy groups allied with Mickelwait's work, and the public who

27  were hearing about the issue for the first time.

28

COMPLAINT

316.    444. Thereafter, Mickelwait launched a Change.org campaign to shut down what the campaign branded as "Trafficking Hub" and titled "Shut Down Pornhub and Hold Its Executives Accountable for Aiding Trafficking." Mickelwait's "Traffickinghub" Campaign went viral, with tens of thousands of individuals and organizations quickly taking up the cause. Among the groundswell of viral support were hundreds of porn performers. For example, on February 16, 2020, Jenna Jameson, called "the Queen of Porn" and "the most famous porn star of all time," said "Pornhub profits off of the rape and torture of women and children, Take a stand against these monsters at MindGeek . . . Shut it DOWN."

317.    445. Also included in the viral support were parents who became aware that their children were easily accessing the site, and even uploading content of themselves, sometimes at the behest of predators. Even a young minor boy joined the effort on his own by becoming a "verified" user of Pornhub, obviously without showing any government issued identification or without anyone at Pornhub questioning the obviously underage boy applications to become "verified."

318.    446. After years of acting with impunity, Pornhub's initial response was muted. Indeed, it did not even deny the Op-Ed's claims, instead only stressing that MindGeek was a technology company registered in Luxemburg for tax purposes. The Washington Times Op-Ed editor noted the response "speaks volumes" about the accuracy of the petition's claims.

319.    447. However, as the Traffickinghub Campaign went viral and others began coming forward, MindGeek's disinformation and intimidation machine sprang into action. Rather than acknowledge and correct its now exposed misconduct, MindGeek instead unleashed an aggressive gaslighting campaign designed to smear, discredit, and intimidate advocates and victims who dared to begin speaking out.

320.    448. MindGeek's gaslighting disinformation campaign developed false messaging asserting that (a) it did not incorporate and monetize CSAM, rape, and

1    other ~~non-consensual~~nonconsensual acts; (b) it did employ "robust" technological

2    and human monitoring to prevent the uploading and use of nonconsensual content;

3    and (c) its critics were lying and motivated not by the truth but by money that they

4    could raise attacking MindGeek.  The goal of the disinformation campaign was to

5    reinforce MindGeek's fraudulent depiction of its business model and products;

6    discredit advocates and victims; and intimidate advocates and victims by doxing

7    them and their families and exposing them to hateful online and in-person attacks

8    and threats.

9        321.    ~~449.~~This campaign began at home, with insiders reporting MindGeek

10   management misrepresenting to employees that the public claims were "lies" that

11   were being spread not because they were true but because those making the claims

12   actually wanted to destroy the porn industry for "religious reasons."

13       322.    ~~450.~~MindGeek and 5wPR also fully mobilized their extensive network

14   of social media agents, influencers, and amplifiers and fed that network opposition

15   research on, and disinformation about, advocates and victims.  For those victims who

16   spoke publicly under pseudonyms, extensive intelligence and covert investigative

17   work was done to identify and expose them.

18       323.    ~~451.~~On or about February 25, 2020, Corey Urman, falsely posing under

19   the alias Blake White, misrepresented in an email to the media that MindGeek was

20   and continued to be committed to ensuring ~~non-consensual~~nonconsensual content

21   was not part of its product and that claims otherwise were "factually wrong" and

22   "intentionally misleading" lies:

23               Pornhub has a steadfast commitment to eradicating and

24               fighting any and all illegal content on the internet,

25               including ~~non-consensual~~nonconsensual content and child

26               sexual abuse material.  Any suggestion otherwise is

27               categorically and factually inaccurate. . . . Pornhub is

28

1          actively working to put in place state-of-the-art,

2          comprehensive safeguards on its platform to combat this

3          material.  These actions include a robust system for

4          flagging, reviewing and removing all illegal material,

5          employing an extensive team of human moderators

6          dedicated to manually reviewing all uploads to the site, and

7          using a variety of digital fingerprinting solutions.  We use

8          automated detection technologies such as YouTube's CSAI

9          Match and Microsoft's PhotoDNA as added layers of

10         protection to keep unauthorized content off the site.  We

11         also use Vobile, a state-of-the-art fingerprinting software

12         that scans any new uploads for potential matches to

13         unauthorized materials to protect against banned video

14         being re-uploading.  We are actively working on expanding

15         our safety measures and adding new features and products

16         to the platform to this end, as they become available.

17         Furthermore, Pornhub will continue to work with law

18         enforcement efforts and child protection non-profits in the

19         goal of eliminating any and all illegal content across the

20         internet.  The petition is not only factually wrong and

21         intentionally misleading, it was created and is promoted by

22         a radical rightwing fundamentalist group in the United

23         States – a group who's founders have long vilified and

24         attacked LGBTQ communities and women's rights groups,

25         aligned themselves with hate groups, and espoused

26         extremist and despicable language.

27    https://www.dailydot.com/irl/petition-pornhub-shut-down-sex-trafficking/

28

COMPLAINT

324.  452. These claims were gross misrepresentations.  There was no such commitment to avoiding non-consensual nonconsensual content; it was embraced. MindGeek had no effective way to moderate content either by technology or human moderation, and was not even trying.  MindGeek did not work with law enforcement or report suspected CSAM as required under federal law.  And Laila Mickelwait was not a bigot, anti-LGBTQ or women's rights, or misleading, let alone, intentionally misleading.

325.  Urman, posing once again as "Blake White," made similar misrepresentations to the media in January 2020, when he told Insider.com and other media outlets that "Here at Pornhub, we immediately remove any content that violates our terms of use as soon as we are made aware of it."  As demonstrated in this Complaint, including by Plaintiff's own efforts to remove the CSAM video of her that was uploaded and repeatedly re-uploaded to Pornhub, Urman's statement was patently false.

326.  453. Over the course of the next year, MindGeek's press relations and social media organization would aggressively disseminate this gross disinformation. This campaign, led by Urman and 5wPR, included numerous MindGeek Pornhub models, including Maya Morena, Ginger Banks, Gwen Adora, and its Brand Ambassador Asa Akira, who were instructed via direct messages on Pornhub's website and provided with talking points to disseminate MindGeek's disinformation. In return for participating in this disinformation campaign, these agents of MindGeek were rewarded with supplemental compensation and better promotion on the MindGeek platform.

327.  454. It also included "ghost bloggers" and other undisclosed operatives publishing scripts provided by MindGeek and 5wPR as "independent" work.  That placed content by MindGeek would then be amplified by its social media network, captive reporters, and 5wPR and other SMO efforts.  The false claims generated by

146
COMPLAINT

1  this coordinated and aggressive gaslighting campaign of disinformation were

2  repeated in hundreds of news stories and incalculable more social media posts and

3  memes during 2020, smearing, shaming, and attempting to intimidate advocates,

4  whistleblowers, and victims from speaking out.

5       328.  455.  In addition, MindGeek and 5wPR worked surreptitiously to

6  "vandalize" the Wikipedia page for advocates and to load onto those pages the

7  disinformation they were aggressively disseminating.  Their efforts were so

8  aggressive and obvious that Wikipedia put a disclaimer on the target's page.  Over

9  the next year, MindGeek would continue to push this gaslighting disinformation

10 campaign (a) misrepresenting that non-consensual nonconsensual content was not

11 present on MindGeek's tubesites; (b) misrepresenting that MindGeek disapproved of

12 nonconsensual content on its tubesites; (c) misrepresenting that MindGeek had

13 robust human and technological moderation to prevent such content from being

14 uploaded; and (d) explicitly accusing Mickelwait of (i) lying in claiming otherwise in

15 her op-ed, petition, and other public comments about MindGeek, (ii) lying about her

16 objectives and motivations, and (iii) fraudulently using her claims to defraud people

17 and enrich herself.  These materially false claims were repeated ubiquitously for the

18 next year by MindGeek, particularly Urman and 5wPR, and the agents and operative

19 in their press and social media network.

20      329.  456.  For example, as the viral opposition to Mindgeek MindGeek gained

21 steam in February and March 2020, Mindgeek MindGeek made various public

22 statements intended to gaslight the public, its users, its partners, and law

23 enforcement.  By way of example only, on March 5, 2020, Mindgeek MindGeek

24 misleadingly tried to disassociate itself from its own business, falsely reporting that it

25 was merely "a technology company that doesn't film or produce any adult content

26 and is headquartered in Luxemburg, not Montreal."  Two days later Urman and

27 5wPR had two separate statements issued from Mindgeek MindGeek and Pornhub to

28

1  make it appear they were separate businesses both, denying their businesses were

2  involved in illegal content and calling such accusations "lies" and "grossly

3  misrepresented."

4      330.  457. During this time, one of the early operatives commissioned by

5  Urman and 5wPR was a person operating on social media under the moniker

6  EyeDeco.  From shortly after the viral online campaign against MindGeek began,

7  EyeDeco and 5wPR commissioned EyeDeco as an operative in their "astroturf"

8  gaslighting campaign.  She would dox activists and victims, call them liars and

9  grifters, and attempt to harass and intimidate them with releases of personal

10  information about them and their extended families that Urman and 5wPR provided

11  to her and instructed her to disclose.

12      331.  458. EyeDeco's real identity is a female living in Montreal known to the

13  plaintiffsPlaintiff with the initials GS.  Among other things, investigation revealed

14  that GS uses the unique moniker "EyeDeco" in other mediums not readily available

15  to the public and has other connections to senior people involved in the MindGeek

16  Enterprise.  On March 1, 2020, she began disseminating MindGeek's gaslighting

17  narrative misrepresenting that it only operated legally and with consensual content

18  and that those publicly claiming otherwise were lying to enrich themselves.  She

19  indicated that her audience would discover this if they "#FollowtheMoney."  For

20  months she would continue to disseminate this false "#FollowtheMoney" meme.

21      332.  459. More ominously, GS began publicly doxing and releasing personal

22  information about those who dared speak up against MindGeek and their extended

23  families.  This personal information was researched and provided to GS by Urman

24  and 5wPR.  As part of this intimidation campaign, in June 2020, GS doxed

25  Mickelwait and her extended family with a release of an assortment of information.

26  Among that information was properties that they owned, including that Mickelwait

27  owned, which GS suggested was used as a brothel: "BTW . . . what kind of property

28

rental businesses are generally known for renting on an hourly basis."

333. 460. Shortly thereafter, Mickelwait's extended family members discovered that their bank accounts, messaging apps, and iClouds had been hacked. Those who committed this illegal intrusion then sent an intimate stolen picture of one of her family member's spouse in an effort to threaten and intimidate. Other critics of MindGeek received similar treatment. For example, senior executives at vocal critic National Center for Sexual Exploitation as well as their siblings had computers, cloud storage, emails, and social media accounts hacked. Other victims and advocates who spoke out or expressed support and who Urman and 5wPR viewed as a threat were also threatened with or actually doxed.

334. 461. GS also directly targeted CSAM victims to discredit, sham, and intimidate. One victim going by the name Sofia shared her story of being trafficked as a child on Pornhub in a blog she wrote. In the blog she detailed the way in which from the age of nine to fifteen she was sex trafficked and how she found the videos of her child rape and exploitation on Pornhub over and over:

> *"I am a survivor of child trafficking" a sentence iv'e put off saying for a very long time, I didn't consider myself a victim because I didnt know anything different. As a 9 year old I thought I was just helping mommy and daddy, as a child I had always been taught to not question my parents to be seen and not heard that as a girl I was nothing more than a inconvenience, that I needed to help my parents pay the bills because that's the least I could do.*
>
> *My suffering did not end with those who had the power to use me, it continued but this time through a screen. Videos of my assaults and videos of me being forced to dance and*

1     *strip began popping up on the popular tube site Pornhub,*
2     *in some of them I was as young as 9 in others I was 15. I*
3     *didn't know what to do I remember sitting in front of my*
4     *phone and watching the view count go up. I used to spend*
5     *hours reading the comments, people asking how much a*
6     *night with me would cost.*
7
8     *I became so desensitized I stopped caring that videos*
9     *continued to get uploaded, they would get deleted then a*
10    *couple of days later they would get reuploaded or new ones*
11    *would pop up. Some of the titles of the videos that*
12    *continued to be uploaded to Pornhub were "Young girl*
13    *begging to stop" "Screaming teen gets pounded" "barely*
14    *legal getting choked" "Sexy brunette forced to strip" some*
15    *of the videos were reuploaded 6 times.*
16
17    *I'm telling my story because I don't want anyone to go*
18    *through and feel the way I did, I thought if I spoke up*
19    *everyone would think I was a liar I don't care anymore to*
20    *anyone that's gone through something similar I'm with*
21    *you, I see you and I believe you. It is not our fault and*
22    *those who monetized and downloaded our trauma need to*
23    *be held accountable.*
24
25    *Pornhub needs to answer for their mistakes they need to be*
26    *shut down they've had countless opportunities to address*
27    *and fix their mistakes but they have continued to brush off*
28

COMPLAINT

1           *complaints and ignore victims, mistakes that have* ruined

2           *not only my life but countless others. It's time they take*

3           *responsibility for their actions and get their platform taken*

4           *from them.*[4]

5     335. 462. In response to this Medium post, GS publicly called out Medium:

6 "Suggest using #CrticialThought to understand how these #grifters have hijacked a

7 legitimate issue in order to further their own agenda," which as the "grifter"

8 reference clearly indicated was to enrich themselves.

9     336. 463. Sofia created a Twitter account with which to share the article and

10 continue advocating for herself and other victims while remaining anonymous.

11 Within moments of it being shared, GS attacked her as a liar and grifter. In doing so,

12 GS made an argument only someone very familiar with the details of Pornhub's

13 website would know, and which was fed to her by Urman and 5wPR. She claimed

14 that the screenshot Sofia had posted purportedly from her abuser showed an "edit"

15 button that would only appear on the screen of the person uploading the video.

16     337. 464. Based on this claim, GS asserted that the abusive materials had

17 been uploaded by "Sofia herself." She called the young victim a "scammer" and

18 tagged "#Scammer #LailaMickelwait" to indicate Sofia was a fake operated by

19 others looking to use their campaign to enrich themselves. Urman and 5wPR knew

20 when they instructed GS to make these claims that they were false.

