# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br>　　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:　Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO FILE AMENDED COMPLAINT, SET BRIEFING SCHEDULE, AND EXPAND PAGE LIMITS**<br><br>Date: May 2, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

　　Plaintiff Serena Fleites by and through her counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants") by and through their counsel, hereby stipulate and agree as follows:

　　**WHEREAS**, Plaintiff Serena Fleites filed a Motion to Amend the Complaint to Add and Remove Defendants on March 21, 2022;

　　**WHEREAS**, Plaintiff's proposed Amended Complaint seeks to add a new defendant, 9219-1568 Quebec, Inc., that is organized and has its principal place of business in Canada, and that has not yet been served in this case;

　　**WHEREAS**, Defendants have agreed not to oppose Plaintiff's March 21, 2022 Motion to Amend;

**WHEREAS**, 9219-1568 Quebec, Inc. has agreed to waive service of the Amended Complaint, reserving all defenses (including lack of jurisdiction) except as to service or the absence of service, which would make the deadline for 9219-1568 Quebec, Inc. to answer or otherwise respond to Plaintiff's Amended Complaint due ninety (90) days from when waiver is requested;

**WHEREAS**, the Parties would like to avoid undue delay and piecemeal Motion to Dismiss briefing;

**WHEREAS**, the Parties have met and conferred and agreed to a unified briefing schedule and desire to set the following deadlines:

- Defendants must answer or otherwise respond to Plaintiff's Amended Complaint on or before **May 23, 2022**;
- Plaintiff must respond to any motion filed as to the Amended Complaint on or before **June 24, 2022;**
- Defendants must submit any reply in support of such motion on or before **July 25, 2022**;
- A hearing on any motion to dismiss filed by Defendants will be noticed for **August 8, 2022**;

**WHEREAS**, the Amended Complaint spans more than 170 pages, contains 534 numbered paragraphs, and includes 17 separate counts, the parties hereto agree that there is good cause to expand the page limit for any motion submitted under Federal Rule of Civil Procedure 12 to fifty (50) pages;

**WHEREAS**, Plaintiff reserves the right to seek an expansion of page limits for any response to any Rule 12 motions;

**WHEREAS**, the parties have not previously requested an extension of time to answer or otherwise respond to Plaintiff's Amended Complaint or an expansion of page limits for any motion under Rule 12 in response thereto;

**WHEREAS**, by waiving service and by entering into this stipulation, Defendants expressly reserve all defenses or objections to the lawsuit (including lack

of personal jurisdiction), except as to service or the absence of service;

**NOW THEREFORE**, the parties hereto hereby **STIPULATE** and **AGREE** that the schedule under which Defendants shall file their answers or otherwise respond to Plaintiff's Amended Complaint shall be as follows, unless a subsequent order of the Court extends or has the effect of further extending the time for Defendants to answer or otherwise respond to the Amended Complaint:

- Defendants must answer or otherwise respond to Plaintiff's Amended Complaint on or before **May 23, 2022**;
- Plaintiff must respond to any motion filed as to the Amended Complaint on or before **June 24, 2022**,
- Defendants must submit any reply in support of such motion on or before **July 25, 2022**;
- A hearing on any motion to dismiss filed by Defendants will be noticed for **August 8, 2022**;

The parties hereto further **STIPULATE** and **AGREE** that the page limit for any motion submitted under Federal Rule of Civil Procedure 12 shall be expanded to fifty (50) pages.

Dated: April 4, 2022

/s/   *David M. Stein*
DAVID M. STEIN (198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Phone: (949) 752-7100
Fax: (949) 252-1514

Dated: April 4, 2022

/s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900

|   |   |
|---|---|
|   | Los Angeles, CA 90071-2013 |
|   | Phone: (213) 808-5721 |
|   | Fax: (213) 808-5760 |
| Dated: April 4, 2022 | /s/   *Jonathan S. Sack* |
|   | JONATHAN S. SACK (*pro hac vice*) |
|   | Jsack@maglaw.com |
|   | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |
|   | 565 Fifth Avenue |
|   | New York, NY. 10017 |
|   | Phone: (212) 880 9410 |
|   | Fax: (949) 252-1514 |
| Dated: April 4, 2022 | /s/   *Ronald G. White* |
|   | RONALD G. WHITE (*pro hac vice*) |
|   | rwhite@mofo.com |
|   | MORRISON & FOERSTER LLP |
|   | 250 West 55th Street |
|   | New York, New York 10019 |
|   | Tel: (212) 468-8016 |
|   | Fax: (212) 468-7900 |
| Dated: April 4, 2022 | /s/   *Jason Brown* |
|   | JASON BROWN (*pro hac vice*) |
|   | jbrown@cohengresser.com |
|   | COHEN & GRESSER LLP |
|   | 800 Third Ave |
|   | New York, New York 10022 |
|   | Tel: (212) 957-7609 |
| Dated: April 4, 2022 | /s/   *Evan Nadel* |
|   | EVAN NADEL (213230) |
|   | ENadel@mintz.com |
|   | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|   | 666 Third Avenue, |
|   | New York, NY 10017 |
|   | Tel: (212) 692-6821 |

Dated: April 4, 2022

/s/ *Drew Tulumello*
DREW TULUMELLO (196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

Stipulation Approved: _____
Honorable Cormac J. Carney

Date: