Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (# 198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>    Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>[PROPOSED] SCHEDULING ORDER |

Upon consideration of the Plaintiff's Request for Issuance of Scheduling Order [Dkt. No. 129], the Court hereby enters the following schedule for this matter pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Deadline to Amend Pleadings and Join Other Parties | February 20, 2023 |
| Non-Expert Discovery Deadline | May 5, 2023 |
| Opening Expert Witness Disclosures | June 2, 2023 |
| Rebuttal Expert Witness Disclosures | July 7, 2023 |
| Expert Discovery Deadline | August 4, 2023 |
| Deadline to file Summary Judgment Motions and Daubert Motions | September 1, 2023 |
| Deadline for Counsel to Meet Prior to Final Pretrial Conference | 40 days before pretrial conference |
| Last Day for filing Motions in Limine | 30 days before pretrial conference |
| Deadline to submit Memorandum of Contentions of Fact and Law | 30 day before pretrial conference |
| Deadline to Submit Final Pre-trial Conference Order, Joint Statement of the Case, Joint Exhibit List, Witness Lists, Joint Jury Instructions, and Joint Verdict Form | 30 days before pretrial order |
| Final Pretrial Conference, Hearing on Motions in Limine | December 1, 2023 |
| Trial Date | December15, 2023 |

1   IT IS SO ORDERED

2   DATED: _____          _____
3                                     Honorable Cormac J. Carney