DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorney for Visa, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>       Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>       Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>**VISA, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ISSUANCE OF SCHEDULING ORDER PURSUANT TO RULE 16(B)** |

Defendant Visa, Inc. ("Visa") respectfully submits this response in opposition to Plaintiff's request for an order directing the Parties to proceed with discovery and setting pre-trial deadlines. ECF No. 129 (the "Request"). Plaintiff's request is premature while the pleadings in the case remain unsettled—and that is especially so as to Visa, which has been unfairly named as a defendant based on a novel and expansive liability theory that no court before has ever accepted. Visa is not a proper defendant in this case in any way, shape, or form. No scheduling order should be entered until the Court resolves Visa's forthcoming motion to dismiss.

Plaintiff contends that discovery should proceed because "ten months have passed since this case was filed." Request at 2. This is no reason for the Parties to proceed to discovery. The initial complaint was dismissed, and the need to re-brief the motions to dismiss should not be held against Defendants and should not be grounds to accelerate discovery. Plaintiff also asserts that there are "no pending dispositive motions before the Court." Request at 3. But the Parties have all agreed, with the approval of the Court, on a schedule to resolve Defendants' challenges to the pleadings. *See* ECF Nos. 127, 128. As Plaintiff knows, under the stipulations the Parties entered—and which the Court approved—Visa will file a motion to dismiss by May 23, 2022. Plaintiff will respond to any motions by June 24, 2022, and Visa will submit a reply by July 25, 2022. *See* ECF No. 128.

Given this schedule, it would be premature for the Court to direct the Parties to begin discovery or to enter a scheduling order before dispositive motions have been briefed and decided. The Court has already denied Plaintiff's prior request as premature, *see* ECF No. 45, and Plaintiff has given no reason for the Court to treat this request differently. Only after the Court has resolved the motions to dismiss will the Parties know whether Visa remains in the case. Only with the benefit of that information can the Parties productively confer and set a reasonable schedule for discovery and further proceedings.

For this reason, courts routinely delay status conferences and scheduling orders while the pleadings remain unsettled. The potential that forthcoming motions to dismiss

will narrow issues and eliminate parties from the case provides good cause for the Court to refrain from issuing a scheduling order. *See, e.g.*, *Faraday & Future, Inc. v. Evelozcity, Inc.*, No. 18-cv-737, 2018 WL 11346536, at *3 (C.D. Cal. Aug. 9, 2018) ("It is this Court's practice to schedule a Rule 16 Scheduling Conference once the pleadings are settled and the case is at issue."); *Azco Biotech Inc. v. Qiagen, N.V.*, No. 12-CV-2599-BEN DHB, 2013 WL 3283841, at *2 (S.D. Cal. June 26, 2013) (declining to enter scheduling order or compel Rule 26(f) conference while motion to dismiss was pending that could eliminate certain defendants). Plaintiff's request for an order directing the Parties to proceed to discovery and setting a pre-trial schedule under Rule 16(b) should accordingly be denied until Visa's motion to dismiss has been resolved and the pleadings have been settled.

Dated: May 9, 2022

RESPECTFULLY SUBMITTED,

*/s/ Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940
*Attorney for Defendant Visa, Inc.*