# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES<br><br>        Plaintiff,<br>  v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5<br><br>        Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12 AS TO DEFENDANT FERAS ANTOON**<br><br>**Date: August 8, 2022**<br>**Time: 1:30 p.m.**<br>**Courtroom: 9 B**<br>**Judge: Hon. Cormac J. Carney** |

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT AS TO MR. ANTOON**

1  Defendant Feras Antoon's Motion to Dismiss the Amended Complaint
2  pursuant to Fed. R. Civ. R. 12(b)(2) and 12(b)(6) was heard on August 8, 2022, at
3  1:30 p.m. by this Court. Having considered all papers filed in support of and in
4  opposition to the Motion to Dismiss, oral arguments of counsel, and all other
5  pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendant
6  Antoon's Motion is **GRANTED**.
7  Accordingly, Plaintiff's Amended Complaint is hereby **DISMISSED WITH**
8  **PREJUDICE** with respect to Mr. Antoon.

10 **IT IS SO ORDERED.**

12 DATED: _____
13                                         United States District Judge
                                          The Honorable Cormac J. Carney

1
**[PROPOSED] ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT AS TO MR. ANTOON**