BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:　Cormac J. Carney<br>Courtroom: 9B<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Hearing:　August 8, 2022<br>Time:　1:30 p.m.<br>Courtroom: 9B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on August 8, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B of the above-entitled Court, located at 411 West 4th Street, Santa Ana, California 92701-4516, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-5618 Quebec Inc. will and hereby do move the Court for an order dismissing Plaintiff's First Amended Complaint (ECF No. 124) for Lack of Jurisdiction and Failure to State a Claim.  This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, Benjamin M. Sadun's Declaration, Andreas Alkiviades Andreou's Declaration, Jean Rochette's Declaration, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 17, 2021.  During that telephone conference, Defendants' counsel discussed with Plaintiff's counsel Defendants' intention to file this Motion and stated the grounds for doing so. Defendants understood from the conference that Plaintiff does not consent to the relief sought.

DATED: MAY 23, 2022            /S/     *BENJAMIN M. SADUN*
                               Benjamin M. Sadun (287533)
                               Kathleen N. Massey (*pro hac vice*)

                               *Attorneys for MindGeek Defendants*

1                                                          CASE NO. 8:21-CV-04920
**NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**