BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING MINDGEEK'S MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**<br><br>Hearing: August 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B |

The Motion to Dismiss the Complaint by Defendants MindGeek S.A.R.L., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively "MindGeek") for Lack of Jurisdiction and Failure to State a Claim was heard on August 8, 2022, at 1:30 P.M. by this Court. Having considered all papers filed in support of and in opposition to the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that MindGeek's Motion is **GRANTED**.

Accordingly, Plaintiff's First Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____

Honorable Cormac J. Carney