UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Hearing Date: August 8, 2022<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

1

[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS AMENDED COMPLAINT

## ORDER

The Motion to Dismiss filed by Specially Appearing Defendant Corey Urman came on for hearing on August 8, 2022. Upon review of the papers submitted and the oral argument presented by counsel for both parties, and good cause appearing, it is hereby **ORDERED THAT**:

Defendant's Motion to Dismiss entire action is **GRANTED**, and Plaintiff's claims against Defendant are dismissed without leave to amend.

**IT IS SO ORDERED**.

DATED: _____, 2022        _____

HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT COREY URMAN'S MOTION TO DISMISS AMENDED COMPLAINT