BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS MINDGEEK S.Á.R.L., MG FREESITES LTD, MINDGEEK USA INC.; MG PREMIUM LTD; MG GLOBAL ENTERTAINMENT INC.; & 9219-5618 QUEBEC INC.** |

CASE NO. 2:21-CV-04920
**AMENDED CORPORATE DISCLOSURE STATEMENT**

This Amended Corporate Disclosure Statement is filed on behalf of Defendants MindGeek S.á.r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Inc., MG Global Entertainment Inc., and 9219-1568 Quebec Inc. in compliance with the provisions of Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1.

MindGeek S.á.r.l. hereby declares that it is the ultimate parent of Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Inc., MG Global Entertainment Inc., and 9219-1568 Quebec Inc.  There is no publicly held corporation that owns 10% or more of MindGeek S.á.r.l.'s stock.

MG Freesites Ltd hereby declares that its ultimate parent is MindGeek S.á.r.l. There is no publicly held corporation that owns 10% or more of the stock of MG Freesites Ltd.

MG Premium Ltd hereby declares that its ultimate parent is MindGeek S.á.r.l. There is no publicly held corporation that owns 10% or more of the stock of MG Premium Ltd.

MindGeek USA Inc. hereby declares that its ultimate parent is MindGeek S.á.r.l.  There is no publicly held corporation that owns 10% or more of the stock of MindGeek USA Inc.

MG Global Entertainment Inc. hereby declares that its ultimate parent is MindGeek S.á.r.l.  There is no publicly held corporation that owns 10% or more of the stock of MG Global Entertainment Inc.

9219-1568 Quebec Inc. hereby declares that its ultimate parent corporation is MindGeek S.à.r.l.  There is no publicly held corporation that owns 10% or more of the stock of 9219-1568 Quebec Inc.

Pursuant to Local Rule 7.1-1, Defendants certify that no party has a pecuniary interest in the outcome of the case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.  Defendants reserve their rights to supplement this certification subject to the discovery of any applicable additional information as the

case proceeds.  A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: May 25, 2022                    Respectfully submitted,

    /s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599
*Attorneys for MindGeek Defendants*