Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>          Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>          Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:     Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFF TO FILE AN OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: July 25, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

**JOINT MOTION FOR ENTRY OF STIPULATION**

Plaintiff, Serena Fleites, by and through her counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), all by and through their counsel jointly move for an Order entering the Proposed Stipulation for Plaintiff to File an Omnibus Opposition to Defendants' Motions to Dismiss (the "Stipulation"), enclosed herein as Exhibit A.  In support of their motion, the Parties aver the following:

1.    On April 4, 2022, the Parties submitted a Joint Motion to extend the time for responding to Plaintiff's First Amended Complaint and setting a briefing schedule for any motions to dismiss filed by Defendants (Dkt. 127).

2.    The stipulation submitted in connection with that joint motion (Dkt. 127-2) expanded the page limits for any motion to dismiss filed by any Defendant to fifty (50) pages per motion, the same page limitation that the Court previously set for Defendants' motions to dismiss the initial Complaint.

3.    The stipulation also provided that Plaintiff reserved the right to seek an expansion of page limits for any response to any Rule 12 motions.

4.    On May 23, 2022, motions to dismiss were filed by Defendant Bergmair (Dkt. 135); Defendant Tassillo (Dkt. 136); Defendant Antoon (Dkt. 137); Visa (Dkt. 138-1); the MindGeek Entities (Dkt. 139-1); and Defendant Urman (Dkt. 140-1).

5.    Plaintiff respectfully requests that the Court permit her to file one consolidated omnibus response to the 6 different Motions to Dismiss filed by Defendants, with a total page limit of 85 pages.  The Defendants have no objection to this request.

6.    Good cause exists to grant the Parties' jointly requested relief because it is in the best interests of judicial efficiency, as it will substantially reduce the number of documents and total pages that Plaintiff will submit.  It is Plaintiff's position that,

in the absence of authorization for the requested omnibus opposition, Plaintiff would be entitled to submit six (6) separate response briefs, each with a presumptive page limit of twenty-five (25) pages, for a total number of 150 pages in opposition. Moreover, it is Plaintiff's position that the Defendants' Motions to Dismiss raise substantially similar arguments with similar overlap in the facts and legal arguments, and Defendants' Motions to Dismiss in many instances incorporate by reference arguments made by other Defendants. To respond to each motion in a separate opposition brief would be unnecessarily inefficient, duplicative, and burdensome to the Court. Finally, an 85-page omnibus opposition brief would be consistent with the prior order of this Court in connection with the motion briefing for the initial Complaint (Dkt. 93).

7.      Accordingly, Plaintiff requests permission to file a single consolidated omnibus opposition to the Motions to Dismiss, with a page limit of 85 pages, and Defendants do not object to this request.

**WHEREFORE**, the Parties respectfully request that this Court:

A. Grant this Joint Motion;

B. Enter the agreed-upon Proposed Stipulation; and

C. Grant such other and further relief as justice and equity may require.

1  | DATED: JUNE 22, 2022                RESPECTFULLY SUBMITTED,

2  |                                      /s/   *Michael J. Bowe*
   |                                      MICHAEL J. BOWE (*pro hac vice*)
3  |                                      mbowe@brownrudnick.com
   |                                      BROWN RUDNICK LLP
4  |                                      7 Times Square
5  |                                      New York, NY 10036
   |                                      Phone: (212) 209-4800
6  |                                      Fax: (212) 209-4801

7  |

8  |                                      /s/   *Benjamin M. Sadun*
   |                                      BENJAMIN M. SADUN (287533)
9  |                                      benjamin.sadun@dechert.com
10 |                                      DECHERT LLP
   |                                      US Bank Tower, 633 West 5th Street,
11 |                                      Suite 4900
12 |                                      Los Angeles, CA 90071-2013
   |                                      Phone: (213) 808-5721
13 |                                      Fax: (213) 808-5760

14 |

15 |                                      /s/   *Jonathan S. Sack*
16 |                                      JONATHAN S. SACK (*pro hac vice*)
   |                                      Jsack@maglaw.com
17 |                                      MORVILLO ABRAMOWITZ
18 |                                      GRAND IASON & ANELLO PC
   |                                      565 Fifth Avenue
19 |                                      New York, NY. 10017
20 |                                      Phone: (212) 880 9410
   |                                      Fax: (949) 252-1514
21 |

22 |                                      /s/   *Ronald G. White*
23 |                                      RONALD G. WHITE (*pro hac vice*)
   |                                      rwhite@mofo.com
24 |                                      MORRISON & FOERSTER LLP
25 |                                      250 West 55th Street
   |                                      New York, New York 10019
26 |                                      Tel: (212) 468-8016
27 |                                      Fax: (212) 468-7900

28 |

                                3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

　　　　　　　　　　　　　　　　　/s/    *Jason Brown*
　　　　　　　　　　　　　　　　JASON BROWN (*pro hac vice*)
　　　　　　　　　　　　　　　　jbrown@cohengresser.com
　　　　　　　　　　　　　　　　COHEN & GRESSER LLP
　　　　　　　　　　　　　　　　800 Third Ave
　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　Tel: (212) 957-7609

　　　　　　　　　　　　　　　　　/s/    *Evan Nadel*
　　　　　　　　　　　　　　　　EVAN NADEL (213230)
　　　　　　　　　　　　　　　　ENadel@mintz.com
　　　　　　　　　　　　　　　　MINTZ, LEVIN, COHN, FERRIS,
　　　　　　　　　　　　　　　　GLOVSKY AND POPEO, P.C.
　　　　　　　　　　　　　　　　666 Third Avenue,
　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　Tel: (212) 692-6821

　　　　　　　　　　　　　　　　　/s/    *Drew Tulumello*
　　　　　　　　　　　　　　　　DREW TULUMELLO (196484)
　　　　　　　　　　　　　　　　drew.tulumello@weil.com
　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　2001 M Street NW, Suite 600
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Tel: 202 682 7000
　　　　　　　　　　　　　　　　Fax: 202 857 0940

1    ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2    This certifies pursuant to local rule 5-4.3.4, that all signatories to this

3    document concur in its content and have authorized this filing.

4
                                    _/s/ Michael J. Bowe_____
5                                    MICHAEL J. BOWE