# Exhibit A

Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION FOR PLAINTIFF TO FILE OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: July 15, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1         The Joint Motion for Entry of Stipulation for Plaintiff to File an Omnibus Opposition to Defendants' Motions to Dismiss ("Joint Motion"), was filed by Plaintiff, Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants") by and through their counsel on June 22, 2022. Having considered all papers filed in support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation for Plaintiff to File an Omnibus Opposition to Defendants' Motions to Dismiss is **APPROVED**.

        **IT IS SO ORDERED.**

Dated: _____                       _____
                                                                    Honorable Cormac J. Carney