Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND TIME**<br><br>Date: August 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

Plaintiff, Serena Fleites, by and through her counsel, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants"), all by and through their counsel jointly move for an Order entering the Proposed Stipulation to Extend Time, enclosed herein as Exhibit A.[1]  In support of their motion, the Parties aver the following:

1. On April 4, 2022, the Parties submitted a Joint Motion to extend the time for responding to Plaintiff's First Amended Complaint and setting a briefing schedule for any motions to dismiss filed by Defendants (Dkt. 127).

2. On April 14, 2022, the Court approved the Parties' proposed briefing schedule, which established Defendants' deadline to respond to Plaintiff's amended complaint as May 23, 2022, Plaintiff's response to any motion filed as to the amended complaint as June 24, 2022, and Defendants' reply in support of any such motion as July 25, 2022 (Dkt. 128).

3. On May 23, 2022, motions to dismiss were filed by Defendant Bergmair (Dkt. 135); Defendant Tassillo (Dkt. 136); Defendant Antoon (Dkt. 137); Visa (Dkt. 138-1); the MindGeek Entities (Dkt. 139-1); and Defendant Urman (Dkt. 140-1).

4. Pursuant to the Court's scheduling order, Plaintiff's response to that motion is due on June 24, 2022.

5. Plaintiff respectfully requests a brief extension of time of one business day for her to oppose Defendants' motions to dismiss.  Plaintiff's new deadline to oppose such motions would be June 27, 2022.  The Defendants have no objection to this request and do not request at this time an extension of time to file their replies in

---

[1] Defendant Bernd Bergmair has indicated, through counsel, that he does not oppose the extension requested herein by Plaintiff, but, because Plaintiff has not received as of the time of this filing authorization from Defendant Bergmair to file this Joint Motion on his behalf, Defendant Bergmair is not included as a party to this Joint Motion or the accompanying stipulation.

1  support of their motions, which will remain due on July 25, 2022.

2      6.    The Parties do not request any alteration to the August 8, 2022, date for oral argument.

4      7.    Good cause exists to grant the requested relief. The MindGeek Entities, the Individual Defendants, and Visa have all filed separate motions to dismiss, spanning more than 200 pages. While Plaintiff has worked diligently in preparing her opposition, Plaintiff believes the modified schedule will enable her to better and more clearly present her arguments to the Court. Plaintiff is preparing an omnibus opposition to six (6) separate motions to dismiss and the request for a short extension of time to compile the brief will not prejudice Defendants or cause undue delay. Defendants have agreed to Plaintiff's request for extension and all Parties now move for this requested extension of time.

**WHEREFORE**, the Parties respectfully request that this Court:

    A. Grant this Unopposed Joint Motion for Entry of Stipulation to Extend Time;

    B. Enter the agreed-upon Proposed Stipulation; and

    C. Grant such other and further relief as justice and equity may require.

DATED: JUNE 23, 2022

RESPECTFULLY SUBMITTED,

/s/    *Michael J. Bowe*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

/s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP

|     |                                                        |
| --- | ------------------------------------------------------ |
| 1   | US Bank Tower, 633 West 5th Street, Suite 4900         |
| 2   | Los Angeles, CA 90071-2013                             |
| 3   | Phone: (213) 808-5721                                  |
| 4   | Fax: (213) 808-5760                                    |

    /s/    *Jonathan S. Sack*
JONATHAN S. SACK (*pro hac vice*)
Jsack@maglaw.com
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
565 Fifth Avenue
New York, NY. 10017
Phone: (212) 880 9410
Fax: (949) 252-1514

    /s/    *Jason Brown*
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Ave
New York, New York 10022
Tel: (212) 957-7609

    /s/    *Evan Nadel*
EVAN NADEL (213230)
ENadel@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue,
New York, NY 10017
Tel: (212) 692-6821

    /s/    *Drew Tulumello*
DREW TULUMELLO (196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036

Tel: 202 682 7000
Fax: 202 857 0940

4   CASE NO. 21-CV-04920-CJC-ADS
**JOINT MOTION FOR ENTRY OF STIPULATION**

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

          */s/ Michael J. Bowe*
          MICHAEL J. BOWE