1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

10

11

12

13

14

15

16

17

18

19

20

21

SERENA FLEITES,

　　　　Plaintiff,

　　　v.

MINDGEEK S.A.R.L.; MG
FREESITES, LTD; MINDGEEK USA
INCORPORATED; MG PREMIUM
LTD.; MG GLOBAL
ENTERTAINMENT INC.; 9219-1568
QUEBEC, INC.; BERND BERGMAIR;
FERAS ANTOON; DAVID
TASSILLO; COREY URMAN; VISA
INC.; COLBECK CAPITAL DOES 1-
5; BERGMAIR DOES 1-5

　　　　Defendants.

CASE NO.  2:21-CV-04920-CJC-ADS

Judicial Officer:　　Cormac J. Carney
Courtroom: 9B

**ORDER GRANTING JOINT
MOTION FOR ENTRY OF
STIPULATION FOR PLAINTIFF
TO FILE OMNIBUS OPPOSITION
TO DEFENDANTS' MOTIONS TO
DISMISS [147]**

Date: July 15, 2022
Time: 1:30 p.m.
Courtroom: 9B

*The parties hereto request that the Court
sign the included proposed order
without a hearing or further briefing.*

22

23

24

25

26

27

28

1         The Joint Motion for Entry of Stipulation for Plaintiff to File an Omnibus
2    Opposition to Defendants' Motions to Dismiss ("Joint Motion"), was filed by
3    Plaintiff, Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd,
4    MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-
5    1568 Quebec, Inc. (collectively "MindGeek Entities"), Bernd Bergmair, Feras
6    Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc.
7    (collectively "Defendants") by and through their counsel on June 22, 2022.  Having
8    considered all papers filed in support of the Joint Motion, and all other pleadings and
9    papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is
10   **GRANTED** and the Proposed Stipulation for Plaintiff to File an Omnibus Opposition
11   to Defendants' Motions to Dismiss is **APPROVED**.

13        **IT IS SO ORDERED.**

15   Dated: June 24, 2022

16                                       Honorable Cormac J. Carney