UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION TO EXTEND TIME [148]**<br><br>Date: August 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Joint Motion for Entry of Stipulation to Extend Time ("Joint Motion"), was filed by Plaintiff, Serena Fleites, and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively "MindGeek Entities"), Feras Antoon, David Tassillo, Corey Urman (the "Individual Defendants") and Visa Inc. (collectively "Defendants") by and through their counsel on June 23, 2022.  Having considered all papers filed in support of the Joint Motion, and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the Proposed Stipulation To Extend Time is **APPROVED**.

**IT IS SO ORDERED.**

Dated: June 24, 2022

_____
Honorable Cormac J. Carney

CASE NO. 21-CV-04920-CJC-ADS

**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**