BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO EXPAND PAGE LIMIT**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG
2  Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.
3  (collectively "MindGeek Entities") by and through their counsel move for an Order
4  entering the Proposed Stipulation to Expand Page Limit (the "Stipulation"), attached
5  hereto as Exhibit A.  Pursuant to L.R. 7-3, the MindGeek Entities have conferred with
6  all other Parties regarding this Motion and related Stipulation, and no Party opposes
7  the requested relief or will be filing any response.  In support of its Motion, the
8  MindGeek Entities aver the following:

9  1.  On May 23, 2022, the MindGeek Entities filed their Motion to Dismiss
10  Plaintiff's First Amended Complaint [Dkt. 139];

11  2.  On June 23, 2022, this Court granted Plaintiff's unopposed Motion for
12  Entry of Stipulation for Plaintiffs to File Omnibus Opposition to Defendants' Motions
13  to Dismiss [Dkt. 149], allowing Plaintiff to file a consolidated eighty-five-page
14  Opposition to all the Motions to Dismiss;

15  3.  Plaintiff filed her eighty-five page Omnibus Opposition to Defendants'
16  Motions to Dismiss on June 27, 2022;

17  4.  Pursuant to L.R. 11-6, the MindGeek Entities' Reply in support of their
18  Motion to Dismiss has a page limit of twenty-five pages;

19  5.  The MindGeek Entities respectfully request that the Court expand the
20  page limit for the MindGeek Entities' Reply to thirty-five pages, which would bring
21  the combined total number of pages in the MindGeek Entities' opening brief and
22  Reply to eight-five pages – the same number of pages as Plaintiff's Opposition; and

23  6.  Good cause exists to grant the MindGeek Entities' requested relief
24  because Plaintiff has brought seventeen different causes of action, the issues are
25  complex, and the Court will benefit from the limited additional briefing requested.

26  **WHEREFORE**, MindGeek Entities, Individual Defendants and Plaintiff
27  respectfully request that this Court:

28  A. Grant this Unopposed Joint Motion for Entry of Stipulation to Expand Page

1                            CASE NO. 21-CV-04920-CJC-ADS
**JOINT MOTION FOR ENTRY OF STIPULATION**

1      Limit; and

2      B. Grant such other and further relief as justice and equity may require.

3  Dated: July 20, 2022                    RESPECTFULLY SUBMITTED,

  /s/    *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
Kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698 3599
*Attorneys for MindGeek Defendants*

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

          */s/ Benjamin M. Sadun*
          BENJAMIN M. SADUN