# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] STIPULATION TO EXPAND PAGE LIMIT**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

　　Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively "MindGeek Entities"), by and through their counsel, and Plaintiff Serena Fleites, by and through her counsel, hereby stipulate and agree as follows:

　　**WHEREAS**, the MindGeek Entities filed their Motion to Dismiss on May 23, 2022;

　　**WHEREAS**, this Court granted Plaintiff's unopposed Motion for Entry of Stipulation for Plaintiffs to File Omnibus Opposition to Defendants' Motions to Dismiss [Dkt. 149], allowing Plaintiffs to file a consolidated eighty-five-page Opposition to all the Motions to Dismiss;

　　**WHEREAS**, Plaintiff filed her eighty-five page Omnibus Opposition to Defendants' Motions to Dismiss on June 27, 2022;

　　**WHEREAS**, pursuant to L.R. 11-6, the MindGeek Entities' Reply in support

of their Motion to Dismiss has a page limit of twenty-five pages;

**WHEREAS**, allowing the MindGeek Entities to file a thirty-five page reply would bring the combined total number of pages in the MindGeek Entities' opening brief and Reply to eight-five pages – the same number of pages as Plaintiff's Opposition;

**WHEREAS**, good cause exists to grant the MindGeek Entities' requested relief because Plaintiff has brought seventeen different causes of action, the issues are complex, and the Court will benefit from the limited additional briefing requested;

**NOW THEREFORE**, the Parties hereto hereby STIPULATE and AGREE that the MindGeek Entities may file a thirty-five page Reply in support of their Motion to Dismiss.

Dated: July 20, 2022

/s/   *Lauren Tabaksblat*
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Dated: July 20, 2022

/s/   *Benjamin M. Sadun*
BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721
Fax: (213) 808-5760

Stipulation Approved: _____
Honorable Cormac J. Carney

Date: