BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO EXPAND PAGE LIMIT**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Unopposed Joint Motion for Entry of Stipulation to Expand Page Limit
2  ("Unopposed Motion") was filed by MindGeek S.à.r.l., MG Freesites Ltd, MindGeek
3  USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec
4  Inc. on July 20, 2022.  No opposition is anticipated.  Having considered all papers
5  filed in support of the Unopposed Motion, and all other pleadings and papers on file
6  herein, **IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED** and
7  the Proposed Stipulation to Expand Page Limits is **APPROVED**.

**IT IS SO ORDERED.**

Dated: _____            _____
                                 Honorable Cormac J. Carney