UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES<br><br>    Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATION TO EXPAND PAGE LIMIT [156]**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>*The parties hereto request that the Court sign the included proposed order without a hearing or further briefing.* |

1  The Unopposed Joint Motion for Entry of Stipulation to Expand Page Limit
2  ("Unopposed Motion") was filed by MindGeek S.à.r.l., MG Freesites Ltd, MindGeek
3  USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec
4  Inc. on July 20, 2022.  No opposition is anticipated.  Having considered all papers
5  filed in support of the Unopposed Motion, and all other pleadings and papers on file
6  herein, **IT IS HEREBY ORDERED** that the Unopposed Motion is **GRANTED** and
7  the Proposed Stipulation to Expand Page Limits is **APPROVED**.

**IT IS SO ORDERED.**

Dated: July 21, 2022

_____
Honorable Cormac J. Carney

CASE NO. 21-CV-04920-CJC-ADS
**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION**