# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>v.<br><br>Plaintiff(s)<br><br>MINDGEEK S.A.R.L. et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [170]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Christopher R. Boisvert   of   DECHERT LLP
*Applicant's Name (Last Name First Name & Middle Initial)*   Cira Centre
215-994-2312   215-655-2312   2929 Arch Street
*Telephone Number*   *Fax Number*   Philadelphia, PA 19104-2808
chip.boisvert@dechert.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Mindgeek USA Incorporated, Mindgeek S.A.R.L. MG Freesites, Ltd, MG Premium Ltd, MG Global Entertainment, Inc., and 9219-1568 Quebec, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**

Benjamin Sadun   of   DECHERT LLP
*Designee's Name (Last Name First Name & Middle Initial)*   US Bank Tower, 633 West 5th Street,
287533   213-808-5721   213-808-5760   Los Angeles, CA 90071-2013
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
benjamin.sadun@dechert.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: ____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

Dated   August 8, 2022
_____
U.S. District Judge