# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES, et al.

Plaintiff(s)

v.

MINDGEEK S.A.R.L., et al.

Defendant(s).

**CASE NUMBER**

2:21-cv-04920-CJC-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [175]**

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McCafferty, Meghan
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-856-8200
*Telephone Number*

617-856-8201
*Fax Number*

mmccafferty@brownrudnick.com
*E-Mail Address*

of BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SERENA FLEITES, et al.

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198256
*Designee's Cal. Bar No.*

949-400-0231
*Telephone Number*

949-486-3686
*Fax Number*

dstein@brownrudnick.com
*E-Mail Address*

of BROWN RUDNICK LLP
2211 Michelson Drive
7th Floor
Irvine, CA 92612
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated    September 30, 2022

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1