UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT VISA'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Discovery Cutoff:  April 6, 2023<br>Pretrial Conference:  August 7, 2023<br>Trial:  August 15, 2023 |

This Court, having considered all of the evidence and submissions in connection with the Plaintiff's Motion to Compel Defendant Visa's Response to Plaintiff's First Request for Production of Documents hereby rules as follows:

**IT IS ORDERED** that Plaintiff's motion to compel is **GRANTED**.

**IT IS FURTHER ORDERED** that within fourteen (14) days of this Order, Defendant shall serve its responses to Plaintiff's first request for production of documents.

**IT IS SO ORDERED.**

Dated:_____

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge