# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiffs,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VISA, INC'S MOTION FOR PROTECTIVE ORDER**<br><br>Discovery Cutoff:  April 6, 2023<br>Pretrial Conference: August 7, 2023<br>Trial Date:  August 15, 2023 |

This Court, having considered the submissions of the parties and the arguments of counsel in connection with Defendant Visa, Inc.'s Motion for Protective Order, and finding good cause appearing, **IT IS HEREBY ORDERED** that:

Visa's Motion for Protective Order is **GRANTED**.

**IT IS FURTHER ORDERED** that Visa is not required to respond to the Requests for Production of Documents served by Plaintiff Serena Fleites pending a further order of the Court.

Dated: _____  _____
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE