Adam B. Korn (SBN 331133)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

v.   Plaintiff(s)

MINDGEEK S.A.R.L., et al.,

Defendant(s).

CASE NUMBER

2:21-cv-4920-CJC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Biagetti, Peter A.     of     Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*          One Financial Center
617-542-6000    617-542-2241          Boston, MA 02111
*Telephone Number*    *Fax Number*

pabiagetti@mintz.com
*E-Mail Address*            *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Specially Appearing Defendant Corey Urman

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   [x] *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**
Korn, Adam B.     of     Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*          2049 Century Park East, Suite 300
331133    310-586-3200    310-586-3202          Los Angeles, CA  90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

abkorn@mintz.com
*E-Mail Address*            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____     _____
                              U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1