# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff(s) <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:21-cv-04920-CJC-ADS <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [184] & [189] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Akoglu, Kerime S.
*Applicant's Name (Last Name  First Name & Middle Initial)*

of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017
*Firm/Agency Name & Address*

212-935-3000 *Telephone Number*   212-983-3115 *Fax Number*

ksakoglu@mintz.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Specially-appearing defendant Corey Urman

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Korn, Adam B.
*Designee's Name (Last Name  First Name & Middle Initial)*

of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
*Firm/Agency Name & Address*

331133 *Designee's Cal. Bar No.*   310-586-3200 *Telephone Number*   310-586-3202 *Fax Number*

abkorn@mintz.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded   ☐ not be refunded.

Dated   October 19, 2022                              _____
                                                        U.S. District Judge