# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>v.<br><br>Plaintiff(s)<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-04920-CJC-ADS<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [185] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Biagetti, Peter A.    of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    One Financial Center
                                                              Boston, MA 02111

617-542-6000    617-542-2241
*Telephone Number*    *Fax Number*

pabiagetti@mintz.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Specially Appearing Defendant Corey Urman

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**
Korn, Adam B.    of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*    2049 Century Park East, Suite 300
                                                              Los Angeles, CA 90067

331133    310-586-3200    310-586-3202
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

abkorn@mintz.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

Dated   October 19, 2022

*U.S. District Judge/~~U.S. Magistrate Judge~~*