BENJAMIN SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698 3599

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>           Plaintiffs,<br><br>     v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>           Defendants. | CASE NO. 2:21-CV-4920<br><br>Judicial Officer: Autumn D. Spaeth<br>Courtroom:        6B<br><br>**DECLARATION OF KATHLEEN N. MASSEY IN SUPPORT OF THE MINDGEEK ENTITY DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Hearing:            November 9, 2022<br>Time:               10:00 a.m.<br>Courtroom:        6B<br>Jurisdictional Discovery<br>Cutoff:              December 30, 2022<br>Discovery Cutoff: April 6, 2023<br>Pretrial Conference: August 7, 2023<br>Trial:                August 15, 2023 |

CASE NO. 2:21-cv-4920
**DECLARATION IN SUPPORT OF OPPOSITION TO REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**

I, Kathleen N. Massey, do hereby declare and state as follows:

I am a partner with the law firm Dechert LLP, counsel of record for the MindGeek Entity Defendants in the above-captioned action, and admitted *pro hac vice* to appear in this matter before the Court. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto:

1. I make this declaration in support of the MindGeek Entity Defendants' Opposition to Plaintiff's Requests for International Judicial Assistance.

2. A true and correct copy of Plaintiff's First Set of Interrogatories to MindGeek S.A.R.L., dated August 16, 2022, is attached hereto as Exhibit A.

3. A true and correct copy of Plaintiff's First Request for Production of Documents to MindGeek S.A.R.L., dated August 23, 2022, is attached hereto as Exhibit B.

4. A true and correct copy of Plaintiff's Notice of Rule 30(b)(6) Deposition to Defendant MindGeek S.A.R.L., dated August 23, 2022, is attached hereto as Exhibit C.

5. A true and correct copy of Plaintiff's Notice of Deposition of Andreas Alkiviades Andreou, dated August 23, 2022, is attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October 2022 at New York, New York.

DATED: October 19, 2022                    Respectfully submitted,


                                            /s/   *Kathleen N. Massey*
                                           KATHLEEN N. MASSEY