1

2  Michael J. Bowe
   (admitted pro hac vice)
3  mbowe@brownrudnick.com
   Lauren Tabaksblat
4  (admitted pro hac vice)
   ltabaksblat@brownrudnick.com
5  BROWN RUDNICK LLP
   7 Times Square
6  New York, NY 10036
   Telephone:  (212) 209-4800
7  Facsimile:  (212) 209-4801

   David M. Stein (#198256)
   dstein@brownrudnick.com
   BROWN RUDNICK LLP
   2211 Michelson Drive, 7th Floor
   Irvine, California  92612
   Telephone:  (949) 752-7100
   Facsimile:  (949) 252-1514

7  *Attorneys for Plaintiff*

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION
10

11  SERENA FLEITES,

12            Plaintiff,

13       v.

14  MINDGEEK S.A.R.L.; MG
15  FREESITES, LTD; MINDGEEK USA
    INCORPORATED; MG PREMIUM
16  LTD.; MG GLOBAL
    ENTERTAINMENT INC.; 9219-1568
17  QUEBEC, INC.; BERND BERGMAIR;
18  FERAS ANTOON; DAVID
    TASSILLO; COREY URMAN; VISA
19  INC.; COLBECK CAPITAL DOES 1-
20  5; BERGMAIR DOES 1-5

21            Defendants.

22

    CASE NO.  2:21-CV-04920-CJC-ADS

    Judicial Officer:    Cormac J. Carney
    Courtroom: 9B

    **DISCOVERY DOCUMENT:
    REFERRED TO MAGISTRATE
    JUDGE AUTUMN D. SPAETH**

    **PLAINTIFF'S APPLICATION TO
    FILE UNDER SEAL EXHIBITS 1
    AND 2 TO THE DECLARATION
    OF LAUREN TABAKSBLAT**

    Date:     November 9, 2022
    Time:     10:00 a.m.
    Courtroom:    6B

23

24

25

26

27

28

**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EHXIBITS 1 AND 2 TO THE DECLARATION OF
LAUREN TABAKSBLAT**

Pursuant to Local Rule 79-5, Plaintiff Serena Fleites ("Plaintiff") submits this application to temporarily file under seal Exhibits 1 and 2 annexed to the Declaration of Lauren Tabaksblat submitted in further support of Plaintiff's Reply Memorandum in Support of Motion For Issuance Of Requests For International Judicial Assistance ("Plaintiff's Reply Memorandum").

## BASIS FOR REQUEST

Local Rule 79-5.2 provides that a party may request that documents be filed under seal. The October 14, 2022 Stipulated Protective Order entered by this Court provides the same: "Protected Material may be filed under seal only pursuant to a court order authorizing the sealing of the specific Protected Material at issue." It states that "no document may be filed under seal without prior approval by the Court."

Plaintiff's Reply Memorandum attaches as Exhibit 1 the MindGeek Corporate Defendants' Response to Plaintiff's First Set of Requests for Production of Documents and as Exhibit 2 the MindGeek Corporate Defendants' Redacted Response to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction. Both of these documents were redacted by defendants and designated as confidential.

Prior to filing this motion, Plaintiff inquired whether defendants objected to the public filiings of Exhibits 1 and 2, but did not receive a response.

Accordingly, Plaintiff Serena Fleites respectfully requests that the Court temporarily maintain the seal on Exhibits 1 and 2 annexed to the Declaration of Lauren Tabaksblat in support of Plaintiff's Reply Memorandum In Support of Motion For Issuance of Requests for International Judicial Assistance until such time as defendants have an opportunity to present their position as to whether the exhibits qualify for confidential treatment.

1    DATED: October 26, 2022       Respectfully submitted,

2                               BROWN RUDNICK LLP

3

4

5                               By:_____

6                               MICHAEL J. BOWE (*pro hac vice*)

7                               mbowe@brownrudnick.com

                                 7 Times Square

8                               New York, NY 10036

9                               Phone: (212) 209-4800

                                 Fax: (212) 209-4801

10                             Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EHXIBITS 1 AND 2 TO THE DECLARATION OF
LAUREN TABAKSBLAT**