Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICAL ASSISTANCE**<br><br>Date: November 9, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6B |

CASE NO. 21-CV-04920-CJC-ADS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EHXIBITS 1 AND 2 TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Good cause appearing therefore, the court hereby GRANTS Plaintiff's request to temporarily file under seal Exhibits 1 and 2 to the Declaration of Lauren Tabaksblat submitted in support of Plaintiff's Reply Memorandum in Support of Motion For Issuance Of Requests For International Judicial Assistance. The clerk will file under seal these documents.

**IT IS SO ORDERED**.

Dated: _____

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

1    CASE NO. 21-CV-04920-CJC-ADS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EHXIBITS 1 AND 2 TO PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**