# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−04920−CJC−ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/26/2022__

Document No.:   __196, 197__

Title of Document:   __Application to file under seal__

**ERROR(S) WITH DOCUMENT:**

Local Rule 79−5.2.2 requires that certain documents be filed with the Application: (1) a declaration; (2) a proposed order; (3) a redacted version of any documents of which only a portion is proposed to be filed under seal; and (4) an unredacted version of any documents proposed to be filed under seal. The rule specifies that the Application, the proposed order, and the redacted documents will be publicly viewable, while the declaration and the unredacted documents will not. Accordingly, you must file the Application, the proposed order, and any redacted documents using one, non−sealed, event (Leave to File Under Seal), and the declaration and unredacted documents using another, sealed event (Sealed Declaration in Support). Step−by−step instructions for each of those two steps are set forth below.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  October 27, 2022            By: /s/ Trina DeBose  trina_debose@cacd.uscourts.gov
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**