Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Cormac J. Carney<br>Courtroom: 9B<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1 AND 2 TO THE DECLARATION OF LAUREN TABAKSBLAT [DKT. 196]**<br><br>Date:    November 9, 2022<br>Time:    10:00 a.m.<br>Courtroom:    6B |

CASE NO. 21-CV-04920-CJC-ADS

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EHXIBITS 1 AND 2 TO THE DECLARATION OF LAUREN TABAKSBLAT [DKT 196]**

1  PLEASE TAKE NOTICE that Plaintiff Serena Fleites ("Plaintiff") hereby
2  withdraws her previously-filed Application to File Under Seal Exhibits 1 and 2 to
3  the Declaration of Lauren Tabaksblat (Docket Entry No. 196) which accompanied
4  Plaintiff's Reply Memorandum in Support of Motion For Issuance Of Requests
5  For International Judicial Assistance filed with the court on October 26, 2022 as
6  Docket Entry No. 195.  Counsel for Plaintiff and Defendants have conferred
7  concerning this matter and Defendants do not oppose the public filing of Plaintiff's
8  exhibits.  Accordingly, Plaintiff withdraws her motion to file under seal and an
9  amended declaration containing the subject exhibits will be filed forthwith.

DATED: October 27 2022          Respectfully submitted,

                                BROWN RUDNICK LLP

                                By:_____
                                MICHAEL J. BOWE (*pro hac vice*)
                                mbowe@brownrudnick.com
                                7 Times Square
                                New York, NY 10036
                                Phone: (212) 209-4800
                                Fax: (212) 209-4801

                                Attorneys for Plaintiffs

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EHXIBITS 1 AND 2 TO THE DECLARATION OF LAUREN TABAKSBLAT [DKT 196]**