| | |
|---|---|
| Michael J. Bowe<br>(admitted pro hac vice)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(admitted pro hac vice)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514 |

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>   Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**<br><br>Date: November 9, 2022<br>Time: 10:00 a.m.<br>Courtroom: 9B |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**

# DECLARATION OF LAUREN TABAKSBLAT

I, LAUREN TABAKSBLAT, declare as follows:

1. I am a partner with Brown Rudnick LLP and have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiff, Serena Fleites in the above referenced matter. I submit this declaration in support of Plaintiff's Reply in Support of Motion for Issuance of Requests for International Judicial Assistance, filed concurrently with this declaration.

2. Attached hereto as Exhibit 1, is a true and correct copy of the MindGeek Corporate Defendants' Response to Plaintiff's First Set of Requests for Production Relating to Personal Jurisdiction dated September 22, 2022.

3. Attached hereto as Exhibit 2, is a true and correct copy of the MindGeek Corporate Defendants' Response to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction dated September 22, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26 day of October, 2022 in Washington, DC.

By: /s/ *Lauren Tabaksblat*
Lauren Tabaksblat