Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

Peter A. Chavkin (*Pro Hac Vice*)
pachavkin@mintz.com
Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Chrysler Center 666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

Attorneys for Specially-Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>        Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**REQUEST OF KERIME S. AKOGLU FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022**<br><br>Date: November 9, 2022<br>Time: 10:00 a.m.<br>Dept.: 6C<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed  June 17, 2021 |

1

TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to this Court's standing order regarding procedures for remote appearance, Kerime S. Akoglu, counsel for Specially-Appearing Defendant Corey Urman ("Mr. Urman"), hereby requests the Court's permission to telephonically observe the November 9, 2022 hearing on Plaintiff Serena Fleites' Motion to Compel Visa's Responses to Requests for Production, and Visa, Inc.'s Motion for a Protective Order.

Mr. Urman is neither a moving nor responding party to either of the motions. Ms. Akoglu's appearance at the hearing would be solely to observe the proceedings.

This request is based on this Request for Permission to Telephonically Observe the Hearing and the accompanying Declaration of Kerime S. Akoglu in support thereof.

Dated:  October 31, 2022

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By  s/*Kerime S. Akoglu*
    Peter A. Chavkin
    Peter A. Biagetti
    Kerime S. Akoglu
    Adam B. Korn

Attorneys for Specially Appearing Defendant COREY URMAN