Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

Peter A. Chavkin (*Pro Hac Vice*)
pachavkin@mintz.com
Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Chrysler Center 666 Third Avenue
New York, NY 10017
Telephone: (212) 935-3000

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

Attorneys for Specially-Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF REQUEST FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022**<br><br>Date: November 9, 2022<br>Time: 10:00 a.m.<br>Dept.: 6C<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed June 17, 2021 |

1

I, Kerime S. Akoglu, declare:

1. I am an attorney licensed to practice law in the State of New York and the Commonwealth of Massachusetts, and an attorney with the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Specially-Appearing Defendant Corey Urman ("Corey Urman") in the above-captioned action. I am over the age of 18. I make this declaration in support my Request for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel and Visa's Motion for a Protective Order set for November 9, 2022 ("Request"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. The Court has set a date of November 9, 2022 at 10:00 a.m. for a hearing on Plaintiff Serena Fleites' Motion to Compel Defendant Visa to Respond to Requests for Production and Defendant Visa, Inc.'s Request for a Protective Order.

3. Specially-Appearing Defendant Corey Urman is neither a moving nor responding party to either of the Motions.

4. As a specially-appearing co-defendant in the above-captioned action, Corey Urman has a fundamental interest in the outcome of the motions brought before this Court.

5. My office is located in New York, New York, and to attend the hearing in person in Los Angeles, California, would require significant time and expense on behalf of my client. As Mr. Urman's counsel, I would not be participating in the hearing, but simply attending as an observer.

6. I understand that as part of future hearings I or another attorney from my law firm will likely be required to attend in-person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of October, 2022 at New York, New York.

*/s/Kerime S. Akoglu*

Kerime S. Akoglu

DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF REQUEST FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022