1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

10

| SERENA FLEITES, | CASE NO.  2:21-cv-4920-CJC-ADS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST OF KERIME S. AKOGLU FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5, | Date:  November 9, 2022<br>Time: 10:00 a.m.<br>Dept.: 6C<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed  June 17, 2021 |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ORDER</u>

The Request of Kerime S. Akoglu for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel Visa, Inc.'s Responses to Requests for Production and Visa, Inc.'s Motion for Protective Order on November 9, 2022, filed by Specially Appearing Defendant Corey Urman, is hereby **GRANTED.** Ms. Akoglu has the Court's permission to remotely attend and telephonically observe the November 9, 2022 hearing at 10:00 a.m.


**IT IS SO ORDERED**.



DATED: _____, 2022      _____

                                                          HON. AUTUMN D. SPAETH
                                                          DISTRICT COURT MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING REQUEST OF KERIME S. AKOGLU FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022