UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>            Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**ORDER GRANTING REQUEST OF KERIME S. AKOGLU FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022**<br><br>Date: November 9, 2022<br>Time: 10:00 a.m.<br>Dept.: 6B<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed June 17, 2021 |

## ORDER

The Request of Kerime S. Akoglu for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel Visa, Inc.'s Responses to Requests for Production and Visa, Inc.'s Motion for Protective Order on November 9, 2022, filed by Specially Appearing Defendant Corey Urman, is hereby **GRANTED.** Ms. Akoglu has the Court's permission to remotely attend and telephonically observe the November 9, 2022 hearing at 10:00 a.m. Teleconference information will be sent by separate email.

**IT IS SO ORDERED**.

DATED:   November 1  , 2022         /s/ Autumn D. Spaeth
                                     HON. AUTUMN D. SPAETH
                                     DISTRICT COURT MAGISTRATE JUDGE

2

ORDER GRANTING REQUEST OF KERIME S. AKOGLU FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER ON NOVEMBER 9, 2022