**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 21-04920-CJC (ADSx)            Date: November 14, 2022

Title: <u>SERENA FLEITES V. MINDGEEK S.A.R.L. ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| Elsa Vargas for Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER VACATING SCHEDULING ORDER**

On July 29, 2022, the Court denied Plaintiff's request for issuance of a scheduling order and request to open discovery in light of the Court's separate order granting jurisdictional discovery. (*See* Dkt. 168 at 1.) On August 11, 2022, the Court issued a Scheduling Order, which prescribed, among other things, that "[a]ll discovery, including discovery motions, shall be completed by April 6, 2023," and that "[d]iscovery motions must be filed and heard prior to this date." (Dkt. 173 at 1.) A clerical error caused the issuance of that Scheduling Order. Accordingly, the Scheduling Order, (Dkt. 173), is hereby **VACATED** in its entirety.