1  WIECHERT, MUNK & GOLDSTEIN, PC
   David W. Wiechert (SBN 94607)
2  27136 Paseo Espada, Suite B1123
   San Juan Capistrano, CA 92675
3  Phone: (949) 361-2822
   Facsimile: (949) 361-5722
4  Email: dwiechert@aol.com

5
   COHEN & GRESSER LLP
6  Jason Brown (admitted *pro hac vice*)
   Nathaniel P. T. Read (admitted *pro hac vice*)
7  Colin C. Bridge (admitted *pro hac vice*)
   800 Third Avenue
8  New York, New York 10022
   Phone: (212) 957-7600
9  Facsimile: (212) 957-4514
   Email: jbrown@cohengresser.com
10 Email: nread@cohengresser.com
   Email: cbridge@cohengresser.com
11

12 *Attorneys for Defendant*
   *Feras Antoon*
13

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br>　　v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>　　　　Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY; DECLARATION OF JASON BROWN; [PROPOSED] ORDER**<br><br>**Date: November 16, 2022**<br>**Time: 10:00 a.m.**<br>**Dept: 6C**<br>**Magistrate Judge: Hon. Autumn D. Spaeth** |

**REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY**

TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to this Court's standing order regarding procedures for remote appearance, Jason Brown, counsel for Defendant Feras Antoon, hereby requests the Court's permission to telephonically observe the hearing on Plaintiff Serena Fleties's Motion for Issuance of Letters Rogatory, currently scheduled for November 16, 2022. Should a hearing on that motion be continued to a later date, Mr. Brown requests permission to telephonically observe any such hearing as well.

Mr. Antoon is neither a moving nor responding party with respect to any motion scheduled to be heard on November 16, 2022. Mr. Brown would only observe the proceedings.

This request is based on this Request for Permission to Telephonically Observe the Hearing and the accompanying Declaration of Jason Brown in support thereof.

DATED: November 14, 2022         Respectfully Submitted,

WIECHERT, MUNK & GOLDSTEIN, PC

By: /s/ David W. Wiechert
    David W. Wiechert (SBN 94607)

COHEN & GRESSER LLP

Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)
*Attorneys for Defendant Feras Antoon*

1

**REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY**

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of Wiechert, Munk & Goldstein, PC, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, California 92675 declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On November 14, 2022, I served the forgoing documents, described as **REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY; DECLARATION OF JASON BROWN; [PROPOSED] ORDER** on all interested parties as follows:

[X]  **BY E-MAIL:**  I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[ ]  **BY PERSONAL SERVICE:**  I personally delivered the document listed above to the persons at the address set forth below.

[X]  **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2022, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta

**CERTIFICATE OF SERVICE**