WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: nread@cohengresser.com
Email: cbridge@cohengresser.com

*Attorneys for Defendant
Feras Antoon*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br>    v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>    Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**DECLARATION OF JASON BROWN IN SUPPORT OF REQUEST TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>**Date: November 16, 2022<br>Time: 10:00 a.m.<br>Dept: 6C<br>Magistrate Judge: Hon. Autumn D. Spaeth** |

**DECLARATION OF JASON BROWN IN SUPPORT OF REQUEST
TO TELEPHONICALLY OBSERVE HEARING**

I, Jason Brown, declare:

1. I am an attorney licensed to practice in the State of New York and a partner at the law firm Cohen & Gresser LLP. I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Defendant Feras Antoon in the above-captioned action. (ECF No. 58.) I make this declaration in support of my Request to Telephonically Observe the Hearing on Plaintiff's Motion for Issuance of Letter Rogatory.

2. The Court has set a date of November 16, 2022, at 10:00 a.m. for a hearing on Plaintiff Serena Fleites's Motion for Issuance of Letters Rogatory (the "Motion").

3. Mr. Antoon, who is a defendant in the above-captioned matter, has an interest in the outcome of motions brought before this Court, including the Motion.

4. My office is located in New York, New York, and to attend the hearing in person in California would require significant time and expense on behalf of my client. As Mr. Antoon's counsel, I would not be participating in the hearing, but simply observing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November, 2022 at New York, New York.

*/s/ Jason Brown*
Jason Brown

1

**DECLARATION OF JASON BROWN IN SUPPORT OF REQUEST TO TELEPHONICALLY OBSERVE HEARING**