WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: nread@cohengresser.com
Email: cbridge@cohengresser.com

*Attorneys for Defendant*
*Feras Antoon*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>   Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>**Date: November 16, 2022**<br>**Time: 10:00 a.m.**<br>**Dept: 6C**<br>**Magistrate Judge: Hon. Autumn D. Spaeth** |

**[PROPOSED] ORDER**

## <u>ORDER</u>

The Request of Jason Brown to Telephonically Observe the Hearing on Plaintiff's Motion for Issuance of Letters Rogatory (the "Motion") is hereby **GRANTED**.  Mr. Brown has the Court's permission to remotely teleconference in to telephonically observe the hearing or hearings scheduled on the Motion.

**IT IS SO ORDERED.**


DATED: _____        _____

United States Magistrate Judge
The Honorable Autumn D. Spaeth

1

**[PROPOSED] ORDER**