

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*John Gallo Doyle, Esq.*

**DATE OF ADMISSION**

*October 24, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 17, 2022

*Amy J. Dreibelbis*

Amy Dreibelbis, Esq.
Deputy Prothonotary