Name and address:
David Stein
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Email: dstein@brownrudnick.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al.<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Doyle, John G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-536-1706          202-536-1701
*Telephone Number*      *Fax Number*

jdoyle@brownrudnick.com
*E-Mail Address*

of
BROWN RUDNICK LLP
601 Thirteenth Street NW
Suite 600
Washington, D.C. 20005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
SERENA FLEITES, et al.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198256         949-400-0231         949-486-3686
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

dstein@brownrudnick.com
*E-Mail Address*

of
BROWN RUDNICK LLP
2211 Michelson Drive
7th Floor
Irvine, CA 92612
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**