UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-0420 CJC (ADSx)                    Date:  November 16, 2022

Title:  *Serena Fleites, et al. v. MindGeek S.A.R.L., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 11/16/2022 |
|---|---|
| Deputy Clerk | Court Recorder |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
John Doyle                                                  Christopher R. Boisvert
Michael J. Bowe
David M. Stein

**Proceedings:**        **PLAINTIFF'S MOTION FOR ISSUANCE OF REQUESTS
FOR INTERNATIONAL JUDICIAL ASSISTANCE [178]**

Case is called for hearing.  Appearances entered.  Argument by counsel as reflected on the record.

Plaintiff's motion [178] is TAKEN UNDER SUBMISSION.  Written order to follow.

|  | :35 |
|---|---|
| Initials of Preparer | kh |