Name & Address:
Lauren Tabaksblat
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Serena Fleites, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 21-cv-4920 |
| v. | |
| MindGeek S.A.R.L., et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Letters of Request ("Letters Rogatory") for international judicial assistance from the judicial authorities of:
1) Canada;
2) Ireland;
3) Cyprus; and
4) Luxembourg.

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: November 17, 2022
☐ Other:

November 22, 2022                     Lauren Tabaksblat
Date                                  Attorney Name
                                      Plaintiff Serena Fleites
                                      Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING