**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Serena Fleites et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L. et al., | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| November 15, 2022 | 208 | Application of Non-Resident Attorney to Appear |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [✓] Other:

Local Rule 83-2.1.3.3(d), Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. NJ GSC missing. Declaration required for unavailability of good standing certificates due to Covid or other delays. See Coronavirus (COVID-19) Guidance.

Dated: 11/22/2022

By: _____
U.S. District Judge / U.S. Magistrate Judge