BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SERENA FLEITES,

Plaintiff,

v.

MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5

Defendants.

CASE NO. 2:21-CV-04920-CJC-ADS

Judicial Officer: Autumn D. Spaeth

**NOTICE OF MOTION BY MINDGEEK ENTITY DEFENDANTS TO COMPEL PLAINTIFF'S RESPONSE TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Hearing: December 21, 2022
Time: 10:00 a.m.
Courtroom: 6B

Jurisdictional Discovery Deadline: December 30, 2022

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on December 21, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6B of the above-entitled Court, located at 411 West 4th Street, Santa Ana, California 92701-4516, Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-5618 Quebec Inc. will and hereby do move the Court for an order compelling Plaintiff to respond to discovery and produce documents pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. This Motion is based upon this Notice of Motion and Joint Stipulation and accompanying exhibits, the pleadings and papers on file in this action, any argument in connection with the Motion, and such further evidence or arguments as the Court may consider. This Motion is made following the conference of counsel pursuant to L.R. 37-1, which took place on November 14, 2022. During that telephone conference, Defendants' counsel discussed with Plaintiff's counsel the deficiencies in Plaintiff's discovery responses. Defendants understood from the conference that Plaintiff does not intend to fully supplement her discovery responses.

Dated: November 30, 2022

/s/ *Kathleen N. Massey*
Kathleen N. Massey (*pro hac vice*)

*Attorneys for MindGeek Entity Defendants*