# EXHIBIT C

BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Autumn D. Spaeth<br><br>**DECLARATION OF CHRISTOPHER BOISVERT IN SUPPORT OF MOTION BY MINDGEEK ENTITY DEFENDANTS TO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Hearing:    December 21, 2022<br>Time:       10:00 a.m.<br>Courtroom:  6B<br><br>Jurisdictional Discovery Deadline: December 30, 2022 |

I, Christopher R. Boisvert, do hereby declare and state as follows:

I am counsel with the law firm Dechert LLP, counsel of record for the MindGeek Entity Defendants in the above-captioned action, and admitted *pro hac vice* to appear in this matter before the Court. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto:

1. I make this declaration in support of the MindGeek Entity Defendants' Motion to Compel Plaintiff's Responses to Interrogatories and Requests for Production of Documents.

2. On September 19, 2022, the MindGeek Entities served their First Set of Interrogatories to Plaintiff Related to Personal Jurisdiction (the "Interrogatories") and First Request for Production of Documents to Plaintiff Related to Personal Jurisdiction ("RFPs").

3. On the evening of October 17, 2022, two days before the responses were due, Plaintiff's counsel e-mailed the MindGeek Entities and requested a two-week extension for service of their Interrogatory Responses. Although there was limited time remaining in the jurisdictional discovery period, in the interest of cooperation the MindGeek Entities consented to the proposed extension.

4. On October 19, 2022, Plaintiff served objections and responses to the RFPs that indicated that certain limited documents would be produced (though far less than what was requested). Plaintiff's Responses and Objections to Defendants MindGeek Entities' First Request for Production of Documents to Plaintiff Related to Personal Jurisdiction (Ex. D). But Plaintiff did not produce any documents at that time. On November 1, 2022, the MindGeek Entities sent a letter to Plaintiff detailing the deficiencies in her responses and requesting a Rule 37-1 conference. Plaintiff has never responded in writing to this letter.

5. On November 2, 2022, Plaintiff served her responses to the Interrogatories. Pl.'s Responses and Objections to MindGeek Entities' First Set of

Interrogatories to Pl. Related to Personal Jurisdiction.  On November 7, 2022, the MindGeek Entities sent a second letter to Plaintiff addressing her deficient responses to the Interrogatories and again requesting a Rule 37-1 conference.

6. Two days later, counsel for the MindGeek Entities again reached to Plaintiff's counsel via e-mail and again requested a meet and confer conference to address Plaintiff's deficient discovery responses.  The Parties eventually agreed to a telephonic conference on November 14, 2022.

7. Less than an hour before the meet and confer, Plaintiff sent a letter indicating that they intended to stand on the responses and objections in full, and asserted that Defendants were improperly seeking "merits" discovery.

8. During the subsequent call, counsel for the MindGeek Entities repeatedly asked Plaintiff's counsel to explain why they believed the MindGeek Entities' requests did not pertain to personal jurisdiction.  Plaintiff's counsel refused to provide an explanation and instead asserted that they were dissatisfied with the MindGeek Entities' discovery responses to date.

9. As of the time the MindGeek Entities' portion of this Joint Stipulation was sent to Plaintiff, Plaintiff had failed to amend her responses.  Moreover, even though the MindGeek Entities served their requests over two months ago, as of the time of service she has still not produced a single document in response to MindGeek Entities' requests.  By contrast, the MindGeek Entities have produced hundreds of documents totaling over 3000 pages and are continuing to provide more as they become available.

10. A true and correct copy of the MindGeek Entities First Set of Interrogatories to Plaintiff Related to Personal Jurisdiction is attached as Ex. A to the Joint Stipulation.

11. A true and correct copy of the MindGeek Entities First Request for Production of Documents to Plaintiff Related to Personal Jurisdiction is attached as

1 | Ex. B to the Joint Stipulation.

2  12.  A true and correct copy of Plaintiff's Responses and Objections to Defendants MindGeek Entities' First Request for Production of Documents to Plaintiff Related to Personal Jurisdiction is attached as Ex. D to the Joint Stipulation.

13.  A true and correct copy of the November 1, 2022 letter from Kathleen Massey to Michael J. Bowe is attached as Ex. E to the Joint Stipulation.

14.  A true and correct copy of Plaintiff's Responses and Objections to MindGeek Entities' First Set of Interrogatories to Plaintiff Related to Personal Jurisdiction is attached as Ex. F to the Joint Stipulation.

15.  A true and correct copy of the November 7, 2022 letter from Kathleen Massey to Michael J. Bowe is attached as Ex. G to the Joint Stipulation.

16.  A true and correct copy of the November 14, 2022 letter from Michael J. Bowe to Kathleen Massey is attached as Ex. H) to the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of November 2022 at Philadelphia, Pennsylvania.

Respectfully submitted,

  /s/   *Christopher R. Boisvert*
Christopher R. Boisvert