Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Autumn Spaeth<br>Courtroom: 6B<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MINDGEEK ENTITY DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date: December 21, 2022<br>Time:   10:00 a.m.<br>Courtroom:   6B<br><br>Jurisdictional Discovery Cutoff: December 30, 2022 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MINDGEEK ENTITY DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1.  I am an associate with Brown Rudnick LLP and counsel for Plaintiff Serena Fleites in the above referenced matter. I submit this declaration in support of Plaintiff's Opposition to the MindGeek Entity Defendants' Motion to Compel Plaintiff's Responses to Interrogatories and Requests for Production of Documents ("Defendants' Motion to Compel"). I have personal knowledge of the matters set forth herein.

2.  Plaintiff served the MindGeek Entity Defendants with her First Set of Interrogatories ("Plaintiff's Interrogatories") on August 17, 2022. Defendants' responses were initially due on September 15, 2022, however Defendants sought a one-week extension to respond to Plaintiff's Interrogatories and Plaintiff agreed.

3.  On September 22, 2022, the Defendants provided a redacted version of their responses and objections to the Plaintiff's Interrogatories. A true and accurate copy of the MindGeek Entities Defendants redacted responses and objections to Plaintiff's Interrogatories is attached hereto as **Exhibit 1**.

4.  Plaintiff served the MindGeek Entity Defendants with her First Set of Requests for Production ("Plaintiff's RFPs") on August 23, 2022. On September 22, 2022, the MindGeek Entity Defendants provided Plaintiff with their responses and objections to Plaintiff's RFPs. A true and accurate copy of Defendants' responses and objections to Plaintiff's RFPs is attached hereto as **Exhibit 2.**

Executed this 30th day of November 2022 in Washington, D.C.

**BROWN RUDNICK LLP**

By: /s/ *John G. Doyle*
    John G. Doyle