BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:　Autumn D. Spaeth<br><br>**[PROPOSED] ORDER GRANTING MINDGEEK ENTITY DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Hearing:　December 21, 2022: 10:00<br>Courtroom:  6B<br><br>Jurisdictional Discovery Deadline: December 30, 2022 |

1  The Motion to Compel Plaintiff's Responses to Interrogatories and Requests
2  for Production of Documents by Defendants MindGeek S.A.R.L., MG Freesites Ltd,
3  MindGeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-
4  1568 Quebec Inc. (collectively "MindGeek Entity Defendants") was heard on
5  December 21, 2022, at 10:00 A.M. by this Court. Having considered all papers filed
6  in support of and in opposition to the Motion to Compel, oral arguments of counsel,
7  and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that
8  the MindGeek Entity Defendants' Motion is **GRANTED**.

9  Accordingly, Plaintiff shall provide full and complete responses to the
10 MindGeek Entity Defendants' Interrogatory Nos. 2-6, 8, 10-13 and Requests for
11 Production of Documents 1-11.

12 **IT IS SO ORDERED.**

14 Dated: _____

15                                                    Honorable Autumn D. Spaeth