Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:    Autumn Spaeth<br>Courtroom: 6B<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL, PURSUANT TO A PROTECTIVE ORDER**<br><br>Date: December 21, 2022<br>Time:   10:00 a.m.<br>Courtroom:   6B<br><br>Jurisdictional Discovery Cutoff: December 30, 2022 |

Pursuant to Local Rules 79-5.2.2 and the Stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187), Plaintiff hereby submits this Application for Leave to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order. In support of this Application, Plaintiff states as follows:

1. Under the parties' Protective Order, a party may designate material that it produces as "Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement.

2. As relevant to this Application, Plaintiff served the MindGeek Entity Defendants with her First Set of Interrogatories on August 17, 2022, and Defendants provided a redacted version of their responses on September 22, 2022 as a protective order had not yet been entered. On October 17, 2022, Defendants provided the unredacted version of their responses to Plaintiff with a "Confidential-Subject to Protective Order" designation. The Parties subsequently met and conferred concerning several disputes arising from Plaintiff's requests and Defendants' responses to those requests, but the Parties have not been able to resolve their differences.

3. On November 22, 2022, Plaintiff notified Defendants of her intent to file a motion to compel ("Plaintiff's Motion to Compel") responses to her requests for production and interrogatories. Plaintiff's Motion to Compel, filed simultaneously herewith attaches as Exhibit 7 to the Declaration of Lauren Tabaksblat, excerpts of the unredacted October 17, 2022 MindGeek Entities' responses to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction, which Defendants have designated as "Confidential." The parties subsequently conferred and Defendants have indicated their intent to request that the material remain Confidential and under seal.

4. Pursuant to Local Rule 37-2.1, Plaintiff's Motion to Compel contains the verbatim interrogatories at issue and any alleged insufficient responses. Plaintiff

intends to redact these responses from the publicly filed version of the motion and to submit an unredacted version of both the Motion to Compel and Plaintiff's Exhibit 7 under seal. The unredacted version of Plaintiff's Motion to Compel and Accompanying Exhibit 7 are attached to this Application.

5. Local Rule 79-5.2.2 provides that where a Filing Party seeks to file a document containing information previously designated as confidential by another pursuant to a protective order, and the document cannot be suitably redacted by agreement, the Filing Party may file an Application for Leave to File Under Seal. The Rule further requires the Filing Party to confer with the Designating Party at least 3 days before seeking to file the document(s) under seal and, if sealing remains necessary, to serve a copy of the application and any supporting declaration on the Designating Party the same day the motion is filed, so that the Designating Party may, within four days, file a declaration that establishes why all or part of the designated material is sealable.

6. Accordingly, under Local Rule 79-5.2.2, Plaintiff is attaching to this Application an unredacted version of the Motion to Compel which contains the confidential excerpts from the "Responses of Defendants MindGeek S.A.R.L., MG Freesites Ltd, MindGeek USA Inc., MG Global Entertainment Inc., MG Premium Ltd, and 9219-1568 Quebec, Inc. to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction" and Accompanying Exhibit 7 – filed under seal.

7. Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

| | |
|---|---|
| DATED: November 30, 2022 | Respectfully submitted, |
| | BROWN RUDNICK LLP |
| | By: *Lauren Tabaksblat* |
| | MICHAEL J. BOWE (*pro hac vice*) |
| | mbowe@brownrudnick.com |
| | LAUREN TABAKSBLAT |
| | (*pro hac vice*) |
| | ltabaksblat@brownrudnick.com |
| | 7 Times Square |
| | New York, NY 10036 |
| | Phone: (212) 209-4800 |
| | Fax: (212) 209-4801 |
| | |
| | David M. Stein (#198256) |
| | dstein@brownrudnick.com |
| | 2211 Michelson Drive, 7th Floor |
| | Irvine, California  92612 |
| | Telephone: (949) 752-7100 |
| | Facsimile:  (949) 252-1514 |
| | |
| | Attorneys for Plaintiffs |