# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>　　　　　　Defendants. | CASE NO.  2:21-cv-4920-CJC-ADS<br><br>**ORDER GRANTING REQUEST OF KERIME S. AKOGLU FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION AND INTERROGATORIES**<br><br>Date:  December 21, 2022<br>Time: 10:00 a.m.<br>Dept.: 6B<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed  June 17, 2021 |

## ORDER

The Request of Kerime S. Akoglu for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel Defendants MindGeek Entities' Responses to Requests for Production and Interrogatories on December 21, 2022, filed by Specially Appearing Defendant Corey Urman, is hereby **GRANTED.** Ms. Akoglu has the Court's permission to remotely attend and telephonically observe the December 21, 2022 hearing at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: 12/06/2022              /s/ Autumn D. Spaeth
                               HON. AUTUMN D. SPAETH
                               DISTRICT COURT MAGISTRATE JUDGE