Name and address:
Benjamin Sadun
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Tel: (213) 808-5700
Fax: (213) 808-5760

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

Plaintiff(s)

v.

MINDGEEK S.A.R.L., et al.

Defendant(s).

CASE NUMBER

2:21-CV-4290-CJC-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Michelle H. Yeary of

*Applicant's Name (Last Name, First Name & Middle Initial)*

609-955-3277     215-994-2222
*Telephone Number*     *Fax Number*

michelle.yeary@dechert.com
*E-Mail Address*

DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

MindGeek S.a.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

Benjamin Sadun of

*Designee's Name (Last Name, First Name & Middle Initial)*

287533     213-808-5721     213-808-5760
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

benjamin.sadun@dechert.com
*E-Mail Address*

DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge