# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites<br><br>v.<br><br>MindGeek S.A.R.L., et .al<br>Plaintiff(s) / Defendant(s) | CASE NUMBER:<br>2:21-cv-04920-CJC-ADS<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Autumn D. Spaeth. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge   Autumn D. Spaeth

Date/Time   December 15, 2022 at 10:00 a.m.

Courtroom:   Telephonic  (Call information will be provided by separate email).

Dated:   December 13 2022                    By:   K. Hopkins
                                                    Deputy Clerk