# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                         v.              Plaintiff(s)<br><br>MINDGEEK S.A.R.L., et al.<br><br>                               Defendant(s). | CASE NUMBER<br>2:21-cv-04920-CJC-ADS<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* [234] & [236] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Michelle H. Yeary of DECHERT LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      Cira Centre
609-955-3277      215-994-2222      2929 Arch Street
*Telephone Number*      *Fax Number*      Philadelphia, PA 19104
michelle.yeary@dechert.com
*E-Mail Address*      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
MindGeek S.a.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

Name(s) of Party(ies) Represented      ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel
Benjamin Sadun of DECHERT LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      US Bank Tower
287533      213-808-5721      213-808-5760      633 West 5th Street, Suite 4900
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*      Los Angeles, CA 90071-2013
benjamin.sadun@dechert.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
             ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated December 14, 2022      _____
                                                              U.S. District Judge/