UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-0420 CJC (ADSx)　　　　　　　　　　Date: December 15, 2022

Title: *Serena Fleites, et al. v. MindGeek S.A.R.L., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 12/15/2022 |
|---|---|
| Deputy Clerk | Court Recorder |

Attorney(s) Present for Plaintiff(s):　　　Attorney(s) Present for Defendant(s):
David M. Stein　　　　　　　　　　　　　Kathleen N. Massey
John Doyle　　　　　　　　　　　　　　　Michelle H. Yeary

**Proceedings:**　　**INFORMAL DISCOVERY CONFERENCE AND RE-SETTING OF DISCOVERY MOTIONS**

Case is called for hearing. Telephonic appearances entered.

Informal Discovery Conference held regarding Motion Re: Informal Discovery Dispute [238].

Conference held as reflected on the record. The Court will recommend to Judge Carney that the jurisdictional discovery cutoff be extended by 120 days with no restrictions.

Further, by agreement, the Court RE-SETS the hearing on MindGeek Entity Defendants' and Plaintiff's Motions to Compel [223] and [224], presently set for hearing on December 27, 2022, to January 11, 2023 at 10:00 before Magistrate Judge Spaeth in Courtroom 6B.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:26
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　kh