

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*John Gallo Doyle, Esq.*

DATE OF ADMISSION

*October 24, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 5, 2022

*Amy J. Dreibelbis*

Amy Dreibelbis, Esq.
Deputy Prothonotary