# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al.<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Plaintiff(s)<br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-04920-CJC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Doyle, John G.   of   BROWN RUDNICK LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   601 Thirteenth Street NW
202-536-1706   202-536-1701   Suite 600
*Telephone Number*   *Fax Number*   Washington, D.C. 20005
jdoyle@brownrudnick.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SERENA FLEITES, et al.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Stein, David M.   of   BROWN RUDNICK LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2211 Michelson Drive
198256   949-400-0231   949-486-3686   7th Floor
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*   Irvine, CA 92612
dstein@brownrudnick.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated  December 29, 2022
  _____
  U.S. District Judge

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1