WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: nread@cohengresser.com
Email: cbridge@cohengresser.com

*Attorneys for Defendant*
*Feras Antoon*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>　　　　Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S AND THE MINDGEEK ENTITY DEFENDANTS' MOTIONS TO COMPEL; DECLARATION OF JASON BROWN; [PROPOSED] ORDER**<br><br>**Date:** January 11, 2023<br>**Time:** 10:00 a.m.<br>**Courtroom:** 6B<br>**Magistrate Judge:** Hon. Autumn D. Spaeth |

**REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND VISA'S MOTION FOR A PROTECTIVE ORDER**

TO THE HONORABLE COURT AND TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD:

Pursuant to this Court's standing order regarding procedures for remote appearance, Jason Brown, counsel for Defendant Feras Antoon, hereby requests the Court's permission to telephonically observe the hearing on Plaintiff Serena Fleties's Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories (ECF No. 224) and the MindGeek Entity Defendants' Motion to Compel Responses to Interrogatories and Requests for Production of Documents (ECF No. 223), currently scheduled for January 11, 2023. Should a hearing on that motion be continued to a later date, Mr. Brown requests permission to telephonically observe any such hearing as well.

Mr. Antoon is neither a moving nor responding party with respect to any motion scheduled to be heard on January 11, 2023. Mr. Brown would only observe the proceedings.

This request is based on this Request for Permission to Telephonically Observe the Hearing and the accompanying Declaration of Jason Brown in support thereof.

Dated: January 9, 2023

Respectfully Submitted:

WIECHERT, MUNK & GOLDSTEIN, PC

By: */s David W. Wiechert*
　　　David W. Wiechert

COHEN & GRESSER LLP

Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)

*Attorneys for Defendant Feras Antoon*

1

**REQUEST OF JASON BROWN TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S AND THE MINDGEEK ENTITY DEFENDANT'S MOTIONS TO COMPEL**