WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
Colin C. Bridge (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: nread@cohengresser.com
Email: cbridge@cohengresser.com

*Attorneys for Defendant*
*Feras Antoon*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br>    v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>    Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**DECLARATION OF JASON BROWN IN SUPPORT OF REQUEST TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S AND THE MINDGEEK ENTITY DEFENDANTS' MOTIONS TO COMPEL**<br><br>**Date: January 11, 2023**<br>**Time: 10:00 a.m.**<br>**Courtroom: 6B**<br>**Magistrate Judge: Hon. Autumn D. Spaeth** |

**DECLARATION OF JASON BROWN IN SUPPORT OF REQUEST TO TELEPHONICALLY OBSERVE HEARING**

I, Jason Brown, declare:

1. I am an attorney licensed to practice in the State of New York and a partner at the law firm Cohen & Gresser LLP. I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Defendant Feras Antoon in the above-captioned action. (ECF No. 58.) I make this declaration in support of my Request to Telephonically Observe the Hearing on Plaintiff's Motion to Compel and Visa's Motion for a Protective Order.

2. The Court has set a date of January 11, 2023, at 10:00 a.m. for a hearing on Plaintiff Serena Fleties's Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories (ECF No. 224) and the MindGeek Entity Defendants' Motion to Compel Responses to Interrogatories and Requests for Production of Documents (ECF No. 223) (together, the "Motions").

3. Mr. Antoon, who is a defendant in the above-captioned matter, has an interest in the outcome of motions brought before this Court, including the Motions.

4. My office is located in New York, New York, and to attend the hearing in person in California would require significant time and expense on behalf of my client. As Mr. Antoon's counsel, I would not be participating in the hearing, but simply observing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of January, 2023 at New York, New York.

*/s/ Jason Brown*
Jason Brown

1

**DECLARATION OF JASON BROWN IN SUPPORT OF REQUEST TO TELEPHONICALLY OBSERVE HEARING**