1  WIECHERT, MUNK & GOLDSTEIN, PC
   David W. Wiechert (SBN 94607)
2  4000 MacArthur Blvd. Suite 600 East Tower
   Newport Beach, CA 92660
3  Phone: (949) 361-2822
   Facsimile: (949) 361-5722
4  Email: dwiechert@aol.com

5
   COHEN & GRESSER LLP
6  Jason Brown (admitted *pro hac vice*)
   Nathaniel P. T. Read (admitted *pro hac vice*)
7  Colin C. Bridge (admitted *pro hac vice*)
   800 Third Avenue
8  New York, New York 10022
   Phone: (212) 957-7600
9  Facsimile: (212) 957-4514
   Email: jbrown@cohengresser.com
10 Email: nread@cohengresser.com
   Email: cbridge@cohengresser.com
11

12 *Attorneys for Defendant*
   *Feras Antoon*
13

                    **UNITED STATES DISTRICT COURT**
14
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15

16 SERENA FLEITES,                          Case No. 21-cv-04920-CJC-ADS

17          Plaintiff,
        v.
                                            **[PROPOSED] ORDER**
18                                          **GRANTING REQUEST OF**
    MINDGEEK S.A.R.L., a foreign entity;    **JASON BROWN TO**
19 MG FREESITES, LTD., a foreign entity;    **TELEPHONICALLY OBSERVE**
   MINDGEEK USA INCORPORATED, a             **THE HEARING ON**
20 Delaware corporation; MG PREMIUM         **PLAINTIFF'S AND THE**
   LTD, a foreign entity; MG GLOBAL         **MINDGEEK ENTITY**
21 ENTERTAINMENT INC., a Delaware           **DEFENDANTS' MOTIONS TO**
   corporation, 9219-1568 Quebec, Inc.      **COMPEL**
22 (d/b/a MindGeek), a foreign entity;
   BERND BERGMAIR, a foreign
23 individual; FERAS ANTOON, a foreign
   individual; DAVID TASSILLO, a foreign    **Date: January 11, 2023**
24 individual; COREY URMAN, a foreign       **Time: 10:00 a.m.**
   individual; VISA INC., a Delaware        **Courtroom: 6B**
25 corporation; COLBECK CAPITAL             **Magistrate Judge: Hon. Autumn D.**
   DOES 1-5; and BERGMAIR DOES 1-5,         **Spaeth**
26
           Defendants.
27

28

                              **PROPOSED ORDER**

1  <u>**ORDER**</u>

2      The Request of Jason Brown to Telephonically Observe the Hearing on

3  Plaintiff's and the MindGeek Entity Defendants' Motions to Compel (together, the

4  "Motions") is hereby **GRANTED**.  Mr. Brown has the Court's permission to

5  remotely teleconference in to telephonically observe the hearing or hearings

6  scheduled on the Motions.

7

8  **IT IS SO ORDERED.**

9

10  DATED: _____        _____

11                                United States Magistrate Judge
                                The Honorable Autumn D. Spaeth

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                1

**PROPOSED ORDER**