BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park, 1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698-3599

MICHELLE H. YEARY (*admitted pro hac vice*)
michelle.yeary@dechert.com
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Phone: (609) 955-3277; Fax: (609) 873- 9151

*Attorneys for MindGeek Entity Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Autumn D. Spaeth<br><br>**REQUEST OF MICHELLE HART YEARY FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND THE MINDGEEK ENTITY DEFENDANTS' MOTION TO COMPEL**<br><br>Date:   January 11, 2023<br>Time:   10:00 A.M.<br>Courtroom: 6B<br><br>Complaint Filed: June 17, 2021 |

CASE NO. 2:21-cv-04920
**REQUEST OF MICHELL YEARY FOR PERMISSION TO TELEPHONICALLY OBSERVE**

TO THE HONORABLE COURT AND TO THE PLAINTIFF AND HER COUNSEL OF RECORD:

Pursuant to this Court's standing order regarding procedures for remote appearance, Michelle Hart Yeary, counsel for the MindGeek Entity Defendants, hereby requests the Court's permission to telephonically observe the January 11, 2023 hearing on Plaintiff's Motion to Compel against the MindGeek Entity Defendants and the MindGeek Entity Defendants' Motion to Compel against the Plaintiff.

Kathleen Massey and Christopher Boisvert, counsel for the MindGeek Entity Defendants will be attending the hearing in person. Ms. Yeary's appearance at the hearing would be solely to observe the proceedings.

This request is further supported by that accompanying Declaration of Michelle Hart Yeary.

DATED: January 18, 2023                Respectfully submitted,

    /s/    *Michelle Hart Yeary*
MICHELLE HART YEARY (*admitted pro hac vice*)
michelle.yeary@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone: (609) 955-3277
*Attorneys for MindGeek Entity Defendants*

CASE NO. 2:21-cv-04920
**REQUEST OF MICHELL YEARY FOR PERMISSION TO TELEPHONICALLY OBSERVE**