| | |
|---|---|
| 1 | BENJAMIN M. SADUN (287533) |
| | benjamin.sadun@dechert.com |
| 2 | DECHERT LLP |
| | US Bank Tower, 633 West 5th Street, |
| 3 | Suite 4900 |
| | Los Angeles, CA 90071-2013 |
| 4 | Phone: (213) 808-5721; Fax: (213) 808-5760 |
| 5 | KATHLEEN N. MASSEY (*admitted pro hac vice*) |
| | kathleen.massey@dechert.com |
| 6 | DECHERT LLP |
| | Three Bryant Park, 1095 Avenue of the Americas |
| 7 | New York, NY 10036 |
| | Phone: (212) 698-3500; Fax: (212) 698-3599 |
| 8 | |
| | MICHELLE H. YEARY (*admitted pro hac vice*) |
| 9 | michelle.yeary@dechert.com |
| | DECHERT LLP |
| 10 | Cira Centre, 2929 Arch Street |
| | Philadelphia, PA 19104 |
| 11 | Phone: (609) 955-3277; Fax: (609) 873- 9151 |

*Attorneys for MindGeek Entity Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES, | CASE NO. 2:21-CV-04920-CJC-ADS |
| Plaintiff, | Judicial Officer: Autumn D. Spaeth |
| v. | |
| MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5 | **DECLARATION OF MICHELLE HART YEARY IN SUPPORT OF REQUEST FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINITFF'S MOTION TO COMPEL AND THE MINDGEEK ENTITY DEFENDANTS' MOTION TO COMPEL** |
| | Date: January 11, 2023 |
| | Time: 10:00 A.M. |
| | Courtroom: 6B |
| Defendants. | Complaint Filed: June 17, 2021 |

I, Michelle Hart Yeary, declare:

1. I am attorney licensed to practice law in the State of New Jersey and the Commonwealth of Pennsylvania, and am an attorney with the law firm Dechert LLP. I have been granted permission by this Court to appear *Pro Hac Vice* as counsel for the MindGeek Entity Defendants in the above-captioned action. I am over the age of 18. I make this declaration in support of my Request for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel and the MindGeek Entity Defendants' Motion to Compel set for January 11, 2023. I have personal knowledge of the facts stated herein.

2. The MindGeek Entity Defendants will be represented in person at the January 11, 2023 hearing by Kathleen Massey and Christopher Boisvert.

3. My office is located in Philadelphia, Pennsylvania, and to attend the hearing in person in California would require significant time and expense on behalf of my clients. As the MindGeek Entity Defendants will be represented in person, I would not be participating in the hearing, but attending only as an observer. My ability to observe the proceedings would be for purposes of efficiency in the handing of matters arising out of the hearing.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

CASE NO. 2:21-cv-04920

**DECLARATION IN SUPPORT OF REQUEST OF MICHELL YEARY FOR PERMISSION TO TELEPHONICALLY OBSERVE**

1  Executed this 9th day of January, 2023 at Cherry Hill, New Jersey.
2
3                  */s/ Michelle Hart Yeary*
4                  Michelle Hart Yeary
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 8:21-CV-00338

**DECLARATION IN SUPPORT OF REQUEST OF MICHELL YEARY FOR PERMISSION TO TELEPHONICALLY OBSERVE**