1 | BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
2 | DECHERT LLP
US Bank Tower, 633 West 5th Street,
3 | Suite 4900
Los Angeles, CA 90071-2013
4 | Phone: (213) 808-5721; Fax: (213) 808-5760

5 | KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
6 | DECHERT LLP
Three Bryant Park, 1095 Avenue of the Americas
7 | New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698-3599

8 |
MICHELLE H. YEARY (*admitted pro hac vice*)
9 | michelle.yeary@dechert.com
DECHERT LLP
10 | Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
11 | Phone: (609) 955-3277; Fax: (609) 873- 9151

*Attorneys for MindGeek Entity Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Autumn D. Spaeth<br><br>**ORDER GRANTING THE REQUEST OF MICHELLE HART YEARY FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINITFF'S MOTION TO COMPEL AND THE MINDGEEK ENTITY DEFENDANTS' MOTION TO COMPEL**<br><br>Date: January 11, 2023<br>Time: 10:00 A.M.<br>Courtroom: 6B<br><br>Complaint Filed: June 17, 2021 |

# **ORDER**

The Request of Michelle Hart Yeary for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel and the MindGeek Entity Defendants' Motion to Compel on January 11, 2023, filed by the MindGeek Entity Defendants is hereby **GRANTED**. Ms. Yeary has the Court permission to remotely attend and telephonically observe the January 11, 2023 hearing at 10:00 am.

**IT IS SO ORDERED**

DATED: January 10, 2023        /s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
DISTRICT COURT MAGISTRATE JUDGE