UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04920 CJC (ADSx)  Date: January 11, 2023

Title: *Serena Fleites, et al. v. MindGeek S.A.R.L., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 01/11/2023 |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David M. Stein | Christopher R. Boisvert |
| Lauren Tabaksblat | Kathleen N. Massey |

**Proceedings:** 1) DEFENDANT MINDGEEK ENTITIES' MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS [223]

2) PLAINTIFF'S MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES [224]

Case is called for hearing. Appearances entered. Argument by counsel.

Defendant MindGeek Entities' motion [223] is DENIED as reflected on the record.

Plaintiff's motion [224] is TAKEN UNDER SUBMISSION. The parties are ordered to meet and confer in an effort to resolve as many issues raised in the motion as possible and file a joint statement by close of business on January 20, 2023 as to the outcome, setting forth the remaining matters at issue.

2:05

Initials of Preparer   kh