# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Sydney Hargrove | 2a. Contact Phone Number: 202-682-7094 | 3a. Contact E-mail Address: sydney.hargrove@weil.com |
| 1b. Attorney Name (if different): Andrew Tulumello | 2b. Attorney Phone Number: 202-682-7100 | 3b. Attorney E-mail Address: drew.tulumello@weil.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Weil, Gotshal & Manges LLP
2001 M Street, NW Suite 600
Washington, DC 20036

**5. Name & Role of Party Represented:** Defendant Visa, Inc.
**6. Case Name:** Serena Fleites et al v. MindGeek S.A.R.L. et al
**7a. District Court Case Number:** 2:21-cv-04920-CJC-ADS
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | | A.D. Spaeth | Motion Hearing - Hearing on Motions to Compel | ● | ○ | ○ | ○ | ○ | ○ | None on File | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 13, 2023   Signature: /s/ Andrew Tulumello

G-120 (06/18)