1   Michael J. Bowe
    (admitted *pro hac vice*)
2   mbowe@brownrudnick.com
    Lauren Tabaksblat
3   (admitted *pro hac vice*)
    ltabaksblat@brownrudnick.com
4   **BROWN RUDNICK LLP**
    7 Times Square
5   New York, NY 10036
    Phone:      212.209.4800
6   Fax:    212.209.4801

    Kathleen N. Massey
    (admitted *pro hac vice*)
    Kathleen.Massey@dechert.com
    **Dechert LLP**
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 698-3500
    Fax: (212) 698-3599

7   Attorneys for Plaintiff

    Attorneys for Defendants MindGeek
    Entities

8

9                   UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
                        SOUTHERN DIVISION
11

12   SERENA FLEITES,                     CASE NO. 2:21-CV-04920-CJC-ADS

13           Plaintiff,

14       v.                              **DISCOVERY DOCUMENT:**
                                         **REFERRED TO MAGISTRATE**
15   MINDGEEK S.A.R.L.; MG               **JUDGE AUTUMN D. SPAETH**
     FREESITES, LTD; MINDGEEK
16   USA INCORPORATED; MG
     PREMIUM LTD.; MG GLOBAL
17   ENTERTAINMENT INC.; 9219-
     1568 QUEBEC, INC.; BERND            **JOINT STATUS REPORT AFTER**
18   BERGMAIR; FERAS ANTOON;             **HEARING**
     DAVID TASSILLO; COREY
19   URMAN; VISA INC.; COLBECK
     CAPITAL DOES 1-5;                   Jurisdictional Discovery Cutoff:
20   BERGMAIR DOES 1-5                   May 1, 2023

21           Defendants.

22

23

24

25

26

27

28

Pursuant to the Court's directive at the end of the January 11, 2023 hearing on Plaintiff's motion to compel (Dkt. 249), the Parties conferred to resolve some of the outstanding discovery issues presently before the Court and submit this status report.

The following matters and categories of material remain in dispute for the Court to issue a ruling:

      a) Plaintiff's RFP No. 1.

      b) Plaintiff's RFP No. 6 and Interrogatory No. 9.

      c) Plaintiff's RFP No. 26 and Interrogatory No. 10.

The MindGeek Entity Defendants believed the Court wanted more details in this report about the disputed issues, and the Plaintiff believed the Court wanted just a list of disputed issues for which they seek a ruling at this time. If the Court would find it useful, the parties can promptly provide another submission with more details about the three disputes listed above.

With respect to Plaintiff's remaining discovery requests presented to the Court at the January 11, 2023 hearing, the Parties have agreed to engage in further meet and confer efforts. Accordingly, the Parties respectfully request to withdraw those matters from the Court's consideration until such time as the need may arise.

Dated: January 20, 2023                    Respectfully Submitted,


BY: _David M. Stein_                        BY: _Kathleen N. Massey_

Michael J. Bowe (*pro hac vice*)            Kathleen N. Massey (*pro hac vice*)
mbowe@brownrudnick.com                      Kathleen.Massey@dechert.com
Lauren Tabaksblat                           **Dechert LLP**
ltabaksblat@brownrudnick.com                Three Bryant Park
**Brown Rudnick LLP**                       1095 Avenue of the Americas
7 Times Square                              New York, NY 10036
New York, NY 10036                          Tel: (212) 698-3500
Phone: (212) 209-4800                       Fax: (212) 698-3599
Fax: (212) 209-4801                         Attorneys for Defendants
Attorneys for Plaintiff                     MindGeek Entities

**JOINT STATUS REPORT**