UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5 <br><br> Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS <br><br> **DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH** <br><br> **STIPULATION FOR ISSUANCE OF AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** <br><br> Date:   February 15, 2023 <br> Time:   10:00 a.m. <br> Courtroom:   6B |

Plaintiff Serena Fleites and Defendants MindGeek S.á.r.l., MindGeek Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. stipulate as follows:

**WHEREAS**, this Court granted Plaintiff's Motion for Issuance of Letters Rogatory (Dkt. No. 178) on November 17, 2022 (Dkt. No. 211), including a letter to Grant Thornton's National Office in Toronto, Grant Thornton LLP (Canada);

**WHEREAS**, Plaintiff served a copy of the Letters Rogatory on Grant Thornton LLP (Canada) on December 23, 2022;

**WHEREAS**, Grant Thornton LLP (Canada) has asserted that, although it is a member firm of Grant Thornton International, its office did not provide audit services to any named Defendant or MindGeek Entity, and it does not have control over audit and related files in the possession of Grant Thornton International member firm Raymond Chabot Grant Thornton LLP, a member firm known to have provided services to the MindGeek Entities;

**WHEREAS**, Plaintiff asks this Court to issue the attached Letter Rogatory, which is the same as the previously issued Letter, but directed to Raymond Chabot Grant Thornton LLP;

**NOW THEREFORE**, the parties **STIPULATE** that the Court may issue the attached Letter Rogatory.

Dated: January 23, 2023

Respectfully submitted,

By: _____
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036

| | |
|---|---|
| | Phone: (212) 209-4800 |
| | Fax: (212) 209-4801 |
| | |
| | David M. Stein (#198256) |
| | dstein@brownrudnick.com |
| | 2211 Michelson Drive, 7th Floor |
| | Irvine, California  92612 |
| | Phone:  949.752.7100 |
| | Fax:     949.252.1514 |
| | |
| | Attorneys for Plaintiffs |
| | |
| Dated: January 23, 2023 | /s/   *Kathleen N. Massey* |
| | KATHLEEN N. MASSEY |
| | (*admitted pro hac vice*) |
| | kathleen.massey@dechert.com |
| | DECHERT LLP |
| | Three Bryant Park |
| | 1095 Avenue of the Americas |
| | New York, NY 10036 |
| | Phone: (212) 698-3500; Fax: (212) 698 3599 |
| | *Attorneys for MindGeek Entity Defendants* |