UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR ISSUANCE OF AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

　　This Court, having considered the Parties' stipulation and submissions in connection with the Plaintiff's request for the issuance of a Letter Rogatory to Raymond Chabot Grant Thornton LLP, and for good cause appearing, hereby rules as follows:

　　**IT IS ORDERED** that the request to issue the Letter Rogatory annexed hereto as Exhibit 1, is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge