UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADSx<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ISSUANCE OF AMENDED REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

This Court, having considered the Parties' stipulation and submissions in connection with the Plaintiff's request for the issuance of a Letter Rogatory to Raymond Chabot Grant Thornton LLP, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the request to issue the Letter Rogatory annexed hereto as Exhibit 1, is **GRANTED**.

**IT IS SO ORDERED**.

Dated: January 25, 2023

                                              /s/ Autumn D. Spaeth
                                    HONORABLE AUTUMN D. SPAETH
                                    United States Magistrate Judge