UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04920 CJC (ADSx)    Date: February 3, 2023

Title: *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL (DKT. NO. 225)**

On November 30, 2022, Plaintiff Serena Fleites ("Plaintiff") submitted an application to file a document under seal. (Dkt. No. 225.) Plaintiff submitted the application pursuant to Local Rule 79-5.2.2(b) because Defendants MindGeek S.A.R.L., MG Freesites Ltd., MindGeek USA Inc., MG Premium Ltd., MG Global Entertainment Inc., 9219-1568 Quebec, Inc., Bernd Bergmair, Feras Antoon, Davis Tassillo, Corey Urman (collectively, "MindGeek Defendants"), and Bergmair Does 1-5 (collectively, "Defendants") had designated the document as confidential.

Local Rule 79-5.2.2(b)(i) specifies that:

[w]ithin 4 days of the filing of the Application, the Designating Party must file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard.

The Court notes that the designating party, Defendants, did not file a declaration within four days of November 30, 2022 that justified why these exhibits should be filed under seal. Local Rule 79-5.2.2(b)(i) also states that "[f]ailure to file a declaration or other required document may be deemed sufficient grounds for denying the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04920 CJC (ADSx)                                              Date: February 3, 2023

Title: *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

Application." In light of the absence of a declaration from Defendants, the Court denies Plaintiff's Application to File under Seal.

**IT IS SO ORDERED.**

Initials of Clerk kh