# EXHIBIT 6

| | |
|---|---|
| **From:** | Tabaksblat, Lauren |
| **To:** | Yeary, Michelle; Stein, David M.; Massey, Kathleen; Doyle, John G. |
| **Cc:** | Boisvert, Chip |
| **Subject:** | RE: Following Up |
| **Date:** | Tuesday, January 17, 2023 7:15:54 PM |

Michelle,

As a follow-up to our prior discussions over the course of the last week and in response to your request for a comprehensive list, below are the documents Plaintiff has identified as relevant and outstanding in response to her jurisdictional discovery requests, along with the corresponding request number. Although not all these requests are currently before the court, in the interest of judicial efficiency and with the benefit of the Court's guidance, we would propose to address the entire list during tomorrow's call so that we could potentially resolve both the pending motion as well as narrow, or obviate, a second motion on the additional requests.

I. **Discovery Subject To the Pending Motion**

- Documents and Communications concerning Serena;
- Documents identifying all MindGeek or outside personnel or vendors with any current or past responsibility for moderating, monitoring, formatting, optimizing, filtering, reviewing, screening, or removing content on any MindGeek platform or website, the entities they were retained and employed by, and the entities that they were compensated by, whether salary, bonus or otherwise (RFP No. 6; ROG No. 4);
- The identities, employing entity, and compensation source of those responsible for the moderation, monitoring, review, formatting, analysis and optimization of content (ROG Nos. 8, 9)
- Server and Information technology support center locations; documents depicting, describing or explaining MindGeek's IT infrastructure, including locations and identities of any outside vendors; (RFP 26; ROG 10);
- Monthly, quarterly, and annual bank and investment statements (RFP 13)

II. **Additional Outstanding Discovery**:

- Items From the Shareholder Agreement: (Specifically RFP No. 11 – board materials, minutes, etc.; RFP Nos. 2, 7, 8, 9)
    - Acaju investment incentive fee agreement-Oct. 18, 2013 between Acaju and RT Holding;
    - Financing Agreement-October 18, 2013 Amended and Restated Financing Agreement among parent and subsidiaries with Cartland capital market services LLC ;
    - RT Contribution and Subscription Agreement- Oct 18, 2013 and any amendments;
    - Pledge agreement from Oct 18, 2013 (aka second ranking pledge)
    - the business plans for each year that we're supposed to be prepared each year
    - MBO Purchase Agreement-Oct 18, 2013
    - RK Holdings Note

Items from the Board Meeting Minutes: (Specifically RFP No. 11 – board materials, minutes, etc.; RFP Nos. 2, 7, 8, 9)
- Almost every board meeting production contains references to documents/attachments/schedules that have not been produced.
- For example: MindGeek_Fleites_00002081 are the minutes for the July 24, 2020 MG S.a.r.l. meeting – presented at that meeting were numerous "Schedules" that included a review of the Cyprus Cos' board meeting minutes, review and approval of their key performance indicators and budgets, and a review of the Cyprus companies operational initiatives for the next quarter – none of these were produced

- Service agreements between MG Global Entertainment and other MindGeek Entities (RFP No. 22);
- Board presentation materials and calendars (RFP No. 11)
- A complete set of the agreements, articles of incorporation or associations and by-laws, or other documents governing the rights and obligations of the parties identified in the charts, shareholder agreement, and other documents Defendants have produced to-date, including all financing and debt related agreements, incentive investment fee agreements, distribution or other payment agreements, contribution and subscription agreements, pledge and collateral agreements, royalty/licensing/ IP or service agreements, the MBO purchase agreement and related documents, the RK Holdings Note, and the documents setting forth the ownership, control, and rights for each entity identified in such documents. (RFP No. 2, 4-5, 9-12, 16; 18; 22)
- Any summaries, due diligence memoranda, or presentations explaining the objectives, terms, operation, and financial, tax or accounting treatment under the documents identified in 1, including documents showing the disposition and use of any loan proceeds and distributions in and between Mindgeek-related entities, including specifically to or from RT Holdings and its affiliates, regardless of whether they are consolidated in MindGeek's accounting. (RFP No. 9-10, 12, 15, 24)
- The business plans and periodic financial reports and statements prepared under the shareholder agreement Defendants produced or otherwise, including those presented to third-parties such as lenders, investors, or government entities. (RFP No. 9, 11-12, 15, 20 41; ROG 3)
- The information and data used to prepare the financial statements and tax returns Defendants have produced to-date, including the financial data and business records required under the 2013 shareholder agreement and related financing agreements (and any amendments thereto); data identifying the sources of revenues and recipients of expense, cost, and distribution payments; data showing each entities bank account balances over time and any agreements, valuations, consents or communications concerning revenues or costs associated with any related party transaction or distribution for all entities included in MindGeek's consolidated financial statements. (RFP 3, 8, 10, 11, 19, 24)
- Lists identifying and organizational charts showing affiliation, ownership, and management for any Mindgeek related or affiliated entity regardless of whether it is consolidated for accounting purposes; articles of incorporation, association, or other organizational documents for such entities; and documents related to the reasons for each such entity's formation and/or dissolution as described in the declaration of Andreas Andreou. (RFP No 2, 4-5, 11, 14-19, 21)

- Records of all direct or indirect distributions to any member of the 2013 shareholder agreement and all document concerning the approval and financial, accounting and tax treatment of such distributions. (ROG 5, 6; RFP 3, 10-11, 24)
- Documents reflecting any refinancing of the 2013 financing conducted as part of the MBO or any reorganization and amendment of the 2013 shareholder agreement or other contractual relationship in and among the parties to it.  (RFP 5, 11; 14; 19)
- Documents related to the claims made in the affidavit of Andreas Andreou or to any facts for which MindGeek intends to present evidence in opposition to Plaintiff's alter ego claims. (RFP 15-23)

We look forward to discussing tomorrow.

Best,

Lauren

---

**From:** Yeary, Michelle <michelle.yeary@dechert.com>
**Sent:** Tuesday, January 17, 2023 12:15 PM
**To:** Stein, David M. <DStein@brownrudnick.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Boisvert, Chip <Chip.Boisvert@dechert.com>
**Subject:** RE: Following Up

**CAUTION: External E-mail. Use caution accessing links or attachments.**

---

David & John – We are willing to keep our scheduled call on calendar for today.  However, we have concerns that you have not yet identified all of the documents and/or categories of documents you seek from the MindGeek Entity Defendants, which hampers a productive meet and confer.  As you know, and as acknowledged by the court, at the hearing Plaintiff raised issues regarding several categories of documents that were not the subject of your motion to compel and therefore not properly before the court.  As a related matter, Plaintiff has not provided Defendants with anything in writing about those issues (except for a handful of issues regarding redactions about which you informed us last night).  Notwithstanding the foregoing, in an attempt to be efficient and hopefully narrow issues for the court to resolve, we are willing to entertain such written requests and see where we can reach resolution.  But we cannot do that in a piecemeal manner.  We need the full list of documents you plan to identify to the court in the filing due on Friday if we do not reach agreement on them before then.  That is the only way Defendants can know what the issues are now and respond.  We require an opportunity to discuss your written requests internally and with our client, and an opportunity to prepare our responses to any requests, especially those that were not briefed.

Please provide the comprehensive and specific list of documents and issues by the close of business today.