BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Autumn D. Spaeth<br><br>**DECLARATION OF MICHELLE HART YEARY IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL MINDGEEK ENTITY DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Hearing:　March 1, 2023<br>Time:　10:00 a.m.<br>Courtroom: 6B<br><br>Jurisdictional Discovery Deadline: May 1, 2023 |

CASE NO. 2:21-cv-04920
**DECLARATION IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL**

I, Michelle Hart Yeary, do hereby declare and state as follows:

I am Counsel with the law firm Dechert LLP, attorneys of record for the MindGeek Entity Defendants in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto:

1. I make this declaration in opposition to Plaintiff's Second Motion to Compel MindGeek Entity Defendants' Responses to Requests for Production of Documents and Interrogatories.

2. Following the hearing held on January 11, 2023 and at the Court's directive, the parties met and conferred on January 18, 2023 to identify what issues that were properly raised in Plaintiff's Motion to Compel (Dkt. # 224) remained for the Court to rule on.

3. On January 17, 2023 Plaintiff provided a list of documents that they were seeking that went beyond the parameters of the then pending Motion to Compel. At the conclusion of that meet and confer, the MindGeek Entity Defendants took several of Plaintiff's requests under advisement and counsel began talking with their client to identify additional potentially responsive documents.

4. Plaintiff served her portion of the Joint Stipulation on Plaintiff's Motion to Compel on January 31, 2023. The MindGeek Entity Defendants again reviewed the categories of documents being requested and on February 6, 2023 sent Plaintiff an email identifying all of the documents they would agree to produce that were requested in Plaintiff's Second Motion to Compel. The MindGeek Entity Defendants further requested that Plaintiff consider delaying the filing of their motion by one week to allow defendants to make the proposed production, to afford Plaintiff time to examine the materials produced, and to allow the parties to further meet and confer. Plaintiff refused. *See* Exhibit 9 (Email exchange between M. Yeary and M. Bowe).

5. In addition, Plaintiff served another Rule 37-1 letter on the MindGeek Entity Defendants just days after serving her motion to compel; setting up for yet

another motion to compel.

6. Attached as Exhibit 10 is a true and correct copy of the MindGeek corporate organizational chart dated March 25, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of February at Cherry Hill, New Jersey.

Respectfully submitted,

   /s/   *Michelle Hart Yeary*
Michelle Hart Yeary