UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SERENA FLEITES,

        Plaintiff,

    v.

MINDGEEK S.A.R.L.; MG
FREESITES, LTD; MINDGEEK USA
INCORPORATED; MG PREMIUM
LTD.; MG GLOBAL
ENTERTAINMENT INC.; 9219-1568
QUEBEC, INC.; BERND BERGMAIR;
FERAS ANTOON; DAVID
TASSILLO; COREY URMAN; VISA
INC.; COLBECK CAPITAL DOES 1-
5; BERGMAIR DOES 1-5

        Defendants.

CASE NO.  2:21-CV-04920-CJC-ADS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

      This Court, having considered all of the evidence and submissions in connection with the Plaintiff's Motion to Compel Defendants MindGeek S.a.r.l., MG Freesites, Ltd., Mindgeek USA Incorporated, MG Premium Ltd., MG Global Entertainment, Inc., and 9219-1568 Quebec, Inc.'s (collectively, "MindGeek Entity Defendants") Responses to Plaintiff's First Request for Production of Documents and Interrogatories, and for good cause appearing, hereby rules as follows:

      **IT IS ORDERED** that the Plaintiff's Motion to Compel the MindGeek Entity Defendants' Responses to Plaintiff's Request for Production of Documents and Plaintiff's Interrogatories is **GRANTED**.  The MindGeek Entity Defendants are **HEREBY ORDERED** to produce the following documents within seven (7) days from the date of this Order:

      a.  A complete set of all agreements in and between the owners, investors,

lenders, executives, and MindGeek, deal files related to those transactions and agreement, and the governing articles and by-laws for the relevant MindGeek entities, which documents are responsive to ROG Nos. 2, 4, 5, 7 and RFP Nos. 2-5, 10-11, 14-19, 21.

b.  All due diligence files, presentations, or the equivalent prepared in connection with any actual or contemplated financing, investment, purchase, reorganization, or other corporate transaction or audit, which documents are responsive to ROG No. 3 and RFP Nos. 9-11, 14.

c.  All ownership and corporate organizational charts, and contract abstracts, summaries, and memoranda, explaining or depicting the identities and legal and economic relationships of and between the direct and indirect owners, investors, lenders, and any MindGeek entity, affiliates, and related parties, which documents are responsive to ROG Nos. 1, 2, 5 and RFP Nos. 2-5, 11, 15-18, 21, 24.

d.  All management and operational organizational charts, rosters, and memoranda depicting and explaining the management and operational infrastructure of the core business functions for each MindGeek entity such as finance, accounting, IT, website operation and infrastructure (including the servers), moderation, compliance, legal, and media and public relations, which documents are responsive to ROG Nos. 1, 2, 5, 8-9 and RFP Nos. 2-6, 11, 15-18, 21, 24.

e.  Documents reflecting which MindGeek entities  employed and paid the management and personnel operating the business and paid the costs associated with the business, which documents are responsive to ROG Nos. 5, 8-9 and RFP Nos. 5-6, 8, 11.

f.  The information from MindGeek's accounting and financial reporting systems related to all profit and loss and balance sheet categories,

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

1 | including revenues, expenses, assets, liabilities, inter-company

2 | transactions, as well as all dividends and distributions, which documents

3 | are responsive to ROG Nos. 4, 7 and RFP Nos. 2-6, 8, 10, 11, 12, 13.

4 |     g. Financial reports prepared for, and associated information given to,

5 | senior management, directors or their equivalent, lenders, or outside

6 | consultants, accountants, or other third parties, which documents are

7 | responsive to ROG Nos. 2, 3 and RFP Nos. 2-4, 6, 11, 12, 19, 20, 24.

8 |     h.  All documents related to the reorganizations, inter-company and related

9 | party transactions, contracts, accounting, and third-party transfer pricing

10 | analysis as described in the Andreou Declaration, which documents are

11 | responsive to ROG Nos. 5, 6 and RFP Nos. 2-6, 11, 12, 15-18, 19, 21,

12 | 24.

13 **IT IS SO ORDERED**.

14 Dated: _____

15

16                                           HONORABLE AUTUMN D. SPAETH
   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 21-CV-04920-CJC-ADS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**