<div style="columns:2">

Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:        949.752.7100
Fax:    949.252.1514

</div>

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**<br><br>Date: March 1, 2023<br>Time:   10:00 a.m.<br>Courtroom:   6B<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**

   Pursuant to Local Rules 79-5.2.2 and the Stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187), Plaintiff hereby submits this Application for Leave to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order.  In support of this Application, Plaintiff states as follows:

   1. Under the parties' Protective Order, a party may designate material that it produces as "Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement.

   2. As relevant to this Application, Plaintiff served the MindGeek Entity Defendants with her First Set of Interrogatories on August 17, 2022, and the MindGeek Entities provided a redacted version of their responses on September 22, 2022 as a protective order had not yet been entered.  On October 17, 2022, the MindGeek Entities provided the unredacted version of their responses to Plaintiff with a "Confidential" designation.  The Parties subsequently met and conferred concerning several disputes arising from Plaintiff's requests and Defendants' responses to those requests, but the Parties were not able to resolve their differences.

   3. On January 31, 2023, Plaintiff notified Defendant of her intent to file a motion to compel ("Plaintiff's Motion to Compel") responses to her requests for production and interrogatories.  Plaintiff's Motion to Compel, filed simultaneously herewith attaches as Exhibit 5 to the Declaration of John G. Doyle, Defendants' unredacted October 17, 2022 Objections and Responses to Plaintiff's First Set of Interrogatories, which Defendants have designated as "Confidential."

   4. Plaintiff's Motion to Compel also attaches as exhibits two documents produced by the MindGeek Entity Defendants, which Defendants have also designated as "Confidential."  The first, Plaintiff's Exhibit 7, is a "Server Cost Sharing Agreement" dated February 14, 2017.  The second, Plaintiff's Exhibit 8, is a "Shareholders' Agreement" dated October 18, 2013.  Similarly, Defendants have attached as Exhibit 10 a MindGeek corporate organizational chart dated March 25,

1  2020 – also designated as "Confidential." The parties subsequently conferred and Defendants have indicated their intent to request that the material remain Confidential and under seal.

5. Pursuant to Local Rule 37-2.1, Plaintiff's Motion to Compel contains the verbatim discovery responses at issue and any alleged insufficient responses. In addition, the Parties have included portions of confidential interrogatory responses from both the MindGeek Entity Defendants and Individual Defendants. Plaintiff intends to redact these responses and references from the publicly filed version of the motion and to submit an unredacted version of the Motion to Compel, Plaintiff's Exhibits 5, 7, and 8, and Defendants' Exhibit 10 under seal. The unredacted version of Plaintiff's Motion to Compel and subject Exhibits 5, 7, 8 and 10 are attached to this Application.

6. Local Rule 79-5.2.2 provides that where a Filing Party seeks to file a document containing information previously designated as confidential by another pursuant to a protective order, and the document cannot be suitably redacted by agreement, the Filing Party may file an Application for Leave to File Under Seal. The Rule further requires the Filing Party to confer with the Designating Party at least 3 days before seeking to file the document(s) under seal and, if sealing remains necessary, to serve a copy of the application and any supporting declaration on the Designating Party the same day the motion is filed, so that the Designating Party may, within four days, file a declaration that establishes why all or part of the designated material is sealable.

7. Accordingly, under Local Rule 79-5.2.2, Plaintiff is attaching to this Application an unredacted version of the Motion to Compel which contains the confidential excerpts from Defendants' responses and accompanying Exhibits 5, 7, 8, and 10 – filed under seal.

8. Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 8, 2023 | Respectfully Submitted |
| 3 | | **BROWN RUDNICK LLP** |
| 4 | | |
| 5 | | By:_____ |
| | | MICHAEL J. BOWE (*pro hac vice*) |
| 6 | | mbowe@brownrudnick.com |
| 7 | | LAUREN TABAKSBLAT |
| | | (*pro hac vice*) |
| 8 | | ltabaksblat@brownrudnick.com |
| 9 | | 7 Times Square |
| | | New York, NY 10036 |
| 10 | | Phone: (212) 209-4800 |
| 11 | | Fax: (212) 209-4801 |
| 12 | | |
| | | David M. Stein (#198256) |
| 13 | | dstein@brownrudnick.com |
| 14 | | 2211 Michelson Drive, 7th Floor |
| | | Irvine, California  92612 |
| 15 | | Phone:     949.752.7100 |
| | | Fax:  949.252.1514 |
| 16 | | |
| 17 | | Attorneys for Plaintiffs |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3                                    CASE NO. 21-CV-04920-CJC-ADS

**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**