# EXHIBIT F

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al., | Case No. 2:21-04920 CJC (ADSx) |
| Plaintiffs, | |
| v. | ORDER EXTENDING JURISDICTIONAL DISCOVERY CUTOFF |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

Pursuant to the Informal Discovery Conference held before United States Magistrate Judge Autumn D. Spaeth on December 15, 2022, jurisdictional discovery is

///

///

///

Case 2:21-cv-04920-CJC-ADS Document 241 Filed 12/16/22 Page 2 of 2 Page ID #:5176

extended for approximately 120 days to **May 1, 2023.**

IT IS SO ORDERED.

Dated: December 16, 2022

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

    /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2