# EXHIBIT I

```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                   (WESTERN DIVISION - LOS ANGELES)



SERENA FLEITES, ET AL.,       ) CASE NO: 2:21-cv-04920-CJC-ADSx
                              )
           Plaintiffs,        )           CIVIL
                              )
    vs.                       )      Santa Ana, California
                              )
MIND GEEK S.A.R.L., ET AL.,   )   Wednesday, November 16, 2022
                              )
           Defendants.        )    (10:45 a.m. to 11:18 a.m.)


                            HEARING RE:

   PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
                   JUDICIAL ASSISTANCE [DKT.NO.178]


              BEFORE THE HONORABLE AUTUMN D. SPAETH,
                  UNITED STATES MAGISTRATE JUDGE



APPEARANCES:               SEE PAGE 2


Court Reporter:            Recorded; CourtSmart


Courtroom Deputy:          Kristee Hopkins


Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 8365
                           Corpus Christi, TX 78468
                           361 949-2988



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                  (WESTERN DIVISION - LOS ANGELES)
```

| | | |
|---|---|---|
| SERENA FLEITES, ET AL., | ) | CASE NO: 2:21-cv-04920-CJC-ADSx |
| | ) | |
| Plaintiffs, | ) | CIVIL |
| | ) | |
| vs. | ) | Santa Ana, California |
| | ) | |
| MIND GEEK S.A.R.L., ET AL., | ) | Wednesday, November 16, 2022 |
| | ) | |
| Defendants. | ) | (10:45 a.m. to 11:18 a.m.) |

HEARING RE:

PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
JUDICIAL ASSISTANCE [DKT.NO.178]

BEFORE THE HONORABLE AUTUMN D. SPAETH,
UNITED STATES MAGISTRATE JUDGE

**APPEARANCES:**          SEE PAGE 2

Court Reporter:           Recorded; CourtSmart

Courtroom Deputy:         Kristee Hopkins

Transcribed by:           Exceptional Reporting Services, Inc.
                          P.O. Box 8365
                          Corpus Christi, TX 78468
                          361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

EXCEPTIONAL REPORTING SERVICES, INC

**APPEARANCES:**

For Plaintiffs:         JOHN G. DOYLE, ESQ.
                        Brown Rudnick
                        601 Thirteenth St. NW
                        Suite 600
                        Washington, DC 20005

                        MICHAEL J. BOWE, ESQ.
                        Brown Rudnick
                        7 Times Square
                        New York, NY 10036

                        DAVID M. STEIN, ESQ.
                        Brown Rudnick
                        2211 Michelson Drive
                        7th Floor
                        Irvine, CA 92612

For Defendants:         CHRISTOPHER R. BOISVERT, ESQ.
                        Dechert
                        Cira Centre
                        2929 Arch Street
                        Philadelphia, PA 19104

1  had -- the parties have been -- have worked together on that
2  for an extension.
3          They served initial responses to the production
4  requests on September the 22nd.  They served redacted responses
5  to the interrogatory requests because the protective order had
6  not been in place yet.  Once the protective order went into
7  place in, I think, October -- around October the 14th is when
8  we received -- we began to receive unredacted interrogatory
9  responses.
10         So the individual Defendants, their productions have
11 been due.  I'm certain Your Honor next is going to ask where
12 are the motions to compel and they are in progress.  One of the
13 things that we just recently learned and that we've been
14 discussing is one of the reasons that they're -- at least from
15 the MindGeek entities and I can't -- I won't speak for them,
16 obviously.
17         Their counsel will but there's some concern about the
18 productions violating international law or unable to produce
19 communications from individuals who work for the MindGeek
20 entities because it may be they're trying to work through the
21 international privacy laws and what not.
22         So that's been one of the issues that's come up in
23 trying to get the necessary information which is one of the
24 reasons why we are requesting that this Court issue the Letters
25 Rogatory and then it request for international judicial

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    November 25, 2022
         Signed                                         Dated

*TONI HUDSON, TRANSCRIBER*