# EXHIBIT Q

# Exhibit A

Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California    92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign
entity; MINDGEEK USA
INCORPORATED, a Delaware
corporation; MG PREMIUM LTD, a
foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 Quebec, Inc.
(d/b/a MindGeek), a foreign entity;
BERND BERGMAIR, a foreign
individual; FERAS ANTOON, a
foreign individual; DAVID
TASSILLO, a foreign individual;
COREY URMAN, a foreign individual;
VISA INC., a Delaware corporation;
COLBECK CAPITAL DOES 1-5; and
BERGMAIR DOES 1-5

Defendants.

CASE NO. 2:21-cv-4920

**[PROPOSED] AMENDED COMPLAINT**

1. VIOLATIONS OF FEDERAL SEX TRAFFICKING LAWS [18 U.S.C. §§ 1591, 1594, 1595]
2. RECEIPT, TRANSPORT, AND DISTRIBUTION OF CHILD PORNOGRAPHY [18 U.S.C. §§ 2252, 2252A, 2255]
3. RACKETEERING [18 U.S.C. § 1962]
4. PUBLIC DISCLOSURE OF PRIVATE FACTS
5. INTRUSION INTO PRIVATE AFFAIRS
6. PLACING PLAINTIFF IN "FALSE LIGHT"
7. COMMON LAW MISAPPROPRIATION OF LIKENESS
8. STATUTORY MISAPPROPRIATION OF LIKENESS [California Civil Code § 3344]
9. DISTRIBUTION OF PRIVATE SEXUALLY

COMPLAINT

Case 2:21-cv-04920-WLH-ADS   Document 264-25   Filed 08/02/28   Page 3 of 7   Page ID #:6985

1    EXPLICIT MATERIALS
    [California Civil Code §
2    1708.85]
    10. NEGLIGENCE
3    11. UNFAIR COMPETITION
    [California Business &
4    Professions Code §§ 17200,
    17500]
5    12. CIVIL CONSPIRACY
6
    **DEMAND FOR JURY TRIAL**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

COMPLAINT

Plaintiff, Serena Fleites, through her undersigned counsel, for her complaint against MindGeek S.a.r.l.; MG Freesites, Ltd. d/b/a Pornhub ("Pornhub"); MindGeek USA Incorporated ("MindGeek USA"); MG Premium Ltd.; MG Global Entertainment Inc.; 9219-1568 Quebec, Inc. (d/b/a MindGeek) (collectively "MindGeek"); Bernd Bergmair; Feras Antoon; David Tassillo; Corey Urman; Bernd Bergmair Does 1-5; and Colbeck Capital Management LLC Does 1-5 (MindGeek together with Bergmair, Antoon, Tassillo, and Urman, Bergmair Does 1-5, and Colbeck Capital Does 1-5, the "MindGeek Defendants"); and Visa Inc. ("Visa") (collectively, "defendants") for sex trafficking in violation of 18 U.S.C. §§ 1591 and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, racketeering in violation of 18 U.S.C. § 1962, and state statutory and common law violations, alleges as follows:

## **INTRODUCTION**

1.      Plaintiff Serena Fleites became a victim of child sexual abuse material ("CSAM") and trafficking at the age of 13 when CSAM depicting her was illegally accepted, uploaded, optimized to maximize website views, disseminated, and used to promote advertising by MindGeek.   This abuse continued over the course of years while she was a minor during which time MindGeek repeatedly accepted and exploited videos of the then-minor Plaintiff for monetary purposes.   The impact on Plaintiff's life was devastating, derailing a good, innocent young student's education, family, friend, and community relationships, and mental health.   While she has heroically survived, she had never fully recovered.   Her experience was not unique or surprising, but instead a regular part of the business model defendants created to get rich in the porn industry by operating without restrictions.

2.      MindGeek is the most dominant online pornography company in the world.   It is also one of the largest human trafficking ventures in the world.   And it is likely the largest non-regulatory repository of child pornography in North America

1  unenrolled from high school, and commenced an online high school program.

2      266.   Approximately one year later, Serena moved back in with her mother.

3  She was depressed, hated her life, and in a failed suicide attempt, hung herself in the

4  bathroom.   She was found by her younger sister and her mother's boyfriend who

5  removed the power cord from her neck.   Serena received treatment by paramedics

6  and was admitted to a mental health facility in Bakersfield.

7      267.   The downward spiral precipitated by the viral dissemination of her nude

8  video continued for years.   Following her failed suicide attempt and hospitalization,

9  Serena avoided going back home and facing judgment from her family and

10 community.   In need of a place to stay, she reached out to a female friend who had

11 experienced similar mental health challenges.   Serena went to visit her friend, who

12 she discovered was using methamphetamine.   While staying at her friend's house,

13 Serena was introduced to heroin by an older male who she subsequently began to

14 date, became addicted, and struggled with addiction for the next three years.   To

15 fund their joint heroin habits, the older man manipulated Serena, who was still a

16 minor at the time, into creating sexually explicit videos of herself, which were then

17 sold on Craigslist and the Kik app.

18     268.   Serena subsequently learned that once sold, some of the videos were

19 uploaded to Pornhub without her knowledge or consent.   These videos were still on

20 Pornhub as recently as June 2020.   MindGeek personnel reviewed these videos of

21 Serena; were aware from that review and the video title and user tags that she was

22 under age; tagged, categorized, optimized the video, and incorporated it into its

23 algorithmic playlists and suggestions; uploaded the video to its other tubesites; and

24 associated the video with advertisements from which it earned revenues from

25 impressions, engagements, and conversions.   As a result, CSAM depicting Serena

26 was distributed broadly throughout the world on MindGeek's tubesites.

27     269.   The older man who manipulated Serena to make these sexually explicit

28

COMPLAINT

1    Plaintiff demands a jury trial for all triable issues of fact.

2

3    DATED:    March 21, 2022          Respectfully submitted,

4                                      BROWN RUDNICK LLP

5

6

7                                      By:  */s/ Michael J. Bowe*

8                                           Michael J. Bowe
                                            (admitted *pro hac vice*)

9

10                                          *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

169

COMPLAINT