Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

Peter A. Chavkin (*Pro Hac Vice*)
pachavkin@mintz.com
Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue, 39th Floor
New York, NY 10022
Telephone: (212) 935-3000

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

Attorneys for Specially-Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**Discovery Matter Referred to Magistrate Judge Autumn Spaeth**<br><br>**DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT COREY URMAN'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br>Date: March 1, 2023<br>Time: 10:00 a.m.<br>Dept.: 6B<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed June 17, 2021 |

1

I, Kerime S. Akoglu, declare:

1. I am an attorney licensed to practice law in the State of New York and the Commonwealth of Massachusetts, and an attorney with the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Specially-Appearing Defendant Corey Urman ("Corey Urman") in the above-captioned action. I am over the age of 18. I make this declaration in support Specially-Appearing Defendant Corey Urman's Opposition to Plaintiff's Motion to Compel Responses to Discovery Requests ("Opposition"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of [Dkt. No. 167] July 29, 2022 Order Directing the MindGeek Defendants to Submit Jurisdictional Discovery Until December 30, 2022, Granting Plaintiff Leave to Amend Her Complaint After Jurisdictional Discovery is Complete, and Denying MindGeek Defendants' Motions to Dismiss without Prejudice For Them to Renew After Plaintiff Has Filed Her Second Amended Complaint.

3. Attached hereto as **Exhibit B** is a true and correct copy of [Dkt. 211] November 17, 2022 Minutes Re: Order Granting Plaintiff's Motion for Issuance of Letters Rogatory and Denying as Moot Plaintiff's Motion to Compel and Granting Defendant Visa's Motion for Protective Order.

4. Attached hereto as **Exhibit C** is a true and correct copy of [Dkt. 168] July 29, 2022 Order Denying Plaintiff's Request for Issuance of Scheduling Order and Request to Open Discovery.

5. Attached hereto as **Exhibit D** is a true and correct copy of the [Dkt. 241] December 16, 2022 Order Extending Jurisdictional Discovery Cutoff.

6. Attached hereto as **Exhibit E** is a true and correct copy of [Dkt. 139-1] Memorandum of Points and Authorities in Support of MindGeek's Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction and Failure to State Claim.

7. Attached hereto as **Exhibit F** is a true and correct copy of [Dkt. 187] Order Granting Stipulated Protective Order for Defendants.

8. Attached hereto as **Exhibit G** is a true and correct copy of [Dkt. 178] Hearing Re: Plaintiff's Motion for Issuance of Requests for International Judicial Assistance.

9. Attached hereto as **Exhibit H** is a true and correct copy of the December 27, 2022 email chain Re: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests.

10. Attached hereto as **Exhibit I** is a true and correct copy of the January 10, 2023 email chain Re: Fleites - Plaintiff's Motion to Compel Bergmair, Antoon, Tassillo, and Urman.

11. Attached hereto as **Exhibit J** is a true and correct copy of [Dkt. 233] Plaintiff's Memorandum of Points and Authorities in Support of Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories.

12. Attached hereto as **Exhibit L** is a true and correct copy of [Dkt. 224-10] Declaration of Michelle Hart Yeary in Opposition to Motion by Plaintiff to Compel MindGeek Entity Defendants' Responses to Interrogatories and Requests for Production of Documents, dated November 30, 2022.

13. Attached hereto as **Exhibit M** is a true and correct copy [Dkt. 224-6] September 27, 2022 Letter from Michael J. Bowe to Kathleen N. Massey.

14. Attached hereto as **Exhibit N** is a true and correct excerpt [Dkt. 124-3] of Plaintiff's Amended Complaint, dated March 21, 2022.

3

DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT COREY URMAN'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

15. Attached hereto as **Exhibit O** is a true and correct copy of [Dkt. 139-3]: Declaration of Andreas Akliviades Andreou in Support of the MindGeek Defendants' Motion to Dismiss.

16. Attached hereto as **Exhibit P** is a true and correct copy of the MindGeek Entities' Responses and Objections to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction.

17. Attached hereto as **Exhibit Q** is a true and correct copy of the January 11-18, 2023 email exchange with Plaintiff's counsel where they first seek to meet and confer and eventually refuse to further meet and confer.

18. Attached hereto as **Exhibit R** is a true and accurate copy of the e-mail exchange between John Doyle (Plaintiff's counsel) and Nathaniel Read (counsel for Mr. Antoon writing on behalf of all Individual Defendants) on February 2, 2023.

19. I attended the parties' December 15, 2022 and January 6, 2023 meet and confer calls to discuss the issues raised in the instant motion and the sections in the joint stipulation referring to these calls accurately reflect my recollection.

20. Moreover, I spoke with counsel for defendant David Tassillo following his conversation with Plaintiff's counsel David Stein on January 13, 2023. The stipulation reflects my understanding of that conversation.

21. Defense counsel informed counsel for Plaintiff that Mr. Urman no longer has access to the MindGeek Entities' email system or corporate records. I understand that the MindGeek entities are reviewing those materials (and other sources) for relevant documents. I also understand that the MindGeek Entities have made a substantial production in response to the same requests for production made to the Individual Defendants.

22. Since receiving Plaintiff's discovery requests, Mr. Urman and his counsel have engaged in substantial review of the documents in Mr. Urman's possession.

23. Mr. Urman is not currently withholding any documents on the basis of privacy, as Plaintiff stated during the meet-and-confer conference on December 15, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2023, at New York, New York.

                                         /s/Kerime S. Akoglu
                                         Kerime S. Akoglu

DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT COREY URMAN'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS