# EXHIBIT N

# Exhibit A

| | |
|---|---|
| Michael J. Bowe<br>(admitted *pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(admitted *pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@brownrudnick.com<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-cv-4920<br><br>**[PROPOSED] AMENDED COMPLAINT**<br><br>1. VIOLATIONS OF FEDERAL SEX TRAFFICKING LAWS [18 U.S.C. §§ 1591, 1594, 1595]<br>2. RECEIPT, TRANSPORT, AND DISTRIBUTION OF CHILD PORNOGRAPHY [18 U.S.C. §§ 2252, 2252A, 2255]<br>3. RACKETEERING [18 U.S.C. § 1962]<br>4. PUBLIC DISCLOSURE OF PRIVATE FACTS<br>5. INTRUSION INTO PRIVATE AFFAIRS<br>6. PLACING PLAINTIFF IN "FALSE LIGHT"<br>7. COMMON LAW MISAPPROPRIATION OF LIKENESS<br>8. STATUTORY MISAPPROPRIATION OF LIKENESS [California Civil Code § 3344]<br>9. DISTRIBUTION OF PRIVATE SEXUALLY |

COMPLAINT

EXPLICIT MATERIALS [California Civil Code § 1708.85]
10. NEGLIGENCE
11. UNFAIR COMPETITION [California Business & Professions Code §§ 17200, 17500]
12. CIVIL CONSPIRACY

**DEMAND FOR JURY TRIAL**

|     | |
| --- | --- |
| 1 | Plaintiff, Serena Fleites, through her undersigned counsel, for her complaint |
| 2 | against MindGeek S.a.r.l.; MG Freesites, Ltd. d/b/a Pornhub ("Pornhub"); MindGeek |
| 3 | USA Incorporated ("MindGeek USA"); MG Premium Ltd.; MG Global |
| 4 | Entertainment Inc.; 9219-1568 Quebec, Inc. (d/b/a MindGeek) (collectively |
| 5 | "MindGeek"); Bernd Bergmair; Feras Antoon; David Tassillo; Corey Urman; Bernd |
| 6 | Bergmair Does 1-5; and Colbeck Capital Management LLC Does 1-5 (MindGeek |
| 7 | together with Bergmair, Antoon, Tassillo, and Urman, Bergmair Does1-5, and |
| 8 | Colbeck Capital Does 1-5, the "MindGeek Defendants"); and Visa Inc. ("Visa") |
| 9 | (collectively, "defendants") for sex trafficking in violation of 18 U.S.C. §§ 1591 and |
| 10 | 1595, for receipt, transport, and possession of child pornography in violation of 18 |
| 11 | U.S.C. §§ 2252, 2252A, and 2255, racketeering in violation of 18 U.S.C. § 1962, and |
| 12 | state statutory and common law violations, alleges as follows: |
| 13 | **INTRODUCTION** |
| 14 | 1.     Plaintiff Serena Fleites became a victim of child sexual abuse material |
| 15 | ("CSAM") and trafficking at the age of 13 when CSAM depicting her was illegally |
| 16 | accepted, uploaded, optimized to maximize website views, disseminated, and used to |
| 17 | promote advertising by MindGeek.   This abuse continued over the course of years |
| 18 | while she was a minor during which time MindGeek repeatedly accepted and |
| 19 | exploited videos of the then-minor Plaintiff for monetary purposes.   The impact on |
| 20 | Plaintiff's life was devastating, derailing a good, innocent young student's education, |
| 21 | family, friend, and community relationships, and mental health.   While she has |
| 22 | heroically survived, she had never fully recovered.   Her experience was not unique |
| 23 | or surprising, but instead a regular part of the business model defendants created to |
| 24 | get rich in the porn industry by operating without restrictions. |
| 25 | 2.     MindGeek is the most dominant online pornography company in the |
| 26 | world.   It is also one of the largest human trafficking ventures in the world.   And it |
| 27 | is likely the largest non-regulatory repository of child pornography in North America |
| 28 | |

COMPLAINT

unenrolled from high school, and commenced an online high school program.

266. Approximately one year later, Serena moved back in with her mother. She was depressed, hated her life, and in a failed suicide attempt, hung herself in the bathroom. She was found by her younger sister and her mother's boyfriend who removed the power cord from her neck. Serena received treatment by paramedics and was admitted to a mental health facility in Bakersfield.

267. The downward spiral precipitated by the viral dissemination of her nude video continued for years. Following her failed suicide attempt and hospitalization, Serena avoided going back home and facing judgment from her family and community. In need of a place to stay, she reached out to a female friend who had experienced similar mental health challenges. Serena went to visit her friend, who she discovered was using methamphetamine. While staying at her friend's house, Serena was introduced to heroin by an older male who she subsequently began to date, became addicted, and struggled with addiction for the next three years. To fund their joint heroin habits, the older man manipulated Serena, who was still a minor at the time, into creating sexually explicit videos of herself, which were then sold on Craigslist and the Kik app.

268. Serena subsequently learned that once sold, some of the videos were uploaded to Pornhub without her knowledge or consent. These videos were still on Pornhub as recently as June 2020. MindGeek personnel reviewed these videos of Serena; were aware from that review and the video title and user tags that she was under age; tagged, categorized, optimized the video, and incorporated it into its algorithmic playlists and suggestions; uploaded the video to its other tubesites; and associated the video with advertisements from which it earned revenues from impressions, engagements, and conversions. As a result, CSAM depicting Serena was distributed broadly throughout the world on MindGeek's tubesites.

269. The older man who manipulated Serena to make these sexually explicit

COMPLAINT