# Exhibit P

Filed Under Seal