Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone:       949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>   Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**<br><br>Date: March 8, 2023<br>Time:   10:00 a.m.<br>Courtroom:   6B<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**

Pursuant to Local Rules 79-5.2.2 and the Stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187), Plaintiff hereby submits this Application for Leave to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order. In support of this Application, Plaintiff states as follows:

1. Under the parties' Protective Order, a party may designate material that it produces as "Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement.

2. As relevant to this Application, Plaintiff served Defendant Urman with her First Set of Interrogatories on August 17, 2022, and Defendant Urman provided a redacted version of his responses on September 22, 2022 as a protective order had not yet been entered. On October 17, 2022, Defendant Urman provided the unredacted version of his responses to Plaintiff with a "Confidential" designation. On December 19, 2022 and February 7, 2023, Defendant Urman provided Plaintiff with supplemental responses to her first set of interrogatories. The supplements are also designated as "Confidential." The Parties subsequently met and conferred concerning several disputes arising from Plaintiff's requests and Defendant's responses to those requests, but the Parties have not been able to resolve their differences.

3. On December 23, 2022, Plaintiff notified Defendant of her intent to file a motion to compel ("Plaintiff's Motion to Compel") responses to her requests for production and interrogatories. Plaintiff's Motion to Compel, filed simultaneously herewith attaches as Exhibit 4 to the Declaration of John G. Doyle, Defendant Urman's unredacted October 17, 2022 Objections and Responses to Plaintiff's First Set of Interrogatories, and, as Exhibit 7, Defendant Urman's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, which Defendant has designated as "Confidential." Plaintiff's motion also attaches as Exhibit 8, a copy of an employment agreement between Defendant Urman and a MindGeek Entity, which the MindGeek Entity Defendants have designated as "Confidential." Similarly,

Defendant Urman has attached to the joint stipulation Exhibit P, which contains the MindGeek Entity Defendants' unredacted responses to Plaintiff's First Set of Interrogatories, which the MindGeek Entity Defendants have also designated as "Confidential – Subject to Protective Order." In addition, Defendant Urman has incorporated confidential portions of his Amended Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, served on February 7, 2023, into his portion of the joint stipulation. The parties subsequently conferred and Defendant has indicated his intent to request that the material remain Confidential and under seal.

4. Pursuant to Local Rule 37-2.1, Plaintiff's Motion to Compel contains the verbatim interrogatories at issue and any alleged insufficient responses. Plaintiff intends to redact these responses from the publicly filed version of the motion and to submit an unredacted version of the Motion to Compel, Plaintiff's Exhibits 4, 7, and 8, and Defendant's Exhibit P under seal. The unredacted version of Plaintiff's Motion to Compel and subject Exhibits 4, 7, 8, and P are attached to this Application.

5. Local Rule 79-5.2.2 provides that where a Filing Party seeks to file a document containing information previously designated as confidential by another pursuant to a protective order, and the document cannot be suitably redacted by agreement, the Filing Party may file an Application for Leave to File Under Seal. The Rule further requires the Filing Party to confer with the Designating Party at least 3 days before seeking to file the document(s) under seal and, if sealing remains necessary, to serve a copy of the application and any supporting declaration on the Designating Party the same day the motion is filed, so that the Designating Party may, within four days, file a declaration that establishes why all or part of the designated material is sealable.

6. Accordingly, under Local Rule 79-5.2.2, Plaintiff is attaching to this Application an unredacted version of the Motion to Compel which contains the confidential excerpts from Defendants' responses and accompanying Exhibits 4, 7, 8, and P – filed under seal.

7. Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

DATED: February 8, 2023　　　　　　　Respectfully Submitted

**BROWN RUDNICK LLP**

By: s/ Michael J. Bowe
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:　　949.752.7100
Fax:  949.252.1514

Attorneys for Plaintiffs