WIECHERT, MUNK & GOLDSTEIN, P.C.
David Wiechert, CA Bar No. 946067
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
Jonathan S. Sack (*admitted pro hac vice*)
Karen R. King (*admitted pro hac vice*)
Ryan McMenamin (*admitted pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: kking@maglaw.com
Email: rmcmenamin@maglaw.com

*Attorneys for Specially Appearing Defendant David Tassillo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**Discovery Matter Referred to Magistrate Judge Autumn Spaeth**<br><br>**DECLARATION OF JONATHAN S. SACK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br>Date: March 1, 2023<br>Time: 10:00 a.m.<br>Dept.: 6B<br>Magistrate Judge Autumn D. Spaeth<br><br>Complaint Filed June 17, 2021 |

1

DECLARATION OF JONATHAN S. SACK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

I, Jonathan S. Sack, declare:

1. I am an attorney licensed to practice law in the State of New York and the State of Connecticut, and an attorney with the law firm Morvillo Abramowitz Grand Iason & Anello PC. I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Specially Appearing Defendant David Tassillo ("David Tassillo") in the above-captioned action. I am over the age of 18. I make this declaration in support Specially Appearing Defendant David Tassillo's Opposition to Plaintiff's Motion to Compel Responses to Discovery Requests ("Opposition"). The statements made in this declaration are true and correct to the best of my knowledge and belief.

2. Annexed hereto as **Exhibit A** is a true and correct copy of Dkt. 167, July 29, 2022 Order Directing the MindGeek Defendants to Submit to Jurisdictional Discovery Until December 30, 2022, Granting Plaintiff Leave to Amend Her Complaint After Jurisdictional Discovery is Complete, and Denying MindGeek Defendants' Motions to Dismiss without Prejudice For Them to Renew After Plaintiff Has Filed A Second Amended Complaint.

3. Annexed hereto as **Exhibit B** is a true and correct copy of Dkt. 211, November 17, 2022 Order Granting Plaintiff's Motion for Issuance of Letters Rogatory and Denying as Moot Plaintiff's Motion to Compel and Granting Defendant Visa's Motion for Protective Order.

4. Annexed hereto as **Exhibit C** is a true and correct copy of Dkt. 168, July 29, 2022 Order Denying Plaintiff's Request for Issuance of Scheduling Order and Request to Open Discovery.

5. Annexed hereto as **Exhibit D** is a true and correct copy of the Dkt. 241 December 16, 2022 Order Extending Jurisdictional Discovery Cutoff.

DECLARATION OF JONATHAN S. SACK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

6. Annexed hereto as **Exhibit E** is a true and correct copy of Dkt. 139-1 May 23, 2022 Memorandum of Points and Authorities in Support of MindGeek's Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction and Failure to State a Claim.

7. Annexed hereto as **Exhibit F** is a true and correct copy of Dkt. 187 October 14, 2022 Stipulated Protective Order.

8. Annexed hereto as **Exhibit G** is a true and correct copy of the transcript of the November 16, 2022 Hearing Re: Plaintiff's Motion for Issuance of Requests for International Judicial Assistance.

9. Annexed hereto as **Exhibit H** is a true and correct copy of the December 27, 2022 email chain Re: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests.

10. Annexed hereto as **Exhibit I** is a true and correct copy of the January 9, 2023 email chain Re: Fleites - Plaintiff's Motion to Compel Bergmair, Antoon, Tassillo, and Urman.

11. Annexed hereto as **Exhibit J** is a true and correct copy of Dkt. 233, December 7, 2022 Plaintiff's Supplemental Memorandum in Support of Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories.

12. Annexed hereto as **Exhibit K** is a true and correct copy of Dkt. 244-11, November 30, 2022 Plaintiff's [Proposed] Order Granting Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories.

13. Annexed hereto as **Exhibit L** is a true and correct copy of Dkt. 244-10 November 30, 2022 Declaration of Michelle Hart Yeary in Opposition to Motion by

Plaintiff to Compel MindGeek Entity Defendants' Responses to Interrogatories and Requests for Production of Documents.

