# EXHIBIT D

1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 SERENA FLEITES, et al.,           Case No. 2:21-04920 CJC (ADSx)

12            Plaintiffs,

13             v.             **ORDER EXTENDING JURISDICTIONAL DISCOVERY CUTOFF**

14 MINDGEEK S.A.R.L., et al.,

15            Defendants.

16

17       Pursuant to the Informal Discovery Conference held before United States

18 Magistrate Judge Autumn D. Spaeth on December 15, 2022, jurisdictional discovery is

19 ///

20 ///

21 ///

22

23

24

1    extended for approximately 120 days to **May 1, 2023.**

2         IT IS SO ORDERED.

3

4    Dated: December 16, 2022

5                                                    _____
                                                     THE HONORABLE CORMAC J. CARNEY
6                                                    United States District Judge

7    Presented by:

8

        _____/s/ Autumn D. Spaeth_____
9    THE HONORABLE AUTUMN D. SPAETH
     United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24