# EXHIBIT G

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)


SERENA FLEITES, ET AL.,          ) CASE NO: 2:21-cv-04920-CJC-ADSx
                                 )
                Plaintiffs,      )          CIVIL
                                 )
       vs.                       )      Santa Ana, California
                                 )
MIND GEEK S.A.R.L., ET AL.,      )  Wednesday, November 16, 2022
                                 )
_____Defendants.____)  (10:45 a.m. to 11:18 a.m.)


HEARING RE:

PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
JUDICIAL ASSISTANCE [DKT.NO.178]


BEFORE THE HONORABLE AUTUMN D. SPAETH,
UNITED STATES MAGISTRATE JUDGE



<u>APPEARANCES</u>:               SEE PAGE 2


Court Reporter:            Recorded; CourtSmart


Courtroom Deputy:          Kristee Hopkins


Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 8365
                           Corpus Christi, TX 78468
                           361 949-2988



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)


SERENA FLEITES, ET AL.,        ) CASE NO: 2:21-cv-04920-CJC-ADSx
                               )
              Plaintiffs,      )            CIVIL
                               )
     vs.                       )     Santa Ana, California
                               )
MIND GEEK S.A.R.L., ET AL.,    )  Wednesday, November 16, 2022
                               )
              Defendants.      )   (10:45 a.m. to 11:18 a.m.)


HEARING RE:

PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
JUDICIAL ASSISTANCE [DKT.NO.178]


BEFORE THE HONORABLE AUTUMN D. SPAETH,
UNITED STATES MAGISTRATE JUDGE



APPEARANCES:             SEE PAGE 2


Court Reporter:          Recorded; CourtSmart


Courtroom Deputy:        Kristee Hopkins


Transcribed by:          Exceptional Reporting Services, Inc.
                         P.O. Box 8365
                         Corpus Christi, TX 78468
                         361 949-2988



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES**:


For Plaintiffs:                JOHN G. DOYLE, ESQ.
                               Brown Rudnick
                               601 Thirteenth St. NW
                               Suite 600
                               Washington, DC 20005

                               MICHAEL J. BOWE, ESQ.
                               Brown Rudnick
                               7 Times Square
                               New York, NY 10036

                               DAVID M. STEIN, ESQ.
                               Brown Rudnick
                               2211 Michelson Drive
                               7th Floor
                               Irvine, CA 92612

For Defendants:                CHRISTOPHER R. BOISVERT, ESQ.
                               Dechert
                               Cira Centre
                               2929 Arch Street
                               Philadelphia, PA 19104

6

 1    had -- the parties have been -- have worked together on that

 2    for an extension.

 3           They served initial responses to the production

 4    requests on September the 22nd.  They served redacted responses

 5    to the interrogatory requests because the protective order had

 6    not been in place yet.  Once the protective order went into

 7    place in, I think, October -- around October the 14th is when

 8    we received -- we began to receive unredacted interrogatory

 9    responses.

10           So the individual Defendants, their productions have

11    been due.  I'm certain Your Honor next is going to ask where

12    are the motions to compel and they are in progress.  One of the

13    things that we just recently learned and that we've been

14    discussing is one of the reasons that they're -- at least from

15    the MindGeek entities and I can't -- I won't speak for them,

16    obviously.

17           Their counsel will but there's some concern about the

18    productions violating international law or unable to produce

19    communications from individuals who work for the MindGeek

20    entities because it may be they're trying to work through the

21    international privacy laws and what not.

22           So that's been one of the issues that's come up in

23    trying to get the necessary information which is one of the

24    reasons why we are requesting that this Court issue the Letters

25    Rogatory and then it request for international judicial

### CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    **November 25, 2022**

        Signed                                  Dated

*TONI HUDSON, TRANSCRIBER*