# EXHIBIT J

Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>          Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>          Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Autumn Spaeth<br>Courtroom:  6B<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Date: December 21, 2022<br>Time:   10:00 a.m.<br>Courtroom:   6B<br><br>Jurisdictional Discovery Cutoff:<br>December 30, 2022 |

contacts with the United States, including California; the locations of information technology and support centers used to operate MindGeek websites; and contact lists and documents showing the methods of communications used by the Individual Defendants while carrying out business for the MindGeek Entities.. And even the 60 documents defendants produced the night before they served their opposition to Plaintiffs' motion and which defendants claim obviate this motion fail to correct these deficiencies.

As set forth in Plaintiffs' moving brief, this Court has already determined that each of these categories of information is relevant to the jurisdictional analysis and discoverable. Dkt. 224, at 3. Accordingly, Defendants should be ordered to produce documents in response to Plaintiff's Requests for Production Nos. 1, 6, 13, 26, and 27, and to supplement its responses to Plaintiff's Interrogatories Nos. 4, 9, 10, and 14.

# I.   DEFENDANTS HAVE FAILED TO COMPLY WITH THIS COURT'S PRIOR ORDERS CONCERNING JURISDICTIONAL DISCOVERY

## A. Defendants Have Failed to Produce Communications Concerning Plaintiff.

More than three months after Plaintiffs served initial discovery on the MindGeek Entity Defendants, Defendants have failed to produce communications concerning Plaintiff.[1]   Their production is limited to a single five-page e-mail communication from December 2020.  *See* Doyle Decl., ¶ 17.  As set forth in Plaintiff's Moving Brief, nothing could be more relevant to the Court's jurisdictional analysis than materials evidencing the roles that the various MindGeek

---

[1] This refusal comes despite the fact that the Individual Defendants have largely refused or declined to produce documents and communications on the grounds that any production would be duplicative of documents produced by the MindGeek Entities.  During a recent meet and confer, the MindGeek Entities informed Plaintiff that production of the Individual Defendants' communications is restricted by privacy laws of the various foreign countries in which they are located.  *See* Doyle Decl. ¶ 11.  Plaintiffs will be filing a separate motion to compel the Individual Defendants to comply with discovery obligations.

| | |
|---|---|
| 1 | DATED: December 7, 2022 |

Respectfully Submitted

BROWN RUDNICK LLP

By:_____

MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Plaintiffs

CASE NO. 8:21-CV-00338

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES**