# EXHIBIT K

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br>Plaintiff,<br>v.<br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** |

This Court, having considered all of the evidence and submissions in connection with the Plaintiff's Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the Plaintiff's Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's Request for Production of Documents Nos. 1, 6, 13, 26, and 27, and Plaintiff's Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's Interrogatories Nos. 4, 9 , 10, and 14, is **GRANTED**.

**IT IS SO ORDERED**.

Dated: ______________________

______________________________
Hon. Cormac J. Carney