# EXHIBIT T

| | |
|---|---|
| Subject: | Intent to File Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests |
| Date: | 2/1/2023 3:39 PM |
| From: | "Doyle, John G." <JDoyle@brownrudnick.com> |
| To: | "McMenamin, Ryan" <RMcMenamin@maglaw.com>, "Sack, Jonathan S." <JSack@maglaw.com>, "dwiechert@aol.com" <dwiechert@aol.com>, "Peacocke, Alex" <apeacocke@maglaw.com> |
| Cc: | "Tabaksblat, Lauren" <LTabaksblat@brownrudnick.com>, "Stein, David M." <DStein@brownrudnick.com>, "Dunn, Joshua P." <JDunn@brownrudnick.com>, "Bowe, Michael J" <MBowe@brownrudnick.com> |

Hi all.

Yesterday, we notified the MindGeek Entities of our intent to file the attached Motion to Compel their responses to Plaintiff's requests for production on February 8. We also intend to file our previously noticed motion to compel Defendant Tassillo's responses on that same day. Because the Individual Defendants have represented they are not in possession or control of material responsive to Plaintiff's requests concerning Kaplan, Hecker, & Fink (RFPs 43, 44, 45, 47), we are removing those portions from the stipulation. We are attaching a revised draft of the joint stipulation with the deleted portions in track changes.

Please provide us with your revisions to the brief by February 7, 2023.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** McMenamin, Ryan <RMcMenamin@maglaw.com>
**Sent:** Wednesday, January 11, 2023 6:35 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>

**Cc:** Sack, Jonathan S. <JSack@maglaw.com>; dwiechert@aol.com; Peacocke, Alex <apeacocke@maglaw.com>
**Subject:** Re: [External] Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

> **CAUTION: External E-mail.** Use caution accessing links or attachments.

John,

You may do so. Thank you.

Regards,

Ryan McMenamin

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Wednesday, January 11, 2023 5:32 PM
**To:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Sack, Jonathan S. <JSack@maglaw.com>; dwiechert@aol.com <dwiechert@aol.com>; Peacocke, Alex <apeacocke@maglaw.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>
**Subject:** RE: [External] Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

Counsel,

Attached, please find the final versions of the Motion to Compel. Please let me know if we are authorized to e-sign for you and to file the motion. A motion to seal will be forthcoming.

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** McMenamin, Ryan <RMcMenamin@maglaw.com>
**Sent:** Wednesday, January 11, 2023 2:32 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Peacocke, Alex <apeacocke@maglaw.com>; Sack, Jonathan S. <JSack@maglaw.com>; dwiechert@aol.com; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>
**Subject:** RE: [External] Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

John,

We will continue to use our Exhibit N. I've enclosed the exhibit with confidentiality designations and Mr. Tassillo's portion of the joint stipulation with an amendment to a citation on page 62 in redline. I am available to discuss further. Thank you.

Regards,

Ryan

**Ryan McMenamin** | Associate
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, New York 10017
Office: 212-880-9537
Cell: 908-230-6200
rmcmenamin@maglaw.com
www.maglaw.com

# Morvillo Abramowitz
# Grand Iason & Anello PC

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Wednesday, January 11, 2023 11:29 AM
**To:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Sack, Jonathan S. <JSack@maglaw.com>; dwiechert@aol.com; Peacocke, Alex <apeacocke@maglaw.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>
**Subject:** RE: [External] Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests
**Importance:** High

Counsel,

I want to draw your attention to issues concerning your proposed filings and to propose a remedy – they both concern your Exhibit N:

1. The Exhibit N provided appears to be your client's unredacted responses to Plaintiff's first set of interrogatories. This is already part of Plaintiff's Exhibits.
2. The version of Exhibit N provided is not marked "Confidential".

Given that based on your communications it is my assumption that you intend to maintain the confidentiality of these responses, I propose the following:

1. You eliminate the additional filing (I have gone through the joint stipulation and did not find a specific reference to "Ex. N." in your additions); and
2. That the declaration be corrected.

If it is your intent to have two copies of the confidential document filed with the court, please provide me with the corrected exhibit. I am available to discuss this if needed and appreciate your prompt attention to this matter.

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** McMenamin, Ryan <RMcMenamin@maglaw.com>
**Sent:** Tuesday, January 10, 2023 11:17 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Cc:** Sack, Jonathan S. <JSack@maglaw.com>; dwiechert@aol.com; Peacocke, Alex <apeacocke@maglaw.com>
**Subject:** RE: [External] Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

Counsel,

Enclosed is David Tassillo's portion of the joint stipulation regarding Plaintiff's motion to compel production. We

have highlighted in yellow certain portions of Plaintiff's part of the stipulation that reference Mr. Tassillo's interrogatory responses that were filed under seal. Please be sure that this information is filed under seal, and that the information is redacted in what is filed in the public docket.

We have also enclosed as exhibits to the Sack declaration two documents previously filed under seal. Those two exhibits, Exhibit M (MindGeek Entities Responses to First Set of Interrogatories), and Exhibit N (David Tassillo's Responses to First Set of Interrogatories) should also be filed under seal in your submission.

Let us know if you have any questions.

Regards,

Ryan McMenamin

**Ryan McMenamin** | Associate
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, New York 10017
Office: 212-880-9537
Cell: 908-230-6200
rmcmenamin@maglaw.com
www.maglaw.com

# Morvillo Abramowitz
# Grand Iason & Anello PC

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Friday, December 23, 2022 2:40 PM
**To:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Sack, Jonathan S. <JSack@maglaw.com>; King, Karen <kking@maglaw.com>; dwiechert@aol.com
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** [External] Plaintiff's Motion to Compel Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

Counsel,

Attached, please find Plaintiff's portion of the Rule 37-2 Joint Stipulation concerning her Motion to Compel Defendant Tassillo's Responses to Plaintiff's First Request for Production of Documents and Interrogatories, along with the referenced exhibits. Please provide the information you would like included in the Joint Stipulation no later than Friday, December 30, 2022.

Thank you,

John

# brownrudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

> **EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************


*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************