UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEFENDANT DAVID TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES** |

This Court, having considered all of the evidence and submissions in connection with the Plaintiff's Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Request for Production of Documents and Interrogatories, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the Plaintiff's Motion to Compel Defendant Tassillo's Responses to Plaintiff's Request for Production of Documents and Plaintiff's Interrogatories is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

1                                    CASE NO. 21-CV-04920-CJC-ADS

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEFENDANT DAVID TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES