Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone: 949.752.7100
Fax: 949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT FERAS ANTOON'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Date: March 8, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6B<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT FERAS ANTOON'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the law firm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I submit this declaration in support of Plaintiff's Motion to Compel Defendant Feras Antoon's Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Plaintiff's Motion to Compel"). I have personal knowledge of the matters in this declaration.

2. Plaintiff served Defendant Antoon with her First Set of Interrogatories on August 17, 2022. A true and accurate copy of Plaintiff's Interrogatories is attached as **Exhibit 1**.

3. Plaintiff served Defendant Antoon with her First Set of Requests for Production on September 20, 2022. A true and accurate copy of Plaintiff's RFPs is attached as **Exhibit 2**.

4. On September 22, 2022, Defendant Antoon provided a redacted version of his responses and objections to Plaintiff's Interrogatories, a true and accurate copy of which is attached as **Exhibit 3**.

5. On October 17, 2022, Defendant Antoon provided an unredacted version of his responses and objections to Plaintiff's Interrogatories. Defendant Antoon designated the unredacted responses as "Confidential" pursuant to the Stipulated Protective Order entered by this Court. A true and accurate copy of Defendant Antoon's unredacted Interrogatory Responses is attached as **Exhibit 4** and is filed

under seal. A motion to file **Exhibit 4** under seal is being filed contemporaneously in accordance with Local Rule 79-5.2.2.

6. On October 20, 2022, Plaintiff received Defendant Antoon's Objections and Responses to Plaintiff's First Request for Production of Documents, a true and accurate copy of which is attached as **Exhibit 5**.

7. On December 5, 2022, Plaintiff sent Defendant Antoon a detailed letter in accordance with Local Rule 37-1, outlining her objections to Defendant Bergmair's responses and objections and reserving on others. A true and accurate copy of that letter is attached as **Exhibit 6**. Accompanying that letter was Plaintiff's request for the parties to meet and confer on December 7, 2022, to discuss the disputed discovery responses.

8. On December 6, 2022, Counsel for Defendant Tassillo responded on behalf of himself and Defendant Antoon's counsel, saying they were not available to meet on the requested date and would propose an alternative date for the following week, declining Plaintiff's supplemental request to meet on Thursday, December 8, 2022. In addition, Counsel for Defendant Tassillo said he and Defendant Antoon's counsel intended to conduct a joint meet and confer with Plaintiff regarding the subject discovery responses.

9. On December 9, 2022, Plaintiff contacted counsel for Defendants Tassillo and Antoon, again asking about their availability to meet and confer, proposing a meeting on Monday, December 12, 2022. That same day, Defendant Tassillo's counsel, on behalf of Defendant Tassillo and all of the Individual Defendants and their counsel, e-mailed Plaintiff proposing a joint meet and confer on Thursday, December 15, 2022. Plaintiff agreed to the proposed date if that was the

earliest defense counsel were willing to meet but apprised counsel of her willingness and availability to meet at an earlier date and time.

10. The parties met and conferred on December 15, 2022. They were not able to resolve their differences concerning the disputed discovery requests. During the meet and confer, defendants' counsel said they had not conducted a search for material responsive to Plaintiff's discovery requests purportedly because of the breadth and scope of the requests, and that, instead, the Individual Defendants intended to await the Court's decision on Plaintiff's pending motion to compel the MindGeek Entities' discovery responses before responding any further to Plaintiff's requests. During this meet and confer, defense counsel declined to discuss their substantive and legal positions concerning the requests asserting, in part, that they did not want to take a position that would run counter to the MindGeek Entity responses or to the Court's future ruling concerning the pending motion to compel.

11. On December 23, 2022, Plaintiff notified Defendant Antoon of her intent to file a motion to compel his responses to her requests for production and interrogatories, and, in accordance with Local Rule 37-2.2, delivered to Defendant's counsel Plaintiff's portion of the joint stipulation to be filed in support of her Motion to Compel.

12. To date, neither Defendant Antoon, nor any of the other Individual Defendants have produced a single document in response to Plaintiff's discovery requests. To date, the MindGeek Entity defendants have not produced a single communication from any of the Individual Defendants.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December 2022 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle

DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT FERAS ANTOON'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES