WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: nread@cohengresser.com

*Attorneys for Defendant*
*Feras Antoon*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

      Plaintiff,

   v.

MINDGEEK S.A.R.L., a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation, 9219-1568 Quebec, Inc.
(d/b/a MindGeek), a foreign entity;
BERND BERGMAIR, a foreign
individual; FERAS ANTOON, a foreign
individual; DAVID TASSILLO, a foreign
individual; COREY URMAN, a foreign
individual; VISA INC., a Delaware
corporation; COLBECK CAPITAL
DOES 1-5; and BERGMAIR DOES 1-5,

      Defendants.

Case No. 21-cv-04920-CJC-ADS

**Discovery Document: Referred to Magistrate Judge Autumn D. Spaeth**

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT FERAS ANTOON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Date: March 1, 2023
Time: 10:00 a.m.
Courtroom: 6B
Magistrate Judge: Hon. Autumn D. Spaeth

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT FERAS ANTOON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

I, Jason Brown, declare:

1.    I am an attorney licensed to practice in the State of New York and a partner at the law firm Cohen & Gresser LLP.  I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Defendant Feras Antoon in the above-captioned action.  (ECF No. 58.)  I am over the age of 18.  I make this declaration in support of Defendant Feras Antoon's Opposition to Plaintiff's Motion to Compel Responses to Plaintiff's First Request For Production of Documents and Interrogatories (the "Opposition").  All statements made in this declaration are true and correct to the best of my knowledge and belief.

2.    Attached hereto as **Exhibit A** is a true and correct copy of Dkt. No. 167: July 29, 2022 Order Directing the MindGeek Defendants to Submit Jurisdictional Discovery Until December 30, 2022, Granting Plaintiff Leave to Amend Her Complaint After Jurisdictional Discovery is Complete, and Denying MindGeek Defendants' Motions to Dismiss without Prejudice For Them to Renew After Plaintiff Has Filed Her Second Amended Complaint.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Dkt. 211: November 17, 2022, Minutes Re: Order Granting Plaintiff's Motion for Issuance of Letters Rogatory and Denying as Moot Plaintiff's Motion to Compel and Granting Defendant Visa's Motion for Protective Order.

4.    Attached hereto as **Exhibit C** is a true and correct copy of Dkt. 168: July 29, 2022 Order Denying Plaintiff's Request for Issuance of Scheduling Order and Request to Open Discovery.

5.    Attached hereto as **Exhibit D** is a true and correct copy of Dkt. 241: December 16, 2022, Order Extending Jurisdictional Discovery Cutoff.

1

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT FERAS ANTOON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

6.      Attached hereto as **Exhibit E** is a true and correct copy of Dkt. 139-1: Memorandum of Points and Authorities in Support of MindGeek's Motion to Dismiss Amended Complaint for Lack of Personal Jurisdiction and Failure to State Claim.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Dkt. 187: Order Granting Stipulated Protective Order for Defendants.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Dkt. 178: Hearing Re: Plaintiff's Motion for Issuance of Requests for International Judicial Assistance.

9.      Attached hereto as **Exhibit H** is a true and correct copy of the December 27, 2022, email chain among counsel for Plaintiff and the Individual Defendants Re: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests.

10.      Attached hereto as **Exhibit I** is a true and correct copy of the January 10, 2023, email chain among counsel for Plaintiff and the Individual Defendants Re: Fleites - Plaintiff's Motion to Compel Bergmair, Antoon, Tassillo, and Urman.

11.      Attached hereto as **Exhibit J** is a true and correct copy of Dkt. 233: Plaintiff's Memorandum of Points and Authorities in Support of Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories.

12.      Attached hereto as **Exhibit K** is a true and correct copy of Dkt 260: Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Responses to Plaintiff's Requests for Production and Interrogatories.

13.      Attached hereto as **Exhibit L** is a true and correct copy of Dkt 224-10: Declaration of Michelle Hart Yeary in Opposition to Motion by Plaintiff to

- 2 -

Compel MindGeek Entity Defendants' Responses to Interrogatories and Requests for Production of Documents.

14.    Attached hereto as **Exhibit M** is a true and correct copy of Dkt 224-6: September 27, 2022, Letter from Michael Bowe (Plaintiff's counsel) to Kathleen Massey (counsel to the MindGeek Entities).

15.    Attached hereto as **Exhibit N** is a true and correct copy of Dkt 124-3: Plaintiff's Amended Complaint.

16.    Attached hereto as **Exhibit O** is a true and correct copy of Dkt 139-3: Declaration of Andreas Akliviades Andreou in Support of the MindGeek Defendants' Motion to Dismiss.

17.    Attached hereto as **Exhibit P** is a true and correct copy of the MindGeek Entities' Responses and Objections to Plaintiff's First Set of Interrogatories Relating to Personal Jurisdiction.

18.    Attached hereto as **Exhibit Q** is a true and accurate copy of the e-mail received from David Stein (Plaintiff's counsel) on January 18, 2023.

19.    Attached hereto as **Exhibit R** is a true and accurate copy of the e-mail exchange between John Doyle (Plaintiff's counsel) and Nathaniel Read (counsel for Mr. Antoon writing on behalf of all Individual Defendants) on February 2, 2023.

20.    Attached hereto as **Exhibit S** is a true and accurate copy of the e-mail from John Doyle (Plaintiff's counsel) to Nathaniel Read (and other counsel for Mr. Antoon) on February 1, 2023 (without attachments).

21.    I attended the parties' December 15, 2022, and January 5, 2023, meet and confer calls regarding the discovery responses by Mr. Antoon and the other Individual Defendants.  I have reviewed carefully the assertions made in the

- 3 -

concurrently-filed Notice of Motion and Plaintiffs' Motion to Compel Defendant Feras Antoon's Responses to Plaintiff's First Request for Production of Documents and Interrogatories in Defendant's sections: Defendant's Preliminary Statement, Antoon's Position, and Defendant's Conclusion, and state that, to the best of my knowledge and belief, the description of the December 15, 2022, and January 6, 2023 meet and confers therein accurately reflects my recollection of those events. Consistent with this Court's L.R. 37-2.1 that "[t]he stipulation may not refer the Court to any other documents," the full description of those events is provided in those sections of the stipulation.

22.    Moreover, I spoke with counsel for defendant David Tassillo following his conversation with Plaintiff's counsel David Stein on January 13, 2023.  The stipulation reflects my understanding of that conversation.

23.    Defense counsel has informed counsel for Plaintiff of our understanding that the MindGeek Entity defendants (the "MindGeek Entities") collected Mr. Antoon's mobile data.  The MindGeek Entities thus have Mr. Antoon's text messages and any messages sent on messaging applications, and these documents are under review.  Moreover, because he resigned in June 2022, Mr. Antoon no longer has access to the MindGeek Entities' e-mail system or corporate records.  We understand that the MindGeek Entities are reviewing those materials (and other sources) for relevant documents.  We also understand that the MindGeek Entities have made a substantial production in response to the same requests for production made to the Individual Defendants.

24.    However, the MindGeek Entities have not collected Mr. Antoon's personal e-mails, and Mr. Antoon has conducted searches of his personal e-mail for documents relating to Plaintiff and continues to search for documents relating

- 4 -

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT FERAS ANTOON'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

to Mr. Antoon's direct involvement (if any) in directing or implementing the

purported MindGeek policies that Plaintiff asserts caused her alleged injuries.  I

understand that the MindGeek Entities are also conducting searches of Mr.

Antoon's text and messaging communications (as well as his MindGeek email) for

relevant, non-privileged documents discussing Plaintiff or otherwise relevant to the

inquiry into the degree of Mr. Antoon's direct involvement (if any) in directing or

implementing the MindGeek policies that purportedly harmed Plaintiff.

25.     I declare under penalty of perjury under the laws of the United States

of America that the foregoing is true and correct.

Executed this 7th day of February, 2023, at New York, New York.

*/s/ Jason Brown*
Jason Brown

- 5 -
**DECLARATION OF JASON BROWN IN SUPPORT OF
DEFENDANT FERAS ANTOON'S OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS AND
INTERROGATORIES**