# EXHIBIT D

Case 2:21-cv-04920-CJC-ADS Document 127 Filed 12/16/22 Page 2 of 3 Page ID #:6948

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  SERENA FLEITES, et al.,            Case No. 2:21-04920 CJC (ADSx)
12               Plaintiffs,
13         v.                          ORDER EXTENDING JURISDICTIONAL
                                       DISCOVERY CUTOFF
14  MINDGEEK S.A.R.L., et al.,
15               Defendants.
16
17       Pursuant to the Informal Discovery Conference held before United States
18  Magistrate Judge Autumn D. Spaeth on December 15, 2022, jurisdictional discovery is
19  ///
20  ///
21  ///
22
23
24

extended for approximately 120 days to **May 1, 2023.**

IT IS SO ORDERED.

Dated: December 16, 2022

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

    /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2