# EXHIBIT G

```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                  (WESTERN DIVISION - LOS ANGELES)


SERENA FLEITES, ET AL.,        ) CASE NO: 2:21-cv-04920-CJC-ADSx
                               )
            Plaintiffs,        )           CIVIL
                               )
       vs.                     )      Santa Ana, California
                               )
MIND GEEK S.A.R.L., ET AL.,    )  Wednesday, November 16, 2022
                               )
            Defendants.        )    (10:45 a.m. to 11:18 a.m.)


                            HEARING RE:

    PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
                  JUDICIAL ASSISTANCE [DKT.NO.178]


               BEFORE THE HONORABLE AUTUMN D. SPAETH,
                   UNITED STATES MAGISTRATE JUDGE




APPEARANCES:               SEE PAGE 2


Court Reporter:            Recorded; CourtSmart


Courtroom Deputy:          Kristee Hopkins


Transcribed by:            Exceptional Reporting Services, Inc.
                           P.O. Box 8365
                           Corpus Christi, TX 78468
                           361 949-2988




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

```
                     UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                   (WESTERN DIVISION - LOS ANGELES)




SERENA FLEITES, ET AL.,      ) CASE NO: 2:21-cv-04920-CJC-ADSx
                             )
         Plaintiffs,         )           CIVIL
                             )
    vs.                      )      Santa Ana, California
                             )
MIND GEEK S.A.R.L., ET AL.,  )   Wednesday, November 16, 2022
                             )
         Defendants.         )    (10:45 a.m. to 11:18 a.m.)


                            HEARING RE:

 PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
                JUDICIAL ASSISTANCE [DKT.NO.178]


              BEFORE THE HONORABLE AUTUMN D. SPAETH,
                 UNITED STATES MAGISTRATE JUDGE




APPEARANCES:              SEE PAGE 2


Court Reporter:           Recorded; CourtSmart


Courtroom Deputy:         Kristee Hopkins


Transcribed by:           Exceptional Reporting Services, Inc.
                          P.O. Box 8365
                          Corpus Christi, TX 78468
                          361 949-2988




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

**APPEARANCES:**

For Plaintiffs:            JOHN G. DOYLE, ESQ.
                           Brown Rudnick
                           601 Thirteenth St. NW
                           Suite 600
                           Washington, DC 20005

                           MICHAEL J. BOWE, ESQ.
                           Brown Rudnick
                           7 Times Square
                           New York, NY 10036

                           DAVID M. STEIN, ESQ.
                           Brown Rudnick
                           2211 Michelson Drive
                           7th Floor
                           Irvine, CA 92612

For Defendants:            CHRISTOPHER R. BOISVERT, ESQ.
                           Dechert
                           Cira Centre
                           2929 Arch Street
                           Philadelphia, PA 19104

6

1   had -- the parties have been -- have worked together on that
2   for an extension.
3          They served initial responses to the production
4   requests on September the 22nd.  They served redacted responses
5   to the interrogatory requests because the protective order had
6   not been in place yet.  Once the protective order went into
7   place in, I think, October -- around October the 14th is when
8   we received -- we began to receive unredacted interrogatory
9   responses.
10         So the individual Defendants, their productions have
11  been due.  I'm certain Your Honor next is going to ask where
12  are the motions to compel and they are in progress.  One of the
13  things that we just recently learned and that we've been
14  discussing is one of the reasons that they're -- at least from
15  the MindGeek entities and I can't -- I won't speak for them,
16  obviously.
17         Their counsel will but there's some concern about the
18  productions violating international law or unable to produce
19  communications from individuals who work for the MindGeek
20  entities because it may be they're trying to work through the
21  international privacy laws and what not.
22         So that's been one of the issues that's come up in
23  trying to get the necessary information which is one of the
24  reasons why we are requesting that this Court issue the Letters
25  Rogatory and then it request for international judicial

**CERTIFICATION**

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                    November 25, 2022
           Signed                                         Dated


*TONI HUDSON, TRANSCRIBER*