# Exhibit R

| | |
|---|---|
| **From:** | Doyle, John G. <JDoyle@brownrudnick.com> |
| **Sent:** | Thursday, February 2, 2023 8:00 PM |
| **To:** | Nathaniel P.T. Read |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P.; David W. Wiechert (dwiechert@aol.com); Jason Brown; Eszter Vincze; Ronald G. White (rwhite@wmhlaw.com); Peter A. Chavkin Esq. (PChavkin@Mintz.com); Kerime S. Akoglu (KSAkoglu@mintz.com); Adam B. Korn (ABKorn@mintz.com); Devon Little; James Meehan (jmeehan@wmhlaw.com); Peter A. Biagetti (PABiagetti@mintz.com); Jonathan S. Sack Esq. (jsack@maglaw.com); Ryan McMenamin (rmcmenamin@maglaw.com) |
| **Subject:** | RE: Fleites v. MindGeek - Individual Defendant Discovery |

Nate, Counsel,

We disagree with your interpretation of the rules and your position regarding the edited stipulation. The stipulation is not a "new" stipulation or motion and Plaintiff has not added any material. You were previously served with all supporting documentation and material by Plaintiff on December 23, 2022. Pursuant to your subsequent communications, we removed items that we believe are no longer relevant for the Court's review – this does not restart your clock or give you latitude to further delay the discovery process.

We have not added argument to the brief. Defendants have until 7 February to provide their edits and any material they wish to submit. You are obviously free to address any other matters in any supplemental memorandum.

If you fail to provide a submission, Plaintiff will inform the Court of your choice and will file her portion of the brief.

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Thursday, February 2, 2023 3:27 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; David W. Wiechert (dwiechert@aol.com) <dwiechert@aol.com>; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>; Ronald G. White (rwhite@wmhlaw.com) <rwhite@wmhlaw.com>; Peter A. Chavkin Esq. (PChavkin@Mintz.com) <PChavkin@Mintz.com>; Kerime S. Akoglu (KSAkoglu@mintz.com) <KSAkoglu@mintz.com>; Adam B. Korn (ABKorn@mintz.com) <ABKorn@mintz.com>; Devon Little <dlittle@wmhlaw.com>; James Meehan (jmeehan@wmhlaw.com) <jmeehan@wmhlaw.com>; Peter A. Biagetti (PABiagetti@mintz.com) <PABiagetti@mintz.com>; Jonathan S. Sack Esq. (jsack@maglaw.com) <jsack@maglaw.com>; Ryan McMenamin (rmcmenamin@maglaw.com) <rmcmenamin@maglaw.com>
**Subject:** Fleites v. MindGeek - Individual Defendant Discovery

**CAUTION:** External E-mail. Use caution accessing links or attachments.

John –

I write on behalf of all of the Individual Defendants (Bernd Bergmair, Feras Antoon, David Tassillo, and Corey Urman). Plaintiff's February 1, 2023, emails sending Plaintiff's portion of a new joint stipulation to each individual defendant do not comply with L.R. 37-2.2 in two respects: first, Plaintiff did not provide all of the declarations and exhibits in support of her section of the joint stipulation, and second, each email states that the individual defendant's response is due February 7, 2023, six days from your February 1 email.

Under L.R. 37-2.2, our response is due seven days from receipt of Plaintiff's portion of the joint stipulation with all declarations and exhibits; technically, that clock has not yet started running. However, if Plaintiff provides the declarations and exhibits in support of their section of the joint stipulation to each individual defendant's counsel today, each individual defendant will provide his section of the joint stipulation on February 8, 2023, seven days from the February 1 emails.

Each individual defendant will be substantially revising his portion of the joint stipulation to reflect the parties' further efforts to meet and confer since January 10, 2023, including but not limited to the emails and discussions with Plaintiff's counsel from January 11-18, 2023. Each individual defendant will also be providing additional information regarding their document searches. For these reasons, as well as the changes Plaintiff made to her section of the joint stipulation, we advise you that Plaintiff is not authorized to file the last version of the joint stipulation, nor may Plaintiff proceed without receiving each individual defendant's revised portion of the joint stipulation under the schedule in L.R. 37-2.2.

With all of this said, we once again invite Plaintiff to further meet and confer with the individual defendants rather than proceed with motion practice now. But even if Plaintiff decides to proceed with the new joint stipulation, given that the joint stipulation cannot be filed until on or after February 9, 2023, at the earliest, there is time to meet and confer in advance of any hearing on a motion to compel Plaintiff may make. In particular, we note (as we have in prior emails) that Plaintiff provided counsel for the MindGeek entity defendants a list of narrowed categories of documents she is seeking from those entities. As we have previously said, we believe it would be very productive for Plaintiff to share a comparable list with the individual defendants of materials Plaintiff believes our clients (rather than the entities) may have. We would certainly consider such a list carefully and seek to reach agreement with Plaintiff, if possible.

Regards,

Nate

Nathaniel P T Read He/Him/His



**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7069
nread@cohengresser.com  |  view bio
www.cohengresser.com

New York  |  Paris  |  Washington DC  |  London

CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.

PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.

*************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*************************************************************************