# Exhibit S

| | |
|---|---|
| **From:** | Doyle, John G. <JDoyle@brownrudnick.com> |
| **Sent:** | Wednesday, February 1, 2023 3:09 PM |
| **To:** | Nathaniel P.T. Read; dwiechert@aol.com; Jason Brown; Eszter Vincze |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P. |
| **Subject:** | Intent to File Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests |
| **Attachments:** | Revised Draft-Joint Stip. Re MTC Antoon RFP and ROG - Feb 1 2023.docx; Draft Pl. Portion Joint Stip - Pl. 2nd MTC MG Entities Production - 31 Jan 2023.pdf |

Nate, Counsel,

Yesterday, we notified the MindGeek Entities of our intent to file the attached Motion to Compel their responses to Plaintiff's requests for production on February 8. We also intend to file our previously noticed motion to compel Defendant Antoon's responses on that same day. Because the Individual Defendants have represented they are not in possession or control of material responsive to Plaintiff's requests concerning Kaplan, Hecker, & Fink (RFPs 43, 44, 45, 47), we are removing those portions from the stipulation. We are attaching a revised draft of the joint stipulation with the deleted portions in track changes.

Please provide us with your revisions to the brief by February 7, 2023.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Wednesday, January 11, 2023 4:31 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

1

**CAUTION:** External E-mail. Use caution accessing links or attachments.

John – We are fine with the redactions and highlighting.  You are authorized to sign for Jason Brown.

Regards,

Nate

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Wednesday, January 11, 2023 3:59 PM
**To:** Nathaniel P.T. Read <nread@cohengresser.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

Counsel,

Attached, please find a redacted and highlighted version of the final Joint Stipulation. Please let me know if you have any objections or if we are ready to file. Please also let me know if we are authorized to put your signature on the documents and, whose signature should be placed.

This motion will be accompanied by a motion to seal, which I will also provide you a copy of.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Doyle, John G.
**Sent:** Tuesday, January 10, 2023 11:17 PM
**To:** Nathaniel P.T. Read <nread@cohengresser.com>

**Cc:** dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

Nate,

Thank you.

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Tuesday, January 10, 2023 11:16 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** Re: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

**CAUTION:** External E-mail. Use caution accessing links or attachments.

John - the highlighting was intentional, because the entire page was marked Confidential under the Protective Order. But we have no objection if you want to redact only the portion that was redacted in the responses we served before a Protective Order was in place.

Regards,

Nate

> On Jan 10, 2023, at 11:12 PM, Doyle, John G. <JDoyle@brownrudnick.com> wrote:

Nate,

I confirm receipt of the joint stipulation totaling 87 pages (including the signature blocks).

One item I want to clarify now – the highlighted portions of the joint stip appear to seek to redact the entirety of your responses to the interrogatories, instead of those portions containing substantive responses. I don't know if this was intentional or not, but is there a reason that we cannot keep the redactions consistent with the redacted version of your interrogatory responses, which will be filed with the motion?

Thank you,

John


<image001.jpg>

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Tuesday, January 10, 2023 10:58 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

**CAUTION:** External E-mail. Use caution accessing links or attachments.

---

John – Thanks for flagging the Word document issue. The attached is the proper document. Please confirm this is complete (87 pages in total, with all of Antoon's sections completed).

Yes, there is no Exhibit K. At this point, we will just go from Exhibit J to L.

Regards,

Nate

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Tuesday, January 10, 2023 10:50 PM
**To:** Nathaniel P.T. Read <nread@cohengresser.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

Nate,

Please resend the joint stipulation – the version I received is blank. In addition, please confirm that there is no Exhibit K.

In addition, based on your below communication, we will proceed to file Plaintiff's Exhibit 4 under seal.

Thank you,

John

<image001.jpg>

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Tuesday, January 10, 2023 10:18 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

**CAUTION: External E-mail. Use caution accessing links or attachments.**

John –

Pursuant to LR 37-2 and as agreed regarding the timing, attached is the Joint Stipulation with Defendant Feras Antoon's portion included. We have highlighted information included in Plaintiff's portion and the interrogatory responses that Antoon has designated as Confidential subject to the Protective Order entered in this case. That material will have to be filed under seal and redacted from any public filing.

Also attached is the declaration of Jason Brown in support of Antoon's opposition to Plaintiff's motion to compel. The declaration introduces Exhibits A through P, which are attached and also available at the Sharefile link below. Exhibit P was designated as Confidential-Subject to the Protective Order by the MindGeek Corporate Defendants and thus must be filed under seal as well.

Sharefile: https://cohengresser.sharefile.com/d-sd5600fcdebad4300a353f3b39d775904

Please let us know if you have any difficulty accessing the exhibits or any other technical issues.

Regards,

Nate

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Friday, December 23, 2022 3:42 PM
**To:** dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests


Counsel,

Attached, please find Plaintiff's portion of the Rule 37-2 Joint Stipulation concerning her Motion to Compel Defendant Antoon's Responses to Plaintiff's First Request for Production of Documents and Interrogatories, along with the referenced exhibits. Please provide the information you would like included in the Joint Stipulation no later than Friday, December 30, 2022.

Thank you,

John



<image001.jpg>

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown

Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

******************************************************************************


******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

******************************************************************************