UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**DISCOVERY MATTER**<br><br>**[Discovery Document: Referred to Magistrate Judge Autumn Spaeth]**<br><br>**AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**<br><br>Dept.: 6B<br>Judge: Hon. Autumn D. Spaeth<br><br>Complaint Filed  June 17, 2021 |

1

AMENDED PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES

The Application for Leave to File Under Seal Portions of Plaintiff's Motion to Compel Responses to First Sets of Requests for Production and Interrogatories (Dkt. 268) is hereby GRANTED. The following material shall be filed under seal:

| DOCUMENT | MATERIAL TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Dkt. No. 267  Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | 4:1-4;<br>7:1-3;<br>43:1-4, 8-9, 14-25;<br>44:1-13;<br>45:5-8;<br>68:27-69:6. | Specifically Appearing Defendant Corey Urman |
| **Dkt. No. 268-3 Exhibit 4 to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |
| **Dkt. No. 268-4 Exhibit 7 to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |
| **Dkt. No. 268-5 Exhibit 8 to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |

| DOCUMENT | MATERIAL TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Dkt. No. 268-6 Exhibit P to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE