1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  SERENA FLEITES, | CASE NO.  2:21-cv-4920-CJC-ADS |
| 11           Plaintiff, | **<u>DISCOVERY MATTER</u>** |
| 12       vs. | **[Discovery Document:  Referred to Magistrate Judge Autumn Spaeth]** |
| 13  MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; | **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR** |
| 14  MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, | **LEAVE TO FILE UNDER SEAL PORTIONS OF PORTIONS OF** |
| 15  a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO** |
| 16  corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a | **COMPEL DAVID TASSILLO'S RESPONSES TO PLAINTIFF'S** |
| 17  foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a | **FIRST SETS OF REQUESTS FOR PRODUCTION AND** |
| 18  foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware | **INTERROGATORIES** |
| 19  corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5, | Dept.: 6B  Judge: Hon. Autumn D. Spaeth |
| 20           Defendants. | Complaint Filed  June 17, 2021 |

21

22

23

24

25

26

27  AMENDED PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER
    SEAL PORTIONS OF PORTIONS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO
28  COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS
    FOR PRODUCTION AND INTERROGATORIES

1   The Application for Leave to File Under Seal Portions of Plaintiff's Motion to

2   Compel Responses to First Sets of Requests for Production and Interrogatories (Dkt.

3   270) is hereby GRANTED.  The following material shall be filed under seal:

| DOCUMENT(S) | MATERIAL TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Dkt. No. 270, Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | 3:28; <br> 4:1-2; <br> 37:6-7; 25-28 <br> 38:1-4; <br> 40:14-24; <br> 41:13-16; 19-20. <br> 47: 14-15; 17; 20-21 <br> 48: 12-14 | Specially Appearing Defendant David Tassillo |
| **Dkt. No. 271-3, Exhibit 4 to Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specially Appearing Defendant David Tassillo |

AMENDED PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PORTIONS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES

| | | |
|---|---|---|
| **Dkt. No. 271-4, Exhibit M to Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specially Appearing Defendant David Tassillo |
| **Dkt. No. 271-5 Exhibit N to Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specially Appearing Defendant David Tassillo |

**IT IS SO ORDERED.**

Dated: _____          _____

HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

AMENDED PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PORTIONS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES