UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> vs. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5, <br><br> Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS <br><br> **[PROPOSED] ORDER GRANTING REQUEST OF PETER A. CHAVKIN FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSES TO FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES** <br><br> Date:  March 8, 2023 <br> Time: 10:00 a.m. <br> Dept.: 6C <br> Magistrate Judge Autumn D. Spaeth <br><br> Complaint Filed  June 17, 2021 |

1

[PROPOSED] ORDER GRANTING REQUEST OF PETER CHAVKIN FOR PERMISSION TO TELEPHONICALLY OBSERVE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSES TO FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES

# ORDER

The Request of Peter A. Chavkin for Permission to Telephonically Observe the Hearing on Plaintiff's Motion to Compel Defendants' Responses to the First Sets of Requests for Production and Interrogatories on March 8, 2023, filed by Specially Appearing Defendant Corey Urman, is hereby **GRANTED.** Mr. Chavkin has the Court's permission to remotely attend and telephonically observe the March 8, 2023 hearing at 10:00 a.m.

**IT IS SO ORDERED**.

DATED: _____, 2023        _____

HON. AUTUMN D. SPAETH
DISTRICT COURT MAGISTRATE JUDGE