Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:           949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>        Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**NOTICE OF ERRATA TO PARTIES' JOINT STIPULATION CONTAINED WITHIN PLAINTIFF'S NOTICE OF MOTION**<br><br>Date: March 8, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6B<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

1  Plaintiff respectfully submits this errata to the Parties' Joint Stipulation
2  contained within Plaintiff's Notice of Motion, which was filed on February 8, 2023,
3  at Docket No. 264, in order to correct an inadvertent clerical error. The electronic
4  signature did not display within the signature block. Annexed to this Notice of Errata
5  is a corrected signature page.

DATED: February 15, 2023    Respectfully Submitted

**BROWN RUDNICK LLP**

By: s/ Michael J. Bowe
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone:    949.752.7100
Fax: 949.252.1514

Attorneys for Plaintiffs

| | |
|---|---|
| Dated: February 8, 2023 | Respectfully Submitted |
| | **BROWN RUDNICK LLP** |
| | By: s/ Michael J. Bowe |
| | MICHAEL J. BOWE (*pro hac vice*) |
| | mbowe@brownrudnick.com |
| | LAUREN TABAKSBLAT (*pro hac vice*) |
| | ltabaksblat@brownrudnick.com |
| | 7 Times Square |
| | New York, NY 10036 |
| | Phone: (212) 209-4800 |
| | Fax: (212) 209-4801 |
| | |
| | David M. Stein (#198256) |
| | dstein@brownrudnick.com |
| | 2211 Michelson Drive, 7th Floor |
| | Irvine, California 92612 |
| | Phone: 949.752.7100 |
| | Fax: 949.252.1514 |
| | |
| | Attorneys for Plaintiffs |
| | |
| Dated: February 8, 2023 | WALDEN MACHT & HARAN LLP |
| | |
| | By: */s/Ronald G. White* |
| | RONALD G. WHITE |
| | (admitted *pro hac vice*) |
| | rwhite@wmhlaw.com |
| | Walden Macht & Haran LLP |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Tel: (212) 880-9410 |
| | Fax: (212) 335-2040 |
| | |
| | Attorneys for Defendant Bernd Bergmair |