DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

RONALD G. WHITE (admitted *pro hac vice*)
RWhite@wmhlaw.com
Walden Macht & Haran LLP
250 Vesey Street
New York, NY 10281
Telephone: 212-335-2387
Facsimile: 212-335-2040

Attorneys for Defendant
BERND BERGMAIR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**Discovery Matter Referred to Magistrate Judge Autumn Spaeth**<br><br>**DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT'S BERND BERGMAIR'S FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br>Date: March 8, 2023<br>Time: 10:00 a.m.<br>Dept.: 6B<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |
1

I, Ronald G. White, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner with the law firm Walden Macht & Haran LLP. I have been granted permission by this court to appear *pro hac vice* as counsel for Defendant Bernd Bergmair in the above-captioned case. I am over the age of 18. I make this declaration in support of Defendant Bernd Bergmair's Further Opposition to Plaintiff's Motion to Compel Responses to Discovery Requests. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit R** is a true and correct copy of the February 8, 2023 email chain Re: "Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests."

3. Attached hereto as **Exhibit S** is a true and correct copy of the February 9, 2023 email Re: "February 10, 2023 Meet and Confer Topics - Re Plaintiff's Motion to Compel Bergmair, Antoon, Tassillo, and Urman Discovery Responses."

4. Attached hereto as **Exhibit T** is a true and correct copy of the February 22, 2023 email chain Re: "Fleites v. MindGeek S.a.r.l. et al. – Bergmair's First Production of Documents."

5. Mr. Bergmair provided Plaintiff with his portion of the joint stipulation in connection with the instant motion on February 7, 2023. In the months preceding that submission, Plaintiff refused to narrow any of her admittedly merits-focused discovery requests, failed to provide the Individual Defendants with a list of the specific categories of documents she seeks, as requested by the defendants, and ignored the defendants' repeated requests to meet and confer. On February 8, 2023, the day after receiving Mr. Bergmair's filing outlining for the Court her inflexibility and refusal to meaningfully meet and confer, Plaintiff contacted the Individual Defendants seeking a meet and confer. *See* Ex. R.

DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

6. A meet and confer between Plaintiff and the Individual Defendants took place on February 10, 2023. In his discussions with Plaintiff, Mr. Bergmair has taken the position that it is unduly burdensome to require him to search for and produce the voluminous amount of MindGeek corporate records requested by Plaintiff. However, he has consistently offered to search for targeted categories of relevant, non-duplicative documents related to MindGeek's corporate and financial structure identified by Plaintiff. As a result, in anticipation of this meet and confer, Mr. Bergmair again requested that Plaintiff "provide the Individual Defendants with a list of the specific, non-duplicative documents or categories of documents that she seeks as the basis for our discussion." *See* Ex. R at 2. Plaintiff did not provide such a list, instead sending Mr. Bergmair a three-page single-spaced list of 46 different questions regarding his document collection and review process. *See* Ex S.

7. On February 14, 2023, Mr. Bergmair produced documents to Plaintiff, including (a) documents reflecting any of the Individual Defendants' roles in directing or implementing the CSAM policies that allegedly harmed Plaintiff; and (b) corporate resolutions reflecting dividend distributions from MindGeek to the entities of which Mr. Bergmair is the beneficial owner.

8. On February 15, 2023, Mr. Bergmair participated in an additional meet and confer with Plaintiff in which he provided answers to most of Plaintiff's questions regarding his document collection and review. This did not result in any narrowing of Plaintiff's requests, but instead a request by Plaintiff for *additional* documents from Mr. Bergmair. Plaintiff asked Mr. Bergmair to produce copies of certain documents referenced in the produced materials. Mr. Bergmair agreed to search for and produce the requested documents to the extent they were in his possession. *See* Exhibit T at 1.

9. On February 15, 2023, the MindGeek corporate defendants made their seventh production of documents in this action, bringing the total pages of documents produced to Plaintiff by MindGeek to approximately 24,000.

10. At another meet and confer on February 21, 2023, Mr. Bergmair again asked Plaintiff if she was willing to narrow any of her requests or provide the requested list of relevant, non-duplicative documents she sought. Plaintiff declined to do so, professing, in substance, that she was unable to do so unless Mr. Bergmair first told her what documents he possessed.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of February, 2023, at New York, New York.

*/s/Ronald G. White*
Ronald G. White