# EXHIBIT T

# James Meehan

| | |
|---|---|
| **From:** | James Meehan |
| **Sent:** | Wednesday, February 22, 2023 6:26 PM |
| **To:** | Doyle, John G.; Ronald White; Bowe, Michael J |
| **Cc:** | Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P.; Devon Little; Dan Marmalefsky (dmarmalefsky@mofo.com) |
| **Subject:** | RE: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents |

John,

Thank you for your February 15 email. We write to respond to the issues you raised in your email and that we discussed during our February 15 meet and confer.

I. **The "accompanying notes" referenced in the RT Holding S.a.r.l. written shareholder resolutions**
As we promised, and as you acknowledge in your February 15 email, we produced the RT Holding S.a.r.l. written shareholder resolutions in the manner they were provided to Mr. Bergmair, and therefore have fulfilled our obligations on this subject. However, you have requested that we search for separate documents referred to in the attachments to the resolutions we produced. Although this is beyond what we agreed to do, in the spirit of cooperation, we will search for the "notes" referenced in the documents cited in your February 15 email.

II. **Logs identifying documents that have been withheld or redacted**
As we explained during our February 15 meet and confer, the MindGeek entities, as the privilege holders, directed which documents to redact or withhold from our production. We will work with the MindGeek entities in an effort to provide Plaintiff with any logs to which she is entitled that identify the redacted and withheld privileged documents in our first production.

III. **Whether Mr. Bergmair's production of emails included entire document families**
In your February 15 email, you asked that we verify "that for the emails produced, whether the production contained the entire email chains and families of documents." We can confirm that for the emails we produced, we produced the entire email chain and document family.

IV. **Whether Mr. Bergmair ran search terms on documents dated after June 2020**
In your February 15 email, you asked us to "confirm whether or not [our] search terms were run on the entire date range of documents/emails from 2014-2021 or if they were limited in time to June of 2020" and to further "confirm whether there were responsive documents beyond June 2020 that were withheld." *First*, we disagree with your characterization of the date range 2014-2021 as "the entire date range" and the implications that come with it. *Second*, we have confirmed that, consistent with the Court's earlier holding that "only contacts occurring prior to the event causing the litigation may be considered," Nov. 17, 2022, Hearing Minutes at 3 (citing *Farmers Ins. Exch. v. Portage La Prairie Mut. Ins. Co.*, 907 F.32d 911, 913 (9th Cir. 1990)), we applied search terms to the time period of June 1, 2014 through June 30, 2020.

V. **Production of pages with only signature blocks or title pages**
In your February 15 email, you listed "several documents that appear to be one page signature blocks or title pages with no associated documents" and asked that we "confirm that these were produced correctly." We have confirmed that the documents you listed were produced as they appear in our database.

Thanks,
James

1

James Meehan
**Walden Macht & Haran LLP**
250 Vesey Street, 27th Floor
New York, New York 10281
O: 212-335-2384
C: 516-859-0232
JMeehan@wmhlaw.com
www.wmhlaw.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections. If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited. Please immediately notify the sender by replying to this email and please delete the message and any attachments. Thank you.

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Friday, February 17, 2023 9:46 AM
**To:** Ronald White <rwhite@wmhlaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>
**Cc:** James Meehan <jmeehan@wmhlaw.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** RE: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents

*External Email - Caution before clicking links.*

Ron,

If that is the earliest time you are willing to meet, we will be available at 1:00. I will send out a link. As we stated before, Plaintiff is available to meet and confer earlier, including today through Monday.

To ensure clarity, please confirm that in addition to the below email, Defendant will be ready to discuss the attached topic list previously delivered to you on February 9.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com

www.brownrudnick.com

---

**From:** Ronald White <rwhite@wmhlaw.com>
**Sent:** Thursday, February 16, 2023 3:57 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>
**Cc:** James Meehan <jmeehan@wmhlaw.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** RE: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

John:

We're available to continue our discussion on Tuesday after 1:00 pm. Please let us know if that works for you. Thanks.

Ron

**Ronald G. White**
**Walden Macht & Haran LLP**
**250 Vesey Street, 27th Floor**
**New York, New York 10281**
**Tel: (212) 335-2387**
rwhite@wmhlaw.com
www.wmhlaw.com

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Wednesday, February 15, 2023 8:42 PM
**To:** Ronald White <rwhite@wmhlaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>
**Cc:** James Meehan <jmeehan@wmhlaw.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** RE: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents

*External Email - Caution before clicking links.*

Ron,

Thank you for the discussion today. I wanted to follow up on a number of the things we discussed during the call.

There are a number of company "Balance sheets" that were produced without the accompanying notes. As indicated by the documents, "the accompanying notes are an integral part of the financial statements." During the discussion you indicated that the documents were produced in the form your client has them or they were otherwise found. Acknowledging your assertion concerning the manner in which they were found, are you willing to search for the referenced notes to confirm that your client is not in possession of them? Plaintiff believes these are essential to fully understanding the statements. Although you mentioned the potential for MindGeek Entity productions to contain these documents, I want to reiterate our position that another entity's or individual's potential production of material does not alleviate Mr. Bergmair's responsibility to search for and produce responsive material that is in his possession, custody, or control. For ease of reference, here are some of the documents produced that were missing the integral notes:

a) Bergmair_Fleites_00000207 – 208;
b) Bergmair_Fleites_00000235 – 237;
c) Bergmair_Fleites_00000238 – 241; and
d) Bergmair_Fleites_00000242 – 245.

In addition, there are several documents which contain redactions or that have otherwise been withheld based on a privilege grounds. It is my understanding from the call that any redactions, though carried out by you, were done at the direction of the MindGeek Entities. We request an explanation and log concerning those redactions. Similarly, those documents that have been withheld on privilege grounds should be accompanied by an appropriate privilege log that, amongst other things, identifies the entity/individual asserting the privilege and the grounds upon which that privilege is based. These documents include:

a) Bergmair_Fleites_00000040;
b) Bergmair_Fleites_00000095 ; and
c) Bergmair_Fleites_00000003.

There were also several items which you agreed to review and provide follow up on. Please let us know when we can expect this information:

a) Verification that for the emails produced, whether the production contained the entire email chains and families of documents; and
b) You agreed to confirm whether or not your search terms were run on the entire date range of documents/emails from 2014-2021 or if they were limited in time to June of 2020. Please also confirm whether there were responsive documents beyond June 2020 that were withheld.

During the call we also identified several documents that appear to be one page signature blocks or title pages with no associated documents and want to confirm that these were produced correctly:

f. Bergmair_Fleites_00000087
g. Bergmair_Fleites_00000105
h. Bergmair_Fleites_00000124
i. Bergmair_Fleites_00000127
j. Bergmair_Fleites_00000129
k. Bergmair_Fleites_00000131
l. Bergmair_Fleites_00000133

m. Bergmair_Fleites_00000138
n. Bergmair_Fleites_00000146
o. Bergmair_Fleites_00000148
p. Bergmair_Fleites_00000149
q. Bergmair_Fleites_00000151
r. Bergmair_Fleites_00000155
s. Bergmair_Fleites_00000157
t. Bergmair_Fleites_00000159
u. Bergmair_Fleites_00000161
v. Bergmair_Fleites_00000163
w. Bergmair_Fleites_00000177

As discussed during the call we are available to further discuss Plaintiff's February 10, 2023 letter any time and are available tomorrow and Friday to further that discussion. Please let us know what time is convenient for you and we will make ourselves available.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Ronald White <rwhite@wmhlaw.com>
**Sent:** Wednesday, February 15, 2023 3:12 PM
**To:** Bowe, Michael J <MBowe@brownrudnick.com>
**Cc:** James Meehan <jmeehan@wmhlaw.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** RE: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Michael:

The search terms we used in connection with the initial search for emails related to the direction and implementation of CSAM policies were:

CSAM or underage* or minor or minors or "child porn" or "child pornography" or pedophile or "pedo" or "child abuse" or "child sexual abuse" or "child sex trafficking"

Ron

**Ronald G. White**
**Walden Macht & Haran LLP**
**250 Vesey Street, 27th Floor**
**New York, New York 10281**
**Tel: (212) 335-2387**
rwhite@wmhlaw.com
www.wmhlaw.com

---

**From:** Bowe, Michael J <MBowe@brownrudnick.com>
**Sent:** Wednesday, February 15, 2023 10:06 AM
**To:** Ronald White <rwhite@wmhlaw.com>
**Cc:** James Meehan <jmeehan@wmhlaw.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** Re: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents

*External Email - Caution before clicking links.*

We will talk to you at 4. In the interim please send us your search protocols, terms and hit list as we requested in our meet and confer last week.

Sent from my iPhone

> On Feb 15, 2023, at 9:50 AM, Ronald White <rwhite@wmhlaw.com> wrote:
>
> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> Michael, I don't believe our document production is incomplete but am happy to discuss it, if you'd like. We are free today between 4:00 and 5:30 pm. Let me know if you would like to talk then. Thanks.
>
> Ron
>
> **Ronald G. White**

**Walden Macht & Haran LLP**
**250 Vesey Street, 27th Floor**
**New York, New York 10281**
**Tel: (212) 335-2387**
rwhite@wmhlaw.com
www.wmhlaw.com

---

**From:** Bowe, Michael J <MBowe@brownrudnick.com>
**Sent:** Tuesday, February 14, 2023 8:12 PM
**To:** James Meehan <jmeehan@wmhlaw.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Ronald White <rwhite@wmhlaw.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** Re: Fleites v. MindGeek S.a.r.l. et al. - Bergmair's First Production of Documents

**External Email - *Caution* before clicking links.**

James, is this the total production you promised to make? On its face it is plainly missing many responsive documents and the documents produced are incomplete. For example, the notes to the few financial statements that were produced were not produced

We would like to have a follow-up meet and confer on this issue tomorrow. Please provide us a response to our question and times you can meet and confer tomorrow.

Thank you.

Sent from my iPhone


> On Feb 14, 2023, at 5:29 PM, James Meehan <jmeehan@wmhlaw.com> wrote:
>
> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> ---
>
> Counsel:
>
> Please see attached regarding Defendant Bernd Bergmair's production of documents. A link to the production can be found below. We will provide the password to the production under separate cover.

7

1. <u>Download Files</u>

Best,

James

James Meehan

**Walden Macht & Haran LLP**

250 Vesey Street, 27th Floor

New York, New York 10281

O: 212-335-2384

C: 516-859-0232

JMeehan@wmhlaw.com

www.wmhlaw.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections. If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited. Please immediately notify the sender by replying to this email and please delete the message and any attachments. Thank you.

<2023.02.14 - Defendant B. Bergmair - Production Cover Letter.pdf>

***********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************************

*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************


*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************


*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************