# EXHIBIT 9

| | |
|---|---|
| **From:** | Korn, Adam |
| **To:** | Tabaksblat, Lauren; McCafferty, Meghan; Doyle, John G. |
| **Cc:** | Sadun, Benjamin; dwiechert@aol.com; Nathaniel P.T. Read; Colin C. Bridge; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip; Hargrove, Sydney; Comparato, Nicole; White, Ronald G.; Yeary, Michelle; Massey, Kathleen; Jason Brown; Nadel, Evan; Chavkin, Peter |
| **Subject:** | RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al. |
| **Date:** | Friday, September 30, 2022 2:01:32 PM |

**CAUTION:** External E-mail. Use caution accessing links or attachments.



Dear Counsel,

We would be happy to meet and confer at a time that works for everyone next week. It would be helpful if you could provide a few times Tuesday morning or Thursday afternoon that work for you. To avoid any confusion, Tuesday afternoon and Wednesday won't be available because of the Jewish holidays.

Very best,

Adam

**Adam B. Korn**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300, Los Angeles, CA 90067
+1.310.226.7847
ABKorn@mintz.com | Mintz.com



**From:** White, Ronald G. <RWhite@mofo.com>
**Sent:** Friday, September 30, 2022 10:54 AM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Jason Brown <JBrown@CohenGresser.com>
**Cc:** Sadun, Benjamin <Benjamin.Sadun@dechert.com>; dwiechert@aol.com; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>; Nadel, Evan <ENadel@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan <dmarmalefsky@mofo.com>; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

If MG's counsel is not available to attend the call, I don't think it makes sense to discuss the issues in a piecemeal fashion. Also, given that defendants were notified of Plaintiff's proposed motion less than 48 hours ago, I don't think scheduling the meet-and-confer call for a mutually convenient time next week is unreasonable.

**From:** Doyle, John G. <JDoyle@brownrudnick.com>

**Sent:** Friday, September 30, 2022 1:34 PM
**To:** Yeary, Michelle <michelle.yeary@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Jason Brown <JBrown@CohenGresser.com>; White, Ronald G. <RWhite@mofo.com>
**Cc:** Sadun, Benjamin <Benjamin.Sadun@dechert.com>; dwiechert@aol.com; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>; ENadel@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan <dmarmalefsky@mofo.com>; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

**External Email**

Michelle,

Due to previous requests for delay, I sent an email identifying the time and date for today. We intend to work together on discovery issues and scheduling and if you had an objection to the time, you were free to let me know and I could work with you on it. I set the proposed time so we could keep the process moving. With the number of counsel and personnel involved we will need to work together on these issues, even if we disagree. Today's issue is straightforward from a procedural perspective and further delay is unnecessary, particularly given the Court's timeline.

The line will be open at 2:00.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Yeary, Michelle <michelle.yeary@dechert.com>
**Sent:** Friday, September 30, 2022 1:12 PM

**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Jason Brown <JBrown@CohenGresser.com>; White, Ronald G. <RWhite@mofo.com>
**Cc:** Sadun, Benjamin <Benjamin.Sadun@dechert.com>; dwiechert@aol.com; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>; ENadel@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan <dmarmalefsky@mofo.com>; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

**CAUTION: External E-mail. Use caution accessing links or attachments.**

John – neither Kathleen nor I received an invite for a call today at 2pm and neither of us is available at that time. Your unilateral scheduling of meet and confer calls is counter-productive. Per our Rule 37 letter sent yesterday, we are willing to meet and confer with you on our open discovery disputes next Tuesday or thereafter and are awaiting you providing your dates and times of availability. We are willing to discuss your proposed motion at that time as well.

Michelle

**Michelle Hart Yeary**
Counsel

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 609 955 3277 Direct
+1 609 471 2434 Mobile
michelle.yeary@dechert.com
dechert.com

Follow Dechert: Facebook / Twitter / LinkedIn

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Thursday, September 29, 2022 12:21 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>; Jason Brown <JBrown@CohenGresser.com>; White, Ronald G. <RWhite@mofo.com>
**Cc:** Sadun, Benjamin <Benjamin.Sadun@dechert.com>; dwiechert@aol.com; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>; ENadel@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan <dmarmalefsky@mofo.com>; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

[EXTERNAL EMAIL]

Ronald, Kathleen, and Counsel,

Thank you for your responses. Given your requests, let's set the meet and confer for tomorrow at 2:00 p.m. EST.  We understand the need to review the material and think this should be more than a sufficient amount of time to review and provide an assessment on whether you intend to oppose.  Because the court has set an expedited jurisdictional discovery timeline we believe it is important to avoid undue delay with respect to these meetings.

For those who accepted the meeting – I will reschedule the meeting to tomorrow and appreciate your flexibility.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Massey, Kathleen <kathleen.massey@dechert.com>
**Sent:** Thursday, September 29, 2022 11:31 AM
**To:** Jason Brown <JBrown@CohenGresser.com>; White, Ronald G. <RWhite@mofo.com>
**Cc:** Doyle, John G. <JDoyle@brownrudnick.com>; Sadun, Benjamin <Benjamin.Sadun@dechert.com>; dwiechert@aol.com; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>; ENadel@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan <dmarmalefsky@mofo.com>; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

**CAUTION:** External E-mail. Use caution accessing links or attachments.

---

I agree.  Dechert has not had sufficient opportunity to review the material you sent last night to have a call

today.  We will reach out to schedule once we have.

**Kathleen N. Massey**

**Dechert LLP**
+1 212.698.3686  Direct
kathleen.massey@dechert.com
dechert.com

---

**From:** Jason Brown <JBrown@CohenGresser.com>
**Sent:** Thursday, September 29, 2022 11:25 AM
**To:** White, Ronald G. <RWhite@mofo.com>
**Cc:** Doyle, John G. <JDoyle@brownrudnick.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Sadun, Benjamin <Benjamin.Sadun@dechert.com>; dwiechert@aol.com; Nathaniel P.T. Read <nread@cohengresser.com>; Colin C. Bridge <cbridge@cohengresser.com>; ENadel@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; Marmalefsky, Dan <dmarmalefsky@mofo.com>; RMcMenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** Re: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

**[EXTERNAL EMAIL]**

I concur.

Jason Brown

800 Third Avenue
New York, NY 10022
+1 212 957 7609
jbrown@cohengresser.com   |   view bio
www.cohengresser.com

New York  |  Paris  |  Washington DC  |  London   

CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.

PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.

On Sep 29, 2022, at 11:14 AM, White, Ronald G. <RWhite@mofo.com> wrote:

I haven't had the opportunity to review the lengthy materials you sent last night, so I can't participate in a meet-and-confer at 1:00 pm. I can't speak for other counsel, but I would suggest we try to pick another day/time.

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Thursday, September 29, 2022 11:12 AM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>; benjamin.sadun@dechert.com; dwiechert@aol.com; jbrown@cohengresser.com; nread@cohengresser.com; cbridge@cohengresser.com; enadel@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; White, Ronald G. <RWhite@mofo.com>; Marmalefsky, Dan <dmarmalefsky@mofo.com>; rmcmenamin@maglaw.com; drew.tulumello@weil.com; Boisvert, Chip <Chip.Boisvert@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Korn, Adam <ABKorn@mintz.com>
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** RE: Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

**External Email**

---

Counsel,

Here is the dial in for the meet and confer:

+1 719 ███████
1-877-2███████

Passcode: █████

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Doyle, John G.
**Sent:** Wednesday, September 28, 2022 4:59 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>; benjamin.sadun@dechert.com; dwiechert@aol.com; jbrown@cohengresser.com; nread@cohengresser.com; cbridge@cohengresser.com; enadel@mintz.com; klignash@mintz.com; pchavkin@mintz.com; kking@maglaw.com; jsack@maglaw.com; rwhite@mofo.com; dmarmalefsky@mofo.com; rmcmenamin@maglaw.com; drew.tulumello@weil.com
**Cc:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** Notice and Request to Meet and Confer - Letters Rogatory/Request to Grant Thornton International Entities - Fleites v. MindGeek S.A.R. L. et al.

Counsel,

Plaintiff intends to file the attached motion for issuance of Letters of Request for International Judicial Assistance directed to Grant Thornton entities located in Cyprus, Luxembourg, Canada, and Ireland.

The local rules appear to require that we meet and confer prior to the filing. Accordingly, I would like to schedule a call tomorrow to briefly discuss the motion and determine whether the motion will be opposed/unopposed.

I propose a call at 1:00 p.m. EST and can provide a call in number.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

****************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

---

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for he exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.