# EXHIBIT 10

| | |
|---|---|
| **From:** | Akoglu, Kerime |
| **To:** | Doyle, John G.; Chavkin, Peter; Korn, Adam; Biagetti, Peter |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; White, Jonathan D. |
| **Subject:** | RE: Request for Meet and Confer: Defendant Urman"s Responses to Plaintiff"s Discovery Requests |
| **Date:** | Tuesday, December 6, 2022 4:16:25 PM |

**CAUTION:** External E-mail. Use caution accessing links or attachments.



John,

Thank you for your email. We also intend to meet and confer on the issues you've raised in good faith and in a timely manner. As I mentioned, we are not available tomorrow, and we will get back to you with some alternatives so that we may find a time that works for both of us. I can tell you now that Thursday also is not doable on our end. Again, we will be in touch soon.

Best,
Kerime

Kerime S. Akoglu | ksakoglu@mintz.com | 212.692.8141

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Tuesday, December 6, 2022 3:40 PM
**To:** Akoglu, Kerime <KSAkoglu@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; Korn, Adam <ABKorn@mintz.com>; Biagetti, Peter <PABiagetti@mintz.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>
**Subject:** RE: Request for Meet and Confer: Defendant Urman's Responses to Plaintiff's Discovery Requests

Kerime,

Thank you. While I understand you may not be available tomorrow for the meet and confer, if you could provide us times on Thursday we will make ourselves available, as we do intend to meet and confer on these matters in good faith and in a timely fashion.

If you would like to discuss, I am available at the number below.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329

jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Akoglu, Kerime <KSAkoglu@mintz.com>
**Sent:** Tuesday, December 6, 2022 3:12 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Chavkin, Peter <PAChavkin@mintz.com>; Korn, Adam <ABKorn@mintz.com>; Biagetti, Peter <PABiagetti@mintz.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>
**Subject:** RE: Request for Meet and Confer: Defendant Urman's Responses to Plaintiff's Discovery Requests

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

John,

We are not available tomorrow, but we will be in touch soon with an alternative date.

Best,
Kerime

Kerime S. Akoglu | ksakoglu@mintz.com | 212.692.8141

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Monday, December 5, 2022 11:07 PM
**To:** Akoglu, Kerime <KSAkoglu@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; Korn, Adam <ABKorn@mintz.com>; Biagetti, Peter <PABiagetti@mintz.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>
**Subject:** Request for Meet and Confer: Defendant Urman's Responses to Plaintiff's Discovery Requests

Counsel,

Attached, please find Plaintiff's objections to Defendant Urman's responses and objections to Plaintiff's Requests for Production and Interrogatories. In accordance with Local Rule 37-1, we respectfully request to meet and confer concerning Defendant's responses on Wednesday, December 7, 2022.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

*********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.