# EXHIBIT 11

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | Sack, Jonathan S. |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; White, Jonathan D.; Jason Brown Esq.; Peter Chavkin; Ronald White; McMenamin, Ryan; David Wiechert |
| **Subject:** | RE: Fleites v. MindGeek et al. / Meet and Confer |
| **Date:** | Sunday, December 11, 2022 8:34:06 AM |

Jonathan,

If that is the earliest defendants are willing to meet, Plaintiff will meet at 11 a.m. (EST) on Thursday, December 15, 2022, but remains available and desires to meet at an earlier date.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Friday, December 9, 2022 4:03 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Jason Brown Esq. <JBrown@CohenGresser.com>; Peter Chavkin <pchavkin@mintz.com>; Ronald White <rwhite@wmhlaw.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; David Wiechert <dwiechert@aol.com>
**Subject:** Fleites v. MindGeek et al. / Meet and Confer

**CAUTION:** External E-mail. Use caution accessing links or attachments.

John,

I have conferred with counsel for the other individual defendants (who are copied here) in regard to

your recent letters, which request a Meet and Confer with each of us regarding discovery.

We propose a joint Meet and Confer in regard to the matters raised in your letters this coming Thursday, December 15, between 11 am and 12 noon, or between 4 pm and 5 pm.  These are times that work for all four of us.

Please let me know what works for you, and we can circulate a zoom invitation.

Regards,

Jonathan

Jonathan S. Sack

Morvillo Abramowitz Grand Iason & Anello PC

565 Fifth Avenue

New York, NY. 10017

(212) 880 9410 (office)

(917) 903 7493 (cell)

[Jsack@maglaw.com](mailto:Jsack@maglaw.com)

Sent from my iPad
NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.