# EXHIBIT 12

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | Ronald White; dmarmalefsky@mofo.com |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; White, Jonathan D.; Dunn, Joshua P.; Jason Brown; Akoglu, Kerime; Jonathan S. Sack (jsack@maglaw.com); Nathaniel P.T. Read; Eszter Vincze; Chavkin, Peter; Korn, Adam |
| **Subject:** | RE: Plaintiff"s Motion to Compel Defendant Bernd Bergmair"s Responses to Plaintiff"s Discovery Requests |
| **Date:** | Tuesday, December 27, 2022 1:15:49 PM |

Hi Ron and Counsel,

We have complied with the local rules. During our meet and confer, you said you would not discuss the substance of your objections to Plaintiff's requests, taking the position that you would not participate in discovery until after the Court ruled on the pending discovery motions relating to the entity defendants. We respectfully do not believe this is a valid position, and it is clear we were at an impasse, so the issues are ripe to raise with the Court.

In light of the holidays, we will agree to extend your submission period to January 10, 2023, and, to accommodate defense counsel's calendar conflicts, we agree to change the notice date to February 8.

We still prefer to work these things out between counsel, so, if while the motion is in process, you are willing to revisit your position and provide discovery, please call us anytime.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Ronald White <rwhite@wmhlaw.com>
**Sent:** Tuesday, December 27, 2022 1:09 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dmarmalefsky@mofo.com
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Jason Brown <JBrown@CohenGresser.com>; Akoglu, Kerime <KSAkoglu@mintz.com>; Jonathan S. Sack (jsack@maglaw.com) <jsack@maglaw.com>; Nathaniel P.T. Read <nread@cohengresser.com>; Eszter Vincze <EVincze@CohenGresser.com>; Chavkin, Peter <PAChavkin@mintz.com>; Korn, Adam <ABKorn@mintz.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests

**CAUTION: External E-mail. Use caution accessing links or attachments.**

John:

Please let us know whether Plaintiff agrees to the extension of time. If we do not hear from you soon, defendants will seek relief from the Court.

Ron

**Ronald G. White**
**Walden Macht & Haran LLP**
**250 Vesey Street, 27th Floor**
**New York, New York 10281**
**Tel: (212) 335-2387**
rwhite@wmhlaw.com
www.wmhlaw.com

**From:** Ronald White
**Sent:** Friday, December 23, 2022 6:17 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dmarmalefsky@mofo.com
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Jason Brown <JBrown@CohenGresser.com>; Akoglu, Kerime <KSAkoglu@mintz.com>; Jonathan S. Sack (jsack@maglaw.com) <jsack@maglaw.com>; Nathaniel P.T. Read <nread@cohengresser.com>; Eszter Vincze <EVincze@CohenGresser.com>; Chavkin, Peter <PAChavkin@mintz.com>; Korn, Adam <ABKorn@mintz.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests

John:

On behalf of all the individual MindGeek defendants, we were surprised to receive earlier this afternoon Plaintiff's motion to compel, since we did not believe the required meet-and-confer process was completed. In our December 15 meet-and-confer call, there were several issues on which you said you would consider our position and get back to us, but which you have not done. In addition, your motion raises numerous issues with respect to defendants' interrogatory responses, virtually all of which were neither raised in your December 5 letter nor in our December 15 meet-and-confer, as required by Local Rule 37-1 ("the moving party's letter must identify each issue and/or discovery request in dispute"). Accordingly, we do not believe the dispute is ripe for presentation to the Court since Plaintiff has not complied with Local Rule 37-1's requirements.

In any event, if Plaintiff nonetheless proceeds with this motion, we assume, given that you served this motion on the eve of the Christmas holiday, and several of the defense lawyers predictably have long-scheduled travel planned for next week, Plaintiff will agree to extend the defendants' time to provide their portion of the joint stipulation. Since the earliest the motion could be heard by the Court is February 1, additional time to permit the defendants to respond would not delay resolution of the motion. As a result, we would request that Plaintiff agree that defendants' portion of the joint stipulation be provided by Tuesday, January 10, which is one week after we return to the office after the holidays.

Also, we would request that you not schedule the hearing before the Court for February 1, since certain defense counsel are unavailable that day. All defense counsel are available on February 8, which is open on Magistrate Judge Spaeth's calendar.

Ron

**Ronald G. White**
**Walden Macht & Haran LLP**
**250 Vesey Street, 27th Floor**
**New York, New York 10281**
**Tel: (212) 335-2387**
rwhite@wmhlaw.com
www.wmhlaw.com

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Friday, December 23, 2022 2:39 PM
**To:** Ronald White <rwhite@wmhlaw.com>; dmarmalefsky@mofo.com
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests

*External Email - Caution before clicking links.*

Counsel,

Attached, please find Plaintiff's portion of the Rule 37-2 Joint Stipulation concerning her Motion to Compel Defendant Bergmair's Responses to Plaintiff's First Request for Production of Documents and Interrogatories, along with the referenced exhibits. Please provide the information you would like included in the Joint Stipulation no later than Friday, December 30, 2022.

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.