# EXHIBIT 16

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | "Korn, Adam"; Akoglu, Kerime; Chavkin, Peter; Biagetti, Peter |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P. |
| **Subject:** | Intent to File Plaintiff"s Motion to Compel Defendant Urman"s Responses to Plaintiff"s Discovery Requests |
| **Date:** | Wednesday, February 1, 2023 3:57:23 PM |
| **Attachments:** | Draft Pl. Portion Joint Stip - Pl. 2nd MTC MG Entities Production - 31 Jan 2023.pdf |
| | Revised Draft - Joint Stip. Re MTC Urman RFP and ROG - Feb 1 2023.docx |

Adam, Counsel,

Yesterday, we notified the MindGeek Entities of our intent to file the attached Motion to Compel their responses to Plaintiff's requests for production on February 8. We also intend to file our previously noticed motion to compel Defendant Urman's responses on that same day. Because the Individual Defendants have represented they are not in possession or control of material responsive to Plaintiff's requests concerning Kaplan, Hecker, & Fink (RFPs 43, 44, 45, 47), we are removing those portions from the stipulation. We are attaching a revised draft of the joint stipulation with the deleted portions in track changes.

Please provide us with your revisions to the brief by February 7, 2023.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Korn, Adam <ABKorn@mintz.com>
**Sent:** Wednesday, January 11, 2023 12:38 AM
**To:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Cc:** Chavkin, Peter <PAChavkin@mintz.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>
**Subject:** Urman's Responses and Objections to Plaintiff's Motion to Compel

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

Counsel,

Pursuant to LR 37-2 and as agreed regarding the timing, attached is the Joint Stipulation with Defendant Corey Urman's portion included. We have highlighted information that Urman has designated as Confidential subject to the Protective Order entered in this case. That material will have to be filed under seal and redacted from any public filing.

Also attached is the declaration of Kerime Akoglu in support of Urman's opposition to Plaintiff's motion to compel and accompanying exhibits. Exhibit P was designated as Confidential-Subject to the Protective Order by the MindGeek Corporate Defendants and thus must be filed under seal as well.

Please let us know if you any questions and we look forward to seeing the brief again for signature approval.

Very best,

Adam

**Adam B. Korn**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300, Los Angeles, CA 90067
+1.310.226.7847
ABKorn@mintz.com | Mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.