# EXHIBIT 18

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | Korn, Adam; Chavkin, Peter; Biagetti, Peter; Akoglu, Kerime |
| **Cc:** | Bowe, Michael J; Stein, David M.; Tabaksblat, Lauren; Dunn, Joshua P. |
| **Subject:** | RE: Urman"s Responses and Objections to Plaintiff"s Motion to Compel |
| **Date:** | Wednesday, February 8, 2023 7:57:33 PM |
| **Attachments:** | Redact Updated Final - Pl. Not. and Joint Stip. Re MTC Urman RFP and ROG - Feb 8 2023.docx |

Counsel,

Based on communications from Mr. White concerning the unavailability of counsel on March 1, and his assertion that he has spoken with you concerning your amenability to meet and confer this Friday, we have agreed to set the hearing date for March 8. If this information is incorrect, please let me know.

Accordingly, I recommend that the stipulation be updated **as attached** to account for the proposed hearing date of March 8. If you are amenable to this, I will make the changes and get revised final redacted and unredacted versions over to you for review so we can get this on file.

Please let me know as soon as possible.

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Doyle, John G.

**Sent:** Wednesday, February 8, 2023 1:30 PM
**To:** Korn, Adam <ABKorn@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Urman's Responses and Objections to Plaintiff's Motion to Compel

Counsel,

We are in receipt of your documents and are preparing the filing.

Given that you have not produced a single document in response to Plaintiff's discovery requests, despite more than sufficient time to do so, Plaintiff is inclined to move forward with a March 1 hearing date in order to avoid any additional delay. Please advise whether you are not available for March 1 hearing so we may understand the request by some for a March 8 hearing.

In addition, your papers continue to stress your willingness to meet and confer. We do not believe you have evidenced any good faith willingness to meet and confer as Mr. Bowe made clear in our meet and confer in early January and as is evidenced by the fact you have not produced or offered to produce a single piece of paper in this case. Simply saying you are willing to get on a call to tell us you will not produce any documents is not in our view a good faith meet and confer.

That said, if you are now prepared to meet and confer in good faith beginning this week and in earnest, we will consider your request for a March 8 hearing date and we will be available to begin this process any day you choose.

Please let us know so we can plan accordingly.

Thank you,

John


**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Korn, Adam <ABKorn@mintz.com>
**Sent:** Wednesday, February 8, 2023 12:18 AM
**To:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>; Tabaksblat, Lauren

<LTabaksblat@brownrudnick.com>
**Cc:** Chavkin, Peter <PAChavkin@mintz.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>
**Subject:** Urman's Responses and Objections to Plaintiff's Motion to Compel

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Counsel,

Pursuant to LR 37-2 and as agreed regarding the timing, attached is the Joint Stipulation with Defendant Corey Urman's portion included. We have highlighted information that Urman has designated as Confidential subject to the Protective Order entered in this case. That material will have to be filed under seal and redacted from any public filing.

Also attached is the declaration of Kerime Akoglu in support of Urman's opposition to Plaintiff's motion to compel and accompanying exhibits. Exhibit P was designated as Confidential-Subject to the Protective Order by the MindGeek Corporate Defendants and thus must be filed under seal as well. We also added the text of the Amended Interrogatories that were served on February 7, 2023 to the joint stipulation so the Court has the most up-to-date information.

Please let us know if you any questions and we look forward to seeing the brief again for signature approval.

Very best,

Adam
**Adam B. Korn**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300, Los Angeles, CA 90067
+1.310.226.7847
ABKorn@mintz.com | Mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies