Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

Peter A. Chavkin (*Pro Hac Vice*)
pchavkin@mintz.com
Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 935-3000

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

Attorneys for Specially-Appearing Defendant,
COREY URMAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>              Plaintiff,<br><br>       vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>              Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**DISCOVERY MATTER**<br><br>**[Discovery Document: Referred to Magistrate Judge Autumn Spaeth]**<br><br>**DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT COREY URMAN'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Date: March 8, 2023<br>Time: 10:00 a.m.<br>Dept.: 6B<br>Judge: Hon. Autumn D. Spaeth |

AKOGLU DECLARATION ISO SPECIALLY-APPEARING DEFENDANT COREY URMAN'S
SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

I, Kerime S. Akoglu, declare:

1. I am an attorney licensed to practice law in the State of New York and the Commonwealth of Massachusetts, and an attorney with the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. I have been granted permission by this court to appear *Pro Hac Vice* as counsel for Specially-Appearing Defendant Corey Urman ("Corey Urman") in the above-captioned action. I am over the age of 18. I make this declaration in support of Specially-Appearing Defendant Corey Urman's Supplemental Brief in Opposition to Plaintiff's Motion to Compel Responses to Discovery Requests ("Supplemental Brief in Opposition"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. I attended the parties' February 16, 2023, meet and confer call to discuss the issues raised in the instant motion and the sections in the supplemental brief referring to these calls accurately reflect my recollection.

3. On February 22, 2023, Mr. Urman made his first production of documents to Plaintiff. This production consists of Mr. Urman's employment agreements with 9219-1568 Quebec, Inc. and one document related to the direction and implementation of CSAM policy.

4. Attached hereto as **Exhibit A** is a true and correct copy of Corey Urman's counsel's February 17, 2023, meet and confer letter to Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of February, 2023, at New York, New York.

                                       */s/Kerime S. Akoglu*
                                       Kerime S. Akoglu