# EXHIBIT 8

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | Sack, Jonathan S. |
| **Cc:** | McMenamin, Ryan; King, Karen; dwiechert@aol.com; Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; White, Jonathan D.; Jason Brown Esq. |
| **Subject:** | RE: [External] Request for Meet and Confer: Defendant David Tassillo's & Feras Antoon Responses and Objections to Plaintiff"s Discovery Requests |
| **Date:** | Friday, December 9, 2022 5:59:17 PM |
| **Attachments:** | image002.png |

Counsel,

I write to again inquire as to your availability to meet and confer next week concerning Defendants' responses and objections to Plaintiff's Requests for Production and Interrogatories.

Will you be available to meet on Monday, December 12?

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Tuesday, December 6, 2022 7:05 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** McMenamin, Ryan <RMcMenamin@maglaw.com>; King, Karen <kking@maglaw.com>; dwiechert@aol.com; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Jason Brown Esq. <JBrown@CohenGresser.com>
**Subject:** RE: [External] Request for Meet and Confer: Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

**CAUTION: External E-mail. Use caution accessing links or attachments.**

John,

Under Local Rule 37-1, "counsel for the opposing party must confer with counsel for the moving party within ten days after the moving party serves a letter requesting such conference."  We will propose one or more days next week that fully comply with the Local Rule.

In light of the passage of time since we served our responses and objections to discovery demands – it is now about two and one-half months – a meet and confer scheduled for next week is timely and certainly reasonable.  We also intend to discuss these matters with you in good faith.

Best regards,

Jonathan

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, New York  10017
(212) 880-9410 (office)
(917) 903-7493 (cell)
jsack@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
## Grand Iason & Anello PC

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Tuesday, December 6, 2022 3:47 PM
**To:** Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** McMenamin, Ryan <RMcMenamin@maglaw.com>; King, Karen <kking@maglaw.com>; dwiechert@aol.com; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Jason Brown Esq. <JBrown@CohenGresser.com>
**Subject:** RE: [External] Request for Meet and Confer: Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests


Jonathan, Jason,

Thank you for the response and for the information provided.  While I understand you may not be available tomorrow for the meet and confer, and are coordinating your efforts,  if you could provide us times on Thursday we will make ourselves available, as we do intend to meet and confer on these matters in good faith and in a timely fashion.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Tuesday, December 6, 2022 1:15 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** McMenamin, Ryan <RMcMenamin@maglaw.com>; King, Karen <kking@maglaw.com>; dwiechert@aol.com; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Jason Brown Esq. <JBrown@CohenGresser.com>
**Subject:** Re: [External] Request for Meet and Confer: Defendant David Tassillo's Responses and Objections to Plaintiff's Discovery Requests

> **CAUTION: External E-mail. Use caution accessing links or attachments.**

---

John,

I am not able to do a meet and confer tomorrow morning, but will be back in touch later this week with a proposed day and time for next week.

I have copied Jason Brown on this email. As you know, he represents Feras Antoon. Jason has authorized me to convey that we will do the meet and confer together on behalf of our respective clients, David Tassillo and Feras Antoon.

Regards,

Jonathan

Jonathan S. Sack

Morvillo Abramowitz Grand Iason & Anello PC

565 Fifth Avenue

New York, NY. 10017

(212) 880 9410 (office)

(917) 903 7493 (cell)

Jsack@maglaw.com

Sent from my iPad

> On Dec 5, 2022, at 9:19 PM, Doyle, John G. <JDoyle@brownrudnick.com> wrote:
>
> Counsel,
>
> Attached, please find Plaintiff's objections to Defendant Tassillo's responses and objections to Plaintiff's Requests for Production and Interrogatories. In accordance with Local Rule 37-1, we respectfully request to meet and confer concerning Defendant's responses on Wednesday, December 7, 2022 at 9:30 a.m.
>
> Thank you,
>
> John
>
> **John G. Doyle**
> Associate
>
> Brown Rudnick LLP
> 601 Thirteenth Street NW
> Washington, D.C. 20005
> T: +1 202.536.1706
> M: +1 717.226.0329
> jdoyle@brownrudnick.com
> www.brownrudnick.com

*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this