# EXHIBIT 12

## Doyle, John G.

| | |
|---|---|
| **From:** | Bowe, Michael J |
| **Sent:** | Thursday, January 12, 2023 8:33 AM |
| **To:** | Sack, Jonathan S. |
| **Cc:** | Stein, David M.; nread@cohengresser.com; dwiechert@aol.com; jbrown@cohengresser.com; EVincze@cohengresser.com; McMenamin, Ryan; Peacocke, Alex; rwhite@wmhlaw.com; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; jskinner@wmhlaw.com; PAChavkin@mintz.com; PABiagetti@mintz.com; KSAkoglu@mintz.com; Korn, Adam; Tabaksblat, Lauren; Doyle, John G.; Dunn, Joshua P. |
| **Subject:** | Re: [External] Fleitas/Mindgeek Motions re Indiv D's |

We would like to meet and confer Friday

Sent from my iPhone

On Jan 11, 2023, at 10:02 PM, Sack, Jonathan S. <JSack@maglaw.com> wrote:

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

David,

The individual defendants are ok with your suggestion of not filing motions today. We will talk among ourselves tomorrow morning and be in touch with you.

Regards,

Jon

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

On Jan 11, 2023, at 8:48 PM, Stein, David M. <DStein@brownrudnick.com> wrote:

1

Hi all.

I'm not sure if you heard the arguments today on the entity motions, but, at the end, the Court ordered us to confer further and try to narrow or resolve as much as we can.

Assuming it is okay with all, I suggest we do not file the motions re: individual defendants today, even though they are ready.  Maybe we can talk in the next day or two and see if perhaps we can narrrow or eliminate?  If not, we can file then.

Anyone not okay with that approach?

Please let us know either way.

Thank you.

David



<image001.jpg>

**David M. Stein**
Partner

Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine CA 92612
Mobile: 949.887.4600
Direct:  949.440.0231
Fax:     949.486.3686
dstein@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

********************************************************************************

EXTERNAL: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.