# EXHIBIT 14

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | Nathaniel P.T. Read; dwiechert@aol.com; Jason Brown; Eszter Vincze |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P. |
| **Subject:** | Intent to File Plaintiff"s Motion to Compel Defendant Antoon"s Responses and Objections to Plaintiff"s Discovery Requests |
| **Date:** | Wednesday, February 1, 2023 3:08:46 PM |
| **Attachments:** | Revised Draft-Joint Stip. Re MTC Antoon RFP and ROG - Feb 1 2023.docx |
| | Draft Pl. Portion Joint Stip - Pl. 2nd MTC MG Entities Production - 31 Jan 2023.pdf |

Nate, Counsel,

Yesterday, we notified the MindGeek Entities of our intent to file the attached Motion to Compel their responses to Plaintiff's requests for production on February 8. We also intend to file our previously noticed motion to compel Defendant Antoon's responses on that same day. Because the Individual Defendants have represented they are not in possession or control of material responsive to Plaintiff's requests concerning Kaplan, Hecker, & Fink (RFPs 43, 44, 45, 47), we are removing those portions from the stipulation. We are attaching a revised draft of the joint stipulation with the deleted portions in track changes.

Please provide us with your revisions to the brief by February 7, 2023.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Wednesday, January 11, 2023 4:31 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's