# EXHIBIT 16

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | Nathaniel P.T. Read; dwiechert@aol.com; Jason Brown; Eszter Vincze |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P. |
| **Subject:** | RE: Intent to File Plaintiff"s Motion to Compel Defendant Antoon"s Responses and Objections to Plaintiff"s Discovery Requests |
| **Date:** | Wednesday, February 8, 2023 5:34:19 PM |
| **Attachments:** | Redact - Updated Final - Pl. Not. and Joint Stip Re Antoon RFP and ROGs - 8 Feb 2023.docx |

Counsel,

Based on communications from Mr. White concerning the unavailability of counsel on March 1, and his assertion that he has spoken with you concerning your amenability to meet and confer this Friday, we have agreed to set the hearing date for March 8. If this information is incorrect, please let me know.

Accordingly, I recommend that the stipulation be updated as attached to account for the proposed hearing date of March 8. If you are amenable to this, I will make the changes and get revised final redacted and unredacted versions over to you for review so we can get this on file.

Please let me know as soon as possible.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329

jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Doyle, John G.
**Sent:** Wednesday, February 8, 2023 1:24 PM

**To:** Nathaniel P.T. Read <nread@cohengresser.com>; dwiechert@aol.com; Jason Brown <JBrown@CohenGresser.com>; Eszter Vincze <EVincze@CohenGresser.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** RE: Intent to File Plaintiff's Motion to Compel Defendant Antoon's Responses and Objections to Plaintiff's Discovery Requests

Nate, Counsel,

As previously discussed, we disagree with your reading of the local rules – regardless, we are in receipt of your documents and are preparing the filing.

Given that you have not produced a single document in response to Plaintiff's discovery requests, despite more than sufficient time to do so, Plaintiff is inclined to move forward with a March 1 hearing date in order to avoid any additional delay.  Please advise whether you are not available for March 1 hearing so we may understand the request by some for a March 8 hearing.

In addition, your papers continue to stress your willingness to meet and confer.  We do not believe you have evidenced any good faith willingness to meet and confer as Mr. Bowe made clear in our meet and confer in early January and as is evidenced by the fact you have not produced or offered to produce a single piece of paper in this case.  Simply saying you are willing to get on a call to tell us you will not produce any documents is not in our view a good faith meet and confer.

That said, if you are now prepared to meet and confer in good faith beginning this week and in earnest, we will consider your request for a March 8 hearing date and we will be available to begin this process any day you choose.

Please let us know so we can plan accordingly.

Thank you,

John


**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Nathaniel P.T. Read <nread@cohengresser.com>
**Sent:** Tuesday, February 7, 2023 10:04 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; dwiechert@aol.com; Jason Brown