# EXHIBIT 18

**Dunn, Joshua P.**

| | |
|---|---|
| **From:** | Dunn, Joshua P. |
| **Sent:** | Monday, February 20, 2023 12:45 PM |
| **To:** | McMenamin, Ryan; Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Doyle, John G. |
| **Cc:** | Peacocke, Alex; King, Karen; Jason Brown Esq.; Nathaniel Read; Eszter Vincze; Sack, Jonathan S. |
| **Subject:** | RE: [External] MindGeek/Fleites -- Continued Meet and Confer -- Tassillo |

Ryan,

We are still reviewing this list, and so reserve the right to raise additional questions and to propose additional search terms for you to consider, but we have several basic questions that would be helpful if you could answer in advance of our call:

When were these search terms run over each of the email accounts?

Were the searches performed by attorney reviewers or by your clients themselves?

Were date limitations implemented before the search terms were run?  In other words, were these search terms run across the entirety of the email accounts, or were they only run for a particular period of time?

Please provide us with a hit report for these search terms (i.e., a breakdown of how many hits there were on each of these terms).

How many documents were reviewed, and how many documents do you expect to produce?

When do you anticipate producing documents?

Which cell phone numbers and messaging applications were searched by the MindGeek Entities and when were those searches performed?

Finally, we once again request a written response to the questions raised in our letter to you dated February 9, 2023.  Please provide that response in advance of tomorrow's call with enough time for us to consider it before the call.

Best,
Josh

**brown**rudnick

**Joshua P. Dunn**
Partner
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617-856-8375
F: 617-289-0748
jdunn@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail

---

**From:** McMenamin, Ryan <RMcMenamin@maglaw.com>
**Sent:** Monday, February 20, 2023 11:20 AM
**To:** Dunn, Joshua P. <JDunn@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** Peacocke, Alex <apeacocke@maglaw.com>; King, Karen <kking@maglaw.com>; Jason Brown Esq. <JBrown@cohengresser.com>; Nathaniel Read <nread@cohengresser.com>; Eszter Vincze <EVincze@cohengresser.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Subject:** RE: [External] MindGeek/Fleites -- Continued Meet and Confer -- Tassillo

---

**CAUTION: External E-mail. Use caution accessing links or attachments.**

---

Josh,

Below is a set of search terms that have been run on two sets of materials: (i) by counsel for Antoon and Tassillo on each of their respective client's personal email accounts; (ii) by counsel for the MindGeek Entities on mobile data such as text messages and messaging applications from our clients' cell phones. These search terms were used to search for documents concerning: (i) Plaintiff Serena Fleites and (ii) the individual defendants' participation in directing or implementing the alleged MindGeek CSAM policy that allegedly directly impacted Plaintiff:

1. Serena
2. Fleites
3. CSAM
4. underage*
5. minor
6. minors
7. "child porn"
8. "child pornography"
9. pedophile
10. pedo
11. "child abuse"
12. "child sexual abuse"
13. "child sex trafficking"

We would be happy to discuss these search terms and related issues with you tomorrow at our next meet-and-confer. We hope that sharing this information and our discussion tomorrow will further our goal of resolving—or at least narrowing—the disputes among the parties.

Regards,

Ryan McMenamin

**Ryan McMenamin** | Associate

Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, New York 10017
Office: 212-880-9537
Cell: 908-230-6200
rmcmenamin@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
### Grand Iason & Anello PC

**From:** Dunn, Joshua P. <JDunn@brownrudnick.com>
**Sent:** Wednesday, February 15, 2023 5:49 PM
**To:** Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Peacocke, Alex <apeacocke@maglaw.com>; King, Karen <kking@maglaw.com>; Jason Brown Esq. <JBrown@cohengresser.com>; Nathaniel Read <nread@cohengresser.com>; Eszter Vincze <EVincze@cohengresser.com>
**Subject:** RE: [External] MindGeek/Fleites -- Continued Meet and Confer -- Tassillo


Jonathan,

Yes, as I said in my earlier email, we will meet and confer with you on Tuesday.  We once again ask you to provide us a written response to the questions raised in our letter so that Tuesday's meet and confer will be as productive as possible.

Best,
Josh


## brownrudnick

**Joshua P. Dunn**
Partner
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617-856-8375
F: 617-289-0748
jdunn@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail


**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Wednesday, February 15, 2023 1:46 PM
**To:** Dunn, Joshua P. <JDunn@brownrudnick.com>
**Cc:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Peacocke, Alex <apeacocke@maglaw.com>; King, Karen <kking@maglaw.com>; Jason Brown Esq. <JBrown@cohengresser.com>;

Nathaniel Read <nread@cohengresser.com>; Eszter Vincze <EVincze@cohengresser.com>
**Subject:** RE: [External] MindGeek/Fleites -- Continued Meet and Confer -- Tassillo

CAUTION: **External E-mail. Use caution accessing links or attachments.**

Josh,

Regarding scheduling, you emailed us yesterday evening.  I have commitments in New York today and am out of state on a prior commitment Thursday and Friday.  Monday is a national holiday.  Tuesday is the first business day I'm available.  My proposing of that date is not an effort to delay further discussion.  It is the result of my prior commitments.

If you agree to a further meet and confer discussion, we will discuss open issues.  We disagree with much of what you write in your email, but I don't see a benefit in continuing this back-and-forth by email.

Please let me know if you wish to have a meet and confer meeting on Tuesday.

Regards,

Jonathan

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, New York  10017
(212) 880-9410 (office)
(917) 903-7493 (cell)
jsack@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
# Grand Iason & Anello PC

**From:** Dunn, Joshua P. <JDunn@brownrudnick.com>
**Sent:** Tuesday, February 14, 2023 7:04 PM
**To:** Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Peacocke, Alex <apeacocke@maglaw.com>; King, Karen <kking@maglaw.com>; Jason Brown Esq. <JBrown@cohengresser.com>; Nathaniel Read <nread@cohengresser.com>; Eszter Vincze <EVincze@cohengresser.com>
**Subject:** Re: [External] MindGeek/Fleites -- Continued Meet and Confer -- Tassillo

Jonathan and Jason,

The lead argument in your clients' portion of the joint stip was that Plaintiff has not meaningfully engaged in the meet-and-confer process.  We of course entirely disagree with that position, but, putting that aside, we promptly sent you last week a list of numerous issues and questions needing to be addressed if the parties were to narrow the issues raised in

Plaintiff's motion. Plaintiff then participated in a two-hour meet-and-confer last Friday, during which counsel for the Individual Defendants attempted to get Plaintiff to narrow her requests without providing basic information about the extent of Defendants' searches for and review of potentially responsive documents or providing any response to the issues and questions raised in Plaintiff's letter. This basic information and answers still have not been provided by Defendants. And your clients have not produced a single document in discovery.

It appears from your email that your clients also do not intend to provide any of the requested information this week. Refusing to provide this basic information and deferring meet-and-confer efforts for another week shows that your clients do not wish to meaningfully participate in the meet-and-confer process, but were instead just raising that issue to deflect attention from your clients' wholesale abdication of their discovery obligations.

If next Tuesday really is the soonest you can meet and confer with us, then we will speak to you then. But we urge you to speak to us, and to provide the requested information, before then. Additionally, because we propounded requests on each of the Individual Defendants, seek information concerning each Individual Defendant's search and review protocols, and are willing to meet with each Individual Defendant individually, there's simply no reason to hold up these meet-and-confer efforts because of a purported need to coordinate schedules among counsel for multiple defendants. Finally, at an absolute minimum, to the extent you refuse to make yourself available this week, please provide this week written responses to the questions raised in the letter and at Friday's meet and confer, which you told us you would get back to us on.

We reiterate once again that we will make ourselves available at any time this week to discuss.

Best,
Josh


On Feb 14, 2023, at 5:37 PM, Sack, Jonathan S. <JSack@maglaw.com> wrote:

> CAUTION: External E-mail. Use caution accessing links or attachments.

---

Josh,

We will be doing further meet and confer meetings together with counsel for Feras Antoon, who are copied here. We have consulted each other's schedules and suggest Tuesday Feb. 21 (between 2 and 4 pm) for further discussion. I am traveling later this week and need to move the discussion to early this coming week.

Please let us know if that day and time work for you, or suggest other times that are good.

Regards,

Jonathan

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

On Feb 14, 2023, at 3:35 PM, Dunn, Joshua P. <JDunn@brownrudnick.com> wrote:

Counsel,

As discussed in our last meet and confer on Friday, February 10, 2023, we are reaching out to see whether you have any availability this week to continue to meet and confer on the issues discussed in the attached letter and in our prior meet and confer.  Please let us know your availability this week.  We can be available to discuss at your convenience.

We think it would be most productive to confer with each defendant's counsel individually, rather than as a group.  Please let us know what days and times work best for you.

Best,
Josh

**Joshua P. Dunn**
Partner
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
T: 617-856-8375
F: 617-289-0748
jdunn@brownrudnick.com
www.brownrudnick.com
He/him/his

Please consider the environment before printing this e-mail

*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************

EXTERNAL: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

<image001.jpg>

<February 10 2023 Ind. Def. Meet and Confer Topics.pdf>

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************


*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************