# EXHIBIT 9

## Doyle, John G.

| | |
|---|---|
| **From:** | Doyle, John G. |
| **Sent:** | Monday, January 16, 2023 7:48 PM |
| **To:** | Massey, Kathleen; Boisvert, Chip; Yeary, Michelle |
| **Cc:** | Bowe, Michael J; Stein, David M.; Tabaksblat, Lauren; Dunn, Joshua P. |
| **Subject:** | RE: Following Up |

Kathleen, Chip, and Michelle,

Hello. You have produced a number of documents that contain redactions for which we would like to receive an unredacted copy, including:

1. The tax filings found at MindGeek_Fleites_00006118 thru 6848;
2. Documents containing domain names and related trademark information (*e.g.* MindGeek_Fleites_00000293);
3. Documents containing the names/identities of collateral, participating party, and/or origination agents that are part of agreements, contracts, etc. (e.g. MindGeek_Fleites_00002361; MindGeek_Fleites_00002514; MindGeek_Fleites_00002725);
4. Documents containing production costs (MindGeek_Fleites_00003019 – Q1 2016 Production costs);
5. Materials, the majority of which contain fully redacted pages (*e.g.* MindGeek_Fleites_00003824; MindGeek_Fleites_00004663).

Please let us know if you agree, and, if so, by when you can send them to us. We will be available anytime if any of these warrant a specific discussion.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com