# Exhibit 11

**brown**rudnick

MICHAEL J. BOWE
direct dial: 212.209.4905
fax: 212.938.2902
MBowe@brownrudnick.com

February 3, 2023

**BY E-MAIL**

Kathleen N. Massey
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
kathleen.massey@dechert.com

RE:  **MindGeek Entity Defendants' Deficient Discovery Responses**

Dear Kathleen,

I am writing regarding outstanding deficiencies in the MindGeek Entity Defendants' discovery responses.

Jurisdictional discovery relates to not only the Entity Defendants but also the Individual Defendants.  The Individual Defendants have repeatedly said the information relating to them is in the possession, custody, or control of the Entity Defendants and have now asserted that the MindGeek Entities are in possession of their emails and data associated with messaging and mobile applications and that you are conducting searches for their communications, as well as documents concerning their business trips to the United States.  In our last meet and confer you represented you would be coordinating with the Individual Defendants and producing on their behalf.  Despite several weeks since these assertions by the Individual Defendants, the MindGeek Entities have not produced any of this material.  All documents responsive to the Plaintiff's discovery to the Individual Defendants must be produced immediately.

The Court's July 29, 2022 jurisdictional discovery Order also unequivocally directed discovery into  the policies, practices, and operations at MindGeek related to CSAM and non-consensual content, including who was involved in the "direction of specific policies pursuant to which Plaintiff was harmed." Dkt. 167 at 7.  Indeed, the Court made clear that "operating Pornhub and other MindGeek sites in a manner that maximizes the profitability of child porn" was "jurisdictionally relevant conduct" because the Plaintiff's claims arose from that conduct.  Accordingly, discovery into MindGeek's treatment of potential CSAM and other non-consensual conduct, including the Individual Defendants' awareness, involvement, and direction, are central jurisdictional facts that must be explored.



Kathleen N. Massey
February 3, 2023
Page 2

      Despite Plaintiff's requests for responsive materials on this topic (Plaintiff's RFP Nos. 28, 29, 31-36, 37, 40; ROG Nos. 8, 12), Defendants have refused to provide any. For example, Defendants have not produced any discovery into the actual or proposed policies, practices, procedures, technologies, or communications concerning the upload, monitoring, moderation, or removal of content and CSAM and non-consensual content or the Individual Defendants' knowledge, involvement, direction, or control concerning these issues. All such responsive documents must be immediately produced, including, but not limited to, the following:

- All documents identifying, depicting, explaining, or describing any programs or technology MindGeek acquired, employed, used, or considered to moderate, monitor, format, optimize, filter, review, screen, or remove content on its websites, including the dates such technology was acquired, employed, or considered.

- All documents related to MindGeek's policies, manuals, practices, processes, rules, moderation, monitoring, formatting, optimizing, filtering, reviewing, screening, or removing CSAM or non-consensual content on its platforms and websites, including documents and communications by, with, to, or from the Individual Defendants, concerning CSAM and non-consensual content or reports concerning same.

    - Communications and other records concerning these policies, the implementation and operation of the policies, training related to the policies, internal and external reporting under the policies, and the treatment of known or suspected CSAM or other non-consensual conduct, including all documents in which the Individual Defendants or other management personnel were informed about, or involved in, such policies, operations, training, reporting, and treatment.

- Policies concerning the reporting of potential CSAM material internally and externally.
- Policies concerning the preservation and storage of uploaded content.
- Rosters, schedules, training materials, performance metrics for screeners and moderators.
- Suggested content and tagging categories provided by the MindGeek Entities, its employees, and/or its tubesites.
- Communications and documents concerning any reports to any of the Individual Defendants or any MindGeek Entity personnel related to content reviewed or screened by programs or employees concerning actual or suspected CSAM, prohibited, and/or non-consensual content.
- Any complaints, reports, and/or communications concerning CSAM.
- All documents concerning MindGeek's policies, practices, and compliance related to 18 U.S.C. § 2257.



- Documents reflecting the processes, standards, and technologies employed to prevent CSAM, including:

  - The individuals, people, groups, or companies that vetted and approved these procedures;
  - Communications concerning their implementation and approval;
  - Contracts associated with and payments for (documents that identify where the money came from for these purchases/implementations); and
  - Presentations and reports to management, any MindGeek board of directors or the equivalent, third parties, or government or regulatory type agencies, including NCMEC.

- The investigative report by Kaplan, Hecker, & Fink (Plaintiff's RFP Nos. 43-45, 47) and all related materials previously requested.

In addition to the above, more than three months have passed, but the Entity Defendants still have not produced a considerable amount of relevant discovery. Plaintiff expects the MindGeek Entities to immediately search for and produce all material responsive to her requests for production including the following:

RFP 1
- Communications concerning the search for any of Plaintiff's content or material.
- Links concerning any of Plaintiff's content, regardless of when produced or uploaded, and regardless of Plaintiff's assessed age in the content, and indications of whether the content is live.
- Any requests to take down Plaintiff's content, regardless of the manner in which it was submitted or who it was submitted by, to include those requests made in comments to videos.
- Any claims submitted by Plaintiff through her verified account to claim material posted by other users and communications concerning the same.
- The investigation inquiries made by "Ashley Walling" to locate materials for Serena Fleites as indicated in the 12/7/2020 email to Corey Urman and Brett Goldenberg (MindGeek_Fleites_00003819).
- All communications connected to the email chain produced at MindGeek_Fleites_00003819.

RFP 5
- Documents concerning the internal organizational structures (i.e. the operating structures and departments) of the MindGeek Entities and companies (including MG S.a.r.l., MG Freesites Ltd., MG Premium, and 9219-1568 Quebec) and the offices responsible for operating and/or providing services to the various tubesites (including Pornhub, Traffic Junky).
- The names, contact information, and positions of managers, supervisors, and personnel responsible for the respective operations and support services.



Kathleen N. Massey
February 3, 2023
Page 4

- Organizational charts, schematics, rosters, and memoranda depicting the ownership structure, corporate affiliate and related-party structure, and the internal management and operational structure for core functions such as finance, accounting, IT, website operation and infrastructure (including the servers), moderation, compliance, legal, and media and public relations.

RFP 7

- Documents concerning the U.S. business travel of the Individual Defendants and any MindGeek Entity personnel.
- Documents relating to MindGeek's political activities in California or any jurisdiction in the United States, including through direct or indirect participation in, or financial support for, lobbying, trade or industry, or activist organizations.
- Documents concerning trips to California or any jurisdiction in the United States.
- The locations of all servers and information technology support centers that support the flow of MindGeek data, videos, images, revenues, profits, information, etc.

RFP 9; ROG 3

- Presentations and information to or from investors or potential investors, lenders, licensees, and purchasers.
- A complete set of all agreements in and between the owners, investors, lenders, executives, and MindGeek, as well as deal files related to those transactions and agreements.
- Financial reports prepared for, and associated information given to, senior management, directors or their equivalent, lenders, or outside consultants, accountants, or other third parties.

RFP 11

- Financial ledgers.
- Calendars of board meetings.
- Shareholder and lender agreements, including the following documents from the October 18, 2013 Shareholders' Agreement:
    - Acaju investment incentive fee agreement-Oct. 18, 2013;
    - Financing Agreement-October 18, 2013;
    - RT Contribution and Subscription Agreement- Oct 18, 2013 and any amendments;
    - Pledge Agreement-Oct 18, 2013 (aka second ranking pledge)
    - Business plans and periodic financial reports and statements prepared under the shareholder agreement Defendants produced or otherwise, including those presented to third-parties such as lenders, investors, or government entities;
    - MBO Purchase Agreement-Oct 18, 2013;
    - RK Holdings Note.
- Balance sheets and payroll documents.
- Board meeting presentations and materials.
- The following documents and materials from the MG S.a.r.l. board meetings:



- - Schedules concerning the presentation/review/approval of quarterly initiatives for the Cyprus Companies;
  - Budget Presentations, including review and approval material;
  - Account presentations from the "Annual General Meetings";
  - The Schedule C with the Certificates of name change from the July 3, 2014 Board meeting (MindGeek_Fleites_00002088);
  - Schedules with Amendments to the Financing Agreement(s), Financing Agreement Transaction Documents, and/or Notices (*e.g.*, Schedule I, Nov. 20, 2019 BD Minutes, MindGeek_Fleites_00002111);
  - Key Performance Indicator (KPI) reviews and approvals (*e.g.*, July 24, 2020 S.a.r.l. minutes, MindGeek_Fleites_00002081);
  - All attachments and presentations from the October 23, 2018 Board meeting.
- The following documents and materials from the MG Freesites Ltd. and MG Premium Ltd. Board meetings:
  - Key Performance Indicator (KPI) Reviews by product, including any Annexes (*e.g.*, Jan. 5, 2015 MG Freesites Bd. Minutes, "Pornhub (Annex)"- MindGeek_Fleites_00001962);
  - Annexes concerning web site and other initiatives;
  - Budget Presentations, reviews, and approvals, including individual "Content" budgets.

RFP 13
- Monthly, quarterly, and annual bank and investment statements of the defendants and MG Licensing, MG RK S.a.r.l., MG Holdings, RK Holdings, LLC; RT Holding S.a.r.l., MG Ex US Holding.

RFP 14
- All documents related to any corporate reorganization by MindGeek and the business purpose of that reorganization.
- The reasons for each such entity's formation and/or dissolution as described in the declaration of Andreas Andreou.

RFP 16
- The identities and related information pertaining to the managers, directors, members, and executives for the various MindGeek entities, including MG Freesites Ltd.; MG Premium Ltd.; MG Cyprus Ltd.; Webexpansion Cyprus Ltd.; and 9219-1568 Quebec, Inc.

RFP 18
- Documents concerning the services, and entities or individuals providing those services, to MG Freesites Ltd.
- The implementing documents and policies concerning the search engine optimization, website development, customer assistance, data gathering and analysis, content management, and monitoring services provided by 9219-1568 Quebec Inc.



Kathleen N. Massey
February 3, 2023
Page 6

RFP 20
- Communications and documents to auditors, including to any Grant Thornton entity.
- Identification of auditors.

RFP 22
- MG Global Entertainment support service agreements and documents regarding those services to the other entities.
- Documents concerning the employee responsibilities for "Trust and Safety on MindGeek websites" provided by the employees of MG Global Entertainment as identified in the MindGeek Entities' response to Plaintiff's Interrogatory Number 4.
- The identities of the two employees who provided services relating to Trust and Safety and as identified in the MindGeek Entities' response to Plaintiff's Interrogatory Number 4.

RFP 23
- Documents related to 9219-1568 Quebec Inc. services, including any implementing documents, manuals, policies, etc.
- The identities of those responsible for, and communications related to, the implementation and establishment of these service agreements and policies.
- Documents and communications concerning the services provided by the "nine [MG Global Entertainment Inc.] employees" to 9219-1568 Quebec Inc. as stated in the MindGeek Entities' response to Plaintiff's Interrogatory Number 4, the location those services were provided in, and the identity of the nine employees.

RFP 24
- Documents showing payments, investments, loans, etc. to the Individual Defendants and/or any of their family members for expenses.

RFP 25
- The resignation documents and communications concerning Feras Antoon and David Tassillo, including anything relating to allegations against them.
- Communications concerning these resignations including those sent to outside companies, agencies, news media, or banking entities.

RFP 27; ROGs 15, 16
- Business contact lists.
- Identification of messaging services used by each individual.

RFP 45
- All documents reflecting agreements or relationships with any banks, credit card networks, payment processors, or similar entities concerning the processing of payments for products, services, advertising, or otherwise through MindGeek's platforms or websites.



Kathleen N. Massey
February 3, 2023
Page 7

- Documents concerning the operation and use of TrafficJunky in MindGeek's tubesite operations and any payment processing agreements regarding the same.

RFP 46

- All documents concerning communications made by the Individual Defendants to the media, news organizations, journalists, legislators, law enforcement, regulators, quasi-governmental agencies, media relations companies, the Free Speech Coalition, 5wPR, or on social media platforms either directly, through aliases, or through agents, surrogates, or other social media participants concerning CSAM, non-consensual, prohibited, or illegal content on MindGeek's platforms or websites or internal or external news, media or other reports, allegations, or complaints regarding the same.
- Communications made by Defendant Urman under the alias "Corey Price."

ROG 14

- The presence of child pornography and CSAM, including that of Plaintiff's on MindGeek servers.

\*   \*   \*

All of this information is responsive and relevant, especially in light of the Court's discovery rulings thus far. Accordingly, Plaintiff requests to meet and confer regarding these discovery requests and asks you to confirm that you will provide this information and to provide a date by which it can be provided so we can avoid the need for additional Court intervention.

Sincerely,
**Brown Rudnick LLP**

Michael J. Bowe