# EXHIBIT 13

**Dunn, Joshua P.**

| | |
|---|---|
| **From:** | Bowe, Michael J |
| **Sent:** | Saturday, February 11, 2023 10:51 AM |
| **To:** | Yeary, Michelle |
| **Cc:** | Stein, David M.; Boisvert, Chip; Massey, Kathleen; Tabaksblat, Lauren; Dunn, Joshua P.; Doyle, John G. |
| **Subject:** | Re: Notice of Discovery Deficiencies and Request to Meet and Confer |

We think the record on delay very clearly says otherwise.

In any event, we will circulate a dial in for 9 Monday morning.

Enjoy the weekend.

Sent from my iPhone

On Feb 11, 2023, at 10:39 AM, Yeary, Michelle <michelle.yeary@dechert.com> wrote:

**CAUTION: External E-mail. Use caution accessing links or attachments.**

David – As I believe you are aware, we previously have met and conferred well before the 10-day deadline, in fact we have gone forward with meet and confers upon receiving letters from Plaintiff minutes before our calls. Any suggestion of purposeful delay is unfounded. We are available to talk Monday morning.

**Michelle Hart Yeary**
Counsel

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 609 955 3277 Direct
+1 609 471 2434 Mobile
michelle.yeary@dechert.com
dechert.com

Follow Dechert: Facebook / Twitter / LinkedIn

**From:** Stein, David M. <DStein@brownrudnick.com>
**Sent:** Friday, February 10, 2023 4:51 PM
**To:** Boisvert, Chip <Chip.Boisvert@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren

1

<LTabaksblat@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Subject:** RE: Notice of Discovery Deficiencies and Request to Meet and Confer

[EXTERNAL EMAIL]

Hi all.

I am just following up to see when you can confer about this.

I understand the rules allow 10 days, but waiting until day 9 or 10 every time starts to look like a delay move instead of an effort to resolve the issues.

Will you please let us know? We can be available today, or over the weekend, or Monday.

Thank you,

David

<image001.jpg>

**David M. Stein**
Partner

Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine CA 92612
Mobile: 949.887.4600
Direct:   949.440.0231
Fax:      949.486.3686
dstein@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Doyle, John G. <JDoyle@brownrudnick.com>
**Sent:** Friday, February 3, 2023 1:44 PM
**To:** Boisvert, Chip <Chip.Boisvert@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** Notice of Discovery Deficiencies and Request to Meet and Confer

Counsel,

Please find the attached correspondence regarding Defendants' discovery responses and production deficiencies. In accordance with Local Rule 37-1, we respectfully request to meet and confer concerning these matters on Monday, February 6, 2023 at 1:00 p.m. EST.

Thank you,

John

<image001.jpg>

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.