# EXHIBIT 8

| | |
|---|---|
| **From:** | Sack, Jonathan S. |
| **To:** | Doyle, John G. |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; White, Jonathan D.; Jason Brown Esq.; Peter Chavkin; Ronald White; McMenamin, Ryan; David Wiechert |
| **Subject:** | Re: [External] RE: Fleites v. MindGeek et al. / Meet and Confer |
| **Date:** | Sunday, December 11, 2022 12:25:52 PM |

**CAUTION:** External E-mail. Use caution accessing links or attachments.



John,

I will send a zoom invitation for Thursday 11 am, Eastern time.

Jonathan

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

> On Dec 11, 2022, at 8:34 AM, Doyle, John G. <JDoyle@brownrudnick.com> wrote:
>
>
> Jonathan,
>
> If that is the earliest defendants are willing to meet, Plaintiff will meet at 11 a.m. (EST) on Thursday, December 15, 2022, but remains available and desires to meet at an earlier date.
>
> Thank you,
>
> John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Friday, December 9, 2022 4:03 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Jason Brown Esq. <JBrown@CohenGresser.com>; Peter Chavkin <pchavkin@mintz.com>; Ronald White <rwhite@wmhlaw.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; David Wiechert <dwiechert@aol.com>
**Subject:** Fleites v. MindGeek et al. / Meet and Confer

> **CAUTION: External E-mail. Use caution accessing links or attachments.**

---

John,

I have conferred with counsel for the other individual defendants (who are copied here) in regard to your recent letters, which request a Meet and Confer with each of us regarding discovery.

We propose a joint Meet and Confer in regard to the matters raised in your letters this coming Thursday, December 15, between 11 am and 12 noon, or between 4 pm and 5 pm. These are times that work for all four of us.

Please let me know what works for you, and we can circulate a zoom invitation.

Regards,

Jonathan

Jonathan S. Sack

Morvillo Abramowitz Grand Iason & Anello PC

565 Fifth Avenue

New York, NY. 10017

(212) 880 9410 (office)

(917) 903 7493 (cell)

Jsack@maglaw.com

Sent from my iPad

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.