# EXHIBIT 12

## Doyle, John G.

| | |
|---|---|
| **From:** | Stein, David M. |
| **Sent:** | Wednesday, January 18, 2023 1:04 PM |
| **To:** | Sack, Jonathan S. |
| **Cc:** | nread@cohengresser.com; dwiechert@aol.com; JBrown@cohengresser.com; EVincze@cohengresser.com; McMenamin, Ryan; Peacocke, Alex; rwhite@wmhlaw.com; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; jskinner@wmhlaw.com; PAChavkin@mintz.com; PABiagetti@mintz.com; KSAkoglu@mintz.com; Korn, Adam; Bowe, Michael J; Tabaksblat, Lauren; Doyle, John G.; Dunn, Joshua P. |
| **Subject:** | RE: [External] Fleitas/Mindgeek Motions re Indiv D's |

Hey.

We will hold off filing today, and yes – we should confer further to try to reach agreements.

Back in touch shortly.

**brownrudnick**

**David M. Stein**
Partner

Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine CA 92612
Mobile: 949.887.4600
Direct:  949.440.0231
Fax:     949.486.3686
dstein@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Wednesday, January 18, 2023 10:03 AM
**To:** Stein, David M. <DStein@brownrudnick.com>
**Cc:** nread@cohengresser.com; dwiechert@aol.com; JBrown@cohengresser.com; EVincze@cohengresser.com; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; rwhite@wmhlaw.com; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; jskinner@wmhlaw.com; PAChavkin@mintz.com; PABiagetti@mintz.com; KSAkoglu@mintz.com; Korn, Adam <ABKorn@mintz.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** Re: [External] Fleitas/Mindgeek Motions re Indiv D's

Dave,

I'm following up on our call this past Friday and my email below about a further meet and confer conference. As noted in our call and my email, I continue to believe it would be constructive to identify and itemize the specific materials the plaintiff is seeking from individual defendants regarding personal jurisdiction.

We understand that you and your colleagues shared an itemized list of material that plaintiff is seeking from the entity defendants. We urge you to share something comparable with counsel for individual defendants. We will certainly consider it carefully and seek to reach agreement with you, if possible.

Please let us know if you wish to continue the meet and confer process.

Jon

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

> On Jan 13, 2023, at 3:21 PM, Sack, Jonathan S. <JSack@maglaw.com> wrote:
>
> Dave,
>
> Thank you for your time this morning. As we discussed, the individual defendants would like to continue discussing potential areas of agreement and ways to narrow and clarify the issues that may need to go to the Magistrate Judge.
>
> We previously proposed a further meet and confer meeting for Tuesday afternoon. Please confirm whether you wish to have that meeting. Would 3 pm NY time work for you and others? We have some flexibility if 3 pm does not work on your end.
>
> Best regards,
>
> Jonathan
>
> Jonathan S. Sack
> Morvillo Abramowitz Grand Iason & Anello PC
> 565 Fifth Avenue
> New York, NY. 10017
> (212) 880 9410 (office)
> (917) 903 7493 (cell)
> Jsack@maglaw.com
>
> Sent from my iPad

On Jan 12, 2023, at 6:08 PM, Stein, David M. <DStein@brownrudnick.com> wrote:

Cool. Thx. How is 930 am pacific ?

**David M. Stein**

Brown Rudnick LLP
2211 Michelson Drive
7th Floor
Irvine, CA 92612
Mobile: 949.887.4600
dstein@brownrudnick.com
www.brownrudnick.com

On Jan 12, 2023, at 2:09 PM, Sack, Jonathan S. <JSack@maglaw.com> wrote:

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Dave,

I can talk with you tomorrow. Let me know what's good for you and I will call.

Jon

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

On Jan 12, 2023, at 3:36 PM, Stein, David M. <DStein@brownrudnick.com> wrote:

Hey.

Can someone talk to me tomorrow?

LMK.

Thanks.

**brown**rudnick

**David M. Stein**
Partner

Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine CA 92612
Mobile: 949.887.4600
Direct:　949.440.0231
Fax:　　949.486.3686
dstein@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Thursday, January 12, 2023 11:08 AM
**To:** Stein, David M. <DStein@brownrudnick.com>
**Cc:** nread@cohengresser.com; dwiechert@aol.com; JBrown@cohengresser.com; EVincze@cohengresser.com; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; rwhite@wmhlaw.com; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; jskinner@wmhlaw.com; PAChavkin@mintz.com; PABiagetti@mintz.com; KSAkoglu@mintz.com; Korn, Adam <ABKorn@mintz.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Subject:** Re: [External] Fleitas/Mindgeek Motions re Indiv D's

> **CAUTION:** External E-mail. Use caution accessing links or attachments.

---

Dave,

As we've noted previously, we are interested in trying to narrow and, if possible, resolve all or at least some of

4

the open issues. We discussed the matter further internally, and we are good with your suggested approach.

Given holiday weekend schedules, we are available for a further meet and confer discussion Tuesday afternoon starting at 2 p.m.

Regards, Jonathan

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

> On Jan 11, 2023, at 8:48 PM, Stein, David M. <DStein@brownrudnick.com> wrote:
>
> Hi all.
>
> I'm not sure if you heard the arguments today on the entity motions, but, at the end, the Court ordered us to confer further and try to narrow or resolve as much as we can.
>
> Assuming it is okay with all, I suggest we do not file the motions re: individual defendants today, even though they are ready. Maybe we can talk in the next day or two and see if perhaps we can narrrow or eliminate? If not, we can file then.
>
> Anyone not okay with that approach?
>
> Please let us know either way.
>
> Thank you.
>
> David

**brownrudnick**

**David M. Stein**
Partner

Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine CA 92612
Mobile: 949.887.4600
Direct:  949.440.0231
Fax:     949.486.3686
dstein@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

***********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***********************************************************************

> **EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.