# EXHIBIT 13

## Doyle, John G.

| | |
|---|---|
| **From:** | Doyle, John G. |
| **Sent:** | Wednesday, February 1, 2023 4:17 PM |
| **To:** | Jeffrey Skinner; Ronald White; Devon Little; Dan Marmalefsky (dmarmalefsky@mofo.com) |
| **Cc:** | Bowe, Michael J; Tabaksblat, Lauren; Stein, David M.; Dunn, Joshua P. |
| **Subject:** | Intent to File Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests |
| **Attachments:** | Draft Pl. Portion Joint Stip - Pl. 2nd MTC MG Entities Production - 31 Jan 2023.pdf; Revised Draft- Joint Stip. Re MTC Bergmair RFP and ROG - Feb 1 2023.docx |

Jeff, Counsel,

Yesterday, we notified the MindGeek Entities of our intent to file the attached Motion to Compel their responses to Plaintiff's requests for production on February 8. We also intend to file our previously noticed motion to compel Defendant Bergmair's responses on that same day. Because the Individual Defendants have represented they are not in possession or control of material responsive to Plaintiff's requests concerning Kaplan, Hecker, & Fink (RFPs 43, 44, 45, 47), we are removing those portions from the stipulation. We are attaching a revised draft of the joint stipulation with the deleted portions in track changes.

Please provide us with your revisions to the brief by February 7, 2023.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Doyle, John G.
**Sent:** Wednesday, January 11, 2023 12:06 AM
**To:** Jeffrey Skinner <jskinner@wmhlaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Cc:** Ronald White <rwhite@wmhlaw.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests

Jeff,

Confirming receipt of the joint stipulation and the accompanying exhibits. We will also proceed with filing Pl. Exh. 4 under seal.

Thank you,

John

**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005
T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

**From:** Jeffrey Skinner <jskinner@wmhlaw.com>
**Sent:** Tuesday, January 10, 2023 11:57 PM
**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; White, Jonathan D. <JWhite@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Cc:** Ronald White <rwhite@wmhlaw.com>; Devon Little <dlittle@wmhlaw.com>; Dan Marmalefsky (dmarmalefsky@mofo.com) <dmarmalefsky@mofo.com>
**Subject:** Plaintiff's Motion to Compel Defendant Bernd Bergmair's Responses to Plaintiff's Discovery Requests

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Counsel:

Please find attached Mr. Bergmair's portion of the Rule 37-2 Joint Stipulation, along with the declaration of Ronald G. White and referenced exhibits (Exhibits A-N).

Also, I note that your portion of the joint stipulation contains information regarding Mr. Bergmair's ownership interest in MindGeek which he provided to you in response to interrogatories, and which he designated as confidential under the Court's protective order (ECF No. 187). These references are on pages 3-4 and 46

(highlighted). You acknowledge that Mr. Bergmair's interrogatory responses were designated as confidential in footnote 2 of the joint stipulation and indicate that you plan to file his responses under seal as an exhibit. The information cited above should also be removed or redacted from any publicly-filed version of the joint stipulation.

We also ask that you file White Decl. Ex. K (MG Entity Defendants Unredacted Responses to Jurisdictional Rogs) under seal as those are also designated as confidential.

Best,

Jeff

Jeffrey C. Skinner

**Walden Macht & Haran LLP**

250 Vesey Street, 27th Floor

New York, New York 10281

O: (212) 335-2961

jskinner@wmhlaw.com

www.wmhlaw.com