# EXHIBIT 16

| | |
|---|---|
| **From:** | Doyle, John G. |
| **To:** | McMenamin, Ryan; Sack, Jonathan S.; David W. Wiechert (dwiechert@aol.com); King, Karen; Peacocke, Alex |
| **Cc:** | Bowe, Michael J; Stein, David M.; Dunn, Joshua P.; Tabaksblat, Lauren |
| **Subject:** | RE: Plaintiff"s Motion to Compel Defendant David Tassillo"s Responses to Plaintiff"s Discovery Requests |
| **Date:** | Wednesday, February 8, 2023 7:40:06 PM |
| **Attachments:** | image002.png<br>Redact - Updated Final - Pl. Notice and Joint Stip. Re MTC Tassillo RFP and ROG- Feb 8 2023.docx |

Counsel,

Based on communications from Mr. White concerning the unavailability of counsel on March 1, and his assertion that he has spoken with you concerning your amenability to meet and confer this Friday, we have agreed to set the hearing date for March 8. If this information is incorrect, please let me know.

Accordingly, I recommend that the stipulation be updated **as attached** to account for the proposed hearing date of March 8. If you are amenable to this, I will make the changes and get revised final redacted and unredacted versions over to you for review so we can get this on file.

Please let me know as soon as possible.

Thank you,

John

**brown**rudnick

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706

M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** Doyle, John G.

**Sent:** Wednesday, February 8, 2023 1:27 PM
**To:** McMenamin, Ryan <RMcMenamin@maglaw.com>; Sack, Jonathan S. <JSack@maglaw.com>; David W. Wiechert (dwiechert@aol.com) <dwiechert@aol.com>; King, Karen <kking@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Subject:** RE: Plaintiff's Motion to Compel Defendant David Tassillo's Responses to Plaintiff's Discovery Requests

Counsel,
We are in receipt of your documents and are preparing the filing.
Given that you have not produced a single document in response to Plaintiff's discovery requests, despite more than sufficient time to do so, Plaintiff is inclined to move forward with a March 1 hearing date in order to avoid any additional delay. Please advise whether you are not available for March 1 hearing so we may understand the request by some for a March 8 hearing.
In addition, your papers continue to stress your willingness to meet and confer. We do not believe you have evidenced any good faith willingness to meet and confer as Mr. Bowe made clear in our meet and confer in early January and as is evidenced by the fact you have not produced or offered to produce a single piece of paper in this case. Simply saying you are willing to get on a call to tell us you will not produce any documents is not in our view a good faith meet and confer.
That said, if you are now prepared to meet and confer in good faith beginning this week and in earnest, we will consider your request for a March 8 hearing date and we will be available to begin this process any day you choose.
Please let us know so we can plan accordingly.
Thank you,

John


**brownrudnick**

**John G. Doyle**
Associate

Brown Rudnick LLP
601 Thirteenth Street NW
Washington, D.C. 20005

T: +1 202.536.1706
M: +1 717.226.0329
jdoyle@brownrudnick.com
www.brownrudnick.com

---

**From:** McMenamin, Ryan <RMcMenamin@maglaw.com>
**Sent:** Tuesday, February 7, 2023 11:12 PM

**To:** Doyle, John G. <JDoyle@brownrudnick.com>; Bowe, Michael J <MBowe@brownrudnick.com>; 'tabaksblat@brownrudnick.com' <tabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Dunn, Joshua P. <JDunn@brownrudnick.com>
**Cc:** Sack, Jonathan S. <JSack@maglaw.com>; David W. Wiechert (dwiechert@aol.com) <dwiechert@aol.com>; King, Karen <kking@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>
**Subject:** Plaintiff's Motion to Compel Defendant David Tassillo's Responses to Plaintiff's Discovery Requests

**CAUTION: External E-mail. Use caution accessing links or attachments.**

Counsel:

Enclosed is David Tassillo's portion of the Rule 37-1 joint stipulation regarding Plaintiff's motion to compel production, along with the Declaration of Jonathan S. Sack and referenced exhibits (A-T). We have highlighted in yellow certain portions of Plaintiff's part of the stipulation that reference Mr. Tassillo's interrogatory responses that were filed under seal. Please be sure that this information is filed under seal, and that the information is redacted in what is filed in the public docket.

We also have enclosed as exhibits to the Sack declaration two documents previously filed under seal. Those two exhibits, Exhibit M (MindGeek Entities Responses to First Set of Interrogatories), and Exhibit N (David Tassillo's Responses to First Set of Interrogatories) should also be filed under seal in your submission.

Finally, we join in the request to move the hearing date to March 8.

Regards,

Ryan McMenamin


**Ryan McMenamin** | Associate
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, New York 10017
Office: 212-880-9537
Cell: 908-230-6200
rmcmenamin@maglaw.com
www.maglaw.com

## Morvillo Abramowitz
## Grand Iason & Anello PC

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone