Name and address:

Dan Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleitus, et al<br><br>v.                           Plaintiff(s)<br><br>MindGeek S.A.R.L., et al<br><br>Defendant(s). | CASE NUMBER<br><br>21-cv-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Little, Devon A                                                                of  Walden Macht & Haran LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                            250 Vesey Street, 27th Floor
(212) 335-2030            (212) 335-2040                                               New York, NY 10281
*Telephone Number*         *Fax Number*
dlittle@wmhlaw.com
*E-Mail Address*                                                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Bernd Bergmair

*Name(s) of Party(ies) Represented*         ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Dan Marmalefsky                                                                of  Morrison & Foerster LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                             707 Wilshire Boulevard
95477            (213) 892-5200            (213) 892-5454                              Los Angeles, CA 90017-3543
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
DMarmalefsky@mofo.com
*E-Mail Address*                                                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____ February ___, 2023 _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*            Page 1 of 1