Name and address:

Dan Marmalefsky
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Serena Fleitus, et al

v.

MindGeek S.A.R.L., et al

Plaintiff(s)

Defendant(s).

CASE NUMBER

21-cv-04920-CJC-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Meehan, James

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 335-2384   (212) 335-2040

*Telephone Number*   *Fax Number*

jmeehan@wmhlaw.com

*E-Mail Address*

of

Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bernd Bergmair

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Dan Marmalefsky

*Designee's Name (Last Name, First Name & Middle Initial)*

95477   (213) 892-5200   (213) 892-5454

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

DMarmalefsky@mofo.com

*E-Mail Address*

of

Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____ February __, 2023 _____

_____
**U.S. District Judge/U.S. Magistrate Judge**