UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L; MG FREESITES,LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>　　　　Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY MATTER**<br><br>**[Discovery document: referred to Magistrate Judge Autumn Spaeth]**<br><br>**AMENDED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO COMPEL MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PROUDCTION AND INTERROGATORIES** |

The Application for Leave to File Under Seal Portions of Plaintiff's motion to Compel Responses to First Sets of Requests for Production and Interrogatories (Dkt. No. 262) is hereby GRANTED in part and DENIED in Part. The Application is GRANTED as to Exhibits 7, 8, and 10 submitted as attachments to Plaintiff's Second Motion to Compel MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories. The Application is DENIED as to Exhibit 5. The Clerk will file under seal Exhibits 7, 8, and 10.

**IT IS SO ORDERED.**

Dated: __3/7/2023__

_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

[AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES