UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04920 CJC (ADSx)        Date: March 8, 2023

Title: *Serena Fleites, et al. v. MindGeek S.A.R.L., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|    Kristee Hopkins    |    CS 03/08/2023    |
|    Deputy Clerk    |    Court Recorder    |

Attorney(s) Present for Plaintiff(s):
David M. Stein
John Doyle
Lauren Tabaksblat

Attorney(s) Present for Defendant(s):
Kathleen N. Massey
Michelle H. Yeary
Dan E. Marmalefsky
Ronald G. White
David W. Wiechert
S. Jason Brown
Jonathan S. Sack
Kerime S. Akoglu
Peter A. Biagetti

**Proceedings:**   PLAINTIFF'S MOTIONS TO COMPEL [261], [264], [267], [274]

Case is called for hearing. Appearances entered. Argument by counsel.

The Court orders the parties to meet and confer as reflected on the record, and file joint supplemental briefing by March 24, 2023. Defendant Bernd Bergmair's supplemental brief is due by March 31, 2023.

|  |  2:40 |
|  | Initials of Preparer    kh |