UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

               Plaintiff,

    vs.

MINDGEEK S.A.R.L. a foreign entity; MG
FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM LTD,
a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation, 9219-1568 QUEBEC, INC., a
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; COREY URMAN, a
foreign individual; VISA INC., a Delaware
corporation; COLBECK CAPITAL DOES 1-
10; and BERGMAIR DOES 1-5,

               Defendants.

CASE NO.  2:21-cv-4920-CJC-ADS

**DISCOVERY MATTER**

**[Discovery Document:  Referred to
Magistrate Judge Autumn Spaeth]**

**AMENDED ORDER GRANTING
APPLICATION FOR LEAVE TO
FILE UNDER SEAL PORTIONS
OF PLAINTIFF'S MOTION TO
COMPEL COREY URMAN'S
RESPONSES TO PLAINTIFF'S
FIRST SETS OF REQUESTS FOR
PRODUCTION AND
INTERROGATORIES**

Dept.: 6B
Judge: Hon. Autumn D. Spaeth

Complaint Filed  June 17, 2021

1

1    The Application for Leave to File Under Seal Portions of Plaintiff's Motion to

2  Compel Responses to First Sets of Requests for Production and Interrogatories (Dkt.

3  268) is hereby GRANTED.  The following material shall be filed under seal:

| DOCUMENT | MATERIAL TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Dkt. No. 267  Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | 4:1-4; 7:1-3; 43:1-4, 8-9, 14-25; 44:1-13; 45:5-8; 68:27-69:6. | Specifically Appearing Defendant Corey Urman |
| **Dkt. No. 268-3 Exhibit 4 to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |
| **Dkt. No. 268-4 Exhibit 7 to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |
| **Dkt. No. 268-5 Exhibit 8 to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |

AMENDED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO COMPEL COREY URMAN'S RESPONSES TO
PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES

| DOCUMENT | MATERIAL TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Dkt. No. 268-6 Exhibit P to Plaintiff's Notice of Motion and Motion to Compel Defendant Corey Urman's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specifically Appearing Defendant Corey Urman |

**IT IS SO ORDERED.**

Dated:    3/8/2023                              /s/ Autumn D. Spaeth
                                               HON. AUTUMN D. SPAETH
                                               UNITED STATES MAGISTRATE JUDGE

3

AMENDED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF'S MOTION TO COMPEL COREY URMAN'S RESPONSES TO
PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES