# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>　　　　　Defendants. | CASE NO.  2:21-cv-4920-CJC-ADS<br><br>**DISCOVERY MATTER**<br><br>**[Discovery Document:  Referred to Magistrate Judge Autumn Spaeth]**<br><br>**AMENDED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PORTIONS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DAVID TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**<br><br>Dept.: 6B<br>Judge: Hon. Autumn D. Spaeth<br><br>Complaint Filed  June 17, 2021 |

1

AMENDED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PORTIONS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES

The Application for Leave to File Under Seal Portions of Plaintiff's Motion to Compel Responses to First Sets of Requests for Production and Interrogatories (Dkt. 270) is hereby GRANTED. The following material shall be filed under seal:

| DOCUMENT(S) | MATERIAL TO BE SEALED | DESIGNATING PARTY |
|---|---|---|
| **Dkt. No. 270**, Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories | 3:28; <br> 4:1-2; <br> 37:6-7; 25-28 <br> 38:1-4; <br> 40:14-24; <br> 41:13-16; 19-20. <br> 47: 14-15; 17; 20-21 <br> 48: 12-14 | Specially Appearing Defendant David Tassillo |
| **Dkt. No. 271-3**, Exhibit 4 to Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories | Whole Document | Specially Appearing Defendant David Tassillo |

| | | |
|---|---|---|
| **Dkt. No. 271-4, Exhibit M to Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specially Appearing Defendant David Tassillo |
| **Dkt. No. 271-5 Exhibit N to Plaintiff's Notice of Motion and Motion to Compel Defendant David Tassillo's Responses to Plaintiff's First Sets of Requests for Production and Interrogatories** | Whole Document | Specially Appearing Defendant David Tassillo |

**IT IS SO ORDERED.**

Dated: 3/8/2023              /s/ Autumn D. Spaeth
                             HON. AUTUMN D. SPAETH
                             UNITED STATES MAGISTRATE JUDGE

3

AMENDED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PORTIONS OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES