N O T E :   C H A N G E S   M A D E   B Y   T H E   C O U R T

1  WIECHERT, MUNK & GOLDSTEIN, PC
   David W. Wiechert (SBN 94607)
2  4000 MacArthur Blvd. Suite 600 East Tower
   Newport Beach, CA 92660
3  Phone: (949) 361-2822
   Facsimile: (949) 361-5722
4  Email: dwiechert@aol.com

5
   COHEN & GRESSER LLP
6  Jason Brown (admitted *pro hac vice*)
   Nathaniel P. T. Read (admitted *pro hac vice*)
7  800 Third Avenue
   New York, New York 10022
8  Phone: (212) 957-7600
   Facsimile: (212) 957-4514
9  Email: jbrown@cohengresser.com
   Email: nread@cohengresser.com
10 Email: cbridge@cohengresser.com

11 *Attorneys for Defendant*
12 *Feras Antoon*

13              **UNITED STATES DISTRICT COURT**

14          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15 SERENA FLEITES,                          Case No. 21-cv-04920-CJC-ADS

16              Plaintiff,                    **DISCOVERY MATTER**

17       v.                                   **[Discovery Document: Referred to
                                              Magistrate Judge Autumn D.
18 MINDGEEK S.A.R.L., a foreign entity;      Spaeth]**
   MG FREESITES, LTD., a foreign entity;
19 MINDGEEK USA INCORPORATED, a             **AMENDED ORDER GRANTING
   Delaware corporation; MG PREMIUM         APPLICATION FOR LEAVE TO
20 LTD, a foreign entity; MG GLOBAL         FILE UNDER SEAL PORTIONS
   ENTERTAINMENT INC., a Delaware           OF PLAINTIFF'S MOTION TO
21 corporation, 9219-1568 Quebec, Inc.      COMPEL DEFENDANT FERAS
   (d/b/a MindGeek), a foreign entity;      ANTOON'S RESPONSES TO
22 BERND BERGMAIR, a foreign                PLAINTIFF'S FIRST REQUEST
   individual; FERAS ANTOON, a foreign      FOR PRODUCTION OF
23 individual; DAVID TASSILLO, a foreign    DOCUMENTS AND
   individual; COREY URMAN, a foreign       INTERROGATORIES
24 individual; VISA INC., a Delaware
   corporation; COLBECK CAPITAL            **Dept: 6B**
25 DOES 1-5; and BERGMAIR DOES 1-5,         **Magistrate Judge: Hon. Autumn D.
                                            Spaeth**
26              Defendants.

27

28
   _____
              **AMENDED ORDER GRANTING APPLICATION FOR LEAVE
       TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S
          MOTION TO COMPEL DEFENDANT FERAS ANTOON'S
                        RESPONSES**

Plaintiff's Application for Leave to File Under Seal Portions of Plaintiff's Motion to Compel Defendant Feras Antoon's Responses to Plaintiff's First Request for Production of Documents and Interrogatories is hereby GRANTED. The following material shall be filed under seal:

| **DOCUMENT** | **MATERIAL TO BE SEALED** | **DESIGNATING PARTY** |
|---|---|---|
| ECF No. 275-2 (the unredacted Motion) | 3:27 – 4:4<br>46:24 – 46:26<br>47:16 – 48:7<br>49:1 – 49:23<br>50:9 – 50:24 | Defendant Feras Antoon |
| ECF No. 275-3 (Exhibit 4 to the Declaration of John G. Doyle in Support of Plaintiff's Motion to Compel Defendant Feras Antoon's Responses to Plaintiff's First Request for Production of Documents and Interrogatories) | Whole Document | Defendant Feras Antoon |
| ECF No. 275-4 (Exhibit P to the Declaration of Jason Brown in Support of Defendant Feras Antoon's Opposition to Plaintiff's Motion to Compel) | Whole Document | Defendant Feras Antoon |

**IT IS SO ORDERED.**

Dated:   3/8/2023                        _____/s/ Autumn D, Spaeth_____
                                         HON. AUTUMN D. SPAETH
                                         UNITED STATES MAGISTRATE JUDGE