BENBROOK LAW GROUP, PC
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
steve@benbrooklawgroup.com

INTERNATIONAL CENTER FOR LAW & ECONOMICS
GEOFFREY A. MANNE
KRISTIAN STOUT
BEN SPERRY
1104 NW 15th Avenue, Suite 300
Portland, OR  97209
gmanne@laweconcenter.org
kstout@laweconcenter.org
bsperry@laweconcenter.org

Attorneys for
International Center for Law & Economics

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; RK HOLDINGS USA INC.; MG GLOBAL ENTERTAINMENT INC.; TRAFFICJUNKY INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-10; BERGMAIR DOES 1-10,<br><br>　　　　　Defendants. | Case No.:  2:21-CV-04920-CJC-ADS<br><br>**NOTICE OF WITHDRAWAL AND CHANGE OF HANDLING ATTORNEY FOR INTERNATIONAL CENTER FOR LAW & ECONOMICS** |

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Bradley A. Benbrook hereby withdraws as an attorney of record for International Center for Law & Economics ("ICLE").

Stephen M. Duvernay of Benbrook Law Group, PC remains counsel of record for ICLE in this case. All further materials in this case should be directed as follows:

> BENBROOK LAW GROUP, PC
> STEPHEN M. DUVERNAY (SBN 250957)
> 701 University Avenue, Suite 106
> Sacramento, CA 95825
> Telephone: (916) 447-4900
> Facsimile: (916) 447-4904
> steve@benbrooklawgroup.com

Dated: March 13, 2023						BENBROOK LAW GROUP, PC


							By /s Stephen M. Duvernay
							STEPHEN M. DUVERNAY
							Attorneys for
							International Center for Law &
							Economics