1
2
3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

4

SERENA FLEITES,

CASE NO.  2:21-CV-04920-CJC-ADS

5

                    Plaintiff,

6

              v.

7
8
9
10
11
12
13
14

MINDGEEK S.A.R.L.; MG
FREESITES, LTD; MINDGEEK USA
INCORPORATED; MG PREMIUM
LTD.; MG GLOBAL
ENTERTAINMENT INC.; 9219-1568
QUEBEC, INC.; BERND BERGMAIR;
FERAS ANTOON; DAVID
TASSILLO; COREY URMAN; VISA
INC.; COLBECK CAPITAL DOES 1-
5; BERGMAIR DOES 1-5

                    Defendants.

**DISCOVERY DOCUMENT:
REFERRED TO MAGISTRATE
JUDGE AUTUMN D. SPAETH**

**JOINT MOTION TO EXTEND
BRIEFING DEADLINE**

Jurisdictional Discovery Cutoff:
May 1, 2023

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT MOTION TO EXTEND BRIEFING DEADLINE**

## **JOINT MOTION**

**WHEREAS**, the Parties have a number of outstanding discovery issues;

**WHEREAS**, on March 8, 2023, this Court directed the Parties to confer further and to submit supplemental briefs by March 24, 2023 for all defendants, except defendant Bergmair, for whom the deadline is March 31, 2023;

**WHEREAS**, on March 24, 2023, the Court granted the Parties' request to extend the March 24, 2023 deadline to March 27, 2023 to allow for further conferring;

**WHEREAS**, the Parties have been engaged in extensive meet and confer efforts to minimize the number of discovery disputes that may require Court intervention, and these efforts have been productive;

**WHEREAS**, the Parties believe they can narrow the issues even further with a few more days to confer;

**WHEREAS**, the Parties would not make this request if they did not believe it would be fruitful; and

**WHEREAS**, the Parties do not intend to seek further extensions related to this filing.

**NOW THEREFORE**, for good cause, the Parties respectfully request that the Court extend the deadline for supplemental briefing for all parties to Friday, March 31, 2023.

Dated: March 27, 2023

Respectfully submitted,

By: */s/ David M. Stein*
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800

1

1                          Fax: (212) 209-4801

2

3                          David M. Stein (#198256)
dstein@brownrudnick.com

4                          2211 Michelson Drive, 7th Floor
Irvine, California  92612

5                          Phone:  949.752.7100

6                          Fax:     949.252.1514

7                          Attorneys for Plaintiffs

8

9  Dated: March 27, 2023              ___/s/___ _Kathleen N. Massey_

10                          KATHLEEN N. MASSEY
(*admitted pro hac vice*)

11                          kathleen.massey@dechert.com

12                          DECHERT LLP
Three Bryant Park

13                          1095 Avenue of the Americas

14                          New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

15                          *Attorneys for MindGeek Entity Defendants*

16

17  Dated: March 27, 2023              MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

18                          BY:__/s/ Adam B. Korn__

19                          Adam B. Korn (SBN 331133)
abkorn@mintz.com

20                          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

21                          2049 Century Park East, Suite 300
Los Angeles, CA 90067

22                          Telephone:  (310) 586-3200

23                          Peter A. Chavkin (*Pro Hac Vice*)
pachavkin@mintz.com

24                          Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com

25                          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

26                          919 Third Avenue, 39th Floor
New York, NY 10022

27                          Telephone:  (212) 935-3000

28                          Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com

2

1                      MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

2                      One Financial Center
Boston, MA 02111

3                      Telephone: (617) 542-6000

4                      Attorneys for Specially-Appearing
Defendant,

5                      COREY URMAN

6  Dated: March 27, 2023          **COHEN & GRESSER LLP**

7

8                      By: */s/ Nathaniel P. T. Read*

9                      JASON BROWN (*pro hac vice*)

10                    jbrown@cohengresser.com
Nathaniel P. T. Read (*pro hac vice*)

11                    nread@cohengresser.com
800 Third Avenue

12                    New York, NY 10022

13                    Phone: (212) 957-7609

14                    WIECHERT, MUNK & GOLDSTEIN,
PC

15                    David W. Wiechert (SBN 94607)

16                    4000 MacArthur Blvd. Suite 600
East Tower

17                    Newport Beach, CA 92660 Phone:
(949) 361-2822

18                    Facsimile: (949) 361-5722
Email: dwiechert@aol.com

19

20                    Attorneys for Defendant Feras Antoon

21

22  Dated: March 27, 2023          MORVILLO ABRAMOWITZ GRAND

23

24                    By: */s/ Jonathan S. Sack*

25                    JONATHAN S. SACK
(admitted *pro hac vice*)

26                    jsack@maglaw.com

27                    Morvillo Abramowitz Grand
565 Fifth Avenue

28                    New York, NY  10017
Tel: (212) 880-9410

**JOINT MOTION TO EXTEND BRIEFING DEADLINE**

1

2  Attorneys for Specially Appearing
   Defendant David Tassillo
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION TO EXTEND BRIEFING DEADLINE**

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: March 27, 2023                        Respectfully submitted,

By: _/s/ David M. Stein_
David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:  949.752.7100
Fax:     949.252.1514

CASE NO. 21-CV-04920-CJC-ADS

**JOINT MOTION TO EXTEND BRIEFING DEADLINE**