UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINE** |

　　This Court, having considered the Parties' joint motion and submissions in connection with their request to extend the deadline by which the Parties must submit their supplemental discovery briefs as ordered by this Court on March 8, 2023, and for good cause appearing, hereby rules as follows:

　　**IT IS ORDERED** that the extension request is **GRANTED**. The Parties will submit their supplemental briefs on or before March 31, 2023.

**IT IS SO ORDERED**.

Dated: __March 27, 2023__

　　　　　　　　　　　　　　　　　　　　__/s/ Autumn D. Spaeth__
　　　　　　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge