1  Michael J. Bowe
   (admitted *pro hac vice*)
2  mbowe@brownrudnick.com
   Lauren Tabaksblat
3  (admitted *pro hac vice*)
   ltabaksblat@brownrudnick.com
4  **BROWN RUDNICK LLP**
   7 Times Square
5  New York, NY 10036
   Telephone:   (212) 209-4800
6  Facsimile:    (212) 209-4801

7  Attorneys for Plaintiff

   Adam B. Korn (SBN 331133)
   abkorn@mintz.com
   MINTZ LEVIN COHN FERRIS
   GLOVSKY AND POPEO, P.C.
   2049 Century Park East, Suite 300
   Los Angeles, CA 90067
   Telephone:  (310) 586-3200

   Peter A. Chavkin (*Pro Hac Vice*)
   pachavkin@mintz.com
   Kerime S. Akoglu (*Pro Hac Vice*)
   ksakoglu@mintz.com
   MINTZ LEVIN COHN FERRIS
   GLOVSKY AND POPEO, P.C.
   919 Third Avenue, 39th Floor
   New York, NY 10022
   Telephone:  (212) 935-3000

   Peter A. Biagetti (*Pro Hac Vice*)
   pabiagetti@mintz.com
   MINTZ LEVIN COHN FERRIS
   GLOVSKY AND POPEO, P.C.
   One Financial Center
   Boston, MA 02111
   Telephone: (617) 542-6000

   Attorneys for Specially-Appearing
   Defendant,
   COREY URMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**JOINT STATUS REPORT – MOTION TO COMPEL DEFENDANT COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION AND INTERROGATORIES**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT – MOTION TO COMPEL DEFENDANT COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION AND INTERROGATORIES**

Pursuant to the Court's March 8, 2023 and March 27, 2023 orders (Dkts. 304, 317), plaintiff and defendant Corey Urman (collectively, the "Parties") met and conferred regarding Plaintiff's motion to compel defendant Urman's responses to Plaintiff's discovery requests. (Dkt. 267) The Parties were able to resolve the discovery issues set forth in Plaintiff's motion to compel. Based upon defendants' representations and agreements to search for and produce additional discovery, the parties have resolved their disputes and do not require further judicial intervention at this time.

Accordingly, the Parties respectfully request to withdraw Plaintiffs' Motion To Compel Defendant Corey Urman's Responses To Plaintiff's Discovery Requests, Dkt No. 267.

Dated: March 31, 2023               Respectfully Submitted

**BROWN RUDNICK LLP**

By: /s/ Michael J. Bowe
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone: 949.752.7100
Fax: 949.252.1514

Attorneys for Plaintiffs

Dated: March 31, 2023

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

BY: */s/ Kerime S. Akoglu*
Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200

Peter A. Chavkin (*Pro Hac Vice*)
pachavkin@mintz.com
Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue, 39th Floor
New York, NY 10022
Telephone: (212) 935-3000

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

Attorneys for Specially-Appearing Defendant,
COREY URMAN