DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

RONALD G. WHITE (admitted *pro hac vice*)
RWhite@wmhlaw.com
Walden Macht & Haran LLP
250 Vesey Street
New York, NY 10281
Telephone: 212-335-2387
Facsimile: 212-335-2040

Attorneys for Defendant
BERND BERGMAIR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>    vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-10; and BERGMAIR DOES 1-5,<br><br>        Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**Discovery Matter Referred to Magistrate Judge Autumn Spaeth**<br><br>**DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT'S BERND BERGMAIR'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**<br><br>Date:<br>Time:<br>Dept.: 6B<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

1

DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

I, Ronald G. White, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner with the law firm Walden Macht & Haran LLP. I have been granted permission by this court to appear *pro hac vice* as counsel for Defendant Bernd Bergmair in the above-captioned case. I am over the age of 18. I make this declaration in support of Defendant Bernd Bergmair's Supplemental Opposition to Plaintiff's Motion to Compel Responses to Discovery Requests. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit U** is a true and correct excerpted copy of the transcript of the March 8, 2023 Hearing.

3. Attached hereto as **Exhibit V** is a true and correct copy of the March 13, 2023 letter Plaintiff provided to Mr. Bergmair.

4. Attached hereto as **Exhibit W** is a redacted copy of Schedule 1 and Schedule 2 to the October 18, 2013 MindGeek Shareholders' Agreement.

5. On March 16, 2023, the parties conducted a meet and confer by telephone to discuss the requests made in the March 13 Letter. The parties subsequently met and conferred by telephone on March 28, 29, 30 and 31, 2023.

6. The Court ordered the parties at the March 8 hearing to submit a "joint stipulation" by March 31 and noted that "I will leave it to you guys to determine timeframe and how much time you give each other." *See* Ex. V (March 8 Hearing Tr.) at 105. Based on the Court's order, Mr. Bergmair's counsel understood that the procedure outlined in Local Rule 37-2.2 was to be followed, namely that Plaintiff, as the movant, would prepare her portion of the joint stipulation and provide it to Mr. Bergmair with the parties to agree, in the Court's words, on "how much time you give each other." In our March 28 meet and confer, defense counsel asked when Plaintiff would provide her portion of the joint submission. Plaintiff's counsel refused to

provide it in advance and indicated that doing so was not to Plaintiff's advantage. On the call, Mr. Bergmair's counsel read aloud to Plaintiff's counsel the above-quoted direction from the Court from the March 8 hearing transcript but Plaintiff refused to modify her position. Despite requests from Mr. Bergmair's counsel, Plaintiff did not even inform him of the specific document requests she intended to move on until 10:48 p.m. EDT on the date this submission was due.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March, 2023, at New York, New York.

/s/Ronald G. White
Ronald G. White

DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS