# EXHIBIT W

# SCHEDULE 1

## INITIAL SHAREHOLDINGS

Parent Shareholdings

| Shareholder | Number and Class of Parent Shares |
|---|---|
| ▮▮▮▮▮ | ▮▮▮ Parent Class X Shares |
| ▮▮▮ | ▮▮ Parent Class X Shares |
| ▮ | ▮ Parent Class Y Share |
| ▮ | ▮ Parent Class X Shares |

▮▮▮▮ Shareholdings

| Shareholder | Number and Class of ▮▮▮ Shares |
|---|---|
| ▮ | ▮▮ Class A Shares |
| ▮▮▮▮ | ▮ Class B Shares |

RT Holding Shareholdings

| Shareholder | Number and Class of RT Shares |
|---|---|
| ▮▮▮▮ | ▮ RT Class A Shares |
| ▮ | ▮ RT Class B Shares |
| ▮▮▮▮ | ▮ RT Class C Shares |
| ▮▮ | ▮ RT Class B Shares |
| ▮ | ▮ RT Class B Share |

## SCHEDULE 2

## INITIAL ECONOMIC INTEREST

| Shareholder | Economic Interest |
|---|---|
| ███████ | ████% |
| ███ | █% |
| █████ | █% |
| ███ | █% |
| ████████ | ████% |