Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:           949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS
**DECLARATION OF JOHN G. DOYLE IN FURTHER SUPPORT OF PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the lawfirm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I have been admitted *pro hac vice* in this case. I submit this declaration in further support of Plaintiff's Second Motion to Compel the MindGeek Entity Defendants' Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Plaintiff's Motion to Compel"). I have personal knowledge of the matters in this declaration.

2. On February 8, 2023, Plaintiff filed her second Motion to Compel the MindGeek Entity Defendants' discovery responses. At the conclusion of the hearing held on March 8, 2023 concerning Plaintiff's Motion, the Court directed the Parties to further meet and confer and to file a supplemental brief concerning any outstanding discovery issues that may remain.

3. Between March 8, 2023 and March 31, 2023, the Parties engaged in extensive meet and confer efforts. As part of those efforts Plaintiff exchanged with defense counsel iterative memoranda which captured the Parties evolving representations and disclosures. A true and correct copy of the final version of the memorandum sent to Defendants on March 31, 2023, is attached as **Exhibit 15**.

4. On March 16, 2023, the Parties met and conferred and had the meeting transcribed to permit the parties to fully consider and understand each other's positions for subsequent discussions. A true and correct copy of the transcript of this meet and confer is attached as **Exhibit 16.**

5. A true and correct copy of excerpts from the 2017 consolidated audited financial statements for MindGeek S.a.r.l. and the 2017 audited financial statement for MG Freesites Ltd is attached as **Exhibit 17.** These excerpts are taken from documents which were produced by the MindGeek Entity Defendants in this action.

1. Exhibits 15, 16, and 17 are filed under seal. A motion to file these exhibits under seal is being filed contemporaneously in accorddance with Local Rule 79-5.2.2.

2. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of March 2023 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle