# Exhibit 16

FILED UNDER SEAL