# Exhibit 17

FILED UNDER SEAL