Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone: 949.752.7100
Fax: 949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTIONS TO COMPEL DEFENDANTS ANTOON'S AND TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTIONS TO COMPEL DEFENDANTS ANTOON'S AND TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the lawfirm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I have been admitted *pro hac vice* in this case. I submit this declaration in further support of Plaintiff's Motions to Compel Defendants Antoon's and Tassillo's Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Plaintiff's Motions to Compel"). I have personal knowledge of the matters in this declaration.

2. On February 8, 2023, Plaintiff filed her Motions to Compel the Defendants' discovery responses. At the conclusion of the hearing held on March 8, 2023 concerning Plaintiff's Motions, the Court directed the Parties to further meet and confer and to file a supplemental brief concerning any outstanding discovery issues that may remain.

3. Between March 8, 2023 and March 31, 2023, the Parties engaged in extensive meet and confer efforts.

4. A true and correct copy of Plaintiff's March 13, 2023 discovery letter to Defendants is attached as **Exhibit 19**.

5. A true and correct copy of Defendants' March 21, 2023 response letter is attached as **Exhibit 20**.

6. The Parties continued their meet and confer efforts through a combination of telephonic and email exchanges. True and correct copies of the Parties' email exchanges between March 21 and March 29, 2023, concerning their discovery discussions are attached as **Exhibits 21 and 22**.

7. A true and correct copy of excerpts from the March 8, 2023 Hearing Transcript is attached as **Exhibit 23**.

Exhibits 20, 21, and 22 are filed under seal. A motion to file these exhibits under seal is being filed contemporaneously in accordance with Local Rule 79-5.2.2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of March 2023 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle