# Exhibit 19

**brown**rudnick

MICHAEL J. BOWE
direct dial: 212.209.4905
fax: 212.938.2902
MBowe@brownrudnick.com

March 13, 2023

**BY E-MAIL**

Jason Brown
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
jbrown@cohengresser.com

RE: **Plaintiff's Discovery Requests Submitted Pursuant to the Court's March 8, 2023 Order**

Dear Jason,

    We are following up on the Court's March 8, 2023 Order directing the parties to meet and confer concerning outstanding discovery. As an initial matter, we ask that you remove the June 30, 2020 cut-off date for searching for responsive information. As we discussed during the hearing, we believe the searches should be run at least through June 2021.

    Plaintiff also asks you to provide the following discovery:

1. Documents identifying Mr. Antoon's ownership and economic interests in any MindGeek related entity or business (RFP 7).

2. Documents reflecting all monies invested in, or received from, any MindGeek related entity and the related contract or agreement under which those payments and distributions were made (RFP 3, 7).

3. Documents identifying any entity not consolidated on MindGeek-produced financial statements in which Mr. Antoon holds an interest that does business with any MindGeek entity or business (RFP 7).

4. All non-privileged documents and communications concerning Serena Fleites, including any communications concerning her or her claims, made to, from, or among Mr. Antoon and any of the Individual Defendants or any MindGeek representatives, executives, or employees (RFP 1, 4, 5).

5. All documents and communications concerning Mr. Antoon's MindGeek-related trips to California and the United States, including documents sufficient to identify the dates,



Jason Brown
March 13, 2023
Page 2

locations, purposes, and substance of those trips where any MindGeek business was conducted or discussed. (RFP 11, ROG 4).

6. All documents and communications concerning Mr. Bergmair's travel for MindGeek-related business, including all documents and communications concerning his trips to 9219-1568 Quebec, Inc. (RFP 6, 14).

7. Documents and communications concerning the resignations of Mr. Antoon and Individual Defendant David Tassillo (RFP 30).

8. All documents and communications made to or from Mr. Antoon concerning any MindGeek Entity's policies, practices, and/or procedures for CSAM and non-consensual content, (RFP 1, 4, 5, 38-41), including:

    a. Documents and communications pertaining to the implementation and training of any screening, CSAM, and non-consensual content policies;

    b. Training and instruction concerning the use of the Content Management System during the review and screening of uploaded content;

    c. Documents and Communications sent to managers and team leads concerning the applicability of policies, practices, and procedures to potential CSAM and non-consensual content;

    d. Work schedules and rotation calendars of the screeners and moderators in Cyprus and Montreal; and

    e. Policies and directives concerning tagging, descriptions, formatting, optimizing, categorization, reuploading, and optimization of user generated content and uploaded material.

    f. During the hearing, you committed to running searches using the terms we provided to you. We therefore ask you to search all possible sources, electronic or paper, including text and other electronic messages, for the following additional search terms:

        i. "CP"
        ii. "child sex"
        iii. "under age*", "under-age*"
        iv. "young teen"
        v. "twink"
        vi. "too young"
        vii. "not 18"
        viii. "bullpen", "bull pen", "bull-pen"
        ix. "National Center for Missing and Exploited Children", "NCMEC"



Jason Brown
March 13, 2023
Page 3

     x. "banned"
    xi. "red word*"
   xii. "new rules"
  xiii. "juvenile"
  xiv. "re-upload*"
   xv. "repost*"
  xvi. "fingerprint"
 xvii. "compliance", "compliance rules", "compliance rule book"
xviii. "search engine optimization", "SEO"
  xix. "training", "compliance training", "CMS training"
   xx. "content management system training"
  xxi. "user verification", "amateur user verification"
 xxii. "content rule*"
xxiii. "Corey Price"

Please let us know what time you can confer about this on or before Thursday. We hope we can reach agreement on these issues so there is no need for a supplemental brief. Thank you for your anticipated cooperation.

Sincerely,

**Brown Rudnick LLP**

Michael J. Bowe