# Exhibit 23

```
 1                UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 3
 4  SERENA FLEITES, et al.,    ) Case No. LA CV 21-04920-CJC-
                               )                       (ADSx)
 5          Plaintiffs,        )
                               ) Los Angeles, California
 6  vs.                        )
                               ) Wednesday, March 8, 2023
 7  MINDGEEK S.A.R.L. et al.,  )
                               ) (10:11 a.m. to 1:26 p.m.)
 8          Defendants.        )
   _____)
 9
10
        TRANSCRIPT OF PLAINTIFF'S MOTIONS TO COMPEL
11              [261], [264], [267], [274]
                  SCHEDULING CONFERENCE
12        BEFORE THE HONORABLE AUTUMN D. SPAETH
              UNITED STATES MAGISTRATE JUDGE
13
14
   Appearances:              See next page.
15
   Court Reporter:           Recorded; CourtSmart
16
   Courtroom Deputy:         Kristee Hopkins
17
   Transcribed by:           Jordan Keilty
18                           Echo Reporting, Inc.
                             9711 Cactus Street, Suite B
19                           Lakeside, California 92040
                             (858) 453-7590
20
21
22
23
24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.
```

```
                                                                    2
 1  APPEARANCES:

 2  For the Plaintiffs:         DAVID M. STEIN, ESQ.
                                Brown, Rudnick, LLP
 3                              2211 Michelson Drive
                                7th Floor
 4                              Irvine, California 92612
                                (949) 440-0231
 5
                                JOHN G. DOYLE, ESQ.
 6                              Brown Rudnick, LLP
                                601 Thirteenth Street NW
 7                              Suite 600
                                Washington, D.C. 20005
 8                              (202) 536-1706

 9                              LAUREN TABAKSBLAT, ESQ.
                                Brown Rudnick, LLP
10                              Seven Times Square
                                New York, New York 10036
11                              (212) 209-4904

12  For MindGeek S.A.R.L.:      KATHLEEN N. MASSEY, ESQ.
                                Dechert, LLP
13                              Three Bryant Park
                                1095 Avenue of the Americas
14                              New York, New York 10036
                                (212) 698-3686
15
                                MICHELLE H. YEARY, ESQ.
16                              Dechert, LLP
                                Cira Centre
17                              2929 Arch Street
                                Philadelphia, Pennsylvania
18                                19104
                                (609) 955-3277
19
    Bernd Bergmair:             DAN E. MARMALEFSKY, ESQ.
20                              Morrison & Foerster, LLP
                                707 Wilshire Boulevard
21                              Suite 6000
                                Los Angeles, California 90017
22                              (213) 892-5200

23

24

25
```

```
                                                                    3
 1  APPEARANCES:  (Cont'd.)

 2  For Bernd Bergmair:        RONALD G. WHITE, ESQ.
                               Walden Macht & Haran, LLP
 3                             250 Vesey Street
                               Suite 27th Floor
 4                             New York, New York 10281
                               (212) 335-2387
 5
    For Feras Antoon:          DAVID W. WIECHERT, ESQ.
 6                             Wiechert, Munk & Goldstein, PC
                               East Tower
 7                             4000 MacArthur Boulevard
                               Suite 600
 8                             Newport Beach, California
                                 92660
 9                             (949) 361-2822

10                             S. JASON BROWN, ESQ.
                               Cohen & Gresser, LLP
11                             800 Third Avenue
                               New York, New York 10022
12                             (212) 957-7609

13  For David Tassillo:        JONATHAN S. SACK, ESQ.
                               Morvillo Abramowitz Grand
14                               Lason & Anello, PC
                               565 Fifth Avenue
15                             New York, New York 10017
                               (212) 880-9410
16
    For Corey Urman:           KERIME S. AKOGLU, ESQ.
17                             Mintz Levin Cohn Ferris
                                 Glovsky & Popeo, P.C.
18                             919 Third Avenue, 39th Floor
                               New York, New York 10022
19                             (212) 983-3115

20                             PETER A. BIAGETTI, ESQ.
                               Mintz Levin Cohn Ferris
21                               Glovsky & Popeo, PC
                               One Financial Center
22                             Boston, Massachusetts 02111
                               (617) 542-6000
23

24

25
```

103

1 Try to respond clearly about what you can and will be
2 producing.  I will leave it up to you to determine time
3 frame for production.  I just want to know if there remain
4 any requests for production or categories of documents that
5 you are not able to agree to I'm going to request a
6 supplemental briefing explaining if anything remains at
7 issue, what that is, and what is still being sought.  And I
8 hope that by the time that happens, we will truly be at the
9 point where everybody understands what's being asked for and
10 there is just truly a disagreement about whether or not it
11 should be produced.  Okay.
12          I'm going to order that that supplemental brief be
13 filed on March 24th.  That gives you about two weeks to deal
14 with this.  Based on your current discovery cutoff, I think
15 that that makes sense.
16          Now, if some -- if the people who are responsible
17 tell me that you're having a baby or you're going on a
18 vacation and this is not possible, I will revisit that date.
19 Okay.
20          Any questions with regard to the motion to compel
21 the entity Defendant regarding the eight buckets?
22          MS. TABAKSBLAT:  No, your Honor.
23          MS. YEARY:  No, your Honor.
24          THE COURT:  Okay.  Now, with regard to the four
25 motions to compel to the individual Defendants, I'm also

*Echo Reporting, Inc.*

104

1 ordering you guys to meet and confer because what I heard
2 here was that it was the first time that the Defendants have
3 heard the limitations that -- or reasonable limitations that
4 I believe that Mr. Stein stated.  Big picture, I believe
5 that these discovery requests are very overbroad.  I heard
6 the Defendants say that their clients aren't likely to
7 actually have much of the information.  So, the burden
8 objections are not persuasive because if you don't have
9 much, it's not much of a burden to look at, and it's not
10 much of a burden to produce.  And, again, there was no
11 evidence actually supporting the burden objections.
12 Traditionally, I get declarations that say it would take me
13 24 hours to go through the 3,550 documents, and I don't have
14 anything like that here.  All right.
15          But I believe that the Defendants have a right to
16 understand because I think the limitations that Mr. Stein
17 stated in this courtroom generally seemed very reasonable to
18 me.  I understand that this was the first time you heard
19 them.  And, so, you need to have an opportunity to consider
20 them.
21          Now, same thing, I'm going to order that the
22 parties meet and confer, that the Plaintiffs provide what
23 they're actually looking for in -- along the lines of the
24 limitations that Mr. Stein described.  I'm not saying that
25 you have to stick exactly to those, but to the extent that,