Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:              949.752.7100
Fax:    949.252.1514

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO JOINT SUPPLEMENT - MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO JOINT SUPPLEMENT – MOTION TO COMPEL DEFENDANT MINDGEEK ENTITIES' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the lawfirm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I have been admitted *pro hac vice* in this case. I submit this declaration in support of Plaintiff's Application for Leave to File Under Seal Defendants' Exhibits A-N and Plaintiff's Exhibits 15-17 to Joint Supplement - Motion to Compel Defendant MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Joint Supplement"). The MindGeek Entity Defendants have designated Exhibits A-N as "Confidential" pursuant to the stipulated protective order entered by this Court. Similarly, Plaintiff's Exhibits 15-17 contain either exhibits designated as "Confidential" pursuant to the stipulated protective order or excerpts and summaries of the protected information.

2. Plaintiff respectfully requests that Exhibits A-N and 15-17 to the Joint Supplement be sealed on the public docket until the Court determines whether the material at issue warrants sealing.

3. As relevant to this Application, on March 8, 2023, the Court held a hearing concerning Plaintiff's Second Motion to Compel the MindGeek Entity Defendants' Responses to Plaintiff's First Request for Production of Documents and Interrogatories. At the conclusion of the hearing the Court directed the Parties to further meet and confer and to then file a supplemental brief concerning any unresolved discovery requests. On March 31, 2023, the Parties filed their Joint Supplemental Brief. Dkt. 320. In support of their brief, Defendants attached as Exhibits A – N to the Declaration of Michelle Hart Yeary, exhibits which contain information marked "Confidential" or "Highly Confidential" pursuant to the

Stipulated Protective Order. Similarly, Plaintiff attached Exhibits 15 -17, which also contain information and documents designated by the Defendants as "Confidential."

4. On March 31, 2023, the Parties, in accordance with the Court's direction, conferred concerning the submission of the Joint Supplement and the subject exhibits and Defendants requested that the aforementioned exhibits and associated excerpts be filed under seal – necessitating the instant motion.

5. Because Defendants do not stipulate to the filing of the exhibits on the public docket, Plaintiff must submit this declaration in accordance with Local Rule 79-5.2.2.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April 2023 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle