Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:         949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**

Pursuant to Local Rules 79-5.2.2 and the Stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187), Plaintiff hereby submits this Application for Leave to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order. In support of this Application, Plaintiff states as follows:

1. Under the parties' Protective Order, a party may designate material that it produces as "Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement.

2. As relevant to this Application, on March 8, 2023, the Court held a hearing concerning Plaintiff's Motion to Compel Defendants Antoon's and Tassillo's Responses to Plaintiff's First Request for Production of Documents and Interrogatories. At the conclusion of the hearing the Court directed the Parties to further meet and confer and to then file a supplemental brief concerning any unresolved discovery requests.

3. On March 31, 2023, the Parties filed their Joint Supplemental Brief. Dkt. 321. In support of her brief, Plaintiff attached Exhibits 20-22 which contain the sum and substance of material designated by the MindGeek Entity Defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

4. Local Rule 79-5.2.2 provides that where a Filing Party seeks to file a document containing information previously designated as confidential by another pursuant to a protective order, and the document cannot be suitably redacted by agreement, the Filing Party may file an Application for Leave to File Under Seal. The Rule further requires the Filing Party to confer with the Designating Party at least 3 days before seeking to file the document(s) under seal and, if sealing remains necessary, to serve a copy of the application and any supporting declaration on the Designating Party the same day the motion is filed, so that the Designating Party may, within four days, file a declaration that establishes why all or part of the designated material is sealable.

5. Accordingly, under Local Rule 79-5.2.2, Plaintiff is attaching to this Application Plaintiff's Exhibits 20-22 – filed under seal.

6. Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

DATED: April 1, 2023

Respectfully Submitted

**BROWN RUDNICK LLP**

By: _____
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone:    949.752.7100
Fax:  949.252.1514

Attorneys for Plaintiffs