Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone:         949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO JOINT SUPPLEMENT - MOTION TO COMPEL DEFENDANTS ANTOON'S AND TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO JOINT SUPPLEMENT – MOTION TO COMPEL DEFENDANTS ANTOON'S AND TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the lawfirm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I have been admitted *pro hac vice* in this case. I submit this declaration in support of Plaintiff's Application for Leave to File Under Seal Plaintiff's Exhibits 20-22 to Joint Supplement - Motion to Compel Defendants Antoon's and Tassillo's Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Joint Supplement"). The MindGeek Entity Defendants have designated the substance of the information contained in Exhibits 20-22 as "Confidential" pursuant to the stipulated protective order entered by this Court.

2. Plaintiff respectfully requests that Exhibits 20-22 to the Joint Supplement be sealed on the public docket until the Court determines whether the material at issue warrants sealing.

3. As relevant to this Application, on March 8, 2023, the Court held a hearing concerning Plaintiff's Motion to Compel Defendants' discovery responses. At the conclusion of the hearing the Court directed the Parties to further meet and confer and to then file a supplemental brief concerning any unresolved discovery requests.

4. Between March 8, 2023 and March 31, 2023, the Parties engaged in extensive meet and confer efforts, which included the exchange of numerous communications that contained the sum and substance of documents and information designated as "Confidential" or "Highly Confidential" by the MindGeek Entity Defendants pursuant to the Stipulated Protective Order. These communications and documents are attached as Exhibits 20-22.

5. On March 31, 2023, the Parties, in accordance with the Court's direction, conferred concerning the submission of the Joint Supplement. Plaintiff was unable to

1  coordinate the review of the subject exhibits prior to filing but out of an abundance of caution, and because of the known nature of the confidentially designated material, Plaintiff filed the documents under seal.

6. Because Defendants did not stipulate to the filing of the exhibits on the public docket, Plaintiff must submit this declaration in accordance with Local Rule 79-5.2.2.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April 2023 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle

2    CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS TO JOINT SUPPLEMENT – MOTION TO COMPEL DEFENDANTS ANTOON'S AND TASSILLO'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**