Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:        949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS 20, 21, AND 22 [DKT. 326]**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

PLEASE TAKE NOTICE that Plaintiff Serena Fleites ("Plaintiff") hereby withdraws her previously-filed Application For Leave to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order (Docket Entry No. 326) concerning Exhibits 20, 21, and 22 to the Declaration of John G. Doyle which accompanied the Joint Supplement – Motion to Compel Defendants Antoon's and Tassillo's Responses to Plaintiff's First Request for Production and Interrogatories filed with the Court on April 1, 2023 as Docket Entry No. 321. Counsel for Plaintiff and Defendants have conferred concerning this matter and Defendants do not oppose the public filing of Plaintiff's exhibits. Accordingly, Plaintiff withdraws her motion to file under seal and an amended declaration containing the subject exhibits will be filed forthwith.

DATED: April 3, 2023

Respectfully Submitted

**BROWN RUDNICK LLP**

By: _____
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:     949.752.7100
Fax:  949.252.1514

Attorneys for Plaintiffs

1        CASE NO. 21-CV-04920-CJC-ADS
**NOTICE OF WITHDRAWAL OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS 20, 21, AND 22 [DKT. 326]**