# Exhibit 23

1                    UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4  SERENA FLEITES, et al.,        ) Case No. LA CV 21-04920-CJC-
                                  )                      (ADSx)
5             Plaintiffs,         )
                                  ) Los Angeles, California
6  vs.                            )
                                  ) Wednesday, March 8, 2023
7  MINDGEEK S.A.R.L. et al.,      )
                                  ) (10:11 a.m. to 1:26 p.m.)
8             Defendants.         )
   _____)

9

10

11          TRANSCRIPT OF PLAINTIFF'S MOTIONS TO COMPEL
                  [261], [264], [267], [274]
12                  SCHEDULING CONFERENCE
           BEFORE THE HONORABLE AUTUMN D. SPAETH
13              UNITED STATES MAGISTRATE JUDGE

14

15  Appearances:                  See next page.

16  Court Reporter:               Recorded; CourtSmart

17  Courtroom Deputy:             Kristee Hopkins

18  Transcribed by:               Jordan Keilty
                                  Echo Reporting, Inc.
19                                9711 Cactus Street, Suite B
                                  Lakeside, California 92040
20                                (858) 453-7590

21

22

23

24

25  Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.

*Echo Reporting, Inc.*

2

1 | APPEARANCES:

2 | For the Plaintiffs:          DAVID M. STEIN, ESQ.
                                 Brown, Rudnick, LLP
3 |                              2211 Michelson Drive
                                 7th Floor
4 |                              Irvine, California 92612
                                 (949) 440-0231

5 |
                                 JOHN G. DOYLE, ESQ.
6 |                              Brown Rudnick, LLP
                                 601 Thirteenth Street NW
7 |                              Suite 600
                                 Washington, D.C. 20005
8 |                              (202) 536-1706

9 |                              LAUREN TABAKSBLAT, ESQ.
                                 Brown Rudnick, LLP
10 |                             Seven Times Square
                                 New York, New York 10036
11 |                             (212) 209-4904

12 | For MindGeek S.A.R.L.:       KATHLEEN N. MASSEY, ESQ.
                                 Dechert, LLP
13 |                             Three Bryant Park
                                 1095 Avenue of the Americas
14 |                             New York, New York 10036
                                 (212) 698-3686

15 |
                                 MICHELLE H. YEARY, ESQ.
16 |                             Dechert, LLP
                                 Cira Centre
17 |                             2929 Arch Street
                                 Philadelphia, Pennsylvania
18 |                               19104
                                 (609) 955-3277
19 |
     Bernd Bergmair:             DAN E. MARMALEFSKY, ESQ.
20 |                             Morrison & Foerster, LLP
                                 707 Wilshire Boulevard
21 |                             Suite 6000
                                 Los Angeles, California 90017
22 |                             (213) 892-5200

23 |

24 |

25 |

3

```
1   APPEARANCES:  (Cont'd.)

2   For Bernd Bergmair:          RONALD G. WHITE, ESQ.
                                 Walden Macht & Haran, LLP
3                                250 Vesey Street
                                 Suite 27th Floor
4                                New York, New York 10281
                                 (212) 335-2387
5
    For Feras Antoon:            DAVID W. WIECHERT, ESQ.
6                                Wiechert, Munk & Goldstein, PC
                                 East Tower
7                                4000 MacArthur Boulevard
                                 Suite 600
8                                Newport Beach, California
                                   92660
9                                (949) 361-2822

10                               S. JASON BROWN, ESQ.
                                 Cohen & Gresser, LLP
11                               800 Third Avenue
                                 New York, New York 10022
12                               (212) 957-7609

13  For David Tassillo:          JONATHAN S. SACK, ESQ.
                                 Morvillo Abramowitz Grand
14                                 Lason & Anello, PC
                                 565 Fifth Avenue
15                               New York, New York 10017
                                 (212) 880-9410
16
    For Corey Urman:             KERIME S. AKOGLU, ESQ.
17                               Mintz Levin Cohn Ferris
                                   Glovsky & Popeo, P.C.
18                               919 Third Avenue, 39th Floor
                                 New York, New York 10022
19                               (212) 983-3115

20                               PETER A. BIAGETTI, ESQ.
                                 Mintz Levin Cohn Ferris
21                                 Glovsky & Popeo, PC
                                 One Financial Center
22                               Boston, Massachusetts 02111
                                 (617) 542-6000

23

24

25
```

103

1 Try to respond clearly about what you can and will be

2 producing.  I will leave it up to you to determine time

3 frame for production.  I just want to know if there remain

4 any requests for production or categories of documents that

5 you are not able to agree to I'm going to request a

6 supplemental briefing explaining if anything remains at

7 issue, what that is, and what is still being sought.  And I

8 hope that by the time that happens, we will truly be at the

9 point where everybody understands what's being asked for and

10 there is just truly a disagreement about whether or not it

11 should be produced.  Okay.

12        I'm going to order that that supplemental brief be

13 filed on March 24th.  That gives you about two weeks to deal

14 with this.  Based on your current discovery cutoff, I think

15 that that makes sense.

16        Now, if some -- if the people who are responsible

17 tell me that you're having a baby or you're going on a

18 vacation and this is not possible, I will revisit that date.

19 Okay.

20        Any questions with regard to the motion to compel

21 the entity Defendant regarding the eight buckets?

22        MS. TABAKSBLAT:  No, your Honor.

23        MS. YEARY:  No, your Honor.

24        THE COURT:  Okay.  Now, with regard to the four

25 motions to compel to the individual Defendants, I'm also

104

ordering you guys to meet and confer because what I heard
here was that it was the first time that the Defendants have
heard the limitations that -- or reasonable limitations that
I believe that Mr. Stein stated.  Big picture, I believe
that these discovery requests are very overbroad.  I heard
the Defendants say that their clients aren't likely to
actually have much of the information.  So, the burden
objections are not persuasive because if you don't have
much, it's not much of a burden to look at, and it's not
much of a burden to produce.  And, again, there was no
evidence actually supporting the burden objections.
Traditionally, I get declarations that say it would take me
24 hours to go through the 3,550 documents, and I don't have
anything like that here.  All right.

    But I believe that the Defendants have a right to
understand because I think the limitations that Mr. Stein
stated in this courtroom generally seemed very reasonable to
me.  I understand that this was the first time you heard
them.  And, so, you need to have an opportunity to consider
them.

    Now, same thing, I'm going to order that the
parties meet and confer, that the Plaintiffs provide what
they're actually looking for in -- along the lines of the
limitations that Mr. Stein described.  I'm not saying that
you have to stick exactly to those, but to the extent that,