Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone: 949.752.7100
Fax:    949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT COREY URMAN'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES [DKT. 267]**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

| | |
|---|---|
| 1 | In accordance with Local Rule 7-16, Plaintiff Serena Fleites ("Plaintiff") withdraws her Motion to Compel Defendant Corey Urman's ("Defendant") Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Motion") (Dkt. 267). Pursuant to the Court's March 8, 2023 (Dkt. 304) and March 27, 2023 (Dkt. 317) Orders, Plaintiff and Defendant met and conferred concerning the Motion. Based upon Defendant's representations and agreements to search for and produce additional discovery, the parties resolved their disputes. |

Accordingly, Plaintiff respectfully requests to withdraw the Motion. Defendant agrees to this withdrawal.

Dated: April 4, 2023

Respectfully Submitted

**BROWN RUDNICK LLP**

By: /s/ David M. Stein
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Phone: 949.752.7100
Fax: 949.252.1514

Attorneys for Plaintiff

| | |
|---|---|
| Dated: April 4, 2023 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | BY: _/s/ Kerime S. Akoglu_<br>Adam B. Korn (SBN 331133)<br>abkorn@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 586-3200 |
| | Peter A. Chavkin (*Pro Hac Vice*)<br>pachavkin@mintz.com<br>Kerime S. Akoglu (*Pro Hac Vice*)<br>ksakoglu@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>919 Third Avenue, 39th Floor<br>New York, NY 10022<br>Telephone: (212) 935-3000 |
| | Peter A. Biagetti (*Pro Hac Vice*)<br>pabiagetti@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000 |
| | Attorneys for Specially-Appearing Defendant,<br>COREY URMAN |

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4 |
| 2 | This certifies that, pursuant to local rule 5-4.3.4, all signatories to this |
| 3 | document concur in its content and have authorized this filing. |
| 4 | |
| 5 | /s/ *David M. Stein* |
| 6 | David M. Stein |