UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.:  2:21-04920 CJC (ADSx)                                        Date:  April 4, 2023

Title:  *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER DENYING APPLICATION TO FILE UNDER SEAL (DKT. NO. 326)**

Before the Court is Plaintiff Serena Fleites' Notice of Withdrawal of Plaintiff's Application to File Under Seal Exhibits 20, 21, and 22. (Dkt. No. 329.) Plaintiff states that counsel for Plaintiff and Defendants have conferred on this matter and Defendants do not oppose the public filing of Plaintiff's exhibits. (Id.) As such, the Court **DENIES AS MOOT** Plaintiff's Motion.

**IT IS SO ORDERED.**