1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SERENA FLEITES,

             Plaintiff,

    v.

MINDGEEK S.A.R.L; MG
FREESITES,LTD; MINDGEEK USA
INCORPORATED; MG PREMIUM
LTD; MG GLOBAL
ENTERTAINMENT INC.; 9219-5618
QUEBEC INC.; BERND BERGMAIR;
FERAS ANTOON; DAVID TASSILLO;
COREY URMAN; VISA, INC.;
COLBECK CAPITAL DOES 1-5;
BERGMAIR DOES 1-5,

             Defendants.

Case No. 2:21-CV-04920-CJC-ADS

**<u>DISCOVERY MATTER</u>**

**[Discovery document: referred to Magistrate Judge Autumn Spaeth]**

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER (DKT NO. 322)**

1    　　　The Application for Leave to File Under Seal Portions of Plaintiff's
2    Application for Leave to File Under Seal Material Designated By Another Party As
3    Confidential Pursuant To A Protective Order (Dkt No. 322) is hereby GRANTED
4    in part and DENIED in Part. The Application is GRANTED as to Exhibits 16, 17,
5    A, B, C, D, E. F, G, H, I, J, K, and M submitted as attachments to Plaintiff's
6    Second Motion to Compel MindGeek Entities' Responses to Plaintiff's First
7    Request for Production of Documents and Interrogatories. The Application is
8    DENIED as to Exhibits 15, L, N, O, P and Q. The Clerk will file Exhibits 16, 17, A,
9    B, C, D, E. F, G, H, I, J, K, and M under seal.

10
11
12    **IT IS SO ORDERED.**
13
14    Dated: _____
15
16                                                    _____
17                                                    HONORABLE AUTUMN D. SPAETH
                                                      United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28