# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L; MG FREESITES,LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>    Defendants. | Case No. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY MATTER**<br><br>**[Discovery document: referred to Magistrate Judge Autumn Spaeth]**<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER (DKT NO. 322)** |

      The Application for Leave to File Under Seal Portions of Plaintiff's Application for Leave to File Under Seal Material Designated By Another Party As Confidential Pursuant To A Protective Order (Dkt No. 322) is hereby GRANTED in part and DENIED in Part. The Application is GRANTED as to Exhibits 16, 17, A, B, C, D, E. F, G, H, I, J, K, and M submitted as attachments to Plaintiff's Second Motion to Compel MindGeek Entities' Responses to Plaintiff's First Request for Production of Documents and Interrogatories. The Application is DENIED as to Exhibits 15, L, N, O, P and Q. The Clerk will file Exhibits 16, 17, A, B, C, D, E. F, G, H, I, J, K, and M under seal.

**IT IS SO ORDERED.**

Dated: ___4/7/2023___

                                              /s/ Autumn D. Spaeth
                                    HONORABLE AUTUMN D. SPAETH
                                    United States Magistrate Judge