1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SERENA FLEITES,

        Plaintiff,

       v.

MINDGEEK S.A.R.L.; MG
FREESITES, LTD; MINDGEEK
USA INCORPORATED; MG
PREMIUM LTD.; MG GLOBAL
ENTERTAINMENT INC.; 9219-
1568 QUEBEC, INC.; BERND
BERGMAIR; FERAS ANTOON;
DAVID TASSILLO; COREY
URMAN; VISA INC.; COLBECK
CAPITAL DOES 1-5;
BERGMAIR DOES 1-5

        Defendants.

CASE NO. 2:21-CV-04920-CJC-ADS

**DISCOVERY DOCUMENT:
REFERRED TO MAGISTRATE
JUDGE AUTUMN D. SPAETH**

**JOINT STATUS REPORT PURSUANT
TO APRIL 7, 2023 ORDER**

Jurisdictional Discovery Cutoff:
May 1, 2023

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT**

1         Pursuant to the Court's April 7, 2023 Order (Dkt. No. 335), the parties have

2    met and conferred concerning a brief extension to the jurisdictional discovery period

3    and have agreed to the following proposed revised schedule, subject to Court

4    approval:

5         1.    The current jurisdictional discovery deadline of May 1, 2023 shall be

6    extended to June 16, 2023;

7         2.    All party depositions, with the exception of the deposition of defendant

8    Corey Urman, shall be completed on or before June 7, 2023;

9         3.    The deposition of defendant Corey Urman shall take place on June 12,

10   2023 or on another mutually agreeable date;

11        4.    The requirement that all depositions be completed before June 7, 2023

12   shall not apply to non-party depositions, which shall be completed before the June 16,

13   2023 jurisdictional discovery deadline.

14

15   Dated: April 13, 2023          Respectfully Submitted,

16

17                          By: */s/ Lauren Tabaksblat*

                       MICHAEL J. BOWE (*pro hac vice*)

18                          mbowe@brownrudnick.com

                       LAUREN TABAKSBLAT

19                          (*pro hac vice*)

20                          ltabaksblat@brownrudnick.com

                       7 Times Square

21                          New York, NY 10036

22                          Phone: (212) 209-4800

                       Fax: (212) 209-4801

23

24                          David M. Stein (#198256)

25                          dstein@brownrudnick.com

                       2211 Michelson Drive, 7th Floor

26                          Irvine, California  92612

                       Phone:  949.752.7100

27                          Fax:     949.252.1514

28

                       Attorneys for Plaintiffs

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT**

1

2

3    Dated: April 13, 2023                    /s/     *Kathleen N. Massey*
                                        KATHLEEN N. MASSEY
4                                       (*admitted pro hac vice*)
                                        kathleen.massey@dechert.com
5                                       DECHERT LLP
                                        Three Bryant Park
6                                       1095 Avenue of the Americas
                                        New York, NY 10036
7                                       Phone: (212) 698-3500; Fax: (212) 698 3599
8                                       *Attorneys for MindGeek Entity Defendants*

9

10   Dated: April 13, 2023           MINTZ LEVIN COHN FERRIS GLOVSKY AND
                                     POPEO, P.C.
11
                                        BY: */s/ Kerime Akoglu*
12                                      Adam B. Korn (SBN 331133)
                                        abkorn@mintz.com
13                                      MINTZ LEVIN COHN FERRIS
                                        GLOVSKY AND POPEO, P.C.
14                                      2049 Century Park East, Suite 300
                                        Los Angeles, CA 90067
15                                      Telephone:  (310) 586-3200

16                                      Peter A. Chavkin (*Pro Hac Vice*)
                                        pachavkin@mintz.com
17                                      Kerime S. Akoglu (*Pro Hac Vice*)
                                        ksakoglu@mintz.com
18                                      MINTZ LEVIN COHN FERRIS
                                        GLOVSKY AND POPEO, P.C.
19                                      919 Third Avenue, 39th Floor
                                        New York, NY 10022
20                                      Telephone:  (212) 935-3000

21                                      Peter A. Biagetti (*Pro Hac Vice*)
                                        pabiagetti@mintz.com
22                                      MINTZ LEVIN COHN FERRIS
                                        GLOVSKY AND POPEO, P.C.
23                                      One Financial Center
                                        Boston, MA 02111
24                                      Telephone: (617) 542-6000

25                                      Attorneys for Specially-Appearing
                                        Defendant,
26                                      COREY URMAN

27

28

                                          2                    CASE NO. 21-CV-04920-CJC-ADS
     **JOINT STATUS REPORT**

Dated: April 13, 2023      **COHEN & GRESSER LLP**

By: */s/ Nathaniel P. T. Read*

JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
Nathaniel P. T. Read (*pro hac vice*)
nread@cohengresser.com
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7609

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600
East Tower
Newport Beach, CA 92660 Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

Attorneys for Defendant Feras Antoon

Dated: April 13, 2023      MORVILLO ABRAMOWITZ GRAND

By: */s/ Jonathan S. Sack*

JONATHAN S. SACK
(admitted *pro hac vice*)
jsack@maglaw.com
Morvillo Abramowitz Grand
565 Fifth Avenue
New York, NY  10017
Tel: (212) 880-9410

Attorneys for Specially Appearing
Defendant David Tassillo

3      CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT**

1   Dated: April 13, 2023          Respectfully Submitted,

2                                   MORRISON & FOERSTER LLP

3                                   By: */s/ Dan Marmalesfsky*
                                    DAN MARMALEFSKY (CA SBN 95477)
4                                   DMarmalefsky@mofo.com
                                    Morrison & Foerster LLP
5                                   707 Wilshire Boulevard
                                    Los Angeles, California 90017
6                                   Tel.: (213) 892-5200
7                                   Fax: (213) 892-5454

8

9                                   WALDEN MACHT & HARAN LLP

10
                                     By: */s/Ronald G. White*
11                                  RONALD G. WHITE
                                    (admitted *pro hac vice*)
12                                  rwhite@wmhlaw.com
                                    Walden Macht & Haran LLP
13                                  250 Vesey Street
                                    New York, NY 10281
14                                  Tel: (212) 335-2387
15                                  Fax: (212) 335-2040
16

17                                  Attorneys for Defendant Bernd
                                    Bergmair
18

19

20

21

22

23

24

25

26

27

28

4                          CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT**

1          ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

2        This certifies pursuant to local rule 5-4.3.4, that all signatories to this

3 document concur in its content and have authorized this filing.

4

5    Dated: APRIL 13, 2023           Respectfully submitted,

6                              By: */s/ Lauren Tabaksblat*

7                              LAUREN TABAKSBLAT
                             (*pro hac vice*)

8                              ltabaksblat@brownrudnick.com

9                              7 Times Square
                             New York, NY 10036

10                             Phone: (212) 209-4800
                            Fax: (212) 209-4801

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5                  CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT**