# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al.<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>　　　　　　Defendant(s). | CASE NUMBER:<br><br>2:21-cv-04920-CJC-ADS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   4/19/2023

Document No.:   338

Title of Document:   Exhibit

**ERROR(S) WITH DOCUMENT:**

Local Rule 11-3.8 title page is missing, incomplete, or incorrect.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: April 20, 2023　　　　　　By: /s/ *Trina DeBose trina_debose@cacd.uscourts.gov*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**