# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**JOINT STIPULATION TO EXTEND JURISDICTIONAL DISCOVERY CUTOFF**<br><br>Jurisdictional Discovery Cutoff: May 1, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STIPULATION**

Pursuant to the Court's April 7, 2023 Order (Dkt. No. 335), the parties met and conferred concerning a brief extension to the jurisdictional discovery period and agreed to the following proposed revised schedule and respectfully request that the Court grant this joint stipulation and impose these deadlines:

1. The current jurisdictional discovery deadline of May 1, 2023 shall be extended to June 16, 2023;

2. All party depositions, with the exception of the deposition of defendant Corey Urman, shall be completed on or before June 7, 2023;

3. The deposition of defendant Corey Urman shall take place on June 12, 2023 or on another mutually agreeable date;

4. The requirement that all depositions be completed before June 7, 2023 shall not apply to non-party depositions, which shall be completed before the June 16, 2023 jurisdictional discovery deadline.

Dated: April 20, 2023                    Respectfully Submitted,

                                         By: /s/ David M. Stein
                                         MICHAEL J. BOWE (*pro hac vice*)
                                         mbowe@brownrudnick.com
                                         LAUREN TABAKSBLAT
                                         (*pro hac vice*)
                                         ltabaksblat@brownrudnick.com
                                         7 Times Square
                                         New York, NY 10036
                                         Phone: (212) 209-4800
                                         Fax: (212) 209-4801

                                         David M. Stein (#198256)
                                         dstein@brownrudnick.com
                                         2211 Michelson Drive, 7th Floor
                                         Irvine, California 92612
                                         Phone: 949.752.7100
                                         Fax:   949.252.1514

                                         Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: April 20, 2023 | | /s/   *Kathleen N. Massey* |

KATHLEEN N. MASSEY
(*admitted pro hac vice*)
kathleen.massey@dechert.com
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599
*Attorneys for MindGeek Entity Defendants*

Dated: April 20, 2023       MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

BY:  */s/ Kerime Akoglu*
Adam B. Korn (SBN 331133)
abkorn@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200

Peter A. Chavkin (*Pro Hac Vice*)
pachavkin@mintz.com
Kerime S. Akoglu (*Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue, 39th Floor
New York, NY 10022
Telephone:  (212) 935-3000

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

Attorneys for Specially-Appearing Defendant,
COREY URMAN

| | | |
|---|---|---|
| Dated: April 20, 2023 | | **COHEN & GRESSER LLP** |

By: */s/ Nathaniel P. T. Read*
JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
Nathaniel P. T. Read (*pro hac vice*)
nread@cohengresser.com
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7609

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

Attorneys for Defendant Feras Antoon

Dated: April 20, 2023                MORVILLO ABRAMOWITZ GRAND

By: */s/ Jonathan S. Sack*

JONATHAN S. SACK
(admitted *pro hac vice*)
jsack@maglaw.com
Morvillo Abramowitz Grand
565 Fifth Avenue
New York, NY 10017
Tel: (212) 880-9410

Attorneys for Specially Appearing Defendant David Tassillo

| | | |
|---|---|---|
| 1 | Dated: April 20, 2023 | Respectfully Submitted, |
| 2 | | MORRISON & FOERSTER LLP |
| 3 | | By: */s/ Dan Marmalesfsky* |
| 4 | | DAN MARMALEFSKY (CA SBN 95477)<br>DMarmalefsky@mofo.com |
| 5 | | Morrison & Foerster LLP<br>707 Wilshire Boulevard |
| 6 | | Los Angeles, California 90017<br>Tel.: (213) 892-5200 |
| 7 | | Fax: (213) 892-5454 |
| 8 | | |
| 9 | | WALDEN MACHT & HARAN LLP |
| 10 | | |
| 11 | | By: */s/Ronald G. White*<br>RONALD G. WHITE |
| 12 | | (admitted *pro hac vice*)<br>rwhite@wmhlaw.com |
| 13 | | Walden Macht & Haran LLP |
| 14 | | 250 Vesey Street<br>New York, NY 10281 |
| 15 | | Tel: (212) 335-2387 |
| 16 | | Fax: (212) 335-2040 |
| 17 | | Attorneys for Defendant Bernd Bergmair |
| 18 | | |

4                                    CASE NO. 21-CV-04920-CJC-ADS

**JOINT STIPULATION**

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: APRIL 20, 2023                    Respectfully submitted,

By: /s/ *David M. Stein*
David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:  949.752.7100
Fax:      949.252.1514