UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER EXTENDING JURISDICTIONAL DISCOVERY CUTOFF** |

This Court, having considered the Parties' joint stipulation in connection with their request to extend the jurisdictional discovery cutoff and to establish certain related deadlines by which the Parties must complete discovery, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the extension request is **GRANTED**. Jurisdictional discovery is extended to June 16, 2023.

**IT IS FURTHER ORDERED** that:

1. All party depositions, with the exception of the deposition of defendant Corey Urman, shall be completed on or before June 7, 2023;

2. The deposition of defendant Corey Urman shall take place on June 12, 2023 or on another mutually agreeable date;

3. The requirement that all depositions be completed before June 7, 2023 shall not apply to non-party depositions, which shall be completed before the June 16,

2023 jurisdictional discovery deadline.

**IT IS SO ORDERED**.

Dated: _____

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge