**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Serena Fleites, et al. | CASE NUMBER: |
| **PLAINTIFF(S)** | 2:21-cv-04920-CJC-ADSx |
| v. | |
| MindGeek S.A.R.L., et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| **DEFENDANT(S).** | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| April 19, 2023 | 338 | Exhibit 15 & L |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken. There is no title page specifying which motion the exhibits relate to.
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order. Other:
☐

Dated:    April 20, 2023          By:    /s/ Autumn D. Spaeth
                                            U.S. Magistrate Judge