# Exhibit L

# Certificat de conformité

Loi sur la publicité légale des entreprises (RLRQ, chapitre P-44.1)

J'atteste que le document ci-joint est une copie conforme d'un document contenu dans les registres et archives ou déposé au registre des entreprises, concernant :

9219-1568 QUÉBEC INC.

Numéro de certification : 355719891

Le numéro de certification ci-dessus vous permet de consulter en tout temps ce document certifié à l'aide du service en ligne Vérifier un numéro de certification du Registraire des entreprises.

Fait et délivré le 14 septembre 2022 relativement au numéro d'entreprise du Québec 1166390592.

*Yves Lepine*

Registraire des entreprises



Registraire des entreprises
Québec

Services Québec

CONFIDENTIAL

MindGeek_Fleites_00002864

CTRL-E0011125037

**CONFIDENTIAL**

**MindGeek_Fleites_00002865**
CTRL-E0011125037

REZ-128 (2012-11)



# Certificat de modification

Loi sur les sociétés par actions (L.R.Q., c. S-31.1)

J'atteste que la société par actions

9219-1568 QUÉBEC INC.

a modifié ses statuts en vertu de la Loi sur les sociétés par actions pour y intégrer les modifications mentionnées dans les statuts de modification ci-joints.

Le 28 mars 2013



Déposé au registre le 28 mars 2013 sous le numéro d'entreprise du Québec 1166390592.

390001

*[signature]*
Registraire des entreprises

**Revenu Québec**

**CONFIDENTIAL**

**MindGeek_Fleites_00002866**

CTRL-E0011125037

**CONFIDENTIAL**

**MindGeek_Fleites_00002867**

CTRL-E0011125037

*Registraire des entreprises*
**Québec**

REZ-909 (2012-11)
Page 1 de 2

# Statuts de modification

Numéro d'entreprise
du Québec (NEQ) : **1166390592**

Loi sur les sociétés par actions, L.R.Q., c. S-31.1

**1 Identification de la société**
**Nom de la société par actions**

9219-1568 QUÉBEC INC.

Version(s) du nom de la société dans une autre langue que le français, s'il y a lieu

**2 Modification des statuts**

**2.1 Modification relative au nom**
Nom de la société par actions

Version(s) du nom de la société dans une autre langue que le français, s'il y a lieu

**2.2 Autres modifications**

The provisions set forth in the Articles of the Corporation, providing for the classes and any maximum of number of shares that the Corporation is authorized to issue, are repealed and replaced by cancelling the presently authorized but unissued shares of the capital of the Corporation and replacing Schedule 1 of the Articles of the Corporation by Schedule A incorporated in the Articles of Amendment.

**2.3 Date et heure à attribuer au certificat**, s'il y a lieu

Date    Heure

**3  Correction des statuts**
**4  Signature**

Nom de l'administrateur ou du dirigeant autorisé

Feras Antoon

Signature électronique de

Feras Antoon

**Réservé à l'administration**

435201

**Revenu Québec**

CONFIDENTIAL

MindGeek_Fleites_00002868

CTRL-E0011125037

REZ-909 (2012-11)

Page 2 de 2

Numéro de référence de la demande : 020200013103394
Désignation numérique :

435202

CONFIDENTIAL

MindGeek_Fleites_00002869

CTRL-E0011125037

## SCHEDULE A

## STATUTS DE MODIFICATION - ARTICLES OF AMENDMENT OF 9219-1568 QUEBEC INC.

The Corporation is authorized to issue an unlimited number of Class "A" shares, an unlimited number of Class "B" shares issuable in series and an unlimited number of Class "C" shares, all without par value. Twenty-five series of Class "B" shares are created and shall consist of an unlimited number of shares of each such series and shall be designated as Series 1 Class "B" shares, Series 2 Class "B" shares, Series 3 Class "B" shares, Series 4 Class "B" shares, Series 5 Class "B" shares, Series 6 Class "B" shares, Series 7 Class "B" shares, Series 8 Class "B" shares, Series 9 Class "B" shares, Series 10 Class "B" shares, Series 11 Class "B" shares, Series 12 Class "B" shares, Series 13 Class "B" shares, Series 14 Class "B" shares, Series 15 Class "B" shares, Series 16 Class "B" shares, Series 17 Class "B" shares, Series 18 Class "B" shares, Series 19 Class "B" shares, Series 20 Class "B" shares, Series 21 Class "B" shares, Series 22 Class "B" shares, Series 23 Class "B" shares, Series 24 Class "B" shares and Series 25 Class "B" shares.

In this share capital "**Act**" means the *Business Corporations Act* (Quebec) as amended from time to time. The rights and restrictions attaching to the Class "A" shares, Class "B" shares issuable in series and Class "C" shares are as follows:

### Class "A" Shares

1) **Voting Rights.** The holders of the Class "A" shares shall be entitled to receive notice of and to attend all meetings of shareholders of the Corporation, except meetings at which only holders of a specified class of shares are entitled to vote, and to vote thereat on the basis of one (1) vote per Class "A" share held.

2) **Dividends.** Subject to the Act, the holders of the Class "A" shares shall, in each financial year of the Corporation, in the discretion of the directors, subject to the rights of the holders of the Class "B" shares and the Class "C" shares, be entitled to receive any non-cumulative dividend declared by the Corporation.

3) **Distribution Rights.** In the event of the liquidation, dissolution or winding up of the Corporation, whether voluntary or involuntary, the holders of the Class "A" shares shall be entitled to receive, after payment on the Class "B" shares and Class "C" shares the remaining property of the Corporation.

4) **Restriction.** Notwithstanding subsection (b) hereinabove, no dividend may be paid on the Class "A" shares if i) there are reasonable grounds for believing that the Corporation is, or would after the payment be, unable to pay its liabilities as they become due; or ii) the payment would make the Corporation unable, in the event of liquidation, to repay shares with distribution rights ranking higher than the distribution rights attaching to the Class "A" shares, unless the prior consent of the holders of such shares is obtained.

8366366.5

CONFIDENTIAL

MindGeek_Fleites_00002870

CTRL-E0011125037

**Class "B" shares issuable in series**

1. **Class "B" Share Characteristics.** The rights, privileges, restrictions and conditions attaching to the Class "B" shares are as follows:

    (a) *Voting Rights*. Subject to the Act, the holders of Class "B" shares, or any series thereof, shall not, as such, be entitled to receive notice of or to attend any meeting of the shareholders of the Corporation or to vote at any such meeting.

    (b) *Distribution Rights*. In the event of the liquidation, dissolution or winding up of the Corporation, whether voluntary or involuntary, the holders of a series of Class "B" shares shall be entitled to receive, after payment on the Class "C" shares and *pari passu* with the holders of Class "B" shares of every other series, an amount equal to the paid-up capital of such series.

2. **One or More Series**. The Class "B" shares may at any time and from time to time be issued in one or more series.

3. **Terms of Each Series.** Subject to the Act and in addition to the Class "B" share characteristics set forth in the immediately preceding Section 1, the directors may fix, before the issue thereof, the number of Class "B" shares of each series, the designation, rights, privileges, restrictions and conditions attaching to the Class "B" shares of each series, including, without limitation, any right to receive dividends (which may be cumulative or non-cumulative and variable or fixed) or the means of determining such dividends, the dates of payment thereof, any terms and conditions of redemption or purchase, any conversion rights, and any sinking fund or other provisions, the whole to be subject to the issue of a certificate of amendment setting forth the designation, rights, privileges, restrictions and conditions attaching to the Class "B" shares of the series.

4. **Dividends.** Subject to the Act, the Class "B" shares of a particular series shall, in each financial year of the Corporation, in the discretion of the directors, after payment on the Class "C" shares, but always in preference and priority to any payment of dividends on the Class "A" shares for such year, be entitled to receive any non-cumulative dividend declared by the Corporation on such series. For greater certainty, a dividend declared on one particular series of Class "B" shares by the directors, in their sole discretion, shall not entitle any other series of Class "B" shares to such dividend.

5. **Restriction.** Notwithstanding Section 4 hereinabove, no dividend may be paid on a particular series of Class "B" shares if i) there are reasonable grounds for believing that the Corporation is, or would after the payment be, unable to pay its liabilities as they become due; or ii) the payment would make the Corporation unable, in the event of liquidation, to repay shares with distribution rights ranking higher than the distribution rights attaching to such series of Class "B" shares.

6. **Ranking of Class "B" shares.** If any amount payable on any such distribution of assets constituting a return of capital in respect of the Class "B" shares of any particular series is not paid in full, the Class "B" shares of such particular series shall participate rateably with the Class "B" shares of every other series in respect of all such amounts.

8366366.5

CONFIDENTIAL

MindGeek_Fleites_00002871

CTRL-E0011125037

7.   **Redeemable at the Option of the Corporation.**   Subject to the Act, the Corporation may redeem at any time all, or from time to time any part, of the outstanding Class "B" shares of a particular series (the "**Redeemed Series Shares**") for an amount equal to the paid-up capital of each such series.  For greater certainty, the redemption by the Corporation of one particular series of Class "B" shares shall not entitle any other series of Class "B" shares to be so redeemed.

8.   **Redemption Procedure.**   Before redeeming shares of a Redeemed Series Shares, the Corporation shall mail or deliver to each person who, at the date of such mailing or delivery, shall be a registered holder of the Redeemed Series Shares, notice of the intention of the Corporation to redeem such Redeemed Series Shares held by such registered holder. Such notice shall be delivered to, or mailed by ordinary prepaid post addressed to, the last address of such registered holder as it appears on the records of the Corporation, or in the event of the address of any such registered holder not appearing on the records of the Corporation, then to the last address of such registered holder known to the Corporation, at least one (1) day before the date specified for redemption. Such notice shall set out the redemption price, the date on which the redemption is to take place and, if part only of the Redeemed Series Shares held by the person to whom it is addressed is to be redeemed, the number thereof so to be redeemed. On or after the date so specified for redemption, the Corporation shall pay or cause to be paid (by cheque payable at par at any branch of the Corporation's bankers) the redemption price to the registered holders of the Redeemed Series Shares to be redeemed on presentation and surrender of the certificates for the Redeemed Series Shares so called for redemption at the registered office of the Corporation or at such other place or places as may be specified in such notice, and the certificates for such Redeemed Series Shares shall thereupon be cancelled, and the shares represented thereby shall thereupon be redeemed. From and after the date specified for redemption in such notice, the holders of the Redeemed Series Shares called for redemption shall cease to be entitled to dividends in respect of such Redeemed Series Shares and shall not be entitled to exercise any of the rights of the holders thereof, except the right to receive the redemption price, unless payment of the redemption price shall not be made by the Corporation in accordance with the foregoing provisions, in which case the rights of the holders of such Redeemed Series Shares shall remain unaffected. On or before the date specified for redemption, the Corporation shall have the right to deposit the redemption price of the Redeemed Series Shares called for redemption in a special account with any bank or trust company named in the notice of redemption, to be paid, without interest, to or to the order of the respective registered holders of such Redeemed Series Shares called for redemption upon presentation and surrender of the certificates representing the same and, upon such deposit being made or upon the date specified for redemption, whichever is later, the Redeemed Series Shares in respect of which such deposit shall have been made shall be deemed to be redeemed and the rights of the respective registered holders thereof, after such deposit or after such redemption date, as the case may be, shall be limited to receiving, out of the moneys so deposited, without interest, the redemption price applicable to their respective Redeemed Series Shares against presentation and surrender of the certificates representing such Redeemed Series Shares.  If less than all of the Class "B" shares of a particular series are to be redeemed, the shares to be redeemed shall be redeemed pro rata, disregarding fractions, unless a holder of such particular series of Class "B" shares unanimously agrees to the adoption of another method of selection of the particular series of Class "B" shares to be redeemed.  If less than all of the Class "B" shares of a particular series

8366366.5

CONFIDENTIAL

MindGeek_Fleites_00002872

CTRL-E0011125037

represented by any certificate are redeemed, a new certificate for the balance of the Class "B" shares of such particular series represented by such certificate shall be issued.

**Class "C" Shares**

1.  **Definitions.** In this share capital, "**redemption price**" means, in respect of each Class "C" share, an amount equal to (i) the monetary consideration received by the Corporation upon the issuance of such share (denominated in the currency in which such consideration was paid to the Corporation), if such share has been issued for money; or (ii) the fair market value of the consideration received by the Corporation (including, without limitation, shares of another class of the Corporation) upon the issuance of such share, if such share has been issued for a consideration other than money. Subject to the provisions of the adjustment provisions set forth in subsection 4(d) herein below, such fair market value is to be determined by the directors on the basis of generally accepted accounting and valuation principles.

2.  **Voting Rights.** Subject to the Act, the holders of the Class "C" shares shall not, as such, be entitled to receive notice of or to attend any meeting of the shareholders of the Corporation or to vote at any such meeting.

3.  **Dividends.** Subject to the Act, the holders of the Class "C" shares shall, in each financial year of the Corporation, in the discretion of the directors, but always in preference and priority to any payment of dividends on the Class "A" shares and Class "B" shares and any series thereof for such year, be entitled to receive any non-cumulative monthly dividend between 0% and 0.5% of the redemption price declared by the Corporation.

4.  **Redemption at Option of Corporation.**

    (a)  **General**. Subject to the Act and the provisions hereinafter set forth, the Corporation may redeem at any time all, or from time to time any part, of the outstanding Class "C" shares on payment for each Class "C" share to be redeemed of the redemption price for such Class "C" share, plus all declared and unpaid dividends thereon;

    (b)  **Redemption Procedure**. Before redeeming any Class "C" shares, the Corporation shall mail or deliver to each person who, at the date of such mailing or delivery, shall be a registered holder of Class "C" shares to be redeemed, notice of the intention of the Corporation to redeem such Class "C" shares held by such registered holder. Such notice shall be delivered to, or mailed by ordinary prepaid post addressed to, the last address of such registered holder as it appears on the records of the Corporation, or in the event of the address of any such registered holder not appearing on the records of the Corporation, then to the last address of such registered holder known to the Corporation, at least one (1) day before the date specified for redemption. Such notice shall set out the redemption price, the date on which the redemption is to take place and, if part only of the Class "C" shares held by the person to whom it is addressed is to be redeemed, the number thereof so to be redeemed. On or after the date so specified for redemption, the Corporation shall pay or cause to be paid (by cheque payable at par at any branch of the Corporation's bankers) the redemption price to the registered holders of the Class "C" shares to be redeemed on presentation and surrender of the certificates for the Class "C" shares so called for redemption at the registered office of the Corporation or at such other place

CONFIDENTIAL

MindGeek_Fleites_00002873

CTRL-E0011125037

or places as may be specified in such notice, and the certificates for such Class "C" shares shall thereupon be cancelled, and the Class "C" shares represented thereby shall thereupon be redeemed. From and after the date specified for redemption in such notice, the holders of the Class "C" shares called for redemption shall cease to be entitled to dividends in respect of such Class "C" shares and shall not be entitled to exercise any of the rights of the holders thereof, except the right to receive the redemption price, unless payment of the redemption price shall not be made by the Corporation in accordance with the foregoing provisions, in which case the rights of the holders of such Class "C" shares shall remain unaffected. On or before the date specified for redemption, the Corporation shall have the right to deposit the redemption price of the Class "C" shares called for redemption in a special account with any bank or trust company named in the notice of redemption, to be paid, without interest, to or to the order of the respective registered holders of such Class "C" shares called for redemption upon presentation and surrender of the certificates representing the same and, upon such deposit being made or upon the date specified for redemption, whichever is later, the Class "C" shares in respect of which such deposit shall have been made shall be deemed to be redeemed and the rights of the respective registered holders thereof, after such deposit or after such redemption date, as the case may be, shall be limited to receiving, out of the moneys so deposited, without interest, the redemption price applicable to their respective Class "C" shares against presentation and surrender of the certificates representing such Class "C" shares. If less than all of the Class "C" shares are to be redeemed, the shares to be redeemed shall be redeemed pro rata, disregarding fractions, unless the holders of the Class "C" shares unanimously agree to the adoption of another method of selection of the Class "C" shares to be redeemed. If less than all of the Class "C" shares represented by any certificate are redeemed, a new certificate for the balance of the Class "C" shares represented by such certificate shall be issued;

(c)     **Adjustment.**  For the purpose of determining the redemption price of a Class "C" share, the fair market value determined as provided for in the immediately preceding Section 1 hereinabove shall be subject to revision in accordance with any binding agreement with, or decision by, the appropriate taxation authorities or any judgment of a court of competent jurisdiction. In the event that any such agreement, decision or judgment shall result in a final determination under the provisions of the appropriate taxation legislation and the amount thereby determined is an amount other than the amount for which such Class "C" share was originally issued as determined by the directors in accordance with the immediately preceding Section 1 hereinabove, such finally determined amount for the purpose of the appropriate taxation legislation shall then be deemed to be the fair market value of the consideration received by the Corporation upon the issuance of such Class "C" share;

(d)     **Deemed Stated Capital.**  In the event that only part of the amount of the consideration received by the Corporation for any Class "C" share issued by the Corporation is added to the stated capital account of the Class "C" shares, such Class "C" share shall be deemed to have been issued for the full amount of the consideration received for all purposes of this subsection 3 (except only with respect to the stated capital of such Class "C" shares) including, without limitation, dividend rights, redemption rights and rights upon liquidation and dissolution.

5.  **Redemption at Option of Holder.**

(a)  **General.**  Subject to the Act and the provisions hereinafter set forth, a holder of Class "C" shares shall be entitled to require the Corporation to redeem, at any time all, or from time to time any part, of the Class "C" shares registered in the name of such holder, on payment for each Class "C" share to be redeemed of the redemption price for such Class "C" share, plus all declared and unpaid dividends thereon, and by tendering to the Corporation at its registered office the share certificate(s) representing the Class "C" shares which the registered holder desires to have the Corporation redeem together with a request in writing specifying (i) the number of Class "C" shares which the registered holder desires to have redeemed by the Corporation and (ii) the business day (in this subsection referred to as the "**redemption date**") on which the holder desires to have the Corporation redeem such Class "C" shares, which redemption date shall not be less than five (5) days after the day on which the request in writing is given to the Corporation;

(b)  **Redemption Procedure.**  Upon receipt of the share certificate(s) representing the Class "C" shares which the registered holder desires to have the Corporation redeem together with such a request, the Corporation shall on or, at its option, before the redemption date redeem such Class "C" shares by paying to the registered holder thereof, for each Class "C" share to be redeemed, an amount equal to the redemption price in respect thereof; such payment shall be made by cheque payable at par at any branch of the Corporation's bankers.  The said Class "C" shares shall be deemed to be redeemed on the date of payment of the redemption price and from and after such date such Class "C" shares shall cease to be entitled to dividends and the holders thereof shall not be entitled to exercise any of the rights of the holders of Class "C" shares in respect thereof. If less than all the Class "C" shares represented by any certificate be redeemed, a new certificate for the balance shall be issued;

(c)  **Restriction.**  Notwithstanding the foregoing, the Corporation shall only be obliged to redeem Class "C" shares so tendered for redemption to the extent that such redemption would not be contrary to any applicable law, and if such redemption of any such Class "C" shares would be contrary to any applicable law, the Corporation shall only be obliged to redeem such Class "C" shares to the extent that the moneys applied thereto shall be such amount (rounded to the next lower multiple of one hundred dollars ($100.00)) as would not be contrary to such law, in which case the Corporation shall pay to each holder of Class "C" shares its pro rata share of the purchase moneys allocable;

(d)  **Adjustment.**  For the purpose of determining the redemption price of a Class "C" share, the fair market value determined as provided for in the immediately preceding Section 1 hereinabove shall be subject to revision in accordance with any binding agreement with, or decision by, the appropriate taxation authorities or any judgment of a court of competent jurisdiction.  In the event that any such agreement, decision or judgment shall result in a final determination under the provisions of the appropriate taxation legislation and the amount thereby determined is an amount other than the amount for which such Class "C" share was originally issued as determined by the directors in accordance with the immediately preceding Section 1 hereinabove, such finally determined amount for the purpose of the appropriate taxation legislation shall then be deemed to be the fair market value of the consideration received by the Corporation upon the issuance of such Class "C" share;

8366366.5

(e)     **Deemed Stated Capital.**  In the event that only part of the amount of the consideration received by the Corporation for any Class "C" share issued by the Corporation is added to the stated capital account of the Class "C" shares, such Class "C" share shall be deemed to have been issued for the full amount of the consideration received, for all purposes of these articles (except only with respect to the stated capital of such Class "C" shares) including, but without limiting the generality of the foregoing, dividend rights, redemption rights and rights upon liquidation and dissolution.

6.     **Distribution Rights**.  In the event of the liquidation, dissolution or winding-up of the Corporation, whether voluntary or involuntary, the holders of the Class "C" shares shall be entitled to receive, in priority to the holders of the Class "A" shares and the Class "B" shares, an amount equal to the redemption price of such shares plus any dividends declared but unpaid thereon and no more.

7.     **Restriction**.  Notwithstanding the immediately preceding Section 3, no dividend may be paid on the Class "C" shares if there are reasonable grounds for believing that the Corporation is, or would after the payment be, unable to pay its liabilities as they become due.

**Purchase by Agreement**

Subject to the provisions of the Act, the Corporation may, at any time, purchase all or part of the outstanding shares or series of shares that are fully paid at a price agreed by the Corporation and the holder of the said shares being purchased (the "**Purchased Shares**").  On the date of the purchase, the Purchased Shares shall automatically be cancelled, and the Corporation shall reduce its issued and stated capital account for the class or applicable series within such class of the Purchased Shares in accordance with the Act.

The Corporation must notify all its other shareholders within 30 days of its acquisition, by agreement, of outstanding Purchased Shares. The said notice shall indicate (i) the type and number of shares acquired, (ii) the name of the shareholders from whom the Corporation acquired them, (iii) the price paid for them; (iv) any balance owed to the shareholders; and (v) if the consideration is not in cash, its nature and value. The Corporation is not required to send the notice to any shareholder who waives in writing its right to receive it, whether or not their shares otherwise carry voting rights.

The Corporation may not make a payment to purchase Purchased Shares if i) there are reasonable grounds for believing that the Corporation is, or would after the payment be, unable to pay its liabilities as they become due; or ii) the payment would make the Corporation unable, in the event of liquidation, to repay shares with distribution rights ranking higher than the distribution rights attaching to the Purchased Shares, unless the prior consent of the holders of such shares is obtained.

\* \* \* \* \*

8366366.5

CONFIDENTIAL

MindGeek_Fleites_00002876

CTRL-E0011125037

**CONFIDENTIAL**

**MindGeek_Fleites_00002877**

CTRL-E0011125037