UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-04920 CJC (ADSx)            Date: April 28, 2023

Title: *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING IN PART, DENYING IN PART, MOTIONS TO COMPEL DEFENDANTS BERGMAIR, TASSILLO, AND ANTOON'S RESPONSES (DKT. NOS. 264, 270, 274)**

**I.   INTRODUCTION**

Before the Court are Plaintiff Serena Fleites' ("Plaintiff") Motions to Compel Defendants Bernd Bergmair, David Tassillo, and Feras Antoon's Responses to Plaintiff's First Request for Production of Documents and Interrogatories ("Motions"). (Dkt. Nos. 264, 270, 274.) The Court held a hearing on the Motions on March 8, 2023. (Dkt. No. 304.) At the hearing, the Court ordered the parties to meet and confer in order to narrow the scope of the discovery disputes, and to then file a Joint Supplement. (Id.) The parties did so, and as a result, before the Court are Joint Supplements to the Motions ("Joint Supplements") filed by Plaintiff and Defendants Bergmair, Tassillo, and Antoon (hereinafter, "Defendants"). (Dkt. Nos. 319, 321.) The Joint Supplements limited the number of disputes at issue in the Motions. The Court appreciates the parties' cooperation in limiting the number of disputes through the meet and confer process.

At the outset, the Court notes that despite the Court's advisements at the March 8, 2023 hearing, the Joint Supplements did not comply with the procedure for Joint Stipulations under Local Rule 37-1. As such, Plaintiff's failure to present her arguments to Defendants made the Court's review more difficult as it was forced to expend

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-04920 CJC (ADSx)                                    Date:  April 28, 2023

Title:  *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

significant time to determine each party's arguments and the precise relief Plaintiff was seeking.  Given this inefficient procedure, the Court has reviewed the parties' briefing as best it could and determines that Requests 1, 2, and 3, as outlined in Plaintiff's March 13, 2023 Letter, remain outstanding.  See (Dkt. No. 319, Ex. V; Dkt. No. 330, Ex. 19.)  The Court rules as follows:

**II.     DISCUSSION**

   **A.     Request No. 1: Interests in MindGeek Entities**

Plaintiff first requests the Court to order the production of: "Documents identifying [Defendant's] ownership and economic interests in any MindGeek related entity or business."  See (Dkt. No. 319, Ex. V; Dkt. No. 330, Ex. 19.)  The Motions to Compel for Request No. 1 are granted to the extent Defendants are ordered to produce the certain documents and information they agreed to produce as set forth in the Joint Supplements, that are in their possession, custody, or control.

Further, with respect to Defendant Bergmair, the Court orders the production of records and documents concerning the amount of royalties or other monies paid to him through RT Holdings, including records showing the basis and method for the calculation of such royalty payments.  With respect to Defendants Antoon and Tassillo, the Court orders the production of documents sufficient to show payments made and received by FDCo related to its/Antoon's/Tassillo's interest in any MindGeek related entity.

   **B.     Request No. 2: Money Invested in or Received from MindGeek**

Plaintiff next requests the Court to order the production of: "Documents reflecting all monies invested in, or received from, any MindGeek related entity and the related contract or agreement under which those payments and distributions were made."  See (Dkt. No. 319, Ex. V; Dkt. No. 330, Ex. 19.)  The Motions to Compel for Request No. 2 are granted to the extent Defendants are ordered to produce the certain documents and information they agreed to produce as set forth in the Joint Supplements, that are in their possession, custody, or control.  With respect to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-04920 CJC (ADSx)                                            Date:  April 28, 2023

Title:  *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

Defendants Antoon and Tassillo, the Court orders the production of documents evidencing the monies they received from any MindGeek related entity and the agreements those monies were transferred pursuant to.

### C.      Request No. 3: Interests in Non-MindGeek Entities

Finally, Plaintiff requests the Court to order the production of: "Documents identifying any entity not consolidated on MindGeek-produced financial statements in which [Defendant] holds an interest that does business with any MindGeek entity or business." See (Dkt. No. 319, Ex. V; Dkt. No. 330, Ex. 19.)  The Motions to Compel for Request No. 3 are denied.  However, the Court orders Defendants to produce the certain documents and information they agreed to produce as set forth in the Joint Supplements, that are in their possession, custody, or control.

### D.      Timing of Production

The Court orders Defendants to complete their document production on or before May 12, 2023, or a date mutually agreed to by the parties.

**IT IS SO ORDERED.**

Initials of Clerk kh