# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Serena Fleites, et al. | | **CASE NUMBER:** |
| | Plaintiff(s) | 2:21-cv-04920-CJC-ADSx |
| v. | | |
| MindGeek S.A.R.L., et al . | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge  Autumn D. Spaeth .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge  Autumn D. Spaeth

Date/Time  May 18, 2023 at 10:00 a.m.

Courtroom:  Telephonic - Call information will be provided by separate email.

Dated:        May 12, 2023                By:                K. Hopkins
                                              Deputy Clerk