UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-0420 CJC (ADSx)                             Date: May 18, 2023

Title: *Serena Fleites, et al. v. MindGeek S.A.R.L., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 05/18/2023 |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David M. Stein | Dan E. Marmalefsky |
| John Doyle | Ronald G. White |
| Lauren Tabaksblat | Jeffrey C. Skinner |

**Proceedings:**   **INFORMAL DISCOVERY CONFERENCE**

Informal Discovery Conference held regarding Motion Re: Informal Discovery Dispute [345]. Argument by counsel.

Defendant's request for a protective order is denied as reflected on the record.

|  | :40 |
|---|---|
| Initials of Preparer | kh |