BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Autumn D. Spaeth<br><br>**[PROPOSED] PROTECTIVE ORDER RELATED TO PLAINTIFF'S MAY 25, 2023 NOTICE OF RULE 30(b)(6) DEPOSITION** |

Having considered all papers filed in support of and in opposition to MindGeek S.A.R.L.'s Opposed Ex Part Application for Protective Order Related to Plaintiff's Improper and Untimely Notice of Rule 30(b)(6), **IT IS HEREBY ORDERED** that the Application is **GRANTED**.

Accordingly, the deposition of MindGeek S.A.R.L.'s corporate representative will take place on June 2, 2023 and be limited to the following topics identified in Plaintiff's May 25, 2023 deposition notice: 1; 2 (limited to organizational charts); 4; 5 (limited to the factual bases for each claim in the Declaration of Andreas Andreou); 7 (limited to the annual revenues, costs and expenses, profits, and losses for each MindGeek Entity); 8 (limited to related party transactions disclosed in the MindGeek Entities' financial statements); and 12 (limited to MindGeek's jurisdictional contacts with the US or California), as well as the identity of persons likely to have knowledge of those topics.

Plaintiff is prohibited from noticing any further jurisdictional discovery depositions absent leave of Court.

**IT IS SO ORDERED.**

Dated: _____

Honorable Autumn D. Spaeth