# EXHIBIT A

Michael J. Bowe
(admitted pro hac vice)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted pro hac vice)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>Judicial Officer: Cormac J. Carney<br>Courtroom: 9B<br><br>**PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION TO DEFENDANT MINDGEEK S.A.R.L.** |

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel of record, will take the oral deposition of Defendant MindGeek S.A.R.L., through one or more of their officers, directors, or managing agents, or other persons who consent to testify on its behalf, with regard to the matters set forth in the attached Schedule A. Plaintiff requests that MindGeek S.A.R.L. identify, in writing, at least (7) days in advance of the deposition, the person(s) designated to testify on its behalf, the job title of such person(s), and the topic(s) on which each such person(s) will testify.

The deposition will commence on September 26, 2022, at 9:30 a.m. (PT) at the offices of Brown Rudnick LLP, 2211 Michelson Dr., Irvine, CA 92612, or at such other time and place as may be agreed by counsel. The deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths, and will continue from day-to-day, excluding weekends and holidays, until completed. The testimony will be recorded stenographically and videotaped.

DATED: August 23, 2022          BROWN RUDNICK LLP

By:_____
MICHAEL J. BOWE (*pro hac vice*)
mbowe@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

Attorneys for Plaintiffs

1                                                                 CASE NO. 21-CV-04920-CJC-ADS
**PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION TO MINDGEEK S.A.R.L.**

# SCHEDULE A

# DEFINITIONS

Plaintiff, Serena Fleites, incorporates by reference the Definitions from *Plaintiff's First Requests for Production of Documents* to MindGeek S.A.R.L., MG Freesites, Ltd., MindGeek USA Incorporated, MG Premium Ltd., MG Global Entertainment Inc., and 9219-1568 QUEBEC, Inc. ("Defendants"), served August 23, 2022, as if set forth fully herein.

# TOPICS

1. The identity of any past or present, direct, indirect, or beneficial owners, shareholders, limited or general partners, lenders, secured parties, or holders of any other economic interest in MindGeek.

2. The past or present corporate and ownership organization and structure of MindGeek, including the identities of all affiliated or related party entities, corporations, limited partnerships, limited liability companies, partnerships, or other entities; the nature of the direct, indirect or beneficial ownership or other interests held by any such person, entity, or organization; and the owners, members, directors, managers, lenders, secured parties, general or limited partners, executives, and outside law firms and accountants of such entities.

3. The identity and location of other persons likely to have knowledge of the foregoing topics.

4. The identity and location of documents and things pertaining to the foregoing topics.