# EXHIBIT B

| | |
|---|---|
| **From:** | Boisvert, Chip |
| **Sent:** | Monday, September 19, 2022 9:48 AM |
| **To:** | 'Tabaksblat, Lauren' |
| **Cc:** | Bowe, Michael J; Doyle, John G.; McCafferty, Meghan; Massey, Kathleen; Yeary, Michelle |
| **Subject:** | RE: MindGeek |

Good morning Lauren,

I hope you are doing well and had a nice weekend. I am following up to see if you have proposed dates during the weeks of October 3 and October 10 for the 30(b)(6) deposition and the deposition of Mr. Andreou in New York City.

Thanks,

-Chip

---

**From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Sent:** Monday, September 12, 2022 11:57 AM
**To:** Boisvert, Chip <Chip.Boisvert@dechert.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Subject:** Re: MindGeek

> [EXTERNAL EMAIL]

That is fine.

> On Sep 12, 2022, at 11:53 AM, Boisvert, Chip <Chip.Boisvert@dechert.com> wrote:
>
>> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> Good morning Lauren,
>
> I hope you had a nice weekend. Counsel for the individual defendants (Bergmair, Antoon, Tassillo, & Urman) have asked if I could inquire whether you have any objection to extending their respective deadlines to respond to their interrogatories to September 22 as well (to match our due date)? If you could let me know I would very much appreciate it.
>
> Thanks!
>
> -Chip

1

**From:** Boisvert, Chip <Chip.Boisvert@dechert.com>
**Sent:** Friday, September 9, 2022 7:07 PM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Subject:** Re: MindGeek

Thank you very much Lauren. I hope you have a very nice weekend.

---

**From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Sent:** Friday, September 9, 2022 7:05 PM
**To:** Boisvert, Chip <Chip.Boisvert@dechert.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; McCafferty, Meghan <MMcCafferty@brownrudnick.com>
**Subject:** MindGeek

[EXTERNAL EMAIL]

Chip,

I have confirmed that we consent to a one week adjournment of your deadline to respond to our interrogatories until 9/22.

I have also confirmed that we are amenable to proceeding in New York. I will circle back next week with some proposed dates for the noticed depositions.

Best,

Lauren

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

***************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***************************************************************************