# EXHIBIT G

| | |
|---|---|
| **From:** | Tabaksblat, Lauren <LTabaksblat@brownrudnick.com> |
| **Sent:** | Monday, May 29, 2023 6:53 PM |
| **To:** | Yeary, Michelle; Fay, Johanna P.; Boisvert, Chip; Massey, Kathleen; Korn, Adam; Chavkin, Peter; JSack@maglaw.com; JBrown@cohengresser.com; nread@cohengresser.com; Eszter Vincze; dwiechert@aol.com; RMcMenamin@maglaw.com; Peacocke, Alex; Biagetti, Peter; Akoglu, Kerime; rwhite@wmhlaw.com; James Meehan (jmeehan@wmhlaw.com); dlittle@wmhlaw.com; dmarmalefsky@mofo.com; Hargrove, Sydney; Tulumello, Drew; Comparato, Nicole |
| **Cc:** | Bowe, Michael J; Stein, David M.; Doyle, John G. |
| **Subject:** | RE: Deposition Notice - Fleites v. MindGeek S.A.R.L., et al. No. 21-cv-4920 (C.D. Cal.) |

**[EXTERNAL EMAIL]**

Michelle,

Under California law, absent a protective order, Mindgeek must designate a witness on the noticed topics. *See, e.g., DarbeeVision, Inc. v. C&A Mktg., Inc.*, No. CV 18-0725 AG (SSX), 2019 WL 2902697, at *9 (C.D. Cal. Jan. 28, 2019) ("What is not proper practice is to refuse to comply with the notice, put the burden on the party noticing the deposition to file a motion to compel, and then seek to justify non-compliance in opposition to the motion to compel. Put simply and clearly, absent agreement, a party who for one reason or another does not wish to comply with a notice of deposition must seek a protective order.") We reserve all rights, including to move for sanctions, in the event Mr. Andreou is not prepared. Moreover, the deposition was noticed for Brown Rudnick's office and we intend to proceed at the noticed location. As we indicated in our prior email, we will have breakout rooms for you to meet with your client during breaks.

Finally, please provide dates that Mr. Tassillo is available to be deposed by close of business tomorrow.

Thank you,

Lauren

**From:** Yeary, Michelle <michelle.yeary@dechert.com>
**Sent:** Monday, May 29, 2023 6:34 PM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Fay, Johanna P. <JFay@brownrudnick.com>; Boisvert, Chip <Chip.Boisvert@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Korn, Adam <ABKorn@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; JSack@maglaw.com; JBrown@cohengresser.com; nread@cohengresser.com; Eszter Vincze <EVincze@cohengresser.com>; dwiechert@aol.com; RMcMenamin@maglaw.com; Peacocke, Alex <apeacocke@maglaw.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>; rwhite@wmhlaw.com; James Meehan (jmeehan@wmhlaw.com) <jmeehan@wmhlaw.com>; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Subject:** RE: Deposition Notice - Fleites v. MindGeek S.A.R.L., et al. No. 21-cv-4920 (C.D. Cal.)

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Lauren – we respectfully disagree with your characterization of plaintiff's May 25, 2023 30(b)(6) deposition notice and accordingly stand by all of our objections served on May 26, 2023.  We agreed to produce Mr. Andreou as MindGeek's corporate representative only for the topics set forth in plaintiff's August 2022 notice.  As Mr. Andreou has traveled to the United States to make himself available for that deposition, we will produce him on June 2, 2023 at Dechert's New York office on those topics only.  However, consistent with the requirements of Rule 30(b)(6), we are willing to meet and confer tomorrow for the limited purpose of determining if there are any portions of plaintiff's newly served topics that are reasonably tailored and that sufficiently overlap with the prior notice such that we would consider allowing questioning.

**Michelle Hart Yeary**
Counsel

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 609 955 3277 Direct
+1 609 471 2434 Mobile
michelle.yeary@dechert.com
dechert.com

Follow Dechert: Facebook / Twitter / LinkedIn

**From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Sent:** Monday, May 29, 2023 5:47 PM
**To:** Yeary, Michelle <michelle.yeary@dechert.com>; Fay, Johanna P. <JFay@brownrudnick.com>; Boisvert, Chip <Chip.Boisvert@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Korn, Adam <ABKorn@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; JSack@maglaw.com; JBrown@cohengresser.com; nread@cohengresser.com; Eszter Vincze <EVincze@cohengresser.com>; dwiechert@aol.com; RMcMenamin@maglaw.com; Peacocke, Alex <apeacocke@maglaw.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>; rwhite@wmhlaw.com; James Meehan <jmeehan@wmhlaw.com> <jmeehan@wmhlaw.com>; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Subject:** Re: Deposition Notice - Fleites v. MindGeek S.A.R.L., et al. No. 21-cv-4920 (C.D. Cal.)

[EXTERNAL EMAIL]

Michelle,

I am following up about dates for Mr. Tassillo's deposition.

In addition, please advise when MindGeek is available to meet and confer about Plaintiff's 30(b)(6) notice per rule 30(b)(6). Finally, please advise whether MindGeek intends to adjourn Mr. Andreou's depositions to the week of 6/5 as addressed in my email below, and if so, which dates work for Mr. Andreou and MindGeek.

Thank you,

Lauren

On May 28, 2023, at 11:29 AM, Tabaksblat, Lauren <LTabaksblat@brownrudnick.com> wrote:

Michelle,

We write in response to MindGeek's objections to Plaintiff's 30(b)(6) notice. Rule 30(b)(6) requires the noticing party to provide reasonable notice prior to proceeding with the deposition of a corporate designee. Plaintiff's notice plainly satisfies the federal rule requirements. As MindGeek concedes, Plaintiff initially served the 30(b)(6) notice in August 2022. The topics in the revised notice merely expound on the topics that were previously noticed, are narrowly tailored to the questions that Judge Carney's July 29, 2022 order directed the parties to address during discovery, tracks the sworn declaration submitted by MindGeek in support of its argument that MindGeek should not be subject to jurisdiction in this action, and have been the subject of numerous court hearings, motions, and meet and confers, during which Plaintiff not only put MindGeek on notice that Plaintiff would be seeking the deposition of a corporate designee on these topics, MindGeek repeatedly invited Plaintiff to do so. *See, e.g.,* Transcript from November 16, 2022 Hearing (stating that MindGeek did not object to 30(b)(6) testimony concerning MindGeek's "corporate structure and related financial issues as well as a deposition of [Mr. Andreou] who is Director of Corporate Finance."); Transcript from March 16, 2023 meet and confer (in response to Plaintiff's requests for information concerning MindGeek's organizational structure and financial accounting and distributions "[you] asked for a 30(b)(6) and Mr. Andreas [sic] has an accounting background. So you could start by taking his deposition perhaps. I think he will be more helpful tha[n] I am on the companies [sic] financial statements").

Accordingly, the amended May 25, 2023 notice is proper and Plaintiff intends to depose a representative of MindGeek S.A.R.L. on each of the topics set forth in that notice. In the event, MindGeek's representative needs more time to prepare for the deposition, Plaintiff is amenable to adjourning the deposition date to the week of 6/5.

**From:** Yeary, Michelle <michelle.yeary@dechert.com>
**Sent:** Friday, May 26, 2023 3:49 PM
**To:** Fay, Johanna P. <JFay@brownrudnick.com>; Boisvert, Chip <Chip.Boisvert@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Korn, Adam <ABKorn@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; jsack@maglaw.com; jbrown@cohengresser.com; nread@cohengresser.com; Eszter Vincze <EVincze@CohenGresser.com>; dwiechert@aol.com; rmcmenamin@maglaw.com; Peacocke, Alex <apeacocke@maglaw.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>; rwhite@wmhlaw.com; James Meehan (jmeehan@wmhlaw.com) <jmeehan@wmhlaw.com>; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Tulumello, Drew <drew.tulumello@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Subject:** RE: Deposition Notice - Fleites v. MindGeek S.A.R.L., et al. No. 21-cv-4920 (C.D. Cal.)

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Counsel – Attached please find the MindGeek Entity Defendants' objection to Plaintiff's May 25, 2023 30(b)(6) Notice of Deposition.

**Michelle Hart Yeary**
Counsel

**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 609 955 3277 Direct
+1 609 471 2434 Mobile
michelle.yeary@dechert.com
dechert.com

Follow Dechert: Facebook / Twitter / LinkedIn

**From:** Fay, Johanna P. <JFay@brownrudnick.com>
**Sent:** Thursday, May 25, 2023 6:09 PM
**To:** Boisvert, Chip <Chip.Boisvert@dechert.com>; Massey, Kathleen <kathleen.massey@dechert.com>; Yeary, Michelle <michelle.yeary@dechert.com>; Korn, Adam <ABKorn@mintz.com>; Chavkin, Peter <PAChavkin@mintz.com>; jsack@maglaw.com; jbrown@cohengresser.com; nread@cohengresser.com; Eszter Vincze <EVincze@CohenGresser.com>; dwiechert@aol.com; rmcmenamin@maglaw.com; Peacocke, Alex <apeacocke@maglaw.com>; Biagetti, Peter <PABiagetti@mintz.com>; Akoglu, Kerime <KSAkoglu@mintz.com>; rwhite@wmhlaw.com; James Meehan (jmeehan@wmhlaw.com) <jmeehan@wmhlaw.com>; dlittle@wmhlaw.com; dmarmalefsky@mofo.com; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Tulumello, Drew <drew.tulumello@weil.com>; Comparato, Nicole <Nicole.Comparato@weil.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Stein, David M. <DStein@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>
**Subject:** Deposition Notice - Fleites v. MindGeek S.A.R.L., et al. No. 21-cv-4920 (C.D. Cal.)

**[EXTERNAL EMAIL]**

Counsel,

Please find attached for service Plaintiff's 30(b)(6) Notice to MindGeek.

Thank you,

Johanna

<image001.jpg>
**Johanna Fay**
Associate
She/her/hers
Brown Rudnick LLP
One Financial Center,

4

Boston, MA 02111
T: +1 617.856.8277
M: +1 802.734.3886
F: +1 617.289.0777
JFay@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

************************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

************************************************************************

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary [here](#) which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.


***************************************************************************