# EXHIBIT H

| | |
|---|---|
| **From:** | Massey, Kathleen |
| **Sent:** | Tuesday, May 30, 2023 4:09 PM |
| **To:** | Tabaksblat, Lauren |
| **Cc:** | Bowe, Michael J; Doyle, John G.; Yeary, Michelle |
| **Subject:** | Fleites v. MIndGeek - 30(b)(6) Notice sent May 25, 2023 |

Lauren –

Following up on our call earlier, and subject to our prior objections to the above-referenced notice, I am writing on behalf of the MindGeek Entity Defendants to advise that Andreas Andreou will be prepared to testify Friday June 2, 2023 about the topics in the original notice dated August 23, 2022, plus the following topics from the new notice dated May 25, 2023:

- in #2, organizational charts;
- in #5, factual bases for each claim in the Declaration of Andreas Andreou;
- in #7, the annual revenues, costs and expenses, profits, and losses for each MindGeek Entity;
- in #8, related party transactions disclosed in the MindGeek Entities' financial statements;
- in #12, MindGeek S.a.r.l.'s jurisdictional contacts with the US or California;
- and the identities and locations of persons likely to have knowledge of the foregoing topics.

Unless you agree to withdraw the remainder of the deposition topics identified in the May 25 notice, as to which the MindGeek Entity Defendants preserve all objections, by the close of business today (Eastern time, the MindGeek Entity Defendants will be moving for a protective order as to such topics.

Kathleen