# EXHIBIT I

**From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Sent:** Tuesday, May 30, 2023 6:18 PM
**To:** Massey, Kathleen <kathleen.massey@dechert.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Subject:** RE: Fleites v. MIndGeek - 30(b)(6) Notice sent May 25, 2023

[EXTERNAL EMAIL]

Kathleen,

As I advised earlier during our meet and confer, we will not be withdrawing our notice as to any topics.

Lauren

**From:** Massey, Kathleen <kathleen.massey@dechert.com>
**Sent:** Tuesday, May 30, 2023 4:09 PM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Cc:** Bowe, Michael J <MBowe@brownrudnick.com>; Doyle, John G. <JDoyle@brownrudnick.com>; Yeary, Michelle <michelle.yeary@dechert.com>
**Subject:** Fleites v. MIndGeek - 30(b)(6) Notice sent May 25, 2023

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Lauren –

Following up on our call earlier, and subject to our prior objections to the above-referenced notice, I am writing on behalf of the MindGeek Entity Defendants to advise that Andreas Andreou will be prepared to testify Friday June 2, 2023 about the topics in the original notice dated August 23, 2022, plus the following topics from the new notice dated May 25, 2023:

- in #2, organizational charts;
- in #5, factual bases for each claim in the Declaration of Andreas Andreou;
- in #7, the annual revenues, costs and expenses, profits, and losses for each MindGeek Entity;
- in #8, related party transactions disclosed in the MindGeek Entities' financial statements;
- in #12, MindGeek S.a.r.l.'s jurisdictional contacts with the US or California;

- and the identities and locations of persons likely to have knowledge of the foregoing topics.

Unless you agree to withdraw the remainder of the deposition topics identified in the May 25 notice, as to which the MindGeek Entity Defendants preserve all objections, by the close of business today (Eastern time, the MindGeek Entity Defendants will be moving for a protective order as to such topics.

Kathleen

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

********************************************************************