Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:         949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MINDGEEK S.A.R.L.'S EX PARTE APPLICATION FOR PROTECTIVE ORDER RELATED TO PLAINTIFF'S RULE 30(b)(6) DEPOSITION NOTICE**<br><br>Jurisdictional Discovery Cutoff: June 16, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MINDGEEK S.A.R.L.'S EX PARTE APPLICATION FOR PROTECTIVE ORDER RELATED TO PLAINTIFF'S RULE 30(B)(6) DEPOSITION NOTICE**

# DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the law firm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I have been admitted *pro hac vice* in this case. I submit this declaration in further support of Plaintiff's Opposition to MindGeek S.a.r.l.'s Ex Parte Application for Protective Order Related to Plaintiff's Rule 30(b)(6) Deposition Notice. I have personal knowledge of the matters in this declaration.

2. On November 16, 2022, the Court held a hearing on Plaintiff's Motion for Issuance of Letters Rogatory. A true and correct copy of an excerpt from the transcript of this hearing is attached as **Exhibit 1**.

3. On March 16, 2023, the Parties met and conferred and had the meeting transcribed to permit the parties to fully consider and understand each other's positions for subsequent discussions. A true and correct copy of an excerpt from the transcript of this meet and confer is attached as **Exhibit 2.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of May 2023 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle