# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)

| | | |
|---|---|---|
| SERENA FLEITES, ET AL., | ) | CASE NO: 2:21-cv-04920-CJC-ADSx |
| | ) | |
| Plaintiffs, | ) | CIVIL |
| | ) | |
| vs. | ) | Santa Ana, California |
| | ) | |
| MIND GEEK S.A.R.L., ET AL., | ) | Wednesday, November 16, 2022 |
| | ) | |
| Defendants. | ) | (10:45 a.m. to 11:18 a.m.) |

HEARING RE:

PLAINTIFFS' MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL
JUDICIAL ASSISTANCE [DKT.NO.178]

BEFORE THE HONORABLE AUTUMN D. SPAETH,
UNITED STATES MAGISTRATE JUDGE

**APPEARANCES:**               SEE PAGE 2

Court Reporter:             Recorded; CourtSmart

Courtroom Deputy:           Kristee Hopkins

Transcribed by:             Exceptional Reporting Services, Inc.
                            P.O. Box 8365
                            Corpus Christi, TX 78468
                            361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1  board resolutions, ownership in stock-transfer documents and
2  shareholder agreements.
3        We are still in the process of compiling and
4  producing tax returns for each of the MindGeek entities or
5  their foreign equivalent.  And Plaintiffs have also noticed two
6  depositions in this case, a 30(b)(6) deposition on MindGeek's
7  corporate structure and related financial issues as well as a
8  deposition of Andreas Andreou who is Director of Corporate
9  Finance.
10       The MindGeek Defendants have not objected to those
11 depositions.  We, in fact, offered dates in October and we
12 agreed to produce Mr. Andreou who is a citizen of Cypress in
13 New York City for the convenience of the parties.  We offered
14 dates in October.  We have not heard back on that to date.
15       Despite these productions at this point in time,
16 Plaintiffs have not asked Defense counsel any questions about
17 the documents that have been produced to date.  There has not
18 been a substantive meet-and-confer on the specific document
19 requests or the interrogatories to discuss what might be
20 deficient, what they might need.
21       I understand Mr. Doyle today indicated that there may
22 be motions to compel coming but to date, the Rule 37-1
23 conference has not happened on any of those issues.  We have
24 not discussed them and to the extent that there are questions,
25 we are certainly, like, willing to answer them, meet, agree,

27

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____                                    <u>November 25, 2022</u>
              Signed                                                          Dated


*TONI HUDSON, TRANSCRIBER*

**EXCEPTIONAL REPORTING SERVICES, INC**