# Exhibit 2

CONFIDENTIAL

Page 1

```
 1   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 2   SOUTHERN DIVISION
     ----------------------------------------------- X
 3   SERENA FLEITES,
 4           Plaintiff,
 5
 6
         V.
 7                CASE NO. 2:21-CV-04920-CJC-ADS
 8
 9   MINDGEEK S.A.R.L.; MG FREESITES, LTD;
     MINDGEEK USA INCORPORATED; MG PREMIUM LTD.;
10   MG GLOBAL ENTERTAINMENT INC.; 9219- 1568
     QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON;
11   DAVID TASSILLO; COREY URMAN; VISA INC.;
     COLBECK CAPITAL DOES 1-5; BERGMAIR
12   DOES 1-5,
13           Defendants.
     ----------------------------------------------- X
14
15                    (Via Teleconference)
16                    March 16, 2023
                      5:00 P.M.
17
18
19       ** MEET AND CONFER * CONFIDENTIAL **
20
21
22
23
24
25
```

CONFIDENTIAL

Page 53

1  MR. BOWE:  Without agreement to
2  what you just proposed, when you say
3  ask the accountants, are you talking
4  about Grant Thornton?
5  MS. MASSEY:  Well, you certainly
6  have Grant Thornton.  You're seeking
7  discovery from them from all over the
8  world.  You know, in addition, you
9  asked for a 30(b)(6) and Mr. Andreas
10  has an accounting background.  So you
11  could start by taking his deposition
12  perhaps.  I think he will be more
13  helpful that I am on the companies
14  financial statements.
15  MR. BOWE:  I understand.  I would
16  like the documents about the questions
17  that I am going to ask him.
18  MS. MASSEY:  We don't have
19  additional documents to produce in
20  response to your request Number 3.
21  MR. BOWE:  When you say there are
22  no additional documents, are you saying
23  --
24  MS. MASSEY:  We're not going to
25  produce documents about how every penny

CONFIDENTIAL

Page 113

```
 1            C E R T I F I C A T I O N
 2
 3        I, Jessica DiLallo, a Notary Public
 4    for and within the State of New York, do
 5    hereby certify:
 6        THAT, the within transcript is a true
 7    record of the testimony given by said
 8    parties.
 9        I further certify that I am not
10    related either by blood or marriage to any
11    of the parties to this action; and that
12    I am in no way interested in the outcome
13    of this matter.
14
15        IN WITNESS WHEREOF, I have hereunto
16    set my hand this 20th day of March, 2023.
17    [signature: Jessica DiLallo]
18
19    Jessica DiLallo
20
21
22
23
24
25
```