UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**JOINT STIPULATION TO TAKE TWO NON-PARTY DEPOSITIONS AFTER THE JURISDICTIONAL DISCOVERY CUTOFF**<br><br>Jurisdictional Discovery Cutoff: June 16, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STIPULATION**

On May 12, 2023, this Court granted the parties' request to extend the jurisdictional discovery period to June 16, 2023. (Dkt. No. 344.) At the time of the request, the parties endeavored to complete all non-party depositions before the close of jurisdictional discovery. Two of the non-party deponents, Grant Thornton LLP and Reflected Networks, LLC, have informed Plaintiff that they are unavailable for deposition before June 16, 2023, and have requested that the depositions occur during the week of June 19, 2023. The parties met and conferred and, subject to the Court's approval, have agreed to conduct these two depositions the week after the current close of jurisdictional discovery. Accordingly, Plaintiff respectfully requests that the Court grant this joint stipulation and permit the depositions of Grant Thornton LLP and Reflected Networks, LLC to be conducted after the June 16, 2023 jurisdictional discovery cutoff.

Dated: June 14, 2023                    Respectfully Submitted,

                                        By: /s/ David M. Stein
                                        MICHAEL J. BOWE (*pro hac vice*)
                                        mbowe@brownrudnick.com
                                        LAUREN TABAKSBLAT
                                        (*pro hac vice*)
                                        ltabaksblat@brownrudnick.com
                                        7 Times Square
                                        New York, NY 10036
                                        Phone: (212) 209-4800
                                        Fax: (212) 209-4801

                                        David M. Stein (#198256)
                                        dstein@brownrudnick.com
                                        2211 Michelson Drive, 7th Floor
                                        Irvine, California 92612
                                        Phone: 949.752.7100
                                        Fax:    949.252.1514

                                        Attorneys for Plaintiffs

| | | |
|---|---|---|
| | Dated: June 14, 2023 | /s/    *Kathleen N. Massey*<br>KATHLEEN N. MASSEY<br>(*admitted pro hac vice*)<br>kathleen.massey@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 698-3500; Fax: (212) 698 3599<br>*Attorneys for MindGeek Entity Defendants* |
| | Dated: June 14, 2023 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br><br>BY:  */s/ Kerime Akoglu*<br>Adam B. Korn (SBN 331133)<br>abkorn@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Telephone:  (310) 586-3200<br><br>Peter A. Chavkin (*Pro Hac Vice*)<br>pachavkin@mintz.com<br>Kerime S. Akoglu (*Pro Hac Vice*)<br>ksakoglu@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>919 Third Avenue, 39th Floor<br>New York, NY 10022<br>Telephone:  (212) 935-3000<br><br>Peter A. Biagetti (*Pro Hac Vice*)<br>pabiagetti@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000<br><br>Attorneys for Specially-Appearing Defendant,<br>COREY URMAN |

**JOINT STIPULATION**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 14, 2023 | **COHEN & GRESSER LLP** |
| 3 | | |
| 4 | | By: /s/ *Nathaniel P. T. Read* |
| | | JASON BROWN (*pro hac vice*) |
| 5 | | jbrown@cohengresser.com |
| 6 | | Nathaniel P. T. Read (*pro hac vice*) |
| | | nread@cohengresser.com |
| 7 | | 800 Third Avenue |
| 8 | | New York, NY 10022 |
| | | Phone: (212) 957-7609 |
| 9 | | |
| 10 | | WIECHERT, MUNK & GOLDSTEIN, PC |
| 11 | | David W. Wiechert (SBN 94607) |
| | | 4000 MacArthur Blvd. Suite 600 |
| 12 | | East Tower |
| 13 | | Newport Beach, CA 92660 Phone: (949) 361-2822 |
| | | Facsimile: (949) 361-5722 |
| 14 | | Email: dwiechert@aol.com |
| 15 | | |
| | | Attorneys for Defendant Feras Antoon |
| 16 | | |
| 17 | Dated: June 14, 2023 | MORVILLO ABRAMOWITZ GRAND |
| 18 | | |
| 19 | | By: /s/ *Jonathan S. Sack* |
| 20 | | |
| | | JONATHAN S. SACK |
| 21 | | (admitted *pro hac vice*) |
| 22 | | jsack@maglaw.com |
| | | Morvillo Abramowitz Grand |
| 23 | | 565 Fifth Avenue |
| 24 | | New York, NY  10017 |
| | | Tel: (212) 880-9410 |
| 25 | | |
| 26 | | Attorneys for Specially Appearing Defendant David Tassillo |
| 27 | | |
| 28 | | |

1
2  Dated: June 14, 2023                MORRISON & FOERSTER LLP
3                                      By: */s/ Dan Marmalesfsky*
4                                      DAN MARMALEFSKY (CA SBN 95477)
                                       DMarmalefsky@mofo.com
5                                      Morrison & Foerster LLP
                                       707 Wilshire Boulevard
6                                      Los Angeles, California 90017
                                       Tel.: (213) 892-5200
7                                      Fax: (213) 892-5454
8
9                                      WALDEN MACHT & HARAN LLP
10
                                       By: */s/Ronald G. White*
11                                     RONALD G. WHITE
                                       (admitted *pro hac vice*)
12                                     rwhite@wmhlaw.com
13                                     Walden Macht & Haran LLP
                                       250 Vesey Street
14                                     New York, NY 10281
                                       Tel: (212) 335-2387
15                                     Fax: (212) 335-2040
16
17                                     Attorneys for Defendant Bernd Bergmair
18
19
20
21
22
23
24
25
26
27
28

                                          4                CASE NO. 21-CV-04920-CJC-ADS
**JOINT STIPULATION**

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: JUNE 14, 2023                Respectfully submitted,

By: */s/ David M. Stein*
David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:  949.752.7100
Fax:      949.252.1514