UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY DEPOSITIONS AFTER THE JURISDICTIONAL DISCOVERY CUTOFF** |

This Court, having considered the Parties' joint stipulation in connection with their request to permit the deposition of non-parties Grant Thornton LLP and Reflected Networks LLC after the close of the established jurisdictional discovery cutoff, and for good cause showing, hereby rules as follows:

**IT IS ORDERED** that the request is **GRANTED**. The depositions shall take place on or before June 23, 2023 or on another mutually agreeable date.

**IT IS SO ORDERED**.

Dated: _____

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge