UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME** |

This Court, having considered all of the evidence and submissions in connection with Plaintiffs' *Ex Parte* Application for Order for Shortening Time, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that Plaintiffs' *Ex Parte* Application for Order Shortening Time is **GRANTED.** Plaintiff's motion is deemed filed as of this date and the Defendants shall have seven (7) days from the date of this Order to file their oppositions, after which Plaintiff shall have three (3) days to file any reply briefs.

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge