UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEFENDANTS' BUYOUT AGREEMENTS** |

This Court, having considered all of the evidence and submissions in connection with Plaintiff's Motion to Compel Defendants' Buyout Agreements, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that Plaintiff's Motion to Compel Defendants' Buy-Out Agreements is **GRANTED.**

**IT IS FURTHER ORDERED THAT:**

a. Defendants will amend their responses to Plaintiff's Request for Production No. 60, and will produce their respective buy-out agreements and any related documents concerning the subject sale of their ownership and economic interests.

b. The Court orders Defendants to complete their document production on or before July 14, 2023.

     c. Plaintiff's request for the continued deposition of Defendant Bergmair is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____

                                              HONORABLE AUTUMN D. SPAETH
                                              United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DEFENDANTS' BUYOUT AGREEMENTS