| | |
|---|---|
| Michael J. Bowe<br>(admitted *pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(admitted *pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>2211 Michelson Drive, 7th Floor<br>Irvine, California 92612<br>Phone:   949.752.7100<br>Fax:   949.252.1514 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>      v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>            Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' BUYOUT AGREEMENTS**<br><br>Jurisdictional Discovery Cutoff: June 16, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**DECLARATION OF JOHN G. DOYLE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' BUYOUT AGREEMENTS**

## DECLARATION OF JOHN G. DOYLE

I, John G. Doyle, declare as follows:

1. I am an associate with the law firm Brown Rudnick LLP, counsel for Plaintiff Serena Fleites in this case. I have been admitted *pro hac vice* in this case. I submit this declaration in support of Plaintiff's Motion to Compel Defendants' Buyout Agreements and associated Opposed *Ex Parte* Application to Shorten Time. I have personal knowledge of the matters in this declaration.

2. On May 15, 2023, Plaintiff served Individual Defendants Bergmair, Antoon, and Tassillo with Plaintiff's Second Requests For Production of Documents. On June 15, 2023, Plaintiff received defendants' responses, true and accurate copies of which are attached as **Exhibits 1, 2, and 3**, respectively.

3. On June 16, 2023, Plaintiff deposed Defendant Tassillo. A true and correct copy of excerpts from the transcript of this deposition is attached as **Exhibit 4**.

4. On June 14, 2023, Plaintiff deposed Defendant Antoon. A true and correct copy of excerpts from the transcript of this deposition is attached as **Exhibit 5**.

5. On June 15, 2023, Plaintiff deposed Defendant Bergmair. A true and correct copy of excerpts from the transcript of this deposition is attached as **Exhibit 6**.

6. Plaintiff provided defendants with notice of her intent to seek *ex parte* relief on June 21, 2023, and the parties conferred again on June 26, 2023 trying to reach agreement, but to no avail. Defendants oppose this motion and the relief sought.

**Exhibits 4, 5, and 6** are filed under seal. A motion to file these exhibits under seal is being filed contemporaneously in accordance with Local Rule 79-5.2.2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of June 2023 in Washington, D.C.

By: /s/ *John G. Doyle*
John G. Doyle