# Exhibit 2

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

COHEN & GRESSER LLP
Jason Brown (admitted *pro hac vice*)
Nathaniel P. T. Read (admitted *pro hac vice*)
800 Third Avenue
New York, New York 10022
Phone: (212) 957-6000
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: nread@cohengresser.com

*Attorneys for Defendant
Feras Antoon*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>          Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>          Defendants. | Case No. 21-cv-04920-CJC-ADS |

**DEFENDANT FERAS ANTOON'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

seeks documents that can be obtained from a more convenient and less expensive source, namely, the MindGeek Corporate Defendants.

**Request No. 60:**

All contracts, agreements, and related documents and records of payments or transfer of interests related to the reported 2023 sale of the MindGeek Defendants' business.

**Response to Request No. 60:**

Mr. Antoon objects to this Request on the grounds that it is vague, overbroad, and seeks information beyond Mr. Antoon's possession, custody, or control. Among other things, the term "related documents" is vague and ambiguous. Mr. Antoon further objects to this Request to the extent it seeks information beyond the scope of the jurisdictional discovery authorized by the Court's July 29 Order, including by seeking documents concerning entities not relevant to the Action and by seeking documents concerning matters before June 1, 2014, and after December 31, 2020. Moreover, Mr. Antoon objects to this Request because it seeks documents that can be obtained from a more convenient and less expensive source, namely, the MindGeek Corporate Defendants. Mr. Antoon also objects to this Request because it seeks to impose burdens on Mr. Antoon that are not proportionate to the needs of this Action and is intended to harass rather than obtain any information related to personal jurisdiction or any claim or defense at issue in this action.

**Request No. 61:**

All documents concerning any MindGeek entity or personnel paying personal expenses or providing personal services for non-MindGeek related business and personal items of You and/or David Tassillo and Your families.

**Response to Request No. 61:**

Mr. Antoon objects to this Request on the grounds that it is vague, overbroad, and seeks information beyond Mr. Antoon's possession, custody, or

10

1 | June 15, 2023

Respectfully submitted,

/s/ *Jason Brown*
Jason Brown (admitted pro hac vice)
jbrown@cohengresser.com
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022
Telephone: (212) 957-7609

*Attorneys for Defendant Feras Antoon*