# Exhibit 3

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
Jonathan S. Sack (admitted *pro hac vice*)
Ryan McMenamin (admitted *pro hac vice*)
Alexander Peacocke
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: rmcmenamin@maglaw.com

*Attorneys for Specially Appearing Defendant David Tassillo*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br>v.<br><br>MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation, 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>    Defendants. | Case No. 21-cv-04920-CJC-ADS<br><br>**SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION** |

**SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**

seeks information unrelated to personal jurisdiction or outside the scope of the jurisdictional discovery permitted by the Court's July 29, 2022 Order.

**Request No. 60:**

All contracts, agreements, and related documents and records of payments or transfer of interests related to the reported 2023 sale of the MindGeek Defendants' business.

**Response to Request No. 60:**

(a) Mr. Tassillo objects to this Request on the grounds that it overbroad, unduly burdensome and seeks information beyond Mr. Tassillo's present knowledge, custody or control.

(b) Mr. Tassillo further objects to this Request to the extent it seeks information unrelated to or outside the scope of the jurisdictional discovery permitted by the Court's July 29, 2022 Order.

(c) Mr. Tassillo objects to this Request on the basis that "related documents" is vague and ambiguous.

(d) Mr. Tassillo further objects to this request on the grounds it seeks material after the end of the relevant time period.

**Request No. 61:**

All documents concerning any MindGeek entity or personnel paying personal expenses or providing personal services for non-MindGeek related business and personal items of Feras Antoon and/or David Tassillo and their families.

**Response to Request No. 61:**

7
**SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**

sought from the MindGeek Entities.

(d) Mr. Tassillo further objects to the production of any work product or reports prepared by outside accountants.

Dated: June 15, 2023

                          MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC

                          By: */s/ Jonathan S. Sack*

                                Jonathan S. Sack (admitted *pro hac vice*)
                                Ryan McMenamin (admitted *pro hac vice*)

                                *Attorneys for Specially Appearing Defendant David Tassillo*

9
**SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023, I served a true and correct copy of Specially Appearing Defendant David Tassillo's Objections and Responses to Plaintiff's Second Request for Documents via electronic mail on Plaintiff's counsel, Michael J. Bowe (mbowe@brownrudnick.com), Lauren Tabaksblat (ltabaksblat@brownrudnick.com), David M. Stein (dstein@brownrudnick.com), and John Doyle (jdoyle@brownrudnick.com).

                                                */s/ Ryan McMenamin*
                                                Ryan McMenamin

**SPECIALLY APPEARING DEFENDANT DAVID TASSILLO'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**