Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:          949.752.7100
Fax:   949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS AND EXCERPTS TO PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME AND MOTION TO COMPEL** |

CASE NO. 21-CV-04920-CJC-ADS

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS AND EXCERPTS TO PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME AND MOTION TO COMPEL**

Good cause appearing therefore, the court hereby **GRANTS** Plaintiff's request to temporarily file under seal Exhibits 4, 5, and 6 submitted as attachments to Plaintiff's Ex Parte Application to Shorten Time and (Proposed) Motion to Compel Defendants' Buy-Out Agreements, as well as the unredacted versions of Plaintiff's Ex Parte Application and Motion to Compel. The clerk will file under seal these documents.

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL EXHIBITS AND EXCERPTS TO PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME AND MOTION TO COMPEL