BENJAMIN M. SADUN (287533)
benjamin.sadun@dechert.com
DECHERT LLP
US Bank Tower, 633 West 5th Street,
Suite 4900
Los Angeles, CA 90071-2013
Phone: (213) 808-5721; Fax: (213) 808-5760

KATHLEEN N. MASSEY (*admitted pro hac vice*)
kathleen.massey@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500; Fax: (212) 698 3599

*Attorneys for MindGeek Entity Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO.  2:21-CV-04920-CJC-ADS<br><br>Judicial Officer:   Autumn D. Spaeth<br><br>**DECLARATION OF MICHELLE HART YEARY IN SUPPORT OF THE MINDGEEK ENTITY DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO COMPEL DEFENDANTS' BUY-OUT AGREEMENTS** |

CASE NO. 2:21-cv-04920
**DECLARATION IN OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION**

I, Michelle Hart Yeary, do hereby declare and state as follows:

I am Counsel with the law firm Dechert LLP, attorneys of record for the MindGeek Entity Defendants in the above-captioned action. I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto:

1. I make this declaration in opposition to Plaintiff's Ex Parte Application To Shorten Time on Motion to Compel Defendants' Buy-Out Agreements.

2. On March 16, 2023, Ethical Capital Partners, announced that it had acquired MindGeek. Attached as Exhibit A is a true and correct copy of the press release posted on that date announcing the acquisition. In addition, attached as Exhibit B is a true and correct copy of the press release disseminated on News Wire.

3. News of the acquisition was covered in multiple media outlets. Attached as Exhibit C is a true and correct copy of an article by Forbes.com titled "What Pornhub's New Owner Has Planned for the Site," published on March 17, 2023; and attached as Exhibit D is an article by The Globe and Mail titled "Pornhub's parent bought by Ottawa private equity firm," published on March 17, 2023.

4. On May 16, 2023, Plaintiff served discovery requests on the Individual Defendants Feras Antoon, Bernard Bergmair, and David Tassillo requesting production of the Buy-Out Agreements. On June 15, 2023, those Defendants timely responded objecting to the production.

5. Those same Defendants were deposed on June 14, 15, and 16, respectively. Each objected to the production of the agreements and to the disclosure of certain information contained therein at their depositions.

6. The parties met and conferred by telephone on June 23, 2023, regarding Plaintiff's continued request for the production of agreements regarding the share sales by Individual Defendants Feras Antoon, Bernard Bergmair, and David Tassillo. The only rationale Plaintiff provided as to why they needed these agreements during the call was an amorphous statement that they might be relevant to possible witness

1  bias. Plaintiff's counsel also suggested they would seek an abbreviated briefing
2  schedule on a motion to compel. Defendants rejected this suggestion, largely on the
3  ground that this issue manifestly does not meet the criteria for *ex parte*
4  relief. Defendants did, however, suggest that they would be open to a reasonable
5  briefing schedule and requested Plaintiff make a proposal. Plaintiff never proposed
6  such a schedule, instead filing the current motion without a further meet and confer.

7  I declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct.

9  Executed this 30th day of June at Cherry Hill, New Jersey.

Respectfully submitted,

/s/   *Michelle Hart Yeary*
Michelle Hart Yeary