# Exhibit A



### ECP Announces Acquisition of MindGeek, Parent Company of Pornhub

Posted: 16/03/2023

---

**ECP Announces Acquisition of MindGeek, Parent Company of Pornhub**

*ECP is a private equity firm with vast regulatory, law enforcement, public engagement and finance experience MindGeek, a leading technology and media company, operates a large portfolio of adult entertainment platforms including Pornhub*

**Montreal, Quebec (March 16, 2023)** – Ethical Capital Partners (ECP), a private equity firm managed by a multidisciplinary team with regulatory, law enforcement, public engagement and finance experience, today announced that it has acquired MindGeek, a technology and media company, owner of a large portfolio of adult entertainment properties, including Pornhub, YouPorn, Redtube, Brazzers, Men.com, Sean Cody, Trans Angels and Nutaku.

MindGeek is a dynamic tech company that manages some of the most popular adult entertainment platforms in the world. MindGeek platforms feature the best selection of award-winning adult content and performers, the most extensive collection of high-quality adult videos and the most user-friendly experience for viewers. With an emphasis on supporting its community and freedom of expression, MindGeek's platforms have risen to the forefront of Trust & Safety, employing industry-leading compliance and content moderation practices.

MindGeek is committed to quality adult entertainment made by and for consenting adults on platforms that set the standard for trust and safety, and instituting compliance measures that surpass those of other platforms on the internet. With the support of ECP, MindGeek will further its research and adoption of the latest and best available online safety protocols to ensure that it remains a world-class leader in trust and safety and its platforms are inclusive, sex positive spaces for adults.

ECP investment in MindGeek is based on the following:

- **Leveraging ECP's experience and expertise to further position MindGeek as the internet's most popular platform for adult content.** ECP's partners and advisors, who represent a broad range of experts and stakeholders across law enforcement, legal, regulatory, public engagement and finance, will partner with MindGeek to ensure its platforms are at the forefront of innovation, and trust and safety on the internet, and remain home to an inclusive global community of adult creators, performers, artists and users celebrating creative and sexual expression.
- **Investing in MindGeek as the internet leader in fighting illegal online content.** ECP believes the internet should be safe for all - with child protection, intimate image security and digital self-determination at the core of our values, and that MindGeek must play a leading role in the fight against illegal content across the internet.
- **Unlocking shareholder value through state-of-the-art tech and IP investments.** ECP will add to the success that MindGeek continues to build by unlocking further value by way of investing in world-class content companies, safety technologies, and audience engagement.
The terms of the transaction are private and are not being publicly disclosed.

**Quotes**

"At ECP, we seek out innovative and ethically-driven companies that operate at the frontier of new, evolving industries. In MindGeek, we have identified a dynamic tech brand that is built upon a foundation of trust, safety and compliance, and with ECP's resources and broad expertise spanning regulatory, law enforcement, public engagement and finance, we have a unique opportunity to strengthen what already exists." - Fady Mansour, founding partner, ECP

"My partners at ECP and I have legal, regulatory, law enforcement, public engagement and finance backgrounds. We consult with a broad and diverse advisory team, with deep knowledge in trust and safety, financial compliance and academia. We are committed to bringing these voices together in consultative, research and advisory capacities. We know that public and transparent dialogue is the only path forward to destigmatize the legal choices of adult performers and consumers. We are engaged with the team at MindGeek and with stakeholders, including content creators, advocates, law enforcement, civil society partners and policy makers to inform our efforts and strengthen MindGeek's secure platforms, going beyond legal and regulatory obligations." - Solomon Friedman, founding partner, ECP

"We are confident that the MindGeek team and all MindGeek platforms operate with trust and safety at the forefront of everything they do. We will be engaging with stakeholders, including content creators, governments and industry to address the misalignment between how MindGeek operates and what the public perceives about this industry and these platforms. We will work with the team to ensure their commitment to trust and safety is communicated clearly with all stakeholders and the public." - Sarah Bain, founding partner, ECP

"The adult entertainment industry will always be the subject of significant legal and regulatory scrutiny. We are highly aware that mere regulatory compliance is not enough and that MindGeek must reassure, communicate and take on a more visible leadership role. Our pre-close reviews revealed that MindGeek operates legally and responsibly. We look forward to communicating the path forward for MindGeek and its holdings." - Derek Ogden, founding partner, ECP

"ECP seeks out investment opportunities in industries that require principled ethical leadership. Our philosophy is rooted in identifying properties amenable to our responsible investment approach and that have the potential to create attractive returns over a compelling time horizon. We believe the adult entertainment industry is being influenced by evolving public views and regulatory approaches, and the time is appropriate for evolving this business." - Rocco Meliambro, Chair, ECP

"MindGeek is the most dynamic and empowering tech platform in the world. We are proud to support and cultivate a strong community of content creators to express themselves, while also maintaining safe online platforms. We are excited for this next chapter of MindGeek. We look forward to working with the ECP team, and are confident that, with their support, we will continue to revolutionize safe, legal, sex-positive tech, and connect adult users around the globe with creators, content, advertising partners and technology they can trust. Thank you to everyone at MindGeek and to our entire community for your unwavering commitment to our core values of Consent, Freedom of Sexual Expression, Authenticity, Originality, and Diversity."
- MindGeek Management

**Related products**

MindGeek's comprehensive Trust & Safety Program includes, among other policies:

- Only verified users are able to upload content to Pornhub and other MindGeek platforms.
- Moderation practices include an extensive team of human moderators dedicated to manually reviewing every single upload, a thorough system for flagging, reviewing and removing illegal material, robust parental controls, and utilization of a variety of automated detection technologies.
- MindGeek digitally fingerprints materials found to be in violation of its policies in order to mitigate the ability for unwanted content to return to the platform. Fingerprinting technology is also available to users and creators on a proactive basis to prevent the unauthorized upload of their content.
- MindGeek maintains relationships with many leading non-profit organizations around the world to learn from their expertise, assist in their missions, and help inform platform policy. Non-profits include the Internet Watch Foundation, Thorn and dozens more.
- Safeguard, MindGeek's proprietary image recognition technology, has been developed and deployed with the purpose of combating child sexual abuse imagery and non-consensual content by preventing the re-upload of previously fingerprinted content to our platforms.
- The Content Removal Request Form, which is linked on every page, can also be used to report content and does not require the creation of a user account. Pornhub's policy is to immediately disable any content reported in the Content Removal Request Form for review.

More information on Pornhub's commitment transforming safe, legal, sex-positive tech is available here:

- 2022 Pornhub Transparency Report
- Pornhub Trust and Safety Center
- Pornhub Literacy 101 Series
- Pornhub Press Page