# Exhibit C

# What Pornhub s New Owner Has Planned For The Site

Forbes.com

March 17, 2023 Friday

Copyright 2023 Forbes LLC All Rights Reserved

**Length:** 974 words

**Byline:** Will Yakowicz, Forbes Staff
**Highlight:** The world s most popular porn site was just acquired by Canadian private equity fund Ethical Capital Partners, which promises to clean up its sexually exploitative videos.

## Body

**The parent company of the world s biggest porn site was just acquired by private equity fund Ethical Capital Partners, which promises to clean up its sexually exploitative videos.**

<figure>

<figcaption>

Making Nudes: ***Pornhub***'s parent company, ***MindGeek***, was sold this week to a private equity firm that promotes "principled ethical leadership."

Ethan Miller/Getty Images

</figcaption></figure>

The new owners of ***Pornhub***, the world s most popular porn site, would like to open the kimono and let the public have a full view of the company with a long, shadowy history.

On Thursday, a Canadian private equity firm named Ethical Capital Partners (ECP) announced that it acquired ***Pornhub*** s parent company, ***MindGeek***. ***Solomon Friedman***, a criminal defense lawyer and founding partner of Ottawa-based ECP, says ***MindGeek***, which is headquartered in Luxembourg and operates out of Montreal, will usher in a new era of transparency.

Our team is public, transparent, easy to find and easy to reach, says Friedman. It's time for a new approach, not just at ***MindGeek*** but in this industry. There has to be an environment where this stigma, and the shame goes away.

***MindGeek*** has had achallenging few yearsas accusations pile up thatit profits off videos of rape and child abuse. The company is fighting a number of legal battles, including a civil class action lawsuit in the United States stemming from sexually explicit videos of teenagers and children that were uploaded to some of its websites. (In addition to ***PornHub***, which has more than 130 million daily visitors, ***MindGeek*** also owns YouPorn and RedTube.) The company has vigorously denied any wrongdoing, but Visa and Mastercard cut off ***Pornhub*** and ***MindGeek*** s ad platform, TrafficJunky, from its payment networks. ***MindGeek*** said its subscription websiteshave access to Mastercard s payment portal again, but not its advertising entity.

Friedman admits that ***MindGeek*** has challenges ahead, but it will engage the public, company stakeholders and various organizations and double down on the company s technology to help verify the age, identity and consent of the people appearing in videos uploaded to its website.

We want this platform to be not only the most safe and law abiding on the adult side, but of course, to lead the way for the internet as a whole, Friedman says. There's really no other adult site in which people can be more comfortable, that the material that they are enjoying is lawful, is consensual, and is responsibly created by content creators that are protected by a suite of tools, both online and offline.

Friedman adds that ***MindGeek*** wants to engage and collaborate to help address problems not just facing the adult industry, but the internet as a whole.

ECP was founded by Friedman and other partners, including Fady Mansour, another criminal defense lawyer, Derek Ogden, who was an Royal Canadian Mounted Police officer and worked in the cannabis industry, and Sarah Bain, who specializes in communication and public affairs.

<figure>

<figcaption>

Hot Take: Money Shot, a new Netflix documentary, explores ***Pornhub***'s many success and scandals.

Netflix

</figcaption></figure>

According to a 2022 investigation into ***MindGeek*** by theFinancial Times, the privately-held company, which was backed by the press-shy and secretive former majority owner Bernd Bergmair, generated $460 million in revenue in 2018. The company increased revenue to $482 million in 2020, according to documents obtained byThe Globe and Mail.

Despite the scandals, Friedman believes the future is bright for ***MindGeek*** and ECP contends that the adult-entertainment and tech company can monetize some of its services outside of the porn industry to help fight against problems plaguing the internet, not just on adult sites.

We see enormous untapped value in the technology that they have created, both on the trust and safety side on moderation, financial security, data privacy, Friedman says. What we discovered under the hood at ***MindGeek*** is really an industry leading suite of tools. And they have the potential to continue developing more. In our view, that leaves much untapped potential to have open dialogue, to collaborate to work across industries, to be at the table with the major internet industry players to have a real public conversation about sex positive online expression in a safe, legal and responsible way. This is these are of course challenges. But with great challenges come great opportunities.

While the previous owners tried to keep a low profile, ECP wants to do the opposite. While the company s public perception is at a low adamning 2020 by Nicholas Kristof recounted many stories of teenagers and children allegedly being trafficked and exploited on the platform Friedman thinks a lot of its problems can be addressed through open dialogue. A provocative new Netflix documentary,**Money Shot: The *Pornhub* Story**, was released earlier this week and alsochronicles the platform s many controversies.

There are important discussions to be had about how sexual expression fits in our society, both sexual health and wellness, Friedman says. They cannot happen behind closed doors, and they cannot happen with insular voices. Our team sees things very differently. We're proud of the work that this company is doing, both in terms of its core offerings, a platform for consenting adults, to freely share and benefit off of their content and their personal expression.

But many aren t buying ECP s promise to bring porn into the sunlight. Laila Mickelwait, who founded Traffickinghub, an organization dedicated to shutting down ***Pornhub*** and holding its executives accountable, doesn t believe anything will change with the new ownership. Following news of the sale, Mickelwaitwrote on Twittertoday: Ethical Capital Partners, the holding company created to purchase ***Pornhub***, is a whitewashing farce.

What Pornhub s New Owner Has Planned For The Site
Page 3 of 3

**Load-Date:** March 18, 2023

---

**End of Document**