UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-5618 QUEBEC INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO COMPEL DEFENDANTS' BUY-OUT AGREEMENTS** |

　　This Court, having considered all of the evidence and submissions in connection with Plaintiffs' *Ex Parte* Application for Order for Shortening Time On Motion to Compel Defendants' Buy-Out Agreements, hereby rules as follows:

　　**IT IS ORDERED** that Plaintiffs' *Ex Parte* Application for Order Shortening Time is **DENIED.** The Parties are to proceed on the following expedited briefing schedule:

- MindGeek Entity Defendants' Response Due: July 11, 2023;
- Plaintiff's Reply Due: July 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | CASE NO. 2:21-cv-04920
**[PROPOSED] ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION**