UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04920 CJC (ADSx)                                    Date: July 3, 2023

Title: *Serena Fleites et al. v. MindGeek S.A.R.L. et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REGARDING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME ON MOTION TO COMPEL (DKT. NO. 356)**

Before the Court is plaintiff Serena Fleites' ("Plaintiff") Ex Parte Application to Shorten Time on Motion to Compel Defendants' Buy-Out Agreements ("Application"). (Dkt. No. 356.) Defendants MindGeek S.a.r.l., MG Freesites Ltd., Mindgeek USA Inc., MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. ("Entity Defendants") timely filed an opposition to the Application. (Dkt. No. 360.) Defendants Feras Antoon, Bernd Bergmair and David Tassillo ("Individual Defendants") also timely filed an opposition to the Application. (Dkt. No. 359.) Plaintiff's Application seeks to expedite resolution of a proposed motion to compel certain documents from the Individual Defendants, without filing a joint stipulation pursuant to Local Rule 37.

The parties are ordered to file a joint stipulation pursuant to Local Rule 37. Per Local Rule 37-2.2, the Individual Defendants' and Entity Defendants' portions of the joint stipulation are due "within seven days of receipt of the moving party's material." As Plaintiff's Application was filed on June 29, 2023, the Individual Defendants' and Entity Defendants' portions of the joint stipulation are due on July 6, 2023. The Court sets the joint stipulation for an expedited hearing on July 26, 2023.

**IT IS SO ORDERED.**

Initials of Clerk kh