# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**JOINT STATUS REPORT AND STIPULATION TO EXTEND BRIEFING DEADLINE**<br><br>Date: July 26, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6B<br><br>Jurisdictional Discovery Cutoff: June 16, 2023 |

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STIPULATION**

Pursuant to the Court's July 3, 2023 Order (Dkt. No. 361), the parties took steps to file a joint stipulation pursuant to Local Rule 37 concerning Plaintiff's Motion to Compel Defendants' Buy-Out Agreements. (Dkt. No. 356-2.) The MindGeek Entity Defendants' and the Individual Defendants' (Defendants Antoon, Tassillo, and Bergmair) (collectively "the Defendants") portions of the joint stipulation were due on July 6, 2023. In advance of that deadline and in the following days, the parties have met and conferred, resulting in the partial production of certain documents and the narrowing of disputes that may require Court intervention. The parties agree that a brief period of time is required to further meet and confer in order to determine whether any issues remain for the Court, and respectfully request that the Court grant this joint stipulation and impose the following deadline:

The parties will file a joint status report with the Court on or before July 13, 2023, advising the Court of the status of the discovery dispute and, if required, a proposed, expedited briefing schedule.

Dated: July 10, 2023                    Respectfully Submitted,

By: */s/ Michael J. Bowe*
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:  949.752.7100
Fax:    949.252.1514

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Attorneys for Plaintiffs |
| 3 | | |
| 4 | Dated: July 10, 2023 |   /s/   *Kathleen N. Massey* |
| 5 | | Kathleen N. Massey |
| | | (*admitted pro hac vice*) |
| 6 | | kathleen.massey@dechert.com |
| 7 | | DECHERT LLP |
| | | Three Bryant Park |
| 8 | | 1095 Avenue of the Americas |
| 9 | | New York, NY 10036 |
| | | Phone: (212) 698-3500; Fax: (212) 698 3599 |
| 10 | | *Attorneys for MindGeek Entity Defendants* |
| 11 | | |
| 12 | Dated: July 10, 2023 | COHEN & GRESSER LLP |
| 13 | | |
| 14 | | By: */s/ Jason Brown* |
| | | Jason Brown (*pro hac vice*) |
| 15 | | jbrown@cohengresser.com |
| 16 | | Nathaniel P. T. Read (*pro hac vice*) |
| | | nread@cohengresser.com |
| 17 | | 800 Third Avenue |
| 18 | | New York, NY 10022 |
| | | Phone: (212) 957-7609 |
| 19 | | |
| 20 | | WIECHERT, MUNK & GOLDSTEIN, PC |
| 21 | | David W. Wiechert (SBN 94607) |
| | | 4000 MacArthur Blvd. Suite 600 |
| 22 | | East Tower |
| 23 | | Newport Beach, CA 92660 Phone: (949) 361-2822 |
| | | Facsimile: (949) 361-5722 |
| 24 | | Email: dwiechert@aol.com |
| 25 | | Attorneys for Defendant Feras Antoon |
| 26 | | |
| 27 | Dated: July 10, 2023 | MORVILLO ABRAMOWITZ GRAND |
| 28 | | |

2    CASE NO. 21-CV-04920-CJC-ADS

**JOINT STIPULATION**

|   |   |
|---|---|
| | By: /s/ Jonathan S. Sack |
| | Jonathan S. Sack |
| | (admitted *pro hac vice*) |
| | jsack@maglaw.com |
| | Morvillo Abramowitz Grand |
| | 565 Fifth Avenue |
| | New York, NY 10017 |
| | Tel: (212) 880-9410 |
| | |
| | Attorneys for Specially Appearing Defendant David Tassillo |
| Dated: July 10, 2023 | Respectfully Submitted, |
| | MORRISON & FOERSTER LLP |
| | By: /s/ Dan Marmalesfsky |
| | Dan Marmalefsky (CA SBN 95477) |
| | DMarmalefsky@mofo.com |
| | Morrison & Foerster LLP |
| | 707 Wilshire Boulevard |
| | Los Angeles, California 90017 |
| | Tel.: (213) 892-5200 |
| | Fax: (213) 892-5454 |
| | |
| | WALDEN MACHT & HARAN LLP |
| | By: /s/Ronald G. White |
| | Ronald G. White |
| | (admitted *pro hac vice*) |
| | rwhite@wmhlaw.com |
| | Walden Macht & Haran LLP |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Tel: (212) 335-2387 |
| | Fax: (212) 335-2040 |
| | |
| | Attorneys for Defendant Bernd Bergmair |

**JOINT STIPULATION**

3                                       CASE NO. 21-CV-04920-CJC-ADS

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: JULY 10, 2023

Respectfully submitted,

By: /s/ *Michael J. Bowe*
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801