UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINE** |

This Court, having considered the Parties' status report and submission in connection with their request to extend the deadline by which the Parties must submit their discovery briefs as ordered by this Court on July 3, 2023, and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the extension request is **GRANTED.** The parties will file a joint status report with the Court on or before July 13, 2023, advising the Court of the status of the discovery dispute and, if required, a proposed, expedited briefing schedule.

**IT IS SO ORDERED**.

Dated: 7/12/2023

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge