UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**<br><br>Date: July 26, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6B<br><br>Jurisdictional Discovery Cut-off: June 16, 2023 |

Pursuant to the Court's July 12, 2023 Order (Dkt. No. 364), the parties have worked diligently to agree on most of the remaining jurisdictional issues concerning Plaintiff's Motion to Compel Defendants' Buy-Out Agreements (Dkt. No. 356-2). There are only a couple remaining disputes, and the parties are continuing to try to narrow them. The parties believe a few more days may prove helpful for all involved. The parties accordingly propose the following briefing schedule if there are any remaining issues:

1. Plaintiff shall serve its revised portion of the joint stipulation on or before July 18, 2023;

2. Defendants shall serve their portions of the joint stipulation on or before July 25, 2023;

3. Plaintiff will file the joint stipulation by July 26, 2023. If any issues remain in dispute, the parties respectfully ask the Court to hear them at its earliest convenience after that.

Dated: July 14, 2023                     Respectfully Submitted,

By: /s/ Michael J. Bowe
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:  949.752.7100
Fax:    949.252.1514

|  |  |
|---|---|
|  | Attorneys for Plaintiffs |
| Dated: July 14, 2023 | /s/ *Kathleen N. Massey* |
|  | Kathleen N. Massey |
|  | (*admitted pro hac vice*) |
|  | kathleen.massey@dechert.com |
|  | DECHERT LLP |
|  | Three Bryant Park |
|  | 1095 Avenue of the Americas |
|  | New York, NY 10036 |
|  | Phone: (212) 698-3500; Fax: (212) 698 3599 |
|  | *Attorneys for MindGeek Entity Defendants* |
| Dated: July 14, 2023 | COHEN & GRESSER LLP |
|  | By: */s/ Jason Brown* |
|  | Jason Brown (*pro hac vice*) |
|  | jbrown@cohengresser.com |
|  | Nathaniel P. T. Read (*pro hac vice*) |
|  | nread@cohengresser.com |
|  | 800 Third Avenue |
|  | New York, NY 10022 |
|  | Phone: (212) 957-7609 |
|  | WIECHERT, MUNK & GOLDSTEIN, PC |
|  | David W. Wiechert (SBN 94607) |
|  | 4000 MacArthur Blvd. Suite 600 East Tower |
|  | Newport Beach, CA 92660 Phone: (949) 361-2822 |
|  | Facsimile: (949) 361-5722 |
|  | Email: dwiechert@aol.com |
|  | Attorneys for Defendant Feras Antoon |
| Dated: July 14, 2023 | MORVILLO ABRAMOWITZ GRAND |

2

CASE NO. 21-CV-04920-CJC-ADS

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

|   |   |
|---|---|
|   | By: /s/ Jonathan S. Sack |
|   | Jonathan S. Sack |
|   | (admitted *pro hac vice*) |
|   | jsack@maglaw.com |
|   | Morvillo Abramowitz Grand |
|   | 565 Fifth Avenue |
|   | New York, NY 10017 |
|   | Tel: (212) 880-9410 |
|   |   |
|   | Attorneys for Specially Appearing Defendant David Tassillo |

Dated: July 14, 2023

Respectfully Submitted,

MORRISON & FOERSTER LLP

By: /s/ Dan Marmalesfsky
Dan Marmalefsky (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Tel.: (213) 892-5200
Fax: (213) 892-5454


WALDEN MACHT & HARAN LLP

By: /s/Ronald G. White
Ronald G. White
(admitted *pro hac vice*)
rwhite@wmhlaw.com
Walden Macht & Haran LLP
250 Vesey Street
New York, NY 10281
Tel: (212) 335-2387
Fax: (212) 335-2040

Attorneys for Defendant Bernd Bergmair

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4 that all signatories to this document concur in its content and have authorized this filing.

Dated: July 14, 2023

Respectfully submitted,

By: /s/ Michael J. Bowe

Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801