# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES, <br><br>   Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5 <br><br>   Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS <br><br> **[PROPOSED] ORDER GRANTING PROPOSED BRIEFING SCHEDULE** |

This Court, having considered the Parties' status report and proposed briefing schedule concerning Plaintiff's Motion to Compel Defendants' Buy-Out Agreements (Dkt. No. 356-2), and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the Parties' proposed briefing schedule is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall serve its revised portion of the joint stipulation on or before July 18, 2023;

2. Defendants shall serve their portions of the joint stipulation on or before July 25, 2023;

3. Plaintiff will file the joint stipulation by July 26, 2023.

4. The Court sets the joint stipulation for an expedited hearing on _____, 2023.

1  **IT IS SO ORDERED**.

2  Dated: _____

3

4                                                                       _____
   HONORABLE AUTUMN D. SPAETH
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28