UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>    Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**ORDER GRANTING PROPOSED BRIEFING SCHEDULE** |

This Court, having considered the Parties' status report and proposed briefing schedule concerning Plaintiff's Motion to Compel Defendants' Buy-Out Agreements (Dkt. No. 356-2), and for good cause appearing, hereby rules as follows:

**IT IS ORDERED** that the Parties' proposed briefing schedule is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall serve its revised portion of the joint stipulation on or before July 18, 2023;

2. Defendants shall serve their portions of the joint stipulation on or before July 25, 2023;

3. Plaintiff will file the joint stipulation by July 26, 2023.

4. The Court sets the joint stipulation for an expedited hearing on **August 16, 2023 at 10:00 a.m., Courtroom 6B in Santa Ana.**

**IT IS SO ORDERED.**

Dated: _____July 17, 2023_____

_____Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge