Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@brownrudnick.com
**BROWN RUDNICK LLP**
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone: 949.752.7100
Fax:     949.252.1514

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5<br><br>　　　　Defendants. | CASE NO. 2:21-CV-04920-CJC-ADS<br><br>**DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' BUYOUT AGREEMENTS [DKT. 356-2]**<br><br>Date: August 16, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6B<br><br>Jurisdictional Discovery Cutoff: June 16, 2023 |

1    In accordance with Local Rule 7-16, Plaintiff withdraws her Motion to Compel Defendants' Buyout Agreements ("Motion") (Dkt. No. 356-2).  Subsequent to the Court's July 17, 2023 Order (Dkt. No. 366), Plaintiff and Defendants met and conferred concerning the Motion.  Based upon the parties' representations and Defendants' agreements to produce certain documents, the parties resolved their disputes.

   Accordingly, Plaintiff respectfully requests to withdraw the Motion. Defendants agree to this withdrawal.

Dated: July 26, 2023                    Respectfully Submitted

                                        **BROWN RUDNICK LLP**


                                        By:  /s/ David M. Stein
                                        Michael J. Bowe (*pro hac vice*)
                                        mbowe@brownrudnick.com
                                        Lauren Tabaksblat
                                        (*pro hac vice*)
                                        ltabaksblat@brownrudnick.com
                                        7 Times Square
                                        New York, NY 10036
                                        Phone: (212) 209-4800
                                        Fax: (212) 209-4801

                                        David M. Stein (#198256)
                                        dstein@brownrudnick.com
                                        2211 Michelson Drive, 7th Floor
                                        Irvine, California  92612
                                        Phone: 949.752.7100
                                        Fax:    949.252.1514

                                        Attorneys for Plaintiffs


Dated: July 26, 2023                       /s/    Kathleen N. Massey
                                        Kathleen N. Massey
                                        (*admitted pro hac vice*)
                                        kathleen.massey@dechert.com

|   |   |
|---|---|
| 1 | DECHERT LLP |
| 2 | Three Bryant Park |
| 3 | 1095 Avenue of the Americas |
|   | New York, NY 10036 |
| 4 | Phone: (212) 698-3500; Fax: (212) 698 3599 |
| 5 | *Attorneys for MindGeek Entity Defendants* |

Dated: July 26, 2023                **COHEN & GRESSER LLP**

By: */s/ Nathaniel P. T. Read*
Jason Brown (*pro hac vice*)
jbrown@cohengresser.com
Nathaniel P. T. Read (*pro hac vice*)
nread@cohengresser.com
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7609

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)
4000 MacArthur Blvd. Suite 600
East Tower
Newport Beach, CA 92660 Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

Attorneys for Defendant Feras Antoon

Dated: July 26, 2023                MORVILLO ABRAMOWITZ GRAND

By: */s/ Jonathan S. Sack*

Jonathan S. Sack
(admitted *pro hac vice*)
jsack@maglaw.com
Morvillo Abramowitz Grand
565 Fifth Avenue
New York, NY  10017

Tel: (212) 880-9410

Attorneys for Specially Appearing Defendant David Tassillo

Dated: July 26, 2023

MORRISON & FOERSTER LLP

By: */s/ Dan Marmalesfsky*
Dan Marmalefsky (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Tel.: (213) 892-5200
Fax: (213) 892-5454

WALDEN MACHT & HARAN LLP

By: */s/Ronald G. White*
Ronald G. White
(admitted *pro hac vice*)
rwhite@wmhlaw.com
Walden Macht & Haran LLP
250 Vesey Street
New York, NY 10281
Tel: (212) 335-2387
Fax: (212) 335-2040

Attorneys for Defendant Bernd Bergmair

ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies pursuant to local rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: July 26, 2023         Respectfully submitted,

By: */s/ David M. Stein*
David M. Stein (#198256)
dstein@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California  92612
Phone:  949.752.7100
Fax:     949.252.1514