**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Serena Fleites and Jane Doe Nos. 1 through 33,<br><br>Plaintiff(s)<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:21-cv-04920-CJC-ADS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Mindgeek S.A.R.L.; MG Freesites, Ltd.; Mindgeek USA Inc.; MG Premium Ltd; RK Holdings USA Inc.; MG Global Entertainment Inc.; Trafficjunky Inc.; 9219-1568 Quebec, Inc.

☐ Plaintiff  ☒ Defendant  ☐ Other

*Name of Party*

to substitute Diane Cafferata who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

865 South Figueroa St., 10th Floor
*Street Address*

Los Angeles, California 90017-2543          dianecafferata@quinnemanuel.com
*City, State, Zip*                                                   *E-Mail Address*

213-443-3000          213-443-3100          190081
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of Kathleen N. Massey, Benjamin M. Sadun, Hayden A. Coleman
*List **all** attorneys from same firm or agency who are withdrawing.*

Christopher R. Boisvert, Michelle H. Yeary

**is hereby**  ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                                            U. S. District Judge/U.S. Magistrate Judge