**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Serena Fleites and Jane Doe Nos. 1 through 33, | CASE NUMBER |
| Plaintiff(s) | 2:21-cv-04920-CJC-ADS |
| v. | |
| MINDGEEK S.A.R.L., et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [378]** |
| Defendant(s) | |

The Court hereby orders that the request of:

Mindgeek S.A.R.L.; MG Freesites, Ltd.; Mindgeek USA Inc.; MG Premium Ltd; RK Holdings USA Inc.; MG Global Entertainment Inc.; Trafficjunky Inc.; 9219-1568 Quebec, Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Diane Cafferata                                                                who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

865 South Figueroa St., 10th Floor
*Street Address*

Los Angeles, California 90017-2543                          dianecafferata@quinnemanuel.com
*City, State, Zip*                                                                    *E-Mail Address*

213-443-3000                          213-443-3100                          190081
*Telephone Number*                  *Fax Number*                          *State Bar Number*

as attorney of record instead of Kathleen N. Massey, Benjamin M. Sadun, Hayden A. Coleman
*List **all** attorneys from same firm or agency who are withdrawing.*

Christopher R. Boisvert, Michelle H. Yeary

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated    February 6, 2024

_____
U. S. District Judge