David W. Wiechert
Wiechert, Munk & Goldstein, PC
4000 MacArthur Boulevard, Suite 600 East Tower
Newport Beach, CA 92660

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al.<br><br>v.        Plaintiff(s)<br><br>MindGeek S.A.R.L., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:21-cv-04920-CJC-ADS<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Povolny, Matthew V.        of    Cohen & Gresser LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    800 Third Avenue
(212) 957-7561        (212) 957-4514        New York, NY 10022
*Telephone Number*        *Fax Number*
mpovolny@cohengresser.com
*E-Mail Address*        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Feras Antoon

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:
and designating as Local Counsel
Wiechert, David W.        of    Wiechert, Munk & Goldstein, PC
*Designee's Name (Last Name, First Name & Middle Initial)*    4000 MacArthur Boulevard, Suite 600 East Tower
94607        (949) 633-0715        (949) 361-5722    Newport Beach, CA 92660
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*
dwiechert@aol.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____        _____
            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1