# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites, et al. | **CASE NUMBER** |
| Plaintiff(s) | 2:21-cv-04920-CJC-ADS |
| v. | |
| MindGeek S.A.R.L., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | ***PRO HAC VICE*** **[380] & [381]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Povolny, Matthew V.** of **Cohen & Gresser LLP**
*Applicant's Name (Last Name, First Name & Middle Initial)*     **800 Third Avenue**
(212) 957-7561     (212) 957-4514     **New York, NY 10022**
*Telephone Number*     *Fax Number*
mpovolny@cohengresser.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Feras Antoon**

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

**Wiechert, David W.** of **Wiechert, Munk & Goldstein, PC**
*Designee's Name (Last Name, First Name & Middle Initial)*     **4000 MacArthur Boulevard, Suite 600 East Tower**
94607     (949) 633-0715     (949) 361-5722     **Newport Beach, CA 92660**
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
dwiechert@aol.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　☐ for failure to complete Application: _____
　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated **March 14, 2024**

_____
**U.S. District Judge**