| | |
|---|---|
| Michael J. Bowe<br>(admitted *pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(admitted *pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:   (212) 209-4800<br>Facsimile:   (212) 209-4801 | David M. Stein (# 198256)<br>dstein@olsonstein.com<br>Olson Stein LLP<br>240 Nice Lane #301<br>Newport Beach, California  92663<br>Telephone:  (949) 887-4600 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD.; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>            Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE CAPTION**<br><br>Date: June 24, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 24, 2024 at 1:30 p.m. or as soon thereafter as the matter by be heard, before the Honorable Cormac J. Carney in Courtroom 9B, located at 411 West Fourth Street, Santa Ana, CA, 92701-4516, Plaintiff Serena Fleites will and hereby does move to amend the caption to add and remove certain defendants pursuant to Federal Rules of Civil Procedure 15 and 21. Specifically, Plaintiff moves to amend the caption in the Amended Complaint (Dkt. 124-3) to include the following changes in the Second Amended Complaint: (i) remove Defendant Corey Urman as defendant; (ii) remove Defendant Colbeck Capital Does 1-5 as defendant; (iii) remove Defendant Bergmair Does 1-5 as defendant; (iv) add Redwood Capital Management, LLC, and associated funds as defendants; and (v) add Colbeck Capital Management LLC, and associated funds as defendants.

DATED: May 23, 2024

Respectfully submitted,
BROWN RUDNICK LLP

By: */s/ Michael J. Bowe*
Michael J. Bowe (*pro hac vice*)
Lauren Tabaksblat (*pro hac vice*)

*Attorneys for Plaintiff*