Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (# 198256)
dstein@olsonstein.com
Olson Stein LLP
240 Nice Lane #301
Newport Beach, California  92663
Telephone:  (949) 887-4600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD.; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>Defendants. | CASE NO. 2:21-cv-4920-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE CAPTION**<br><br>Date: June 24, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney |

1  **THE COURT**, having considered Plaintiff Serena Fleites's Motion To
2  Amend The Caption, and having considered the written submissions, and the
3  arguments of counsel in support of and in opposition to the motion, and good cause
4  having been shown,

5  **HEREBY ORDERS** that Plaintiff's Motion is **GRANTED**.

6

7  **IT IS SO ORDERED**

8

9  DATED: _____

10
11                                          _____
                                            Honorable Cormac J. Carney