# EXHIBIT A

Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

David M. Stein (#198256)
dstein@~~brownrudnick~~olsonstein.com
~~BROWN RUDNICK~~Olson Stein LLP
~~2211 Michelson Drive, 7th Floor~~
240 Nice Lane, #301
~~Irvine~~Newport Beach, California
~~92612~~92663
~~Telephone~~Mobile:    (949)
~~752-7100~~887-4600
~~Facsimile: (949) 252-1514~~

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation~~,~~; 9219-1568 QUEBEC, INC. ~~(d/b/a MindGeek)~~, a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; ~~COREY URMAN, a foreign individual;~~ VISA INC., a Delaware corporation; ~~COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5~~REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; ███████████████████ ███████████████████ ███████████████████ ███████████████████ ███████████████████ COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, ███████████████████ | CASE NO. 2:21-cv-4920<br><br>~~[PROPOSED]~~SECOND AMENDED COMPLAINT<br><br>1. VIOLATIONS OF FEDERAL SEX TRAFFICKING LAWS [18 U.S.C. §§ 1591, 1594, 1595]<br>2. RECEIPT, TRANSPORT, AND DISTRIBUTION OF CHILD PORNOGRAPHY [18 U.S.C. §§ 2252, 2252A, 2255]<br>~~3. RACKETEERING [18 U.S.C. §§ 1962]~~<br>3. ~~4.~~ PUBLIC DISCLOSURE OF PRIVATE FACTS<br>4. ~~5.~~ INTRUSION INTO PRIVATE AFFAIRS<br>5. ~~6.~~ PLACING ~~PLAINTIFF~~PLAINTIFFS IN "FALSE LIGHT"<br>6. ~~7.~~ COMMON LAW MISAPPROPRIATION OF LIKENESS<br>7. ~~8.~~ STATUTORY MISAPPROPRIATION OF LIKENESS [California Civil Code § 3344] |

███████████████████

Defendants.

8. 9. DISTRIBUTION OF PRIVATE SEXUALLY EXPLICIT MATERIALS [California Civil Code § 1708.85]
9. 10. NEGLIGENCE
10. 11. UNFAIR COMPETITION [California Business & Professions Code §§ 17200, 17500]
11. CALIFORNIA'S TRAFFICKING VICTIMS PROTECTION ACT [Violations of California Civil Code § 52.5]
12. CIVIL CONSPIRACY

**DEMAND FOR JURY TRIAL**