Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Ln Apt 301
Newport Beach, CA 92663
Telephone:  949-887-4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD.; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>Defendants. | Case No. 2:21-cv-4920-CJC-ADS<br><br>*Hon. Cormac J. Carney*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER** |

The Court having considered Plaintiff's Application for Leave to File Under Seal Material Designated By Another Party As Confidential, hereby **GRANTS** Plaintiff's Application and **ORDERS** the following portions of Plaintiff's Second Amended Complaint and portions of Plaintiff's Motion to Amend the Caption in the Amended Complaint **SEALED**:

References to the following discovery materials and testimony:

a. Internal communications concerning defendants' compliance with 18 U.S.C. 2257;

b. Financial information concerning the 2010 transfer of interest to Fabian Thylmann;

c. Financial information reflecting the identity of certain lenders involved in the 2011, 2013, and 2018 financial restructurings, the terms of the syndicate loans, the role of syndicate lenders, and changes to the terms of the loans over time;

d. Materials and testimony concerning the ownership and economic interests in MindGeek from 2011 through the present;

e. Materials and testimony concerning MindGeek's corporate structure and form;

f. Materials and testimony concerning the 2023 sale to Ethical Partners;

g. Materials and testimony concerning tax treatment;

h. Materials and testimony concerning dividend and royalty payments;

i. Testimony concerning the headquarters for MindGeek's business;

j. Materials and testimony concerning related party transactions; and

k. Testimony concerning Messrs. Bergmair, Antoon, and Tassillo's individual exercise of control over strategic, governance, and operational decisions.

1

1   **IT IS SO ORDERED.**

2

3   Dated: _____

4                                                    _____

5                                                    The Honorable Cormac J. Carney
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2