**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 21-04920-CJC (ADSx)                         Date:  May 29, 2024

Title: <u>SERENA FLEITES V. MINDGEEK S.A.R.L., *et al.*</u>

PRESENT:

### **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                                <u>        N/A        </u>
   Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
      None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CONTINUING MOTION HEARING [Dkt. 384]**

       Before the Court is Plaintiff's motion to amend the caption, (Dkt. 384), which is currently set for hearing on Monday, June 24, 2024.  However, the Court is retiring effective Friday, May 31, 2024, and the Clerk will randomly reassign this case to a new judge on or about Monday, June 3, 2024.  To allow the newly assigned judge time to review the materials associated with the pending motion, the Court **CONTINUES** the hearing on the motion to **July 8, 2024, at 1:30 p.m.**  Notwithstanding the new hearing date, deadlines for the parties' briefing based on the previous hearing date remain the same.

lat

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk RRP