

FILED
CLERK, U.S. DISTRICT COURT
May 31, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Reassignment of Cases from the Calendar of Judge CORMAC J. CARNEY | ORDER OF THE CHIEF JUDGE<br>**24-076** |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be transferred from the calendar of Judge Cormac J. Carney to the calendar of Judge Wesley L. Hsu for all further proceedings:

| | |
|---|---|
| 2:22-cr-00520-CJC | USA v. Vargas-Aldaco, et al. |
| 8:23-cr-00009-CJC | USA v. Robinson |
| 2:21-cv-04920-CJC-ADSx | Serena Fleites et al v. MindGeek S.A.R.L. et al |
| 8:21-cv-00338-CJC-ADSx | Jane Doe v. MindGeek USA Incorporated et al |
| 5:22-cv-02026-CJC-SPx | Edward Singelyn v. PNC Bank, National Association et al |
| 8:18-cv-00564-CJC-DFMx | Philadelphia Indemnity Insurance Company v. Stephouse Recovery, Inc. et al |
| 8:23-cv-00195-CJC-KESx | Erma Parker et al v. Country Oaks Partners, LLC et al |
| 8:23-cv-01406-CJC-DFMx | Sara Salari v. Walt Disney Parks and Resorts U.S., Inc. et al |
| 8:23-cv-01805-CJC-DFMx | Total Vision, LLC et al v. Vision Service Plan et al |
| 8:23-cv-02264-CJC-ADSx | Shantou Xiahong Toys Co., Ltd. v. Matsunichi Digital USA, Inc. et al |

In the Matter of the
Reassignment of Cases from the
Calendar of Judge Cormac J. Carney                                                    2

| | |
|---|---|
| 8:24-cv-00155-CJC-ADSx | Dallas Engler et al v. Amazon.com Services LLC et al |
| 8:24-cv-00469-CJC-KESx | Ghodsi Sholevar v. Walmart Inc. et al |
| 8:24-cv-00601-CJC-KESx | Ameris Bank et al v. Arlington Preventive Care Medical Clinic, P.A., et al |
| 8:24-cv-00842-CJC-DFMx | Julio Cruz v. Birrieria Guadalajara et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

Dated:  May 31, 2024

_____
Chief Judge Dolly M. Gee