QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendants MG Freesites
Ltd, MindGeek USA Incorporated, MG
Global Entertainment Inc., and 9219-1568
Quebec, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>              Plaintiff,<br><br>     v.<br><br>MINDGEEK S.À R.L., et al.,<br><br>              Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**DEFENDANTS MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC, INC.'S OPPOSITION  TO PLAINTIFF'S MOTION TO AMEND THE CAPTION**<br><br>Hearing Date:     July 8, 2024<br>Hearing Time:    1:30 p.m.<br>Courtroom:         9B<br>Judge:                 Hon. Wesley L. Hsu<br><br>Complaint Filed:  June 17, 2021<br><br>Trial Date:          None Set |

DEFENDANTS' OPPOSITION TO MOTION TO AMEND THE CAPTION

The "Motion to Amend the Caption" ("Motion", Dkt. 384) filed by Plaintiff Serena Fleites ("Plaintiff") is procedurally flawed and should be denied.

*First*, Plaintiff failed to meet and confer before filing the Motion as required by Local Rule 7-3.  Local Rule 7-3 requires a potential movant to "discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Plaintiff did not advise Defendants MG Freesites Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. ("Defendants")[1] of her intent to file the Motion, let alone attempt to discuss it.  Pursuant to Rule 7-4, the Court may—and in this instance should—decline to consider the motion on that ground.

*Second*, despite its styling, the Motion is substantively a motion to amend the complaint.  The Motion seeks to add and remove defendants, which—as confirmed by Plaintiff's case authorities and her prior filings in this proceeding—is accomplished pursuant to an amendment to the pleadings, not "the caption."  *See, e.g.*, Dkt. 384-1 at 2 (citing *Michael Kors, L.L.C v. Chunma USA, Inc.*, 2017 WL 6940500, at *1 (C.D. Cal. Nov. 22, 2017) (motion for leave to file a second amended complaint to add a defendant)); Dkt. 124 (Plaintiff's motion to amend the *complaint* to add and remove defendants).[2]  Under Local Rule 15-1, Plaintiff was required to attach the proposed Second Amended Complaint to the Motion and Plaintiff failed to comply.  Notably, in her prior motion to add and remove defendants, Plaintiff attached the proposed amended pleading as required by Local Rule 15-1.  Dkt. 124-4 (proposed First Amended Complaint ("Proposed FAC"); Dkt. 124-4 (redline between initial complaint and Proposed FAC).    The Court

---

[1]  Defendants expressly reserve all objections and defenses, including arguments with respect to personal jurisdiction.

[2]  Plaintiff's Motion is substantially similar to the earlier motion to amend the complaint.  Plaintiff makes the same arguments in the same order and based on largely the same authorities. *Compare* Dkt. 384-1 *with* Dkt. 124-1.

1  should deny the Motion given Plaintiff's failure to comply with Local Rule 15-1.

2  *Third*, Plaintiff's subsequent filing of the Second Amended Complaint

3  mooted the Motion.[3]  That amended pleading already reflects the addition and

4  removal of defendants she seeks.  *Compare* Dkt. 385 at 1 *with* Dkt. 384-2 at Ex. A.

5  Because she seeks no other relief, the Motion is moot and should be denied as such.

6  For the foregoing reasons, the Motion should be denied.

9  DATED:  June 3, 2024                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

11                                     By   */s/ Diane Cafferata*
12                                     Michael T. Zeller
                                       Michael E. Williams
13                                     Diane Cafferata
                                       865 South Figueroa Street, 10th Floor
14                                     Los Angeles, California 90017-2543
                                       Telephone:  (213) 443-3000
15                                     Facsimile:  (213) 443-3100

17                                     *Attorneys for Defendants MG Freesites*
                                       *Ltd, MindGeek USA Incorporated, MG*
18                                     *Global Entertainment Inc., and 9219-1568*
19                                     *Quebec, Inc.*

---

[3]  This opposition assumes that Plaintiff had leave to add and remove defendants when she filed her Second Amended Complaint.  Defendants reserve the right to challenge that assumption in a later filing.

# **CERTIFICATE OF COMPLIANCE**

I, the undersigned counsel of record for Defendants, certify that this brief contains 430 words, which complies with the word limit of L.R. 11-6.1.


Dated:  June 3, 2024                                          QUINN EMANUEL URQUHART
                                                                          & SULLIVAN LLP

                                                                          */s/ Diane Cafferata*
                                                                          Diane Cafferata

                                                                          *Attorney for Defendants MG Freesites
                                                                          Ltd, MindGeek USA Incorporated,
                                                                          MG Global Entertainment Inc., and
                                                                          9219-1568 Quebec, Inc.*

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendants certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on June 3, 2024 upon all counsel of record via ECF.

Dated:  June 3, 2024

QUINN EMANUEL URQUHART
& SULLIVAN LLP

*/s/ Diane Cafferata*
Diane Cafferata

*Attorney for Defendants MG Freesites Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.*

DEFENDANTS' OPPOSITION TO MOTION TO AMEND THE CAPTION