| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART |
| | & SULLIVAN, LLP |
| 2 | Michael T. Zeller (Bar No. 196417) |
| | michaelzeller@quinnemanuel.com |
| 3 | Michael E. Williams (Bar No. 181299) |
| | michaelwilliams@quinnemanuel.com |
| 4 | Diane Cafferata (Bar No. 190081) |
| | dianecafferata@quinnemanuel.com |
| 5 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017-2543 |
| 6 | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |

Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | |
| v. | **JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |
| MINDGEEK S.À R.L, et al., | |
| Defendants. | |
| | Judge: Hon. Wesley L. Hsu |
| | Complaint Filed: June 17, 2021 |
| | Trial Date: None Set |

Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec, Inc., Visa Inc., Bernard Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") and Plaintiff Serena Fleites ("Plaintiff") (collectively with Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on July 29, 2022, the Court granted Plaintiff leave to file a second amended complaint at the close of jurisdictional discovery (ECF No. 167 at 8);

WHEREAS, on June 16, 2023, jurisdictional discovery closed (ECF No. 344 at 2);

WHEREAS, on May 23, 2024, Plaintiff filed her second amended complaint (the "SAC") (ECF No. 385);

WHEREAS, the SAC includes 12 causes of action and approximately 600 paragraphs of allegations across approximately 170 pages (ECF No. 385);

WHEREAS, the deadline for each Defendant to answer, move, or otherwise respond to the SAC is on or about June 6, 2024 pursuant to Fed. R. Civ. Proc. 15(a)(3);

WHEREAS, the Parties agree that given the volume and complexity of the SAC, good cause exists for additional time to answer, move, or otherwise respond to the SAC and the subsequent briefing deadlines as follows:

| | |
|---|---|
| **August 5, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC; |
| **September 12, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **October 3, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |

WHEREAS, the Parties agree that given the volume and complexity of the SAC, including that the SAC compromises 12 causes of action and approximately 600 paragraphs of allegations across approximately 170 pages, following approximately one year of jurisdictional discovery, good cause exists to permit Defendants a modest increase in the number of pages for their motion(s), not to exceed a total of 40 pages; and

WHEREAS, the Parties agree that Defendants preserve all objections and defenses to the SAC, including any objection or defense on the ground of lack of personal jurisdiction;

IT IS THEREFORE STIPULATED AND AGREED that there is good cause for the Court to extend Defendants' deadline to answer, move or otherwise respond to the SAC and therefore that, subject to the approval of this Court, the subsequent briefing deadlines shall be:

| | |
|---|---|
| **August 5, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC; |
| **September 12, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **October 3, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |

IT IS THEREFORE FURTHER STIPULATED AND AGREED that, subject to the approval of this Court, there is good cause to increase the page limit for each motion in response to the SAC to 40 pages or less.

IT IS THEREFORE FURTHER STIPULATED AND AGREED that Defendants preserve all objections and defenses to the SAC, including all objections and defenses on the ground of lack of personal jurisdiction.

Accordingly, the Parties respectfully request that this Court sign the [Proposed] Order setting forth this amended briefing schedule and page limit increases set forth above.

IT IS SO STIPULATED.

DATED: June 5, 2024                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Diane Cafferata*
Michael T. Zeller
Michael E. Williams
Diane Cafferata
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc*

DATED: June 5, 2024                BROWN RUDNICK LLP

By  */s/ Lauren Tabaksblat*
Michael J. Bowe
Lauren Tabaksblat
*Attorneys for Plaintiff Serena Fleites*

DATED: June 5, 2024                WEIL, GOTSHAL & MANGES LLP

By  */s/ Drew Tulumello*
Drew Tulumello
*Attorneys for Defendant Visa Inc.*

DATED: June 5, 2024  MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

By  */s/ Jonathan S. Sack*
　　Jonathan S. Sack
　　*Attorneys for Defendant David Tassillo*

DATED: June 5, 2024  COHEN & GRESSER LLP

By  */s/ Matthew V. Povolny*
　　Matthew V. Povolny
　　*Attorneys for Defendant Feras Antoon*

DATED: June 6, 2024  WALDEN MACHT & HARAN LLP

By  */s/ Ronald G. White*
　　Ronald G. White
　　*Attorneys for Defendant Bernard Bergmair*

# ATTESTATION STATEMENT

I, Diane Cafferata, the filer of this declaration, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 6, 2024

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Diane Cafferata*
Diane Cafferata

*Attorney for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc*

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc., certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on June 6, 2024 upon all counsel of record via ECF.

Dated: June 6, 2024

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Diane Cafferata*
Diane Cafferata

*Attorney for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc*