UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>              Plaintiff,<br><br>     v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>              Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS [ECF NO. 395]** |

   On June 5, 2024, Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec, Inc., Visa Inc., Bernard Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") and Plaintiff Serena Fleites ("Plaintiff"), by and through their counsel (collectively, the "Parties") filed a Joint Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss [ECF No. # 395] (the "Joint Stipulation").

   Pursuant to the Joint Stipulation, the Parties stipulate and agree to additional time for Defendants to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint (ECF No. 385), to set a briefing schedule in the event one or more motions is filed, and to expand the page limit for each motion in response to the SAC to 40 pages or less.

-2-

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to answer, move or otherwise respond to the SAC and the subsequent briefing deadlines shall be:

| | |
|---|---|
| **August 5, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC; |
| **September 12, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **October 3, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable). |

2. The page limit of each motion by a Defendant in response to the SAC is increased to 40 pages or less.

3. Defendants preserve all objections and defenses to the SAC, including all objections and defenses on the ground of lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE