## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−04920−WLH−ADS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 6/13/2024 | 397, 398 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

There is a Motion to Amend the Caption set for hearing on July 12. The Second Amended Complaint was filed soon after the motion. Also, unable to find a first amended complaint. Parties named on the complaint "caption" must be exactly as on the summons

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: June 13, 2024

By: /s/ Lori Muraoka
lori_muraoka@cacd.uscourts.gov
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –