Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: (212) 209-4800
Fax: (212) 209-4801

David M. Stein (# 198256)
dstein@olsonstein.com
**Olson Stein LLP**
240 Nice Lane #301
Newport Beach, California 92663
Phone: (949) 887-4600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD.; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>　　　　Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION TO UNSEAL THE NAMES OF THE REDWOOD AND COLBECK FUND DEFENDANTS IN THE SECOND AMENDED COMPLAINT**<br><br>Date: July 26, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Judge: Hon. Wesley L. Hsu |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 26, 2024 at 1:30 p.m. or as soon thereafter as the matter by be heard, before the Honorable Wesley L. Hsu at First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012, Plaintiff Serena Fleites will and hereby does move to unseal and make public the names of the Redwood and Colbeck fund defendants in the Second Amended Complaint. Specifically, Plaintiff moves to unseal these names in the following May 23, 2024 filings: (i) Exhibit A to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (Unredacted Second Amended Complaint), Dkt. 387-1; and (ii) Exhibit B to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (redline reflecting the changes to the caption of the Second Amended Complaint compared to the Amended Complaint), Dkt. 387-2.

This Motion was made following a Local Rule 7-3 conference with counsel, which took place on June 10 and June 11, 2024.

Dated:  June 18, 2024                    Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Lauren Tabaksblat*

Lauren Tabaksblat (*pro hac vice*)

*Attorneys for Plaintiff*