| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@olsonstein.com<br>**Olson Stein LLP**<br>240 Nice Ln Apt 301<br>Newport Beach, CA 92663<br>Telephone: (949) 887-4600 |

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD.; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>　　　　　Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF PLAINTIFF'S MOTION TO UNSEAL THE NAMES OF THE REDWOOD AND COLBECK FUND DEFENDANTS IN THE SECOND AMENDED COMPLAINT**<br><br>Date: July 26, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Judge: Hon. Wesley L. Hsu |

## DECLARATION OF LAUREN TABAKSBLAT

I, Lauren Tabaksblat, declare as follows:

1. I am a partner with Brown Rudnick LLP and have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiff Serena Fleites in the above referenced matter. I submit this declaration in support of Plaintiff's motion to unseal the names of the Redwood and Colbeck fund defendants in the Second Amended Complaint (the "Motion").

2. Plaintiff initially redacted the names of these funds because they were disclosed in loan documents the MindGeek Entity Defendants designated "Confidential" or "Highly Confidential" under the Stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187, "Protective Order"). Pursuant to Local Rule 79-5.2.2, prior to filing the Second Amended Complaint, on May 17, 2024, Plaintiff notified defendants of her intent to reference certain designated materials in the Second Amended Complaint. By emails dated May 17, May 19, and May 21, 2024, defendants requested that all designated materials and testimony be filed under seal until such time as the MindGeek Defendants have had the opportunity to review the references to designated materials.

3. Accordingly, simultaneous with the filing of the Second Amended Complaint, Plaintiff filed an Application for Leave to File Under Seal Material Designated by Another Party as Confidential or Highly Confidential Pursuant to a Protective Order (Dkt. 386) and redacted references to the designated discovery materials in the Second Amended Complaint pending the MindGeek Defendants review of the Second Amended Complaint.

4. On June 5, 2024, in accordance with Local Rule 7-3, Plaintiff e-mailed defendants and asked whether they would consent to unsealing the names of the Redwood and Colbeck Fund Defendants in the caption of the Second Amended Complaint. Although the Individual Defendants stated they do not object to disclosure, the MindGeek Entity Defendants said they object. On June 6, June 10,

1

and June 11, 2024, Plaintiff followed up concerning the MindGeek Entity Defendants' position on disclosure and the basis for the confidentiality designations for the loan documents, but they did not provide one. Instead, the MindGeek Entity Defendants asserted that Plaintiff should ask the Redwood and Colbeck Fund Defendants for consent to disclose their fund names, claiming that is the easiest way to find out whether their names can be made public. Plaintiff explained to the MindGeek Entity Defendants that they did not need consent from the fund defendants to sue them and disclose their name. The reason for the redaction was that MindGeek was asserting a confidentiality designation over the loan documents, which Plaintiff believed was improper and sought the basis for the designation. MindGeek has not responded to that email sent 7 days ago.

5. True and correct copies of the aforementioned meet and confer correspondence between Plaintiff and Defendants from June 5, 2024 to June 11, 2024 are attached as **Exhibit A** and **Exhibit B**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of June 2024 in New York, New York.

/s/ *Lauren Tabaksblat*
Lauren Tabaksblat