# EXHIBIT A

| | |
|---|---|
| **From:** | Tabaksblat, Lauren |
| **To:** | Diane Cafferata |
| **Cc:** | Ronald White; Sack, Jonathan S.; Hargrove, Sydney; Sean Taheri; Matthew V. Povolny; Comparato, Nicole; Bowe, Michael J; Tulumello, Drew; Arianna Scavetti; David Stein; Jason Brown; McMenamin, Ryan; Peacocke, Alex; jamespearl@paulhastings.com; QuinnAyloTeam; Robert Becher; Michael E Williams; Michael T Zeller; Pina, Micaela J. |
| **Subject:** | Re: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS) |
| **Date:** | Tuesday, June 11, 2024 4:43:54 PM |

Diane,

We made this request last Wednesday, almost five business days ago. If your position is that you will not consent please provide the basis for designating certain fund names confidential. We are not aware of any.

With respect to your suggestion that we simply ask the funds, we cannot do so, at least with respect to Colbeck, because we don't know who represents them and won't know until we serve them which we cannot do without either filing the proposed summons under seal or filing a motion challenging the designation as to the fund names.

The onus is not on us to obtain consent from the parties, it is on you as the designating party to provide the basis for the designation. Despite the three day meet and confer requirement under the rules, it has been five days and we still don't have that position. Please provide it today, or we will include in our motion that we asked for the basis of the confidentiality designation and it was not provided.

Thank you,

Lauren

> On Jun 11, 2024, at 3:59 PM, Diane Cafferata <dianecafferata@quinnemanuel.com> wrote:
>
> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> Lauren,
>
> You asked whether you had our consent. We cannot consent. Further, the designations do appear to be proper. We are looking into the situation to see if things might have changed, but confirming that for sure will take us some time (and is a waste of time if the parties in question can simply consent to their public identification).
>
> Thus, rather than having you wait until the end of that process and whatever additional steps might be required for us after that, we suggest you cut to the chase and reach out to the parties you decided to sue and find out their position directly. That is by far the fastest and easiest way to find out whether or not their names can be made public.
>
> Diane
>
> **From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
> **Sent:** Tuesday, June 11, 2024 12:29 PM
> **To:** Diane Cafferata <dianecafferata@quinnemanuel.com>
> **Cc:** Ronald White <rwhite@wmhlaw.com>; Sack, Jonathan S. <JSack@maglaw.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com; QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher <robertbecher@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>; Pina, Micaela J. <MPina@brownrudnick.com>
> **Subject:** Re: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

Diane,

We don't need their consent. The reason the information is redacted is because MindGeek designated materials that had the names of the funds confidential. The question is are you maintaining that designation and if so what is the basis for the designation in light of the presumption of public access and the fact that the information does not rise to the level of a trade secret or otherwise fall within a recognized protected category, particularly since the information is years-old.

Please provide your position by the end of the day.

Thank you,

Lauren

> On Jun 11, 2024, at 3:14 PM, Diane Cafferata <dianecafferata@quinnemanuel.com> wrote:
>
> **CAUTION:** External E-mail. Use caution accessing links or attachments.
>
> Dear Lauren,
>
> We are not in a position to consent to the public disclosure of the names of these entities. You will have to contact them to ascertain whether they are amenable to their identities being disclosed publicly.
>
> Diane
>
> **From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
> **Sent:** Tuesday, June 11, 2024 12:01 PM
> **To:** Ronald White <rwhite@wmhlaw.com>
> **Cc:** Sack, Jonathan S. <JSack@maglaw.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com; QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher <robertbecher@quinnemanuel.com>; Michael E Williams <michaelwilliams@quinnemanuel.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata <dianecafferata@quinnemanuel.com>; Pina, Micaela J. <MPina@brownrudnick.com>
> **Subject:** Re: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)
>
> Diana, Sean, what is your position?
>
>> On Jun 10, 2024, at 11:33 PM, Tabaksblat, Lauren <LTabaksblat@brownrudnick.com> wrote:
>>
>> Thank you. Diana, Sean, please advise as to the MindGeek Defendants' position.

On Jun 10, 2024, at 7:27 PM, Ronald White <rwhite@wmhlaw.com> wrote:

**CAUTION:** External E-mail. Use caution accessing links or attachments.

No objection on behalf of Bergmair.

Get Outlook for iOS

**From:** Sack, Jonathan S. <JSack@maglaw.com>
**Sent:** Monday, June 10, 2024 4:14:03 PM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Cc:** Ronald White <rwhite@wmhlaw.com>; Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <JBrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com <jamespearl@paulhastings.com>; QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher <robertbecher@quinnemanuel.com>; michaelwilliams@quinnemanuel.com <michaelwilliams@quinnemanuel.com>; Michael T Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata <dianecafferata@quinnemanuel.com>; Pina, Micaela J. <MPina@brownrudnick.com>
**Subject:** Re: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

*External Email - Caution before clicking links.*

Lauren, on behalf of Mr. Tassillo, we do not object to the requested unsealing. Jon

Jonathan S. Sack
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY. 10017
(212) 880 9410 (office)
(917) 903 7493 (cell)
Jsack@maglaw.com

Sent from my iPad

> On Jun 10, 2024, at 1:47 PM, Tabaksblat, Lauren <LTabaksblat@brownrudnick.com> wrote:
>
> All, this is my third request for a response and your position

with respect to unredacting the names of the defendants.  Please advise as to your position before 5pm PST today.  If you would prefer to discuss by phone, please let me know your availability for a call today.

Thank you,

Lauren

---

**From:** Tabaksblat, Lauren
**Sent:** Thursday, June 6, 2024 12:04 PM
**To:** Ronald White <rwhite@wmhlaw.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com; QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher <robertbecher@quinnemanuel.com>; michaelwilliams@quinnemanuel.com; Michael T Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata <dianecafferata@quinnemanuel.com>; Pina, Micaela J. <mpina@brownrudnick.com>
**Subject:** RE: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

All,

Following up on my email below.  To the extent you object to the unsealing of the names of the Redwood and Colbeck funds in the caption and second amended complaint, please advise the basis of your position.

Thank you,

Lauren

---

**From:** Tabaksblat, Lauren

**Sent:** Wednesday, June 5, 2024 12:43 PM
**To:** Ronald White <rwhite@wmhlaw.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com; QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher <robertbecher@quinnemanuel.com>; michaelwilliams@quinnemanuel.com; Michael T Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata <dianecafferata@quinnemanuel.com>; Pina, Micaela J. <mpina@brownrudnick.com>
**Subject:** RE: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

All,

Please also advise whether you consent to unredacting the names of the Redwood and Colbeck funds in the caption of the Second Amended Complaint.  If you do not consent, we intend to file a motion to unseal, so that we can proceed with service and will include your position in that motion.

Thank you,

Lauren

**From:** Ronald White <rwhite@wmhlaw.com>
**Sent:** Wednesday, June 5, 2024 6:49 AM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com;