# EXHIBIT B

| From: | Jason Brown |
|---|---|
| To: | Tabaksblat, Lauren |
| Cc: | Ronald White; Sack, Jonathan S.; Hargrove, Sydney; Sean Taheri; Matthew V. Povolny; Comparato, Nicole; Bowe, Michael J.; Tulumello, Drew; Arianna Scavetti; David Stein; McMenamin, Ryan; Peacocke, Alex; jamespearl@paulhastings.com; QuinnAyloTeam; Robert Becher; michaelwilliams@quinnemanuel.com; Michael T Zeller; Diane Cafferata; Pina, Micaela J. |
| Subject: | Re: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS) |
| Date: | Monday, June 10, 2024 3:39:44 PM |

> **CAUTION: External E-mail. Use caution accessing links or attachments.**

No objection.

Jason Brown

Cohen & Gresser LLP

800 Third Avenue
New York, NY 10022
+1 212 957 7609
jbrown@cohengresser.com  |  view bio
www.cohengresser.com

New York  |  Paris  |  Washington DC  |  London


*CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.*

*PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.*


On Jun 10, 2024, at 1:47 PM, Tabaksblat, Lauren <LTabaksblat@brownrudnick.com> wrote:


All, this is my third request for a response and your position with respect to unredacting the names of the defendants.  Please advise as to your position before 5pm PST today.  If

you would prefer to discuss by phone, please let me know your availability for a call today.

Thank you,

Lauren

---

**From:** Tabaksblat, Lauren
**Sent:** Thursday, June 6, 2024 12:04 PM
**To:** Ronald White <rwhite@wmhlaw.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri
<seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>;
Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J
<MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna
Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown
<jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>;
Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com;
QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher
<robertbecher@quinnemanuel.com>; michaelwilliams@quinnemanuel.com; Michael T
Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata
<dianecafferata@quinnemanuel.com>; Pina, Micaela J. <mpina@brownrudnick.com>
**Subject:** RE: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

All,

Following up on my email below.  To the extent you object to the unsealing of the names
of the Redwood and Colbeck funds in the caption and second amended complaint, please
advise the basis of your position.

Thank you,

Lauren

---

**From:** Tabaksblat, Lauren
**Sent:** Wednesday, June 5, 2024 12:43 PM
**To:** Ronald White <rwhite@wmhlaw.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri
<seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>;
Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J
<MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna
Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown
<jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>;
Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com;
QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher
<robertbecher@quinnemanuel.com>; michaelwilliams@quinnemanuel.com; Michael T
Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata
<dianecafferata@quinnemanuel.com>; Pina, Micaela J. <mpina@brownrudnick.com>

**Subject:** RE: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

All,

Please also advise whether you consent to unredacting the names of the Redwood and Colbeck funds in the caption of the Second Amended Complaint.  If you do not consent, we intend to file a motion to unseal, so that we can proceed with service and will include your position in that motion.

Thank you,

Lauren

---

**From:** Ronald White <rwhite@wmhlaw.com>
**Sent:** Wednesday, June 5, 2024 6:49 AM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tulumello, Drew <Drew.Tulumello@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; David Stein <dstein@olsonstein.com>; Jason Brown <jbrown@cohengresser.com>; McMenamin, Ryan <RMcMenamin@maglaw.com>; Peacocke, Alex <apeacocke@maglaw.com>; jamespearl@paulhastings.com; QuinnAyloTeam <quinnayloteam@quinnemanuel.com>; Robert Becher <robertbecher@quinnemanuel.com>; michaelwilliams@quinnemanuel.com; Michael T Zeller <michaelzeller@quinnemanuel.com>; Diane Cafferata <dianecafferata@quinnemanuel.com>
**Subject:** Re: [External] RE: Fleites et al v. MindGeek S.A.R.L. et al (2:21-cv-04920-CJC-ADS)

---

> **CAUTION: External E-mail. Use caution accessing links or attachments.**

---

Lauren:
No objection from Mr. Bergmair to providing the unredacted complaint to Colbeck and Redwood. Thanks.
Ron

Get Outlook for iOS

---

**From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Sent:** Tuesday, June 4, 2024 10:11:27 PM
**To:** Sack, Jonathan S. <JSack@maglaw.com>
**Cc:** Hargrove, Sydney <Sydney.Hargrove@weil.com>; Ronald White <rwhite@wmhlaw.com>; Sean Taheri <seantaheri@quinnemanuel.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; Comparato, Nicole <Nicole.Comparato@weil.com>; Bowe, Michael J <MBowe@brownrudnick.com>;