UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>Defendant. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL THE NAMES OF THE REDWOOD AND COLBECK FUND DEFENDANTS IN THE SECOND AMENDED COMPLAINT [ECF NO. 400]** |

On June 18, 2024, Plaintiff filed a motion to unseal the names of the Redwood and Colbeck fund defendants in the Second Amended Complaint (the "Motion").

The Court, having considered Plaintiff's Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. The names of Redwood and Colbeck fund defendants shall be unsealed in Exhibit A to the Declaration of Lauren Tabaksblat in Support of Plaintiff's

Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (Unredacted Second Amended Complaint), Dkt. 387-1; and

2. The names of the Redwood and Colbeck fund defendants shall be unsealed in Exhibit B to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (redline reflecting the changes to the caption of the Second Amended Complaint compared to the Amended Complaint), Dkt. 387-2.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE