UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Serena Fleites v. MINDGEEK S.A.R.L., *et al.*
Case No. 2:21-cv-04920-WLH-ADS

ATTACHMENT 1 TO SUMMONS

| | | |
|---|---|---|
| 1 | Michael J. Bowe<br>(admitted *pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(admitted *pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@olsonstein.com<br>Olson Stein LLP<br>240 Nice Lane, #301<br>Newport Beach, California 92663<br>Mobile: (949) 887-4600 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CASE NO. 2:21-cv-4920<br><br>**SECOND AMENDED COMPLAINT**<br><br>1. VIOLATIONS OF FEDERAL SEX TRAFFICKING LAWS [18 U.S.C. §§ 1591, 1594, 1595]<br>2. RECEIPT, TRANSPORT, AND DISTRIBUTION OF CHILD PORNOGRAPHY [18 U.S.C. §§ 2252, 2252A, 2255]<br>3. PUBLIC DISCLOSURE OF PRIVATE FACTS<br>4. INTRUSION INTO PRIVATE AFFAIRS<br>5. PLACING PLAINTIFFS IN "FALSE LIGHT"<br>6. COMMON LAW MISAPPROPRIATION OF LIKENESS<br>7. STATUTORY MISAPPROPRIATION OF LIKENESS [California Civil Code § 3344]<br>8. DISTRIBUTION OF PRIVATE SEXUALLY EXPLICIT MATERIALS [California Civil Code § |

CASE NO. 2:21-cv-4920

SECOND AMENDED COMPLAINT

| | |
|---|---|
| Defendants. | 1708.85]<br>9. NEGLIGENCE<br>10. UNFAIR COMPETITION [California Business & Professions Code §§ 17200, 17500]<br>11. VIOLATIONS OF CALIFORNIA'S TRAFFICKING VICTIMS PROTECTION ACT [California Civil Code § 52.5]<br>12. CIVIL CONSPIRACY |

**DEMAND FOR JURY TRIAL**

CASE NO. 2:21-cv-4920
SECOND AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Serena Fleites v. MINDGEEK S.A.R.L., *et al.*
Case No. 2:21-cv-04920-WLH-ADS

ATTACHMENT 2 TO SUMMONS

DEFENDANTS TO BE SERVED

| |
|---|
| REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware Corporation<br>250 W. 55th Street,<br>New York, New York 10019 |
| COLBECK CAPITAL MANAGEMENT LLC, a Delaware Corporation<br>888 Seventh Avenue<br>New York, New York 10106 |