QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
   Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
   Michael E. Williams (Bar No. 181299)
   michaelwilliams@quinnemanuel.com
   Diane Cafferata (Bar No. 190081)
   dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants MindGeek
S.á r.l (specially appearing), MG
Freesites Ltd, MG Premium Ltd (specially
appearing), MindGeek USA Incorporated,
MG Global Entertainment Inc., and 9219-
1568 Quebec, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>     v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO UNSEAL THE NAMES OF THE REDWOOD AND COLBECK FUND DEFENDANTS OF DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC, INC.**<br><br>Hearing Date:   August 16, 2024<br>Hearing Time:   1:30 p.m.<br>Courtroom:        9B<br>Judge:               Hon. Wesley L. Hsu<br><br>Complaint Filed:  June 17, 2021<br><br>Trial Date:        None Set |

On May 23, 2024, Plaintiff Serena Fleites ("Plaintiff") filed a Second Amended Complaint ("SAC").  ECF No. 385.  The public version of Plaintiff's SAC redacted from the caption the names of the following defendants:  Redwood Master Fund, Ltd; Redwood Opportunity Mater Fund, Ltd; Manuel 2018, LLC; Gingogerum, LLC; White-Hathaway Opportunity Fund, LLC; CB Media Ventures LLC; CB Agency Services, LLC; and CB Participations SPV, LLC.  The initial six, along with Redwood Capital Management, LLC, are referred to as "Redwood" in the SAC.  ECF No. 387-1 at 4.  And the latter three, along with Colbeck Capital Management, LLC, are referred to as "Colbeck" in the SAC.  *Id.*  The undersigned represents MindGeek S.á r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (collectively, "MindGeek") but does not represent Colbeck or Redwood.

MindGeek has conferred with counsel for Redwood and Colbeck and confirmed that they do not object to the disclosure of the names of the sub-entities identified above.  Accordingly, MindGeek hereby provides notice that it does not oppose Plaintiff's motion to unseal the names of the sub-entities identified above in (i) Exhibit A to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (Unredacted Second Amended Complaint), Dkt. 387-1, and (ii) Exhibit B to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (redline reflecting the changes to the caption of the Second Amended Complaint compared to the Amended Complaint), Dkt. 387-2.

For the avoidance of doubt, MindGeek does not consent to the disclosure of any other information that it has designated as confidential or highly confidential, including any allegations in the SAC that are currently under seal.  Neither Redwood nor Colbeck have consented to the disclosure of such information.

1

2    DATED:  July 5, 2024                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
3

4                                        By      */s/ Diane Cafferata*
                                             Michael T. Zeller
5                                            Michael E. Williams
                                             Diane Cafferata
6                                            865 South Figueroa Street, 10th Floor
                                             Los Angeles, California 90017-2543
7                                            Telephone:  (213) 443-3000
                                             Facsimile:   (213) 443-3100
8

9

10                                           *Attorneys for Defendants MindGeek*
                                             *S.á r.l. (specially appearing), MG*
11                                           *Freesites Ltd, MG Premium Ltd (specially*
                                             *appearing), MindGeek USA Incorporated,*
12                                           *MG Global Entertainment Inc., and 9219-*
                                             *1568 Quebec, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     3                    8:21-cv-04920-WLH-ADS

1

## CERTIFICATE OF COMPLIANCE

2

3

    I, the undersigned counsel of record for Defendants, certify that this brief

4

contains 328 words, which complies with the word limit of L.R. 11-6.1.

5

6

DATED:  July 5, 2024                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP

7

                                    By     */s/ Diane Cafferata*
8
                                       Michael T. Zeller
9                                      Michael E. Williams
                                       Diane Cafferata
10                                     865 South Figueroa Street, 10th Floor
                                       Los Angeles, California 90017-2543
11                                     Telephone:  (213) 443-3000
                                       Facsimile:   (213) 443-3100
12

13                                     *Attorneys for Defendants MindGeek*
                                       *S.á r.l. (specially appearing), MG*
14                                     *Freesites Ltd, MG Premium Ltd (specially*
                                       *appearing), MindGeek USA Incorporated,*
15                                     *MG Global Entertainment Inc., and 9219-*
                                       *1568 Quebec, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendants certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on July 5, 2024 upon all counsel of record via ECF.

DATED:  July 5, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____/s/ Diane Cafferata_____
    Michael T. Zeller
    Michael E. Williams
    Diane Cafferata
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
    Facsimile:   (213) 443-3100

*Attorneys for Defendants MindGeek S.á r.l. (specially appearing), MG Freesites Ltd, MG Premium Ltd (specially appearing), MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.*