UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD.; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5.<br><br>  Defendants. | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE CAPTION [384]**<br><br>Date: July 12, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

1     **THE COURT**, having considered Plaintiff Serena Fleites's Motion To
2 Amend The Caption, and having considered the written submissions, and the
3 arguments of counsel in support of and in opposition to the motion, and good cause
4 having been shown,

5     **HEREBY ORDERS** that Plaintiff's Motion is **GRANTED**.

6 Further, the hearing calendared for July 12, 2024, is **VACATED**.

7

8     **IT IS SO ORDERED**

9   DATED: 7/9/2024

                      HON. WESLEY L. HSU
                      UNITED STATES DISTRICT JUDGE