UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; and BERGMAIR DOES 1-5,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL THE NAMES OF THE REDWOOD AND COLBECK FUND DEFENDANTS IN THE SECOND AMENDED COMPLAINT [ECF NO. 400]** |

　　On June 18, 2024, Plaintiff filed a motion to unseal the names of the Redwood and Colbeck fund defendants in the Second Amended Complaint (the "Motion"). On July 9, 2024, Defendants MindGeek S.á.r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. filed a Notice of Non-Opposition to Plaintiff's Motion (the "Non-Opposition"). Further, while Defendants Colbeck and Redwood did not join in the Non-Opposition, counsel for the

moving Defendants represented that it had conferred with counsel for Defendants Colbeck and Redwood, who similarly do not object to Plaintiff's Motion to the extent that it requests the disclosure of certain names and sub-entities.

The Court, having considered Plaintiff's Motion, Defendants' Non-Opposition, and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. The names of Redwood and Colbeck fund defendants shall be unsealed in Exhibit A to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (Unredacted Second Amended Complaint), Dkt. 387-1; and

2. The names of the Redwood and Colbeck fund defendants shall be unsealed in Exhibit B to the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Second Amended Complaint and Motion to Amend the Caption in the Second Amended Complaint (redline reflecting the changes to the caption of the Second Amended Complaint compared to the Amended Complaint), Dkt. 387-2.

The hearing calendared for August 16, 2024, is **VACATED**

**IT IS SO ORDERED.**

Dated: 7/9/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE