**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael E. Williams (Bar No. 181299)
michaelwilliams@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
dianecafferata@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd (specially appearing), MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.*

**BROWN RUDNICK LLP**
MICHAEL J. BOWE
(*pro hac vice*)
mbowe@brownrudnick.com
LAUREN TABAKSBLAT
(*pro hac vice*)
ltabaksblat@brownrudnick.com
7 Times Square
New York, NY 10036
Telephone:  1(212) 209-4800
Facsimile:   1(310) 209-4801

*Attorneys for Plaintiff*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>         Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>         Defendants. | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Wesley L. Hsu<br><br>SAC filed: May 23, 2024 |

|  |  |
|---|---|
| 1 | Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Gingogerum, LLC, and White-Hathaway Opportunity Fund (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") and Plaintiff Serena Fleites ("Plaintiff") (collectively with Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on July 29, 2022, the Court granted Plaintiff leave to amend her complaint at the close of jurisdictional discovery (ECF No. 167);

WHEREAS, on June 23, 2023, jurisdictional discovery closed (ECF Nos. 344, 355);

WHEREAS, on May 23, 2024, Plaintiff filed both a Motion to Amend the Caption for her pleading and a Second Amended Complaint (the "SAC"), which identifies Colbeck and Redwood as new defendants (ECF Nos. 384, 385);

WHEREAS, on June 6, 2024, Plaintiff and the previously named defendants, MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Bernd Bergmair, Feras Antoon, and David Tassillo, filed a Joint Stipulation Re Briefing Schedule for Defendants' Motions to Dismiss, which set August 5, 2024, as their deadline to respond to the SAC and increased the page limit of each responsive motion by a Defendant to forty (40) pages ("Joint Stipulation") (ECF No. 395);

WHEREAS, on July 8, 2024, the Court granted the Parties' Joint Stipulation, and approved Defendants' increased page limit in response to the SAC and the following briefing schedule relating to the SAC (ECF No. 405): |

| | |
|---|---|
| **August 5, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC; |
| **September 12, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **October 3, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |

WHEREAS, on July 9, 2024, the Court granted Plaintiff's Motion to Amend the Caption to include Colbeck and Redwood as additional named defendants (ECF No. 406);

WHEREAS, Plaintiff sent waivers of service to Colbeck on July 1, 2024, and on July 12, 2024, Plaintiff filed Colbeck's executed waivers of service relating to the SAC, which set Colbeck's deadline to answer, move, or otherwise respond to the SAC as August 30, 2024 (ECF Nos. 412-15);

WHEREAS, after filing the SAC, Plaintiff's counsel also filed thirteen (13) additional actions against the same Defendants in the United States District Court for the Central District of California (the "Additional Actions");

WHEREAS, on July 11, 2024, counsel for all Defendants, and counsel for Plaintiff conferred and agreed that given the length and complexity of the SAC, and in order to promote efficiencies that could best be achieved by a coordinated briefing schedule, good cause exists for a revised schedule for the time for all Defendants to answer, move, or otherwise respond to the SAC, and for the subsequent related briefing deadlines, as follows:

| | |
|---|---|
| **August 30, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC; |
| **October 15, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |

| | |
|---|---|
| **November 5, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **November 22, 2024:** | Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable); |

WHEREAS, the Parties agree that given the length and complexity of the SAC, good cause exists to permit the additional named defendants, Colbeck and Redwood, an increase in the number of pages for their motions in response to the SAC, not to exceed forty (40) pages.

WHEREAS, also on July 11, 2024, counsel for Defendants and counsel for the plaintiffs in the Additional Actions, further conferred and agreed to a coordinated briefing schedule for those cases, whereby the time for each Defendant to answer, move or otherwise respond to the Additional Actions is October 15, 2024; the time for plaintiffs to respond to each answer, motion or response is November 22, 2024; and the time for each Defendant to file a reply is December 13, 2024, and agreed to submit corresponding stipulations in each of those Additional Actions;

WHEREAS, the Parties agree that Defendants preserve all objections and defenses to the SAC, as well as to the complaints filed in each of the Additional Actions, including any objection or defense on the ground of lack of personal jurisdiction;

IT IS THEREFORE STIPULATED AND AGREED that there is good cause for the Court to extend Defendants' deadline to answer, move or otherwise respond to the SAC and therefore that, subject to the approval of this Court, the subsequent briefing deadlines shall be:

| | |
|---|---|
| **August 30, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC; |
| **October 15, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |

| | |
|---|---|
| **November 5, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **November 22, 2024:** | Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable); |

IT IS FURTHER STIPULATED AND AGREED that there is good cause for the Court to permit the additional named defendants, Colbeck and Redwood, an increase in the number of pages for their motions in response to the SAC, not to exceed a total of forty (40) pages.

IT IS FURTHER STIPULATED AND AGREED that Defendants preserve all objections and defenses to the SAC, including all objections and defenses on the ground of lack of personal jurisdiction; and

Accordingly, the Parties respectfully request that this Court sign the Proposed Order setting forth this amended briefing schedule and page limit increases set forth above.

IT IS SO STIPULATED.

DATED: July 24, 2024         **PAUL HASTINGS LLP**

By: */s/ James M. Pearl*
    JAMES M. PEARL
    ADAM M. REICH
    EMMA LANZON
    KIAURA CLARK

*Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Gingogerum, LLC, and White-Hathaway Opportunity Fund*

| | | |
|---|---|---|
| 1 | DATED: July 24, 2024 | **WHITE & CASE LLP** |
| 2 | | |
| 3 | | By: */s/ David G. Hille* |
| 4 | |     DAVID G. HILLE<br>    KEVIN C. ADAM<br>    RUSSELL J. GOULD |
| 5 | | |
| 6 | | *Attorneys for Defendants Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, And CB Participations SPV, LLC* |
| 7 | | |
| 8 | | |
| 9 | DATED: July 24, 2024 | **BROWN RUDNICK LLP** |
| 10 | | |
| 11 | | By: */s/ Micaela Pina* |
| 12 | |     MICHAEL J. BOWE<br>    LAUREN TABAKSBLAT<br>    MICAELA PINA |
| 13 | | *Attorneys for Plaintiff Serena Fleites* |
| 14 | | |
| 15 | DATED: July 24, 2024 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 16 | | |
| 17 | | By: */s/ Diane Cafferata* |
| 18 | |     MICHAEL T. ZELLER<br>    MICHAEL E. WILLIAMS<br>    DIANE CAFFERATA |
| 19 | | |
| 20 | | *Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.* |
| 21 | | |
| 22 | | |
| 23 | DATED: July 24, 2024 | **WEIL, GOTSHAL & MANGES LLP** |
| 24 | | |
| 25 | | By: */s/ Drew Tulumello* |
| 26 | |     DREW TULUMELLO |
| 27 | | *Attorney for Defendant Visa Inc.* |
| 28 | | |

- 5 -
JOINT STIPULATION RE BRIEFING SCHEDULE RELATING TO
RESPONSES TO SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: July 24, 2024 | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC** |
| 2 | | |

DATED: July 24, 2024      **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**

By: */s/ Jonathan S. Sack*
      JONATHAN S. SACK

*Attorney for Defendant David Tassillo*

DATED: July 24, 2024      **COHEN & GRESSER LLP**

By: */s/ Matthew V. Povolny*
      MATTHEW V. POVOLNY

*Attorney for Defendant Feras Antoon*

DATED: July 24, 2024      **WALDEN MACHT & HARAN LLP**

By: */s/ Ronald G. White*
      RONALD G. WHITE

*Attorney for Defendant Bernd Bergmair*

JOINT STIPULATION RE BRIEFING SCHEDULE RELATING TO
RESPONSES TO SECOND AMENDED COMPLAINT

## ATTESTATION STATEMENT

I, Diane Cafferata, the filer of this Stipulation, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 24, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Diane Cafferata*
DIANE CAFFERATA

- 7 -
JOINT STIPULATION RE BRIEFING SCHEDULE RELATING TO
RESPONSES TO SECOND AMENDED COMPLAINT