# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites,<br><br>v.       Plaintiff(s)<br><br>MindGeek S.A.R.L., et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-04920-WLH-ADS<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:   **Diane Cafferata and Michael E. Williams**

List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   **Defendants MindGeek S.A.R.L.; MG Freesites, LTD; MindGeek USA Incorporated; MG Premium LTD; RK Holdings USA Inc.; MG Global Entertainment Inc.; TrafficJunky Inc.; 9219-1568 Quebec, Inc.**

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____

_____
U.S. District Judge/U.S. Magistrate Judge