1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>    Defendants. | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE RELATING TO DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 419]** |

On July 24, 2024, Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Gingogerum, LLC, and White-Hathaway Opportunity Fund (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") and Plaintiff Serena Fleites ("Plaintiff") (collectively with Defendants, the "Parties") filed a Joint Stipulation Regarding Briefing Schedule and Enlargement of Page Limitations Relating to Defendants' Responses to Plaintiff's Second Amended Complaint [ECF No. 419] (the "Joint Stipulation").

Pursuant to the Joint Stipulation, the Parties stipulate and agree to additional time for Defendants to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint (ECF No. 385), to set a briefing schedule in the event one or more motions is filed, and to set enlarged page limitations relating to any such briefing.

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' deadline to answer, move or otherwise respond to the SAC and the subsequent briefing deadlines shall be **August 30, 2024**;

2. In the event that any Defendant moves to dismiss the SAC or files any other motions relating to the SAC, the following deadlines shall apply for corresponding Opposition and Reply Briefs:

**October 15, 2024:**   Plaintiff's Deadline to Respond to All Motions;

**November 5, 2024:**   Each Defendant's Deadline to File Replies (if and as applicable);

**November 22, 2024:**  Proposed Hearing on Each Defendant's Motion;

3. The page limit of each motion by the additional named defendants, Colbeck and Redwood, in response to the SAC is increased to forty (40) pages.

4. Defendants preserve all objections and defenses to the SAC, including all objections and defenses on the ground of lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: 8/2/2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE