Name and address:
Esteban Morales (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff(s) <br><br> v. <br><br> MINDGEEK S.A.R.L, et al. <br><br> Defendant(s). | CASE NUMBER <br> 2:21-cv-4920 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Biagetti, Peter A.                                                    of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

617-542-6000            617-542-2241                                          One Financial Center
*Telephone Number*        *Fax Number*                                         Boston, MA 02111

pabiagetti@mintz.com
*E-Mail Address*                                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.A.R.L., MG Freesites, LTD, MindGeek USA Incorporated, MG Premium LTD, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.

*Name(s) of Party(ies) Represented*                ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐
Other:

**and designating as Local Counsel**

Morales, Esteban                                                      of    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*                     2049 Century Park East, Suite 300

273948            310-586-3200            310-586-3202                         Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

emorales@mintz.com
*E-Mail Address*                                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                                                      **U.S. District Judge/U.S. Magistrate Judge**