Name and address:
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites,<br><br>v.   Plaintiff(s)<br><br>MindGeek S.A.R.L. et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:21-cv-04920-WLH-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Peacocke, Alexander F.R.   of   MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*   565 Fifth Avenue
(212) 880-9431    (212) 856-9494   New York, NY 10017
*Telephone Number*   *Fax Number*
apeacocke@maglaw.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
David Tassillo

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* ____

and designating as Local Counsel
Wiechert, David W.   of   WIECHERT, MUNK & GOLDSTEIN, PC
*Designee's Name (Last Name, First Name & Middle Initial)*   4000 MacArthur Blvd., Suite 600 East Tower
SBN 94607   (949) 361-2822   (949) 361-5722   Newport Beach, CA 92660
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated ____     ____
  U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1