DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>**NOTICE OF VISA INC.'S SECOND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Date: November 22, 2024<br>Time: 1:30 a.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |

TO PLAINTIFF AND ATTORNEYS OF RECORD:

PEASE TAKE NOTICE that on November 22, 2024 at 1:30 a.m. or as soon thereafter as the matter may be heard, before the Honorable Wesley L. Hsu in Courtroom 9B, located at 350 W. 1st Street, 9th Floor, Los Angeles, California 90012, Defendant Visa Inc. ("Visa") will and hereby does move to dismiss Plaintiff's claims against Visa, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Visa brings this motion on the grounds that: (i) the Complaint does not state a claim for relief against Visa under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1591(a)(2) or any other secondary liability theory (Count II); (ii) the Complaint does not plausibly allege any conspiracy claim against Visa (Counts IV & XVI); (iii) the Complaint does not plausibly allege any claims for relief under California state law (Count XIV); (iv) Plaintiff's theories transgress settled limitations on secondary liability and (v) dismissal with prejudice is warranted because further amendment would be futile.

This motion is based upon this Notice of Motion, all other pleadings and papers on file herein, and such other argument and evidence as may be presented to the Court.

Pursuant to Local Rule 7-3, the parties thoroughly discussed the substance and potential resolution of the filed motion by videoconference, which took place on August 23, 2024.

| | | |
|---|---|---|
| 1 | Dated: August 30, 2024 | RESPECTFULLY SUBMITTED, |
| 2 | | |
| 3 | | */s/ Drew Tulumello* |
| | | DREW TULUMELLO (#196484) |
| 4 | | drew.tulumello@weil.com |
| | | MARK A. PERRY (#212532) |
| 5 | | mark.perry@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 6 | | 2001 M Street NW, Suite 600 |
| | | Washington, DC 20036 |
| 7 | | Tel: 202 682 7000 |
| | | Fax: 202 857 0940 |
| 8 | | |
| 9 | | *Attorneys for Defendant Visa Inc.* |