# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>  Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING VISA'S SECOND MOTION TO DISMISS**<br><br>Date: November 22, 2024<br>Time: 1:30 a.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |

Defendant Visa, Inc.'s Motion to Dismiss for Failure to State a Claim ("Visa's Second Motion to Dismiss") came before this Court for hearing on November 22, 2024. Visa argued that the claims against it should be dismissed because (i) the Complaint did not state a claim for relief against Visa under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1591(a)(2) or any other secondary liability theory (Count II); (ii) the Complaint did not plausibly allege any conspiracy claim against Visa (Counts IV & XVI); (iii) the Complaint did not plausibly allege any claims for relief under California state law (Count XIV); (iv) Plaintiff's theories transgress settled limitations on secondary liability and that (v) dismissal with prejudice was warranted because further amendment would be futile. Having considered the papers and arguments of counsel submitted in connection with Visa's Motion to Dismiss, and finding good cause appearing, IT IS HEREBY ORDERED that:

Visa's Motion to Dismiss Counts II, IV, XIV, and XVI for failure to state a claim is GRANTED; and

Plaintiff's claims against Visa in their Complaint are DISMISSED WITH PREJUDICE.

Dated: _____      _____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE