| | |
|---|---|
| DAN MARMALEFSKY | RONALD G. WHITE |
| (CA SBN 95477) | (admitted pro hac vice) |
| DMarmalefsky@mofo.com | RWhite@wmhwlaw.com |
| Morrison & Foerster LLP | Walden Macht Haran & Williams LLP |
| 707 Wilshire Boulevard | 250 Vesey Street |
| Los Angeles, California 90017-3543 | New York, NY 10281 |
| Telephone: 213-892-5200 | Telephone: 212-335-2387 |
| Facsimile: 213-892-5454 | Facsimile: 212-335-204 |

Attorneys for Defendant Bernd Bergmair

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No.: 2:21-cv-4920-WLH-ADS<br><br>**DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]**<br><br>Date: November 22, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 17, 2021<br>Trial Date: None Set |

I, Ronald G. White, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner with the law firm Walden Macht Haran & Williams LLP. I have been granted permission by this court to appear *pro hac vice* as counsel for Defendant Bernd Bergmair in the above-captioned case. I am over the age of 18. I make this declaration in support of Defendant Bernd Bergmair's Motion to Dismiss the Second Amended Complaint. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of the deposition of Bernd Bergmair, dated June 15, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the transcript of the deposition of Feras Antoon, dated June 14, 2023.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the deposition of David Tassillo, dated June 16, 2023.

5. In connection with Plaintiff's request in jurisdictional discovery for "[a]ll documents and communications made to or from Mr. Bergmair concerning any MindGeek Entity's policies, practices, and/or procedures for CSAM and non-consensual content," we agreed to use the search terms set forth in paragraph 8.d of the March 13, 2023 letter from Michael J. Bowe to Ronald G. White, attached hereto as Exhibit D.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the Share Purchase Agreement dated January 30, 2023, as amended on March 15, 2023 (produced as Bergmair_Fleites_00002694).

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of the Share Purchase Agreement dated January 20, 2023 (produced as Tassillo_Fleites_00000851).

8. Attached hereto as Exhibit G are true and correct copies of excerpts of the transcripts of the depositions of Andreas Andreou, dated June 1 and 2, 2023.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of the Shareholders' Agreement, dated October 18, 2013 (produced as MindGeek_Fleites_00001814).

10. Attached hereto as Exhibit I is a true and correct copy of a spreadsheet relating to Feras Antoon produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003003).

11. Attached hereto as Exhibit J is a true and correct copy of a spreadsheet relating to David Tassillo produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003006).

12. Attached hereto as Exhibit K is a true and correct copy of Feras Antoon's testimony before the Standing Committee on Access to Information, Privacy, and Ethics of the House of Commons of the Parliament of Canada, dated February 5, 2021.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts of a MindGeek S.a. r. l. Confidential Information Memorandum, dated July 2015 (produced as MindGeek_Fleites00008508).

14. Attached hereto as Exhibit M is a true and correct excerpt of Feras Antoon's Responses to Plaintiff's Request for Admissions, dated June 15, 2023.

15. Attached hereto as Exhibit N is a true and correct excerpt of David Tassillo's Responses to Plaintiff's Request for Admissions, dated June 15, 2023.

16. Attached hereto as Exhibit O is a true and correct excerpt of a spreadsheet produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00066312).

17. Attached hereto as Exhibit P is a true and correct copy of the Declaration of Bernd Bergmair, dated August 30, 2024.

18. Exhibits A-C, E-J, and L-P are filed under seal. An application to file these exhibits under seal is being filed contemporaneously in accordance with Local Rule 79-5.2.2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  August 30, 2024

                                  */s/ Ronald G. White*
                                  Ronald G. White

DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]