| | |
|---|---|
| DAN MARMALEFSKY<br>(CA SBN 95477)<br>DMarmalefsky@mofo.com<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213-892-5200<br>Facsimile: 213-892-5454 | RONALD G. WHITE<br>(admitted pro hac vice)<br>RWhite@wmhwlaw.com<br>Walden Macht Haran & Williams LLP<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: 212-335-2387<br>Facsimile: 212-335-2040 |

Attorneys for Defendant Bernd Bergmair

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>  vs.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>        Defendants. | Case No.: 2:21-cv-4920-WLH-ADS<br><br>**DECLARATION OF BERND BERGMAIR IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: November 22, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 17, 2021<br>Trial Date: None Set |

DECLARATION OF BERND BERGMAIR

I, Bernd Bergmair, declare as follows:

1. I am a defendant in the above-captioned case. I submit this declaration in support of my motion to dismiss the Second Amended Complaint ("SAC") in this case. The SAC contains many inaccurate allegations regarding me but I submit this declaration to correct only those that bear on the issue of personal jurisdiction.

2. I am a resident of Hong Kong, China. I do not reside or work in the United States.

3. I have never met or had any dealings with Plaintiff Serena Fleites. Prior to her raising legal claims against the MindGeek group of corporate entities (collectively, "MindGeek"), I was unaware of her existence or of the fact that videos depicting her had allegedly been posted on MindGeek websites.

4. I am a private investor. When I invest in companies, I do not operate them but entrust their management to senior executives who are experts in their industry. During the period from 2013 to 2023, I pursued investments in numerous companies in a wide range of industries.

5. [redacted]

6. [redacted]

1
DECLARATION OF BERND BERGMAIR

1
2
3
4
5
6    7.
7
8
9
10
11
12
13
14
15
16
17
18
19    8.    I did not adopt or maintain an "unrestricted content" business model at MindGeek.  At the time of my investment in MindGeek in 2013, I understood that the company had a content moderation function in place.  This function, along with all other corporate functions, was overseen by MindGeek's management.  While a beneficial shareholder, I did not direct or implement MindGeek's content moderation policies and practices, nor did I direct or implement the company's response to media stories or other inquiries regarding its content moderation.

26    9.    I did not adopt or maintain an "unrestricted content" business model at Redtube, a company I owned prior to my investment in MindGeek.

10. I did not direct or discuss the production by MindGeek of non-consensual content.

11. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: Aug. 30, 2024

*signature*

Bernd Bergmair