UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>                    Defendant. | Case No.: 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER** |

On August 30, 2024, Defendant Bernd Bergmair filed Defendant Bernd Bergmair's Application for Leave to File Under Seal Material Designated as Confidential Pursuant to a Protective Order (the "Application").

The Application seeks leave to file under seal portions of the contemporaneously-filed Defendant Bernd Bergmair's Motion to Dismiss the Second Amended Complaint ("Bergmair Motion to Dismiss") and the Declaration from Ronald G. White in support of that motion ("White Declaration"), which contain and/or attach materials designated as Confidential or Highly Confidential by Bergmair and other parties pursuant to the Protective Order in this case (ECF No. 187), or which reference portions of the Second Amended Complaint ("SAC") which are filed under seal or portions of the Declaration of

Andreas Andreou, submitted in support of the MindGeek Entity Defendants' Motion to Dismiss ("Andreou Declaration").

The Court, having considered the Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. White Declaration Exhibits A-C, E-J, and L-P are filed under seal as requested.

2. Portions of the Bergmair Motion to Dismiss which refer to the contents of those exhibits, sealed portions of the SAC, or portions of the Andreou Declaration are to be filed under seal.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE