DAN MARMALEFSKY
(CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

RONALD G. WHITE
(admitted pro hac vice)
RWhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
Telephone: 212-335-2387
Facsimile: 212-335-2040

Attorneys for Defendant Bernd Bergmair

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

          Plaintiff,

    vs.

MINDGEEK S.A.R.L., et al.,

        Defendants.

Case No.: 2:21-cv-4920-WLH-ADS

**DECLARATION OF BERND BERGMAIR IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Date: November 22, 2024
Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley L. Hsu
Complaint Filed: June 17, 2021
Trial Date: None Set

I, Bernd Bergmair, declare as follows:

1.      I am a defendant in the above-captioned case.  I submit this declaration in support of my motion to dismiss the Second Amended Complaint ("SAC") in this case.  The SAC contains many inaccurate allegations regarding me but I submit this declaration to correct only those that bear on the issue of personal jurisdiction.

2.      I am a resident of Hong Kong, China.  I do not reside or work in the United States.

3.      I have never met or had any dealings with Plaintiff Serena Fleites. Prior to her raising legal claims against the MindGeek group of corporate entities (collectively, "MindGeek"), I was unaware of her existence or of the fact that videos depicting her had allegedly been posted on MindGeek websites.

4.      I am a private investor.  When I invest in companies, I do not operate them but entrust their management to senior executives who are experts in their industry.  During the period from 2013 to 2023, I pursued investments in numerous companies in a wide range of industries.

5.      ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6.      ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████



7.

8.      I did not adopt or maintain an "unrestricted content" business model at MindGeek.  At the time of my investment in MindGeek in 2013, I understood that the company had a content moderation function in place.  This function, along with all other corporate functions, was overseen by MindGeek's management. While a beneficial shareholder, I did not direct or implement MindGeek's content moderation policies and practices, nor did I direct or implement the company's response to media stories or other inquiries regarding its content moderation.

9.      I did not adopt or maintain an "unrestricted content" business model at Redtube, a company I owned prior to my investment in MindGeek.

DECLARATION OF BERND BERGMAIR

1    10.    I did not direct or discuss the production by MindGeek of non-
2  consensual content.

3    11.    ████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████████████
9  ████████████████████████████████████████████████████████████
10 ████████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████████
12 ████████████████████████████████████████████████████████████
13 ████████████████████████████████████████████████████████████
14 ████████████████████████████████████████████████████████████
15 ████████████████████████████████████████████████████████████
16 ████████████████████████████████████████████████████████████
17 ████████████████████████████████████████████████████████████
18 ████████████████████████████████████

19    I declare under penalty of perjury under the laws of the United States
20 of America that the foregoing is true and correct.

21

22 Date:  Aug. 30, 2024
23          _____                    _____
24                                                  Bernd Bergmair
25
26
27
28

3
DECLARATION OF BERND BERGMAIR