WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice* pending)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: apeacocke@maglaw.com

*Attorneys for Specially Appearing Defendant David Tassillo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation, GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, A Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware Corporation; CB AGENCY SERVICES, LLC, A Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation<br><br>Defendants. | Case No. 2:21-cv-4920<br><br>**[PROPOSED] ORDER GRANTING ANTOON AND TASSILLO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hearing Date: November 22, 2024<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 17, 2021<br><br>Trial Date: None Set |

Defendants Feras Antoon and David Tassillo's Motion to Dismiss the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 9(b) ("Antoon and Tassillo's Motion to Dismiss") came before this Court for hearing on November 22, 2024. Having considered the papers and arguments of counsel submitted in connection with Antoon and Tassillo's Motion to Dismiss, and finding good cause appearing, IT IS HEREBY ORDERED THAT:

Antoon and Tassillo's Motion to Dismiss is GRANTED; and

Plaintiff's claims against Antoon and Tassillo are DISMISSED WITHOUT LEAVE TO AMEND for failure to establish personal jurisdiction and, in the alternative, DISMISSED WITH PREJUDICE for failure to state a claim.

**IT IS SO ORDERED**

Dated: _____            _____

Hon. Wesley L. Hsu
United States District Judge