# EXHIBIT B TO
# ANTOON DECLARATION
# IN SUPPORT OF MOTION TO DISMISS
# FILED UNDER SEAL