# EXHIBIT A TO
# TASSILLO DECLARATION
# IN SUPPORT OF MOTION TO DISMISS
# FILED UNDER SEAL