WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice pending*)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: apeacocke@maglaw.com

*Attorneys for Specially Appearing
Defendant David Tassillo*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation, GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, A Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware Corporation; CB AGENCY SERVICES, LLC, A Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation<br><br>                    Defendants. | Case No. 2:21-cv-4920<br><br>**DECLARATION OF JONATHAN S. SACK IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, Jonathan S. Sack, hereby state to the best of my knowledge and belief:

1. I am a member of the State Bars of New York and Connecticut, a Partner at the firm of Morvillo, Abramowitz, Grand, Iason & Anello, PC, and counsel of record (admitted *pro hac vice*) for defendant David Tassillo.

2. I submit this declaration in support of Feras Antoon and David Tassillo's joint Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 9(b).

3. The declaration encloses documents that relate to allegations in Plaintiff's Second Amended Complaint that Mr. Antoon and Mr. Tassillo are each an alter ego of various MindGeek entities, including, but not limited to, MindGeek S.A.R.L., MG Freesites Ltd., MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Québec Inc. (collectively, the "MindGeek Entity Defendants").

4. The enclosed documents are representative examples of corporate records maintained in the regular course of business and produced by the MindGeek Entity Defendants in this litigation, as described further below. Such records demonstrate the MindGeek entities' adherence to corporate formalities throughout Mr. Antoon and Mr. Tassillo's employment by 9219-1568 Québec Inc. ("9219 Inc.").

**Annual Financial Statements**

5. Enclosed as Exhibits 1-4 are true and correct copies of annual financial statements for 9219 Inc., MindGeek S.A.R.L., MindGeek Freesites Ltd., and MindGeek Premium Ltd. from the period relevant to this litigation, each prepared by an outside auditor.

6. These entities prepared in the regular course of business similar annual financial statements throughout the period relevant to this litigation. Plaintiff received such corporate records during discovery.

1

DECLARATION OF JONATHAN S. SACK
CASE NO. 2:21-cv-4920

**Intercompany Agreements**

7. Enclosed as Exhibits 5-6 are true and correct copies of the amendments to two services agreements, dated January 1, 2014, between 9219 Inc., on the one hand, and MG Premium Ltd. and MG Freesites Ltd., on the other hand.

8. Similar agreements and amendments were executed between 9219 Inc. and various MindGeek-affiliated entities during the period relevant to this litigation. Plaintiff received such corporate records during discovery.

**Corporate Board Minutes**

9. Enclosed as Exhibits 7-8 are true and correct copies of board-of-directors meeting minutes for MindGeek S.A.R.L and MindGeek Premium Ltd. during the period relevant to this litigation.

10. These entities maintained in the regular course of business similar minutes during the period relevant to this litigation. Plaintiff received such corporate records during discovery.

**Resolutions**

11. Enclosed as Exhibit 9-10 are a true and correct copies of resolutions for MindGeek Freesites Ltd. and RT Holding S.A.R.L. during the period relevant to this litigation.

12. These entities maintained in the regular course of business similar resolutions during the period relevant to this litigation. Plaintiff received such corporate records during discovery.

**Transfer Pricing Studies**

13. Enclosed as Exhibit 11 is a true and correct copy of MindGeek Freesites Ltd.'s Transfer Pricing Documentation prepared by third-party accountant Raymond Chabot Grant Thornton LLP, dated December 31, 2019.

14. Plaintiff received such corporate records during discovery.

***

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 30, 2024

_____
Jonathan S. Sack

- 3 -
DECLARATION OF JONATHAN S. SACK
CASE NO. 2:21-cv-4920