# EXHIBIT 4 TO
# SACK DECLARATION
# IN SUPPORT OF MOTION TO DISMISS
# FILED UNDER SEAL