# EXHIBIT 10 TO

# SACK DECLARATION

# IN SUPPORT OF MOTION TO DISMISS

# FILED UNDER SEAL