WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice* pending)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: apeacocke@maglaw.com

*Attorneys for Specially Appearing
Defendant David Tassillo*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>          v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation, GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, A Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware Corporation; CB AGENCY SERVICES, LLC, A Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation<br><br>                    Defendants. | Case No. 2:21-cv-4920<br><br>**LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**<br><br>Hearing Date:  November 22, 2024<br>Courtroom:  9B<br>Judge:  Hon. Wesley L. Hsu<br><br>Complaint Filed: June 17, 2021<br><br>Trial Date: None Set |

1    Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order

2  entered by this Court on October 14, 2022 (ECF No. 187), Specially Appearing

3  Defendants Feras Antoon and David Tassillo ("Antoon and Tassillo") hereby

4  submit this Application for Leave to File Under Seal Material Designated by

5  Another Party as Confidential Pursuant to a Protective Order.  In support of this

6  Application, Antoon and Tassillo state as follows:

7    1.    Under the parties' Stipulated Protective Order, a party may designate

8  material that it produces as "Confidential" or "Highly Confidential" if it qualifies

9  for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the

10  parties' Good Cause Statement.

11    2.    As relevant to this Application, on July 29, 2022, the Court ordered

12  defendants in this action to submit to jurisdictional discovery.  ECF No. 167.

13  During jurisdictional discovery, Antoon, Tassillo and Bernd Bergmair (together,

14  the "Individual Defendants") and MindGeek S.à r.l., MG Freesites Ltd., MindGeek

15  USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-

16  1568 Quebec, Inc. (together, the "MindGeek Entity Defendants") produced

17  discovery, including responses to requests for the production of documents,

18  interrogatory responses, deposition testimony, and/or requests for admission, and

19  designated portions thereof "Confidential" or "Highly Confidential" under the

20  Stipulated Protective Order.

21    3.    On May 23, 2024, Plaintiff filed her Second Amended Complaint

22  ("SAC"), which included references to material designated either "Confidential" or

23  "Highly Confidential" under the Stipulated Protective Order.  Also on May 23,

24  2024, Plaintiff filed an application for leave to file this material under seal.  ECF

25  No. 386.  On May 28 and 29, 2024, the MindGeek Entity Defendants and Bernd

26

27

28

LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER
SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS
CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER
CASE NO. 2:21-cv-4920

1  Bergmair, respectively, submitted declarations in support of Plaintiff's application

2  to file portions of the SAC under seal.  ECF Nos. 388, 389.

3       4.     On July 24, 2024, the parties agreed to a briefing schedule on any

4  motions in response to the SAC, giving defendants until August 30, 2024, to

5  Answer, Move, or Otherwise Respond to the SAC.  ECF No. 419.  Antoon and

6  Tassillo intend to file a motion to dismiss in response to the SAC on this schedule,

7  supported by, *inter alia*, a Memorandum of Points and Authorities, a Declaration

8  of Jonathan S. Sack, Esq., with Exhibits 1 to 11, a Declaration of Feras Antoon,

9  with Exhibits A, B, and C, and a Declaration of David Tassillo, with an Exhibit A.

10      5.     Local Rule 79-5.2.2 provides that where a Filing Party seeks to file a

11 document containing information previously designated as confidential by another

12 pursuant to a protective order, and the document cannot be suitably redacted by

13 agreement, the Filing Party may file an Application for Leave to File Under Seal.

14 The Rule further requires the Filing Party to confer with the Designating Party at

15 least 3 days before seeking to file the document(s) under seal and, if sealing

16 remains necessary, to serve a copy of the application and any supporting

17 declaration on the Designating Party the same day the motion is filed, so that the

18 Designating Party may, within four days, file a declaration that establishes why all

19 or part of the designated material is sealable.

20      6.     On August 27, 2024, Antoon and Tassillo notified Bergmair and the

21 MindGeek Entity Defendants of their intention to use materials designated as

22 "Confidential" or "Highly Confidential" in support of their motion to dismiss.

23 Bergmair and the MindGeek Entity Defendants elected to maintain their

24 confidentiality designations under the Stipulated Protective Order.

25      7.     Accordingly, under Local Rule 79-5.2.2, Antoon and Tassillo have

26 redacted material from the publicly filed versions of their Memorandum of Points

27

28
LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER
SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS
CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER
CASE NO. 2:21-cv-4920

1  and Authorities and the Exhibits to the Declarations of Feras Antoon, David

2  Tassillo, and Jonathan S. Sack, Esq., in support of their Motion to Dismiss.

3      8.    Antoon and Tassillo therefore respectfully request that the Court enter

4  the concurrently filed [Proposed] Order permitting Antoon and Tassillo to file

5  under seal portions of their Memorandum of Points and Authorities in support of

6  their Motion to Dismiss, and the exhibits to the Declarations of Feras Antoon,

7  David Tassillo, and Jonathan S. Sack, Esq., that reference material designated

8  "Confidential" or "Highly Confidential" under the Stipulated Protective Order by

9  the other parties in this action.

10     9.    Plaintiff, Bergmair, and the MindGeek Entity Defendants have been

11 served with a copy of this Application today through the CM/ECF system, and by

12 email, as required by Local Rule 79-5.2.2.

13

14    DATED: August 30, 2024        Respectfully Submitted,

15

16                                  By:   /s/ Jonathan S. Sack

17

18                                  MORVILLO ABRAMOWITZ GRAND
                                    IASON & ANELLO PC
19                                  Jonathan S. Sack (*pro hac vice*)
                                    Alexander F.R. Peacocke (*pro hac vice*
20                                  pending)

21
                                    *Attorneys for Specially Appearing*
22                                  *Defendant David Tassillo*

23
                                    COHEN & GRESSER LLP
24                                  Jason Brown (*pro hac vice*)
                                    Matthew V. Povolny (*pro hac vice*)
25                                  Joanna Chan

26

27                                  - 3 -

28 LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER
   SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS
   CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER
   CASE NO. 2:21-cv-4920

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Specially Appearing*
*Defendant Feras Antoon*

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)

- 4 -
LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER
SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS
CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER
CASE NO. 2:21-cv-4920