WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice* pending)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com
Email: apeacocke@maglaw.com

*Attorneys for Specially Appearing Defendant David Tassillo*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>         v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation, GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, A Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware Corporation; CB AGENCY SERVICES, LLC, A Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation<br><br>                    Defendants. | Case No. 2:21-cv-4920<br><br>**[PROPOSED] ORDER GRANTING ANTOON AND TASSILLO'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**<br><br>Hearing Date: November 22, 2024<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 17, 2021<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING ANTOON AND TASSILLO'S
APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL
DESIGNAGED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO
A PROTECTIVE ORDER
CASE NO. 2:21-cv-4920

1    Good cause appearing therefore, the Court hereby **GRANTS** Defendant

2   Feras Antoon and David Tassillo's request to file portions of the Memorandum of

3   Points and Authorities, a Declaration of Jonathan S. Sack, Esq., with Exhibits 1 to

4   11, a Declaration of Feras Antoon, with Exhibits A, B, and C, and a Declaration of

5   David Tassillo, with an Exhibit A, under seal.  The clerk will file under seal these

6   documents.

7   **IT IS SO ORDERED**

8   Dated: _____                    _____

9                                              Hon. Wesley L. Hsu

10                                             United States District Judge

1

[PROPOSED] ORDER GRANTING ANTOON AND TASSILLO'S
APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL
DESIGNAGED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO
A PROTECTIVE ORDER
CASE NO. 2:21-cv-4920