Esteban Morales (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendants MindGeek, S.à r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OF DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.**<br><br>Hearing Date:  November 22, 2024<br>Hearing Time:  1:30 p.m.<br>Courtroom:     9B<br>Judge:         Hon. Wesley L. Hsu<br><br>Complaint Filed:  June 17, 2021<br>Trial Date:       Not Set Yet |

- 1 -
NOTICE OF MOTION AND MOTION TO DISMISS OF MINDGEEK DEFENDANTS
Case No. 2:21-cv-04920-WLH-ADS

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 22, 2024 at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Wesley L. Hsu in Courtroom 9B, 9th Floor of the above-entitled court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendants MindGeek, S.à r.l. (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants"), by and through their counsel, will and hereby do respectfully move this Honorable Court to dismiss with prejudice all of Plaintiff Serena Fleites's ("Plaintiff") claims against the MindGeek Defendants pursuant to Federal Rule of Civil Procedure Rules 12(b)(2), on the grounds that the Court lacks personal jurisdiction over Defendant MindGeek, S.à r.l. (specially appearing), and Rule 12(b)(6), on the grounds that the Second Amended Complaint fails to state a claim against the MindGeek Defendants upon which relief may be granted.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Peter A. Biagetti and Andreas Alkiviades Andreou and exhibits thereto, the pleadings, documents, and records on file in this action, all other matters judicially noticeable, such further papers as may be filed in connection with this Motion, and on further documentary evidence and oral argument as this Court may consider.

This Motion is made following the conference of counsel (by video) pursuant to L.R. 7-3, which took place on August 22, 2024.

| | |
|---|---|
| Dated: August 30, 2024 | Respectfully submitted, |
| | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | /s/ Peter A. Biagetti |
| | Esteban Morales |
| | Peter A. Biagetti |
| | Attorneys for Defendants MindGeek, S.à r.l. (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. |