Esteban Morales (SBN 273948)
emorales@mintz.com
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendants MindGeek, S.à r.l. (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:　　November 22, 2024<br>Hearing Time:　　1:30 p.m.<br>Courtroom:　　9B<br>Judge:　　Hon. Wesley L. Hsu<br><br>Complaint Filed:　June 17, 2021<br><br>Trial Date:　　None Set |

1

DECLARATION OF PETER A. BIAGETTI
IN SUPPORT OF MINDGEEK DEFENDANTS' MOTION TO DISMISS

I, Peter A. Biagetti, hereby declare as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts admitted pro hac vice to appear before this Court (Dkt. 427), and a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants (Dkt. 427) MindGeek, S.à r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants").

2. I make this declaration in support of the MindGeek Defendants' Motion to Dismiss Plaintiff's Complaint with prejudice (the "Motion").

3. A true and correct copy of the Intellectual Property License Agreement, dated May 10, 2018, produced in this action and bearing the Bates label MindGeek_Fleites_00000259-288, is attached as **Exhibit 1** to the Declaration of Andreas Alkiviades Andreou ("Andreou Declaration") filed concurrently with the Motion and this Declaration.

4. A true and correct copy of a presentation titled "Policies and Protections," produced in this action and bearing the Bates label MindGeek_Fleites_00098789-804, is attached as **Exhibit 2** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

5. A true and correct copy of the Service Agreement, dated January 1, 2013, produced in this action and bearing the Bates label MindGeek_Fleites_00003374-383, is attached as **Exhibit 3** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

6. A true and correct copy of the First Amendment to the Services Agreement, dated January 1, 2014, produced in this action and bearing the Bates label MindGeek_Fleites_00003384-387, is attached as **Exhibit 4** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

7. A true and correct copy of excerpts of the Transfer Pricing Study for Fiscal Year 2017, produced in this action and bearing the Bates label

DECLARATION OF PETER A. BIAGETTI
IN SUPPORT OF MINDGEEK DEFENDANTS' MOTION TO DISMISS

MindGeek_Fleites_00072732-739, is attached as **Exhibit 5** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

8. A true and correct copy of 9219-568 Quebec Inc.'s 2019 Tax Return, produced in this action and bearing the Bates label MindGeek_Fleites_00003824-993, is attached as **Exhibit 6** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

9. A true and correct copy of the Shareholders' Agreement, dated October 18, 2013, produced in this action and bearing the Bates label MindGeek_Fleites_00015893-993, is attached as **Exhibit 7** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

10. A true and correct copy of the Amendment to Shareholders' Agreement, dated March 22, 2018, produced in this action and bearing the Bates label MindGeek_Fleites_00001959-926, is attached as **Exhibit 8** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

11. A true and correct copy of MindGeek S.à r.l.'s Consolidated Financial Statements for the year ending December 31, 2015, produced in this action and bearing the Bates label MindGeek_Fleites_00000849-916, is attached as **Exhibit 9** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

12. A true and correct copy of MindGeek S.à r.l.'s Consolidated Financial Statements for the year ending December 31, 2016, produced in this action and bearing the Bates label MindGeek_Fleites_00001210-280, is attached as **Exhibit 10** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

13. A true and correct copy of a sample of MindGeek S.à r.l.'s Board Minutes, produced in this action and bearing various Bates labels, is attached as **Exhibit 11** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

14. A true and correct copy of a sample of MindGeek S.à r.l.'s Minutes of Shareholders' Meetings, produced in this action and bearing various Bates labels, is

attached as **Exhibit 12** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

15. A true and correct copy of MG Freesites Ltd's Consolidated Financial Statements for the year ending December 31, 2018, produced in this action and bearing the Bates label MindGeek_Fleites_00000376-412, is attached as **Exhibit 13** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

16. A true and correct copy of a sample of MG Freesites Ltd's Board Minutes, produced in this action and bearing various Bates labels, is attached as **Exhibit 14** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

17. A true and correct copy of MG Premium Ltd's Consolidated Financial Statements for the year ending December 31, 2018, produced in this action and bearing the Bates label MindGeek_Fleites_00000601-641, is attached as **Exhibit 15** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

18. A true and correct copy of a sample of MG Premium Ltd's Board Minutes, produced in this action and bearing various Bates labels, is attached as **Exhibit 16** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

19. A true and correct copy of 9219-1568 Quebec Inc.'s Consolidated Financial Statements for the year ending December 31, 2017, produced in this action and bearing the Bates label MindGeek_Fleites_00001355-391, is attached as **Exhibit 17** to the Andreou Declaration filed concurrently with the Motion and this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2024 at Boston, Massachusetts.

/s/ Peter A. Biagetti
Peter A. Biagetti