UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br>     v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>            Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**[PROPOSED] ORDER GRANTING THE MINDGEEK DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. # 440]**<br><br>Hearing Date:  November 22, 2024<br>Hearing Time:  1:30 p.m.<br>Courtroom:     9B<br>Judge:         Hon. Wesley L. Hsu<br><br>Complaint Filed:  June 17, 2021<br>Trial Date:       Not Set Yet |

The Court, having considered Defendants MindGeek, S.à r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.'s (collectively the "MindGeek Defendants") Motion to Dismiss Plaintiff Serena Fleites's ("Plaintiff") Second Amended Complaint ("Motion"), and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's Second Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE