David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8357
Facsimile: (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DECLARATION OF DAVID G. HILLE IN SUPPORT OF DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

## DECLARATION OF DAVID G. HILLE

I, David G. Hille, declare as follows:

1. I am a partner of White & Case LLP, attorneys of record in this action for Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants"). I have been granted permission by this Court to appear *pro hac vice* as counsel for CB Defendants in this action. I have personal knowledge of the facts stated herein and could testify competently thereto if called to do so.

2. Attached as **Exhibit A** is a copy of a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011. The CB Defendants have designated this 2011 Loan Agreement as Confidential under the Stipulated Protective Order dated October 14, 2022 (ECF No. 187).

3. Attached as **Exhibit B** is a copy of a Loan Agreement dated October 15, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013. The MindGeek Entity Defendants produced a version of the 2013 Loan Agreement in jurisdictional discovery in this action and designated it as Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order. The CB Defendants similarly have designated the 2013 Loan Agreement as Confidential under the Stipulated Protective Order.

4. Attached as **Exhibit C** are excerpts of pages 1-6, 218-227, and 357 from the transcript of Defendant Bernd Bergmair's deposition, dated June 15, 2023, in this action. Respective counsel for certain Defendants designated the transcript Confidential under the Stipulated Protective Order.

---

[1] Terms such as "MindGeek Borrowers" and "MindGeek Entity Defendants" have the same meaning as defined in the CB Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion to Dismiss").

5. Pursuant to Local Civil Rule 7-3, counsel for CB Defendants and counsel for Plaintiff met and conferred by video conference on August 22, 2024, regarding the CB Defendants' Motion to Dismiss. The parties were unable to reach a resolution that eliminated the necessity for the Motion to Dismiss.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of August 2024, at New York, New York.

By: _____
David G. Hille