DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT A

**April 28, 2011 Loan Agreement**