DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B
**October 18, 2023 Amended and Restated Loan Agreement**