# DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT C

## June 15, 2023 Excerpts from Transcript of Bernd Bergmair's Deposition