UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING CB DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

On November 22, 2024, the Motion to Dismiss the Second Amended Complaint dated August 30, 2024 ("Motion to Dismiss"), filed by Defendants Colbeck Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") came before this Court for hearing.

The Court, having considered the papers and arguments of counsel submitted in connection with the Motion to Dismiss, hereby ORDERS as follows:

1. The CB Defendants' Motion to Dismiss is GRANTED; and
2. Plaintiff's claims against CB Defendants in the Second Amended Complaint (ECF No. 387-1) are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE