1  David G. Hille (*pro hac vice*)
   dhille@whitecase.com
2  Kevin C. Adam (*pro hac vice*)
   kevin.adam@whitecase.com
3  WHITE & CASE LLP
4  1221 Avenue of the Americas
   New York, NY  10020-1095
5  Telephone:  (212) 819-8357
   Facsimile:   (212) 354-8113
6
7  Russell J. Gould (SBN 313352)
   russell.gould@whitecase.com
8  WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
9  Los Angeles, CA  90071-2433
10 Telephone:  (213) 620-7700
   Facsimile:   (213) 452-2329
11
12 Attorneys for Defendants

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                       WESTERN DIVISION
16

| | |
|---|---|
| 17  SERENA FLEITES, | Case No. 2:21-cv-4920-WLH-ADS |
| 18           Plaintiff, | Hon. Wesley L. Hsu |
| 19     v. | **DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| 20  MINDGEEK S.A.R.L., et al., | |
| 21           Defendants. | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order dated October 14, 2022 (ECF No. 187), Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") hereby apply for leave to file under seal the following documents:

- Redacted text in the CB Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion to Dismiss"); and
- Exhibits A-C to the Motion to Dismiss.

This Application is based on this Application; the Declaration of Kevin C. Adam in Support of the Application; the proposed order granting the Application; and unredacted versions of the documents proposed to be filed under seal.

- The **Motion to Dismiss'** limited redacted text comprises confidential content from either (i) Exhibits A-C or (ii) the redacted portions of the Second Amended Complaint filed under seal (ECF No. 387-1 ("SAC")).
- **Exhibit A** is a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011. The CB Defendants have designated this 2011 Loan Agreement as Confidential under the Stipulated Protective Order.
- **Exhibit B** is a Loan Agreement dated October 15, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013. The MindGeek Entity Defendants produced a version of the 2013 Loan Agreement in jurisdictional discovery in this action and designated it as Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective

---

[1] Terms such as "MindGeek Borrowers" and "MindGeek Entity Defendants" have the same meaning as defined in the Motion to Dismiss.

Order. The CB Defendants similarly designate the 2013 Loan Agreement as Confidential under the Stipulated Protective Order.

- ***Exhibit C*** contains excerpts of pages 1-6, 218-227, and 357 from the transcript of Defendant Bernd Bergmair's deposition, dated June 15, 2023, in this action. Respective counsel for certain Defendants designated the transcript Confidential under the Stipulated Protective Order.

As explained in the Adam Declaration in Support of the Application, compelling reasons exist to seal these documents. The nature and confidentiality of these documents outweigh the public's interest in access to them.

Pursuant to the Court's Standing Order (ECF No. 393 at 8) and Local Civil Rule 79-5.2.2(b), counsel for the CB Defendants conferred with respective counsel for Plaintiff, the MindGeek Entity Defendants, and Bergmair on August 22, 2024, and by email on August 29-30, 2024, regarding matters related to this Application. As of the filing of this Application, the only party that stated opposition to sealing the documents proposed to be sealed is Plaintiff. The MindGeek Entity Defendants and Bergmair requested that the CB Defendants retain confidentiality designations and apply to file under seal.

For the foregoing reasons, the CB Defendants respectfully request that the Court grant this Application and seal (i) the redacted portions of the CB Defendants' Motion to Dismiss and (ii) Exhibits A-C to the Motion to Dismiss in their entirety.

Dated: August 30, 2024

WHITE & CASE LLP

By: */s/ Kevin C. Adam*
      Kevin C. Adam

Attorneys for Defendants
COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC