UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>        Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**[PROPOSED] ORDER GRANTING CB DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THE MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

The Court, having considered Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC's (collectively, "CB Defendants") Application for Leave to File Under Seal ("Application"), hereby GRANTS the Application and ORDERS the following documents SEALED:

| Document | Portions to Be Filed Under Seal |
|---|---|
| CB Defendants' Motion to Dismiss Second Amended Complaint ("Motion to Dismiss") | Consistent with redactions highlighted in document |
| Exhibit A to Motion to Dismiss | Entirety |
| Exhibit B to Motion to Dismiss | Entirety |
| Exhibit C to Motion to Dismiss | Entirety |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE