Esteban Morales (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendants MindGeek, S.à r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>     v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Filed concurrently with Declaration of Peter A. Biagetti; Proposed Order]<br><br>Complaint Filed:   June 17, 2021<br>Trial Date:            Not Set Yet |

1  Pursuant to Local Rule 79-5.2.2 and paragraph 12.3 of the Stipulated Protective Order ("Protective Order") entered by the Court, Dkt. 187, MindGeek, S.à r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully apply for an order sealing the materials described below that are filed in connection with the MindGeek Defendants' Motion to Dismiss Plaintiff's Complaint with prejudice (the "Motion").

The MindGeek Defendants seek to file under seal:

1. Portions of the Memorandum of Points and Authorities in Support of the MindGeek Defendants' Motion containing confidential information;

2. Portions of the Declaration of Andreas Alkiviades Andreou in Support of the MindGeek Defendants' Motion ("Andreou Declaration") containing confidential information; and

3. Exhibits 1-17 attached to the Andreou Declaration.

4. As set forth in the accompanying Declaration of Peter A. Biagetti, the MindGeek Defendants' Motion, the Andreou Declaration and exhibits thereto contains material that has been designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" by the MindGeek Defendants under the Protective Order entered in this action (Dkt. 187).

Dated: August 30, 2024

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Peter A. Biagetti
Esteban Morales
Peter A. Biagetti

Attorneys for Defendants
MindGeek, S.à r.l. (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.