UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br>v.<br>MINDGEEK S.À R.L, et al.,<br><br>    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [ECF NO. # 444]**<br><br>Complaint Filed:  June 17, 2021<br>Trial Date:        Not Set Yet |

Having considered the MindGeek Defendants' Application for Leave to File Documents Under Seal (the "Application"), and compelling reasons appearing, the Court hereby **GRANTS** the MindGeek Defendants' Application and ORDERS the following documents are **SEALED**:

-1-

| DOCUMENT | MATERIAL TO BE SEALED IN THE ALTERNATIVE |
|---|---|
| Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 32, portions of lines 8, 13-14, 20-23; <br><br> Page 33, portions of lines 12-13; <br><br> Page 34, portions of lines 2-5, 10, 16-17, 18, 20-27; <br><br> Page 35, portions of lines 1-9, 15-16, 17, 20; <br><br> Page 36, portions of lines 10-11, 13, 15-25, 27; <br><br> Page 37, portions of lines 1-12, 19-24, 27 <br><br> Page 38, portions of lines 1-17, 23; and <br><br> Page 40, portions of lines 6-7 |
| Declaration of Andreas Alkiviades Andreou in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Paragraph 11; <br><br> Paragraph 13, page 5, portions of lines 11-23; <br><br> Paragraph 15, page 6, portions of lines 8-11; <br><br> Paragraph 16, page 6, lines 20-26 & page 7, lines 1-12; <br><br> Portions of footnote 1, page 7; <br><br> Paragraph 20, page 8, portions of lines 24, 27 & page 9, line 1; <br><br> Paragraph 21; <br><br> Footnote 3, page 9; <br><br> Paragraph 22, page 9, portions of lines 8 – 25 & page 10, lines 1-2; <br><br> Paragraph 24, page 10, portions of lines 8-13; <br><br> Paragraph 25, page 10, lines 14-25; |

| | |
|---|---|
| | Paragraph 30, page 12, lines 1-8; <br><br> Paragraph 35, page 13, lines 12-19; <br><br> Paragraph 43, page 15, lines 10-17; <br><br> Paragraph 51, page 17, lines 11-18; <br><br> Paragraph 53, page 18, lines 3-27 & page 19, portion of line 1; <br><br> Paragraphs 54-61; and <br><br> Footnote 4, page 20 |
| Exhibit 1 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 2 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 3 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 4 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 5 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 6 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 7 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 8 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 9 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 10 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |

| | |
|---|---|
| Exhibit 11 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 12 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 13 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 14 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 15 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 16 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |
| Exhibit 17 to the Declaration of Andreas Alkiviades Andreou | Sealed in its entirety |

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE