Esteban Morales (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendants MindGeek, S.à r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**PROOF OF SERVICE RE SEALED DOCUMENTS TO DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed:　June 17, 2021<br>Trial Date:　　　Not Set Yet |

PROOF OF SERVICE RE SEALED DOCUMENTS TO THE MINDGEEK DEFENDANTS' CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL – Case No. 2:21-cv-04920-WLH-ADS

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On August 30, 2024, I served a true and correct copy of the following document(s):

**[UNDER SEAL] DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**[UNREDACTED] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.;**

**[UNDREDACTED] DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS;**

**[UNREDACTED] EXHIBITS 1-17 TO DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS**

☒ **BY EMAIL**: I caused the documents to be sent to the persons at the email address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**SEE SERVICE LIST ATTACHED**

Executed on August 30, 2024, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*Diane Hashimoto*
Diane Hashimoto

# SERVICE LIST

| Parties | Attorneys |
|---|---|
| Serena Fleites | Michael J. Bowe, mbowe@brownrudnick.com<br>Lauren Tabaksblat, ltabaksblat@brownrudnick.com<br>Micaela J. Piña, mpina@brownrudnick.com<br>David M. Stein, dstein@olsonstein.com |
| Bernd Bergmair | Ronald G. White, rwhite@wmhwlaw.com<br>Dan Marmalefsky, DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown, JBrown@CohenGresser.com<br>Matthew V. Povolny, mpovolny@cohengresser.com<br>Joanna K. Chan, JChan@CohenGresser.com |
| David Tassillo | Jonathan S. Sack, JSack@maglaw.com<br>Alexander F.R. Peacocke, apeacocke@maglaw.com<br>David W. Wiechert, dwiechert@aol.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl, jamespearl@paulhastings.com<br>Adam M. Reich, adamreich@paulhastings.com<br>Emma Lanzon, emmalanzon@paulhastings.com<br>Kiaura Clark, kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille, dhille@whitecase.com<br>Kevin Adam, kevin.adam@whitecase.com<br>Russell Gould, russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello, Drew.Tulumello@weil.com<br>Mark A. Perry, mark.perry@weil.com |