| | |
|---|---|
| 1 | David G. Hille (*pro hac vice*) |
| 2 | dhille@whitecase.com |
| | Kevin C. Adam (*pro hac vice*) |
| 3 | kevin.adam@whitecase.com |
| | WHITE & CASE LLP |
| 4 | 1221 Avenue of the Americas |
| | New York, NY 10020-1095 |
| 5 | Telephone: (212) 819-8357 |
| | Facsimile: (212) 354-8113 |
| 6 | |
| 7 | Russell J. Gould (SBN 313352) |
| | russell.gould@whitecase.com |
| 8 | WHITE & CASE LLP |
| | 555 S. Flower Street, Suite 2700 |
| 9 | Los Angeles, CA 90071-2433 |
| | Telephone: (213) 620-7700 |
| 10 | Facsimile: (213) 452-2329 |
| 11 | |
| | Attorneys for Defendants |
| 12 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| | SERENA FLEITES, | Case No. 2:21-cv-4920-WLH-ADS |
| | Plaintiff, | Hon. Wesley L. Hsu |
| | v. | **DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC'S NOTICE OF INTERESTED PARTIES** |
| | MINDGEEK S.A.R.L., et al., | |
| | Defendants. | |

     Pursuant to Local Civil Rule 7.1-1, the undersigned, counsel of record for Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") certifies that the following parties may have a pecuniary interest in the outcome of this case: MindGeek, S.A.R.L.; MG Freesites, Ltd.; MindGeek USA Incorporated; MG Premium Ltd.; MG Global Entertainment, Inc.; 9219-1568 Quebec, Inc.; Bernd Bergmair; Feras Antoon; David Tassillo; Redwood Capital Management, LLC; Redwood Master Fund, LTD; Redwood Opportunity Master Fund, Ltd.; Manuel 2018, LLC; Gingogerum, LLC; White-Hathaway Opportunity Fund, LLC; Visa, Inc.; Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; CB Participations SPV, LLC; and Serena Fleites.

     Pursuant to Federal Rule of Civil Procedure 7.1, the CB Defendants hereby certify that no CB Defendant has a "parent corporation," and no publicly held corporation owns 10 percent or more of any CB Defendant's stock.

Dated: August 30, 2024

WHITE & CASE LLP

By: /s/ David G. Hille
    David G. Hille

Attorneys for Defendants
COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC