| | |
|---|---|
| **PAUL HASTINGS LLP**<br>JAMES M. PEARL (SB# 198481)<br>jamespearl@paulhastings.com<br>KIAURA CLARK (SB# 336314)<br>kiauraclark@paulhastings.com<br>1999 Avenue of The Stars, 27th Floor<br>Los Angeles, California  90067<br>Telephone:  1(310) 620-5700<br>Facsimile:  1(310) 620-5899 | ADAM M. REICH (SB# 274235)<br>adamreich@paulhastings.com<br>EMMA LANZON (*pro hac vice*)<br>emmalanzon@paulhastings.com<br>71 South Wacker Drive, 45th Floor<br>Chicago, Illinois 60606<br>Telephone:  1(312) 499-6000<br>Facsimile:  1(312) 499-6100 |

KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

*Attorneys for Defendants,*
*Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>     vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware | CASE NO. 2:21-cv-4920<br><br>**REDWOOD DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:    November 22, 2024<br>Time:    1:30 p.m.<br>Place:   Courtroom 9B<br>Judge:   Hon. Wesley L. Hsu<br><br>SAC filed: May 23, 2024<br><br>[Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of James M. Pearl in support hereof, filed concurrently herewith] |

REDWOOD DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

| | |
|---|---|
| 1 | corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
|   | Defendants. |
| 8 | |
| 9 | |
| 10 | |
| ... | |
| 28 | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on November 22, 2024, at 1:30 p.m., or as soon thereafter as the parties may be heard, in the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, before the Honorable Wesley Hsu in Courtroom 9B, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC (erroneously sued as Gingogerum, LLC), and White-Hathaway Opportunity Fund, LLC (collectively, the "Redwood Defendants" or "Redwood") will, and hereby do, move this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss, with prejudice, all claims asserted against Redwood in the Second Amended Complaint filed by Plaintiff Serena Fleites.

This Motion is made following the conference of counsel, pursuant to Local Rule 7-3, which took place via Zoom videoconference on August 22, 2024.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of James M. Pearl, and Request for Judicial Notice in support hereof, all filed and served concurrently herewith, the pleadings, records, and files in this action, and any other matters that may properly come before the Court at or before the hearing on this Motion.

DATED: August 30, 2024

**PAUL HASTINGS LLP**

By: /s/ *James M. Pearl*
      JAMES M. PEARL

*Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*