# EXHIBIT C
# [DOCUMENT PROPOSED TO BE FILED UNDER SEAL]