# EXHIBIT D
# [DOCUMENT PROPOSED TO BE FILED UNDER SEAL]