# EXHIBIT E
# [DOCUMENT PROPOSED TO BE FILED UNDER SEAL]