UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-4920<br><br>**[PROPOSED] ORDER GRANTING REDWOOD DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

On August 30, 2024, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC (erroneously sued as Gingogerum, LLC), and White-Hathaway Opportunity Fund, LLC (collectively, the "Redwood Defendants" or "Redwood") filed an Application for Leave to File Under Seal Materials Related to Motion to Dismiss Plaintiff's Second Amended Complaint (the "Application") in this matter pursuant to Local Rule 79-5.2.2.

The Court, having considered all papers filed in support of and in opposition to Redwood's Application and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendants' Application is **GRANTED**.

**IT IS ORDERED THAT** the following documents are to be filed under seal:

- Exhibit A (the "Grant Thornton Report") to the Declaration of James M. Pearl in Support of the Redwood Defendants' Motion to Dismiss, filed at ECF No. 447-3 ("Pearl Decl.");

- Exhibit B (the "2013 Financing Agreement") to the Pearl. Decl.;

- Exhibit C (the "2018 Financing Agreement") to the Pearl Decl.;

- Exhibit D (the "Notice of Default") to the Pearl Decl.;

- Exhibit E (the "Bergmair Deposition Transcript") to the Pearl Decl.; and

- Redacted Memorandum of Points and Authorities in Support of the Redwood Defendants' Motion to Dismiss Plaintiff Serena Fleites' Second Amended Complaint.

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1