| | | |
|---|---|---|
| 1 | **PAUL HASTINGS LLP** | ADAM M. REICH (SB# 274235) |
| 2 | JAMES M. PEARL (SB# 198481) | adamreich@paulhastings.com |
| | jamespearl@paulhastings.com | EMMA LANZON (*pro hac vice*) |
| 3 | KIAURA CLARK (SB# 336314) | emmalanzon@paulhastings.com |
| | kiauraclark@paulhastings.com | 71 South Wacker Drive, 45th Floor |
| 4 | 1999 Avenue of The Stars, 27th Floor | Chicago, Illinois 60606 |
| | Los Angeles, California 90067 | Telephone: 1(312) 499-6000 |
| 5 | Telephone: 1(310) 620-5700 | Facsimile: 1(312) 499-6100 |
| | Facsimile: 1(310) 620-5899 | |

KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

*Attorneys for Defendants, Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC and White-Hathaway Opportunity Fund, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | CASE NO. 2:21-cv-4920 |
| Plaintiff, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FED. R. CIV. P. 7.1** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a | SAC filed: May 23, 2024 |

| | |
|---|---|
| 1 | Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd.; Redwood Opportunity Master Fund, Ltd.; Manuel 2018, LLC; Ginogerum, LLC (erroneously sued as Gingogerum, LLC); and White-Hathaway Opportunity Fund, LLC (collectively, the "Redwood Defendants"), hereby certify that the following listed parties may have a pecuniary interest in the outcome of this case: (i) MindGeek, S.À.R.L.; (ii) MG Freesites, Ltd.; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc.; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Redwood Master Fund, Ltd.; (xiii) Redwood Opportunity Master Fund, Ltd.; (xiv) Manuel 2018, LLC; (xv) Ginogerum, LLC; (xvi) White-Hathaway Opportunity Fund, LLC; (xvii) Colbeck Capital Management, LLC; (xviii) CB Media Ventures LLC; (xix) CB Agency Services, LLC; (xx) CB Participations SPV, LLC; and (xxi) Serena Fleites.

Further, under Rule 7.1 of the Federal Rules of Civil Procedure, the Redwood Defendants certify there is no publicly held corporation that owns 10% or more of any of the Redwood Defendants' stock and none of the Redwood Defendants have a "parent corporation."

| | |
|---|---|
| 1  DATED: August 30, 2024 | **PAUL HASTINGS LLP**<br>JAMES M. PEARL<br>KRISTOPHER M. HANSEN<br>ADAM M. REICH<br>EMMA LANZON<br>KIAURA CLARK |

By: /s/ James M. Pearl
          JAMES M. PEARL

*Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC, Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC*