1  David G. Hille (*pro hac vice*)
   dhille@whitecase.com
2  Kevin C. Adam (*pro hac vice*)
   kevin.adam@whitecase.com
3  WHITE & CASE LLP
4  1221 Avenue of the Americas
   New York, NY  10020-1095
5  Telephone:  (212) 819-8357
   Facsimile:   (212) 354-8113
6
7  Russell J. Gould (SBN 313352)
   russell.gould@whitecase.com
8  WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
9  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
10 Facsimile:   (213) 452-2329
11
   Attorneys for Defendants
12

13             UNITED STATES DISTRICT COURT
14             CENTRAL DISTRICT OF CALIFORNIA
15                    WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-4920-WLH-ADS |
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | **PROOF OF SERVICE** |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

1  I, Annel Cruz, hereby declare that I am over 18 years of age and not a party to this action. My business address is 555 S. Flower Street, Suite 2700, Los Angeles, CA 90071.

On August 30, 2024, I served copies of the following documents on a counsel for each party by email with a file-transfer link to download the documents:

1) (ECF No. 444) Declaration of Kevin Adam in Support of Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC's (collectively, "CB Defendants") Application to Seal;

2) (ECF No. 444-1) CB Defendants' Motion to Dismiss SAC with Memorandum of Points and Authorities;

3) (ECF No. 441-2) Declaration of David G. Hille in Support of CB Defendants' Motion to Dismiss;

4) (ECF No. 441-3) Exhibit A;

5) (ECF No. 441-4) Exhibit B; and

6) (ECF No. 441-5) Exhibit C.

Executed on August 30, 2024, at Los Angeles, California.

    */s/ Annel Cruz*
    Annel Cruz