| | |
|---|---|
| **PAUL HASTINGS LLP** <br> JAMES M. PEARL (SB# 198481) <br> jamespearl@paulhastings.com <br> KIAURA CLARK (SB# 336314) <br> kiauraclark@paulhastings.com <br> 1999 Avenue of The Stars, 27th Floor <br> Los Angeles, California 90067 <br> Telephone: 1(310) 620-5700 <br> Facsimile: 1(310) 620-5899 <br><br> KRISTOPHER M. HANSEN (*pro hac vice*) <br> krishansen@paulhastings.com <br> 200 Park Avenue <br> New York, New York 10166 <br> Telephone: 1(212) 318-6000 <br> Facsimile: 1(212) 752-3310 | ADAM M. REICH (SB# 274235) <br> adamreich@paulhastings.com <br> EMMA LANZON (*pro hac vice*) <br> emmalanzon@paulhastings.com <br> 71 South Wacker Drive, 45th Floor <br> Chicago, Illinois 60606 <br> Telephone: 1(312) 499-6000 <br> Facsimile: 1(312) 499-6100 |

*Attorneys for Defendants,*
*Redwood Capital Management, LLC,*
*Redwood Master Fund, Ltd, Redwood*
*Opportunity Master Fund, Ltd, Manuel 2018,*
*LLC, Ginogerum, LLC, and White-Hathaway*
*Opportunity Fund, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> vs. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware | CASE NO. 2:21-cv-4920 <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE

1  corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-
2  HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation;
3  COLBECK CAPITAL MANAGEMENT, LLC, a Delaware
4  corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB
5  AGENCY SERVICES, LLC, a Delaware corporation; and CB
6  PARTICIPATIONS SPV, LLC, a Delaware corporation,
7  
         Defendants.
8  

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed by Paul Hastings LLP in Century City, California. I am over the age of 18, and not a party to the within action. My business address is 1999 Avenue of the Stars, Twenty-Seventh Floor, Century City, CA 90067.

On August 30, 2024, I served the foregoing document(s) described as:

**DECLARATION OF ADAM M. REICH IN SUPPORT OF REDWOOD DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

**REDWOOD DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**EXHIBITS A-E ATTACHED TO THE DECLARATION OF JAMES M. PEARL IN SUPPORT OF REDWOOD DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

on the interested parties by personally emailing the aforementioned document(s) in PDF format to all persons appearing on the attached Service List at the corresponding email addresses set forth therein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 30, 2024.

By: _/s/ Melica S. Kajeh_
Melica S. Kajeh

**SERVICE LIST**

| Parties | Attorneys |
|---|---|
| Serena Fleites | Michael J. Bowe: mbowe@brownrudnick.com<br>Lauren Tabaksblat: ltabaksblat@brownrudnick.com<br>Micaela J. Piña: mpina@brownrudnick.com<br>David M. Stein: dstein@olsonstein.com<br>John G. Doyle: jdoyle@brownrudnick.com<br>Meghan McCafferty: mmccafferty@brownrudnick.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander F.R. Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc.<br>9219-1568 Quebec Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com |

PROOF OF SERVICE