Name and address:
Emma Lanzon
emmalanzon@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
phone: (312) 499-6000
fax: (312) 499-6100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES

v.

Plaintiff(s)

MINDGEEK S.A.R.I., et al.,

Defendant(s).

CASE NUMBER

2:21-cv-04920-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lanzon, Emma                          of    PAUL HASTINGS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    71 S. Wacker Drive, 45th Floor
(312) 499-6000    (312) 499-6000              Chicago, IL 60606
*Telephone Number*    *Fax Number*
emmalanzon@paulhastings.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Redwood Capital Management, LCC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd,
Manuel 2018, LLC, Ginogerum, LLC (erroneously sued as Gingogerum, LLC), and
White-Hathaway Opportunity Fund, LLC

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**
Pearl, James M.                        of    PAUL HASTINGS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1999 Avenue of the Stars, 27th Floor
198481    (310) 620-5700    (310) 620-5899    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jamespearl@paulhastings.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                    _____
                                                 U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1