Name and address:
Kristopher M. Hansen
krishansen@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
phone: (212) 318-6000
fax:    (212) 319-4090

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES

                                    Plaintiff(s)

        v.

MINDGEEK S.A.R.I., et al.,

                                    Defendant(s).

**CASE NUMBER**

2:21-cv-04920-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the
Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hansen, Kristopher M.                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 318-6000            (212) 319-4090

*Telephone Number*        *Fax Number*

krishansen@paulhastings.com

                *E-Mail Address*

PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Redwood Capital Management, LCC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd,

Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Pearl, James M.                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

198481          (310) 620-5700        (310) 620-5899

*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

jamespearl@paulhastings.com

                *E-Mail Address*

PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

            ☐ for failure to complete Application: _____

            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
              is regularly employed or engaged in business, professional, or other similar activities in California.

            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                        _____
                                        **U.S. District Judge/U.S. Magistrate Judge**