# EXHIBIT A

Description of Materials Defendants Seek to Seal

**MindGeek [Dkt. 445-1]**

| Document | Requested Material To Be Sealed |
|---|---|
| Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 32, portions of lines 8, 13-14, 20-23; Page 33, portions of lines 12-13; Page 34, portions of lines 2-5, 10, 16-17, 18, 20-27; Page 35, portions of lines 1-9, 15-16, 17, 20; Page 36, portions of lines 10-11, 13, 15-25, 27; Page 37, portions of lines 1-12, 19-24, 27 Page 38, portions of lines 1-17, 23; and Page 40, portions of lines 6-7 |
| Declaration of Andreas Alkiviades Andreou in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Paragraph 11; Paragraph 13, page 5, portions of lines 11-23; Paragraph 15, page 6, portions of lines 8-11; Paragraph 16, page 6, lines 20-26 & page 7, lines 1-12; Portions of footnote 1, page 7; Paragraph 20, page 8, portions of lines 24, 27 & page 9, line 1; Paragraph 21; Footnote 3, page 9; Paragraph 22, page 9, portions of lines 8 – 25 & page 10, lines 1-2; |

| Document | Requested Material To Be Sealed |
|---|---|
|  | Paragraph 24, page 10, portions of lines 8-13; <br> Paragraph 25, page 10, lines 14-25; <br> Paragraph 30, page 12, lines 1-8; <br> Paragraph 35, page 13, lines 12-19; <br> Paragraph 43, page 15, lines 10-17; <br> Paragraph 51, page 17, lines 11-18; <br> Paragraph 53, page 18, lines 3-27 & page 19, portion of line 1; <br> Paragraphs 54-61; and <br> Footnote 4, page 20 |
| Exhibit 1 to the Declaration of Andreas Alkiviades Andreou - Intellectual property licensing information | Sealed in its entirety |
| Exhibit 2 to the Declaration of Andreas Alkiviades Andreou - Internal business practices related to the Pornhub website | Sealed in its entirety |
| Exhibit 3 to the Declaration of Andreas Alkiviades Andreou - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 4 to the Declaration of Andreas Alkiviades Andreou - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 5 to the Declaration of Andreas Alkiviades Andreou - Financial transfer-pricing studies prepared by Raymond | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| Chabot Grant Thornton LLP and its affiliates regarding services provided by one MindGeek entity to another MindGeek entity | |
| Exhibit 6 to the Declaration of Andreas Alkiviades Andreou - Tax returns for certain MindGeek Defendants and other MindGeek affiliates | Sealed in its entirety |
| Exhibit 7 to the Declaration of Andreas Alkiviades Andreou - Information relating to the payments of dividends and compensation by the MindGeek entities | Sealed in its entirety |
| Exhibit 8 to the Declaration of Andreas Alkiviades Andreou - Information relating to the payments of dividends and compensation by the MindGeek entities | Sealed in its entirety |
| Exhibit 9 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety |
| Exhibit 10 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| certain MindGeek Defendants for the years 2014 – 2019 | |
| Exhibit 11 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 12 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 13 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety |
| Exhibit 14 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 15 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety |
| Exhibit 16 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| Exhibit 17 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety |

**Bernd Bergmair [Dkt. 434-1]**

| Document | Requested Material To Be Sealed |
|---|---|
| Defendant Bernd Bergmair's Motion to Dismiss the Second Amended Complaint ("Bergmair Motion to Dismiss") | Portions of the Bergmair Motion to Dismiss which refer to the contents of the exhibits attached to the White Declaration, sealed portions of the Second Amended Complaint, or portions of the Andreou Declaration |
| Exhibit A to the Declaration from Ronald G. White in support of the Bergmair Motion to Dismiss ("White Declaration") - Excerpts of the Transcript of the Deposition of Bernd Bergmair, dated June 15, 2023 | Sealed in its entirety |
| Exhibit B to the White Declaration - Excerpts of the Transcript of the Deposition of Feras Antoon, dated June 14, 2023 | Sealed in its entirety |
| Exhibit C to the White Declaration - Excerpts of the Transcript of the Deposition of | Sealed in its entirety |

5

| Document | Requested Material To Be Sealed |
|---|---|
| David Tassillo, dated June 16, 2023 | |
| Exhibit E to the White Declaration - 2023 Amended Share Purchase Agreement | Sealed in its entirety |
| Exhibit F to the White Declaration - 2023 Share Purchase Agreement | Sealed in its entirety |
| Exhibit G to the White Declaration - Excerpts of the Transcript of the Deposition of Andreas Andreou, dated June 14, 2023 | Sealed in its entirety |
| Exhibit H to the White Declaration - Excerpts of the Shareholders' Agreement, dated October 18, 2013 (produced as MindGeek_Fleites_00001814) | Sealed in its entirety |
| Exhibit I to the White Declaration - Spreadsheet relating to Feras Antoon produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003003) | Sealed in its entirety |
| Exhibit J to the White Declaration - Spreadsheet relating to David Tassillo | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003006) | |
| Exhibit L to the White Declaration - Excerpts of a MindGeek S.à.r.l. Confidential Information Memorandum, dated July 2015 (produced as MindGeek_Fleites00008508) | Sealed in its entirety |
| Exhibit M to the White Declaration – Excerpt of Antoon's Responses and Objections to Plaintiff's First Set of Requests for Admission | Sealed in its entirety |
| Exhibit N to the White Declaration - Excerpt of Tassillo's Responses and Objections to Plaintiff's First Set of Requests for Admission | Sealed in its entirety |
| Exhibit O to the White Declaration - Excerpts of a spreadsheet produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00066312) | Sealed in its entirety |
| Exhibit P to the White Declaration – Declaration of Bernd Bergmair in Support of | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| Motion to Dismiss Second Amended Complaint | |

**Feras Antoon and David Tassillo [Dkt. 437-1]**

| Document | Requested Material To Be Sealed |
|---|---|
| Specially Appearing Defendants Feras Antoon's and David Tassillo's Notice of Motion and Motion to Dismiss the SAC; Memorandum of Points and Authorities in support thereof | Portions containing references to allegations in the SAC, including references to material designated either "Confidential" or "Highly Confidential" under the Protective Order |
| Exhibit A to the Declaration of Feras Antoon in Support of Antoon and Tassillo's Motion to Dismiss - Information relating to the operations of the MindGeek entities, including employment information | Sealed in its entirety |
| Exhibit B to the Declaration of Feras Antoon in Support of Antoon and Tassillo's Motion to Dismiss - Information relating to the payments of dividends and compensation by the MindGeek entities | Sealed in its entirety |
| Exhibit C to the Declaration of Feras Antoon in Support of Antoon and Tassillo's Motion | Sealed in its entirety |

8

| Document | Requested Material To Be Sealed |
|---|---|
| to Dismiss - Information relating to the payments of dividends and compensation by the MindGeek entities | |
| Exhibit A to the Declaration of David Tassillo in Support of Antoon and Tassillo's Motion to Dismiss - Information relating to the operations of the MindGeek entities, including employment information | Sealed in its entirety |
| Exhibit 1 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety |
| Exhibit 2 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety |
| Exhibit 3 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| and information of certain MindGeek Defendants for 2018 | |
| Exhibit 4 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety |
| Exhibit 5 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 6 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 7 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Board minutes and written resolutions for certain MindGeek Defendants | Sealed in its entirety |

| Document | Requested Material To Be Sealed |
|---|---|
| Exhibit 8 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Board minutes and written resolutions for certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 9 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss – Board minutes and written resolutions for certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 10 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Board minutes and written resolutions for certain MindGeek Defendants | Sealed in its entirety |
| Exhibit 11 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Financial transfer-pricing study for MG Freesites Ltd prepared by Raymond Chabot Grant Thornton LLP and its affiliates | Sealed in its entirety |

**Redwood [Dkt. 449-1]**

| Document | Requested Material To Be Sealed |
|---|---|
| Memorandum of Points and Authorities in Support of the Redwood Defendants' Motion to Dismiss Plaintiff Serena Fleites' Second Amended Complaint | Portions that quote or reference details of the Grant Thornton Report, the 2013 and 2018 Financing Agreements, the Notice of Default, and/or the Bergmair Deposition Transcript |
| Exhibit A (the "Grant Thornton Report") to the Declaration of James M. Pearl in Support of the Redwood Defendants' Motion to Dismiss, filed at ECF No. 447-3 ("Pearl Decl.") | Sealed in its entirety |
| Exhibit B (the "2013 Financing Agreement") to the Pearl. Decl. | Sealed in its entirety |
| Exhibit C (the "2018 Financing Agreement") to the Pearl Decl. | Sealed in its entirety |
| Exhibit D (the "Notice of Default") to the Pearl Decl. | Sealed in its entirety |
| Exhibit E (the "Bergmair Deposition Transcript") to the Pearl Decl. | Sealed in its entirety |

**Colbeck [Dkt. 443-1]**

| Document | Requested Material To Be Sealed |
|---|---|
| CB Defendants' Motion to Dismiss Second Amended Complaint ("Motion to Dismiss") | Portions referencing confidential content from either (i) Exhibits A-C or (ii) the redacted portions of the Second Amended Complaint filed under seal (ECF No. 387-1 ("SAC")). |
| Exhibit A to Motion to Dismiss - Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2011 | Sealed in its entirety |
| Exhibit B to Motion to Dismiss - Loan Agreement dated October 15, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013 | Sealed in its entirety |
| Exhibit C to Motion to Dismiss - Excerpts of pages 1-6, 218-227, and 357 from the transcript of Defendant Bernd Bergmair's deposition, dated June 15, 2023, in this action | Sealed in its entirety |