**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. et al.,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>**CONSOLIDATED [PROPOSED] ORDER DENYING DEFENDANTS' SEALING APPLICATIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS [DKT. NOS. 434, 437, 443, 445, AND 449]** |

The Court, having considered Defendants' Sealing Applications (Dkt. Nos. 434, 437, 443, 445, 449), all papers filed in support thereof (Dkt. Nos. 435, 438, 444, 448, 450, 457, 458, 459, 460, 461, and 462), and Plaintiff's Consolidated Opposition to Defendants' Sealing Applications (Dkt. No. 468), finds that Defendants' Sealing Applications are procedurally defective for failing to comply with the Local Rules and substantively defective for failing to demonstrate compelling reasons to seal the information below in connection with their dispositive motions. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Even if Defendants could correct these deficiencies, Defendants' Sealing Applications are overbroad and fail to propose narrow tailoring. Thus, the Court hereby **DENIES** Defendants' Sealing Applications in their entirety and **ORDERS** the following documents **UNSEALED**:

**MindGeek [Dkt. 445-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 32, portions of lines 8, 13-14, 20-23; Page 33, portions of lines 12-13; Page 34, portions of lines 2-5, 10, 16-17, 18, 20-27; Page 35, portions of lines 1-9, 15-16, 17, 20; Page 36, portions of lines 10-11, 13, 15-25, 27; Page 37, portions of lines 1-12, 19-24, 27 | No compelling reason; superseded agreement; stale financial information |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| | Page 38, portions of lines 1-17, 23; and Page 40, portions of lines 6-7 | |
| Declaration of Andreas Alkiviades Andreou in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Paragraph 11; Paragraph 13, page 5, portions of lines 11-23; Paragraph 15, page 6, portions of lines 8-11; Paragraph 16, page 6, lines 20-26 & page 7, lines 1-12; Portions of footnote 1, page 7; Paragraph 20, page 8, portions of lines 24, 27 & page 9, line 1; Paragraph 21; Footnote 3, page 9; Paragraph 22, page 9, portions of lines 8 – 25 & page 10, lines 1-2; Paragraph 24, page 10, portions of lines 8-13; Paragraph 25, page 10, lines 14-25; Paragraph 30, page 12, lines 1-8; Paragraph 35, page 13, lines 12-19; Paragraph 43, page 15, lines 10-17; | No compelling reason; stale financial information |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
|  | Paragraph 51, page 17, lines 11-18; Paragraph 53, page 18, lines 3-27 & page 19, portion of line 1; Paragraphs 54-61; and Footnote 4, page 20 |  |
| Exhibit 1 to the Declaration of Andreas Alkiviades Andreou - Intellectual property licensing information | Sealed in its entirety | No compelling reason; not narrowly tailored; superseded agreement; stale financial information |
| Exhibit 2 to the Declaration of Andreas Alkiviades Andreou - Internal business practices related to the Pornhub website | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit 3 to the Declaration of Andreas Alkiviades Andreou - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit 4 to the Declaration of | Sealed in its entirety | No compelling reason; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Andreas Alkiviades Andreou - Terms of service agreements between certain MindGeek Defendants | | |
| Exhibit 5 to the Declaration of Andreas Alkiviades Andreou - Financial transfer-pricing studies prepared by Raymond Chabot Grant Thornton LLP and its affiliates regarding services provided by one MindGeek entity to another MindGeek entity | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit 6 to the Declaration of Andreas Alkiviades Andreou - Tax returns for certain MindGeek Defendants and other MindGeek affiliates | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit 7 to the Declaration of Andreas Alkiviades Andreou - Information relating to the payments of dividends and | Sealed in its entirety | No compelling reason; not narrowly tailored; superseded agreement; stale financial information |

4

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| compensation by the MindGeek entities | | |
| Exhibit 8 to the Declaration of Andreas Alkiviades Andreou - Information relating to the payments of dividends and compensation by the MindGeek entities | Sealed in its entirety | No compelling reason; not narrowly tailored; superseded agreement; stale financial information |
| Exhibit 9 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit 10 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit 11 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain | Sealed in its entirety | No compelling reason; not narrowly tailored; superseded agreements |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| MindGeek Defendants | | |
| Exhibit 12 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit 13 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit 14 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit 15 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Exhibit 16 to the Declaration of Andreas Alkiviades Andreou - Board minutes for certain MindGeek Defendants | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit 17 to the Declaration of Andreas Alkiviades Andreou - Audited financial statements and information of certain MindGeek Defendants for the years 2014 – 2019 | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |

**Bernd Bergmair [Dkt. 434-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Defendant Bernd Bergmair's Motion to Dismiss the Second Amended Complaint ("Bergmair Motion to Dismiss") | Portions of the Bergmair Motion to Dismiss which refer to the contents of the exhibits attached to the White Declaration, sealed portions of the Second Amended Complaint, or portions of the Andreou Declaration | No compelling reason; superseded agreement; stale financial information |
| Exhibit A to the Declaration from Ronald G. White in | Sealed in its entirety | No compelling reason; not narrowly tailored; superseded agreement |

7

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| support of the Bergmair Motion to Dismiss ("White Declaration") - Excerpts of the Transcript of the Deposition of Bernd Bergmair, dated June 15, 2023 | | |
| Exhibit B to the White Declaration - Excerpts of the Transcript of the Deposition of Feras Antoon, dated June 14, 2023 | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit C to the White Declaration - Excerpts of the Transcript of the Deposition of David Tassillo, dated June 16, 2023 | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit E to the White Declaration - 2023 Amended Share Purchase Agreement | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit F to the White Declaration - 2023 Share Purchase Agreement | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit G to the White Declaration - Excerpts of the | Sealed in its entirety | No compelling reason; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Transcript of the Deposition of Andreas Andreou, dated June 14, 2023 | | |
| Exhibit H to the White Declaration - Excerpts of the Shareholders' Agreement, dated October 18, 2013 (produced as MindGeek_Fleites_00001814) | Sealed in its entirety | No compelling reason; not narrowly tailored; superseded agreement; stale financial information |
| Exhibit I to the White Declaration - Spreadsheet relating to Feras Antoon produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003003) | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |
| Exhibit J to the White Declaration - Spreadsheet relating to David Tassillo produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as | Sealed in its entirety | No compelling reason; not narrowly tailored; stale financial information |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| MindGeek_Fleites00003006) | | |
| Exhibit L to the White Declaration - Excerpts of a MindGeek S.à.r.l. Confidential Information Memorandum, dated July 2015 (produced as MindGeek_Fleites00008508) | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit M to the White Declaration – Excerpt of Antoon's Responses and Objections to Plaintiff's First Set of Requests for Admission | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit N to the White Declaration - Excerpt of Tassillo's Responses and Objections to Plaintiff's First Set of Requests for Admission | Sealed in its entirety | No compelling reason; not narrowly tailored |
| Exhibit O to the White Declaration - Excerpts of a spreadsheet produced by the MindGeek | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00066312) | | |
| Exhibit P to the White Declaration – Declaration of Bernd Bergmair in Support of Motion to Dismiss Second Amended Complaint | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |

**Feras Antoon and David Tassillo [Dkt. 437-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Specially Appearing Defendants Feras Antoon's and David Tassillo's Notice of Motion and Motion to Dismiss the SAC; Memorandum of Points and Authorities in support thereof | Portions containing references to allegations in the SAC, including references to material designated either "Confidential" or "Highly Confidential" under the Protective Order | No compelling reason; stale financial information |
| Exhibit A to the Declaration of Feras Antoon in Support of Antoon and Tassillo's Motion to Dismiss - | Sealed in its entirety | No compelling reason; not narrowly tailored |

11

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Information relating to the operations of the MindGeek entities, including employment information | | |
| Exhibit B to the Declaration of Feras Antoon in Support of Antoon and Tassillo's Motion to Dismiss - Information relating to the payments of dividends and compensation by the MindGeek entities | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit C to the Declaration of Feras Antoon in Support of Antoon and Tassillo's Motion to Dismiss - Information relating to the payments of dividends and compensation by the MindGeek entities | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit A to the Declaration of David Tassillo in Support of Antoon and Tassillo's Motion to Dismiss - Information relating to the operations of the MindGeek entities, including | Sealed in its entirety | No compelling reason; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| employment information | | |
| Exhibit 1 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 2 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 3 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Exhibit 4 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Audited financial statements and information of certain MindGeek Defendants for 2018 | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 5 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 6 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Terms of service agreements between certain MindGeek Defendants | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 7 to the Declaration of Jonathan S. Sack, | Sealed in its entirety | No compelling reason; stale financial |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Board minutes and written resolutions for certain MindGeek Defendants | | information; not narrowly tailored |
| Exhibit 8 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Board minutes and written resolutions for certain MindGeek Defendants | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 9 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss – Board minutes and written resolutions for certain MindGeek Defendants | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit 10 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Board minutes and written resolutions | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| for certain MindGeek Defendants | | |
| Exhibit 11 to the Declaration of Jonathan S. Sack, Esq. in Support of Antoon and Tassillo's Motion to Dismiss - Financial transfer-pricing study for MG Freesites Ltd prepared by Raymond Chabot Grant Thornton LLP and its affiliates | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |

**Redwood [Dkt. 449-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Memorandum of Points and Authorities in Support of the Redwood Defendants' Motion to Dismiss Plaintiff Serena Fleites' Second Amended Complaint | Portions that quote or reference details of the Grant Thornton Report, the 2013 and 2018 Financing Agreements, the Notice of Default, and/or the Bergmair Deposition Transcript | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |
| Exhibit A (the "Grant Thornton Report") to the Declaration of James M. Pearl in Support of the Redwood Defendants' | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Motion to Dismiss, filed at ECF No. 447-3 ("Pearl Decl.") | | |
| Exhibit B (the "2013 Financing Agreement") to the Pearl. Decl. | Sealed in its entirety | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |
| Exhibit C (the "2018 Financing Agreement") to the Pearl Decl. | Sealed in its entirety | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |
| Exhibit D (the "Notice of Default") to the Pearl Decl. | Sealed in its entirety | No compelling reason; stale financial information; not narrowly tailored |
| Exhibit E (the "Bergmair Deposition Transcript") to the Pearl Decl. | Sealed in its entirety | No compelling reason; superseded agreement; stale financial agreement; not narrowly tailored |

**Colbeck [Dkt. 443-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| CB Defendants' Motion to Dismiss Second Amended Complaint | Portions referencing confidential content from either (i) Exhibits A-C or (ii) the redacted | No compelling reason; stale financial information; |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| ("Motion to Dismiss") | portions of the Second Amended Complaint filed under seal (ECF No. 387-1 ("SAC")). | superseded agreement; not narrowly tailored |
| Exhibit A to Motion to Dismiss - Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2011 | Sealed in its entirety | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |
| Exhibit B to Motion to Dismiss - Loan Agreement dated October 15, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013 | Sealed in its entirety | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |
| Exhibit C to Motion to Dismiss - Excerpts of pages 1-6, 218-227, and 357 from the transcript of Defendant Bernd | Sealed in its entirety | No compelling reason; stale financial information; superseded agreement; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Bergmair's deposition, dated June 15, 2023, in this action | | |

**IT IS SO ORDERED.**

Dated: _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE