# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Serena Fleites,<br><br>v.  Plaintiff(s)<br><br>MindGeek S.A.R.L. et al.,<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-04920-WLH-ADS<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [428] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Peacocke, Alexander F.R.** of **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
*Applicant's Name (Last Name, First Name & Middle Initial)*
565 Fifth Avenue
New York, NY 10017

(212) 880-9431    (212) 856-9494
*Telephone Number*    *Fax Number*

apeacocke@maglaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**David Tassillo**

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**
**Wiechert, David W.**    of **WIECHERT, MUNK & GOLDSTEIN, PC**
*Designee's Name (Last Name, First Name & Middle Initial)*
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660

SBN 94607    (949) 361-2822    (949) 361-5722
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated    September 17, 2024

*U.S. District Judge/U.S. Magistrate Judge*