# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Serena Fleites, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-04920-WLH-ADS |
| v. | |
| MindGeek S.A.R.L., et al., | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [DKT. 423]** |
| Defendant(s). | |

☒ The Court hereby orders that the request of: **Diane Cafferata and Michael E. Williams**

List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for  **Defendants MindGeek S.A.R.L.; MG Freesites, LTD; MindGeek USA Incorporated; MG Premium LTD; RK Holdings USA Inc.; MG Global Entertainment Inc.; TrafficJunky Inc.; 9219-1568 Quebec, Inc.**

**Is hereby** ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **September 20, 2024**

Hon. Wesley, L. Hsu, U.S. District Judge