# EXHIBIT A

## EXHIBIT A

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Memorandum of Points and Authorities in Support of MindGeek Defendants' Motion to Dismiss | 445-2 | 448-1 | MindGeek Defendants | MindGeek Defendants | Partial – Proposed Redactions | Quotes from and descriptions of confidential information relating to the payments of dividends and compensation by the MindGeek entities; confidential business strategies relating to corporate structure; and confidential information relating to the operations of the MindGeek entities, including the provisions of financing and leading between MindGeek entities. |
| Declaration of Andreas Alkiviades Andreou in Support of MindGeek Defendants' Motion to Dismiss | 445-3 | 448-2 | MindGeek Defendants | MindGeek Defendants | Partial – Proposed Redactions | Descriptions of confidential business strategies relating to corporate structure and confidential information relating to the operations of the MindGeek entities, including the provisions of financing and leading between MindGeek entities. |
| Exhibit 1 to Andreou Declaration | 445-4 | 448-3 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential intellectual property licensing agreement. |
| Exhibit 2 to Andreou Declaration | 445-5 | 448-4 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Internal document referencing confidential internal business practices related to the human moderation of all content uploaded to the Pornhub website, which should not be made public in the interest of public safety. |
| Exhibit 3 to Andreou Declaration | 445-6 | 448-5 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential terms of service agreement between certain MindGeek Defendants. |

1

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Exhibit 4 to Andreou Declaration | 445-7 | 448-6 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential terms of service agreement between certain MindGeek Defendants. |
| Exhibit 5 to Andreou Declaration | 445-8 | 448-7 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential financial transfer-pricing study prepared by Raymond Chabot Grant Thornton LLP and its affiliates, regarding services provided by one MindGeek entity to another MindGeek entity for tax planning purposes. |
| Exhibit 6 to Andreou Declaration | 445-9 | 448-8 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential tax returns for certain MindGeek Defendants and other MindGeek affiliates. |
| Exhibit 7 to Andreou Declaration[1] | 445-10 | 448-9 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential shareholders' agreement containing information relating to the payments of dividends and compensation by the MindGeek entities. |
| Exhibit 8 to Andreou Declaration | 445-11 | 448-10 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential shareholders' agreement containing information relating to the payments of dividends and compensation by the MindGeek entities. |
| Exhibit 9 to Andreou Declaration[2] | 445-12 | 448-11 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive audited financial statements and information of certain MindGeek Defendants. |

---

[1] Sealing previously granted in full. *See* Dkt. No. 336.
[2] Sealing previously granted in full. *See* Dkt. No. 336.

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Exhibit 10 to Andreou Declaration | 445-13 | 448-12 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive audited financial statements and information of certain MindGeek Defendants. |
| Exhibit 11 to Andreou Declaration | 445-14 | 448-13 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive board minutes for certain MindGeek Defendants. |
| Exhibit 12 Andreou Declaration | 445-15 | 448-14 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive board minutes for certain MindGeek Defendants. |
| Exhibit 13 to Andreou Declaration | 445-16 | 448-15 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive audited financial statements and information of certain MindGeek Defendants. |
| Exhibit 14 to Andreou | 445-17 | 448-16 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive board minutes for certain MindGeek Defendants. |
| Exhibit 15 to Andreou Declaration | 445-18 | 448-17 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive audited financial statements and information of certain MindGeek Defendants. |
| Exhibit 16 to Andreou Declaration | 445-19 | 448-18 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive board minutes for certain MindGeek Defendants. |
| Exhibit 17 to Andreou Declaration | 445-20 | 448-19 | MindGeek Defendants | MindGeek Defendants | Entirely Under Seal | Confidential and sensitive audited financial statements and information of certain MindGeek Defendants. |
| Bergmair's Motion to Dismiss | 434-2 | 435-1 | Bergmair | Bergmair | Partial – Proposed Redactions | References to personal financial information regarding Bergmair's investment in a private company. |

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Exhibit A to White Declaration | 434-3 | 435-2 | Bergmair | Bergmair; MindGeek Defendants | Entirely Under Seal | Personal financial information regarding Bergmair's investment in a private company, including amount of money invested; shareholding, economic interests and other rights received in exchange for the investment; the identity of corporate entities through which Bergmair invested; and Bergmair's receipt of dividends as a result of his investment. |
| Exhibit B to White Declaration | 434-4 | 435-3 | Bergmair | Antoon; MindGeek Defendants | Entirely Under Seal | Antoon testimony regarding confidential business communications and operations. |
| Exhibit C to White Declaration | 434-5 | 435-4 | Bergmair | Tassillo; MindGeek Defendants | Entirely Under Seal | Tassillo testimony regarding confidential business communications and operations. |
| Exhibit E to White Declaration | 434-6 | 435-5 | Bergmair | Bergmair | Entirely Under Seal | Excerpts from confidential amended share purchase agreement. |
| Exhibit F to White Declaration | 434-7 | 435-6 | Bergmair | Tassillo | Entirely Under Seal | Excerpts from confidential amended share purchase agreement. |
| Exhibit G to White Declaration | 434-8 | 435-7 | Bergmair | MindGeek Defendants | Entirely Under Seal | Andreas Andreou testimony regarding confidential business communications and operations. |
| Exhibit H to White Declaration[3] | 434-9 | 435-8 | Bergmair | MindGeek Defendants | Entirely Under Seal | Excerpts of confidential shareholders' agreement. |

---

[3] Sealing previously granted in full.  *See* Dkt. No. 303.

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Exhibit I to White Declaration | 434-10 | 435-9 | Bergmair | MindGeek Defendants | Entirely Under Seal | Spreadsheet containing confidential employment information concerning Antoon, including wages, bonuses, and benefits. |
| Exhibit J to White Declaration | 434-11 | 435-10 | Bergmair | MindGeek Defendants | Entirely Under Seal | Spreadsheet containing confidential employment information concerning Tassillo, including wages, bonuses, and benefits. |
| Exhibit L to White Declaration | 434-12 | 435-11 | Bergmair | MindGeek Defendants | Entirely Under Seal | Excerpts of a third-party report containing confidential information regarding another entity's business model and subject to confidentiality provision. |
| Exhibit M to White Declaration | 434-13 | 435-12 | Bergmair | Antoon | Entirely Under Seal | Excerpt of Antoon's Responses and Objections to Plaintiff's First Set of Requests for Admission. |
| Exhibit N to White Declaration | 434-14 | 435-13 | Bergmair | Tassillo | Entirely Under Seal | Excerpt of Tassillo's Responses and Objections to Plaintiff's First Set of Requests for Admission. |
| Exhibit O to White Declaration | 434-15 | 435-14 | Bergmair | MindGeek Defendants | Entirely Under Seal | Spreadsheet containing confidential financial information for certain MindGeek entities. |
| Exhibit P to White Declaration | 434-16 | 435-15 | Bergmair | Bergmair | Partial – Proposed Redactions | Personal financial information regarding Bergmair's investment in a private company, including amount of money invested; shareholding, economic interests and other rights |

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| | | | | | | received in exchange for the investment; the identity of corporate entities through which Bergmair invested; and Bergmair's receipt of dividends as a result of his investment. |
| Antoon's and Tassillo's Notice of Motion and Motion to Dismiss the SAC; Memorandum of Points and Authorities in support thereof | 437-2 | 438-1 | Antoon / Tassillo | Antoon; Tassillo | Partial – Proposed Redactions | Descriptions of confidential information relating to the operations of the MindGeek entities and confidential financial information. |
| Exhibit A to Antoon Declaration | 437-3 | 438-2 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Confidential information relating to the operations of the MindGeek entities, including employment information. |
| Exhibit B to Antoon Declaration | 437-4 | 438-3 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Confidential information relating to the payments of dividends and compensation by the MindGeek entities. |
| Exhibit C to Antoon Declaration | 437-5 | 438-4 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Confidential information relating to the payments of dividends and compensation by the MindGeek entities. |
| Exhibit A to Tassillo Declaration | 437-6 | 438-5 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Confidential information relating to the operations of the MindGeek entities, including employment information. |

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Exhibit 1 to Sack Declaration | 437-7 | 438-6 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Audited financial statements and information of certain MindGeek Defendants for 2018. |
| Exhibit 2 to Sack Declaration | 437-8 | 438-7 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Audited financial statements and information of certain MindGeek Defendants for 2018. |
| Exhibit 3 to Sack Declaration | 437-9 | 438-8 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Audited financial statements and information of certain MindGeek Defendants for 2018. |
| Exhibit 4 to Sack Declaration | 437-10 | 438-9 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Audited financial statements and information of certain MindGeek Defendants for 2018. |
| Exhibit 5 to Sack Declaration | 437-11 | 438-10 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Terms of service agreements between certain MindGeek Defendants. |
| Exhibit 6 to Sack Declaration | 437-12 | 438-11 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Terms of service agreements between certain MindGeek Defendants. |
| Exhibit 7 to Sack Declaration | 437-13 | 438-12 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Board minutes and written resolutions for certain MindGeek Defendants. |
| Exhibit 8 to Sack Declaration | 437-14 | 438-13 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Board minutes and written resolutions for certain MindGeek Defendants. |

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| Exhibit 9 to Sack Declaration | 437-15 | 438-14 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Board minutes and written resolutions for certain MindGeek Defendants. |
| Exhibit 10 to Sack Declaration | 437-16 | 438-15 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Board minutes and written resolutions for certain MindGeek Defendants. |
| Exhibit 11 to Sack Declaration[4] | 437-17 | 438-16 | Antoon / Tassillo | MindGeek Defendants | Entirely Under Seal | Financial transfer-pricing study for MG Freesites Ltd prepared by Raymond Chabot Grant Thornton LLP and its affiliates. |
| Memorandum of Points and Authorities in Support of the Redwood Defendants' Motion to Dismiss | 449-2 | 450-6 | Redwood Defendants | Redwood Defendants | Partial – Proposed Redactions | References to confidential content from financing agreements or pertaining to another entity's business model. |
| Exhibit A to Pearl Declaration | 449-3 | 450-1 | Redwood Defendants | Redwood Defendants | Entirely Under Seal | Third-party report containing confidential information regarding another entity's business model and subject to confidentiality provision. |
| Exhibit B to Pearl Declaration | 449-4 | 450-2 | Redwood Defendants | Redwood Defendants; MindGeek Defendants | Entirely Under Seal | Confidential financing agreement. |
| Exhibit C to Pearl Declaration | 449-5 | 450-3 | Redwood Defendants | Redwood Defendants; MindGeek Defendants | Entirely Under Seal | Confidential financing agreement. |
| Exhibit D to Pearl Declaration | 449-6 | 450-4 | Redwood Defendants | Redwood Defendants | Entirely Under Seal | Confidential letter sent in connection with confidential financing agreements and |

---

[4] Sealing previously granted in full. *See* Dkt. No. 336.

| Document | ECF No. of Redacted Version | ECF No. of Unredacted Version | Filing Party | Designating Party | Level of Sealing | Description of Confidential Content |
|---|---|---|---|---|---|---|
| | | | | | | referencing confidential terms of such agreements. |
| Exhibit E to Pearl Declaration | 449-7 | 450-5 | Redwood Defendants | Redwood Defendants; Bergmair | Entirely Under Seal | Bergmair testimony discussing confidential financing agreement. |
| CB Defendants' Motion to Dismiss Second Amended Complaint | 443-2 | 444-1 | CB Defendants | CB Defendants | Partial – Proposed Redactions | References to confidential content from either (i) Exhibits A-C or (ii) the redacted portions of the Second Amended Complaint filed under seal. |
| Exhibit A to CB Defendants' Motion to Dismiss | 443-4 | 444-3 | CB Defendants | CB Defendants; MindGeek Defendants | Entirely Under Seal | Confidential financing agreement between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to MindGeek borrowers. |
| Exhibit B to CB Defendants' Motion to Dismiss | 443-5 | 444-4 | CB Defendants | CB Defendants; MindGeek Defendants | Entirely Under Seal | Confidential financing agreement between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to MindGeek borrowers. |
| Exhibit C to CB Defendants' Motion to Dismiss | 443-6 | 444-5 | CB Defendants | Bergmair | Entirely Under Seal | Bergmair testimony discussing confidential financing agreement. |