| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Phone: 212.209.4800<br>Fax:    212.209.4801 | David M. Stein (State Bar # 198256)<br>dstein@olsonstein.com<br>**OLSON STEIN LLP**<br>240 Nice Lane # 301<br>Newport Beach, CA 92663<br>Phone: 949.887.4600 |

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign | Case No. 2:21-cv-4920-WLH-ADS<br><br>**JOINT STIPULATION TO REQUEST EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Wesley L. Hsu<br><br>SAC filed: May 23, 2024 |

| | |
|---|---|
| 1 | entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| | Defendants. |

Plaintiff Serena Fleites ("Plaintiff") and Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Gingogerum, LLC, and White-Hathaway Opportunity Fund, LLC, (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 23, 2024, Plaintiff filed both a Motion to Amend the Caption and a Second Amended Complaint (the "SAC"), which identifies Colbeck and Redwood as new defendants (ECF Nos. 384, 385);

WHEREAS, after filing the SAC, Plaintiff's counsel also filed fourteen (14) additional actions against the same Defendants in the United States District Court for the Central District of California, each of which has been designated as "related" and assigned to the Honorable Wesley L. Hsu (the "Related Actions");

WHEREAS, on July 24, 2024, the Parties filed a Joint Stipulation Re Briefing Schedule for Defendants' Responses to Plaintiff's Second Amended Complaint, which set August 30, 2024 as Defendants' deadline to respond to the SAC ("July 24 Joint Stipulation") (ECF No. 419);

WHEREAS, on August 2, 2024, the Court granted the Parties' July 24 Joint Stipulation, and approved the following briefing schedule relating to the SAC (ECF No. 424):

**August 30, 2024:** Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC;

1

JOINT STIPULATION TO REQUEST EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

|   |   |   |
|---|---|---|
| **October 15, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **November 5, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **November 22, 2024:** | Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable); |

WHEREAS, in 13 of the 14 Related Actions, the Court entered an Order Granting Joint Stipulation Re Briefing Schedule for Defendants' Motions to Dismiss that set October 15, 2024 as Defendants' deadline to answer, move, or otherwise respond to each complaint, and set January 10, 2025 as the hearing date for motions filed in response to each complaint;

WHEREAS, the case styled *J.L. v. Mindgeek S.à.r.l. et al.*, Case No. 2:24-cv-07046 WLH(ADSx) (C.D. Cal. Aug. 20, 2024) (the "*J.L.* case"), was only recently filed, so deadlines to respond to the complaint have not been set for all of the Defendants;

WHEREAS, on October 4, 2024, the Parties filed in each of the Related Actions a Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, which requests to (a) extend the deadline for each of the Defendants to answer, move, or otherwise respond to the complaints in each of the Related Actions to October 21, 2024; (b) in each of the Related Actions, allow each defense counsel to file a single omnibus motion to dismiss for the parties that they each represent which may incorporate by reference the arguments made in the parties' motions to dismiss filed in this action; (c) allow Plaintiffs' counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants in the Related Actions, which may incorporate by reference the arguments made by the Parties in the motion to dismiss briefing in this action; (d) allow each defense counsel to file one omnibus reply to each motion to dismiss filed in the Related Actions; (e)

set a briefing and hearing schedule in the Related Actions for the omnibus motions to dismiss, with the motions filed in each case being heard on the same hearing date; (f) increase the page limit for each omnibus motion to dismiss to 50 pages and each omnibus reply to 35 pages given the length and complexity of the complaints and the number of related cases; and (g) increase the page limit for Plaintiffs' omnibus opposition to 85 pages given the length and complexity of the complaints, number of related cases, and the number of motions to dismiss;

WHEREAS, given the length and complexity of the SAC and the number of motions to dismiss, and in the interest of judicial economy, efficient case management, conservation of resources of the over 30 parties involved in the Related Actions, and coordination with the amended briefing schedule in the Related Actions, the Parties believe good cause exists to (a) set October 21, 2024 as the deadline for Plaintiff to respond to the motions to dismiss filed by Defendants on August 30, 2024; (b) allow Plaintiff's counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants; (c) set November 8, 2024 as the deadline for each Defendant to file a reply; (d) increase the page limit for Plaintiff's omnibus opposition to 85 pages; and (e) increase the page limit for each Defendant's reply to 20 pages;

WHEREAS, the Parties agree that, subject to the approval of the Court, there is good cause to modify the briefing schedule previously agreed to in the July 24 Joint Stipulation, to allow the Court additional time to consider this stipulation, the Plaintiff to prepare her omnibus opposition, and the Defendants to prepare their replies:

**October 21, 2024:** Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable);

**November 8, 2024:** Each Defendant's Deadline to File Replies (if and as applicable);

3

      **November 22, 2024:**[1]   Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable);

WHEREAS, the foregoing briefing schedule would not disturb the previously agreed-to November 22, 2024 hearing date;

WHEREAS, the foregoing opposition deadline mirrors the current stipulated deadline for the Defendants to answer, move, or otherwise respond to the complaints in each of the Related Actions; and

WHEREAS, the Parties agree that Defendants preserve all objections and defenses to the SAC, including any objection or defense on the ground of lack of personal jurisdiction.

IT IS FURTHER STIPULATED AND AGREED that, subject to the approval of the Court, there is good cause to increase the page limit for Plaintiff's omnibus opposition brief to 85 pages, which represents a fraction of the total 150 pages that would be filed if Plaintiff filed an individualized opposition to each of the six motions to dismiss filed by Defendants, and given the volume and complexity of the SAC and the addition of the Redwood and Colbeck Defendants.

IT IS FURTHER STIPULATED AND AGREED that, subject to the approval of the Court, there is good cause to increase the page limit for each Defendant's reply to 20 pages, given the volume and complexity of the SAC and the addition of the Redwood and Colbeck Defendants.

IT IS FURTHER STIPULATED AND AGREED that Defendants preserve all objections and defenses to the SAC, including any objection or defense on the ground of lack of personal jurisdiction.

Accordingly, the Parties respectfully request that this Court set the remaining briefing and hearing schedule for Defendants' responses to Plaintiff's SAC and enter

---

[1] The Parties are also amenable to such other date that is convenient for the Court if the requested continuance necessitates a new hearing date.

4

JOINT STIPULATION TO REQUEST EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

the [Proposed] Order concurrently filed with this Joint Stipulation.

IT IS SO STIPULATED.

DATED: October 7, 2024     **BROWN RUDNICK LLP**

By:    */s/ Lauren Tabaksblat*
Michael J. Bowe
Lauren Tabaksblat

**OLSON STEIN LLP**

By:    */s/ David M. Stein*
David M. Stein

*Attorneys for Plaintiff Serena Fleites*

DATED: October 7, 2024     **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

By:    */s/ Esteban Morales Fabila*
Esteban Morales Fabila
Peter A. Biagetti

*Attorneys for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

| | |
|---|---|
| DATED: October 7, 2024 | **WEIL, GOTSHAL & MANGES LLP**<br><br>By: ___*/s/ Drew Tulumello*___<br>Drew Tulumello<br>*Attorneys for Defendant Visa Inc.* |
| DATED: October 7, 2024 | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**<br><br>By: ___*/s/ Jonathan S. Sack*___<br>Jonathan S. Sack<br>*Attorneys for Defendant David Tassillo* |
| DATED: October 7, 2024 | **COHEN & GRESSER LLP**<br><br>By: ___*/s/ Matthew V. Povolny*___<br>Matthew V. Povolny<br>*Attorneys for Defendant Feras Antoon* |
| DATED: October 7, 2024 | **WALDEN MACHT HARAN & WILLIAMS LLP**<br><br>By: ___*/s/ Ronald G. White*___<br>Ronald G. White<br>*Attorneys for Defendant Bernd Bergmair* |

6
JOINT STIPULATION TO REQUEST EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

DATED: October 7, 2024            **PAUL HASTINGS LLP**

By: ___/s/ James M. Pearl___
James M. Pearl
Adam M. Reich
Emma Lanzon
Kiaura Clark
*Attorneys for Defendant Redwood Capital Management, LLC*

DATED: October 7, 2024            **WHITE & CASE LLP**

By: ___/s/ David G. Hille___
David G. Hille
Kevin C. Adam
Russell J. Gould
*Attorneys for Defendant Colbeck Capital Management, LLC*

**ATTESTATION STATEMENT**

I, Lauren Tabaksblat, the filer of this stipulation, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 7, 2024         **BROWN RUDNICK LLP**

　　　　　　　　　　　　　　　　　　*/s/ Lauren Tabaksblat*
　　　　　　　　　　　　　　　　　　Lauren Tabaksblat

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Serena Fleites*

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Plaintiff Serena Fleites, certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 7, 2024 upon all counsel of record via ECF.

Dated:  October 7, 2024           **BROWN RUDNICK LLP**

*/s/ Lauren Tabaksblat*
Lauren Tabaksblat

*Attorney for Plaintiff Serena Fleites*