Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:     212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>         Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign | Case No. 2:21-cv-4920-WLH-ADS<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF JOINT STIPULATION TO REQUEST EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Wesley L. Hsu<br><br>SAC filed: May 23, 2024 |

| | |
|---|---|
| 1 | entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| | Defendants. |

I, Lauren Tabaksblat, declare and state as follows:

1. I am a partner with Brown Rudnick LLP and have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiff Serena Fleites in the above referenced matter. I submit this declaration in support of the Parties' Joint Stipulation to Request Extension of Remaining Briefing Schedule for Defendants' Responses to Plaintiff's Second Amended Complaint.

2. On May 23, 2024, Plaintiff filed both a Motion to Amend the Caption and a Second Amended Complaint (the "SAC"), which identifies Colbeck and Redwood as new defendants (ECF Nos. 384, 385).

3. Between June 7, 2024 and August 20, 2024, counsel for Plaintiff filed the following fourteen (14) additional actions against the same Defendants in the United States District Court for the Central District of California, each of which has been designated as "related" and assigned to the Honorable Wesley L. Hsu (the "Related Actions"):

- *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786;
- *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788;
- *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795;
- *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800;
- *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801;
- *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791;
- *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971;
- *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977;
- *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992;
- *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998;
- *L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026;
- *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185;
- *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and

- *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

4. On July 24, 2024, the Parties filed a Joint Stipulation Re Briefing Schedule for Defendants' Responses to Plaintiff's Second Amended Complaint, which set August 30, 2024 as Defendants' deadline to respond to the SAC ("July 24 Joint Stipulation") (ECF No. 419).

5. On August 2, 2024, the Court granted the Parties' July 24 Joint Stipulation, and approved the following briefing schedule relating to the SAC (ECF No. 424):

**August 30, 2024:** Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC;

**October 15, 2024:** Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable);

**November 5, 2024:** Each Defendant's Deadline to File Replies (if and as applicable);

**November 22, 2024:** Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable);

6. In 13 of the 14 Related Actions, the Court entered an Order Granting Joint Stipulation Re Briefing Schedule for Defendants' Motions to Dismiss that set October 15, 2024 as Defendants' deadline to answer, move, or otherwise respond to each complaint, and set January 10, 2025 as the hearing date for motions filed in response to each complaint.

7. The case styled *J.L. v. Mindgeek S.à.r.l. et al.*, Case No. 2:24-cv-07046 WLH(ADSx) (C.D. Cal. Aug. 20, 2024) (the "*J.L.* case") was only recently filed, so deadlines to respond to the complaint have not been set for all of the Defendants.

8. On October 4, 2024, the Parties filed in each of the Related Actions a Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, which requests to (a) extend the deadline for each of the

Defendants to answer, move, or otherwise respond to the complaints in each of the Related Actions to October 21, 2024; (b) in each of the Related Actions, allow each defense counsel to file a single omnibus motion to dismiss for the parties that they each represent which may incorporate by reference the arguments made in the parties' motions to dismiss filed in this action; (c) allow Plaintiffs' counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants in the Related Actions, which may incorporate by reference the arguments made by the Parties in the motion to dismiss briefing in this action; (d) allow each defense counsel to file one omnibus reply to each motion to dismiss filed in the Related Actions; (e) set a briefing and hearing schedule in the Related Actions for the omnibus motions to dismiss, with the motions filed in each case being heard on the same hearing date; (f) increase the page limit for each omnibus motion to dismiss to 50 pages and each omnibus reply to 35 pages given the length and complexity of the complaints and the number of related cases; and (g) increase the page limit for Plaintiffs' omnibus opposition to 85 pages given the length and complexity of the complaints, number of related cases, and the number of motions to dismiss.

9. Given the length and complexity of the SAC and the number of motions to dismiss, and in the interest of judicial economy, efficient case management, conservation of resources of the over 30 parties involved in the Related Actions, and coordination with the amended briefing schedule in the Related Actions, good cause exists to (a) set October 21, 2024 as the deadline for Plaintiff to respond to the motions to dismiss filed by Defendants on August 30, 2024; (b) allow Plaintiff's counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants; (c) set November 8, 2024 as the deadline for each Defendant to file a reply; (d) increase the page limit for Plaintiff's omnibus opposition to 85 pages; and (e) increase the page limit for each Defendant's reply to 20 pages.

10. Accordingly, the Parties now respectfully request that the Court grant this

stipulation and enter the following schedule:

| | |
|---|---|
| **October 21, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **November 8, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **November 22, 2024:** | Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable); |

11. The undersigned respectfully submits given the length and complexity of the SAC and the number of motions to dismiss, and in the interest of judicial economy, efficient case management, conservation of resources of the over 30 parties involved in the Related Actions, and coordination with the amended briefing schedule in the Related Actions, good cause exists for the entry of this stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 7, 2024, in New York, New York.

          */s/ Lauren Tabaksblat*
          Lauren Tabaksblat

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Plaintiff Serena Fleites, certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 7, 2024 upon all counsel of record via ECF.

Dated: October 7, 2024                    **BROWN RUDNICK LLP**

/s/ Lauren Tabaksblat
Lauren Tabaksblat

*Attorney for Plaintiff Serena Fleites*