# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; | Case No. 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY |
| 2 | OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK |
| 3 | CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA |
| 4 | VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, |
| 5 | LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a |
| 6 | Delaware corporation, |
| 7 | Defendants. |

On October 7, 2024, Plaintiff Serena Fleites ("Plaintiff") and Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Gingogerum, LLC, and White-Hathaway Opportunity Fund, LLC, (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties") filed a Joint Stipulation to Request Extension of Remaining Briefing Schedule for Defendants' Responses to Plaintiff's Second Amended Complaint (the "Joint Stipulation").

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

(1) the deadline for Plaintiff to file a single omnibus opposition to the collective motions to dismiss filed by Defendants is **October 21, 2024**;

(2) the deadline for each of the Defendants to file a reply in support of their respective motion to dismiss is **November 8, 2024**;

(3) the page limit for Plaintiff's single omnibus opposition is 85 pages;

(4) the page limit for each Defendant's reply in support of their respective motion to dismiss is 20 pages; and

(5) a hearing is set for Defendants' motions to dismiss on **November 22, 2024, at** _____.

IT IS SO ORDERED.

DATED:                        By: _____
                                  HON. WESLEY L. HSU
                                  UNITED STATES DISTRICT JUDGE