Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign | Case No. 2:21-cv-4920-WLH-ADS<br><br>**JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES**<br><br>Judge:  Hon. Wesley L. Hsu<br><br>SAC filed: May 23, 2024 |

1  entity; REDWOOD OPPORTUNITY
2  MASTER FUND, LTD, a foreign
   entity; MANUEL 2018, LLC, a
3  Delaware corporation;
4  GINGOGERUM, LLC, a Delaware
   corporation; WHITE-HATHAWAY
5  OPPORTUNITY FUND, LLC, a
6  Delaware corporation; COLBECK
   CAPITAL MANAGEMENT, LLC, a
7  Delaware corporation, CB MEDIA
8  VENTURES LLC, a Delaware
   corporation; CB AGENCY SERVICES,
9  LLC, a Delaware corporation; and CB
10 PARTICIPATIONS SPV, LLC, a
   Delaware corporation,
11
                 Defendants.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Serena Fleites and Plaintiffs in the 14 Related Actions identified below, (collectively, "Plaintiffs") and Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Gingogerum, LLC, and White-Hathaway Opportunity Fund, LLC, (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 23, 2024, Plaintiff Serena Fleites filed both a Motion to Amend the Caption and a Second Amended Complaint (the "SAC"), which identifies Colbeck and Redwood as new defendants (ECF Nos. 384, 385, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS) ("*Fleites* Action");

WHEREAS, after filing the SAC, between June 7, 2024 and August 20, 2024, Plaintiff's counsel Brown Rudnick LLP also filed fourteen (14) additional actions against the same Defendants in the United States District Court for the Central District of California, each of which has been designated as "related" and assigned to the Honorable Wesley L. Hsu (the "Related Actions");

- *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786;
- *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788;
- *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795;
- *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800;
- *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801;
- *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791;
- *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971;

1

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

- *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977;

- *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992;

- *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998;

- *L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026;

- *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185;

- *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and

- *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

WHEREAS, on July 24, 2024, the Parties in the *Fleites* Action filed a Joint Stipulation Re Briefing Schedule for Defendants' Responses to Plaintiff's Second Amended Complaint, which set August 30, 2024 as Defendants' deadline to respond to the SAC ("July 24 Joint Stipulation") (ECF No. 419, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS);

WHEREAS, on August 2, 2024, the Court granted the Parties' July 24 Joint Stipulation and approved the following briefing schedule relating to the SAC (ECF No. 424*, Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS):

**August 30, 2024:** Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the SAC;

**October 15, 2024:** Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable);

**November 5, 2024:** Each Defendant's Deadline to File Replies (if and as applicable);

**November 22, 2024:** Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable);

WHEREAS, in 13 of the 14 Related Actions, the Court entered an Order Granting Joint Stipulation Re Briefing Schedule for Defendants' Motions to Dismiss that set October 15, 2024 as Defendants' deadline to answer, move, or otherwise respond to each complaint, and set January 10, 2025 as the hearing date for motions

2

filed in response to each complaint.  WHEREAS, the case styled *J.L. v. MindGeek S.à.r.l. et al.*, Case No. 2:24-cv-07046-WLH-ADS (C.D. Cal. Aug. 20, 2024) (the "*J.L.* case") was only recently filed, so deadlines to respond to the complaint were not set in this Order;

WHEREAS, in all 14 Related Actions, the Court later entered an Order Granting the Parties' October 4, 2024 Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases that extended the previous schedule and (a) set October 21, 2024 as Defendants' deadline to answer, move, or otherwise respond to each complaint; (b) in each of the Related Actions, allowed each defense counsel to file a single omnibus motion to dismiss for the parties that they each represent which may incorporate by reference the arguments made in the parties' motions to dismiss filed in the *Fleites* Action; (c) allowed Plaintiffs' counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants in the Related Actions, which may incorporate by reference the arguments made by the Parties in the motion to dismiss briefing in the *Fleites* Action; (d) allowed each defense counsel to file one omnibus reply to each motion to dismiss filed in the Related Actions; (e) set January 10, 2025 as the hearing date for the motions filed in each case; (f) increased the page limit for each omnibus motion to dismiss to 50 pages and each omnibus reply to 35 pages; and (g) increased the page limit for Plaintiffs' omnibus opposition to 85 pages.

WHEREAS, on October 7, 2024, the Parties in the *Fleites* Action filed a Joint Stipulation to Request Extension of Remaining Briefing Schedule for Defendants' Responses to Plaintiff's Second Amended Complaint, which set October 21, 2024 as Plaintiff's deadline to file a single omnibus opposition to the collective motions to dismiss filed by Defendants, increased the page limit for Plaintiff's opposition to 85 pages, and increased the page limit for each Defendant's reply to 20 pages ("October 7 Joint Stipulation") (ECF No. 472, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING
BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR
PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

1 │ cv-04920-WLH-ADS);

2 │ WHEREAS, on October 11, 2024, the Court granted the Parties' October 7 Joint

3 │ Stipulation, and approved the following briefing schedule relating to the SAC (ECF

4 │ No. 473, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS):

| | |
|---|---|
| **October 21, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **November 8, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **January 10, 2025:** | Hearing on Each Defendant's Answer, Motion or Response (if and as applicable); |

11 │ WHEREAS, given the length and complexity of the SAC in the *Fleites* Action

12 │ and the complaints in the Related Actions, and the number of motions to dismiss, and

13 │ in the interest of judicial economy, efficient case management, conservation of

14 │ resources of the over 30 parties involved in the Related Actions, and coordination with

15 │ the briefing schedules in the *Fleites* Action and the Related Actions, the Parties believe

16 │ good cause exists to extend the current briefing schedule and (a) in the *Fleites* Action,

17 │ set October 30, 2024 as the deadline for Plaintiff to file a single omnibus opposition

18 │ responding to the motions to dismiss filed by Defendants; (b) in the *Fleites* Action, set

19 │ December 6, 2024 as the deadline for each Defendant to file a reply; (c) in the Related

20 │ Actions, set October 30, 2024 as the deadline for each of the Defendants to answer,

21 │ move, or otherwise respond to the complaints; (d) in the Related Actions, set

22 │ December 12, 2024 as the deadline for Plaintiffs to file a single omnibus opposition

23 │ responding to the motions to dismiss filed by Defendants; and (e) in the Related

24 │ Actions, set January 8, 2025 as the deadline for each Defendant to file an omnibus

25 │ reply;

26 │ WHEREAS, the Parties agree that, subject to the approval of the Court, there is

27 │ good cause to modify the briefing schedules previously agreed to in the October 4 Joint

28 │

4

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING
BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR
PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases filed in the Related Actions and the October 7 Joint Stipulation in the *Fleites* Action, to allow the Court additional time to consider this stipulation, the Plaintiff to prepare her omnibus opposition, and the Defendants to prepare their replies:

> *Fleites* Action

> **October 30, 2024:**     Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable);

> **December 6, 2024:**     Each Defendant's Deadline to File Replies (if and as applicable);

> **January 31, 2025:**     Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable);

> Related Actions

> **October 30, 2024:**     Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaints (if and as applicable);

> **December 12, 2024:**     Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable);

> **January 8, 2025:**     Each Defendant's Deadline to File Replies (if and as applicable);

> **January 31, 2025:**     Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable);

WHEREAS, the foregoing opposition deadline in the *Fleites* Action mirrors the deadline for the Defendants to answer, move, or otherwise respond to the complaints in each of the Related Actions.

IT IS FURTHER STIPULATED AND AGREED that Defendants preserve all

5

objections and defenses to the SAC and to each complaint in the 14 Related Actions, including any objection or defense on the ground of lack of personal jurisdiction.

Accordingly, the Parties respectfully request that this Court set the remaining briefing and hearing schedule in the *Fleites* Action for Defendants' responses to Plaintiff's SAC, set the briefing and hearing schedule in the Related Actions for Defendants' responses to the complaints, and enter the [Proposed] Order concurrently filed with this Joint Stipulation.

IT IS SO STIPULATED.

DATED:  October 18, 2024          **BROWN RUDNICK LLP**

By:  _____*/s/ Michael J. Bowe*_____
Michael J. Bowe
Lauren Tabaksblat

**OLSON STEIN LLP**

By:  _____*/s/ David M. Stein*_____
David M. Stein

*Attorneys for Plaintiff Serena Fleites*

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

1  DATED:  October 18, 2024

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

By: _____/s/ Esteban Morales Fabila_____
Esteban Morales Fabila
Peter A. Biagetti

*Attorneys for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

DATED:  October 18, 2024

**WEIL, GOTSHAL & MANGES LLP**

By: _____/s/ Drew Tulumello_____
Drew Tulumello
*Attorneys for Defendant Visa Inc.*

DATED:  October 18, 2024

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**

By: _____/s/ Jonathan S. Sack_____
Jonathan S. Sack
*Attorneys for Defendant David Tassillo*

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

DATED:  October 18, 2024          **COHEN & GRESSER LLP**


By: _____ */s/ Matthew V. Povolny*
Matthew V. Povolny
*Attorneys for Defendant Feras Antoon*


DATED:  October 18, 2024          **WALDEN MACHT HARAN & WILLIAMS LLP**


By: _____ */s/ Ronald G. White*
Ronald G. White
*Attorneys for Defendant Bernd Bergmair*


DATED:  October 18, 2024          **PAUL HASTINGS LLP**


By: _____ */s/ James M. Pearl*
James M. Pearl
Adam M. Reich
Emma Lanzon
Kiaura Clark
*Attorneys for Defendant Redwood Capital Management, LLC*


DATED:  October 18, 2024          **WHITE & CASE LLP**


By: _____ */s/ David G. Hille*
David G. Hille
Kevin C. Adam
Russell J. Gould
*Attorneys for Defendant Colbeck Capital Management, LLC*

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

## ATTESTATION STATEMENT

I, Lauren Tabaksblat, the filer of this declaration, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 18, 2024                    **BROWN RUDNICK LLP**


                                            */s/ Lauren Tabaksblat*
                                            Lauren Tabaksblat

                                            *Attorney for Plaintiff Serena Fleites*

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING
BRIEFING SCHEDULE IN *FLEITES* ACITON AND (B) LIMITED COORDINATION FOR
PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES

## <u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned counsel of record for Plaintiff Serena Fleites, certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 18, 2024 upon all counsel of record via ECF.

Dated:  October 18, 2024            **BROWN RUDNICK LLP**


                                   <u>*/s/ Lauren Tabaksblat*</u>
                                   Lauren Tabaksblat

                                   *Attorney for Plaintiff Serena Fleites*

JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES