# Exhibit 14

FILED UNDER SEAL