# Exhibit 18

FILED UNDER SEAL