# Exhibit 27

FILED UNDER SEAL