# Exhibit 30

FILED UNDER SEAL