# Exhibit 37

FILED UNDER SEAL