# Exhibit 38

## FILED UNDER SEAL