# Exhibit 39

FILED UNDER SEAL