# Exhibit 40

FILED UNDER SEAL