# Exhibit 41

# INTENTIONALLY LEFT BLANK