# Exhibit 42

FILED UNDER SEAL