# Exhibit 43

FILED UNDER SEAL