# Exhibit 44

FILED UNDER SEAL