# Exhibit 45

FILED UNDER SEAL