# Exhibit 46

FILED UNDER SEAL