Exhibit 47

INTENTIONALLY

LEFT BLANK