# Exhibit 48

FILED UNDER SEAL