# Exhibit 49

FILED UNDER SEAL