# Exhibit 50

# INTENTIONALLY LEFT BLANK