# Exhibit 51

FILED UNDER SEAL