# Exhibit 52

FILED UNDER SEAL