# Exhibit 53

FILED UNDER SEAL