# Exhibit 54

FILED UNDER SEAL