# Exhibit 55

FILED UNDER SEAL