# Exhibit 56

# FILED UNDER SEAL