# Exhibit 57

FILED UNDER SEAL