# Exhibit 58

FILED UNDER SEAL