# Exhibit 59

FILED UNDER SEAL