# Exhibit 60

## FILED UNDER SEAL