# Exhibit 61

FILED UNDER SEAL