# Exhibit 62

FILED UNDER SEAL