# Exhibit 63

FILED UNDER SEAL