# Exhibit 64

FILED UNDER SEAL