# Exhibit 65

FILED UNDER SEAL