# Exhibit 66

# INTENTIONALLY LEFT BLANK