# Exhibit 67

FILED UNDER SEAL