# Exhibit 68

FILED UNDER SEAL