# Exhibit 69

FILED UNDER SEAL