# Exhibit 71

FILED UNDER SEAL