# Exhibit 72

## FILED UNDER SEAL