# Exhibit 73

FILED UNDER SEAL