# Exhibit 74

# FILED UNDER SEAL