# Exhibit 75

FILED UNDER SEAL