# Exhibit 76

FILED UNDER SEAL