# Exhibit 77

FILED UNDER SEAL