# Exhibit 79

# INTENTIONALLY LEFT BLANK