# Exhibit 80

# INTENTIONALLY LEFT BLANK