# Exhibit 81

INTENTIONALLY LEFT BLANK