# Exhibit 82

# INTENTIONALLY LEFT BLANK