# Exhibit 83

FILED UNDER SEAL