# Exhibit 84

FILED UNDER SEAL