# Exhibit 85

FILED UNDER SEAL