# Exhibit 86

FILED UNDER SEAL