# Exhibit 87

FILED UNDER SEAL