# Exhibit 88

FILED UNDER SEAL