# Exhibit 89

# INTENTIONALLY LEFT BLANK