# Exhibit 90

INTENTIONALLY
LEFT BLANK