# Exhibit 91

FILED UNDER SEAL