# Exhibit 92

# INTENTIONALLY LEFT BLANK

Case 2:21-cv-04920-WLH-ADS   Document 476-92   Filed 10/31/24   Page 2 of 2   Page ID #:14676