# Exhibit 93

FILED UNDER SEAL