# Exhibit 94

FILED UNDER SEAL