# Exhibit 95

## FILED UNDER SEAL