# Exhibit 96

FILED UNDER SEAL