# Exhibit 97

FILED UNDER SEAL