# Exhibit 99

## FILED UNDER SEAL