# Exhibit 100

FILED UNDER SEAL