# Exhibit 101

FILED UNDER SEAL

Case 2:21-cv-04920-WLH-ADS   Document 476-101   Filed 10/31/24   Page 1 of 1   Page ID #:14690