# Exhibit 102

FILED UNDER SEAL