# Exhibit 103

FILED UNDER SEAL