# Exhibit 104

FILED UNDER SEAL