# Exhibit 105

FILED UNDER SEAL