# Exhibit 106

FILED UNDER SEAL