# Exhibit 107

FILED UNDER SEAL