Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

　　　　　Plaintiff,

　　　v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign
entity; MINDGEEK USA
INCORPORATED, a Delaware
corporation; MG PREMIUM LTD, a
foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC,
INC., a foreign entity; BERND
BERGMAIR, a foreign individual;
FERAS ANTOON, a foreign
individual; DAVID TASSILLO, a
foreign individual; VISA INC., a
Delaware corporation; REDWOOD
CAPITAL MANAGEMENT, LLC, a
Delaware corporation; REDWOOD
MASTER FUND, LTD, a foreign

Case No. 2:21-cv-4920-WLH-ADS

JUDGE:  HON. WESLEY L. HSU

**NOTICE OF LODGING
MATERIALS IN SUPPORT OF
PLAINTIFF'S OMNIBUS
OPPOSITION TO
DEFENDANTS' MOTIONS TO
DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT**

Date:     JANUARY 31, 2025
Time:     1:30 PM
Courtroom:    9B

SAC FILED:  MAY 23, 2024

CASE NO. 21-CV-04920-CJC-ADS

entity; REDWOOD OPPORTUNITY
MASTER FUND, LTD, a foreign
entity; MANUEL 2018, LLC, a
Delaware corporation;
GINGOGERUM, LLC, a Delaware
corporation; WHITE-HATHAWAY
OPPORTUNITY FUND, LLC, a
Delaware corporation; COLBECK
CAPITAL MANAGEMENT, LLC, a
Delaware corporation, CB MEDIA
VENTURES LLC, a Delaware
corporation; CB AGENCY SERVICES,
LLC, a Delaware corporation; and CB
PARTICIPATIONS SPV, LLC, a
Delaware corporation,

            Defendants.

CASE NO. 21-CV-04920-CJC-ADS

NOTICE OF LODGING MATERIALS IN SUPPORT OF PLAINTIFF OMNIBUS OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff Serena Fleites has lodged with the Court its Materials in Support of its Omnibus Opposition to Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint on this date, October 30, 2024, via file-share link.

| Exhibit | Bates/ECF No. | Document |
|---|---|---|
| 13 | MindGeek_Fleites_00097925 | Excel Sheets for MG Premium Ltd, "List of suppliers with expenses of $500,000 and more expensed in Website operating expenses and Other operating expenses and all payments made to these suppliers during the same year, and list of all companies under management deals (expenses going to Website operating expenses) and all payments made to these companies |
| 14 | MindGeek_Fleites_00097926 | Excel Sheets for MG Freesites Ltd, "List of suppliers with expenses of $500,000 and more expensed in Website operating expenses and Other operating expenses and all payments made to these suppliers during the same year |
| 16 | MindGeek_Fleites_00098687 | MG Freesites Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses and other operating expenses and all payments made to these suppliers during the year of 2020 |
| 17 | MindGeek_Fleites_00098688 | MG Premium Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses and other operating expenses and all payments made to these suppliers during the same year, and list of all companies under management deals (expenses going to Website operating expenses) and all payments made to these companies; |
| 20 | Bergmair_Fleites_00000099 | Spreadsheet titled "Guidelines" |
| 20 | Bergmair_Fleites_00000100 | 2 Spreadsheets containing keywords in relation to CSAM, etc. |
| 20 | Bergmair_Fleites_00000150 | Spreadsheet titled "Black Channels," "Grey Channels" |
| 20 | Bergmair_Fleites_00000154 | Spreadsheet titled "Black Channels" |
| 20 | Bergmair_Fleites_00000156 | Spreadsheet titled "Grey Channels" |
| 20 | Bergmair_Fleites_00000158 | Spreadsheet titled "Black Channels" |
| 20 | Bergmair_Fleites_00000160 | Spreadsheet titled :Grey Channels" |
| 20 | Bergmair_Fleites_00000162 | Excel Sheets containing keywords |

NOTICE OF LODGING MATERIALS IN SUPPORT OF PLAINTIFF OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

| Exhibit | Bates/ECF No. | Document |
|---|---|---|
| 36 | Bergmair_Fleites_00001422 | Emails exchanged between MindGeek employees with the subject line "May 2020 Budget" |
| 67 | MindGeek_Fleites_00001578 | 2014 MindGeek Group Financial Reporting Package |
| 68 | MindGeek_Fleites_00001579 | 2015 MindGeek Group Financial Reporting Package |
| 69 | MindGeek_Fleites_00001580 | 2016 MindGeek Group Financial Reporting Package |
| 70 | MindGeek_Fleites_00001581 | 2017 MindGeek Group Financial Reporting Package |
| 71 | MindGeek_Fleites_00001582 | 2018 MindGeek Group Financial Reporting Package |
| 72 | MindGeek_Fleites_00001583 | 2019 MindGeek Group Financial Reporting Package |
| 73 | MindGeek_Fleites_00001584 | 2020 MindGeek Group Financial Reporting Package |
| 74 | MindGeek_Fleites_00001585 | 2021 MindGeek Group Financial Reporting Package |
| 79 | Bergmair_Fleites_00002318 | Excel sheet with a Tab named "PAYOUTS" |
| 94 | Bergmair_Fleites_00002458 | Excel Sheet with a Tab named "Shareholder dis from 2014" |
| 96 | Bergmair_Fleites_00002460 | Excel Sheet with Tabs named "Shareholder dis from 2014", "BB 2019 distributions", and "BB 2020 distributions" |
| 100 | MindGeek_Fleites_00066311 | Excel Sheet titled, "LIPI Expenses Allocation" |
| 101 | MindGeek_Fleites_00067772 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 102 | MindGeek_Fleites_00067773 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 103 | MindGeek_Fleites_00067774 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 104 | MindGeek_Fleites_00067775 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 105 | MindGeek_Fleites_00067776 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 106 | MindGeek_Fleites_00067777 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |

Dated: October 30, 2024                    Respectfully submitted,

2

PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL
MATERIALS RELATED TO OMNIBUS OPPOSITION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Michael J. Bowe*
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:     212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

**Counsel for Plaintiff**

3