| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Phone: 212.209.4800<br>Fax:   212.209.4801 | David M. Stein (State Bar # 198256)<br>dstein@olsonstein.com<br>**OLSON STEIN LLP**<br>240 Nice Lane # 301<br>Newport Beach, CA 92663<br>Phone: 949.887.4600 |

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>      v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY | Case No. 2:21-cv-4920-WLH-ADS<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. Wesley L. Hsu |

| | |
|---|---|
| 1 | MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 and not a party to the above-titled action. My business address is 7 Times Square, New York, NY 10036.

On October 31, 2024, I served a true and correct copy of the following documents on all persons appearing on the attached Service List by email with a file-transfer link to download the documents:

1. [480] Declaration of Lauren Tabaksblat ISO Plaintiff's Application for Leave to File Under Seal Materials Related to Omnibus Opposition
2. [480-1] Unredacted Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss
3. [480-2] Unredacted Declaration of Michael J. Bowe ISO Plaintiff's Omnibus Opposition
4. [480-3] Unredacted Exhibit 1
5. [480-4] Unredacted Exhibit 3
6. [480-5] Unredacted Exhibit 4
7. [480-6] Unredacted Exhibit 5
8. [480-7] Unredacted Exhibit 6
9. [480-8] Unredacted Exhibit 7
10. [480-9] Unredacted Exhibit 8
11. [480-10] Unredacted Exhibit 9
12. [480-11] Unredacted Exhibit 10
13. [480-12] Unredacted Exhibit 11
14. [480-13] Unredacted Exhibit 12
15. [480-14] Unredacted Exhibit 13
16. [480-15] Unredacted Exhibit 14
17. [480-16] Unredacted Exhibit 15
18. [480-17] Unredacted Exhibit 16
19. [480-18] Unredacted Exhibit 17

20. [480-19] Unredacted Exhibit 18
21. [480-20] Unredacted Exhibit 19
22. [480-21] Unredacted Exhibit 20
23. [480-22] Unredacted Exhibit 21
24. [480-23] Unredacted Exhibit 22
25. [480-24] Unredacted Exhibit 23
26. [480-25] Unredacted Exhibit 24
27. [480-26] Unredacted Exhibit 25
28. [480-27] Unredacted Exhibit 26
29. [480-28] Unredacted Exhibit 27
30. [480-29] Unredacted Exhibit 28
31. [480-30] Unredacted Exhibit 29
32. [480-31] Unredacted Exhibit 30
33. [480-32] Unredacted Exhibit 31
34. [480-33] Unredacted Exhibit 32
35. [480-34] Unredacted Exhibit 33
36. [480-35] Unredacted Exhibit 34
37. [480-36] Unredacted Exhibit 35
38. [480-37] Unredacted Exhibit 36
39. [480-38] Unredacted Exhibit 37
40. [480-39] Unredacted Exhibit 38
41. [480-40] Unredacted Exhibit 39
42. [480-41] Unredacted Exhibit 40
43. [480-42] Unredacted Exhibit 42
44. [480-43] Unredacted Exhibit 43
45. [480-44] Unredacted Exhibit 44
46. [480-45] Unredacted Exhibit 45
47. [480-46] Unredacted Exhibit 46
48. [480-47] Unredacted Exhibit 48
49. [480-48] Unredacted Exhibit 49

PROOF OF SERVICE

50. [480-49] Unredacted Exhibit 51
51. [480-50] Unredacted Exhibit 52
52. [480-51] Unredacted Exhibit 53
53. [480-52] Unredacted Exhibit 54
54. [480-53] Unredacted Exhibit 55
55. [480-54] Unredacted Exhibit 56
56. [480-55] Unredacted Exhibit 57
57. [480-56] Unredacted Exhibit 58
58. [480-57] Unredacted Exhibit 59
59. [480-58] Unredacted Exhibit 60
60. [480-59] Unredacted Exhibit 61
61. [480-60] Unredacted Exhibit 62
62. [480-61] Unredacted Exhibit 63
63. [480-62] Unredacted Exhibit 64
64. [480-63] Unredacted Exhibit 65
65. [480-64] Unredacted Exhibit 67
66. [480-65] Unredacted Exhibit 68
67. [480-66] Unredacted Exhibit 69
68. [480-67] Unredacted Exhibit 70
69. [480-68] Unredacted Exhibit 71
70. [480-69] Unredacted Exhibit 72
71. [480-70] Unredacted Exhibit 73
72. [480-71] Unredacted Exhibit 74
73. [480-72] Unredacted Exhibit 75
74. [480-73] Unredacted Exhibit 76
75. [480-74] Unredacted Exhibit 77
76. [480-75] Unredacted Exhibit 83
77. [480-76] Unredacted Exhibit 84
78. [480-77] Unredacted Exhibit 85
79. [480-78] Unredacted Exhibit 86

PROOF OF SERVICE

80. [480-79] Unredacted Exhibit 87
81. [480-80] Unredacted Exhibit 88
82. [480-81] Unredacted Exhibit 91
83. [480-82] Unredacted Exhibit 93
84. [480-83] Unredacted Exhibit 94
85. [480-84] Unredacted Exhibit 95
86. [480-85] Unredacted Exhibit 96
87. [480-86] Unredacted Exhibit 97
88. [480-87] Unredacted Exhibit 99
89. [480-88] Unredacted Exhibit 100
90. [480-89] Unredacted Exhibit 101
91. [480-90] Unredacted Exhibit 102
92. [480-91] Unredacted Exhibit 103
93. [480-92] Unredacted Exhibit 104
94. [480-93] Unredacted Exhibit 105
95. [480-94] Unredacted Exhibit 106
96. [480-95] Unredacted Exhibit 107

Executed on October 31, 3024 in New York, New York.

/s/ Karina Ureña
Karina Ureña

**SERVICE LIST**

| Parties | Attorneys |
|---|---|
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc.<br>9219-1568 Quebec Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com<br>Kerime S. Akoglu: KSAkoglu@mintz.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl: jamespearl@paulhastings.com<br>Adam M. Reich: adamreich@paulhastings.com<br>Emma Lanzon: emmalanzon@paulhastings.com<br>Kiaura Clark: kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |