Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendants MindGeek
S.à r.l., MG Freesites Ltd, MG Premium
Ltd, MindGeek USA Incorporated, MG
Global Entertainment Inc., and 9219-1568
Quebec Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                   Plaintiff,<br><br>        v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>                   Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER [DKT 479]**<br><br>Dept:  9B<br>Judge:  Hon. Wesley L. Hsu<br>Complaint Filed:  June 17, 2021 |

1

## DECLARATION OF ESTEBAN MORALES FABILA

2

I, Esteban Morales Fabila, declare:

3      1.     I am a member of the Bar of the State of California admitted to appear

4   before this Court, and a member of the law firm of Mintz, Levin, Cohn, Ferris,

5   Glovsky and Popeo, P.C., counsel for Defendants MindGeek S.à r.l., MG Freesites

6   Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc.,

7   and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants").

8      2.     I make this declaration in support of Plaintiff Serena Fleites' ("Plaintiff")

9   Local Civil Rule 79-5.2.2 Application for Leave to File Under Seal Material

10   Designated as Confidential Pursuant to a Protective Order, Dkt. 479. Plaintiff seeks

11   to seal materials designated as "Confidential" or "Highly Confidential" by the

12   MindGeek Defendants and/or another party under the Stipulated Protective Order

13   entered by the Court on October 14, 2022 ("Protective Order"), Dkt. 187, filed in

14   support of her omnibus opposition to Defendants' motions to dismiss, Dkt. 477. *See*

15   Dkt. 479.

16      3.     This information constitutes the MindGeek Defendants' non-public,

17   proprietary information and trade secrets, including: (1) paragraphs 11-13  of the

18   Expert Declaration in Support of Plaintiff's Omnibus Opposition, which refers to

19   confidential corporate structure and tax information contained in portions of the

20   Second Amended Complaint ("SAC") subject to Plaintiff's pending Application to

21   File Under Seal Material Designated by Another Party as Confidential Pursuant to a

22   Protective Order, Dkt. 386; (2) confidential information relating to the operations of

23   the MindGeek entities, including sensitive employment information, allocation of

24   operating expenses, partner and supplier information, corporate/ownership structure,

25   strategic plans and investment strategies; (3) confidential intellectual property

26   licensing information; (4) confidential information relating to the payments of

27   dividends and compensation by the MindGeek entities, economic rights of

28

shareholders, the agreed-upon governance of the MindGeek entities and a share purchase agreement; (5) confidential business strategy regarding relationships with vendors that, if disclosed, could harm the MindGeek Defendants' competitive standing, communications regarding internal business practices related to human moderation of content uploaded on the MindGeek websites, which should not be made public in the interest of public safety, to ensure the efficacy of the moderation policies to block content in violation of the Pornhub Terms of Service; (6) confidential details of, and actions taken related to, a loan agreement between certain MindGeek Defendants and third-party lenders; (7) confidential and sensitive audited financial statements, financial reporting packages and financial information of certain MindGeek Defendants and executives; (8) confidential terms of service agreements, hosting agreements, server cost sharing agreements and termination agreements; (9) confidential corporate structuring memorandums, a management presentation, a financial transfer-pricing study prepared by Raymond Chabot Grant Thornton LLP and its affiliates for tax planning purposes, and other tax planning advice; and (10) Sensitive PII about employees and non-parties, such as names and titles.

     4.     Specifically, Plaintiff requests that the following materials be filed under seal:

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| | --- | Redacted text in Plaintiff's Omnibus Opposition which references the designated materials |
| | --- | Redacted text in Declaration of Michael J. Bowe ("Bowe Decl.") which references the designated materials |
| 1 | --- | June 1, 2023 Andreou Deposition Transcript (excerpted) |

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:21-cv-04920-WLH-ADS

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 3 | --- | June 14, 2023 Antoon Deposition Transcript (excerpted) |
| 4 | --- | June 15, 2023 Bergmair Deposition Transcript (excerpted) |
| 5 | --- | June 16, 2023 Tassillo Deposition Transcript (excerpted) |
| 6 | Bergmair_Fleites_00002186 | October 15, 2013 Manwin Holding S.a.r.l., Project No Name, Step Memorandum |
| 7[1] | MindGeek_Fleites_00000376 | 2018 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000413 | 2019 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000456 | 2014 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000491 | 2015 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000527 | 2017 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000564 | 2016 Report and Financial Statements for MG Freesites Ltd |
| 8 | MGGT000008 | July 1, 2014 Alchemy Capital Planning LLC, Memorandum |
| 9 | --- | Expert Declaration in Support of Plaintiff's Omnibus Opposition |
| 10 | MindGeek_Fleites_00008490 | April 2017 Confidential Information Memorandum - MindGeek S.a.r.l. |
| 11 | MindGeek_Fleites_00008508 | July 2015 Confidential Information Memorandum - MindGeek S.a.r.l. |
| 12 | Tassillo_Fleites_00000914 | March 16, 2023 Share Pledge Agreement |
| 13 | MindGeek_Fleites_00097925 | Excel spreadsheet for MG Premium Ltd.'s list of suppliers with expenses of $500,000 |

[1] The Declaration of Lauren Tabaksblat erroneously lists this document as Exhibit 8.

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| | | and more expensed in Website operating expenses |
| 14 | MindGeek_Fleites_00097926 | Excel spreadsheet for MG Freesites Ltd.'s List of suppliers with expenses of $500,000 and more expensed in Website operating expenses |
| 15 | MindGeek_Fleites_00008664 | May 2014 Confidential Information Memorandum - MindGeek S.a.r.l. |
| 16 | MindGeek_Fleites_00098687 | MG Freesites Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses |
| 17 | MindGeek_Fleites_00098688 | MG Premium Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses |
| 18 | --- | September 22, 2022 Defendant Feras Antoon's Responses and Objections to Plaintiff's First Set of Interrogatories |
| 19 | --- | September 22, 2022 Defendant Bernd Bergmair's Objections and Responses to Plaintiff's First Set of Interrogatories |
| 19 | --- | June 14, 2023 Defendant Bernd Bergmair's Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories |
| 19 | --- | June 15, 2023 Defendant Bernd Bergmair's Responses and Objections to Plaintiff's Second Set of Interrogatories |
| 20 | Bergmair_Fleites_00000001 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000003 | Letter from Visa and National Center on Sexual Exploitation |
| 20 | Bergmair_Fleites_00000009 | Internal MindGeek Notes; "The news media" |
| 20 | Bergmair_Fleites_00000011 | Draft Letter from MindGeek addressing concerns raised by VISA |
| 20 | Bergmair_Fleites_00000024 | Emails between MindGeek Employees and Patreus |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000025 | Letter from MindGeek addressing concerns raised by VISA to CardWorks Acquiring |
| 20 | Bergmair_Fleites_00000038 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000041 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000042 | Letter from MindGeek to Mastercard |
| 20 | Bergmair_Fleites_00000080 | Letter from MG Billing US Corp to partners addressing allegations |
| 20 | Bergmair_Fleites_00000084 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000085 | Letter from MindGeek addressing allegations |
| 20 | Bergmair_Fleites_00000087 | Feras Antoon contact information |
| 20 | Bergmair_Fleites_00000088 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000089 | Letter from MindGeek addressing allegations |
| 20 | Bergmair_Fleites_00000091 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000093 | Letter from MindGeek addressing allegations |
| 20 | Bergmair_Fleites_00000095 | Emails between MindGeek Employees, Patreus and Mitchell Silberberg & Knupp LLP |
| 20 | Bergmair_Fleites_00000097 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000099 | Spreadsheet titled "Guidelines" |
| 20 | Bergmair_Fleites_00000100 | 2 Spreadsheets containing keywords in relation to CSAM, etc. |
| 20 | Bergmair_Fleites_00000101 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000103 | Emails between MindGeek Employees |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000106 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000107 | Draft Letter from MindGeek addressing concerns raised by VISA |
| 20 | Bergmair_Fleites_00000124 | Feras Antoon contact information |
| 20 | Bergmair_Fleites_00000125 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000128 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000130 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000132 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000134 | Teams Meeting Invite between MindGeek Employees |
| 20 | Bergmair_Fleites_00000135 | Letter from MindGeek addressing concerns raised by VISA to CardWorks Acquiring |
| 20 | Bergmair_Fleites_00000139 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000141 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000142 | "Partnerships and government contacts - Summary" |
| 20 | Bergmair_Fleites_00000144 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000147 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000150 | Spreadsheet titled "Black Channels," "Grey Channels" |
| 20 | Bergmair_Fleites_00000152 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000154 | Spreadsheet titled "Black Channels" |
| 20 | Bergmair_Fleites_00000156 | Spreadsheet titled "Grey Channels" |
| 20 | Bergmair_Fleites_00000158 | Spreadsheet titled "Black Channels" |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000160 | Spreadsheet titled :Grey Channels" |
| 20 | Bergmair_Fleites_00000162 | Excel Sheets containing keywords |
| 20 | Bergmair_Fleites_00000164 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000165 | June 30, 2020 letter from MindGeek to Merrick Bank addressing allegations |
| 20 | Bergmair_Fleites_00000177 | Feras Antoon contact information |
| 21 | Bergmair_Fleites_00000982 | Emails exchanged between MindGeek employees with the subject lines "week 2 transition milestones" and "PEI week 2 transition milestones" |
| 22 | Bergmair_Fleites_00000984 | Emails exchanged between MindGeek employees with the subject line "Revised CIM and Refi Term sheet for Blake's" |
| 23 | Bergmair_Fleites_00001068 | Emails exchanged between MindGeek employees with the subject line "2018 Strategy session-Day 3 Summary_V3" |
| 24 | Bergmair_Fleites_00001069 | MindGeek 2018 - Strategy Brainstorming, Summary and Action Items |
| 25 | Bergmair_Fleites_00001088 | Emails exchanged between MindGeek employees and Frank Di Rocco |
| 26 | Bergmair_Fleites_00001098 | MindGeek S.a.r.l., Corporate Overview |
| 27 | Bergmair_Fleites_00001133 | Emailed meeting invitation between MindGeek employees with the subject line "Meeting (Bernard, Feras, David, Eddy)" |
| 28 | Bergmair_Fleites_00001134 | Emailed meeting invitation exchanged between MindGeek employees with the subject line "Spago Beverly Hills" |
| 29 | Bergmair_Fleites_00001220 | Emails exchanged between MindGeek employees with the subject line "kink acquisition" |
| 30 | Bergmair_Fleites_00001235 | Emails exchanged between MindGeek employees and Google with the subject line "Google Response to MindGeek RFP for GCP" |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 31 | Bergmair_Fleites_00001263 | Emails exchanged between MindGeek employees with the subject line "Online Harms White Paper" |
| 32 | Bergmair_Fleites_00001346 | Emailed meeting invitation exchanged between MindGeek employees with the subject line "Invitation: HOLD Meeting \| MindGeek - Bernard Bergmair, Chairman of t... @ Fri May 17, 2019 11 am - 11:45 am (PDT) (bernard@patreus.com)" |
| 33 | Bergmair_Fleites_00001357 | Emails exchanged between MindGeek employees with the subject line "Bank pack" |
| 34 | Bergmair_Fleites_00001380 | August 2019 MindGeek S.a.r.l. Management Presentation |
| 35 | Bergmair_Fleites_00001419 | April 2020 Emails exchanged between MindGeek employees with the subject line "Project OTHER" |
| 36 | Bergmair_Fleites_00001422 | Emails exchanged between MindGeek employees with the subject line "May 2020 Budget" |
| 37 | Bergmair_Fleites_00001504 | Emails exchanged between MindGeek employees with the subject line "Mastercard request" |
| 38 | Bergmair_Fleites_00001508 | Emails exchanged between MindGeek employees with the subject line "Project OTHER" |
| 39 | Bergmair_Fleites_00001528 | 2020 Emails exchanged between MindGeek employees with the subject lines "[External] Upcoming calls" and "FW: Legal Tubes Audit update" |
| 40 | Bergmair_Fleites_00002292 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 42 | Bergmair_Fleites_00002294 | Letter from RT Holding S.a.r.l. (represented by MindGeek S.a.r.l.) to Somerset Capital Limited concerning RT Holding S.a.r.l.'s dividends |
| 43 | Bergmair_Fleites_00002295 | Letter from RT Holding S.a.r.l. (represented by MindGeek S.a.r.l.) to Somerset Capital |

- 9 -

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:21-cv-04920-WLH-ADS

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| | | Limited; "RE: Licensing IP Interational S.a.r.l." |
| 44 | Bergmair_Fleites_00002296 | Letter from Somerset Capital Limited to RT Holding S.a.r.l. with the subject line "RE: payment directions" |
| 45 | Bergmair_Fleites_00002297 | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" |
| 46 | Bergmair_Fleites_00002298 | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" |
| 48 | Bergmair_Fleites_00002300 | Letter re payment directions |
| 49 | Bergmair_Fleites_00002301 | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" |
| 51 | Bergmair_Fleites_00002303 | Letter from Somerset Capital Limited to RT Holding S.a.r.l. with the subject line "RE: payment directions" |
| 52 | Bergmair_Fleites_00002304 | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" |
| 53 | Bergmair_Fleites_00002305 | Letter from Somerset Capital Limited to RT Holding S.a.r.l. with the subject line "RE: payment directions" |
| 54 | Bergmair_Fleites_00002306 | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" |
| 55 | Bergmair_Fleites_00002307 | Emails exchanged between MindGeek and Patreus with the subject line "pmt ltr" |
| 56 | Bergmair_Fleites_00002308 | Letter from Somerset Capital Limited to RT Holding S.a.r.l. with the subject line "RE: payment directions" |
| 57 | Bergmair_Fleites_00002309 | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" |
| 58 | Bergmair_Fleites_00002311 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 59 | Bergmair_Fleites_00002312 | Letter from Somerset Capital Limited to RT Holding S.a.r.l. with the subject line "RE: payment directions" |
| 60 | Bergmair_Fleites_00002313 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 61 | Bergmair_Fleites_00002314 | Letter from Somerset Capital Limited to RT Holding S.a.r.l. with the subject line "RE: payment directions" |
| 62 | Bergmair_Fleites_00002315 | Emails exchanged between MindGeek and Patreus with the subject line "payment" |
| 63 | Bergmair_Fleites_00002316 | Letter from RT Holding S.a.r.l. (represented by MindGeek S.a.r.l.) to Somerset Capital Limited; "RE: Licensing IP Interational S.a.r.l." |
| 64 | MindGeek_Fleites_00007123 | February 14, 2017 Services Agreement |
| 64 | MindGeek_Fleites_00007137 | Termination Agreement |
| 64 | MindGeek_Fleites_00007144 | February 14, 2017 Server Cost Sharing Agreement |
| 64 | MindGeek_Fleites_00007148 | Termination Agreement |
| 64 | MindGeek_Fleites_00007155 | January 1, 2016 Services Agreement |
| 64 | MindGeek_Fleites_00007164 | January 1, 2019 Services Agreement |
| 64 | MindGeek_Fleites_00007175 | November 1, 2020 Services Agreement |
| 64 | MindGeek_Fleites_00007183 | Server Cost Sharing Agreement |
| 64 | MindGeek_Fleites_00007186 | First Amendment to the Server Cost Sharing Agreement |
| 65 | MindGeek_Fleites_00012267 | IP License Agreement |
| 67 | MindGeek_Fleites_00001578 | 2014 MindGeek Group Financial Reporting Package |
| 68 | MindGeek_Fleites_00001579 | 2015 MindGeek Group Financial Reporting Package |

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:21-cv-04920-WLH-ADS

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 69 | MindGeek_Fleites_00001580 | 2016 MindGeek Group Financial Reporting Package |
| 70 | MindGeek_Fleites_00001581 | 2017 MindGeek Group Financial Reporting Package |
| 71 | MindGeek_Fleites_00001582 | 2018 MindGeek Group Financial Reporting Package |
| 72 | MindGeek_Fleites_00001583 | 2019 MindGeek Group Financial Reporting Package |
| 73 | MindGeek_Fleites_00001584 | 2020 MindGeek Group Financial Reporting Package |
| 74 | MindGeek_Fleites_00001585 | 2021 MindGeek Group Financial Reporting Package |
| 75 | MindGeek_Fleites_00000020 | Further Amended and Restated Executive Employment Agreement 2018 - 2024 for |
| 76 | MindGeek_Fleites_00000042 | Further Amended and Restated Executive Employment Agreement between 9219- |
| 77 | Bergmair_Fleites_00002008 | Emails exchanged between MindGeek and Polley Faith with the subject line "Inquiries |
| 83 | Bergmair_Fleites_00002328 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 84 | Bergmair_Fleites_00002329 | Letter from RT Holding S.a.r.l. to Somerset Capital Limited concerning RT Holding |
| 85 | Bergmair_Fleites_00002330 | Letter from RT Holding S.a.r.l. to Somerset Capital Limited with the subject line "RE: |
| 86 | Bergmair_Fleites_00002331 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 87 | Bergmair_Fleites_00002332 | Letter from RT Holding S.a.r.l. to Somerset Capital Limited with the subject line "RE: |
| 88 | Bergmair_Fleites_00002333 | Emails exchanged between MindGeek and Patreus with the subject line "dividends" |
| 91 | Bergmair_Fleites_00002449 | Emails exchanged between MindGeek and Patreus with the subject line "Summary of |
| 93 | Bergmair_Fleites_00002456 | Emails exchanged between MindGeek and Patreus with the subject line "Re: div |
| 94 | Bergmair_Fleites_00002458 | Excel Sheet with a Tab named "Shareholder dis from 2014" |
| 95 | Bergmair_Fleites_00002459 | Emails exchanged between MindGeek and Patreus with the subject line "2019 |
| 96 | Bergmair_Fleites_00002460 | Excel Sheet with Bergmair distributions |

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:21-cv-04920-WLH-ADS

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 97 | Bergmair_Fleites_00001429 | MindGeek S.a.r.l., Consolidated Financial Statements |
| 99 | MindGeek_Fleites_00030407 | March 1, 2010 Hosting Agreement |
| 100 | MindGeek_Fleites_00066311 | Excel titled, "LIPI Expenses Allocation" (2019) |
| 101 | MindGeek_Fleites_00067772 | Excel titled, "LIPI Expenses Allocation" (2014) |
| 102 | MindGeek_Fleites_00067773 | Excel titled, "LIPI Expenses Allocation" (2015) |
| 103 | MindGeek_Fleites_00067774 | Excel titled, "LIPI Expenses Allocation" (2016) |
| 104 | MindGeek_Fleites_00067775 | Excel titled, "LIPI Expenses Allocation" (2017) |
| 105 | MindGeek_Fleites_00067776 | Excel titled, "LIPI Expenses Allocation" (2018) |
| 106 | MindGeek_Fleites_00067777 | Excel titled, "LIPI Expenses Allocation" (2020) |
| 107 | MindGeek_Fleites_00001814 | October 18, 2013 Shareholders' Agreement |

## I.    <u>The Standard for Sealing Records</u>

5.    The federal common law right to access public records is "not absolute." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). In particular, "the common-law right of inspection has bowed before the power of a court to insure that its records are not used . . . as sources of business information that might harm a litigant's competitive standing." *Id.*

6.    The Ninth Circuit has adopted the Restatement's definition of trade secrets, which includes "any . . . compilation of information which is used in one's business, and which gives [one] an opportunity to obtain an advantage over [other] competitors who do not know or use [the information]." Restatement of Torts § 757, cmt. b; *see also In re Elec. Arts, Inc.*, 298 F. App'x 568 (9th Cir. 2008) (quoting Restatement of Torts § 757, cmt. b and ordering document reflecting such trade

secrets be filed under seal); *Velasco v. Chrysler* Grp. LLC, 2017 WL 445241, at *2 (C.D. Cal. Jan. 30, 2017) (district courts in the Ninth Circuit have sealed records containing information about proprietary business operations, and internal policies and strategies).

7. The standard for sealing documents and materials connected to dispositive motions, like Defendants' motions to dismiss, is the "'compelling reasons' standard." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003)); *Doe v. Walmart Inc.*, No. 18-CV-02125-LHK, 2019 WL 636362, at *2 (N.D. Cal. Feb. 11, 2019) (collecting cases applying the "compelling reasons" standard to exhibits to a motion to dismiss).

8. While there is a "strong presumption in favor of access to court records," the public's right of access "can be overridden given sufficiently compelling reasons for doing so." *Foltz*, 331 F.3d at 1135. Compelling reasons exist where "'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets.'" *Kamakana*, 447 F.3d at 1179; *see also Bold Lmtd. v. Rocket Resume, Inc.*, No. 22-CV-01045-BLF, 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business information, including non-public information about a company's business strategy, business transactions, corporate structure, and finances."); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding sealable "business information that might harm a litigant's competitive standing"); *Sentynl Therapeutics, Inc. v. U.S. Specialty Ins. Co.*, No. 19CV1667-LAB-AHG, 2021 WL 794271, at *3 (S.D. Cal. Mar. 1, 2021) (finding that "protect[ing] [employees] from potential harassment … forms a compelling reason warranting sealing of the non-parties' personal identifying information"); *Sheppard v. Mandalay Bay, LLC*, No. 218CV01120RFBVCF, 2018 WL 7500285, at *1 (D.

- 14 -

Nev. Nov. 28, 2018) (recognizing "security and safety concerns as compelling reasons to seal documents"); *In re BofI Holding, Inc. Sec. Litig.*, No. 315CV02324GPCKSC, 2021 WL 3700744, at *1 (S.D. Cal. Aug. 18, 2021) (granting application to seal identities of confidential witnesses who reportedly feared retaliation and potential harassment); *Music Grp. Macao Com. Offshore Ltd. v. Foote*, No. 14-CV-03078-JSC, 2015 WL 3993147, at *2 (N.D. Cal. June 30, 2015) (granting motion to seal unredacted excerpts of deposition transcripts to protect privacy of non-party former employees).

9.    Further, the public's interest is diminished where the documents are "not relevant to the Court's resolution of the [dispositive] motion." *Music Grp. Macao Com. Offshore Ltd.*, 2015 WL 3993147 at *8.

10.    Finally, courts customarily permit litigants to seal documents where redaction is impractical or impracticable. *Smith v. United States*, No. 1:22-CV-01032-SAB, 2022 WL 3578568, at *3 (E.D. Cal. Aug. 19, 2022) (sealing tax return documents in their entirety where "redacting the document would be impractical and not leave any meaningful information available to the public."); *N.R.S. by & through A.S. v. Twin Rivers Unified Sch. Dist.*, No. 223CV01282MCEJDP, 2023 WL 7339140, at *1 (E.D. Cal. Oct. 19, 2023) (sealing an administrative record that had confidential information "listed throughout making redaction impractical"); *Sullivan v. Prudential Ins. Co. of Am.*, No. 2:12-CV-01173-GEB, 2012 WL 3763904, at *1 (E.D. Cal. Aug. 29, 2012) (parties' representation that an administrative record was "replete" with PII and that "redacting such information would be too burdensome" was "sufficient to justify" sealing); *Oregonian Publ'g Co. v. U.S. Dist. Ct. for the Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990) (holding *if* redaction can eliminate the need for sealing, the documents require redaction rather than sealing). This Court's standing order, moreover, provides "[d]ocuments that are not confidential or privileged in their entirety should not be filed under seal if the confidential portions

- 15 -

can be redacted and filed separately with *a reasonable amount of effort*." Hon. Wesley L. Hsu Standing Order for Newly Assigned Civil Cases § 5(b) (emphasis added).

## II.    The Materials Identified in Plaintiff's Application Should Be Sealed in Their Entirety or Redacted Appropriately

11.    The materials designated "Confidential" or "Highly Confidential" by the MindGeek Defendants identified in Plaintiff's Application contain non-public information, proprietary information and trade secrets related to the operation of the MindGeek Defendants' businesses, including:

> a.  Paragraphs 11-13 of the Expert Declaration in Support of Plaintiff's Omnibus Opposition, which refers to confidential corporate structure and tax information contained in portions of the SAC subject to Plaintiff's pending Application to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order, Dkt. 386 (Bowe Decl., Ex. 9);
>
> b.  Confidential information relating to the operations of the MindGeek entities, including sensitive employment information, allocation of operating expenses, partner and supplier information, corporate/ownership structure, strategic plans and investment strategies (Bowe Decl., Exs. 3, 4, 5, 13, 14, 16, 17, 18, 19, 26, 29, 33, 35, 40, 75, 76, 100, 101, 102, 103, 104, 105, 106);
>
> c.  Confidential intellectual property licensing information (Bowe Decl., Exs. 4, 65);
>
> d.  Confidential information relating to the payments of dividends and compensation by the MindGeek entities, economic rights of shareholders, the agreed-upon governance of the MindGeek entities and a share purchase agreement (Bowe Decl., Exs. 3, 4, 12,

19, 42, 45, 46, 48, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 83, 84, 85, 86, 87, 88, 91, 93, 94, 95, 96, 107);

e. Confidential business strategy regarding relationships with vendors that, if disclosed, could harm the MindGeek Defendants' competitive standing, and communications regarding internal business practices related to human moderation of content uploaded on the MindGeek websites, which should not be made public in the interest of public safety, to ensure the efficacy of the moderation policies to block content in violation of the Pornhub Terms of Service (Bowe Decl., Exs. 3, 5, 19, 20, 21, 24, 27, 28, 30, 31, 32, 37, 38, 39, 77);

f. Confidential details of, and actions taken related to, a loan agreement between certain MindGeek entities and third-party lenders (Bowe Decl., Exs. 3, 4);

g. Confidential and sensitive audited financial statements, financial reporting packages and financial information of certain MindGeek entities and executives (Bowe Decl., Exs. 3, 4, 7, 10, 11, 15, 22, 36, 43, 44, 67, 68, 69, 70, 71, 72, 73, 74, 97);

h. Confidential terms of service agreements, hosting agreements, server cost sharing agreements and termination agreements (Bowe Decl., Exs. 64, 99);

i. Confidential corporate structuring memorandums, a management presentation, a financial transfer-pricing study prepared by Raymond Chabot Grant Thornton LLP and its affiliates for tax planning purposes, and other tax planning advice (Bowe Decl., Exs. 1, 3, 6, 8, 34); and

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:21-cv-04920-WLH-ADS

j. Sensitive PII about employees and non-parties, such as names and titles (Bowe Decl., Exs. 20, 21, 22, 23, 25, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 42, 45, 46, 49, 52, 54, 55, 57, 58, 60, 62, 77, 83, 86, 88, 91, 93, 95).

12. Additionally, the redacted text in the Omnibus Opposition and Declaration of Michael J. Bowe references the above listed confidential materials.

13. The materials designated "Confidential" or "Highly Confidential" by the MindGeek Defendants as identified in Plaintiff's Application implicate the MindGeek Defendants' sensitive and confidential internal business practices and financial information. Further, the 107 exhibits attached to the Declaration of Michael J. Bowe are voluminous and contain confidential information throughout, making redaction impractical. Thus, the MindGeek Defendants seek an order sealing and/or redacting this information from the public record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2024 in Los Angeles, California.

*/s/ Esteban Morales Fabila*
Esteban Morales Fabila

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL
Case No. 2:21-cv-04920-WLH-ADS