Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign | Case No. 2:21-cv-4920-WLH-ADS<br><br>**PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR LEAVE TO FILE UNDER SEAL ECF NO. 479-2**<br><br>Judge:  Hon. Wesley L. Hsu |

1  entity; REDWOOD OPPORTUNITY
2  MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a
3  Delaware corporation;
4  GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY
5  OPPORTUNITY FUND, LLC, a
6  Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a
7  Delaware corporation, CB MEDIA
8  VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES,
9  LLC, a Delaware corporation; and CB
10 PARTICIPATIONS SPV, LLC, a Delaware corporation,
11
             Defendants.
12

Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order entered by this Court on October 14, 2022 (ECF No. 187), Plaintiff Serena Fleites ("Plaintiff") hereby submits this Supplemental Application for Leave to File Under Seal ECF No. 479-2. That document, which is the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Materials Related to Omnibus Opposition, was inadvertently filed on the public docket and contains material previously designated by the MindGeek Defendants as "Confidential" or "Highly Confidential" under the Protective Order and which the MindGeek Defendants have indicated to Plaintiff should be filed under seal by email dated October 30, 2024. Plaintiff subsequently correctly filed this declaration under seal at ECF No. 480, however, the Court informed Plaintiff that she should also file a separate application to seal the copy of this declaration that was inadvertently filed on the public docket at ECF No. 479-2. A copy of the declaration sought to be placed under seal is attached to the sealed declaration in support of this Application.

By making this Application, Plaintiff does not agree that the designated material should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that all or part of those materials are sealable.

Plaintiff therefore respectfully requests that the Court enter the concurrently filed [Proposed] Order permitting Plaintiff to file under seal the Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Materials Related to Omnibus Opposition (ECF No. 479-2), which is attached to the sealed declaration in support of this Application.

Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

Dated: November 8, 2024				Respectfully submitted,


				*/s/ Lauren Tabaksblat*
				Michael J. Bowe (*pro hac vice*)
				mbowe@brownrudnick.com
				Lauren Tabaksblat (*pro hac vice*)
				ltabaksblat@brownrudnick.com
				**BROWN RUDNICK LLP**
				7 Times Square
				New York, NY 10036
				Phone: 212.209.4800
				Fax:     212.209.4801

				David M. Stein (State Bar #198256)
				dstein@olsonstein.com
				**OLSON STEIN LLP**
				240 Nice Lane #301
				Newport Beach, CA 92663
				Phone: 949.887.4600

				**Counsel for Plaintiff**