# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR LEAVE TO FILE UNDER SEAL ECF NO. 479-2**<br><br>Judge: Hon. Wesley L. Hsu |

On November 8, 2024, Plaintiff Serena Fleites filed a Supplemental Application for Leave to File Under Seal ECF No. 479-2 (the "Application") in this matter pursuant to Local Rule 79-5.2.2.

The Court, having considered the Application, hereby GRANTS the Application and ORDERS the following document SEALED:

| Document | Portions to Be Filed Under Seal |
|---|---|
| The Declaration of Lauren Tabaksblat in Support of Plaintiff's Application for Leave to File Under Seal Materials Related to Omnibus Opposition (ECF No. 479-2) | Entirety |

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU

UNITED STATES DISTRICT JUDGE

1