# DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Declaration of Lauren Tabaksblat

In Support of Plaintiff's Application For Leave to File Under Seal Materials Related to Omnibus Opposition