1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13 SERENA FLEITES,

14          Plaintiff,

15     vs.

16 MINDGEEK S.A.R.L. a foreign
entity; MG FREESITES, LTD., a
17 foreign entity; MINDGEEK USA
INCORPORATED, a Delaware
18 corporation; MG PREMIUM LTD, a
foreign entity; MG GLOBAL
19 ENTERTAINMENT INC., a
Delaware corporation; 9219-1568
20 QUEBEC, INC., a foreign entity;
BERND BERGMAIR, a foreign
21 individual; FERAS ANTOON, a
foreign individual; DAVID
22 TASSILLO, a foreign individual;
VISA INC., a Delaware  corporation;
23 REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
24 corporation; REDWOOD MASTER
FUND, LTD, a foreign entity;
25 REDWOOD OPPORTUNITY
MASTER FUND, LTD, a foreign
26 entity; MANUEL 2018, LLC, a
Delaware corporation;
27 GINGOGERUM, LLC, a Delaware
corporation; WHITE-HATHAWAY
28 OPPORTUNITY FUND, LLC, a

CASE NO. 2:21-cv-4920

**[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO
FILE UNDER SEAL REDWOOD
DEFENDANTS' REPLY IN
SUPPORT OF MOTION TO
DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT**

[PROPOSED] ORDER

1  Delaware corporation; COLBECK
   CAPITAL MANAGEMENT, LLC, a
2  Delaware corporation; CB MEDIA
   VENTURES LLC, a Delaware
3  corporation; CB AGENCY
   SERVICES, LLC, a Delaware
4  corporation; and CB
   PARTICIPATIONS SPV, LLC, a
5  Delaware corporation,

6          Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    On December 6, 2024, Defendants Redwood Capital Management, LLC,

2    Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018,

3    LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the

4    "Redwood Defendants") filed an Application for Leave to File Under Seal Redwood

5    Defendants' Reply in Support of Motion to Dismiss Plaintiff's Second Amended

6    Complaint (the "Application") in this matter pursuant to Local Rule 79-5.2.2.

7    The Court, having considered all papers filed in support of and in opposition

8    to Redwood Defendants' Application and all other pleadings and papers on file herein,

9    **IT IS HEREBY ORDERED** that Defendants' Application is **GRANTED**.

10

11    **IT IS ORDERED THAT**:

12

13    The unredacted version of the Redwood Defendants' Reply in Support of

14    Motion to Dismiss Plaintiff's Second Amended Complaint is to be filed under seal.

15

16

17    Dated:

18    HON. WESLEY L. HSU
      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER