WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
4000 MacArthur Boulevard,
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com

MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494
Email: jsack@maglaw.com

*Counsel for Specially Appearing Defendant David Tassillo*

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: mpovolny@cohengresser.com
Email: jchan@cohengresser.com

*Counsel for Specially Appearing Defendant Feras Antoon*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>                Plaintiff,<br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation, GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, A Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware Corporation; CB AGENCY SERVICES, LLC, A Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation<br><br>                Defendants. | Case No. 2:21-cv-4920<br><br>**LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER**<br><br>Hearing Date: January 31, 2024<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 17, 2021<br><br>Trial Date: None Set |

LOCAL CIVIL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE UNDER
SEAL MATERIAL DESIGNATED BY ANOTHER PARTY AS
CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER
CASE NO. 2:21-cv-4920

     Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order entered by this Court on October 14, 2022 (ECF No. 187), Specially Appearing Defendants Feras Antoon and David Tassillo ("Antoon and Tassillo") hereby submit this Application for Leave to File Under Seal Material Designated by Another Party as Confidential Pursuant to a Protective Order. In support of this Application, Antoon and Tassillo state as follows:

     1. Under the parties' Stipulated Protective Order, a party may designate material that it produces as "Confidential" or "Highly Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement.

     2. As relevant to this Application, on July 29, 2022, the Court ordered defendants in this action to submit to jurisdictional discovery. ECF No. 167. During jurisdictional discovery, Antoon, Tassillo and Bernd Bergmair (together, the "Individual Defendants") and MindGeek S.à r.l., MG Freesites Ltd., MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc. (together, the "MindGeek Entity Defendants") produced discovery, including responses to requests for the production of documents, interrogatory responses, deposition testimony, and/or requests for admission, and designated portions thereof "Confidential" or "Highly Confidential" under the Stipulated Protective Order.

     3. On May 23, 2024, Plaintiff filed her Second Amended Complaint ("SAC"), which included references to material designated either "Confidential" or "Highly Confidential" under the Stipulated Protective Order. Also on May 23, 2024, Plaintiff filed an application for leave to file this material under seal. ECF No. 386. On May 28 and 29, 2024, the MindGeek Entity Defendants and Bernd

1. Bergmair, respectively, submitted declarations in support of Plaintiff's application to file portions of the SAC under seal.  ECF Nos. 388, 389.

4. Pursuant to the governing briefing schedule, Antoon and Tassillo intend to file a Reply in Support of their Motion to Dismiss the SAC on December 6, 2024.

5. Local Rule 79-5.2.2 provides that where a Filing Party seeks to file a document containing information previously designated as confidential by another pursuant to a protective order, and the document cannot be suitably redacted by agreement, the Filing Party may file an Application for Leave to File Under Seal. The Rule further requires the Filing Party to confer with the Designating Party at least 3 days before seeking to file the document(s) under seal and, if sealing remains necessary, to serve a copy of the application and any supporting declaration on the Designating Party the same day the motion is filed, so that the Designating Party may, within four days, file a declaration that establishes why all or part of the designated material is sealable.

6. On December 5, 2024, Antoon and Tassillo notified Bergmair and the MindGeek Entity Defendants of their intention to use materials designated as "Confidential" or "Highly Confidential" in the Reply in Support of their Motion to Dismiss the SAC.  Bergmair and the MindGeek Entity Defendants elected to maintain their confidentiality designations under the Stipulated Protective Order.

7. Accordingly, under Local Rule 79-5.2.2, Antoon and Tassillo have redacted material from the publicly filed version of the Reply In Support of their Motion to Dismiss the SAC.

8. Antoon and Tassillo therefore respectfully request that the Court enter the concurrently filed [Proposed] Order permitting Antoon and Tassillo to file under seal portions of the Reply In Support of their Motion to Dismiss the SAC

that reference material designated "Confidential" or "Highly Confidential" under the Stipulated Protective Order by the other parties in this action.

9. Plaintiff, Bergmair, and the MindGeek Entity Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

DATED: December 6, 2024     Respectfully Submitted,

By:  /s/ Jonathan S. Sack

WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert (SBN 94607)

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)

*Attorneys for Specially Appearing Defendant David Tassillo*

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan

*Attorneys for Specially Appearing Defendant Feras Antoon*