| | |
|---|---|
| 1 | **PAUL HASTINGS LLP** |
| 2 | JAMES M. PEARL (SB# 198481)<br>jamespearl@paulhastings.com |
| 3 | KIAURA CLARK (SB# 336314)<br>kiauraclark@paulhastings.com |
| 4 | 1999 Avenue of The Stars, 27th Floor<br>Los Angeles, California 90067 |
| 5 | Telephone: 1(310) 620-5700<br>Facsimile: 1(310) 620-5899 |
| 6 | KRISTOPHER M. HANSEN (*pro hac vice*) |
| 7 | krishansen@paulhastings.com<br>200 Park Avenue |
| 8 | New York, New York 10166<br>Telephone: 1(212) 318-6000 |
|   | Facsimile: 1(212) 752-3310 |
| 9 | |
| 10 | *Attorneys for Defendants,*<br>*Redwood Capital Management, LLC, Redwood* |
| 11 | *Master Fund, Ltd, Redwood Opportunity*<br>*Master Fund, Ltd, Manuel 2018, LLC,* |
| 12 | *Ginogerum, LLC, and White-Hathaway*<br>*Opportunity Fund, LLC.* |
| 13 | *Additional Counsel for Defendants listed on next page.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; | CASE NO. 2:21-cv-4920<br><br>**PROOF OF SERVICE**<br><br>Place: Courtroom 9B<br>Judge: Hon. Wesley L. Hsu<br><br>SAC filed: May 24, 2024 |

| | |
|---|---|
| 1 | REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

|   |   |
|---|---|
| 1 | ADAM M. REICH (SB# 274235) |
|   | adamreich@paulhastings.com |
| 2 | EMMA LANZON (*pro hac vice*) |
|   | emmalanzon@paulhastings.com |
| 3 | 71 South Wacker Drive, 45th Floor |
|   | Chicago, Illinois 60606 |
| 4 | Telephone: 1(312) 499-6000 |
|   | Facsimile: 1(312) 499-6100 |
| 5 |   |
|   | *Attorneys for Defendants,* |
| 6 | *Redwood Capital Management, LLC,* |
|   | *Redwood Master Fund, Ltd,* |
| 7 | *Redwood Opportunity Master Fund, Ltd,* |
|   | *Manuel 2018, LLC, Ginogerum, LLC,* |
| 8 | *and White-Hathaway Opportunity Fund, LLC* |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed by Paul Hastings LLP in Los Angeles, California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 9071.

On December 6, 2024, I served the foregoing document(s) described as:

**DECLARATION OF ADAM M. REICH IN SUPPORT OF REDWOOD DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL REDWOOD DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

**REDWOOD DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

on the interested parties by personally emailing the aforementioned document(s) in PDF format to all persons appearing on the attached Service List at the corresponding email addresses set forth therein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 6, 2024.

By: _/s/ Irma Gamino_
Irma Gamino

**SERVICE LIST**

| Parties | Attorneys |
|---|---|
| Serena Fleites | Michael J. Bowe: mbowe@brownrudnick.com<br>Lauren Tabaksblat: ltabaksblat@brownrudnick.com<br>Micaela J. Piña: mpina@brownrudnick.com<br>David M. Stein: dstein@olsonstein.com<br>John G. Doyle: jdoyle@brownrudnick.com<br>Meghan McCafferty: mmccafferty@brownrudnick.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander F.R. Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc.<br>9219-1568 Quebec Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com |