DAN MARMALEFSKY
(CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

RONALD G. WHITE
(admitted pro hac vice)
RWhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
Telephone: 212-335-2387
Facsimile: 212-335-204

Attorneys for Defendant Bernd Bergmair

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br>vs.<br>MINDGEEK S.A.R.L., et al.,<br><br>        Defendants. | Case No.: 2:21-cv-4920-WLH-ADS<br><br>**DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]**<br><br>Date: January 31, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 17, 2021<br>Trial Date:  None Set |

I, Ronald G. White, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner with the law firm Walden Macht Haran & Williams LLP. I have been granted permission by this court to appear *pro hac vice* as counsel for Defendant Bernd Bergmair in the above-captioned case. I am over the age of 18. I make this declaration in support of Defendant Bernd Bergmair's Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit Q is a true and correct copy of excerpts of the transcript of the deposition of Feras Antoon, dated June 14, 2023.

3. Attached hereto as Exhibit R is a true and correct copy of excerpts of the transcript of the deposition of David Tassillo, dated June 16, 2023.

4. Attached hereto as Exhibit S is a true and correct copy of excerpts of the transcript of the deposition of Andreas Andreou, dated June 2, 2023.

5. Attached hereto as Exhibit T is a true and correct copy of a spreadsheet produced by the MindGeek Entity Defendants during jurisdictional discovery (MindGeek_Fleites_00066303), showing payments made in 2020 (page 1), 2019 (page 2), 2018 (page 3), 2017 (page 4), 2016 (page 5), 2015 (page 6), and 2014 (page 7).

6. Attached hereto as Exhibit U is a true and correct copy of an August 5, 2020 email from Philippe Poire Cote to Bernard Bergmair (produced by Bergmair in jurisdictional discovery as Bergmair_Fleites_00002449) and an attachment to the email (produced by Bergmair in jurisdictional discovery as Bergmair_Fleites_00002450).

7. Attached hereto as Exhibit V is a true and correct copy of excerpts of the transcript of the deposition of Bernd Bergmair, dated June 15, 2023.

8. Exhibits Q-V are filed under seal. An application to file these exhibits under seal is being filed contemporaneously in accordance with Local Rule 79-5.2.2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 6, 2024

                                            */s/ Ronald G. White*
                                            Ronald G. White

DECLARATION OF RONALD G. WHITE IN SUPPORT OF DEFENDANT BERND BERGMAIR'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]