# EXHIBIT T
# FILED UNDER SEAL