Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L, et al.,<br><br>   Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF REPLY IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 17, 2021<br><br>Trial Date: None Set |

1

DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF REPLY IN SUPPORT OF MINDGEEK DEFENDANTS' MOTION TO DISMISS - Case No. 2:21-cv-04920-WLH-ADS

I, Peter A. Biagetti, hereby declare as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts admitted pro hac vice to appear before this Court (Dkt. 427), and a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants").

2. I make this declaration in support of the Reply in Support of the MindGeek Defendants' Motion to Dismiss (the "Reply").

3. A true and correct copy of the Further Amended and Restated Executive Employment Agreement 2018-2024 entered into on or about March 22, 2018 by and between 9219-1568 Quebec Inc. and Feras Antoon, produced in this action and bearing the Bates Label MindGeek_Fleites_00000020-36, is attached hereto as **Exhibit 1**.

4. A true and correct copy of the Further Amended and Restated Executive Employment Agreement entered into on or about October 18, 2013 by and between 9219-1568 Quebec Inc. and David Tassillo, produced in this action and bearing the Bates Label MindGeek_Fleites_00000042-59, is attached hereto as **Exhibit 2**.

5. A true and correct copy of the Share Purchase Agreement amended on or about March 15, 2023 by and between Acaju Investments S.A. and ECP Three Limited, produced in this action and bearing the Bates Label Bergmair_Fleites_00002577-2645, is attached hereto as **Exhibit 3**.

6. A true and correct copy of the Share Purchase Agreement entered into on or about January 30, 2023 by and between FDCO Holding Inc. and ECP One Limited, produced in this action and bearing the Bates Label Tassillo_Fleites_00000851-913, is attached hereto as **Exhibit 4**.

7. A true and correct copy of an Excel spreadsheet titled " ███████

2

DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF REPLY IN SUPPORT OF MINDGEEK DEFENDANTS' MOTION TO DISMISS - Case No. 2:21-cv-04920-WLH-ADS

1  ██████████████████████████████████████████████████████
2  ███████████████████" for Years 2013-2020, produced in this action and bearing the
3  Bates Label MindGeek_Fleites_00098687, is attached hereto as **Exhibit 5**.

4      8.    A true and correct copy of an Excel spreadsheet titled "████████
5  ██████████████████████████████████████████████████████
6  ██████████████████████████████████████████████████████
7  ██████████████████████████████████████████████████████
8  ███████████████████████████████████████████████" for
9  Years 2013-2020, produced in this action and bearing the Bates Label
10 MindGeek_Fleites_00098688, is attached hereto as **Exhibit 6**.

11     9.    A true and correct copy of Chambers Global Practice Guides,
12 "Acquisition Finance 2023", authored by Nicholas A. Dorsey, Ryan J. Patrone, Kelly
13 M. Smercina and Margaret R. M. Rallings, Cravath, Swaine & Moore LLP is attached
14 hereto as **Exhibit 7**.

15     I declare under penalty of perjury that the foregoing is true and correct.
16     Executed on December 6, 2024 at Boston, Massachusetts.

17
18                                 */s/ Peter A. Biagetti*
                                Peter A. Biagetti

DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF REPLY IN SUPPORT OF MINDGEEK DEFENDANTS' MOTION TO DISMISS - Case No. 2:21-cv-04920-WLH-ADS