UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>                Defendant. | Case No.: 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER** |

      On December 6, 2024, Defendant Bernd Bergmair filed Defendant Bernd Bergmair's Application for Leave to File Under Seal Material Designated as Confidential Pursuant to a Protective Order (the "Application").

      The Application seeks leave to file under seal portions of the contemporaneously-filed Defendant Bernd Bergmair's Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint ("Bergmair's Reply in Support of Motion to Dismiss") and the Declaration from Ronald G. White in support of that reply ("White Reply Declaration"), which contain and/or attach materials designated as Confidential or Highly Confidential by Bergmair and other parties pursuant to the Protective Order in this case (ECF No. 187), or which reference portions of materials that were previously filed under seal, including: the Second Amended Complaint (ECF No. 385, the "SAC"); Defendant

Bernd Bergmair's Motion to Dismiss the Second Amended Complaint (ECF No. 433, "Bergmair Motion to Dismiss"); Exhibits to the Declaration from Ronald G. White in support of that motion (ECF No. 433-2, "White Declaration"); the Declaration of Andreas Andreou, submitted in support of the MindGeek Entity Defendants' Motion to Dismiss (ECF No. 440-2, "Andreou Declaration"); Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss the Second Amended Complaint (ECF No. 477, "Plaintiff's Opposition"); and Exhibits to the Declaration of Michael J. Bowe in support of Plaintiff's Opposition (ECF No. 476, "Bowe Declaration," and together with the SAC, Bergmair Motion to Dismiss, White Declaration, Andreou Declaration, Plaintiff's Opposition, and Bowe Declaration, the "Materials Previously Filed Under Seal").

The Court, having considered the Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. White Reply Declaration Exhibits Q-V are filed under seal as requested.

2. Portions of Bergmair's Reply in Support of Motion to Dismiss which refer to the contents of those exhibits or the Materials Previously Filed Under Seal are to be filed under seal.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE