David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8357
Facsimile: (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS** |

Pursuant to Local Civil Rule 79-5.2.2(a) and the Stipulated Protective Order dated October 14, 2022 (ECF No. 187), Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") hereby apply for leave to file under seal the following document:

- Redacted text in the CB Defendants' Reply in Support of Their Motion to Dismiss ("Reply").

This Application is based on this Application; the Declaration of Kevin C. Adam in Support of the Application; the proposed order granting the Application; and the unredacted version of the document proposed to be filed under seal.

- The *Reply*'s limited redacted text comprises confidential content from Exhibits A-B to the Motion to Dismiss.

As explained in the Adam Declaration in Support of the Application, good cause and compelling reasons exist to seal the redacted text, which comprises confidential content from documents designated Confidential and Highly Confidential under the Stipulated Protective Order. The nature and confidentiality of the redacted text outweigh the public's interest in access to them.

Pursuant to the Court's Standing Order (ECF No. 393 at 8) and Local Civil Rule 79-5.2.2, counsel for the CB Defendants previously conferred with counsel for Plaintiff, the MindGeek Entity Defendants, and Bernd Bergmair on August 22, 2024, and by email on August 29-30, 2024, regarding matters related to this Application. Counsel for Plaintiffs indicated they opposed sealing the documents on which the redacted text in the Reply is based. The MindGeek Entity Defendants and Bergmair requested that the CB Defendants retain confidentiality designations and apply to file under seal.

For the foregoing reasons, the CB Defendants respectfully request that the Court grant this Application and seal the redacted portions of the CB Defendants' Reply.

| | | |
|---|---|---|
| 1 | Dated: December 6, 2024 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By: _/s/ Kevin C. Adam_ |
| 4 | | Kevin C. Adam |
| 5 | | Attorneys for Defendants COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC |