1  Esteban Morales Fabila (SBN 273948)
   emorales@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
3  Los Angeles, CA 90067
   Telephone: (310) 586-3200
4  Facsimile: (310) 586-3202

5  Peter A. Biagetti (*Admitted Pro Hac Vice*)
   pabiagetti@mintz.com
6  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   One Financial Center
7  Boston, MA 02111
   Telephone: (617) 542-6000
8  Facsimile:  (617) 542-2241

9  *Attorneys for Defendants MindGeek
   S.à r.l., MG Freesites Ltd, MG Premium
10 Ltd, MindGeek USA Incorporated, MG
   Global Entertainment Inc., and 9219-1568
11 Quebec Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>            Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu Courtroom 9B<br><br>**DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>[Filed concurrently with Declaration of Peter A. Biagetti; Proposed Order]<br><br>Complaint Filed:   June 17, 2021<br>Trial Date:            Not Set Yet |

Pursuant to Local Rule 79-5.2.2 and paragraph 12.3 of the Stipulated Protective Order ("Protective Order") entered by the Court, Dkt. 187, MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully apply for an order sealing the materials described below that are filed in connection with the Reply in Support of MindGeek Defendants' Motion to Dismiss (the "Reply").

The MindGeek Defendants seek to file under seal:

1. Portions of the Reply in Support of the MindGeek Defendants' Motion;

2. Portions of the Declaration of Peter A. Biagetti in Support of the MindGeek Defendants' Reply ("Biagetti Reply Declaration"); and

3. Exhibits 1-6 attached to the Biagetti Reply Declaration.

4. As set forth in the accompanying Declaration of Peter A. Biagetti, the MindGeek Defendants' Reply, the Biagetti Reply Declaration, and the exhibits thereto contain non-public information, proprietary information and trade secrets related to the operation of the MindGeek Defendants' businesses that have been designated as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL" by the MindGeek Defendants under the Protective Order entered in this action (Dkt. 187) and would result in harm to the MindGeek Defendants' business if disclosed.

Dated:  December 6, 2024

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Esteban Morales
Peter A. Biagetti

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.