# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>        Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [ECF NO. # 504]**<br><br>Complaint Filed:  June 17, 2021<br>Trial Date:         Not Set Yet |

Having considered the MindGeek Defendants' Application for Leave to File Documents Under Seal (the "Application"), and compelling reasons appearing, the Court hereby **GRANTS** the MindGeek Defendants' Application and ORDERS the following documents are **SEALED**:

| DOCUMENT | MATERIAL TO BE SEALED |
|---|---|
| Reply in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 13, fn. 4, portions of lines 21-23; Page 14, portions of lines 4-27; Page 15, lines 1-27; Page 16, portions of lines 1-3, 6-8, & 20-25; Page 17, portions of line 2; Page 19, portions of lines 6-8, 13, 16, & 20-26; and Page 20, portions of lines 2-4 |
| Declaration of Peter A. Biagetti in Support of Reply | Page 2, paragraph 7, portions of lines 27 & 28; Page 3, paragraph 7, portions of lines 1 & 2; and Page 3, paragraph 8, portions of lines 5-8 |
| Exhibit 1 to Declaration of Peter A. Biagetti in Support of Reply | Sealed in its entirety |
| Exhibit 2 to Declaration of Peter A. Biagetti in Support of Reply | Sealed in its entirety |
| Exhibit 3 to Declaration of Peter A. Biagetti in Support of Reply | Sealed in its entirety |
| Exhibit 4 to Declaration of Peter A. Biagetti in Support of Reply | Sealed in its entirety |
| Exhibit 5 to the Declaration of Peter A. Biagetti in Support of Reply | Sealed in its entirety |
| Exhibit 6 to the Declaration of Peter A. Biagetti in Support of Reply | Sealed in its entirety |

1
2     **IT IS SO ORDERED.**
3
4   Dated:
                                              _____
5                                             HON. WESLEY L. HSU
                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-