David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:  (212) 819-8357
Facsimile:   (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>    Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**PROOF OF SERVICE** |

1  I, Annel Cruz, hereby declare that I am over 18 years of age and not a party
2  to this action. My business address is 555 S. Flower Street, Suite 2700, Los
3  Angeles, CA 90071.
4  On December 6, 2024, I served copies of the following documents on a
5  counsel for each party by email:

6  1) (ECF No. 505) Declaration of Kevin Adam in Support of Defendants
7  Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB
8  Agency Services, LLC; and CB Participations SPV, LLC's (collectively,
9  "CB Defendants") Application to Seal; and

10  2) (ECF No. 505-1) CB Defendants' Reply in Support of Their Motion to
11  Dismiss the Second Amended Complaint.

13  Executed on December 6, 2024, at Los Angeles, California.

*/s/ Annel Cruz*
Annel Cruz

AMERICAS 127811939                                                                 PROOF OF SERVICE