Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

             Plaintiff,

    v.

MINDGEEK S.A.R.L., et al.,

          Defendants.

Case No. 2:21-cv-04920-WLH-ADS

JUDGE:  HON. WESLEY L. HSU

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Date:    JANUARY 31, 2025
Time:    1:30 PM
Courtroom:    9B

SAC Filed: May 23, 2024

1    Pursuant to paragraph G(5)(a) of the Court's Standing Order, Plaintiff

2    respectfully submits this notice of supplemental authority pertaining to issues raised

3    in Plaintiff's Opposition to Defendants' Motions to Dismiss (Dkt. Nos. 477, 480-1)

4    currently under submission.

5        The supplemental authority is the Memorandum of Opinion and Order

6    Denying Cross Motions for Summary Judgment (Dkt. No. 261) in *Doe #1 et al. v.*

7    *MG Freesites LTD et al.*, Case No. 7:21-cv-00220-LSC (N.D. Ala. Dec. 19, 2024),

8    denying the parties' cross-motions for summary judgment. A copy of the Opinion is

9    attached to this notice as Exhibit 1.

10

11

12   Dated: December 20, 2024        Respectfully submitted,

13

14                                   */s/ Lauren Tabaksblat*
                                     Michael J. Bowe (*pro hac vice*)
15                                   mbowe@brownrudnick.com
                                     Lauren Tabaksblat (*pro hac vice*)
16                                   ltabaksblat@brownrudnick.com
                                     **BROWN RUDNICK LLP**
17                                   7 Times Square
18                                   New York, NY 10036
                                     Phone: 212.209.4800
19                                   Fax:    212.209.4801
20
21                                   David M. Stein (State Bar #198256)
22                                   dstein@olsonstein.com
                                     **OLSON STEIN LLP**
23                                   240 Nice Lane #301
                                     Newport Beach, CA 92663
24                                   Phone: 949.887.4600
25
26                                   *Counsel for Plaintiff*
27
28