| |
|---|
| Name and address:<br>Esteban Morales (SBN: 273948)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Telephone: (310) 586-3200, Facsimile: (310) 586-3202<br>Email: emorales@mintz.com |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>                                    Plaintiff(s),<br><br>                v.<br><br>MINDGEEK S.A.R.L, et al.,<br><br>                                    Defendant(s), | CASE NUMBER<br>2:21-cv-04920-WLH-ADSx<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Goldman, Seth R.
*Applicant's Name (Last Name, First Name & Middle Initial)*            check here if federal government attorney ☐

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
*Firm/Agency Name*

| | | |
|---|---|---|
| 919 Third Avenue | 212-935-3000 | 212-983-3115 |
| *Street Address* | *Telephone Number* | *Fax Number* |
| New York, NY 10022 | SRGoldman@mintz.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| | |
|---|---|
| MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____ |
| MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Bar of New York | 03/24/1997 | Yes |
| U.S. District Court-Southern Dist. of New York | 06/18/2009 | Yes |
| U.S. District Court-Eastern Dist. of New York | 06/30/2008 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:24-cv-03267 | Jane Doe v. Aylo Holdings S.A.R.L. et al. | 06/25/2024 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 15, 2025

Seth R. Goldman
*Applicant's Name (please type or print)*

*Applicant's Signature*

G-64 (10/23)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 2 of 3

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Morales, Esteban
*Designee's Name (Last Name, First Name & Middle Initial)*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
*Firm/Agency Name*

2049 Century Park East, Suite 300
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 586-3200
*Telephone Number*

(310) 586-3202
*Fax Number*

emorales@mintz.com
*Email Address*

273948
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated January 15, 2025

Esteban Morales
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| Bar of New Jersey | 11/24/1997 | Yes |
| U.S. District Court of New Jersey | 12/01/1997 | Yes |
| U.S. Court of Appeals for the Second Circuit | 06/05/2006 | Yes |
| U.S. Court of Appeals-Eleventh Circuit | 05/09/2014 | Yes |



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Seth R. Goldman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 24, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 15, 2025.

*Clerk of the Court*

CertID-00209293

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **SETH ROBERT GOLDMAN** (No. **042091996**) was constituted and appointed an Attorney at Law of New Jersey on **November 24, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 15th day of January, 2025.*

*Clerk of the Supreme Court*