| | |
|---|---|
| Name and address:<br>Esteban Morales (SBN: 273948)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email: emorales@mintz.com<br>Phone: (310) 586-3200 / Facsimile: (310) 586-3202 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff(s)<br>v.<br>MINDGEEK S.A.R.L, et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:21-cv-04920-WLH-ADSx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goldman, Seth R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
*Firm/Agency Name & Address*

212-935-3000   212-983-3115
*Telephone Number*   *Fax Number*

SRGoldman@mintz.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Morales, Esteban
*Designee's Name (Last Name, First Name & Middle Initial)*

of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
*Firm/Agency Name & Address*

273948   (310) 586-3200   (310) 586-3202
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

emorales@mintz.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**
Honorable Wesley L. Hsu