| Name and address: |
|---|
| Esteban Morales (SBN: 273948) |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 2049 Century Park East, Suite 300 |
| Los Angeles, CA 90067 |
| Email: emorales@mintz.com |
| Phone: (310) 586-3200 / Facsimile: (310) 586-3202 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SERENA FLEITES, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-04920-WLH-ADSx |
| v. | |
| MINDGEEK S.A.R.L, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Collins, LisaMarie F.    of    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-935-3000    212-983-3115         919 Third Avenue
*Telephone Number*    *Fax Number*    New York, NY 10022

LCollins@mintz.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Morales, Esteban    of    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*

273948    (310) 586-3200    (310) 586-3202    2049 Century Park East, Suite 300
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*    Los Angeles, CA 90067

emorales@mintz.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application:
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**
　　　　　　　　　　　　　　　　　　　　　Honorable Wesley L. Hsu