| Name and address: |  |
|---|---|
| Esteban Morales (SBN: 273948)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email: emorales@mintz.com<br>Phone: (310) 586-3200 / Facsimile: (310) 586-3202 |  |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SERENA FLEITES, | CASE NUMBER |
|---|---|
|  | 2:21-cv-04920-WLH-ADS |
| Plaintiff(s) |  |
| v. |  |
| MINDGEEK S.A.R.L, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). |  |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Akoglu, Kerime S. | of | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* |  | 919 Third Avenue |
| 212-935-3000     212-983-3115 |  | New York, NY 10022 |
| *Telephone Number     Fax Number* |  |  |
| KSAkoglu@mintz.com |  |  |
| *E-Mail Address* |  | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Morales, Esteban | of | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* |  | 2049 Century Park East, Suite 300 |
| 273948     (310) 586-3200     (310) 586-3202 |  | Los Angeles, CA 90067 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* |  |  |
| emorales@mintz.com |  |  |
| *E-Mail Address* |  | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application:
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

**U.S. District Judge/U.S. Magistrate Judge**
Honorable Wesley L. Hsu