1 | Esteban Morales Fabila (SBN 273948)
2 | emorales@mintz.com
  | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3 | 2049 Century Park East, Suite 300
  | Los Angeles, CA 90067
4 | Telephone: (310) 586-3200
  | Facsimile: (310) 586-3202

5 | Peter A. Biagetti (*Admitted Pro Hac Vice*)
  | pabiagetti@mintz.com
6 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
  | One Financial Center
7 | Boston, MA 02111
  | Telephone: (617) 542-6000
8 | Facsimile:  (617) 542-2241

9  | Attorneys for Defendants
10 | MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
   | MindGeek USA Incorporated, MG Global Entertainment Inc.,
11 | and 9219-1568 Quebec Inc.

12 | *[Additional Defendants' Counsel continued on next page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF LEAD COUNSEL DESIGNATION** |
| MINDGEEK S.À R.L, et al., | |
| Defendants. | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| | Complaint Filed: June 17, 2021 |
| | Trial Date:       Not Set Yet |

- i -
NOTICE OF LEAD COUNSEL DESIGNATION

1  Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd,
2  MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568
3  Quebec Inc. (collectively the "MindGeek Defendants) hereby designate Peter A.
4  Biagetti, an attorney at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C., to serve
5  as lead counsel in this matter.

Dated: January 17, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Esteban Morales
Peter A. Biagetti

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd,
MG Premium Ltd, MindGeek USA
Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.