1  Peter A. Biagetti (*Admitted Pro Hac Vice*)
   pabiagetti@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   One Financial Center
3  Boston, MA 02111
   Telephone: (617) 542-6000
4  Facsimile:  (617) 542-2241

5  Seth R. Goldman (*Admitted Pro Hac Vice*)
   sgoldman@mintz.com
6  LisaMarie F. Collins (*Admitted Pro Hac Vice*)
   lcollins@mintz.com
7  Kerime S. Akoglu (*Admitted Pro Hac Vice*)
   ksakoglu@mintz.com
8  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   919 Third Avenue
9  New York, NY 10022
   Telephone: (212) 692-6845
10 Facsimile: (212) 983-3115

11 Attorneys for Defendants
   MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
12 MindGeek USA Incorporated, MG Global Entertainment Inc.,
   and 9219-1568 Quebec Inc.
13
   *[Additional Defendants' Counsel continued
14 on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>            Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:       March 7, 2025<br>Time:       1:30 p.m.<br>Location:  350 W. 1st Street<br>               Courtroom 9B, 9th Floor<br>               Los Angeles, CA 90012<br><br>Complaint Filed: June 17, 2021<br>Trial Date:         Not Set Yet |

- i -
NOTICE OF SUPPLEMENTAL AUTHORITY

#:18081

| | |
|---|---|
| 1 | Arameh Z. O'Boyle (SBN 239495) |
| | azoboyle@mintz.com |
| 2 | Esteban Morales Fabila (SBN 273948) |
| | emorales@mintz.com |
| 3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| | 2049 Century Park East, Suite 300 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: (310) 586-3200 |
| 5 | Facsimile: (310) 586-3202 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- ii -
NOTICE OF SUPPLEMENTAL AUTHORITY

1  Pursuant to paragraph G(5)(a) of the Court's Standing Order, Defendants
2  MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA
3  Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.
4  (collectively the "MindGeek Defendants") respectfully submit this notice of
5  supplemental authority pertaining to issues raised in Defendants' Motions to Dismiss
6  (Dkt. Nos. 440, 448) currently under submission.

7  The supplemental authority is the Ninth Circuit's published opinion in *Doe v.
8  Grindr*, No. 24-475, 2025 WL 517817 (9th Cir. Feb. 18, 2025). A copy of the opinion
9  is attached to this notice as **Exhibit A**.

11 Dated: February 20, 2025         Respectfully submitted,

12                                  MINTZ LEVIN COHN FERRIS GLOVSKY
                                    AND POPEO, P.C.

14                                  */s/ Peter A. Biagetti*
                                    Peter A. Biagetti
                                    Seth R. Goldman
15                                  LisaMarie F. Collins
                                    Arameh Z. O'Boyle
16                                  Esteban Morales
                                    Kerime S. Akoglu

17                                  Attorneys for Defendants
18                                  MindGeek, S.à r.l., MG Freesites Ltd,
                                    MG Premium Ltd, MindGeek USA
19                                  Incorporated, MG Global Entertainment Inc.,
                                    and 9219-1568 Quebec Inc.

- 1 -
NOTICE OF SUPPLEMENTAL AUTHORITY