1  Peter A. Biagetti (*Admitted Pro Hac Vice*)
   pabiagetti@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   One Financial Center
3  Boston, MA 02111
   Telephone: (617) 542-6000
4  Facsimile:  (617) 542-2241

5  Seth R. Goldman (*Admitted Pro Hac Vice*)
   sgoldman@mintz.com
6  LisaMarie F. Collins (*Admitted Pro Hac Vice*)
   lcollins@mintz.com
7  Kerime S. Akoglu (*Admitted Pro Hac Vice*)
   ksakoglu@mintz.com
8  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   919 Third Avenue
9  New York, NY 10022
   Telephone: (212) 692-6845
10 Facsimile: (212) 983-3115

11 Attorneys for Defendants
   MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
12 MindGeek USA Incorporated, MG Global Entertainment Inc.,
   and 9219-1568 Quebec Inc.
13
   *[Additional Defendants' Counsel continued
14 on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>        Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:     March 7, 2025<br>Time:     1:30 p.m.<br>Location: 350 W. 1st Street<br>          Courtroom 9B, 9th Floor<br>          Los Angeles, CA 90012<br><br>Complaint Filed: June 17, 2021<br>Trial Date:      Not Set Yet |

1  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
2  Esteban Morales Fabila (SBN 273948)
   emorales@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
4  Los Angeles, CA 90067
   Telephone: (310) 586-3200
5  Facsimile: (310) 586-3202

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to paragraph G(5)(a) of the Court's Standing Order, Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully submit this notice of supplemental authority pertaining to issues raised in Defendants' Motions to Dismiss (Dkt. Nos. 440, 448) currently under submission.

The supplemental authority is an Order Granting Defendants' Motion to Dismiss Second Amended Complaint in *Doe v. WebGroup Czech Republic, a.s. et al.*, No. 2:21-cv-02428-SPG-SK, ECF 205 (C.D. Cal. Feb. 21, 2025). A copy of the Order is attached to this notice as **Exhibit A**.

Dated: February 24, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Peter A. Biagetti
Seth R. Goldman
LisaMarie F. Collins
Arameh Z. O'Boyle
Esteban Morales
Kerime S. Akoglu

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.