2025 WL 689487
Only the Westlaw citation is currently available.
United States Court of Appeals, Ninth Circuit.

Keo RATHA; Sem Kosal; Sophea Bun; Yem Ban; Nol Nakry; Phan Sophea; Sok Sang, Plaintiffs-Appellants,
v.
RUBICON RESOURCES, LLC, Defendant-Appellee.

No. 23-55299
|
FILED March 4, 2025

D.C. No. 2:16-cv-04271-JFW-AS, Central District of California, Los Angeles

**ORDER**

MURGUIA, Chief Judge:

*1 Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3. The three-judge panel opinion is vacated.

**All Citations**

--- F.4th ----, 2025 WL 689487 (Mem)

---

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.