UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-04920-WLH-ADSx | Date | March 7, 2025 |
| Title | Serena Fleites et al v. MindGeek S.A.R.L. et al | | |
| Present: The Honorable | WESLEY L. HSU, United States District Judge | | |

| Holidae Crawford | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Michael J. Bowe<br>Lauren Tabaksblat<br>David M. Stein | Jonathan S. Sack<br>Matthew V. Povolny<br>Andrew S. Tulumello<br>James Michael Pearl<br>Kevin C Adam<br>Peter A. Biagetti<br>Lisa Marie Collins<br>Arameh O'Boyle |

**Proceedings:** AMENDED OMNIBUS MOTION TO DISMISS [432], [433], [436], [440], [442], [447]

    The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on March 7, 2025, and reviewed by counsel. The Court heard oral argument.

For reasons stated on the record, the Court gives Defendants to file supplemental briefs with a 10-page limit on any issue by March 21, 2025. Plaintiff may submit a single 10-page reply for each issue by April 4, 2025. The parties are ordered to meet and confer on a date for the Continued Motion to Dismiss.

The parties are also ordered to refile their Applications to Seal by March 28, 2025.

    3 : 23

Initials of Deputy Clerk   hc