1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

              Plaintiff,

      vs.

MINDGEEK S.A.R.L. a foreign
entity; MG FREESITES, LTD., a
foreign entity; MINDGEEK USA
INCORPORATED, a Delaware
corporation; MG PREMIUM LTD, a
foreign entity; MG GLOBAL
ENTERTAINMENT INC., a
Delaware corporation; 9219-1568
QUEBEC, INC., a foreign entity;
BERND BERGMAIR, a foreign
individual; FERAS ANTOON, a
foreign individual; DAVID
TASSILLO, a foreign individual;
VISA INC., a Delaware  corporation;
REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
corporation; REDWOOD MASTER
FUND, LTD, a foreign entity;
REDWOOD OPPORTUNITY
MASTER FUND, LTD, a foreign
entity; MANUEL 2018, LLC, a
Delaware corporation;
GINGOGERUM, LLC, a Delaware
corporation; WHITE-HATHAWAY
OPPORTUNITY FUND, LLC, a

CASE NO. 2:21-cv-4920

**[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO
FILE UNDER SEAL REDWOOD
DEFENDANTS' SUPPLEMENTAL
BRIEFING IN SUPPORT OF
MOTIONS TO DISMISS
PLAINTIFFS' COMPLAINTS**

1  Delaware corporation; COLBECK
   CAPITAL MANAGEMENT, LLC, a
2  Delaware corporation; CB MEDIA
   VENTURES LLC, a Delaware
3  corporation; CB AGENCY
   SERVICES, LLC, a Delaware
4  corporation; and CB
   PARTICIPATIONS SPV, LLC, a
5  Delaware corporation,

6                  Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On March 21, 2025, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants") filed an Application for Leave to File Under Seal Redwood Defendants' Supplemental Briefing in Support of Motions to Dismiss Plaintiffs' Complaints (the "Application") in this matter pursuant to Local Rule 79-5.2.2.

The Court, having considered all papers filed in support of and in opposition to Redwood Defendants' Application and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendants' Application is **GRANTED**.

**IT IS ORDERED THAT**:

The unredacted version of the Redwood Defendants' Supplemental Briefing in Support of Motions to Dismiss Plaintiffs' Complaints is to be filed under seal.

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE