David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8357
Facsimile: (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
Julia Kim (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PARTS OF OMNIBUS SUPPLEMENTAL BRIEF ON PLAINTIFFS' TVPRA CONSPIRACY CLAIMS** |

1    Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order dated
2 October 14, 2022 (ECF No. 187), Defendants Colbeck Capital Management, LLC;
3 CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations
4 SPV, LLC (collectively, "CB Defendants") hereby apply for leave to file under seal
5 the following document:

- Redacted text in the CB Defendants' Omnibus Supplemental Brief on Plaintiffs' TVPRA Conspiracy Claims ("Supplemental Brief").

This Application is based on this Application; the Declaration of Kevin C. Adam in Support of the Application; the proposed order granting the Application; and an unredacted version of the document proposed to be filed under seal.

- The ***Supplemental Brief's*** limited redacted text comprises confidential content from (i) Exhibits A-B to the CB Defendants' motions to dismiss filed under seal (ECF Nos. 444-3, 444-4 in *Fleites*; ECF Nos. 74-3, 74-4 in *K.A.*), (ii) redacted text from Plaintiffs' opposition briefs filed under seal (ECF No. 480-1 in *Fleites*; ECF No. 96-1 in *K.A.*), or (iii) redacted text from the Second Amended Complaint filed under seal in *Fleites* (ECF No. 387-1).

- ***Exhibit A*** is a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011. The CB Defendants designated the 2011 Loan Agreement as Confidential under the Stipulated Protective Order in *Fleites*.

- ***Exhibit B*** is a Loan Agreement dated October 18, 2013, between various parties, including the CB Defendants and other third-party lenders who

---

[1] Defined terms have the same meaning as stated in the CB Defendants' Supplemental Brief and the CB Defendants' motions to dismiss and replies in support of the motions to dismiss. CB Defs.' Mot. Dismiss, *Fleites*, No. 2:21-cv-4920-WLH-ADS, ECF No. 444-1; CB Defs.' Omnibus Mot. Dismiss, *K.A.*, No. 2:24-cv-4786-WLH-ADS, ECF No. 74-1; CB Defs.' Reply Supp. Mot. Dismiss, *Fleites*, ECF No. 505-1; CB Defs.' Reply Supp. Omnibus Mot. Dismiss, *K.A.*, ECF 121-1.

1    participated in loaning money to the MindGeek Borrowers in 2013. The
2    MindGeek Entity Defendants produced a version of the 2013 Loan
3    Agreement in jurisdictional discovery in *Fleites* and designated it as Highly
4    Confidential – Attorneys' Eyes Only under the Stipulated Protective Order.
5    The CB Defendants similarly designated the 2013 Loan Agreement as
6    Confidential under the Stipulated Protective Order in *Fleites*.

7    As explained in the Adam Declaration in Support of the Application, good cause and compelling reasons exist to seal the redacted text, which comprises confidential content from documents designated Confidential and Highly Confidential under the Stipulated Protective Order in *Fleites*. The nature and confidentiality of these documents outweigh the public's interest in access to them.

12   Pursuant to the Court's Standing Order (ECF No. 393 at 8) and Local Civil Rule 79-5.2.2, counsel for Plaintiffs previously indicated they opposed sealing the documents on which the redacted text in the Supplemental Brief is based. Counsel for the MindGeek Entity Defendants previously requested that the CB Defendants retain the confidentiality designation of the 2013 Loan Agreement.

17   For the foregoing reasons, the CB Defendants respectfully request that the Court grant this Application and seal the redacted portions of the CB Defendants' Supplemental Brief.

Dated: March 21, 2025                     WHITE & CASE LLP

                                          By:  */s/ Kevin C. Adam*
                                               Kevin C. Adam

                                          Attorneys for Defendants
                                          COLBECK CAPITAL
                                          MANAGEMENT, LLC; CB MEDIA
                                          VENTURES DD, LLC; CB AGENCY
                                          SERVICES, LLC; and CB
                                          PARTICIPATIONS SPV, LLC