1  David G. Hille (*pro hac vice*)
   dhille@whitecase.com
2  Kevin C. Adam (*pro hac vice*)
   kevin.adam@whitecase.com
3  WHITE & CASE LLP
4  1221 Avenue of the Americas
   New York, NY  10020-1095
5  Telephone:  (212) 819-8357
   Facsimile:   (212) 354-8113
6
7  Russell J. Gould (SBN 313352)
   russell.gould@whitecase.com
8  Julia Kim (SBN 348516)
   julia.kim@whitecase.com
9  WHITE & CASE LLP
10 555 S. Flower Street, Suite 2700
   Los Angeles, CA  90071-2433
11 Telephone:  (213) 620-7700
   Facsimile:   (213) 452-2329
12
13 Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | **PROOF OF SERVICE** |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

1   I, Annel Cruz, hereby declare that I am over 18 years of age and not a party
2   to this action.  My business address is 555 S. Flower Street, Suite 2700, Los
3   Angeles, CA 90071.
4   On March 21, 2025, I served copies of the following documents on a counsel
5   for each party by email:

6   1) (ECF No. 547) Declaration of Kevin Adam in Support of Defendants
7      Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB
8      Agency Services, LLC; and CB Participations SPV, LLC's (collectively,
9      "CB Defendants") Application to Seal; and
10  2) (ECF No. 547-1) CB Defendants' Omnibus Supplemental Brief on
11     Plaintiffs' TVPRA Conspiracy Claims.

13  Executed on March 21, 2025, at Los Angeles, California.

            */s/ Annel Cruz*
              Annel Cruz