UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　　　　Defendant. | Case No.: 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING THE INDIVIDUAL DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIAL DESIGNATED AS CONFIDENTIAL PURSUANT TO A PROTECTIVE ORDER** |

　　　　On March 21, 2025, Defendants Feras Antoon, David Tassillo and Bernd Bergmair (collectively, the "Individual Defendants") filed the Individual Defendants' Application for Leave to File Under Seal Material Designated as Confidential Pursuant to a Protective Order (the "Application").

　　　　The Application seeks leave to file under seal portions of the contemporaneously-filed Individual Defendants' Supplemental Filing in Support of Their Motions to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim (the "Individual Defendants' Supplemental Filing"), which contains material designated as Confidential or Highly Confidential by the Individual Defendants and other parties pursuant to the Stipulated Protective Order in this case (ECF No. 187).

The Court, having considered the Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Portions of the Individual Defendants' Supplemental Filing which contain material designated as Confidential or Highly Confidential by the Individual Defendants and other parties pursuant to the Stipulated Protective Order in this case.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE