David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:   (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
Julia Kim (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S NOTICE REGARDING APPLICATIONS FOR LEAVE TO FILE UNDER SEAL** |

PLEASE TAKE NOTICE that, pursuant to the Court's Amended Minute Order on March 7, 2025 (ECF No. 540), Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") hereby maintain the confidentiality of documents the CB Defendants previously applied to file under seal in connection with the CB Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion").

Pursuant to Local Civil Rule 79-5.2.2 and the Stipulated Protective Order dated October 14, 2022 (ECF No. 187), the CB Defendants previously applied to this Court for leave to file under seal documents in support of the Motion (*see* ECF Nos. 443, 443-1, 444, 444-1, 444-3, 444-4, and 444-5) and portions of their Reply Brief in Support of the Motion ("Reply") (*see* ECF Nos. 503, 503-1, 505, 505-1) (collectively, the "Applications").

Descriptions of the documents requested to be sealed are as follows:

- The ***Motion's and Reply's*** limited redacted text comprises confidential content from either (i) Exhibits A-C to the Motion or (ii) the redacted portions of the Second Amended Complaint filed under seal (ECF No. 387-1 ("SAC")).

- ***Exhibit A*** is a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011. The CB Defendants designated this 2011 Loan Agreement as Confidential under the Stipulated Protective Order.

- ***Exhibit B*** is a Loan Agreement dated October 15, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers

---

[1] Terms such as "MindGeek Borrowers" and "MindGeek Entity Defendants" have the same meaning as defined in the Motion to Dismiss.

in 2013. The MindGeek Entity Defendants produced a version of the 2013 Loan Agreement in jurisdictional discovery in this action and designated it as Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order. The CB Defendants similarly designated the 2013 Loan Agreement as Confidential under the Stipulated Protective Order.

- ***Exhibit C*** contains excerpts of pages 1-6, 218-227, and 357 from the transcript of Defendant Bernd Bergmair's deposition, dated June 15, 2023, in this action. Respective counsel for certain Defendants designated the transcript Confidential under the Stipulated Protective Order.

As explained in the Declarations of Kevin C. Adam in Support of the Applications (ECF Nos. 444 and 505), good cause and compelling reasons exist to seal Exhibits A-B to the Motion, which contain confidential commercially sensitive information and financial information of certain Defendants, including the CB Defendants, and third parties unrelated to this action.

The Applications are narrowly tailored and a less restrictive alternative to sealing is not otherwise practical, as Exhibits A-B are replete with confidential business and financial information, making redaction of these documents impractical. The nature and confidentiality of these documents outweigh the public's interest in access to them.

The CB Defendants also have the obligation to protect documents previously designated as Confidential or Highly Confidential – Attorneys' Eyes Only by other parties pursuant to the Stipulated Protective Order.

For the foregoing reasons, the CB Defendants maintain their previous Applications and respectfully request that the Court grant the Applications.

| | | |
|---|---|---|
| 1 | Dated: March 28, 2025 | WHITE & CASE LLP |
| 2 | | |
| 3 | | By: *David G. Hille* |
| 4 | | David G. Hille |
| 5 | | Attorneys for Defendants COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC |