1  **PAUL HASTINGS LLP**
   JAMES M. PEARL (SB# 198481)
2  jamespearl@paulhastings.com
   KIAURA CLARK (SB# 336314)
3  kiauraclark@paulhastings.com
   1999 Avenue of The Stars, 27th Floor
4  Los Angeles, California 90067
   Telephone:  1(310) 620-5700
5  Facsimile:  1(310) 620-5899

6  KRISTOPHER M. HANSEN (*pro hac vice*)
   krishansen@paulhastings.com
7  200 Park Avenue
   New York, New York 10166
8  Telephone: 1(212) 318-6000
   Facsimile: 1(212) 752-3310

9
   *Attorneys for Defendants Redwood Capital*
10 *Management, LLC, Redwood Master Fund,*
   *Ltd, Redwood Opportunity Master Fund, Ltd,*
11 *Manuel 2018, LLC, Ginogerum, LLC, and*
   *White-Hathaway Opportunity Fund, LLC*
12
   *Additional Counsel for Defendants listed on next page.*

13

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| SERENA FLEITES, | CASE NO. 2:21-cv-4920 |
| Plaintiff, | **REDWOOD DEFENDANTS' NOTICE IN RESPONSE TO THE COURT'S MARCH 7, 2025 ORDER (ECF NO. 540)** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, | SAC filed: May 23, 2024 |

a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation; CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation,

          Defendants.

1  ADAM M. REICH (SB# 274235)
   adamreich@paulhastings.com
2  EMMA LANZON (*pro hac vice*)
   emmalanzon@paulhastings.com
3  71 South Wacker Drive, 45th Floor
   Chicago, Illinois 60606
4  Telephone: 1(312) 499-6000
   Facsimile: 1(312) 499-6100
5
   *Attorneys for Defendants,*
6  *Redwood Capital Management, LLC,*
   *Redwood Master Fund, Ltd,*
7  *Redwood Opportunity Master Fund, Ltd,*
   *Manuel 2018, LLC, Ginogerum, LLC,*
8  *and White-Hathaway Opportunity Fund, LLC*

**NOTICE IN RESPONSE TO THE COURT'S MARCH 7, 2025 ORDER**

Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood Defendants") have reviewed the Court's March 7, 2025 Order Regarding Omnibus Motion to Dismiss ("Order"). *See* ECF No. 540.

Redwood Defendants file this Notice in compliance with the Court's instruction, and consistent with the understanding of the Order, that the parties refile their Applications to Seal by March 28, 2025. Redwood Defendants narrowly tailored their Applications to Seal in connection with their Motion to Dismiss (ECF No. 449); Reply in Support of Motion to Dismiss (ECF No. 493); and Supplemental Briefing in Support of Motion to Dismiss (ECF No. 543) (collectively, the "Applications").

As set forth in the Applications, Redwood Defendants sought to seal only such material that had been designated confidential, either in the litigation or by third parties (the "Confidential Material"). Redwood Defendants have an obligation to maintain the confidentiality of such information, and such disclosure could expose Redwood Defendants to potential litigation. Separately, the Confidential Material also reflects confidential business strategies and approaches to financing negotiations of Redwood Defendants and other lenders, such that good cause and compelling reasons independently exist to seal such material. Accordingly, Redwood Defendants' Applications are already narrowly tailored in accordance with the Court's Order and instruction at the March 7, 2025 hearing.

For the foregoing reasons, Redwood Defendants therefore maintain the Applications as previously submitted, and respectfully request that the Court grant the Applications.

| | | |
|---|---|---|
| 1 | DATED: March 28, 2025 | **PAUL HASTINGS LLP** |
| 2 | | By: */s/ James M. Pearl* |
| 3 | | JAMES M. PEARL |

*Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*