Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel
continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br>          v.<br><br>MINDGEEK S.À R.L., et al.,<br><br>                    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu Courtroom 9B<br><br>**DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:        Not Set Yet |

1  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
2  Esteban Morales Fabila (SBN 273948)
   emorales@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
4  Los Angeles, CA 90067
   Telephone: (310) 586-3200
5  Facsimile: (310) 586-3202

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO  CIVIL LOCAL RULE 79-5.2.2

Pursuant to Local Rule 79-5.2.2, the Stipulated Protective Order entered by the Court on October 14, 2022, Dkt. 187, and the Amended Stipulated Protective Order entered by the Court on December 13, 2024, Dkt. 516 (collectively, the "Protective Order"), Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully apply for an order sealing the materials described in **Exhibit A** ("Exhibit A") attached to the accompanying Declaration of Peter A. Biagetti in Support of this Omnibus Application ("Biagetti Declaration"). The materials described in Exhibit A were filed in connection to the Second Amended Complaint and motions to dismiss, including oppositions, replies, and exhibits thereto filed in two related cases: *Fleites v. MindGeek S.à r.l. et al.*, No. 2:21-cv-04920-WLH-ADS, and *K.A. v. MindGeek S.à r.l. et al.*, 2:24-cv-04786-WLH-ADS.[1] This Omnibus Application is made following the Court's Order that the parties resubmit their Applications to Seal by March 28, 2025, Dkt. 540.

As set forth in the Biagetti Declaration, the information contained in the materials described in Exhibit A implicates the MindGeek Defendants' sensitive and confidential internal business practices and financial information, thus the MindGeek Defendants seek an order sealing and/or redacting this information from the public record. The material has been designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" by the MindGeek Defendants under the Protective Order.

The MindGeek Defendants' request to seal is narrowly tailored. As reflected in Exhibit A, many of the exhibits are redacted only to close from public inspection information that harms the MindGeek Defendants' interest in preserving the confidentiality of sensitive information. For those documents that are requested to be

---

[1] Defendants Bernd Bergmair, Feras Antoon, and David Tasillo join in this Omnibus Application.

MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2

sealed in their entirety, a less restrictive alternative to sealing is not sufficient because the entirety of the information sought to be sealed discloses the confidential information described above. Further, redaction of the exhibits would be impracticable and overly burdensome.

The MindGeek Defendants met and conferred with counsel for the Plaintiffs on March 27, 2025, regarding this Omnibus Application to Seal. Plaintiffs stated that, aside from the personal identifying information requiring redaction under federal and local rules, they oppose the Omnibus Application.

Dated:  March 28, 2025                    Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Peter A. Biagetti
Seth R. Goldman
LisaMarie F. Collins
Arameh Z. O'Boyle
Esteban Morales
Kerime S. Akoglu

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd,
MG Premium Ltd, MindGeek USA
Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2