**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>               Plaintiff,<br>    v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>               Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu Courtroom 9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2 [ECF NO. # 560]**<br><br>Complaint Filed:  June 17, 2021<br>Trial Date:       Not Set Yet |

Having considered the MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal (the "Omnibus Application") pursuant to Local Rule 79-5.2.2, the Stipulated Protective Order entered by the Court on October 14, 2022, Dkt. 187, and the Amended Stipulated Protective Order entered by the Court on December 13, 2024, Dkt. 516, and compelling reasons appearing, the Court hereby **GRANTS** the MindGeek Defendants' Omnibus Application and **ORDERS** that the documents listed in **Exhibit A** attached hereto are **REDACTED AND/OR SEALED** as set forth therein.

**IT IS SO ORDERED.**

Dated: _____    _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 1. | MindGeek's Memorandum of Law in Support of Motion to Dismiss | 32:8; 35:3-4; 37:20-21; 38:1-3, 5-11; 40:6-7; 37:23; 38:12-13, 14-15; 34:10, 22-23, 26-27; 35:2, 7; 36:18-23 |
| 2. | Declaration of Andreas Alkiviades Andreou in support of MindGeek's Motion to Dismiss | 4:17-22; 5:11-22; 6:8-9, 10-11, 21-24, 26; 7:1, 4-5, 7; 8:24, 27; 9:1; 12:2-8; 13:13-19; 15:11-17; 17:12-18; 18:8-27; 20:5-28; 21:1-10; 9:11-25; 10:1, 8-12, 14-25; 19:19-20; 19:23; 19:25; 20:8; 20:15; 19:17-18 |
| 3. | Intellectual Property Licensing Agreement | Sealed in its entirety |
| 4. | MindGeek Policies & Procedures | Sealed in its entirety |
| 5. | Services Agreement between 9219-1568 Quebec Inc. and D.C.I. Daily Capital Investment Limited | Sealed in its entirety |
| 6. | First Amendment to the Services Agreement between 9219-1568 Québec Inc. and MG Freesite LTD | Sealed in its entirety |
| 7. | Excerpts from Raymond Chabot Grant Thornton Transfer Pricing Documentation | Sealed in its entirety |
| 8. | 9219-1568 Quebec Inc. Tax Return | Sealed in its entirety |
| 9. | Shareholders' Agreement | Sealed in its entirety |
| 10. | Amendment to the Shareholders' Agreement | Sealed in its entirety |
| 11. | MindGeek S.à r.l. Consolidated Financial Statements as of December 31, 2015 | Sealed in its entirety |
| 12. | MindGeek S.à r.l. Consolidated Financial Statements as of December 31, 2016 | Sealed in its entirety |
| 13. | Minutes of Board Meeting of MindGeek S.à r.l. from July 3, 2014 | Sealed in its entirety |
| 14. | Minutes of Board Meeting of MindGeek S.à r.l. from December 10, 2015 | Sealed in its entirety |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 15. | MG Freesites Ltd Report and Financial Statements as of December 31, 2018 | Sealed in its entirety |
| 16. | Minutes of Board Meeting of MG Freesites Ltd from January 5, 2015 | Sealed in its entirety |
| 17. | MG Premium Ltd Report and Financial Statements as of December 31, 2018 | Sealed in its entirety |
| 18. | Minutes of Board Meeting of MG Premium Ltd from January 5, 2015 | Sealed in its entirety |
| 19. | 9219-1568 Quebec Inc. Consolidated Financial Statements as of December 31, 2017 | Sealed in its entirety |
| 20. | Defendant Bernd Bergmair's Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction | 5:16-19, FNs 3,5; 6:7-9; 7:10-8:1; 8:5-7; 8:12-18; 18:7-8; 18:10-14; 2:19-22; 4:20-25; 6:7-9; 7:10-8:1; 8:12-18; 18:15-21; 22:8-23:3, FNs 17-18; FNs 20-2128:9-11; 28:20-24; 28, FN 26; 29:21-30:13; 5:16-19, FNs 3,5; 2:19-22; 5:16-19, FNs 3,5; 6:7-9; 7:10-8:1; 8:5-7; 9:1-9:10; 23, FN 22, 25:5-10; 2: 9; 5:14-15; 5:26 (n.4); 18:7; 18:10; 5:17; 8:7; 8:9; 8:18; 8:22-23; 8:26; 26:23-24 (n.23); 26:26 (n. 23); 2:20; 2:9 |
| 21. | Excerpts of the Transcript of the Deposition of Bernd Bergmair, dated June 15, 2023 | 105:22-106:14; 108:3-6, 8-9, 14-21; 109:8-24; 110: 5-7, 9-16; 147: 5-148:2; 163:2-4, 6, 8-25; 164:3-12; 207:24-208:19; 218:1-25; 257:4 126: 7-18, 23-25; 163: 12; 234:17, 23; 236:10, 19; 237:8-16, 19-21; 238:3, 4, 18; 239:23; 240: 10-11, 19, 23; 241:8; 73:14; 76:8; 106:3; 148:11; 148:14; 161:4; 161:5; 161:6; 161:8; 161:9; 161:13; 72:22-23; 73:7; 76:16; 76:24; 77:2; 97:12; 103:12; 103:15; 105:5; 105:9; 105:16; 109:9; 109:16; 120:5; 120:6; 120:9; 120:15-18; 122:7; 122:16-17; 127:5; 127:9; 127:18-19; 127:22; 127:23; 130:15; 130:22; 131:2; 131:14; 131:20-21; 135:5; 135:10; 135:12; 135:14; 135:23-24; 136:5 136:12-15; 136:18; 136:22; 136:25; 137:2-3; 137:5; 137:11; 138:16; 139:13; 139:14; 140:1; 140:4; 140:8; 140:14; 140:18; 140:24 150:4; 150;9; 150:21; 150:22; 151:21 122:17-18; 126:7-8; 126:12; 77:18; 194:4; 234:23; 234:25; 235:8-12; 238:12 |
| 22. | Excerpts of the Transcript of the Deposition of Feras Antoon, dated June 14, 2023 | 58:19; 59:2-3; 60:5,7; 61:20; 135:22-23 186:6-19, 21; 209:9, 12-14, 24; 210: 6-7; 231:4-9, 23-232:2; 232:9-11, 13-15, 18; 122:4-6,11,15-18; 134:15-20; 135:2-11,15-16, 22-23, 25; 52:3, 5, 8, 13, 22, 24; 56:23; 57:8, 11, 19-20; 58:9-10, 19; 59:2, 5, 7-8; 60:2, 5, 7, 9, 12, 14, 22; 61:6, 12-13, 20, 24-25; 62:4, 25; 120:23; 122:11, 17; 123:20; 148:7, 19, 23; 164:14, 19, 23; 186:12; 187:2, 5, 6, 9; 192:22; 196: 18-20; 204:13; 209:9, 12-14, 24; 210:6-7, 19 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 23. | Excerpts of the Transcript of the Deposition of David Tassillo, dated June 16, 2023 | No redaction/sealing request. |
| 24. | Excerpts of the Share Purchase Agreement dated January 30, 2023, as amended on March 15, 2023 (produced as Bergmair_Fleites_00002694) | 1 (introduction and first whereas clause), Page 16 (Section 3.01); Page 17 (Section 3.02(i), (ii), (iii)) |
| 25. | Excerpts of the Share Purchase Agreement dated January 30, 2023, as amended on March 15, 2023 | Redacted as indicated in Exhibit 25. |
| 26. | Excerpts of the Transcript of the Deposition of Andreas Andreou, dated June 1, 2023 and June 2, 2023 | 219:10-11; 220:6-9, 23-24; 221:23; 283:14-16 288:4-15; 289:19-23; 218:4-220:24; 221:8-25; 283:7-20 |
| 27. | Shareholders Agreement dated October 18, 2023 (produced as MindGeek_Fleites_00001814) | Sealed in its entirety |
| 28. | Spreadsheet produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003003) | Sealed in its entirety |
| 29. | Spreadsheet produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00003006) | Sealed in its entirety |
| 30. | Excerpts of a MindGeek S.a. r. l. Confidential Information Memorandum, dated July 2015 (produced as MindGeek_Fleites00008508) | Sealed in its entirety |
| 31. | Exhibit M to the Declaration of Ronald G. White | No redaction/sealing request. |
| 32. | Exhibit N to the Declaration of Ronald G. White | No redaction/sealing request. |
| 33. | Excerpts of a spreadsheet produced by the MindGeek Entity Defendants during jurisdictional discovery (produced as MindGeek_Fleites00066312) | Sealed in its entirety |
| 34. | Declaration of Bernd Bergmair in Support of Motion to Dismiss Second Amended Complaint | No redaction/sealing request. |
| 35. | Specially Appearing Defendants Feras Antoon and David Tassillo's Notice of Motion and Motion to Dismiss the Second Amended Complaint; Memorandum of Points and Authorities in support thereof | 20:13; 20:14; 20:15, 16; 23:20, 23:26-24:1; 24:20-26; 8:23-24; 27:2-3 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 36. | Executive Employment Agreement between Feras Antoon and 9219-1568 Québec Inc. | 2, 3, 4, 5, 17 |
| 37. | Shareholders' Agreement | Sealed in its entirety |
| 38. | Amendment to the Shareholders' Agreement | Sealed in its entirety |
| 39. | Executive Employment Agreement between Feras Antoon and 9219-1568 Québec Inc. | 3, 4, 5, 17 |
| 40. | 9219-1568 Quebec Inc. Consolidated Financial Statements December 31, 2018 | Sealed in its entirety |
| 41. | MindGeek S.à.r.l. Consolidated Financial Statements December 31, 2018 | Sealed in its entirety |
| 42. | MG Freesites Ltd. Report and Financial Statements Year ended 31 December 2018 | Sealed in its entirety |
| 43. | MG Premium Limited Report and Financial Statements Year ended 31 December 2018 | Sealed in its entirety |
| 44. | First Amendment to the Services Agreement between 9219-1568 Québec Inc. and MG Premium LTD | Sealed in its entirety |
| 45. | First Amendment to the Services Agreement between 9219-1568 Québec Inc. and MG Freesites LTD | Sealed in its entirety |
| 46. | MindGeek S.à.r.l. Board Meeting Minutes from October 25, 2016 | Sealed in its entirety |
| 47. | MG Premium Ltd Board Meeting Minutes from October 30, 2020 | Sealed in its entirety |
| 48. | MG Freesites Ltd Written Board Resolution | Sealed in its entirety |
| 49. | RT Holding S.à.r.l. Written Board Resolution | Sealed in its entirety |
| 50. | MG Freesites Ltd. Transfer Pricing Documentation prepared by Raymond Chabot Grant Thornton for fiscal year ended December 31, 2019 | Sealed in its entirety |
| 51. | The CB Defendants' Motion to Dismiss Plaintiff's SAC | 6:21-24; 7:8-17, 27-28; 8:1-25; 9:11-15 |
| 52. | Financing Agreement dated April 28, 2011 | Sealed in its entirety |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 53. | Executed Amended and Restated Financing Agreement dated October 18, 2013 | Sealed in its entirety |
| 54. | June 15, 2023 Bernd Bergmair (Excerpted) | 218:7-9; 219:3-6, 13-16, 23-25; 220:1, 3, 8-10, 25; 222:10-13, 16-17; 223:1-2, 8-10, 21-23; 224:7-8, 10-11, 20-25; 225:1, 17-19, 21-25; 226:9-12, 14-23; 227:1-15, 18-19, 23-24 |
| 55. | Redwood Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Second Amended Complaint (Case No. 2:21-cv-4920) | 6:45, 8-21, 23-25; 9:3-7; 10:20-21, 23-28; 11:1-15, 27-28; 12:21-24 (n.3); 13:11-12, 13-21, 25 (n.5), 27-28 (n.6); 18:7-9; 39:19-20; 40:5-7 |
| 56. | Exhibit A, Confidential Information Memorandum regarding Manwin Holding S.à r.l. | Sealed in its entirety |
| 57. | Exhibit B, Executed Amended and Restated Financing Agreement dated October 18, 2013 | Sealed in its entirety |
| 58. | Exhibit C, Financing Agreement dated April 9, 2018 | Sealed in its entirety |
| 59. | Exhibit D, Letter from Lucid Agency and Trustee Services Limited to MindGeek S.à r.l. | Sealed in its entirety |
| 60. | Exhibit E, Excerpts from Deposition of Bernd Bergmair | 217:19-25; 218:1-25; 219:1-25; 220:1-25; 221:1-25; 222:1-25; 223:1-25; 224:1-25; 225:1-25; 226:1-25; 227:1-25; 228:1-25; 229:1-25; 230:1-25; 231:1-25; 232:1-25; 233:1-11; 234:17, 23, 25 |
| 61. | Redacted text in Plaintiff's Omnibus Opposition which references the designated materials | 20:7-8; 21:13, 19-20, 28; 22:1-10, 28; 23:2-3, 8-9, 15-22, 24, 26-28; 24:1-5, 7-8, 10-20, 27-28; 25:1-2, 28; 26:1-2, 6-7, 18-19; 27:21-22; 43:5-8, 14-16; 44:6-7; 45:8; 59:15-20, 22-26, 27-28; 67:2-6; 68:13; 72:19, 21-23, 25-28; 73:1-10, 20-21, 27-28; 74:1-6, 10-12; 81:2-5, 23-28; 82:1-2; 83:17-21, 28; 84:1, 5-6; 64:6-9, 21-22; 65:5-6, 9-11; 65:17-20; 28:8-13, 14-16; 29:8-19; 33:5-8; 75:6-8, 10-12, 16-17; 22:27-28; 68:13; 83:20 63:12; 63:23-24; 63:27; 64:1-2; 64:23; 65:2; 65:6; 65:18; 65:27-28; 68:13; 69:5; 70:4; 70:23; 72:19 72:24-28; 73:2-3; 73:17; 73:19; 74:2; 81:20; 72:27-28; 81:20, 21; 83:20; 73:17, 19 |
| 62. | Redacted text in Declaration of Michael J. Bowe ("Bowe Decl.") which references the designated materials | 10:11; 11:25; 12:3; 12:8; 12:21; 13:3; 13:11; 13:23; 14:8; 14:16: 14:24; 17:21; 17:25; 18:7; 12:4; 19:20; 11:8; 18:24 |
| 63. | Redacted text in Plaintiff's Omnibus Opposition which references the designated materials | 17:13; 18:3-13, 16-25; 19:1-2, 8-14; 20:8-9; 40:19-2; 41:24-25, 26; 67:13-14, 17-18; 75:16-17, 28; 76:2, 20-21; 79:1-25, 18-19; 73:24-28; 74:1-6; 75:7-8; 79:18-19; 66:6-7; 78:28; 79:3-4; 80:27-28 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 64. | June 1, 2023 Andreou Deposition Transcript (excerpted) | 191:15-18 |
| 65. | June 14, 2023 Antoon Deposition Transcript (excerpted) | 47:10-11; 48:10-11, 15, 23; 49:3-4, 25; 50:1; 51:2-3; 69:2, 7, 9, 11, 22; 70:1-3, 11, 12, 14, 23, 24; 72:13-14; 77:4-5, 13-16, 19-20; 78:20-21,23, 25; 79:1; 124:18-25; 125:1-8, 23-25; 126:7, 15-25; 127:1-25; 128:1-6; 230:9-23; 273:8; 274:5-6 105:10-11; 187:2, 6, 9; 234:4; 304:5, 10-14, 16-18, 22-23; 306:3, 6-7, 22, 24; 307:4, 6; 308:20, 21; 310:11; 312:19; 313:7, 15, 17, 25; 314:23, 25; 315:9; 316:5, 9-12, 19, 20; 317:18; 318:16, 20, 22; 319:2, 13; 320:13, 14, 16, 19, 25; 321:11-13, 18-20; 322:4, 6, 25; 323:6, 7, 9, 11, 15, 25; 324:11, 17, 19, 23; 332:20, 21, 23; 341:10, 12, 13; 344:7, 8; 347:16, 17; 348:19, 21; 358:2; 359:12, 13; 363:4, 13, 15, 16; 366:4, 10, 20; 367:5, 7, 8, 21, 24; 370:19, 22, 25; 372:2; 373:6; 377:7, 9; 489:2, 4; 505:3-4, 11-12; 175:6-7; 176:6-7; 185:20-25; 186:2-10, 13-15; 187:13-24; 200:14-25; 454:19-22; 455:4-16, 20-21; 456:3-7, 25; 457:4-6; 459:3-5, 14-16, 18-25; 460:1-15, 17-25; 476:23-25; 477:1-15, 19-24; 486:4-6, 10-17, 24-25; 487:2-24, 6-7, 9-12, 16-18; 176:22-24; 192:10, 22; 193:4, 11, 14, 17; 205:4; 206:20 275:21-22; 478:25; 479:2-11, 13-15, 23-25 69:2, 7, 9, 11, 22; 71:12-15; 72:2-5, 13-14; 73:2-3, 12-13; 77:4-5, 13-16, 19-20; 124:18-25; 125:1-8,23-25; 132:16, 25; 133:4, 24-25; 134:15-18; 135:2, 4-5, 7-8, 15-16, 25; 139:2-3, 8-10, 15-17; 141:15-16, 19, 23; 142:2, 3, 4, 11, 17-20; 143:5-7, 14-16, 22-25; 144:2-3; 146:17-18; 147:3, 24-25; 148:1, 17; 149:3, 7-8; 150:22-23; 151:8, 23, 25; 152:3-5, 12-18, 24-25; 153:2-22, 25; 154:2-11, 13-16, 19; 155:15-17, 21, 23; 158:7-8 24-25; 160:14-16; 177:25; 178:2-6, 8, 10, 19, 20; 207:25; 234:21-23; 273:8; 48:17; 71:17-72:16; 72:23; 73:6; 73:7; 77:18; 78:13; 78:16; 79:5; 79:10; 79:13; 124:14; 124:16; 124:17; 140:18; 150:20; 160:24; 161:9-17; 187:24; 193:4; 209:9; 209:24; 210:6-7; 234:24; 235:6-7; 272:23; 274:4; 274:12; 274:17-19; 190:8; 275:21-22; 71:17-72:16 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 66. | June 15, 2023 Bergmair Deposition Transcript (excerpted) | 218:7; 218:9, 218:11-14, 219:5-8; 313:5, 313:14-15; 335:5-6, 8, 11-14, 17-18; 335:20-21, 23-25; 336:1-2; 282:16-17; 278:5; 283:9; 295:11 24:20-21; 25:22, & 25; 26:2, 9, 11, 17, 19-20, 24; 27:3, 7, 18; 51:15, 17, 19 & 25; 52:3, 5, 8, 13, 22 & 24; 70:20; 71:17-20, 22 & 24; 72:2, 6, 10, 13-14, 16 & 23; 73:4, 6, 7 & 12; 76:6 & 23; 77:18; 78:13, 16, 21 & 23; 79:5, 10 & 13; 103:20; 105:8, 10-11, 13-14, 19-21; 106:2-3, 5, 8, 10-11, 16; 107:5-8, 10; 108:3; 109:19; 110:3; 111:3-4, 24 & 25; 112:2, 6-7; 123:20; 124:2, 14, 16-17; 127:6; 140:18; 143:5-6; 147:6 & 9-10; 148:7, 19 & 23; 149:10-11; 151:2, 8-9, 11, 20, 23 & 25; 158:6 & 21-22; 161:8-10, 12 & 16-17; 176:10 & 15; 182:17, 20 & 22; 186:12; 187:2, 5, 6 & 9; 192:22; 196:18-20; 209:9, 12-14 & 24; 210:6-7 & 19; 235:6-7; 274:4 & 18-19; 296:8; 304:5, 10-14, 16-18, 23; 305:16; 306:3, 6, 22 & 24; 307:4, 6; 308:20-21; 310:11; 312:19; 313:7, 15, 17 & 25; 314:3, 13, 23-24; 315:9; 316:5, 9-12, 19 & 21; 317:18; 318:16, 20 & 22; 319:2 & 13; 320:13-14, 16, 19 & 25; 321:10-13, 15, 18-20; 322:4, 6 & 25; 323:6-7, 9, 11, 15, 25; 324:11, 17, 19, 23; 330:2, 11-12 & 18; 331:6,-7, 10 & 18; 332:5, 7,12, 20-21 & 23; 341:10 & 12-13; 342:8, 11 & 24; 343:5, 8; 344:7-8; 347:7, 16 & 18; 348:17-19 & 21; 358:2; 359:12-13; 363:4, 13, 15-16; 366:4, 10 & 20; 367:5, 7-9, 21 & 24; 370:19, 22 & 25; 371:21 & 23; 372:2; 373:6 & 14; 374:7, 16 & 23-24; 375:2; 376:12-14; 377:7 & 9; 454:4; 456:17 & 23-24; 457:20, 23; 458:16; 478:10; 487:24; 488:10; 489:2, 4, 7, 14, 17; 505:3-4, 11-12, 24 |
| 67. | June 16, 2023 Tassillo Deposition Transcript (excerpted) | 202:5-9, 19-23; 90:11; 92:19; 93:18; 107:15, 17; 109:3; 109:3, 14-15; 114:18-19; 124:8, 9, 21, 23, 24, 25; 252:3 ; 311:24-25; 312:2-20; 316:5-25; 317:2-9; 320:10-25; 321:3-25; 322:2-25; 323:2-10; 325:2-12, 24-25; 326:2, 10-25; 327:2-6; 346:3-10, 15-19; 311:24-25; 312:2-20; 313:14-20; 316:5-25; 317:2-9; 202:5-9, 19-23 161:18; 161:22; 162:7-8; 162:14; 162:17; 162:20; 163:2; 163:4; 163:7; 163:9; 163:14; 163:19; 163:20; 163:23; 164:2; 164:13-15; 164:25; 165:22; 166:2; 167:2; 167:13 60:23-24; 85:25; 90:11; 92:19; 93:18; 93:20; 107:15; 107:17; 108:23; 109:3; 109:14-15; 109:19-20; 115: 5, 12; 114:18-19; 124:8, 9, 11, 21, 24, 25; 161: 18-19, 22; 162: 7, 14, 17, 20; 163: 4, 7, 9, 14, 19, 20, 23; 164: 2, 13, 14, 15, 25; 165: 5-6, 22; 166:2; 167:2, 13; 168:4-6, 11-12; 202:2, 8, 12 |
| 68. | October 15, 2013 Manwin Holding S.a.r.l., Project No Name, Step Memorandum | Sealed in its entirety |
| 69. | 2018 Report and Financial Statements for | Sealed in its entirety |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| | 2019 Report and Financial Statements for | Sealed in its entirety |
| | 2014 Report and Financial Statements for | Sealed in its entirety |
| | 2015 Report and Financial Statements for | Sealed in its entirety |
| | 2017 Report and Financial Statements for | Sealed in its entirety |
| | 2016 Report and Financial Statements for | Sealed in its entirety |
| 70. | July 1, 2014 Alchemy Capital Planning LLC, Memorandum | Sealed in its entirety |
| 71. | Expert Declaration in Support of Plaintiff's Opposition | 6:5-13, 22-25 |
| 72. | April 2017 Confidential Information Memorandum - MindGeek S.a.r.l. | Sealed in its entirety |
| 73. | July 2015 Confidential Information Memorandum - MindGeek S.a.r.l. | Sealed in its entirety |
| 74. | March 16, 2023 Share Pledge Agreement | Redacted as indicated in Exhibit 74. |
| 75. | Excel spreadsheet for MG Premium Ltd.'s list of suppliers with expenses of $500,000 and more expensed in Website operating expenses | Sealed in its entirety |
| 76. | Excel spreadsheet for MG Freesites Ltd.'s list of suppliers with expenses of $500,000 and more expensed in Website operating expenses | Sealed in its entirety |
| 77. | May 2014 Confidential Information Memorandum - MindGeek S.a.r.l. | Sealed in its entirety |
| 78. | MG Freesites Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses | Sealed in its entirety |
| 79. | MG Premium Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses | Sealed in its entirety |
| 80. | September 22, 2022 Defendant Feras Antoon's Responses and Objections to Plaintiff's First Set of Interrogatories | 4:20-26; 7:26-28, 8:2-5, 9:16, 18 |
| 81. | September 22, 2022 Defendant Bernd Bergmair's Objections and Responses to Plaintiff's First Set of Interrogatories | ECF 11:16-17; ECF 7:26; ECF 7:24-25 |
| | June 14, 2023 Defendant Bernd Bergmair's Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories | ECF 20:14 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| | June 15, 2023 Defendant Bernd Bergmair's Responses and Objections to Plaintiff's Second Set of Interrogatories | ECF 33:15; ECF 34:7; ECF 36:21; ECF 37:12 ECF 34:25; 35:11; 35:14-15; 35:27; 36:1; 36:5 ECF 33:15 |
| 82. | Bergmair_Fleites_00000001 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000003 -- Letter from Visa and National Center on Sexual Exploitation | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000009 -- Internal MindGeek Notes; "The news media" | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000011 -- Draft Letter from MindGeek addressing concerns raised by VISA | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000024 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000025 -- Letter from MindGeek addressing concerns raised by VISA to CardWorks Acquiring | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000038 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000041 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000042 -- Letter from MindGeek to Mastercard | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000080 -- Letter from MG Billing US Corp to partners addressing allegations | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000084 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000085 -- Letter from MindGeek addressing allegations | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000087 -- Feras Antoon contact information | No redaction/sealing request. |
| | Bergmair_Fleites_00000088 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000089 -- Letter from MindGeek addressing allegations | Redacted as indicated in Exhibit 82. |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| | Bergmair_Fleites_00000091 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000093 -- Letter from MindGeek addressing allegations | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000095 -- Emails between MindGeek Employees, Patreus and Mitchell Silberberg & Knupp LLP | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000097 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000099 -- Spreadsheet titled "Guidelines" | Sealed in its entirety |
| | Bergmair_Fleites_00000100 -- 2 Spreadsheets containing keywords in relation to CSAM, etc. | Sealed in its entirety |
| | Bergmair_Fleites_00000101 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000103 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000106 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000107 -- Draft Letter from MindGeek addressing concerns raised by VISA | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000124 -- Feras Antoon contact information | No redaction/sealing request. |
| | Bergmair_Fleites_00000125 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000128 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000130 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000132 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000134 -- Teams Meeting Invite between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000135 -- Letter from MindGeek addressing concerns raised by VISA to CardWorks Acquiring | Redacted as indicated in Exhibit 82. |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| | Bergmair_Fleites_00000139 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000141 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000142 -- "Partnerships and government contacts - Summary" | Redacted |
| | Bergmair_Fleites_00000144 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000147 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000150 -- Spreadsheet titled "Black Channels," "Grey Channels" | Sealed in its entirety |
| | Bergmair_Fleites_00000152 -- Emails between MindGeek Employees and Patreus | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000154 -- Spreadsheet titled "Black Channels" | Sealed in its entirety |
| | Bergmair_Fleites_00000156 -- Spreadsheet titled "Grey Channels" | Sealed in its entirety |
| | Bergmair_Fleites_00000158 -- Spreadsheet titled "Black Channels" | Sealed in its entirety |
| | Bergmair_Fleites_00000160 -- Spreadsheet titled "Grey Channels" | Sealed in its entirety |
| | Bergmair_Fleites_00000162 -- Excel Sheets containing keywords | Sealed in its entirety |
| | Bergmair_Fleites_00000164 -- Emails between MindGeek Employees | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000165 -- June 30, 2020 letter from MindGeek to Merrick Bank addressing allegations | Redacted as indicated in Exhibit 82. |
| | Bergmair_Fleites_00000177 -- Feras Antoon contact information | No redaction/sealing request. |
| 83. | Bergmair_Fleites_00000982 -- Emails exchanged between MindGeek employees with the subject lines "week 2 transition milestones" and "PEI week 2 transition milestones" | Redacted as indicated in Exhibit 83. |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 84. | Bergmair_Fleites_00000984 -- Emails exchanged between MindGeek employees with the subject line "Revised CIM and Refi Term sheet for Blake's" | Redacted as indicated in Exhibit 84. |
| 85. | Bergmair_Fleites_00001068 -- Emails exchanged between MindGeek employees with the subject line "2018 Strategy session-Day 3 Summary_V3" | Redacted as indicated in Exhibit 85. |
| 86. | Bergmair_Fleites_00001069 -- MindGeek 2018 - Strategy Brainstorming, Summary and Action Items | Sealed in its entirety |
| 87. | Bergmair_Fleites_00001088 -- Emails exchanged between MindGeek employees and Frank Di Rocco | Redacted as indicated in Exhibit 87. |
| 88. | Bergmair_Fleites_00001098 -- MindGeek S.a.r.l., Corporate Overview | Sealed in its entirety |
| 89. | Bergmair_Fleites_00001133 -- Emailed meeting invitation between MindGeek employees with the subject line "Meeting (Bernard, Feras, David, Eddy)" | Redacted as indicated in Exhibit 89. |
| 90. | Bergmair_Fleites_00001134 -- Emailed meeting invitation exchanged between MindGeek employees with the subject line "Spago Beverly Hills" | Redacted as indicated in Exhibit 90. |
| 91. | Bergmair_Fleites_00001220 -- Emails exchanged between MindGeek employees with the subject line "kink acquisition" | Redacted as indicated in Exhibit 91. |
| 92. | Bergmair_Fleites_00001235 -- Emails exchanged between MindGeek employees and Google with the subject line "Google Response to MindGeek RFP for GCP" | Redacted as indicated in Exhibit 92. |
| 93. | Bergmair_Fleites_00001263 -- Emails exchanged between MindGeek employees with the subject line "Online Harms White Paper" | Redacted as indicated in Exhibit 93. |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 94. | Bergmair_Fleites_00001346 -- Emailed meeting invitation exchanged between MindGeek employees with the subject line "Invitation: HOLD Meeting \| MindGeek - Bernard Bergmair, Chairman of t... @ Fri May 17, 2019 11 am - 11:45 am (PDT) (bernard@patreus.com)" | Redacted as indicated in Exhibit 94. |
| 95. | Bergmair_Fleites_00001357 -- Emails exchanged between MindGeek employees with the subject line "Bank pack" | Redacted as indicated in Exhibit 95. |
| 96. | Bergmair_Fleites_00001380 -- August 2019 MindGeek S.a.r.l. Management Presentation | Sealed in its entirety |
| 97. | April 2020 Emails exchanged between MindGeek employees with the subject line "Project OTHER" | Redacted as indicated in Exhibit 97. |
| 98. | Emails exchanged between MindGeek employees with the subject line "May 2020 Budget" | Redacted as indicated in Exhibit 98. |
|  | Excel spreadsheet labeled "MindGeek Group Pro forma BS Cash Flow and EBITDA Budget – May 2020" | Sealed in its entirety |
| 99. | Emails exchanged between MindGeek employees with the subject line "Mastercard request" | Redacted as indicated in Exhibit 99. |
| 100. | Emails exchanged between MindGeek employees with the subject line "Project OTHER" | Redacted as indicated in Exhibit 100. |
| 101. | 2020 Emails exchanged between MindGeek employees with the subject lines "[External] Upcoming calls" and "FW: Legal Tubes Audit update" | Redacted as indicated in Exhibit 101. |
| 102. | Emails exchanged between MindGeek and Patreus with the subject line "ltr" | Redacted as indicated in Exhibit 102. |
| 103. | Letter from RT Holding S.a.r.l. (represented by MindGeek S.a.r.l.) | Sealed in its entirety |
| 104. | Letter from RT Holding S.a.r.l. (represented by MindGeek S.a.r.l.) | Sealed in its entirety |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 105. | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" | Redacted as indicated in Exhibit 105. |
| 106. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 107. | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" | Redacted as indicated in Exhibit 107. |
| 108. | Letter re payment directions | Sealed in its entirety |
| 109. | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" | Redacted as indicated in Exhibit 109. |
| 110. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 111. | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" | Redacted as indicated in Exhibit 111. |
| 112. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 113. | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" | Redacted as indicated in Exhibit 113. |
| 114. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 115. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 116. | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" | Redacted as indicated in Exhibit 116. |
| 117. | Emails exchanged between MindGeek and Patreus with the subject line "pmt ltr" | Redacted as indicated in Exhibit 117. |
| 118. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 119. | Emails exchanged between MindGeek and Patreus with the subject line "ltr" | Redacted as indicated in Exhibit 119. |
| 120. | Letter to RT Holding S.a.r.l. | Sealed in its entirety |
| 121. | Emails exchanged between MindGeek and Patreus with the subject line "payment" | Redacted as indicated in Exhibit 121. |
| 122. | Letter from RT Holding S.a.r.l. (represented by MindGeek S.a.r.l.) | Sealed in its entirety |
| 123. | February 14, 2017 Services Agreement | Sealed in its entirety |
|  | Termination Agreement | Sealed in its entirety |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| | February 14, 2017 Server Cost Sharing Agreement | Sealed in its entirety |
| | Termination Agreement | Sealed in its entirety |
| | January 1, 2016 Services Agreement | Sealed in its entirety |
| | January 1, 2019 Services Agreement | Sealed in its entirety |
| | November 1, 2020 Services Agreement | Sealed in its entirety |
| | Server Cost Sharing Agreement | Sealed in its entirety |
| | First Amendment to the Server Cost Sharing Agreement | Sealed in its entirety |
| 124. | IP License Agreement | Sealed in its entirety |
| 125. | 2014 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 126. | 2015 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 127. | 2016 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 128. | 2017 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 129. | 2018 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 130. | 2019 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 131. | 2020 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 132. | 2021 MindGeek Group Financial Reporting Package | Sealed in its entirety |
| 133. | Further Amended and Restated Executive Employment Agreement 2018 - 2024 for Feras Antoon | 2, 3, 4, and 5 |
| 134. | Further Amended and Restated Executive Employment Agreement between 92191568 Quebec Inc. and David Tassillo | 4, 5, 6, and 12 |
| 135. | Emails exchanged between MindGeek and Polley Faith with the subject line "Inquiries from UK" | Redacted as indicated in Exhibit 135. |
| 136. | Emails exchanged between MindGeek and Patreus with the subject line "ltr" | Redacted as indicated in Exhibit 136. |
| 137. | Letter from RT Holding S.a.r.l. | Sealed in its entirety |
| 138. | Letter from RT Holding S.a.r.l. | Sealed in its entirety |
| 139. | Emails exchanged between MindGeek and Patreus with the subject line "ltr" | Redacted as indicated in Exhibit 139. |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 140. | Letter from RT Holding S.a.r.l. | Sealed in its entirety |
| 141. | Email exchanged between MindGeek and Patreus with the subject line "dividends" | Redacted as indicated in Exhibit 141. |
| 142. | Emails exchanged between MindGeek and Patreus with the subject line "Summary of 2019 details" | Redacted as indicated in Exhibit 142. |
| 143. | Emails exchanged between MindGeek and Patreus with the subject line "Re: div history" | Redacted as indicated in Exhibit 143. |
| 144. | Excel Sheet with a Tab named "Shareholder dis from 2014" | Sealed in its entirety |
| 145. | Emails exchanged between MindGeek and Patreus with the subject line "2019 distributions" | Redacted as indicated in Exhibit 145. |
| 146. | Excel Sheet with Bergmair distributions | Sealed in its entirety |
| 147. | MindGeek S.a.r.l., Consolidated Financial Statements | Sealed in its entirety |
| 148. | March 1, 2010 Hosting Agreement | Sealed in its entirety |
| 149. | Excel titled, "LIPI Expenses Allocation" (2019) | Sealed in its entirety |
| 150. | Excel titled, "LIPI Expenses Allocation" (2014) | Sealed in its entirety |
| 151. | Excel titled, "LIPI Expenses Allocation" (2015) | Sealed in its entirety |
| 152. | Excel titled, "LIPI Expenses Allocation" (2016) | Sealed in its entirety |
| 153. | Excel titled, "LIPI Expenses Allocation" (2017) | Sealed in its entirety |
| 154. | Excel titled, "LIPI Expenses Allocation" (2018) | Sealed in its entirety |
| 155. | Excel titled, "LIPI Expenses Allocation" (2020) | Sealed in its entirety |
| 156. | October 18, 2013 Shareholders' Agreement | Sealed in its entirety |
| 157. | Reply In Support of Motion to Dismiss of Defendants MindGeek S.A R.L., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc, and 9219-1568 Quebec Inc. | 14:4-18; 15:5-15, 26; 16:6-8; 17:2; 19:20-26; 20:2-4 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 158. | Declaration of Peter A. Biagetti in support of Reply in support of the MindGeek Defendants' Motion to Dismiss | 2:27-28; 3:1-2, 4-8 |
| 159. | Exhibit 1 [Entire Exhibit Filed Under Seal Pursuant to Application to Seal] Further Amended and Restated Executive Employment Agreement 2018 – 2024 between Quebec Inc. And Feras Antoon | 2-5,17 |
| 160. | Exhibit 2 [Entire Exhibit Filed Under Seal Pursuant to Application to Seal] Further Amended and Restated Executive Employment Agreement for David Tassillo dated October 18, 2013 | 4-6, 12, 18 |
| 161. | Exhibit 3 [Entire Exhibit Filed Under Seal Pursuant to Application to Seal] Share Purchase Agreement dated January 30, 2023 and amended March 15, 2023 | Sealed in its entirety |
| 162. | Exhibit 4 [Entire Exhibit Filed Under Seal Pursuant to Application to Seal] Share Purchase Agreement dated January 30, 2023 between FDCO Holding Inc. ("Vendor") and ECP One Limited ("Purchaser") | Sealed in its entirety |
| 163. | Exhibit 5 [Entire Exhibit Filed Under Seal Pursuant to Application to Seal] MG Freesites Ltd. List of Suppliers with expenses of $500k or more (spreadsheet) | Sealed in its entirety |
| 164. | Exhibit 6 [Entire Exhibit Filed Under Seal Pursuant to Application to Seal] MG Premium Ltd. List of Suppliers with expenses of $500k or more (spreadsheet) | Sealed in its entirety |
| 165. | Defendant Bernd Bergmair's Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint [FRCP 12(B)(2)] and for Failure to State a Claim [FRCP 12(B)(6)]; Memorandum and Points of Authorities | 3:24-27, n. 4; 6:11-17; 7:8, 9, 11; 13:25-28; 14:27-28; 15:16-18; 6:11-17; 7:8, 9, 11; 12:17-20, 20-23; 13:1-2, 18-21; 14:11-12, 14-20; 15:14-15, 16-18, 20-28; 12:17-20, 20-23; 13:1-2, 18-21, 25-28; 14:14-16, 17-20; 1:17; 3:3; 6:1 7:22-24 (n. 9); 11:21-22 (n. 166); 16:10 15:17-18 (n. 25) |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 166. | June 14, 2023 Feras Antoon Deposition (excerpted) | 286:9-11, 19-21; 395:19-22, 25; 505:3-4, 11-12, 24-25; 506:4-9 |
| 167. | June 16, 2023 David Tassillo Deposition (excerpted) | 21:5, 11, 15, 16, 21, 23, 24 |
| 168. | June 2, 2023 Andreas Andreou Deposition (excerpted) | 201:2, 11-12, 14-15, 18-19, 22-23; 202:1-11, 14-16, 20-21, 24 |
| 169. | Distribution chart | Redacted as indicated in Exhibit 169. |
| 170. 171. | August 5, 2020 emails from P. Poire Cote to Bernard P and cc'ing E. DiSanto and H. Zhu re: Summary of 2019 Dividends and attaching Shareholder Distribution Summary | Redacted as indicated in Exhibits 170 & 171. |
| 172. | June 15, 2023 Deposition of Bernd Bergmair (excerpted) | 39:3-4, 6-8, 17-19, 21-22, 24-25; 40:1-24; 41:4; 41:16-19, 21-24 |
| 173. | Defendants Feras Antoon and David Tassillo's Reply in Further Support of their Motion to Dismiss the Second Amended Complaint | 7:12-13, 18; 8:9-10, 23-27 (fn 6); 9:11-12, 14, 16-19; 10:20-21; 11:13-14; 11:26-28; 7:23-24 8:27 (n.6); 9:10-12; 7:24, 9:12 |
| 174. | Defendants Colbeck Capital Management LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC's Reply in support of their Motion to Dismiss the Second Amended Complaint | 1:7; 6:21; 11:14-17; 12:2-3; 15:15-17, 19, 26; 16:14-17 |
| 175. | Redwood Defendants' Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint | 2:16; 3:7-10, 19-20, 24-25; 4:1; 19:27-28; 27:2-3 |
| 176. | Omnibus Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendants | 33:3-4; 36:8; 60:21; 60:22; 70:12-15; 70:18-20 |
| 177. | Declaration Of Andreas Alkiviades Andreou in Support of The MindGeek Defendants' Motion to Dismiss | 3:3-8; 3:25-28; 4:1-8; 4:22, 24; 5:6-9, 11-12, 14-15, 17; 6:16, 19-20; 7:1-15, 22-26; 8:1-9; 9:12-20; 11:3-10; 13:3-10; 15:3-10 |
| 178. | Reply in Support of Motion to Dismiss of Defendants MindGeek S.A R.L., MG Freesites Ltd, Mg Premium Ltd, MindGeek USA Incorporated, Mg Global Entertainment Inc, and 9219-1568 Quebec Inc. | 32:16-17, 19-20 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 179. | Defendant Bernd Bergmair's Reply in Support of Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction [FRCP 12(B)(2)] and for Failure to State a Claim [FRCP 12(B)(6)]; Memorandum of Points And Authorities | 3:19-20; 5:14, 24-28; 4:14-15; 5:24-28; 1:11; 3:15; 4:19; 7:5-6; 6:15 |
| 180. | Defendants Colbeck Capital Management, LLC; CB Media Ventures Dd, LLC; CB Agency Services, LLC; And CB Participations Spv, LLC's Reply in Support of Their Omnibus Motion to Dismiss | 4:13-18, 22-26; 19:26 - 20:1-3; 18: FN 11; 20:6-10; 20:27-28; 24:22-24 |
| 181. | Redwood Defendants' Omnibus Reply In Support of Motion to Dismiss Complaints In Related Cases | 4:9, 12, 14; 29:18-19; 30:6-7 |

| EXHIBIT NO. | DOCUMENT TITLE | MATERIAL TO BE SEALED |
|---|---|---|
| 182. | Second Amended Complaint | 75:1-8; 124:5, 7; 139:20, 21, 24, 25, 26, 28; 140:1-2, 11, 15; 78:16; 79:27, 28; 80:2, 3, 4, 7-8, 9-11, 22-26; 85:7-8, 12-22; 86:2-3; 87:25-28; 88:1-4; 100:6-16; 124:13-15; 153:26; 154:9-10, 16; 101:5-7, 14-26; 102:6-18, 24-26; 103:20-24; 204:1-12, 14-25; 105:1-5, 7-8, 14-17, 19-23; 106:21-24; 107:15-16, 20-21, 22-27; 108:1-4, 10-11, 13-15, 16-17, 19-26, 28; 109:1-2, 4-19, 27; 110:4-78, 13-16, 20-21; 111:5, 22-24; 112:2-3, 11-17, 23-28; 113:1-5, 7-17; 115:17-18, 20-28; 116:1-2, 13-28; 117:7-11, 15-16, 27; 118:2-3, 8, 11; 124:28; 125:1; 126:5, 9-11, 25-28; 127:1-22, 25-28; 128:1-2, 4-5, 8-10, 14, 18-27; 129:7-15; 132:14-15; 140:5-8; 50:25-27; 80:3; 80:7-9; 100:24-25; 101:3-4; 102:21; 109:20; 112:15-16; 112:23; 112:27-28; 113:7; 128:2-3; 129:11; 2:11; 7:13; 37:23; 38:4; 50:27; 50:28; 52:27; 80:13-14; 100:18; 101:2-4; 101:12; 101:14-28 (MindGeek_Fleites_00015788); 102:4-5; 102:6-20; (MindGeek_Fleites_00015787); 102:21-23; 103:4; 103:18; 104:18-21; 104:25; 105:1; 106:5; 106:12-16; 106:24; 106:26; 107:4; 107:7; 107:10; 107:12; 107:15; 107:19; 107:21; 108:2; 108:14; 109:7; 109:25-26; 110:4; 110:6; 110:7; 110:9; 110:10; 110:18; 110:20; 110:21; 110:25; 110:28; ; 111:11; 111:13; 111:16; 111:25; 111:27-112:1; 112:13; 112:15-16; 112:23; 112:25-113:1; 113:20-21; 113:25-26; 114:3-4; 114:7-8; 114:11-13; 115:17; 115:20-21; 115:24-26; 119:1-2; 119:5; 119:28; 120:6; 120:13; 121:6; 121:8; 121:16; 123:26; 124:27- 28; 128:1; 128:3; 140:17; 101:14-28 (MindGeek_Fleites_00015788); 102:6-20 (MindGeek_Fleites_00015787); 118:28-119:1 115:17; 115: 20-21; 115: 24-26 |