# EXHIBIT 22

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

CONFIDENTIAL

                                        Page 1

1

2     UNITED STATES DISTRICT COURT

      CENTRAL DISTRICT OF CALIFORNIA

3     CASE No. 2:21-CV-04920-CJC-ADS

4     - - - - - - - - - - - - - - - - - - - - - - - - -x

5     SERENA FLEITES,

6                               Plaintiff,

7               -against-

8     MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA

      INCORPORATED; MG PREMIUM LTD.; MG GLOBAL

9     ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND

      BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY

10    URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;

      BERGMAIR DOES 1-5,

11

12                              Defendants.

      - - - - - - - - - - - - - - - - - - - - - - - - -x

13

14

15      CONFIDENTIAL VIDEOTAPED DEPOSITION OF

16                  FERAS ANTOON

17              NEW YORK, NEW YORK

18            WEDNESDAY, JUNE 14, 2023

19                  9:07 a.m.

20

21    REPORTED BY:

22    DANIELLE GRANT

23    JOB NO.: 5945613

24

25

CONFIDENTIAL

Page 52

```
 1                CONFIDENTIAL - ANTOON
 2    I'm not sure --
 3         Q    When you say ███████ you're
 4    looking across the table.
 5               Are you talking about Mr. ████████
 6    sitting there?
 7         A    Correct.
 8         Q    Who is Mr. ████████
 9         A    He is the chief legal officer of
10    MindGeek.
11         Q    Okay.  Who does he answer to?
12         A    He reports to me.
13         Q    Who did Mr. ████████ answer to?
14         A    Technically on paper, he reported
15    to me.  But it wasn't like that.  We were
16    kind of equal in running the business.
17         Q    Running the business.
18               What about Mr. Tassillo, who did
19    he report to?
20         A    Sorry, you said Tassillo?
21               MR. BROWN:  No.  No.
22         Q    I said ████████
23         A    Oh, sorry.  I misunderstood.
24               ████████ reported to me.
25         Q    Okay.  And Mr. Tassillo?
```

CONFIDENTIAL

Page 56

1                    CONFIDENTIAL - ANTOON

2        A     Most, I don't know.

3    Knowledgeable, yes.

4        Q     Equal to you?

5              MR. BROWN:  Object to the form.

6        A     Hard to say what "equal" means.

7        Q     You don't know what equal means?

8              MR. BROWN:  Object to the form.

9        Argumentative.

10       A     We have different silos of

11   knowledge.  What he knows is very different

12   from what I know.

13       Q     Okay.  What do you know?

14             MR. BROWN:  Object to the form.

15       Vague.

16       A     I was more on the product side.

17   He was more on the services side.

18       Q     Let's -- let's understand that.

19             You were on the product side.

20   What does that mean?

21       A     So, example, VPs who reported to

22   me were the chief product Officer;

23   ██████████████████████████  and, you

24   know, the HR VP -- sorry, the HR.  Those --

25   those four reported to me.

CONFIDENTIAL

Page 57

1          CONFIDENTIAL - ANTOON
2               For services, you had the CTO
3    report to David, you had the VP of operations
4    report to David, and you had the VP of sales
5    report to David.  So very different
6    functions, very different knowledge.
7          Q    Okay.  So on the product side you
8    had the chief product officer ███████████
9               What did the chief product officer
10   do?
11         A    ██████████  was not the chief
12   product officer.
13         Q    Okay.  There's a transcription
14   error.  So let me --
15              Who was the chief product officer?
16         A    Can you repeat the question.  I'm
17   sorry.
18         Q    Who was the chief product officer?
19         A    █████████████   ████████████
20   ██████████
21         Q    What does the chief product
22   officer do?
23         A    All the product VPs report to him.
24         Q    I'll follow up on that and we'll
25   dig a little deeper.

CONFIDENTIAL

Page 58

```
 1              CONFIDENTIAL - ANTOON
 2         When you say "all the product
 3   VPs," how many product VPs are there?
 4       A    VP of Tubes, VPO of pay sites, VP
 5   of TV services, VP of games.  I think that's
 6   it.
 7       Q    Who was the VP of Tubes when you
 8   left?
 9       A    ███████████████  Sorry.  When I left,
10   ███████  has -- has -- had already been -- had
11   already left.
12       Q    Okay.  Before -- when did he
13   leave?
14       A    I believe August 2022.
15       Q    You left in June 2022?
16       A    I'm sorry.
17            August 2021.  Sorry.
18       Q    Okay.  Who was the pay sites VP?
19       A    ██████████████████████  Oh, boy.
20       Q    Can you spell it for the court
21   reporter?
22       A    I'm going to try.
23            MR. BROWN:  I think he was afraid
24   of that next question.
25            MR. BOWE:  Well, we can do it --
```

CONFIDENTIAL

Page 59

1              CONFIDENTIAL - ANTOON

2     A     ███████████████████████████

3     ████████████

4     Q     And the TV segment, who is the VP?

5     A     █████████████

6     Q     And who was the VP of games?

7     A     █████████████

8     Q     ███████████  is your brother?

9     A     Yes.

10    Q     Now, what did the VPs of all

11    these -- would you call them segments?

12    Departments?  What did you call them?

13    A     Divisions, yes.

14    Q     Divisions.  What -- what were

15    their responsibilities as the head of that

16    division -- head of each division?

17          MR. BROWN:  Object to the form.

18    A     Each had several directors under

19    them, and their role was to manage,

20    supervise the directors.  Directors had

21    managers under them.  Managers had team

22    leads.  Team leads had project managers.

23    It's a very big structure.  I mean, we had a

24    thousand six hundred people, so that's --

25    that's how we did it.

CONFIDENTIAL

Page 60

CONFIDENTIAL - ANTOON

1
2        Q     Okay.  ████████████  worked out of
3    Montreal?
4        A     Yes.
5        Q     ████████████  who was the VP of pay
6    sites, he worked out of where?
7        A     ████████████████  He worked out
8    of Montreal.
9        Q     ████████████████  that's an easy one.
10   He worked out of?
11       A     Los Angeles.
12       Q     Okay.  And  ████████████████
13       A     Montreal.
14       Q     Okay.  And then  ████████  was the --
15   their boss?
16       A     Correct.
17       Q     Did he work out of Montreal?
18       A     Yes.
19       Q     So they basically ran each of
20   those divisions?
21       A     Correct.
22       Q     And then,  ████████  reported to you?
23       A     Correct.
24       Q     All right.  Who was the other
25   director who was under you who reported to

CONFIDENTIAL

Page 61

```
                    CONFIDENTIAL - ANTOON
 1
 2     you on the product side.  You ran the
 3     product side.
 4          A     There was no directors reporting
 5     to me.  The VPs only.
 6          Q     Okay.  So ███████ was a VP?
 7          A     He was chief product officer.
 8          Q     Okay.  So what other chief
 9     officers on the product side?  You said
10     there were four.
11          A     Four VPs that reported in to
12     ████████    ████████   reported to me.
13          Q     Okay.  So is ████████ the only --
14     when you talked about -- you dealt with
15     operations and I asked you who was involved
16     with that.  I thought you said there were
17     four people you dealt with.
18          A     Correct.  The HR VP.
19          Q     Who is that?
20          A     ███████████████████  And then she
21     left and there was a void.  We didn't have a
22     VP, HR.
23          Q     Okay.
24          A     Chief financial officer, ████████
25     ████████  Chief legal officer ███████████████
```

CONFIDENTIAL

Page 62

```
 1              CONFIDENTIAL - ANTOON
 2        Q    Okay.
 3        A    And the chief product officer,
 4   ████████████████    Those four reported to me.
 5        Q    Okay.  And you described that as
 6   operations?
 7        A    No.  We describe it as product.
 8   Operations --
 9        Q    Product.  I'm sorry.
10        A    -- was more David.
11        Q    No, I -- you're right.  You said
12   product.
13             Okay.  So who would have been
14   under David?  What functions?
15        A    The CTO, the chief technical
16   officer.  VP operations, which included many
17   directors of processing.  Banking is one.
18   Customer care is two.  Search engine
19   optimization is three.  Customer care,
20   banking, SCO.  Yeah, those are the three
21   under the VP operation.  He also had the VP
22   of sales.  Sales, operation, CTO.  I believe
23   that's it.
24        Q    Okay.  Who was the CTO?
25        A    ██████████████████████████    I
```

CONFIDENTIAL

Page 63

                    CONFIDENTIAL - ANTOON

1

2   believe.

3        Q    Okay.  And how many people did he

4   have working for him?

5        A    Over 300 I believe.

6        Q    Did he have the most people

7   working under him?

8             MR. BROWN:  Object to the form.

9        A    Either he or VP operation, both

10  had massive teams.

11       Q    Okay.

12       A    So both in the 300, 400 even.  I'm

13  not sure of the number.

14       Q    And what -- I want to understand

15  the difference between what the CTO was

16  responsible for the VP operations was

17  responsible for.

18            So the CTO's team would have been

19  involved in what?

20       A    It's engineering, purely engineer.

21       Q    Okay.

22       A    Technology, software.

23       Q    All right.  So let's talk about --

24  when I hear engineering, I think about

25  someone building a bridge, so let me -- let

CONFIDENTIAL

Page 80

1                    CONFIDENTIAL - ANTOON

2        Q    But you never really understood

3    who actually owned which entity?

4             MR. BROWN:  Object to the form.

5        A    So I'm not a lawyer or an

6    accountant.  I'm an engineer.

7        Q    Right.

8        A    What mattered to me was the end

9    goal, how much percentage each.  That's what

10   mattered.

11       Q    But you were the CEO of this

12   company, right?

13       A    Of MindGeek Canada, yes.

14       Q    Okay.  Earlier you said you were a

15   CEO of MindGeek?

16       A    You might have tricked me in the

17   question.  MindGeek Canada, yes.

18       Q    Okay.  All right.  So with respect

19   to who you are a CEO of, you make a

20   distinction?

21            MR. BROWN:  Object to the form.

22       A    Yeah.  I'm a CEO of MindGeek

23   Canada.  I -- the employees in Cyprus, they

24   don't report to me.  I don't know them.

25            MR. BROWN:  Object to the form.

                                            **Page 120**

1                        CONFIDENTIAL - ANTOON

2              MR. BROWN:  Object to the form.

3         A      Familiar, yes.

4         Q      Okay.  Are you familiar with the

5    organizational charts at MindGeek?

6         A      Will I be able to name each one,

7    no.

8         Q      Okay.  Have you looked at the

9    organizational charts of MindGeek in

10   preparation for your deposition?

11        A      I don't know if this specific one,

12   I've looked at an organizational chart.

13   They've changed over time. I don't know

14   which year is this -- oh, yeah, 2013.  I

15   don't know of this specific one.  I'm not

16   sure.

17        Q      But as the CO of MindGeek, you

18   understood its corporate organization or did

19   you or not?

20              MR. BROWN:  Object to the form.

21        A      I understood how important the

22   corporate organization is.  When they formed

23   it, Grant Thornton and ███████ worked in

24   conjunction.  They've explained to me that

25   they -- that they did it.  Did I -- was I on

CONFIDENTIAL

Page 122

1               CONFIDENTIAL - ANTOON

2       A    MindGeek Holding Inc. Canada.

3       Q    Okay.  And how do you know that?

4       A    ██████████████████████████████

   ██████████████████████████████████████

   ████████████████████

7       Q    Okay.  And then how many does

8   MindGeek Canada own of MindGeek S.a.r.L.?

9       A    I'm not sure.

10      Q    Okay.  Does it say on this chart?

11      A    ████████████████████, but I'm not

12   sure.

13      Q    Okay.  So, as you -- as you sit

14   here today, even looking at this chart it

15   doesn't refresh your recollection that ████

   ████████████████████████████████

   ████████████████████████████████████

   ████████████████████?

19           MR. BROWN:  Object to the form.

20      A    I know that's what it says.  I was

21   not part of them when they built -- when

22   Grant Thornton and the CFO built the

23   organizational chart.  I know that they feel

24   that's important.  I know that each

25   corporate entity does have a function.  I

CONFIDENTIAL

Page 123

CONFIDENTIAL - ANTOON

1    was not part of when they built it.  I know

2    the total shares I own.

3        Q    I understand.  My question is I'm

4    asking you, you -- as the owner looking at

5    this chart, you can't tell me which of these

6    entities you actually own shares in; is that

7    right?

8        A    Yeah, I'm not sure.  I know who to

9    ask if I wanted that answer.

10       Q    Okay.  So, and you said this --

11   this organization has changed somewhat, but

12   your ownership has not changed, right?

13       A    Correct.

14       Q    Okay.  So for ten years, you never

15   gained an understanding of which entity here

16   you're an owner of?

17           MR. BROWN:  Object to the form.

18       A    If I needed a question on the

19   organizational chart, I would ask ████   I

20   will give you a simple example.  I do not

21   know my kids' mobile numbers, cell numbers

22   by heart.  I love my kids.  If I want to

23   call my kids, I grab the phone and I press

24   on their name.  If I needed anything here, I

CONFIDENTIAL

Page 126

1              CONFIDENTIAL - ANTOON

2              MR. BROWN:  Object to the form.

3       A    Yes.  MindGeek L'entreprise and

4    MindGeek Canada is known 9 -- is known as

5    92 -- 9928156 -- sorry, 91 -- I'm mixed up

6    with the numbers now.  92191658.  That is

7    the entity that I get paid from and that's

8    the entity I'm the CEO of, 92191568.  Yes.

9       Q    So you -- so if you look on the

10   right-hand side of your org chart, the last

11   column, second -- the one in the middle, it

12   says 92191568.

13           Do you see that?

14      A    Correct.

15      Q    Is that the entity you were

16   getting your dividends from?

17      A    I believe so.

18      Q    Okay.  Not the entity on top

19   that's called MindGeek Holdings, right?

20      A    I'm not sure.

21      Q    That's the one you thought you

22   were getting your dividends from, right.

23           No, I'm sorry, 92191568, that is

24   where you thought you were getting your

25   dividends from, right?

CONFIDENTIAL

Page 134

1          CONFIDENTIAL - ANTOON

2          Do you see that?

3      A    Yes.

4      Q    Okay.  You were involved in that

5  operation, were you not?

6          MR. BROWN:  Object to the form.

7      A    I -- I wouldn't know.  I was not

8  involved in Luxembourg.

9      Q    No?

10     A    No.

11     Q    What was the role of the entities

12  on the left in your business running

13  MindGeek?

14          MR. BROWN:  Object to the form.

15     A    ███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████    ██████████████████

███████████████████████████████████████

███████████  --

21          (Whereupon, the court reporter

22          requested clarification.)

23          THE WITNESS:  Yes.  Sorry.

24     A    Would have the daily operation

25  running, managing Pornhub, for example.  But

CONFIDENTIAL

Page 135

1          CONFIDENTIAL - ANTOON

2  ███████████████████████████████████

3      ██   ██████   ██████████████████████

   █ ████████████████████████████████

   █ █████████████████

   █         ██████████████████████████

   █ ██████   ████████████████████████

   █ ████████████████████████████████

   █ ████████████████   ██████████████

   ██ ███████████████████████████████

   ██ ████████

12         Do you see that?

13         MR. BROWN:  Object to the form.

14    A    Okay.

15    Q    So underneath ███████████████████

   ██ ███████████████████████, right?

17         Do you see that?  You're on that

18 line?

19    A    No.  Where are you?  Sorry.

20    Q    Let's take it from the top.

21         Are you -- can you go where

22 █████████████ is?  ███████?

23    A    ████████   Yes.  Okay.

24    Q    Go down.  What is the next entity?

25    A    █████████████████████.

CONFIDENTIAL

                                              **Page 144**

1                      CONFIDENTIAL - ANTOON

2      would give the management agreement to the

3      Montreal entities.

4              The qualified experts on MindGeek,

5      our CFO, CLO, would be with the third-party

6      expert Grant Thornton, who I remember in some

7      conversation, in -- in their -- in their

8      opinion or then when they were talking to me,

9      this is not a very un-standard way of doing

10     things.  They proposed it.  They're the

11     expert.  I relied on their expertise.  I know

12     the lenders looked at it.  I know Bernard

13     looked at it.  I know the Miami guys looked

14     at it.

15             I'm not -- I'm not an accountant or

16     a lawyer.  So which entity owns what, they

17     probably explained to me the gist of it.

18     That's it.

19        Q    Okay.  Who were your advisors in

20     this transaction?

21        A    Blakes was the lawyers. Blakes.

22        Q    For -- for you?

23             Who was Feras Antoon's -- who was

24     giving you advice on this?

25        A    Blakes.

CONFIDENTIAL

Page 145

1              CONFIDENTIAL - ANTOON
2         Q    Were they your lawyers?
3         A    They were MindGeek's and my
4    lawyers.
5         Q    Okay.  So they represented you and
6    MindGeek?
7         A    I believe so.
8         Q    Okay.  Did you have your own
9    separate lawyers?
10        A    No.
11        Q    Okay.  Who was representing you in
12   terms of tax advice?
13        A    Grant Thornton.
14        Q    Were they also representing
15   MindGeek?
16        A    Yes.
17        Q    Did you have any of your own tax
18   advisors?
19        A    No.
20        Q    What about, did you have any
21   financial advisors advising you personally
22   about whether the structure made any sense?
23        A    It was Grant Thornton.
24        Q    Okay.  And they were also
25   representing MindGeek?

CONFIDENTIAL

Page 146

1                    CONFIDENTIAL - ANTOON

2        A     Yes.

3        Q     Okay.  And what about

4   Mr. Bergmair, did he have his own legal

5   counsel?

6        A     I believe, yes.

7        Q     Okay.  Who were they?

8        A     I believe it was Shepard Mullin.

9        Q     And did he have his own tax

10  advisors?

11       A     I'm not sure.

12       Q     Did he have his own financial

13  advisors?

14       A     I'm not sure.

15       Q     Okay.  How -- did you understand

16  then or at any time afterwards that

17  Mr. Bergmair would own his interest through

18  RT Holding?

19       A     No.  I'm not sure.  I don't know

20  that.

21       Q     You never knew that?

22             MR. BROWN:  Object to the form.

23       A     I don't think that was explained.

24       Q     Okay.  So in the -- in the ten

25  years you were operating as MindGeek's CEO,

CONFIDENTIAL

Page 148

1               CONFIDENTIAL - ANTOON

2    U.S.?

3         A    No.  I was managing a brand.  This

4    is a corporation.

5         Q    I understand.  But profitability

6    would include expenses, right?

7         A    Yes.  ████ would keep the expenses

8    per division.  So the Tubes had their

9    expenses.  We would not comingle based on

10   how their expenses, TV, games, and every

11   month we would get the financials per

12   division.  That's how I looked at it.  It

13   wasn't per corporate entity.  But he would

14   have it per corporate entity.  He wouldn't

15   necessarily send it to me.

16        Q    How did you know you were paying

17   adequate royalties?

18             MR. BROWN:  Object to the form.

19        A    ████ would know.

20        Q    How did you know?  What did you --

21   did you know who you were paying royalties

22   to as a CEO?

23        A    .No I was running Canada.  ████

24   would know who the royalties went to.

25        Q    So did you have an arm's-length

CONFIDENTIAL

Page 153

                    CONFIDENTIAL - ANTOON

1    the tax structure would not --

2              (Whereupon, the court reporter

3              requested clarification.)

4    A    If the tax structure wasn't

5    followed, the money, the net money wouldn't

6    be the same.  So it's very important to the

7    lenders that all that is respected.

8    Q    Okay.  Did they tell you that?

9    A    I would know from conversations.

10   Q    Okay.

11   A    Every penny.  If I was going to

12   get a salary increase, they made sure that

13   we were capped on salary, they would make

14   sure we were capped on dividends, I would

15   conclude that obviously every dollar

16   matters.  They cut my salary once they saw

17   there was not a lot of cash, so yes --

18   Q    How did they cut your salary?

19   A    In January of 2021 --

20   Q    How did they do that?  They're

21   just lenders.  They're not owners.

22              MR. BROWN:  Objection.

23   Argumentative.

24   A    We had a call.  The cash flow was

CONFIDENTIAL

Page 164

                    CONFIDENTIAL - ANTOON

1

2       A     When I left, they just started

3    that.

4       Q     So other than what Grant Thornton

5    did and the Canadian tax authorities did,

6    what else, when you say you followed the

7    corporate formalities do you mean?

8       A     That's what I mean.  There was a

9    structure that was built, recommended by a

10   very qualified firm, Grant Thornton is top

11   five in Canada.  A partner was working on

12   it, a very qualified experienced guy.  I

13   trusted Bernard, who had a lot of knowledge

14   in banking.  And ████ is a -- is an

15   accountant, an excellent accountant, and he

16   was with us for approximately ten years.

17   That's how I know corporate formalities were

18   respected.

19      Q     Okay.  So ████ wouldn't tolerate

20   corporate formalities not being honored.

21             Is that your testimony?

22             MR. BROWN:  Object to the form.

23      A     ████ is very good at what he does,

24   very anal and attentive.  I've known him for

25   a very long time.

CONFIDENTIAL

Page 170

```
1                    CONFIDENTIAL - ANTOON
2      that group came together.
3              You said you knew Bernard at or
4      about that time because he owned RedTube?
5          A    I knew him since 2008.
6          Q    Okay.  Was he an owner of RedTube
7      then?
8          A    Correct.
9          Q    Okay.  Was he an executive at
10     RedTube or an owner?
11         A    I was head of sales for the
12     company which was called Mansef in '08 so I
13     would call him to buy ads on RedTube.  He
14     would tell, I'm the owner of RedTube.
15         Q    Okay.  Was that true?
16              Did he own it?
17              Was he the 100 percent owner?
18              MR. BROWN:  Object to the form.
19         A    When we did the management buyout,
20     he was the owner.  He was the only guy we
21     spoke to.
22         Q    Okay.  But didn't he tell you, in
23     those discussions, that he was buying on
24     behalf of a group?
25         A    No.
```

CONFIDENTIAL

Page 171

1                CONFIDENTIAL - ANTOON

2        Q     Never?

3        A     Never.

4        Q     Okay.  When was the first meeting

5    with him and where was it concerning the

6    management buyout?

7        A     Must be beginning of 2013.

8        Q     Okay.  And where was he --

9              MR. COLEMAN:  So object to scope.

10             We have given you a tremendous amount

11             of leeway for the time period here, as

12             determined by the Court, is 2014 to

13             December 2022.  And this preceded that.

14             We've allowed you considerable leeway

15             to explore it and to explore the change

16             in the corporate structure.  But at

17             some point, we have to move on to the

18             time period that is relevant.

19             MR. BOWE:  Yeah.  Okay.  There is

20             no such order.

21       Q     And your relationship with Mr. --

22   your co-defendant, good friend and partner

23   is highly relevant, in our view, to this

24   case.

25             So the first meeting, was that in

CONFIDENTIAL

Page 185

1                    CONFIDENTIAL - ANTOON
2    second.  I'm just talking about compensation
3    you got directly from MindGeek, either as an
4    owner or as an employee?
5         A    Correct.  That would be it, I
6    believe.
7         Q    Okay.  So you raised the issue I
8    was going to get to, which is basically
9    related-party transactions.
10             Did you have entities -- well,
11   we'll get to that in a little bit.
12             I want to -- BulkNet, do you know
13   what BulkNet is?
14        A    Yes, I believe it's an entity
15   owned by Bernard.
16        Q    Okay.  And what did you know about
17   it?
18        A    He was very good as -- at
19   brokering better hosting deals and bandwidth
20   deals than us.  When we bought RedTube and
21   looked at his expenses, we were very
22   surprised.  I believe how he did it is he
23   would prepay the entire year for the
24   bandwidth provider or the hosting company.
25   They would love that, getting prepaid the

CONFIDENTIAL

Page 186

1              CONFIDENTIAL - ANTOON

2    money, so they would give him a massive

3    discount.  I'm not sure how much that

4    discount was.  And then he would just bill

5    us monthly, so he would make a cut.  He told

6    me that.  So in the ████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████

     ████████████████████████

     ████  ██  ████████████████████████████

     ████  ██  ████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████

     ████  ██  ██████  ██████████████████████

     ████  ██  ██████████████████

     ████  ██  ██████  ████████████████████

     ██████████████████████████████████████

20             MR. BROWN:  Object to the form.

21        A    ██████████████████

22        Q    Okay.  Was there -- was there any

23   cost pricing done to make sure it was

24   arm's-lengths?

25             MR. BROWN:  Object to the form.

CONFIDENTIAL

Page 187

CONFIDENTIAL - ANTOON

1

2      A    I believe ▮▮▮▮▮ would speak to

3   bandwidth.  Our CTO would speak to hosting

4   and bandwidth provider, do spot checks.

5   Yes, ▮▮▮▮▮ was very meticulous with that.

6      Q    Who is ▮▮▮▮▮

7      A    Our chief technical officer.

8      Q    What his last name again?

9      A    ▮▮▮▮▮▮▮▮▮▮▮ --

10     Q    Okay.  When you say you're sure,

11  have you ever seen it?

12     A    So in one of those lunches I was

13  talking -- he would tell me, Hey, I spoke to

14  this hosting provider or on one of the

15  trips, we would go to conventions, I met

16  this hosting provider and Bernard, man, gets

17  us good deals, something like that.

18     Q    Okay.  And what cut did

19  Mr. Bergmair take?

20     A    Oh, it wasn't fixed.  I'm not sure

21  how they did the math.  But, basically, he

22  would get better deals and we would pay him

23  kind of the difference because he was the

24  majority shareholder anyway.

25     Q    Well, how -- what was the -- what

CONFIDENTIAL

                                        Page 191

1                  CONFIDENTIAL - ANTOON

2      reimburse him.

3          Q     Okay.  Did he have a contract for

4      that?

5          A     Yes.  I believe in the -- in the

6      shareholder agreement, he was allowed to

7      expense.  And I believe there was a cap.

8          Q     Okay.  Well, what were he -- what

9      kind of business expenses would he incur and

10     for what?

11         A     Flights, hotels, restaurants, car

12     rental.

13         Q     Okay.  So travel expenses?

14         A     Yes.

15         Q     What traveling was he doing for

16     the company?

17               MR. BROWN:  Object to the form.

18         A     He would come most of the time

19     every quarter, stay a week, ten days, two

20     weeks.  He came with me to a couple of trade

21     shows.  We would have a yearly strategy

22     meeting.  He would fly in for that.  So it

23     varied, you know, from 2013 to 2022.  That's

24     what he would bill for.

25         Q     Okay.  When were you interfacing

CONFIDENTIAL

Page 192

1                    CONFIDENTIAL - ANTOON

2   with third parties at trade shows or -- did

3   he go to business meetings with third

4   parties?

5        A    He knew them because he was

6   running RedTube before, so they knew him.

7   They knew Bernard.  Define "interact."

8             What do you mean?

9        Q    Well, you guys all went to a big

10  meeting at Google, right?

11       A    I was not there.  The CTO is more

12  qualified.  He was there with Bernard.

13       Q    Okay.  And that was in California,

14  right?

15       A    I don't know.  I wasn't there.

16       Q    But you knew it was happening,

17  right?

18             You were on -- right?

19             You were on all the emails?

20             MR. BROWN:  Object to the form.

21       A    I remember he was very excited to

22  go to a Google meeting.  I know ███████ was

23  with him.  I don't remember if it was in

24  California.  I guess, okay, it was in

25  California.  I don't remember specifically,

CONFIDENTIAL

Page 193

1              CONFIDENTIAL - ANTOON

2    no.

3         Q    Okay.  So that wasn't a big deal,

4    the majority owner was going to Google for

5    this meeting?

6              MR. BROWN:  Object to the form.

7         A    He would go to several meetings.

8    It wasn't a big deal, no.

9         Q    All right.  What other meetings

10   did he go on other than the meeting at

11   Google?

12        A    He would go with me sometimes to

13   trade shows.  It wasn't an event that he

14   went to meet Google.  Okay.  He went to meet

15   Google.  So what.

16        Q    Okay.  So let me just back up.  So

17   Google was no big deal.

18             What other meetings, like business

19   meetings, do you recall him going to with

20   you?

21             You say sometimes trade shows.  I

22   need to know what your -- what the best --

23   your best recollection of when you went on

24   business trips with him?

25        A    So he would come to the trade

CONFIDENTIAL

**Page 194**

```
1            CONFIDENTIAL - ANTOON
2   show.  We would have an agenda.  We need to
3   meet supplier A, B, C, D, E.  I would email
4   him the timing and the meeting times and
5   dates.  He would join some of them.  He
6   would listen, ask questions.  Like that.
7        Q    Okay.  What trade shows?
8        A    We had a Vegas trade show he came
9   with me to.  We went once to Macau and Hong
10  Kong; he came with me.  London, we did that.
11  I mean, look, nine years, several.  These
12  are the ones I remember.
13       Q    Okay.  How often did you go to
14  trade -- when you say a "trade show," what
15  are you talking about?
16       A    So every year, I would do two to
17  three trade shows, the Vegas one is a big
18  one.  The Amsterdam in September is a big
19  one.  And sometimes we would add one more in
20  Germany.  Yeah.
21       Q    Okay.  What it is a -- when you
22  say "trade show," what do you mean?
23            Like, what is going on at this
24  trade show?
25       A    Okay.  So let's say the Vegas one,
```

CONFIDENTIAL

Page 196

1                    CONFIDENTIAL - ANTOON

2               This was a big deal.

3       A    It was one of the main ones in

4    January we would go to, yes.

5       Q    Okay.  Were there other trade

6    shows in the U.S. you would go to?

7       A    There was a Miami one that stopped

8    very early on.  I think 2011.  The Vegas one

9    would be the biggest one.

10      Q    So when you went to Vegas -- the

11   Vegas one, in addition to Mr. Bergmair, who

12   else would attend with you?  Mr. Tassillo?

13           MR. BROWN:  Object to the form.

14      A    So Bernard did not come with me to

15   every trade show.

16           He came to a couple, okay?

17           I wouldn't know the exact number.

18   David would definitely go with me.  ████████

19   the CLO, would be with me.  █████ the CFO,

20   would be with.  ██████ the chief product

21   officer, would be with me.  I would say five,

22   six VPs, chiefs.

23      Q    Okay.  And how long -- the trade

24   show is not like a -- is it a day or is it a

25   week?

CONFIDENTIAL

Page 204

1                CONFIDENTIAL - ANTOON

2     would report to me.  Because I ran sales for

3     a small period of time in 2009, I know how

4     it works.

5          Q    Okay.  The meeting at Google, that

6     wasn't a trade show.

7                What was that about?

8                MR. BROWN:  Object to the form.

9          A    I believe they went there -- I

10    don't know if it's for hosting because

11    Google.  I don't know if it was for hosting.

12    It was something to do with tech for sure.

13    That's why ███████ went.  I didn't go.  I

14    wouldn't add any value.  That was the --

15    that was the reason.

16         Q    Okay.  And when Mr. Bergmair went

17    to these meetings and trade shows, how was

18    he introduced?

19                MR. BROWN:  Object to the form.

20         A    They knew him as the RedTube

21    owner, but they knew he was now owner of

22    MindGeek.  And that's, I guess, how they --

23    he would be introduced.

24         Q    Okay.  Was he ever introduced as

25    the chairman of MindGeek?

CONFIDENTIAL

Page 205

1               CONFIDENTIAL - ANTOON

2       A    No, I believe so.

3       Q    Okay.  Was that how he was

4    referred to at Google?

5            MR. BROWN:  Object to the form.

6       A    It would be the first time I would

7    hear that.

8       Q    Okay.  Was he the chairman of

9    MindGeek?

10      A    I don't believe so, no.

11      Q    Okay.  Who was the chairman of

12   MindGeek?

13      A    There is no chairman.

14      Q    Okay.  In your interrogatories

15   response, you say -- we've talked about this

16   a little bit.  I just want to make sure I

17   have all of it.

18           Mr. Antoon also states that he

19   spoke to Mr. Bernard Bergmair regularly

20   about the operations of MindGeek corporate

21   defendants.

22           Is that a true statement?

23      A    I spoke to Bernard regularly, yes.

24      Q    Okay.  So when you say

25   "regularly," there's -- you've talked about

CONFIDENTIAL

Page 206

1              CONFIDENTIAL - ANTOON
2    the sort of regular meetings that you had.
3              Beyond that and the trade shows
4    and the business travel, what other
5    conversations did you have with him?
6         A    So some weeks he would call me
7    four, five times.  And then sometimes he
8    would go on vacation for two weeks and I
9    wouldn't hear a peep.
10        Q    Okay.
11        A    When I went on vacation, he was
12   respectful.  He didn't bother me much or
13   call me much.  But it's hard to put a
14   number, over nine years, but he would call
15   me regularly.
16        Q    Okay.  And to talk about what?
17        A    Always the business, very rare we
18   spoke personal.
19        Q    Other than the trade shows,
20   Google -- well, withdrawn.
21             And he was knowledgeable about
22   running the business, too, right?
23             MR. BROWN:  Object to the form.
24        A    He was knowledgeable about
25   managing, running a Tube sites because he

CONFIDENTIAL

Page 207

1              CONFIDENTIAL - ANTOON
2    owned one.  He is very intelligent.  I would
3    explain to him what we're doing, he would
4    ask questions.  Yeah.
5         Q    At the time of the NBO in 2013 --
6    oh, hold on.
7              So your employment agreement at
8    9219-1568 Quebec says you get a bonus,
9    right?
10        A    In 2013?
11        Q    Well, you had an employment
12   agreement with 9219-1568, right?
13        A    But that changed.  That employment
14   agreement, there was many iterations.
15             Which year?
16        Q    Okay.  Let's start at the
17   beginning.
18             2013, did you get a bonus under
19   your employment agreement?
20        A    So the actual beginning will be
21   2008.
22        Q    Okay.  What was in existence in
23   2013?
24        A    Thirteen, I would get a salary.  I
25   would get dividends indirectly.

CONFIDENTIAL

Page 209

1                     CONFIDENTIAL - ANTOON
2    characterized it as bonus.  It became salary
3    and dividend and other stuff.
4         Q    Okay.  How -- what percentage of
5    the consolidated EBITDA did you get as a
6    bonus?
7                   MR. BROWN:  Object to the form.
8         A    It wasn't a bonus.  I would get
9    ███████████ of the dividends, but that's not
10   entirely accurate.  We had something call
11   bucket one of dividend distributions.
12   Bernard would get ████, the Miami guys would
13   get ████, and me and David would get -- I
14   think bucket one total was ██████████████
15   We would get the balance.
16        Q    Okay.  That was a fixed bucket?
17        A    Bucket one was fixed.
18        Q    All right.  Did it change over
19   time?
20        A    Yes.  The lenders gave us a
21   dividend cap, which was higher than the
22   bucket.  Bucket one would be paid.
23   Everything over would be per our percentage,
24   ███ of the remainder.
25        Q    Okay.  What was bucket two?

CONFIDENTIAL

Page 210

1           CONFIDENTIAL - ANTOON

2       A    The total remainder, whatever was

3   remained up to that cap.

4       Q    Okay.  And how did you split that

5   up?

6       A    Per our percentages; ███████████

7   █  █████████████

8       Q    Okay.  Where did Mr. Bergmair get

9   paid his dividends?

10      A    Which entity, I'm not sure.

11      Q    Okay.  So dividends, do I

12  understand correctly, dividends were

13  calculated and paid out according to how

14  much money was available for dividends and

15  what the cap was on dividends, right?

16      A    Available and what was in the

17  pipeline because sometime it's available, we

18  know there's a big cash out.  I don't know,

19  in two month, █████ was very good as --

20  getting us a yearly forecast.  So A

21  combination of available, cap and whatever

22  is in the pipeline, if there is a big money

23  coming out for an acquisition or something.

24      Q    Okay.  When you say there is a big

25  cash out, what do you mean?

CONFIDENTIAL

Page 231

1          CONFIDENTIAL - ANTOON

2     A     The word "difficulty."  Have we

3     ever missed a payment to the lenders, no.

4     Q     ████████████████████████████████

     ████████████████████████████████

     ██   ████

     ██   ██████████

     ██   ████████████████████████████

     ████████████████████████

10    Q     Okay.  At the end of every fiscal

11    year, was all the money dividended (sic) out

12    of the company or paid or used to pay down

13    debt?

14    A     I don't understand the question.

15    Q     Sure.  At the end of the year, was

16    all available cash either used to pay down

17    debt and issue dividends?

18    A     I'm going to rephrase it.  So we

19    would pay the debt monthly.  So end of the

20    year, nothing happens.  It's monthly.  Our

21    dividends would only be paid if there is

22    enough cash flow for the pipeline, whatever

23    is upcoming.  ████████████████████████.

24    Q     ██████   ████████████████████

     ████████

CONFIDENTIAL

Page 232

1                    CONFIDENTIAL - ANTOON

2       A    Correct.

3             MR. BROWN:  It's been an hour and

4       40 minutes now.

5             MR. BOWE:  Okay.  I'll ask one

6       more question.

7       Q    When you left, what was the

8  balance on the debt?

9       A    I believe approximately ████████

  ██ ███████████, I believe.  Yeah, █████████,

11  including ██████.  So total debt, I believe,

12  was that.

13      Q    ██████████████████████████████

  ██ █████████████████████████████

  ██    ██   ███████

16      Q    Okay.  And it wasn't -- you're not

17  saying the original debt was paid down to

18  that but ████████████████████████████.  I

19  want total debt.

20      A    Total debt is that.

21            MR. BOWE:  Okay.  We'll take a

22      break for lunch.

23            VIDEOGRAPHER:  Off the record at

24      12:37.  This marks the end of Media

25      Unit Number 2.

CONFIDENTIAL

Page 260

1                  CONFIDENTIAL - ANTOON

2    ever having a discussion with him about

3    getting paid this and how you would

4    calculate that?

5         A    Because it's at its sole

6    discretion, it could be -- he -- you know,

7    it could be something like, Look, if you --

8    if you do great, we'll give you a bonus.  It

9    would be a percentage of EBITDA.  I don't

10   recall getting a bonus.  It could be that I

11   got one, but I don't recall.

12        Q    Okay.  But you keep saying it

13   could be.

14             Who is running the company that

15   makes this decision?

16        A    I run the company.

17        Q    Okay.  So are you making the

18   decision on your own bonus?

19             MR. BROWN:  Object to the form.

20        A    No, but I would have to approve

21   any bonus or lenders, if it's out of the

22   cap.

23        Q    Okay.  So did you recommend

24   yourself for a bonus under 4.2?

25        A    From 2018 until today, I don't