# EXHIBIT 26

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

CONFIDENTIAL

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   CASE No. 2:21-CV-04920-CJC-ADS
 4   - - - - - - - - - - - - - - - - - - - - - - - -x
 5   SERENA FLEITES,
 6                            Plaintiff,
 7            -against-
 8   MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA
     INCORPORATED; MG PREMIUM LTD.; MG GLOBAL
 9   ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND
     BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY
10   URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;
     BERGMAIR DOES 1-5,
11
12                           Defendants.
     - - - - - - - - - - - - - - - - - - - - - - - -x
13
14
15
16       CONFIDENTIAL VIDEOTAPED DEPOSITION OF
17           ANDREAS ACKIVIADES ANDREOU
18            APPEARING REMOTELY FROM
19              NEW YORK, NEW YORK
20            THURSDAY, JUNE 1, 2023
21                 9:37 a.m.
22
23
     REPORTED BY:
24   DANIELLE GRANT
     JOB NO.: 5945019
25
```

Page 218
1    ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
2  purpose?
3     A    No.

25    Q    So you're the one making the

Page 221
1    ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
2  decisions?
3         MS. MASSEY:  Object to form.
4     Q    That's your role, right?
5         MS. MASSEY:  Object to form.
6     A    We make decisions are --
7  collectively as a board.

CONFIDENTIAL

Page 1

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE No. 2:21-CV-04920-CJC-ADS
- - - - - - - - - - - - - - - - - - - - - - - - -x
SERENA FLEITES,
                         Plaintiff,
         -against-
MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA
INCORPORATED; MG PREMIUM LTD.; MG GLOBAL
ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND
BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY
URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;
BERGMAIR DOES 1-5,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x


    CONFIDENTIAL VIDEOTAPED DEPOSITION OF
         ANDREAS ACKIVIADES ANDREOU
           APPEARING REMOTELY FROM
              NEW YORK, NEW YORK
              FRIDAY, JUNE 2, 2023
                  9:45 a.m.



REPORTED BY:
DANIELLE GRANT
JOB NO.: 5946169
```

CONFIDENTIAL

Page 270

1  Confidential - Andreas Ackiviades Andreou
2  Vuillnet, right?
3  A  No.
4  Q  All right. So no one has given
5  you information about that during the course
6  of this deposition?
7  A  I don't have in this company name
8  in my radar.
9  Q  Okay.
10 A  But like I don't have in my radar
11 the actual companies that Mr. Feras and
12 David have the leases under.
13 Q  Uh-huh.
14 A  So...
15 Q  Okay.
16 A  When I joined the director of
17 9219 --
18 Q  Uh-huh.
19 A  -- I didn't ask to see the name --
20 Q  Sure.
21 A  -- of those leases.
22 Q  I got it.
23 A  It was before my time.
24 Q  Right.
25 A  So...

Page 271

1  Confidential - Andreas Ackiviades Andreou
2  Q  So you were a director of 9219?
3  A  I am.
4  Q  When did you become --
5  A  Recently.
6  Q  You told me yesterday but when was
7  that?
8  A  Last year, 2022 at some point.
9  Yeah.
10 Q  Okay. Why did you become a
11 director of 9219?
12     MS. MASSEY: Objection to form.
13 Plus it's outside the relevant time
14 period.
15     MR. BOWE: I know you have a
16 relevant time period in your head.
17     MS. MASSEY: No, it's not in my
18 head. The Court ordered --
19     MR. BOWE: I got it.
20     MS. MASSEY: -- that the relevant
21 time period ends when -- at the last
22 time when your client could claim
23 injury.
24     MR. BOWE: Kathleen --
25     MS. MASSEY: And you alleged no

Page 272

1  Confidential - Andreas Ackiviades Andreou
2  injury after June 2020, but we've
3  agreed to let it slip to December 2020.
4  That's the end of the relevant period
5  per the Court.
6      MR. BOWE: Kathleen, you really,
7  really should run for a judicial
8  position.
9      MS. MASSEY: Thanks.
10 Q  Anyway, what caused you to be --
11 what was the occasion of you becoming a
12 director at 9219?
13 A  It was proposed to me by the
14 shareholders.
15 Q  Which ones?
16 A  Bernard, Feras, David. I mean, I
17 don't remember if all three was on the call.
18 Q  Right.
19 A  But I know that it was all three
20 in agreement for me to join.
21 Q  Okay. And what -- why did they
22 tell you they wanted you to join?
23 A  They didn't give me a specific
24 reason.
25 Q  All right. So tell me what

Page 273

1  Confidential - Andreas Ackiviades Andreou
2  happened. The -- three owners call you, it
3  is sort of a big deal. You must remember
4  it. It only happened last year. You have
5  got three owners of the company call you.
6  A  No, they --
7      MS. MASSEY: Object to form. He
8  said he didn't remember if they called
9  him.
10     MR. BOWE: Please, please stop
11 with the speaking objections.
12     MS. MASSEY: Well, don't
13 mischaracterize the witness's
14 testimony.
15 Q  All right. Sir, these are the
16 three owners of the entire company you have
17 worked for, for how long?
18 A  They are -- they were owners since
19 2013. I am employee since 2009.
20 Q  Right. Okay. So they call you
21 about -- and how often do you work with
22 them?
23 A  With the three owners?
24 Q  Yeah.
25 A  With Mr. Bernard, I've seen him

69 (Pages 270 - 273)

Page 282

1   Confidential - Andreas Ackiviades Andreou
2   A   I remember the conversation we had
3   around this context, yes.
4   Q   Right.  But in your affidavit, the
5   point, if they were separate directors and
6   separate entities and they were run
7   separately, they were run according to the
8   right formalities, that was like a
9   foundational piece of your affidavit to say
10  that they were, in fact, not alter egos,
11  right?
12  A   And -- correct.
13  Q   Okay.  Now, 9219-1568 Quebec, that
14  the entity that you are a director of?
15  A   9219-1568?
16  Q   Yes.
17  A   I am in both, but the one that you
18  just mentioned is a service provider.  Yes.
19  Q   Okay.  And so when you said you
20  are a director now of 9219-1568, that this
21  is the conversation you had with those two
22  gentlemen, are you also a director of
23  9279-2738?
24  A   The parent company of that
25  company, yes.

Page 283

1   Confidential - Andreas Ackiviades Andreou
2   Q   You are a director in both?
3   A   Yes.
4   Q   Okay.  And that came out last year
5   as a result of that call?
6   A   It was last year, yes.



21  Q   Okay.  But yet they called you
22  last year to ask you to become a director at
23  9279?
24       MS. MASSEY:  Object to form.
25       Beyond the scope.

Page 284

1   Confidential - Andreas Ackiviades Andreou
2   A   Yes.
3   Q   Okay.  It wasn't the directors of
4   Licensing IP, it was the actual shareholders
5   of the company, right?
6   A   We had the agreements of the
7   shareholders, yes.
8   Q   It was the shareholders who called
9   you to talk to you about appointing you as
10  the director there, right?
11  A   Yes, because --
12  Q   I just ask you, it was
13  shareholders not directors?
14  A   No.  Actually, it was, if I'm not
15  mistaken, our -- the legal counsel of 9219,
16  Mr. Anthony Penhale, who is here, that made
17  the actual call.
18  Q   He made the call?
19  A   For me -- to me, yes.
20  Q   Okay.  But then you said you were
21  on a call with Mr. Bergmair, Tassillo and
22  Antoon about becoming a director, right?
23       MS. MASSEY:  Object to form.
24  A   No, I said that -- you asked me
25  who appointed me as director of these

Page 285

1   Confidential - Andreas Ackiviades Andreou
2   companies.  And I said on the agreement of
3   shareholders, that the shareholders
4   agreed --
5       THE WITNESS:  What was that?
6       MR. BOWE:  I don't know what that
7   was.
8       COURT REPORTER:  Somebody on Zoom.
9       (The requested portion of the record
10      was read back.)
11      MS. MASSEY:  Could we repeat the
12  question just given the distraction,
13  please?
14      (The requested portion of the record
15      was read back.)
16  A   Agreed --
17  Q   So your testimony now is the
18  shareholders didn't call you?
19  A   I think before I said I don't
20  remember if it was on a call that it -- they
21  proposed me --
22  Q   Okay.
23  A   -- to be -- become director.  But
24  I knew for a fact that it was with their
25  agreement.

CONFIDENTIAL

Page 286

Confidential - Andreas Ackiviades Andreou

2  Q  Okay. So we're clear, your
3  testimony now under oath is you did not have
4  a call with Mr. Bergmair, Antoon and
5  Tassillo about becoming a director at 9219,
6  yes or no?
7      Did you have a call or did you
8  not?
9  A  With Mr. Bernard, I was not on a
10 call for that because I barely talk to
11 Mr. Bernard.
12 Q  You were on there with Mr. Antoon
13 and Mr. Tassillo?
14 A  I don't remember if the actual day
15 that they proposed me to become a director
16 was on a call, Feras only, David only or
17 both or, most likely, Mr. Penhale called me.
18 Q  Did you discuss with them becoming
19 a director of the company in which they
20 worked?
21 A  Yes.
22 Q  What did they say to you?
23 A  On that day when I got proposed
24 and on the next call we had, I said, I'm
25 okay to work with you --

Page 287

Confidential - Andreas Ackiviades Andreou

2  Q  Okay. Why did they --
3  A  -- on the board.
4  Q  -- say they wanted you to become
5  their boss effectively?
6  A  They didn't specify the reason of.
7  They say we will be happy to have you
8  onboard.
9  Q  Okay. So the extent of your
10 conversation with them was we would like you
11 to become a director, you said, Okay, and
12 that was it?
13 A  Yes.
14 Q  Okay.
15 A  If it was one or two more
16 sentences, like thank you --
17 Q  So you might have had a call with
18 Mr. Antoon and then Mr. Tassillo about --
19 that simple?
20 A  Yeah.
21 Q  Okay. Were you involved in -- or
22 withdrawn.
23     When did you find out this lawsuit
24 had been filed?
25 A  When it was filed, I guess one,

Page 288

Confidential - Andreas Ackiviades Andreou

2  two days later or maybe the same day.
3  Q  Okay.
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 Q  Okay. Now before that, were you
17 told to preserve documents in Cyprus?
18 A  I believe when the litigation or
19 some time on the litigation, an email was
20 sent that we need to preserve all or any
21 information we have --
22 Q  Okay.
23     MS. MASSEY: Again --
24 A  -- and we don't delete anything.
25     MS. MASSEY: -- again, this a

Page 289

Confidential - Andreas Ackiviades Andreou

2  topic in the 30(b)(6) notice that a
3  Judge granted a protective order on.
4  It's not proper to be inquiring about
5  document retention.
6     MR. BOWE: I understand he's not
7  testifying in his corporate capacity.
8     MS. MASSEY: Oh, this is supposed
9  to be a 30(b)(6) deposition on the
10 permitted 30(b)(6) topics.
11    MR. BOWE: Okay. Well, I'm not
12 going to argue with you Judge --
13 Judge Massey.
14 Q  What documents -- how are
15 documents stored in Cyprus, electronic
16 documents?
17 A  On a shared drive.
18 Q  Is it locally stored?
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 Q  Okay. So you must have some cloud
25 storage -- right? -- because you are able to