# EXHIBIT 28

# [ENTIRE EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]