21     338. 465. GS went on to harass Sofia, saying, "I see you created your twitter

22 account rather quickly – as in today. Your 'friend' #LailaMickelwait must have

23 coached you on how to open a new account. What timely timing. As to why you

24 would #lie about this – no doubt Laila knows she does a lot of it re: #Pornhub."

25     339. 466. Sixteen-year-old Sofia, distraught over the attack said, "maybe

26

27 [4] https://medium.com/@A.Sofia/not-alone-945c743b6e42

28

its it[']s because I don't want people knowing who I am no one coached me I made this decision myself."  GS taunted her "uh huh . . ." then suggested again that Sofia fabricated the whole account and was just a puppet of Mickelwait.  She went on, "Laila aka Sofia franchement all your #followers are sadly lacking in #CriticalThought."  GS use of the French word "franchement," which means "frankly," gave away her likely location in MindGeek's home of Montreal.

340. 467. GS then repeated her defamatory claim directly to Medium: "Before uploading stories, suggest vetting sources first see above regarding #edit button ONLY being available to #Uploaders Which in this case as per screenshot in your #Article #Story is Sofia herself. #LailaMickelwait #scammers."

341. 468. Distraught Sofia responded, "So now I am a liar because my assaulter sent me the screenshot himself. He used it to make me know he could profit of my body I am just a 16 year old why would I lie about this."

342. 469. It was then that Sofia uploaded the screenshot of the actual text message her abuser sent to her with the screenshot in the text. In Spanish it reads "See told you I could do whatever I wanted with you" "cheap whore" "they don't even have to wear a condom I am gonna tell Desire I found more clients for you."



COMPLAINT

343. ~~470.~~ After Sofia uploaded the proof that she was not lying, GS ceased her attacks.  She was the only one to have attacked Sofia with that claim until Urman and 5wPR had the same assertion made to the New York Times in an effort to stop its report "The Children of Pornhub."

344. ~~471.~~ Urman and 5wPR also had GS attack plaintiff Serena Fleites, who was featured in the New York Times story.  MindGeek fed GS opposition research on Fleites derived from a "scrap" of the young woman's social media accounts after she too went public with her abuse and exploitation by MindGeek.  GS used that social media material to likewise attack Serena as a "#grifter": "Serena seems like she knows and has known for quite some time exactly what she is doing aka #grifting."

345. ~~472.~~ When the New York Times asked MindGeek about the GS's targeting of Serena and Sofia, and the coincidence of both MindGeek and GS accusing Sofia of uploading the video herself, GS's began taking down her social media and locked her account.

346. ~~473.~~ Before ending her campaign, GS worked to transition her efforts to another operative being run by Urman and 5wPR under the false identity of Justine Halley.  After GS was compromised, Halley took up her role as a "ghost" blogger and social media operative in or about July 2020.  Posing as an independent writer, Halley began publishing the Urman 5wPR narrative, including on medium.  That narrative, like the one Urman and 5wPR fed GS, attempted to gaslight readers that MindGeek tolerated no ~~non-consensual~~nonconsensual content and aggressively worked to exclude it from its platform.  And she repeated the false narrative that those saying otherwise were lying.

347. ~~474.~~ Justine Halley was actually Sarah Valmont, a porn writer who had attended graduate school in Montreal.  Valmont was unemployed during Pornhub's gaslighting campaign and was hired by MindGeek to pose as an independent author

1  while actually writing as a MindGeek agent and publishing the narrative it was

2  paying here to publish.

3  348. 475. According to the narrative she was paid to publish, the viral

4  campaign to hold MindGeek accountable was "a calculated creation with an agenda

5  that goes beyond the push to shut down Pornhub" and really an effort to

6                    exploit[] the pain of real victims in [support of the

7                    advocate's] million dollar trafficking hub campaign . . . .

8                    Churning out increasingly sensationalist messages and

9                    outright falsehood to make it appear as though Pornhub is

10                   intentionally acting in bad faith, and is encouraging people

11                   to abuse their own platform terms of service by uploading

12                   illegal content. . . . Pornhub dos not allow illegal content

13                   period.  Pornhub has a robust system in place to moderate

14                   content using both cutting edge technology and human

15                   moderators.

16  349. 476. The fictitious Halley's claims were outright lies she was instructed

17  to disseminate by Urman and 5wPR.

18  350. 477. Thereafter, in August and September, Halley went even further at

19  Urman and 5wPR's direction.  She claimed falsely that Mickelwait was "doctoring

20  screenshots" that she was presenting publicly to prove her claims: "I have evidence

21  that Laila Mickelwait is doctoring screenshots she shares of Pornhub content and is

22  deliberately lying and misrepresenting the platform.  In some legal circles that kind

23  of things is called, 'libel'.  More to come."  ((8/29/20) *see also* "I hope Laila gives

24  whoever doctors her screenshots of PH a nice raise, along with plenty of Kleenex."

25  (9/1/20)).

26  351. 478. Urman and 5wPR instructed Halley to make this extraordinary

27  claim because the content readily available from MindGeek's own tubesites was the

28

1   most devastating evidence debunking their gaslighting narrative.  Unwilling to
2   actually remove such content from its platform, MindGeek was forced instead to
3   claim it was all fabricated when it was revealed.

4          352.   479. Halley combined these false claims with repeated claims that the
5   entire campaign was based on "evangelical bigots [who] are lying to well meaning
6   people about their real agenda and using the pain of victims to further that agenda."
7   *See supra* n.4.

8          353.   480. MindGeek's more overt network operatives also aggressively
9   prosecuted its gaslighting disinformation campaign with the same false narrative.
10  One of the most aggressive was its exclusive Brand Ambassador Asa Akira.  For
11  example, on July 2, 2020, Akira publicly gaslighted victims and advocates in
12  parroting MindGeek's lie that it did not monetize child pornography and trafficked
13  content and all non-consensual nonconsensual content had always been "strictly
14  prohibited":

15              Their claim that Pornhub is profiting off of child porn is
16              FALSE.  Illegal content is (and always has been) strictly
17              prohibited on Pornhub; that included any porn involving
18              anyone underage and any porn involving anyone who is
19              there without consent.

20         354.   481. On October 17, 2020, she called such claims "straight-up lies and
21  misinformation."

22         355.   482. Likewise, throughout 2020, Pornhub's social media director
23  "Pornhub Aria" gaslighted the public by misrepresenting that Mindgeek MindGeek
24  strictly prohibited illegal content, screened for it, had technology to detect it, and
25  removed it immediately.  For example, on April 10, 2020, Pornhub's Aria
26  comprehensively presented its gaslighting lie on social media, when she wrote on
27  social media about "misinformation circulating" on social media by advocates and
28

victims who "misrepresent [MindGeek's] policies and procedures":

> First and foremost, illegal content is strictly prohibited on
> Pornhub. This has always been the case and will always be
> the case and the safety of our users and models is our
> number one priority. Upon upload, every video and photo
> uploaded to Pornhub is reviewed manually by a large and
> extensive team of moderators looking for illegal content.
> This sets us apart from other platforms like Twitter or You
> Tube as well as other adult sites and allows us to act swiftly
> and promptly for users who violate the terms of service. In
> addition we use automatic detection technologies on
> uploads such as YouTube's CSAI Match and Microsoft
> Photo DNA as added layers of protection. Finally, we also
> review flags or content removal reports for illegal content.
> We have a dedicated community that works actively to
> ensure that content adheres to our TOS and rapidly flags
> any they find questionable for review/removal. Any
> content removal request we receive on our content are
> priorities and expedited faster than any other type of
> support request and acted upon within hours, not days. If
> we come across CSAM, the videos are fingerprinted so
> they cannot be reuploaded, and the user is banned. We
> report the user and the uploads to the National Center for
> Missing and Exploited Children (NCMEC) who will work
> with global authorities. . . . All illegal content, in addition
> to content that breaches our terms of service, is
> immediately removed as it is detected.

COMPLAINT

1    356.   483. Every sentence of this MindGeek statement was a lie.

## CAUSES OF ACTION

### COUNT I

### (Violation of 18 U.S.C. §§ 1591(a)(1), 1595)

### Against the MindGeek Defendants)

357.   484. Plaintiffs incorporate Plaintiff incorporates by reference and reallege realleges each and every allegation set forth above, as though fully set forth herein.

358.   485. MindGeek, through its byzantine network of sham shell entities, agents, executives, and investors, is a sex trafficking venture within the meaning of 18 U.S.C. §§ 1591 and 1595.

359.   The MindGeek Defendants knowingly used the instrumentalities and channels of foreign commerce to facilitate violations of 18 U.S.C. §§ 1591 and 1595, occurring within the territorial jurisdiction of the United States.

360.   The MindGeek Defendants' conduct was in, or affected, interstate and/or foreign commerce.

361.   486. MindGeek recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and/or solicited Plaintiffs Plaintiff and other minors, and victims of rape, sexual abuse, sexual exploitation and nonconsensual sex that they knew, should have known, or recklessly disregarded had not attained the age of majority at the time of the commercial sex act and/or were caused to engage in commercial sex acts through combination of force, threats of force, fraud, or coercion by, among other things:

(a)   recruiting, commissioning, paying for, buying, and aggressively soliciting content produced through human trafficking and slavery;

(b)   producing CSAM and nonconsensual sexual content through MindGeek owned production companies;

1    (c)  partnering with known traffickers, including known East Asia
2         traffickers, and others through its ModelHub program;

3    (d)  advertising additional pornographic sites that offer paid content
4         that are either owned by MindGeek or by third parties;

5    (e)  selling advertising for other projects and services it or third-parties
6         offer, including through MindGeek affiliate, defendant Traffic
7         Junky, and by placing advertisements alongside CSAM videos,
8         including CSAM videos of Plaintiff;

9    (f)  pushing and reuploading all effective content on any of its
10        tubesites, including the CSAM videos of Plaintiff, regardless of its
11        initial sourcing to its other tubesites which it falsely portrayed as
12        posted by a user other than MindGeek; and

13   (g)  modifying effective content and duplicating to optimize search
14        engine optimization, including to make content appear as if it was
15        user made;

16   (h)  creating playlists that target viewers interested in child
17        pornography and other illegal content;

18   (i)  featuring categories on their websites that target users interested in
19        child pornography and other sexual abuse, trafficking and
20        nonconsensual materials;

21   (j)  directing users to describe their videos using categories like "teen"
22        to drive traffic;

23   (k)  maintaining the webpage and thumbnails for disabled videos so
24        that the MindGeek Defendants can continue to generate traffic and
25        revenue from that illegal content;

26   (l)  maintaining a search and tagging system—which included tags
27        such as "passed out teen," and "sleeping pills"—to make it easier

28

158

COMPLAINT

1    for users to find and view videos of child and adult sex abuse, sex
2    trafficking, and other nonconsensual content;

3    (m)    providing guidance to its global network of sex traffickers on how
4    to upload videos of sex trafficking and evade criminal
5    liability while complying with MindGeek's purposefully
6    loose restrictions, including by maintaining public list of "banned
7    words"—*i.e.*, words to avoid in the title of videos;

8    (n)    providing its global network of sex traffickers VPN services
9    to allow them to cover up their unlawful conduct by obscuring the
10    sex traffickers' locations and identities;

11    (o)    allowing anyone to anonymously upload and download videos on
12    its tubesites, so that it would be extremely difficult for victims to
13    have their videos permanently removed, thus
14    increasing MindGeek's advertising revenue and profits;

15    (p)    facilitating the reuploading of removed videos to its site and
16    affiliated sites; and

17    (q)    allowing all videos to be downloaded which facilitated the reupload
18    by different users with different titles, including numerous
19    instances where the first CSAM video of Serena was reuploaded to
20    Pornhub.

21    362.    487. Plaintiffs are all victims Plaintiff is a victim of MindGeek's sex
22    trafficking venture within the meaning 18 U.S.C. §§ 1591 and 1595.

23    363.    488. The CSAM and other nonconsensual content uploaded and
24    distributed by MindGeek, as well as the uploading and distribution of that content,
25    constitute commercial sex acts under the statute.

26    364.    489. MindGeek knew or recklessly disregarded the fact that (i) certain
27    plaintiffs Plaintiff had not attained 18 years of age when caused to engage in the

28

159
COMPLAINT

commercial sex acts; and/or (ii) means of force, threats of force, fraud, or coercion were used to cause ~~plaintiffs~~Plaintiff to engage in a commercial sex act because, among other things:

    (a)   MindGeek had a reasonable opportunity to observe the victims featured on its website;

    (b)   MindGeek purported to have moderators review every video prior to uploading it to its website, and the CSAM nature of the first video of Serena that was uploaded to Pornhub was obvious from its title: "13-Year Old Brunette Shows Off For The Camera";

    (c)   MindGeek regularly reuploaded materials that had been removed from its site in response to directives from authorities or a victim's lawyer to remove child pornography or other illegal materials;

    (d)   Public comments on posts, video titles, and tags, including the title and public comments associated with the first video of Serena that was uploaded to Pornhub, revealed that the content depicted underage victims and victims of assault and sex trafficking;

    (e)   victim notification, third party reporting, direct correspondence from advocacy groups and governmental investigations;

    (f)   MindGeek failed to adopt appropriate age and consent verification requirements, including for the videos depicting Plaintiff, who was a minor in all of the videos depicting her.

365. ~~490.~~ As a direct and proximate result of the MindGeek venture's wrongdoing, ~~Plaintiffs have~~Plaintiff has suffered substantial damages, including but not limited to, physical, psychological, financial, and reputational harm as well as other economic damages set forth herein, in an amount to be determined at trial.

366. ~~491.~~ Moreover, by reason of MindGeek's violations of 18 U.S.C. §§ 1591 and 1595 ~~plaintiffs are~~, Plaintiff is entitled to recover attorney's fees, costs, and

1  punitive damages.

2  **COUNT II**

3  **(Violation of 18 U.S.C. §§ 1591(a)(2), 1595)**

4  **(Against the MindGeek Defendants)**

5  367. ~~492. Plaintiffs incorporate~~ Plaintiff incorporates by reference and

6  ~~reallege~~ realleges each and every allegation set forth above, as though fully set forth

7  herein.

8  368.  The MindGeek Defendants knowingly used the instrumentalities and

9  channels of foreign commerce to facilitate violations of 18 U.S.C. §§ 1591 and 1595,

10  occurring within the territorial jurisdiction of the United States.

11  369.  The MindGeek Defendants' conduct was in, or affected, interstate

12  and/or foreign commerce.

13  370. ~~493.~~ The MindGeek Defendants knowingly benefit from a sex

14  trafficking venture by benefitting financially or receiving something of value from

15  participation in a venture that recruited, enticed, harbored, transported, provided,

16  obtained, advertised, maintained, patronized, and/or solicited ~~Plaintiffs~~ Plaintiff and

17  other minors and victims of rape, sexual abuse, sexual exploitation, and

18  nonconsensual sex that they knew or recklessly disregarded had not attained the age

19  of majority at the time of the commercial sex act and/or were caused to engage in

20  commercial sex acts through combination of force, threats of force, fraud, or

21  coercion.

22  371. ~~494.~~ As set forth herein, the MindGeek Defendants participated in a

23  venture engaged in sex trafficking by inter alia:

24  (a) recruiting, commissioning, paying for, buying, and aggressively soliciting

25  content produced through human trafficking and slavery;

26  (b) producing CSAM and nonconsensual sexual content through MindGeek

27  owned production companies;

28

(c) partnering with known traffickers, including known East Asia traffickers, and others through its ModelHub program;

(d) advertising additional pornographic sites that offer paid content that are either owned by MindGeek or by third parties;

(e) ~~sells~~selling advertising for other projects and services it or third-parties offer, including through MindGeek affiliate, defendant Traffic Junky, and by placing advertisements alongside CSAM videos, including CSAM videos of Plaintiff;

(f) pushing and reuploading all effective content on any of its tubesites, including the CSAM videos of Plaintiff, regardless of its initial sourcing to its other tubesites which it falsely portrayed as posted by a user other than MindGeek; and

(g) modifying effective content and duplicating to optimize search engine optimization, including to make content appear as if it was user made;

(h) creating playlists that target viewers interested in child pornography and other illegal content;

(i) featuring categories on their websites that target users interested in child pornography and other sexual abuse, trafficking and nonconsensual materials;

(j) directing users to describe their videos using categories like "teen" to drive traffic;

(k) maintaining the webpage and thumbnails for disabled videos so that the MindGeek Defendants can continue to generate traffic and revenue from that illegal content;

(l) maintaining a search and tagging system—which included tags such as "passed out teen," and "sleeping pills"—to make it easier for users to find and view videos of child and adult sex abuse, sex trafficking, and other

1    ~~non-consensual~~nonconsensual content;

2    (m)    providing guidance to its global network of sex traffickers on how to

3    upload videos of sex trafficking and evade criminal liability while

4    complying with MindGeek's purposefully loose restrictions, including by

5    maintaining public list of "banned words"—*i.e.*, words to avoid in the title

6    of videos;

7    (n) providing its global network of sex traffickers VPN services to allow them

8    to cover up their unlawful conduct by obscuring the sex traffickers'

9    locations and identities;

10    ~~(o) pushing all content posted on any of its tubesites regardless of its~~

11    ~~initial sourcing to its other tubesites which it falsely portrayed as~~

12    ~~posted by a user other than MindGeek;~~

13    ~~(p) modifying effective content and duplicating to optimize SEO~~

14    ~~including to make content appear as if it was user made;~~

15    (o)~~(q)~~ allowing anyone to anonymously upload and download videos on

16    its tubesites, so that it would be extremely difficult for victims to have their

17    videos permanently removed, thus increasing MindGeek's advertising

18    revenue and profits;

19    (p)~~(r)~~ facilitating the reuploading of removed videos to its site and affiliated

20    sites; and

21    (q)~~(s)~~ allowing all videos to be downloaded which facilitated the reupload by

22    different users with different titles, including numerous instances where the

23    first CSAM video of Serena was reuploaded to Pornhub.

24    372. ~~495.~~ The MindGeek Defendants benefit financially from their

25    participation in the venture.  Among other things, MindGeek benefits from premium

26    subscriptions and advertisement revenues with almost three billion ad impressions

27    each day, many of which are attributable to content posted of underaged and

28

1  trafficked victims or victims of fraud, force, or coercion, including CSAM videos of
2  Plaintiff.  Moreover, the MindGeek Defendants used a network of sham shell
3  companies to perpetuate a long-running and elaborate pattern of illegal schemes
4  through which the members of the MindGeek venture enriched themselves.  By way
5  of example only, MindGeek used this network of sham shell companies to mask their
6  illicit activities, money laundering, and tax evasion by making it difficult for any one
7  jurisdiction to see suspicious transactions of magnitude and effectively investigate
8  isolated transactions let alone the overall operation of the Enterprise's schemes.
9  Finally, MindGeek used the network of sham shell companies to defraud creditors
10 and victims of their illicit activities by surreptitiously "bleeding" and laundering
11 assets out of jurisdictions in which MindGeek is likely to be sued and out of the
12 MindGeek corporate structure entirely so as to make it more difficult or impossible
13 for victims and other creditors to get obligations paid.

14         373.   496. The MindGeek Defendants knew, recklessly disregarded the fact
15 that, or should have known that they benefited from participation in a sex trafficking
16 venture, including through the posting and dissemination of videos and images on
17 their websites depicting sex trafficking.  Among other things, the MindGeek
18 Defendants have been repeatedly made aware of child pornography and other
19 trafficked, nonconsensual, and illegal content on their websites by victim complaints,
20 user comments, third party reporting, advocacy groups, and governmental
21 investigations.  Moreover, as set forth herein:

22              (a)  MindGeek had a reasonable opportunity to observe the victims
23                   featured on its website;
24              (b)  (a) MindGeek purported to have moderators review every video
25                   prior to uploading it to its website, and the CSAM nature of the
26                   first video of Serena that was uploaded to Pornhub was obvious
27                   from its title: "13-Year Old Brunette Shows Off For The Camera";

28

164
COMPLAINT

1    (c)    (b) MindGeek regularly reuploaded materials that had been
2    removed from its site in response to a directive from authorities or
3    a victim's lawyer to remove child pornography or other illegal
4    materials;

5    (d)    (c) comments on posts, titles, and tags, including the title and
6    public comments associated with the first video of Serena that was
7    uploaded to Pornhub, informed MindGeek that the content depicted
8    underage victims and victims of assault and sex trafficking; and

9    (e)    (d) victim notification, third party reporting, direct correspondence
10    from advocacy groups and governmental investigations.; and

11    (f)    MindGeek failed to adopt appropriate age and consent verification
12    requirements, including for the videos depicting Plaintiff, who was
13    a minor in all of the videos depicting her.

14    374.    497. Plaintiffs have As a direct and proximate result of the MindGeek
15    Defendants' violations of 18 U.S.C. §§ 1591 and 1595, Plaintiff has suffered
16    substantial damages, including but not limited to, physical, psychological, financial,
17    and reputational harm as well as other damages adverse employment impacts,
18    investigation expenses, and other costs associated with the prolific dissemination of
19    her CSAM.

20    375.    Further, by profiting from these videos and images, the MindGeek
21    Defendants have become unjustly enriched at the expense of Plaintiff in an amount
22    to be determined at trial.

23    376.    498. Moreover, by reason of the MindGeek Defendants' violation of 18
24    U.S.C. §§ 1591 and 1595 Plaintiffs are, Plaintiff is entitled to recover attorney's fees,
25    costs, and punitive damages.

26

27

28

**COUNT III**

**(Violation of 18 U.S.C. §§ 1591, 1595)**

**(Against Visa)**

377. ~~499. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

378. ~~500.~~As set forth herein, MindGeek, through its byzantine network of sham shell entities, agents, executives, and investors, is a sex trafficking venture within the meaning of 18 U.S.C. §§ 1591 and 1595.

379. ~~501.~~Visa participated in the MindGeek sex trafficking venture by processing premium subscriptions and payments for MindGeek partner channels. It is virtually certain that Visa processed payments that allowed viewers to access or download videos of Plaintiff, among countless other trafficking victims. Additionally, Visa participated in the MindGeek sex trafficking venture by making at least two public statements falsely suggesting that all of the content on MindGeek's tubesites was lawful and legitimate under current laws, despite Visa's knowledge that that suggestion was false.

380. Visa knowingly used the instrumentalities and channels of foreign commerce to facilitate violations of 18 U.S.C. §§ 1591 and 1595, occurring within the territorial jurisdiction of the United States.

381. Visa's conduct was in, or affected, interstate and/or foreign commerce.

382. ~~502.~~Visa knowingly benefits financially and/or receives something of value from participation in the MindGeek sex trafficking venture with the MindGeek Defendants including but not limited to millions of dollars in profits from credit card transaction fees for premium subscriptions.

383. ~~503.~~Visa knew, recklessly disregarded, or should have known that it benefitted from participation in a sex trafficking venture that trafficked Plaintiff,

166

COMPLAINT

1  among countless other victims, and engaged in acts that constitutes a

2  violationconstitute violations of section of 18 U.S.C. § 1591(a)(1).  As set forth

3  herein, MindGeek's business model of recruiting, enticing, harboring, transporting,

4  providing, obtaining, advertising, maintaining, patronizing, and/or soliciting CSAM

5  and other sexual abuse and trafficking content was known to, recklessly disregarded

6  by, or reasonably should have been known to Visa because, among other reasons:

7             (a)   video titles, comments and tags, including the titles and comments

8                   associated with the first CSAM video of Serena that was uploaded

9                   to Pornhub, informed Visa that the content depicted underage

10                  victims and victims of assault and sex trafficking;

11            (b)   the information was publicly available through third party

12                  reporting, including PayPal's public decision to withdraw based on

13                  the identification of CSAM and other illegal content, the New York

14                  Times expose article "The Children of Pornhub," and the Dr. Oz

15                  segment;

16            (c)   direct correspondence from advocacy groups and e-mail writing

17                  campaign re same;

18            (d)    governmental investigations, including by the Canadian House of

19                  Commons; and

20            (e)   public searches on MindGeek's sites would reveal thousands of

21                  videos depicting subjects who were obviously underage, under

22                  duress, incapacitated, being raped or secretly exploited.

23       384.  504.  As set forth herein, on November 14, 2019, Visa's competitor,

24  PayPal, terminated its payment service to MindGeek entities on the basis of the

25  existence of trafficked, underage images and other illegal content.  PayPal publicly

26  explained the basis for its decision to terminate the relationship: "[PayPal] explicitly

27  prohibits the use of [its] services for the sale of materials that depict

28

1  criminal behaviour, or the sale of sexually oriented content to minors."

2    385.  505. Moreover, in May 2020 anti-trafficking advocacy groups sent Visa

3  a series of letters detailing the prevalence of unlawful sex trafficking content on

4  MindGeek's tubesites and demanding that Visa stop processing payments and

5  immediately terminate its relationship with MindGeek.  Further, thousands of

6  members of these organizations emailed Visa echoing the letter and the requested

7  action.

8    386.  506. Yet Visa intentionally ignored, or at a minimum recklessly

9  disregarded, this information and continued to participate in and financially benefit

10 from MindGeek's sex trafficking venture.  Indeed, despite this information and

11 Visa's knowledge of it, Visa made at least two public statements falsely suggesting

12 that all of the content on MindGeek's tubesites was lawful and legitimate under

13 current laws.  It was only thirteen months after PayPal publicly disclosed

14 MindGeek's illegal activities that Visa finally called for an investigation into

15 MindGeek's practices and purported to "suspend[] Pornhub's acceptance privileges

16 pending the completion of [Visa's] ongoing investigation."  Visa also purported to

17 "instruct[] the financial institutions who serve MindGeek to suspend processing of

18 payments through the Visa network."  And while Visa has continued its ban on

19 MindGeek's websites that distribute user-generated content, Visa has re-initiated its

20 relationship with MindGeek and began processing payments again for professionally

21 produced content.

22    387.  507. As a result of Visa's violations of 18 U.S.C. §§ 1591 and 1595,

23 Plaintiffs havePlaintiff has suffered substantial damages, including but not limited to,

24 physical, psychological, financial, and reputational harm as well as other damages.

25    388.  Further, by profiting from these videos and images, Visa has become

26 unjustly enriched at the expense of Plaintiff in an amount to be determined at trial.

27    389.  508. Moreover, by reason of Visa's violation of 18 U.S.C. §§ 1591 and

28

1595 plaintiffs are, Plaintiff is entitled to recover attorney's fees, costs, and punitive damages.

## COUNT IV

### (Violation of 18 U.S.C. §§ 1594(c), 1595)

### (Against All Defendants)

390. Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

391. 509. Defendants conspired by agreement or understanding, to commit unlawful acts. Each of the Defendants shared the same conspiratorial objective, which was to financially benefit from the monetization, recruitment, solicitation, funding, maintenance, advertisement, streaming, and distribution of CSAM and other non-consensual nonconsensual content and illegal content.

392. 510. As As set forth above and in Count VI, all of which are incorporated by reference as though fully set forth herein, Defendants committed overt acts in furtherance of the agreement or understanding by knowingly recruiting, producing, funding, maintaining, streaming, and distributing CSAM and other non-consensual nonconsensual content and/or benefiting financially from such distribution.

393. 511. Defendants' participation in the furtherance of the sex trafficking venture and/or purpose was intentional and/or willful and, therefore, Defendants intentionally and/or willfully caused Plaintiffs' Plaintiff's commission of the sex acts.

394. 512. Visa knew that its funding supported and facilitated MindGeek would lead to the commercialization and monetization of CSAM and other non-consensual nonconsensual content depicting the Plaintiffs. Plaintiff. Visa also knew at the time it made the public statements referenced in this Complaint that, contrary to the false suggestion that those statements clearly created, MindGeek's tubesites were awash with unlawful and nonconsensual content, including CSAM.

169
COMPLAINT

395. ~~513.~~ Defendants conspired with each other through affirmative acts that provided financial support to MindGeek to enable its exploitation of ~~Plaintiffs~~Plaintiff.

396. ~~514.~~ At all relevant times, Defendants' conduct was willful and done with legal malice and knowledge that it was wrongful.

397. ~~515. Plaintiffs have~~Plaintiff has suffered substantial damages, including but not limited to, physical, psychological, financial, and reputational harm as well as other damages.

398. ~~516.~~ Moreover, by reason of the Defendants' violation of 18 U.S.C. §§ 1594 and 1595, ~~Plaintiffs are~~Plaintiff is entitled to recover attorney's fees, costs, and punitive damages.

**COUNT V**

**(Violation of 18 U.S.C. §§ 2252, 2255)**

**(Against The MindGeek Defendants)**

399. ~~517. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

400. ~~518.~~ Serena Fleites ~~and Jane Doe Nos. 1-13 were victims~~is a victim of violations of 18 U.S.C. §§ 2252 and suffered personal injuries as a result of these violations. Accordingly, Serena Fleites ~~and Jane Doe Nos. 1-13 are~~is entitled to bring a civil action under 18 U.S.C. § 2255.

401. ~~519.~~ MindGeek knowingly transported visual depictions of minors engaging in sexually explicit conduct, as defined under 18 U.S.C. § 2256(2)(A), including, but not limited to, photographs and videos of Serena Fleites ~~and Jane Doe Nos. 1-13~~, who ~~were all minors~~was a minor at the time the photographs and videos were taken, via its websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252(a)(1).

402. ~~520.~~ MindGeek knowingly received and distributed visual depictions of minors engaging in sexually explicit conduct, as defined under 18 U.S.C. § 2256(2)(A), including, but not limited to, photographs and videos of Serena Fleites ~~and Jane Doe Nos. 1-13~~, who ~~were all minors~~was a minor at the time the photographs and videos were taken, via their websites which affected interstate or foreign commerce.

403. ~~521.~~ MindGeek knowingly sold or possessed with intent to sell visual depictions of minors engaging in sexually explicit conduct, as defined under 18 U.S.C. § 2256(2)(A), including, but not limited to, photographs and videos of Serena Fleites ~~and Jane Doe Nos. 1-13~~, who ~~were all minors~~was a minor at the time the photographs and videos were taken, via its websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252(a)(3).

404. ~~522.~~ MindGeek knowingly possessed visual depictions of minors engaging in sexually explicit conduct, as defined under 18 U.S.C. § 2256(2)(A), including, but not limited to, photographs and videos of Serena Fleites ~~and Jane Doe Nos. 1-13~~, who ~~were all minors~~was a minor at the time the photographs and videos were taken, via its websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252(a)(4).  Moreover, even when MindGeek was forced to take down illegal content in response to ~~a~~ legal requests, rather than delete the materials it was not legally allowed to possess or redistribute, it claimed to have stored all the data on its servers and periodically would reupload that content or push it to affiliate sites so that it could continue to generate traffic and corresponding revenue.

405. In addition, the MindGeek Defendants duplicated and distributed new child pornography depicting Plaintiff by creating and hosting new "thumbnail" images from existing videos of Plaintiff.

406. ~~523.~~ MindGeek's knowledge of the CSAM nature of the videos

depicting Plaintiff can readily be inferred from the title of the video—"13-Year Old Brunette Shows Off For The Camera"—as well as the hundreds of public comments associated with that video indicating that Plaintiff was clearly a minor.  Moreover, even after Plaintiff told Pornhub directly that the video was child pornography, it still took almost one month before the MindGeek Defendants removed the video, during which time the video was viewed and downloaded by multiple users, facilitating future uploads of the video.  Additionally, each time Plaintiff discovered that the video had been reuploaded to Pornhub, she again informed Pornhub that the video was child pornography and, each time, Pornhub still waited weeks to remove the video. Serena Fleites ~~and Jane Doe Nos. 1-13 have~~has suffered substantial physical, psychological, financial, and reputational harm as well as other damages as the result of MindGeek's violation of 18 U.S.C. § 2252.

407.   ~~524.~~ Defendants' conduct was malicious, oppressive, or in reckless disregard of Serena Fleites' ~~and Jane Doe Nos. 1-13's rights~~rights, and Serena Fleites~~' and Jane Doe Nos. 1-13's are~~ is entitled to injunctive relief, compensatory, and punitive damages, and the costs of maintaining this action. 18 U.S.C. § 2252A(f).

**COUNT VI**

**(Violation of 18 U.S.C. §§ 2252A, 2255)**

**(Against The MindGeek Defendants)**

408.   ~~525. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

409.   ~~526.~~ Serena Fleites ~~and Jane Doe Nos. 1-13 were victims~~is a victim of violations of 18 U.S.C. § 2252A and suffered personal injuries as a result of these violations.  Accordingly, Serena Fleites ~~and Jane Doe Nos. 1-13 are~~is entitled to bring a civil action under 18 U.S.C. § 2255.

410. 527. MindGeek knowingly transported child pornography, as defined under 18 U.S.C. § 2256(8), including, but not limited to, photographs and videos of Serena Fleites and Jane Doe Nos. 1-13, who were all minors was a minor at the time the photographs and videos were taken, via their websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252A(a)(1).

411. 528. MindGeek knowingly received or distributed child pornography, as defined under 18 U.S.C. § 2256(8), including, but not limited to, photographs and videos of Serena Fleites and Jane Doe Nos. 1-13, who were all minors was a minor at the time the photographs and videos were taken, via their websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252A(a)(2).

412. 529. MindGeek knowingly reproduced child pornography, as defined under 18 U.S.C. § 2256(8), including, but not limited to, photographs and videos of Serena Fleites and Jane Doe Nos. 1-13, who were all minors was a minor at the time the photographs and videos were taken, via their websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252A(a)(3)(A).

413. 530. MindGeek knowingly advertised, promoted, presented, distributed, or solicited visual depictions of actual minors engaging in sexually explicit conduct, as defined under 18 U.S.C. § 2256(2)(A), including, but not limited to, photographs and videos of Serena Fleites and Jane Doe Nos. 1-13, who were all minors was a minor at the time the photographs and videos were taken, via their websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252A(a)(3)(B).

414. 531. MindGeek knowingly sold or possessed with intent to sell child pornography, as defined under 18 U.S.C. § 2256(8), including, but not limited to, photographs and videos of Serena Fleites and Jane Doe Nos. 1-13, who were all minors was a minor at the time the photographs and videos were taken, via their websites which affected interstate or foreign commerce in violation of 18 U.S.C. § 2252A(a)(4).

1  415.  532. MindGeek knowingly possessed child pornography, as defined
2  under 18 U.S.C. § 2256(8), including, but not limited to, photographs and videos of
3  Serena Fleites and Jane Doe Nos. 1-13, who were all minors was a minor at the time
4  the photographs and videos were taken, via their websites which affected interstate
5  or foreign commerce in violation of 18 U.S.C. § 2252A(a)(5).  Moreover, even when
6  MindGeek was forced to take down illegal content in response to a legal requests,
7  rather than delete the materials it was not legally allowed to possess or redistribute, it
8  claimed to have stored all the data on its servers and periodically would reupload that
9  content or push it to affiliate sites so that it could continue to generate traffic and
10 corresponding revenue.

11   416.  In addition, the MindGeek Defendants duplicated and distributed new
12 child pornography depicting Plaintiff by creating and hosting new "thumbnail"
13 images from existing videos of Plaintiff.

14   417.  MindGeek's knowledge of the CSAM nature of the videos depicting
15 Plaintiff can readily be inferred from the title of the video—"13-Year Old Brunette
16 Shows Off For The Camera"—as well as the hundreds of public comments
17 associated with that video indicating that Plaintiff was clearly a minor.  Moreover,
18 even after Plaintiff told Pornhub directly that the video was child pornography, it still
19 took almost one month before the MindGeek Defendants removed the video, during
20 which time the video was viewed and downloaded by multiple users, facilitating
21 future uploads of the video.  Additionally, each time Plaintiff discovered that the
22 video had been reuploaded to Pornhub, she again informed Pornhub that the video
23 was child pornography and, each time, Pornhub still waited weeks to remove the
24 video.

25   418.  533. Serena Fleites and Jane Doe Nos. 1-13 have has suffered substantial
26 physical, psychological, financial, and reputational harm as well as other damages as
27 a result of MindGeek's violations of 18 U.S.C. §§ 2252A.

28

COMPLAINT

419. 534. MindGeek's conduct was malicious, oppressive, or in reckless disregard of Serena Fleites and Jane Doe Nos. 1-13's rights' rights, and Serena Fleites and Jane Doe Nos. 1-13 areis entitled to injunctive relief, compensatory and punitive damages, and the costs of maintaining this action. 18 U.S.C. § 2252A(f).

## COUNT VII

### (Violation of 18 U.S.C. § 1962(c))

### (Against All Defendants)

420. 535. Plaintiffs incorporatePlaintiff incorporates by reference and reallegerealleges each and every allegation set forth above, as though fully set forth herein.

421. 536. At all relevant times, each Defendant is a person within the meaning of 18 U.S.C. § 1961(3).

422. 6. Since at least 2007 through the present (the "Scheme Period"), Defendants and enterprise members were associated in fact and comprised an "enterprise" within the meaning of 18 U.S.C. §§ 1961(4) and 1962(c) willfully and with actual knowledge of the illegality of their actions and those of the Enterprise. The MindGeek Enterprise is engaged in, and its activities affect, interstate and foreign commerce.

423. 537. The MindGeek Enterprise was comprised of aconsisted of the numerous MindGeek Entity Defendants as well as the network of sham shell entities throughout the world, the vast majority of which existed solely as vehicles through which to execute the Enterprise's rackets and scams and evade taxes. These sham entities were directed and controlled by; the MindGeek executives, including defendants Bernd Bergmair, Feras Antoon, and Corey Urman, who were in turn controlled by andDavid Tassillo, and other members of the Bro-Club that directed byand controlled the network of sham shell companies; MindGeek's financiers, including defendant Bergmair. Defendant Visa participated in the scheme, by inter

175
COMPLAINT

alia, engineering and facilitating; the MindGeek Defendants' "capos" and "soldiers" including those who previously ran tubesites or porn advertising companies that MindGeek used and relied on to solicit and secure trafficked and nonconsensual content; and a network of corrupt credit card companies, including defendant Visa, that engineered and facilitated credit card and financial transactions to siphon off illicit profits and avoid credit card red flags.

424.    The common purpose of the MindGeek Enterprise was to maximize profits for Enterprise members by maximizing the use of trafficked and nonconsensual content, including CSAM, and to do so while deceiving the public into believing that the content was lawful and consensual.

425.    538. The Enterprise has an existence beyond that which is merely necessary to commit predicate acts and, among other things, oversaw and coordinated the commission of numerous predicate acts on an on-going ongoing basis in furtherance of the scheme to enrich itself, which resulted in direct harm to Plaintiffs Plaintiff.

426.    539. During the Scheme Period, each Defendant agreed to and did conduct and participate in the affairs of the Enterprise through a pattern of racketeering activity within the meaning of 18 U.S.C. §§ 1961(1) and (5), and 1962(c).  To maximize MindGeek's SEO and profits, the Enterprise (a) recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and/or solicited members furthered the Enterprise's common purpose by, among other things, (a) recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining, patronizing, and/or soliciting persons, including plaintiffs Plaintiff, that it knew or should have known had not attained the age of majority at the time of the commercial sex act and/or were caused to engage in commercial sex acts through force, threats of force, fraud or coercion, or any combination thereof; (b) paid for, populated the website paying for, populating

MindGeek's tubesites with, and separately ~~profited~~profiting from content produced through human trafficking and slavery and pirated copyright materials; (c) knowingly ~~possessed and distributed~~possessing and distributing child pornography; (d) ~~used~~using the mails and wires in furtherance of a scheme to deceive the public that MindGeek was a technology company and engaged in legitimate business; and (e) ~~engaged~~engaging in money laundering, criminal copyright piracy, internet hacking, bank and creditor fraud, and tax evasion, (f) ~~permitted~~permitting known criminal organizations to steal customer credit card and personal identifying information, commit credit card fraud, and blackmail customers; (g) ~~defrauded~~defrauding MindGeek advertisers, marketers, and other third-parties; (h) ~~evaded~~evading taxes and ~~laundered~~laundering monies by "bleeding" value out of the organization to the Bro-Club and other Enterprise members via sham investments and expenses; and (i) ~~paid~~paying for and ~~executed~~executing blackmail, extortion, harassment, defamation, and hacking against those the Enterprise viewed as a threats. This scheme was intended to, and did in fact, result in substantial profits for the members of the Enterprise and caused direct harm to ~~Plaintiffs~~countless victims, including Plaintiff.

427.   Each of the Enterprise members furthered the Enterprise's common purpose in myriad ways.  For example, the MindGeek Defendants furthered the Enterprise's common purpose by, *inter alia*, purchasing trafficked and other nonconsensual content from third-party traffickers and uploading that content to MindGeek tubesites and sharing revenue with numerous other sex traffickers; and modifying the titles and tags of user-uploaded content that bore clear indicia of illegality to scrub obvious red flags but to optimize titles, tags, and descriptions so that the videos could be more easily found and suggested to users searching for that type of illegal conduct.

428.   Defendants Antoon, Urman, Tassillo, and other Bro-Club members

177

COMPLAINT

furthered the Enterprise's common purpose by, *inter alia*, directing the scheme to purchase trafficked and nonconsensual content in bulk; directing MindGeek finance personnel to disregard clear trafficking red flags, such as where numerous ostensibly independent cam models were being paid through a single account; orchestrating the complex shell game to facilitate and mask criminal conduct, insulate the Enterprise members from civil and criminal liability, and to launder illicit profits to Enterprise members and evade taxes; and by providing false testimony to the Canadian House of Commons concerning the nature of the content on MindGeek's tubesites and MindGeek's safeguards to screen out and remove nonconsenual and trafficked content.

429.    Defendant Urman also furthered the Enterprise's common purpose by making numerous other false public statements concerning the nature of the content on MindGeek's tubesites and MindGeek's safeguards to screen out nonconsensual and trafficked content; and by closely controlling and sometimes personally participating in public false messaging and smearing and doxing campaigns against those who have made public allegations concerning the nonconsensual content on MindGeek's tubesites.

430.    Defendant Bergmair furthered the Enterprise's common purpose by, *inter alia*, orchestrating the façade of a "clean wash" of MindGeek and portraying it publicly to European authorities as a company committed to best practices and technology to ensure the business was free of illegal content and activities.  At the time of this misleading messaging, Bergmair had full awareness, after conducting extensive due diligence, of the fraudulent international corporate structure through which MindGeek conducted its illicit business.

431.    The Bergmair Doe Defendants furthered the Enterprise's common purpose by providing the critical financing used to facilitate the MindGeek Enterprise's illicit activities.  These shadowy international financiers are the ultimate

178

COMPLAINT

puppet masters of the Enterprise, and were fully aware of the legally dubious nature of the business they owned and ran and of the fraudulent international corporate structure through which MindGeek conducted its illicit business.

432.   Visa furthered the common purpose of the Enterprise by, *inter alia*, engineering and facilitating credit card and financial transactions to siphon off illicit profits and avoid credit card red flags, such as accounts from known trafficking regions and where payments from large numbers of purportedly independent cam models were being deposited into a single account, in spite of its knowledge about the nature of the content on MindGeek's tubesites.

433.   Visa also furthered the common purpose of the Enterprise by making at least two misrepresentations to the public.  First, Visa—knowing that Pornhub and MindGeek's other tubesites were awash with unlawful and nonconsensual content, including CSAM—made a public statement misrepresenting that it categorically prohibited transactions involving child pornography and human trafficking, that it only permitted transactions for the purchase and sale of lawful products and services, and that it works with its coalition partners to identify potentially illegal merchants or illegal activities and bar them from the Visa network.  Second, after being confronted with yet additional information concerning the illegal content on MindGeek's tubesites, Visa responded with a letter suggesting that changes to laws were necessary and that Visa was simply maintaining a neutral stance under the law—thereby falsely implying once again that MindGeek's content was lawful and legitimate under current laws, which Visa knew was not true.

434.   The other corrupt payment processors of the MindGeek Enterprise furthered the common purpose of the Enterprise by assisting with the Enterprise's money laundering activities and masking fraudulent transactions from banking scrutiny, in exchange for payment of exorbitant fees.

435.   540. The Enterprise's racketeering conduct and acts in furtherance of

179
COMPLAINT

the scheme and the Enterprise's common purpose included, but were not limited to, the predicate RICO acts of: (a) sex trafficking in violation of 18 U.S.C. § 1591; (b) sexual exploitation of children in violation of 18 U.S.C. § 2252; (c) money laundering of illicit proceeds in violation of 18 U.S.C. § 1957; (d) use of mails and wires in a scheme to defraud the public in violation of 18 U.S.C. §§ 1341 and 1343, as set forth in 18 U.S.C. § 1961(1)(B); and (e) criminal infringement of a copyright in violation of 18 U.S.C. § 2319.

(i)    **Sex Trafficking, including of ~~Plaintiffs~~Plaintiff, in violation of the Trafficking Victims Protection Act**

436. ~~541.~~ As set forth herein, the Enterprise recruited, funded, solicited, produced, advertised, edited, distributed, and monetized sex trafficking and other illegal materials. Moreover, these materials were then formatted by enterprise member shell companies that MindGeek had financial interests in, promoted on Pornhub and pushed to MindGeek's affiliated sites.

437. ~~542.~~ Defendants knew and intended the violations of Section 1591(a). By way of example only, MindGeek executives travelled to a warehouse where they witnessed many young women crammed into adjoining studio halls "like livestock" to perform on camera.  MindGeek paid sex traffickers because it was cheaper than producing consensual pornography. One Enterprise member rationalized, "we don't need to pay studios in the US, low paid pimps come to us."  The full scope of the Enterprise's violations of Sections 1591 are set forth in ~~Count~~Counts I through III which ~~is~~are fully incorporated here.

438. ~~543.~~ Moreover, as set forth herein, in furtherance of this scheme, the Enterprise intentionally disregarded adequate age and consent verification controls. To the contrary, the Enterprise intentionally solicited CSAM and sex trafficked materials and other illegal content, directed sex traffickers on how to post their content to maximize the traffic and avoid removal of their videos from MindGeek's

tubesites, monitored and modified effective content, and reuploaded content both to
Pornhub and to MindGeek's affiliate sites.  While MindGeek publicly claims to
moderate and review every video before it was posted, it in fact, it employs only a
handful of untrained contractors which who serve as formatters, not moderators, and
whose true roles are to optimize search engines, traffic, and clicks so that the
Enterprise can maximize revenues.

439. 544. In furtherance of this objective, the Enterprise intentionally
developed a system of permissible code words for video and photograph titles to
create a lucrative marketplace for videos of sexual assaults of both minors and adults,
including the CSAM videos of Plaintiff.  The Enterprise intentionally used an upload
process that would not filter illegal content.  The Enterprise permitted and promoted
videos and photographs depicting the sex abuse and sex trafficking of children on its
tubesites by, among other things, directing the Enterprise's global network of sex
traffickers to title their videos using codewords in the video titles, such as "young
teen," "abused teen," "super-young teen," "barely legal," and "exploited teen."

440. 545. The Enterprise also promoted and advertised from videos depicting
sexual assault by, among other things, suggesting that the Enterprise's global
network of sex traffickers use titles such as "Screaming teen gets pounded," "barely
legal getting choked," or "F***ed Sleeping Schoolgirl after a Drunk Party."
(Asterisks added). While MindGeek alleges to filter videos with titles containing
"rape" or "underage," videos with "r**e" or "unde***e" in the title were permitted.
Similarly, MindGeek personnel permitted the upload of the CSAM video of Plaintiff
with a title that clearly indicated that Plaintiff was thirteen years old in the video.

441. 546. The foregoing activities constitute violations of 18 U.S.C. § 1591
and § 1595 which makes it illegal to recruit, entice, harbor, transport, provide,
obtain, advertise, maintain, patronize and/or solicit persons, including
Plaintiffs Plaintiff, that it knew or should have known had not attained the age of

181
COMPLAINT

1  majority at the time of the commercial sex act and / or were caused to engage in

2  commercial sex acts through force, threats of force, fraud or coercion, or any

3  combination thereof and violated 18 U.S.C. § 1591 and § 1595 or benefit from a

4  venture engaged in any of the foregoing activities.

5  442. 547. MindGeek and its global network of sex traffickers and financial

6  partners profited from the vast criminal sex trafficking enterprise and its violations of

7  Sections 1591 and 1595 through, among other means, advertising revenue and

8  premium subscription fees, and credit card processing fees.

9  (ii)  **Sexual Exploitation of Children, including ~~Plaintiffs~~Plaintiff,**

10  **in violation of 18 U.S.C. § 2252**

11  443. 548. In furtherance of the Enterprise's sex trafficking scheme,

12  MindGeek and its global network of sex traffickers knowingly committed

13  innumerable violations of 18 U.S.C. § 2252 by knowingly possessing and

14  distributing visual depictions involving the use of a minor engaging in sexually

15  explicit conduct, including the CSAM videos of Plaintiff. The Enterprise's use of

16  coded language and its inadequate age and consent verification policy facilitated the

17  solicitation of sexually explicit conduct of minors.

18  444. 549. MindGeek has publicly stated that it never permanently deleted

19  child pornography videos that were removed from its tubesites. Instead, MindGeek

20  unlawfully retained these videos on its servers so that it could later reupload the

21  videos onto its tubesites to drive search term optimization, traffic, and increase

22  revenues.  Moreover, even when MindGeek was made aware of illegal content on its

23  sites, it merely disabled the content and did not remove or delete it so that it could

24  continue to generate traffic and revenue from that illegal material.  Thus, it continued

25  to remain in possession of the illegal content.  It also was regularly reuploaded these

26  illegal materials to Pornhub and other MindGeek affiliated sites.

27  445. 550. Enterprise members, including MindGeek, knowingly transported,

28

1  received, distributed, sold, and possessed with the intention to sell visual depictions

2  of minors engaging in sexually explicit conduct, as defined under 18 U.S.C. §§

3  2256(2)(A), including but not limited to, photographs and videos of Serena Fleites

4  and Jane Doe Nos. 1-13, who were all minors was a minor at the time the

5  photographs and videos were taken, via its websites which affected interstate or

6  foreign commerce in violation of 18 U.S.C. § 2252(a).  MindGeek solicited such

7  content from the Enterprise's network of sex traffickers and distributed the content

8  for profit on its tubesites.

9          (iii)   **Use of mails and wires in furtherance of a scheme to defraud**

10                 **MindGeek's customers.**

11      446.   551.  It was the purpose of the Enterprise to deceive the public,

12  government, and its users that MindGeek was the world's leading technology

13  companies providing cutting edge SEO and online and marketing data services.  The

14  Enterprise expended substantial resources and effort ensuring that its tubesites had

15  all the indicia of legitimate internet media websites, including a polished appearance,

16  comprehensive terms of service, policies, and customer service functions, and

17  multiple layers of interaction.  But these public images were a fraudulent front for a

18  platform through which the Enterprise ran its rackets and schemes.

19      447.   552.  In furtherance of its fraudulent scheme, MindGeek used the mails

20  and wires to, by way of example only, (a) pay and communicate with its network of

21  sex traffickers in Eastern Europe and Asia, (b) upload and reupload videos that it

22  knew contained CSAM, sex trafficking materials, sexual assault and exploitation

23  materials and other illegal content, and (c) push this content to all of its partner sites.,

24  (d) use the elaborate network of sham shell companies to mask payments to sex

25  traffickers in Eastern Europe and Asia to purchase trafficked content, and (e) issue

26  numerous public misrepresentations in furtherance of this scheme, including, *inter*

27  *alia*, false testimony before the Canadian House of Commons by Antoon and

28

1  Tassillo; false statements made by Urman in an email to the Sunday Times;

2  additional false statements made by Urman in another email to the media; and Visa's

3  public statements falsely suggesting, despite Visa's knowledge to the contrary, that

4  MindGeek's content was lawful and legitimate under current laws.

5     448.   553. As set forth herein, the Enterprise members knew solicited,

6  recruited, produced, funded, distributed, monetized, and reuploaded images of

7  minors, rape, sexual assault, trafficking, and other illegal content, including of

8  Plaintiffs Plaintiff.  In an unknown number of wire transactions and communications,

9  each of which consists of an independent predicate act of wire fraud.

10    449.   554. MindGeek paid sex traffickers in Eastern Europe and Asia to

11  produce illegal content as part of the Enterprise's fraudulent scheme.

12    450.   555. Further, when a sex trafficking victim, despite MindGeek's best

13  efforts, was actually successful in removing a video from MindGeek's tubesites, the

14  Enterprise chose to keep the video in its archives, so that the Enterprise could

15  reupload the video at some later point.  An eyewitness explained that previously

16  removed content "would be provided to employees on disk and they would be

17  instructed to reupload those videos from non-MindGeek computers using specific

18  email addresses that would allow the uploads to bypass MindGeek's purported

19  'fingerprinting' of removed videos."  Each and every time that an Enterprise member

20  reuploaded a video that it knew contained CSAM or images of sex trafficking

21  constitutes an independent predicate act of wire fraud, as the Enterprise reuploaded

22  these videos to further its fraudulent scheme.

23    451.   556. Additionally, MindGeek made an unknown number of

24  misrepresentations in email communications to Plaintiffs and other victims of sex

25  trafficking who sought to remove videos from MindGeek's tubesites.  MindGeek

26  purposely stalled these victims to make it extremely difficult to remove these videos

27  and keep them online as long as possible and to continue to defraud the victims and

28

the public that it was a legitimate business.  The total number of such communications, which each constitute an independent act of wire fraud, is not yet known, members of the Enterprise engaged in the following email communications with Plaintiffs as set forth in Table A.

**TABLE A**

| ADDITIONAL MAIL AND WIRE COMMUNICATIONS | | | | |
|---|---|---|---|---|
| **Author** | **Recipient** | **Date** | **Content** | **Method** |
| Pornhub Support | Jane Doe No. 16 | 1/3/2016 | [PORNHUBHELP #GNO-800-11164]: I need my video removed immediately I am being harassed badly | Email |
| Pornhub Support | Jane Doe No. 16 | 1/3/2016 | [PORNHUBHELP #MWJ-438-37151]: CONTENT REMOVAL | Email |
| Pornhub Support | Former Jane Doe No. 21 in this case | 1/5/2016 | [PORNHUBHELP #EXP-485-90140]: Removing a amateur video | Email |
| Pornhub Support ("Tanya") | Former Jane Doe No. 31 in this case | 3/2/2018 – 3/6/2018 | 3/6/2018 Email from "Tanya" refusing to provide information requested by Former Jane Doe No. 31 requesting "information to determine who consented to this video being uploaded on your site."  The email from "Tanya" instead directed Former Jane Doe No. 31: "For any inquiries about the personal information of Pornhub community members, please have | Emails and Chats with Pornhub Support |

| | | | | |
|---|---|---|---|---|
| | | | authorities contact us directly at support@pornhub.com." Re: [Pornhub] Re: CONTENT REMOVAL<br><br>[Reference # 288136] | |
| Pornhub Support ("Brett Hall") | Former Jane Doe No. 31 in this case | 3/5/2018 – 3/8/2018 | 3/6/2018 Email in which "Brett Hall" asks Former Jane Doe No. 31 in this action: "Are you the female in the video?  How do you know this is you"<br><br>Emails from 3/7/2018 and 3/8/2018 in which "Brett Hall" informs Former Jane Doe No. 31 that her video was "only removed from Pornhub" in response to Former Jane Doe No. 31's request for "what other sites feed into and out of Pornhub so that I know which sites to look at to see if it is loaded on their site as well"<br><br>Re: [Pornhub] Re: CONTENT REMOVAL<br><br>[Reference # 290639] | Emails and Chats with Pornhub Support |
| Copyright@pornhub.com | Jane Doe No. 17 | 8/20/2018 | DMCA Remove this video immediately please | Email |

186

COMPLAINT

| | | | | |
|---|---|---|---|---|
| Pornhub Support ("Tanya") | Former Jane Doe No. 2 in this case | 12/14/2018 – 7/4/2019 | Re: [Pornhub] Re: FEEDBACK: Message from [Jane Doe No. 2]12/14/2018 Email in which "Tanya" tells Former Jane Doe No. 2 the following with respect to her request that Pornhub take down the CSAM video of her: "Please provide us with the link to the videos and/or pictures in order for us to remove them." 7/2/2019 Email in which "Tanya" tells former Jane Doe No. 2 with respect to her CSAM video on Pornhub: "In order to locate and remove the content, we require more information.  The quickest way is with the link to the video." | Email and Chats with Pornhub Support |
| Pornhub Support ("Brett HullHall") | Former Jane Doe No. 2 in this case | 1/9/2019 – 9/8/2019 | Re: [Pornhub] Re: CONTENT REMOVAL8/5/2019 Email in which "Brett Hall" tells Former Jane Doe No. 2 with respect to repeated uploads of her CSAM video to Pornhub: "It's a violation of our terms of service to upload content without consent and permission of all parties.  To prevent further uploads of this | Email and Chats with Pornhub Support |

187

COMPLAINT

|  |  |  | video to our website, please consider fingerprinting it with Vobile, a third party provider of a database against which every content uploaded to Pornhub is scanned." |  |
|---|---|---|---|---|
| Pornhub Content Partner Team ("Jonny") | Former Jane Doe No. 28 in this case | 4/4/2019 | Pornhub] Re: CONTENT REMOVAL [Reference # 691760] | Email |
| Pornhub Support ("Tanya") | Former Jane Doe No. 33 in this case | 4/29/2019 - 4/30/2019 | [Pornhub] Pending request: CONTENT REMOVAL 4/29/2019 Email From "Tanya" instructing Former Jane Doe No. 33 to "[p]lease provide us with the link to the videos and/or pictures in order for us to remove them" even after Former Jane Doe No. 33 had already told Pornhub Support "I'm not sure if [sic] the URL." | Emails |
| Copyright@pornhub.com | Jane Doe No. 17 | 7/15/2019 | DMCA | Email |
| Copyright@pornhub.com | Jane Doe No. 17 | 7/15/2019 | []PORNHUBDMCA #ECU-455-43163]: DMCA | Email |
| Pornhub Copyright ("Jenn") | Former Jane Doe No. 28 in this case | 8/9/2019 | [Pornhub] Re: Revenge Porn [Reference # 918779] | Emails |
| Pornhub Support ("Frankie") | Former Jane Doe No. 29 in this case | 4/9/2020 – 4/16/2020 – 4/14/2020 | "[Pornhub] Re: CONTENT REMOVAL" [Reference | Emails and Chats with Pornhub Support |

188
COMPLAINT

| | | | #1472369]4/9/2020 Email from "Frankie" falsely informing Former Jane Doe No. 29: "The videos have been removed." Former Jane Doe No. 29 responded two days later: "The videos have not been removed, I can click on each link and still see them!!"<br><br>4/14/2020 Email from "Frankie" informing Former Jane Doe No. 29 that "[w]e have reinstated the videos" because "[t]he Model has provided the necessary 2257 documentation and your IDs." | |
|---|---|---|---|---|
| Copyright@pornhub.com | Jane Doe No. 17 | 4/23/2020 | []PORNHUBDMCA #ECU-455-43163]: DMCA | Email |
| Pornhub Support | Former Jane Doe No. 3 in this case | 5/29/2020 | Thank you for contacting5/29/2020 Email from Pornhub Support [Reference #1644158]indicating that "[w]e are currently experiencing a delay in responses due to an increase in volume." | Email |
| Pornhub Support ("Tanya") | Former Jane Doe No. 3 in this case | 5/27/2020 | [Pornhub] Re: CONTENT REMOVAL5/27/2020 Email from "Tanya" to Former Jane Doe No. 3 providing, in pertinent | Email |

189

COMPLAINT

| | | | | |
|---|---|---|---|---|
| | | | part: "[T]he video will be removed.  We have taken it upon ourselves to fingerprint the content with Vobile on your behalf.  This should effectively block future uploads of the video.  Please note that we offer no guarantee . . . Furthermore we recommend that you educate yourself on [Vobile's] services and the limitations of digital fingerprinting technology." | |
| Pornhub Support ("Joan") | Former Jane Doe No. 3 in this case | 6/3/2020 | [Pornhub] Re: Questions pertaining to my exploitation6/3/2020 Email in which "Joan" states, in pertinent part, "one of our most important responsibilities is not only keeping our platform free of illegal material, but helping to protect against the dissemination of online child sexual abuse material.  We do not tolerate any behaviour or content that features, let alone exploits children online. . . . We have a strict zero-tolerance policy toward such content and our enforcement of that | Email |

190
COMPLAINT

| | | | | |
|---|---|---|---|---|
| | | | policy includes, amongst other things, the use of several advanced industry technological tools such as PhotoDNA (to help protect against the upload of photos that constitute and/or feature known child sexual abuse material), CSAI Match (to help protect against the upload of videos that constitute and/or feature known child sexual abuse material), and MediaWise by Vobile (a fingerprinting technology that allows user generated content sharing platforms, like Pornhub, to mark identified violative content to help protect against future uploads of that same content on their respective platforms). We also report all identified apparent child pornography to the NCMEC (the National Centre for Missing and Exploited Children)." . | |
| Pornhub Support ("Marie-Frederique" and "Janie") | Former Jane Doe No. 29 in this case | 12/5/2020 – 12/6/2020 | ~~Takedown Request [Reference # 2076777]~~12/5/2020 Email from "Marie-Frederique" to Former Jane Doe No. 29 | Chats with Pornhub Support |

191
COMPLAINT

explaining the following with respect to Former Jane Doe No. 29's takedown request: "[W]e need some more information for you. Can you please clarify the reason for the removal?"

12/6/2020 Email from "Janie" to Former Jane Doe No. 29 stating, in pertinent part: "Please be aware that we consider it a serious violation of our terms of service to upload content without the consent and permission of all parties featured in the content in question. We take seriously our commitment to protecting the safety of our users and integrity of our platform." The email also explained that, although the videos had ostensibly been fingerprinted with Vobile and that "[t]his should effectively block future uploads of the content," Pornhub "offer[red] no guarantee . . . We strongly recommend that you take some time to fully learn about Vobile's services and the

192
COMPLAINT

| | | | limitations of digital fingerprinting technology." | |
|---|---|---|---|---|

452. 557. Further, MindGeek worked hard to conceal and suppress the truth about its business model was an Enterprise based on racketeering and a criminal scheme to shame, discredit, intimidate, and silence victims, including through public statements on Twitter, Instagram, and other electronic platforms that use the wires.

453. Defendants engaged in the above-referenced conduct with the intent to deceive the public into believing that the content was lawful and consensual.

454. This false façade played on the general public's misunderstanding that because users were not operating on the dark web, but on Pornhub, the content was consensual and legal. Upon information and belief, members of the public relied upon Defendants' fraud to access content that was CSAM or trafficked content, including the videos of Plaintiff and content that required payment to access, as well as to purchase products or service that were advertised alongside that nonconsensual or illegal content.

(iv) **Money Laundering**

455. 558. In furtherance of the Enterprise's sex trafficking scheme and campaign to defraud, the Enterprise knowingly engaged in monetary transactions involving illicit proceeds in excess of $10,000 derived from its sex trafficking of Plaintiffs Plaintiff.

456. 559. As detailed herein, the Enterprise created a labyrinth of shell companies with no purpose, existence, or operations on a daily and monthly basis, not only to mask the Enterprise's criminal conduct, but to launder money to other Enterprise members. As set forth herein, the Enterprise deposited, withdrew, transferred, or exchanged funds in or affecting interstate or foreign commerce to a financial institution. MindGeek used its byzantine, multi-national financial and corporate structure to evade taxes and execute scams. Despite generating hundreds

of millions of dollars of revenue annually, MindGeek effectively pays no taxes anywhere.  No one jurisdiction can effectively investigate this tax evasion because the sham shell companies are too numerous and are too dispersed across so many jurisdictions.    MindGeek used its network of sham entities to launder money and pay other Enterprise members, resulting in net operating losses for MindGeek but substantial compensation for other Enterprise members.

457.  560. In thousands of transactions, MindGeek shared and distributed the Enterprise's profits among its global network of sex traffickers.  By way of example only, to simulate "user" uploaded content, MindGeek paid third parties, including Enterprise affiliates, MindGeek partner channels, and a network of other entities, to receive, format, and upload sex trafficking content to MindGeek's tubesites.  These transactions were structured so that the entities that made direct payments to sex traffickers and other business partners under investigation were shell entities far removed from the main MindGeek corporate entities with no invoice or paper trail

458.  561. MindGeek and its network of sex traffickers knew that these funds were derived from the Enterprise's racketeering activity, including sex trafficking, sexually exploitation of children, and mail and wire fraud.

*        *        *

459.  562. Each of the predicate acts referred to in the preceding paragraphs was carried out for the purpose of executing the Enterprise's fraudulent scheme and furthering the Enterprise's common purpose, and as set forth herein, defendants and enterprise members engaged in such acts with the specific intent of furthering that scheme willfully and with knowledge of its falsity. Each Defendant performed or participated in the performance of at least two of the predicate acts.

460.  563. The conduct and actions set forth herein were related to each other by virtue of: (a) common participants; (b) a common victim or victims; (c) the common purpose and common result.

COMPLAINT

461.    ~~564.~~ Defendants' activities were interrelated, not isolated, and involved a calculated series of repeated violations of the law in order to conceal and promote fraudulent activity. The Enterprise has existed with the current members and others as yet unknown since at least 2007, and the conduct and activities have continued as of the date of this Complaint.

462.    Each of the Defendants conducted the Enterprise by playing at least some part in directing the Enterprise's affairs by engaging in the conduct set forth herein, including, *inter alia*, the conduct undertaken by each Defendant to further the common purpose.

463.    ~~565.~~ Defendants' direct and indirect participation in the Enterprise's affairs through the pattern of racketeering and activity described herein constitutes a violation of 18 U.S.C. § 1962(c).

~~566.~~ As a direct and proximate cause of defendants' violations of 18 U.S.C. § 1962(c), ~~Plaintiffs have~~ Plaintiff has sustained damage to ~~their~~ her business and property, including injury by reason of the predicate acts constituting the pattern of racketeering activity set forth above that was not only foreseeable but intended and an objective of the predicate activity.

464.    ~~567. Plaintiffs'~~ Plaintiff's damages include, but are not limited, to costs incurred to remove ~~non-consensual~~ nonconsensual, sexually explicit videos and photographs ~~of themselves~~ from MindGeek's websites, including attorney's fees, consulting fees, and ~~copyright fees; termination of employment and~~ other lost income; deprivation of employment opportunities; and loss of ~~their~~ her image.  The Enterprise's misappropriation and misuse of ~~Plaintiffs'~~ Plaintiff's images damaged the commercial value of ~~Plaintiffs'~~ Plaintiff's image.  Further, the Enterprise received an improper financial benefit in the form of advertising revenue sold based on views of pornographic videos containing ~~Plaintiffs'~~ Plaintiff's image, which were hosted on and reuploaded to MindGeek's tubesites without ~~Plaintiffs'~~ Plaintiff's consent.

465. 568. As a result of the violations of 18 U.S.C. § 1962(c), Plaintiffs have Plaintiff's has suffered damages in an amount to be proven at trial. Plaintiffs are Plaintiff is entitled to recover from Defendants the amount in which they have she has been damages damaged, to be trebled in accordance with 18 U.S.C. § 1964(c), together with interest, costs, and attorneys' fees incurred by reason of the Enterprise's violations of 18 U.S.C. § 1962(c), and disgorgement of Defendants' illicit proceeds. Plaintiffs are Plaintiff is also entitled to an injunction against future misuse of their her image.

**COUNT VIII**

**(Violation of 18 U.S.C. § 1962(a))**

**(Against All Defendants)**

569. Plaintiffs incorporate by reference and reallege each and every allegation contained above, as though fully set forth herein.

570. The Enterprise is an "enterprise" within the meaning of 18 U.S.C. §§ 1961(4) and 1962(a), which was engaged in, or the activities of which affected, interstate and/or foreign commerce.

571. As set forth herein, the Enterprise is comprised of a network of sham shell entities throughout the world, the vast majority of which existed solely as vehicles through which to execute the Enterprise's rackets and scams and evade taxes. These sham entities were directed and controlled by MindGeek executives, including defendants Bernd Bergmair, Feras Antoon, and Corey Urman, who were in turn controlled by and directed by MindGeek's financiers, including defendant Bergmair. Defendant Visa participated in the scheme, by inter alia, engineering and facilitating credit card and financial transactions to siphon off illicit profits and avoid credit card red flags.

572. The Enterprise has an existence beyond that which is merely necessary to commit predicate acts and, among other things, oversaw and coordinated the

196

COMPLAINT

commission of numerous predicate acts on an on-going basis in furtherance of the
scheme to enrich itself, which resulted in direct harm to Plaintiffs.

573. It was the purpose of the Enterprise to (a) solicit, entice, and recruit users
to upload to MindGeek's tubesites videos and photographs of sexually explicit
conduct, including of children and adults engaging in non-consensual sex acts and
non-consensual posting of sex acts, (b) knowingly benefit from thousands of such
videos and photographs posted to MindGeek's tubesites, (c) knowingly possess and
distribute child pornography, and (d) misrepresent and fraudulently deceive its
customers that MindGeek sold videos of consensual sex when the Enterprise
members knew that videos of rape, child pornography, and sex trafficking were
prevalent on its tubesites.

574. The Enterprise's conduct and acts in furtherance of its illegal sex-
trafficking scheme, include but are not limited to the predicate RICO acts of: (a) sex
trafficking in violation of 18 U.S.C. § 1591; (b) sexual exploitation of children in
violation of 18 U.S.C. § 2252; (c) money laundering of illicit proceeds in violation of
18 U.S.C. § 1957; and (d) use of mail and wires in a scheme to defraud its customers
by falsely representing that MindGeek's tubesites displayed only consensual
pornography, in violation of 18 U.S.C. §§ 1341 and 1343, as set forth in 18 U.S.C. §
1961(1)(B).

575. In conducting the affairs of the Enterprise, Defendants used and invested
income that was derived from the pattern of racketeering activity, directly or
indirectly, in the operations of the MindGeek Defendants and the Enterprise, which
are entities and an enterprise engaged in, and the activities of which affect, interstate
and foreign commerce, in violation of 18 U.S.C. § 1962(a). Specifically, Defendants
used funds they fraudulently procured through the alleged pattern of predicate acts
to: (a) fund the Enterprise through transfers from MindGeek to its network of sex
traffickers in Eastern Europe and Asia; (b) fund the dissemination of materially false

197

COMPLAINT

1  and fraudulent information used to deceive customers that the content on its websites
2  was legal, consensual, and verified; and (c) fund the expanded attack on Plaintiffs as
3  alleged in this complaint, including but not limited to the use of illicit funds from
4  subscription payments to view child pornography, child sexual abuse material, and
5  other non-consenting content and ad generations related to such material.

6      576. MindGeek used its needlessly complex multi-national financial and
7  corporate structure to evade taxes and execute scams.  Though the company
8  generated hundreds of millions of dollars of revenue annually, MindGeek effectively
9  paid no taxes.  MindGeek used its network of sham entities to launder money and
10  pay other Enterprise members, resulting in net operating losses for MindGeek but
11  substantial compensation for other Enterprise members.

12      577. Accordingly, the racketeering activity consisted of multiple, related acts
13  perpetuated during the Scheme Period that are indictable under 18 U.S.C. § 1591
14  (relating to sex trafficking), 18 U.S.C. § 2552 (relating to child sexual abuse material
15  and child pornography), as well as the other predicate acts alleged herein that are
16  within the scope of 18 U.S.C. §§ 1961(1)(B) and (5).

17      578. As a direct and proximate cause of Defendants violations of 18 U.S.C. §
18  1962(a), Plaintiffs have sustained damage to their business or property, including by
19  reason of the predicate acts constituting the pattern of racketeering activity set forth
20  above.

21      579. Plaintiffs' damages include, but are not limited, to costs incurred to
22  remove non-consensual, sexually explicit videos and photographs of themselves
23  from MindGeek's websites, including attorney's fees, consulting fees, and copyright
24  fees; termination of employment, and other lost income; deprivation of employment
25  opportunities; and loss of their image.  The Enterprise's misappropriation and misuse
26  of Plaintiffs' images damaged the commercial value of Plaintiffs' image.  Further,
27  the Enterprise received an improper financial benefit in the form of advertising

28

1  revenue sold based on views of pornographic videos containing Plaintiffs' image,

2  which were hosted on MindGeek's tubesites without Plaintiffs' consent.

3  580. As a result of the violation of 18 U.S.C. § 1962(a), Plaintiffs have

4  suffered substantial damages in an amount to be proven at trial. Plaintiffs are

5  entitled to recover from Defendants the amount in which they have been damages, to

6  be trebled in accordance with 18 U.S.C. § 1964(c), together with interest, costs,

7  attorneys' fees incurred by reason of the Enterprise's violations of 18 U.S.C. §

8  1962(a), and disgorgement of Defendants' illicit proceeds.

9  **COUNT IX**

10  **(Violation of 18 U.S.C. § 1962(d))**

11  **(Against All Defendants)**

12  466.  581. Plaintiffs incorporate Plaintiff incorporates by reference and

13  reallege realleges each and every allegation contained above, as though fully set forth

14  herein.

15  467.  582. As set forth herein, during the Scheme Period, each Defendant

16  willfully, knowingly, and unlawfully conspired to, and did further the efforts of the

17  Enterprise to, perpetrate the scheme against Plaintiffs Plaintiff and others through a

18  pattern of racketeering activity in violation of 18 U.S.C. §§ 1962(c) and 1962(a).

19  468.  583. In furtherance of the conspiracy, and to effectuate its objectives,

20  each Defendant and Enterprise member agreed that the following predicate acts,

21  among others, would be committed by one or more of the members to the

22  conspiracy: (a) sex trafficking in violation of 18 U.S.C. § 1591; (b) sexual

23  exploitation of children in violation of 18 U.S.C. § 2252; (c) money laundering of

24  illicit proceeds in violation of 18 U.S.C. §1957; and (d) the use of mail and wires in

25  connection with a scheme to defraud users that MindGeek is a legitimate business

26  and that it distributes and monetizes only legal, consensual, and verified content,

27  when in fact MindGeek recruits, solicits, produces, maintains, distributes, and

28

199

COMPLAINT

1   monetizes sex trafficking in violation of 18 U.S.C. §§ 1341 and 1343, as set forth in
2   18 U.S.C. § 1961(1)(B).

3   469. 584. Specifically, the following predicate acts were performed at the
4   direction of, and/or were foreseeable to, Defendants for the purpose of executing the
5   scheme to (a) solicit, entice, and recruit users to upload to MindGeek's tubesites
6   videos and photographs of sexually explicit conduct, including of children and adults
7   engaging in non-consensual nonconsensual sex acts and non-
8   consensual nonconsensual posting of sex acts, (b) knowingly benefit from thousands
9   of such videos and photographs posted to MindGeek's tubesites, (c) knowingly
10  possess and distribute child pornography, and (d) deceive users that MindGeek is a
11  legitimate business.

12  470. 585. It was specifically intended and foreseen by Defendants that the
13  Enterprise would engage in and conduct activities which affected interstate
14  commerce.  Each Defendant was aware of the various racketeering schemes, assented
15  to the efforts of the Enterprise to carry out these acts, and acted in furtherance of the
16  conspiracy.

17  471. 586. The pattern of racketeering consisted of multiple acts of
18  racketeering by each Defendant.  The activities of Defendants were interrelated, not
19  isolated, and were perpetrated for the same or similar purposes by the same persons.
20  These activities extended for several years up to the commencement of this action.
21  Defendants' conduct constitutes a conspiracy to violate 18 U.S.C. §§ 1962(a) and
22  1962(ac), in violation of 18 U.S.C. § 1962(d).

23  472. 587. Plaintiffs have Plaintiff has been injured in their her business and
24  property as a direct and proximate cause of Defendants' conspiracy to violate 18
25  U.S.C. § 1962(c) and 1962(a), and the overt acts taken in furtherance of that
26  conspiracy.

27  473. 588. Plaintiffs have Plaintiff has been injured in their her business and
28

1  property as a direct and proximate cause of Defendants' violations of 18 U.S.C. §

2  1692 1962(d), including injury by reason of the predicate acts constituting the pattern

3  of racketeering activity set forth above.

4  474. 589. Plaintiffs' Plaintiff's damages include, but are not limited, to costs

5  incurred to remove non-consensual nonconsensual, sexually explicit videos and

6  photographs of themselves from MindGeek's websites, including attorney's fees,

7  consulting fees, and copyright fees; termination of employment and other lost

8  income; deprivation of employment opportunities; and loss of their

9  image interference with her employment; loss of her image; and costs associated with

10 retaining an investigatory firm to investigate whether any of her videos were still

11 accessible on Pornhub or other pornographic sites and to facilitate takedown

12 requests. The Enterprise's misappropriation and misuse of Plaintiffs'

13 images Plaintiff's image damaged the commercial value of Plaintiffs' Plaintiff's

14 image. Further, the Enterprise received an improper financial benefit in the form of

15 advertising revenue sold based on views of pornographic videos containing

16 Plaintiffs' Plaintiff's image, which were hosted on MindGeek's tubesites without

17 Plaintiffs' Plaintiff's consent.

18 475. 590. As a result of violations of 18 U.S.C. § 1962(d), Plaintiffs

19 have Plaintiff has suffered substantial damages in an amount to be proven at trial.

20 Plaintiffs are Plaintiff is entitled to recover from Defendants the amount in which

21 they have she has been damaged, to be trebled in accordance with 18 U.S.C. §

22 1964(c), together with interest, costs, and attorneys' fees incurred by reason of the

23 Enterprise's violations of 18 U.S.C. § 1962(d), and disgorgement of Defendants'

24 illicit proceeds.

25

26

27

28

**COUNT ~~X~~XIX**

**(Public Disclosure of Private Facts)**

**(Against The MindGeek Defendants)**

476. ~~591. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

477. ~~592.~~ By maintaining, streaming, distributing, reuploading, and monetizing videos and images of sexually explicit conduct, including ~~non-consensual~~nonconsensual sexual acts and child pornography, of ~~plaintiffs~~Plaintiff on its websites, including but not limited to Pornhub, MindGeek publicly disclosed private facts about ~~plaintiffs~~Plaintiff.

478. ~~593.~~Before this disclosure, the videos and images of ~~non-consensual~~nonconsensual sexual acts and child pornography of ~~plaintiffs~~Plaintiff were private and not known to the public.

479. ~~594.~~The videos and images of sexually explicit conduct, including ~~non-consensual~~nonconsensual sexual acts and child pornography, of ~~Plaintiffs~~Plaintiff made known to the public are highly offensive and objectionable to a reasonable person.

480. ~~595.~~MindGeek disclosed the videos and images of sexually explicit conduct, including ~~non-consensual~~nonconsensual sexual acts and child pornography, of ~~Plaintiffs~~Plaintiff with knowledge that they are highly offensive or with reckless disregard of whether they are highly offensive.

481. ~~596.~~The videos and images of sexually explicit conduct, including ~~non-consensual~~nonconsensual sexual acts and child pornography, of ~~Plaintiffs~~Plaintiff are not of legitimate public concern.

482. ~~597. Plaintiffs have~~Plaintiff has suffered substantial physical, psychological, financial, and reputational harm, as well as other damages, as the

202

COMPLAINT

result of MindGeek's public disclosure of the videos and images of sexually explicit conduct, including ~~non-consensual~~nonconsensual sexual acts and child pornography, of ~~Plaintiffs~~Plaintiff.

483. ~~598.~~ MindGeek's conduct was malicious and/or the MindGeek Defendants acted with the intent to vex, injure, or annoy, or with a conscious disregard of the ~~Plaintiffs' rights and Plaintiffs are~~Plaintiff's rights, and Plaintiff is entitled to injunctive relief, and compensatory and punitive damages.

<h2 style="text-align:center">COUNT ~~XIX~~</h2>

<h3 style="text-align:center">(Intrusion Into Private Affairs)</h3>

<h3 style="text-align:center">(Against The MindGeek Defendants)</h3>

484. ~~599. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

485. ~~600.~~ By maintaining, streaming, distributing, reuploading, and monetizing videos and images of ~~non-consensual~~nonconsensual sexual acts and child pornography of ~~plaintiffs~~Plaintiff on its websites, including but not limited to Pornhub, MindGeek intentionally intruded upon the solitude or seclusion, private affairs or concerns of ~~plaintiffs~~Plaintiff.

486. ~~601.~~ The intrusion was substantial, and of a kind that would be highly offensive to an ordinarily reasonable person.

487. ~~602. Plaintiffs have~~Plaintiff has suffered substantial physical, psychological, financial, and reputational harm, as well as other damages, as the result of MindGeek's intrusion into ~~Plaintiffs'~~Plaintiff's private affairs.

488. ~~603.~~ Because MindGeek has engaged in conduct of an oppressive, fraudulent, and malicious nature, ~~Plaintiffs are~~Plaintiff is entitled to punitive damages.

**COUNT ~~XII~~XI**

**(Placing Plaintiff In False Light)**

**(Against The MindGeek Defendants)**

489. ~~604. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

490. ~~605.~~By maintaining, streaming, distributing, reuploading, and monetizing videos and images of ~~non-consensual~~nonconsensual sexual acts and child pornography of ~~plaintiffs~~Plaintiff on its websites, including Pornhub, MindGeek made a public disclosure of a fact about ~~plaintiffs~~Plaintiff.

491. ~~606.~~The fact disclosed was false and portrayed ~~Plaintiffs~~Plaintiff in a false light.  Namely, ~~Plaintiffs were~~Plaintiff was placed before the public in a false light because viewers and at least some users of the websites, including but not limited to Pornhub, may have, and likely did, believe that ~~Plaintiffs~~Plaintiff voluntarily appeared in the videos and images, willingly engaged in pornography, and made money as "actors" off of the posting of the videos and images.

492. ~~607.~~The false light in which ~~Plaintiffs were~~Plaintiff was placed would be highly offensive to a reasonable person.

493. ~~608.~~MindGeek had knowledge of or acted in reckless disregard of the falsity of the publicized fact and the false light in which ~~Plaintiffs~~Plaintiff would be placed.

494. ~~609.~~As a result of MindGeek's wrongdoing, ~~Plaintiffs have~~Plaintiff has suffered substantial physical, psychological, financial, and reputational harm, as well as other damages.

495. ~~610.~~Because MindGeek has engaged in conduct of an oppressive, fraudulent, and malicious nature, ~~Plaintiffs are~~Plaintiff is entitled to punitive

1  damages.

2  **COUNT ~~XIII~~XII**

3  **(Common Law Misappropriation Of Name And Likeness)**

4  **(Against The MindGeek Defendants)**

5  496.  ~~611. Plaintiffs incorporate~~Plaintiff incorporates by reference and

6  ~~reallege~~realleges each and every allegation contained above, as though fully set forth

7  herein.

8  497.  ~~612.~~By maintaining, streaming, distributing, reuploading, and

9  monetizing videos and images of ~~non-consensual~~nonconsensual sexual acts and child

10  pornography of ~~Plaintiffs~~Plaintiff on their websites, including but not limited to

11  Pornhub, MindGeek appropriated ~~Plaintiffs' identities~~Plaintiff's identity, image,

12  likeness, and pictures.

13  498.  ~~613.~~The appropriation of ~~Plaintiffs' identities~~Plaintiff's identity, image,

14  likeness, and pictures was for MindGeek's own purposes or benefit, commercially or

15  otherwise. MindGeek financially benefitted from these videos and images.

16  499.  ~~614. Plaintiffs~~Plaintiff did not consent to this appropriation.

17  500.  ~~615. Plaintiffs have~~Plaintiff has suffered substantial physical,

18  psychological, financial, and reputational harm, as well as other damages, as the

19  result of MindGeek's appropriation of ~~Plaintiffs' identities~~Plaintiff's identity, image,

20  likeness, and pictures.

21  501.  Plaintiff is entitled to, among other remedies, compensatory and

22  punitive damages, restitution of all amounts to which Defendants have been unjustly

23  enriched as a result of the misappropriation, disgorgement of Defendants' profits

24  from the misappropriation, and injunctive relief.

25

26

27

28

COMPLAINT

**COUNT ~~XIV~~XIII**

**(Misappropriation Of Name And Likeness In Violation of Cal. Civil Code 3344)**

**(Against The MindGeek Defendants)**

502. ~~616. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

503. ~~617.~~ By maintaining, streaming, distributing, reuploading, and monetizing videos and images of ~~non-consensual~~nonconsensual sexual acts and child pornography of ~~Plaintiffs~~Plaintiff on its websites, including by not limited to Pornhub, MindGeek knowingly appropriated ~~Plaintiffs' identities~~Plaintiff's identity, image, likeness, and pictures.

504. ~~618.~~The appropriation of ~~Plaintiffs' identities~~Plaintiff's identity, image, likeness, and pictures was for MindGeek's own purposes or benefit, commercially or otherwise. MindGeek financially benefitted from these videos.

505. ~~619. Plaintiffs~~Plaintiff did not consent to this appropriation.

506. ~~620. Plaintiffs have~~Plaintiff has suffered substantial physical, psychological, financial, and reputational harm, as well as other damages, as the result of MindGeek's appropriation of the ~~Plaintiffs' identities~~Plaintiff's identity, image, likeness, and pictures.

507. Plaintiff is entitled to, among other remedies, compensatory and punitive damages, restitution of all amounts to which Defendants have been unjustly enriched as a result of the misappropriation, disgorgement of Defendants' profits from the misappropriation, and injunctive relief.

**COUNT ~~XV~~XIV**

**(Distribution Of Private Sexually Explicit Materials in Violation of California Civil Code § 1708.85)**

**(Against The MindGeek Defendants)**

508. ~~621. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

509. ~~622.~~By maintaining, streaming, distributing, reuploading, and monetizing videos and images of sexually explicit conduct, including ~~non-consensual~~nonconsensual sexual acts and child pornography, of ~~Plaintiffs~~Plaintiff on its websites, including but not limited to Pornhub, MindGeek intentionally distributed videos and images of ~~the Plaintiffs~~Plaintiff.

510. ~~623.~~The distributed material exposed an intimate body part of ~~Plaintiffs~~Plaintiff and/or shows ~~Plaintiffs~~Plaintiff engaged in sexually explicit conduct, including exposure of an intimate body part, or an act of intercourse or oral copulation.

511. ~~624. Plaintiffs~~Plaintiff did not consent to MindGeek's online and widespread distribution of the videos and images depicting ~~them~~her.

512. ~~625. Plaintiffs~~Plaintiff had a reasonable expectation that the material would remain private.

513. ~~626.~~MindGeek knew that the ~~Plaintiffs~~Plaintiff had a reasonable expectation that the material, which constituted CSAM, would remain private.

514. ~~627. Plaintiffs have~~Plaintiff has suffered substantial physical, psychological, financial, and reputational harm, as well as other damages, as a result of MindGeek's intentional distribution of the ~~Plaintiffs'~~Plaintiff's videos and images.

**COUNT ~~XVI~~XV**

**(Negligence)**

**( Against The MindGeek Defendants)**

515. ~~628. Plaintiffs incorporate~~Plaintiff incorporates by reference and ~~reallege~~realleges each and every allegation contained above, as though fully set forth herein.

516. ~~629.~~ MindGeek had a duty to use ordinary care and to prevent injury to ~~Plaintiffs~~Plaintiff.

517. ~~630.~~ By maintaining, streaming, distributing, reuploading, and monetizing videos and images of ~~non-consensual~~nonconsensual sexual acts and child pornography of ~~Plaintiffs~~Plaintiff on its websites, failing to take down videos and images upon request but merely disabling the link, and by reuploading illegal content, among other wrongdoing detailed herein, MindGeek breached the duty of care to ~~Plaintiffs~~Plaintiff.

518. ~~631.~~ MindGeek's breach of its duty of care caused harm to ~~Plaintiffs~~Plaintiff.

519. ~~632. Plaintiffs have~~Plaintiff has suffered substantial physical, psychological, financial, and reputational harm, as well as other damages, as the result of MindGeek's breach of the duty of ordinary care.

**COUNT ~~XVII~~XVI**

~~**(Unjust Enrichment)**~~

~~**(Against All Defendants)**~~

~~633. Plaintiffs incorporate by reference and reallege each and every allegation contained above, as though fully set forth herein.~~

~~634. MindGeek benefitted financially and profited from videos and images depicting Plaintiffs on MindGeek's websites, including, but not limited to, Pornhub, by marketing, selling, and exploiting these videos and images and by permitting~~

208

COMPLAINT

1  users to upload these videos and images without the Plaintiffs' knowledge and
2  consent.

3      635. Visa benefitted financially and profited from videos and images depicting
4  Plaintiffs on MindGeek's websites, including, but not limited to, Pornhub, by
5  receiving transaction fees paid by MindGeek when users used Visa credit cards to
6  pay to view this content without the Plaintiffs' knowledge and consent.

7      636. By profiting from these videos and images, Defendants have become
8  unjustly enriched at the expense of the Plaintiffs in an amount to be determined at
9  trial.

10                          **COUNT XVIII**

11          **(Violation Of Cal. Bus. & Prof. Code §§ 17200 and 17500)**

12                      **(Against All Defendants)**

13      **6.**    7. Plaintiffs incorporatePlaintiff incorporates by reference and realleges
14  each and every allegation set forth above as if fully set forth herein.

15      520.    637. Defendants have engaged in unlawful, unfair, and fraudulent
16  business acts and practices by participating in a venture engaged in trafficking that
17  intentionally produced, recruited, funded, disseminated, and monetized the
18  dissemination of CSAM materials, sex abuse, trafficking content, and other non-
19  consensualnonconsensual content on its site.

20      521.    638. Defendants fraudulently deceived its users that they were
21  monetizing, distributing, and advertising legitimate, legal content, when in fact
22  defendants' websites were riddled with videos of rape, child pornography, sex
23  trafficking, and other non-consensualnonconsensual content, including videos of
24  Plaintiff.  Defendants knowingly had inadequate age and consent verification
25  systems in place that enabled users to upload child pornography to Defendants'
26  websites.  This conduct constitutes an unlawful, unfair, and fraudulent business act
27  and practice.

28

209
COMPLAINT

522.    Defendants profited by selling advertising space to display advertisements alongside Plaintiff's videos, images, and likenesses without her consent.

523.    Defendants profited by featuring Plaintiff's videos, images, and likenesses without her consent to drive user traffic to their websites.

524.    This conduct constitutes an unlawful, unfair, and fraudulent business act and practice.

525.    Plaintiff has a financial interest in the use of her own videos, images, and likeness.

526.    As a result of Defendants' use of Plaintiff's videos, images, and likeness without Plaintiff's consent, Plaintiff has lost money to which she is rightfully entitled.

527.    As a result of Defendants' use of Plaintiff's videos, images, and likenesses without Plaintiff's consent, Plaintiff has suffered financial harm in the form of costs for therapy as well as substantial time away from her work and substantial expense hiring a company to assist her with her efforts investigate the continued dissemination of her videos on Pornhub and facilitate the take downs of her CSAM from MindGeek's tubesites.

528.    Plaintiff seeks restitution of all amounts to which Defendants have been unjustly enriched as a result of their unlawful, unfair, and/or fraudulent acts, and disgorgement of all profits Defendants have made through the unlawful, unfair, and/or fraudulent acts.

529.    639. Plaintiffs arePlaintiff is entitled to preliminary and permanent injunctive relief restraining the Defendants from committing further unfair trade practices and mandating the full disclosure of Defendants' personal and financial interests in causing Plaintiffs'Plaintiff's harm.

COMPLAINT

**COUNT ~~XIX~~XVII**

**(Civil Conspiracy)**

**(Against All Defendants)**

530.   ~~640. Plaintiffs incorporate~~Plaintiff incorporates by reference and realleges each and every allegation set forth above as if fully set forth herein.

531.   ~~641.~~As set forth herein, Defendants conspired and acted in concert to commit unlawful acts.  Each of the Defendants shared the same conspiratorial objective, which was to maintain, stream, reupload, monetize, and distribute CSAM and other ~~non-consensual~~nonconsensual content and/or to benefit financially from such distribution so as to maximize profits and to do so while deceiving the public to believe that all content on MindGeek's tubesites was lawful and consensual.

532.   ~~642.~~Defendants' conspiratorial scheme was carried out by the commission of the wrongful and overt acts set forth above, including, but not limited to:

    (a)   recruiting, commissioning, paying for, soliciting content produced through human trafficking and slavery;

    (b)   producing CSAM and nonconsensual sexual content through MindGeek owned production companies;

    (c)   partnering with known traffickers;

    (d)   advertising MindGeek tubesites prior to playing videos containing CSAM or otherwise illegal and trafficked content, including, upon information and belief, the CSAM videos of Plaintiff;

    (e)   generating substantial advertisement revenue based on CSAM and otherwise illegal and trafficked content, including, upon information and belief, the CSAM videos of Plaintiff;

    (f)   pushing all content posted on any of its tubesites, including the CSAM videos of Plaintiff, regardless of its initial sourcing to its

1    other tubesites which it falsely portrayed as posted by a user other

2    than MindGeek;

3    (g)   modifying effective content and duplicating to optimize search

4    engine optimization ("SEO"), including to make content appear as

5    if it was user made;

6    (h)   creating playlists that target viewers interested in child

7    pornography and other illegal content;

8    (i)   (t) featuring categories on their websites that target users interested

9    in child pornography and other sexual abuse, trafficking and

10   nonconsensual materials;

11   (j)   (u) directing users to describe their videos using categories like

12   "teen" to drive traffic;

13   (k)   (v) maintaining the webpage and thumbnails for disabled videos so

14   that the MindGeek Defendants can continue to generate traffic and

15   revenue from that illegal content;

16   (l)   (w) maintaining a search and tagging system—which include tags

17   such as "passed out teen," and "sleeping pills"—to make it easier

18   for users to find and view videos of child and adult sex abuse, sex

19   trafficking, and other non-consensual nonconsensual content;

20   (m)   (x) providing guidance to its global network of sex

21   traffickers on how to upload videos of sex trafficking and

22   evade criminal liability while complying with MindGeek's

23   purposefully loose restrictions, including by maintaining public list

24   of "banned words"—*i.e.*, words to avoid in the title of videos;

25   (n)   (y) providing its global network of sex traffickers VPN services

26   to allow them to cover up their unlawful conduct by obscuring the

27   sex traffickers' locations and identities;

28

212

COMPLAINT

1
2
3

~~(z) pushing all content posted on any of its tubesites regardless of its~~
~~initial sourcing to its other tubesites which it falsely portrayed as~~
~~posted by a user other than MindGeek;~~

4
5

~~(aa) modifying effective content and duplicating to optimize SEO~~
~~including to make content appear as if it was user made;~~

6
7
8
9

(o) ~~(bb)~~ allowing anyone to anonymously upload and
download videos on its tubesites, so that it would be extremely
difficult for victims to have their videos permanently removed, thus
increasing MindGeek's advertising revenue and profits;

10

(p) ~~(cc)~~ allowing removed videos to reuploaded to its site; and

11
12

(q) ~~(dd)~~ allowing all videos to be downloaded which facilitated the
reupload by different users with different titles.

13
14

533. ~~643.~~ At all relevant times, Defendants' conduct was willful and done
with legal malice and knowledge that it was wrongful.

15
16
17

534. ~~644.~~ As a direct, proximate result of the operation and execution of the
conspiracy, ~~Plaintiffs have~~ Plaintiff has been injured and suffered damages in an
amount to be proven at trial.

18

**PRAYER FOR RELIEF**

19
20

WHEREFORE, ~~plaintiffs demand~~ Plaintiff demands judgment in ~~their~~ her favor
and against the Defendants, jointly and severally:

21
22

A.      Awarding ~~plaintiffs~~ Plaintiff compensatory damages in an amount to be
determined at trial;

23
24
25

B.      Awarding ~~plaintiffs~~ Plaintiff restitution for all monies defendants earned
marketing, selling, and exploiting ~~plaintiffs'~~ Plaintiff's videos, pictures, likeness, and
images;

26

C.      Awarding ~~plaintiffs~~ Plaintiff punitive damages;

27

D.      Awarding ~~plaintiff their~~ Plaintiff her attorney fees and costs and

28

213

COMPLAINT

1  expenses for litigating this case;

2      E.     Awarding ~~plaintiffs~~Plaintiff treble damages;

3      F.     Awarding ~~plaintiffs~~Plaintiff pre-judgment and post-judgment interest;

4      G.     Awarding ~~plaintiffs~~Plaintiff injunctive relief;

5      H.     Granting such other and further relief as this Court deems just and

6  equitable.

7  **<u>DEMAND FOR JURY TRIAL</u>**

8  ~~Plaintiffs demand~~Plaintiff demands a jury trial for all triable issues of fact.

9

10  DATED:  ~~June 17~~March 21,     Respectfully submitted,

11  ~~2021~~2022            BROWN RUDNICK LLP

12

13

14               By:  */s/ Michael J. Bowe*

15                  Michael J. Bowe

16                  *(<u>admitted</u> pro hac vice ~~application forthcoming~~)*

17                  *Attorneys for ~~Plaintiffs~~Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

| Summary report: Litera® Change-Pro for Word 10.8.2.11 Document comparison done on 3/22/2022 1:57:01 AM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** 1.DOCX | |
| **Modified filename:** 2.docx | |
| **Changes:** | |
| Add | 1247 |
| Delete | 1435 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 6 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 2688 |