14. Annexed hereto as **Exhibit M** is a true and correct copy of September 22, 2022 Responses of Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Inc., MG Global Entertainment Inc., MG Premium Ltd, and 9219-1568 Quebec, Inc. to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction.

15. Annexed hereto as **Exhibit N** is a true and correct copy of September 22, 2022 Specially Appearing Defendant David Tassillo's Objections and Responses to Plaintiff's First Set of Interrogatories.

16. Annexed hereto as **Exhibit O** is a true and correct copy of Dkt. 224-6, Michael J. Bowe's September 27, 2022 Letter to Kathleen N. Massey Re: Defendants' Responses to Plaintiff's First Set of Requests for Production and First Set of Interrogatories, Fleites v. MindGeek S.A.R.L. *et al*.

17. I attended the parties' December 15, 2022 and January 6, 2023 meet and confer calls to discuss the discovery responses by Mr. Tassillo and the other Individual Defendants. I have reviewed carefully assertions made in Defendant's sections of the Notice of Motion and Plaintiff's Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Request for Production of Documents and Interrogatories in Defendant's sections, and state that, to the best of my knowledge and belief, the description of the December 15, 2022 and January 6, 2023 meet and confers therein accurately reflects my recollection of those events. Consistent with this Court's L.R. 37-2.1 that "[t]he stipulation may not refer the Court to any other documents," the full description of those events is provided in the Defendant's sections of the stipulation.

18. Defense counsel has informed counsel for Plaintiff of our understanding that the MindGeek Entity defendants (the "MindGeek Entities") collected Mr.

Tassillo's mobile data. The MindGeek Entities thus have Mr. Tassillo's text messages and any messages sent on messaging applications, and these documents are under review. Further, because he resigned in or about June 2022, Mr. Tassillo no longer has access to the MindGeek Entities e-mail system or corporate records. We understand that the MindGeek Entities are reviewing those materials (and other sources) for relevant documents. We also understand that the MindGeek Entities have made a substantial production in response to the same requests for production made to the Individual Defendants.

19. However, the MindGeek Entities have not collected Mr. Tassillo's personal e-mails, and Mr. Tassillo has conducted searches of his personal e-mail for documents relating to Plaintiff and continues to search for documents relating to Mr. Tassillo's direct involvement, if any, in directing or implementing the purported MindGeek policies that Plaintiff asserts caused her alleged injuries. I understand that the MindGeek Entities are also conducting searches of Mr. Tassillo's text and messaging communications (as well as his MindGeek email) for relevant, non-privileged documents discussing Plaintiff or otherwise relevant to Mr. Tassillo's involvement, if any, in directing or implementing the MindGeek policies that purportedly harmed Plaintiff.

20. Defense counsel has also stated to counsel for Plaintiff that defense counsel will work with MindGeek counsel to see if additional information can be produced regarding the trips referenced in Mr. Tassillo's response to Interrogatory No. 4.

21. On January 13, 2023, I spoke via telephone with Plaintiff's counsel David Stein. The sections of the stipulation submitted by David Tassillo accurately reflect statements made by myself or Mr. Stein on our January 13, 2023 call.

DECLARATION OF JONATHAN S. SACK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

22. Annexed hereto as **Exhibit P** is a true and correct copy of the January 18, 2023 email chain Re: Fleitas/Mindgee Motions re Indiv D's.

23. Annexed hereto as **Exhibit Q** is a true and correct copy of Dkt. 260, February 3, 2023 Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Responses to Plaintiff's Requests for Production and Interrogatories (Dkt. No. 224).

24. Annexed hereto as **Exhibit R** is a true and correct copy of the February 2, 2023 email chain Re: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests

25. Annexed hereto as **Exhibit S** is a true and correct copy of the December 23, 2022 email chain Re: Fleites v. MindGeek – Individual Defendant Discovery

26. Annexed hereto as **Exhibit T** is a true and correct copy of the February 1, 2023 email chain re: Intent to File Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2023, at New York, New York.

*/s/Jonathan S. Sack*
Jonathan S. Sack

6

DECLARATION OF JONATHAN S. SACK IN SUPPORT OF SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS