# EXHIBIT 60

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

CONFIDENTIAL

                                                    Page 1

1              UNITED STATES DISTRICT COURT
2              CENTRAL DISTRICT OF CALIFORNIA
3                   SOUTHERN DIVISION
4
5      SERENA FLEITES and JANE DOE  )
       NOS. 1 through 33,           )
6                                   ) Case No.
                   Plaintiffs,      ) 2:21-CV-04920-CJC-ADS
7                                   )
           VS.                      )
8                                   )
       MINDGEEK S.A.R.L.; MG        )
9      FREESITES, LTD.; MINDGEEK    )
       USA INCORPORATED; MG PREMIUM )
10     LTD.; RK HOLDINGS USA INC.;  )
       MG GLOBAL ENTERTAINMENT,     ) Pages 1-358
11     INC.; TRAFFICJUNKY INC.;     )
       BERND BERGMAIR; FERAS ANTOON;)
12     DAVID TASSILLO; COREY URMAN; )
       VISA INC.; COLBECK CAPITAL   )
13     DOES 1-10; BERGMAIR DOES     )
       1-10,                        )
14                                  )
                   Defendants.      )
15     _____ )
16               C O N F I D E N T I A L
17
18     VIDEOTAPED DEPOSITION OF:
19          BERND BERGMAIR
20          THURSDAY, JUNE 15, 2023
21          9:24 A.M.
22
23
24     Reported by:  LINDA NICKERSON
25               CSR No. 8746

CONFIDENTIAL

                                                    Page 2

1          Videotaped deposition of BERND BERGMAIR, the

2     defendant, taken on behalf of the Plaintiffs, on

3     THURSDAY, JUNE 15, 2023, 9:24 A.M., at 611 Anton

4     Boulevard, Fifth Floor, Costa Mesa, California,

5     before LINDA NICKERSON, CSR No. 8746, pursuant to

6     NOTICE.

7

8     APPEARANCES OF COUNSEL:

9

10    FOR PLAINTIFFS:

11         BROWN RUDNICK, LLP

12         BY:  MICHAEL J. BOWE, ESQ.

13              REUBEN G. GOTTLIEB, ESQ.

14              LAUREN TABAKSBLAT, ESQ. (Via Zoom)

15              JOHANNA FAY, ESQ. (Via Zoom)

16              ANUM MESIYA, ESQ. (Via Zoom)

17         7 Times Square

18         New York, New York  10036

19         (212) 209-4800

20         mbowe@brownrudnick.com

21         rgottlieb@brownrudnick.com

22         ltabaksblat@brownrudnick.com

23         jfay@brownrudnick.com

24         amesiya@brownrudnick.com

25    ///

CONFIDENTIAL

Page 3

1      APPEARANCES OF COUNSEL (Continued):

2

3      FOR PLAINTIFFS:

4           BROWN RUDNICK, LLP

5           BY:  DAVID MARC STEIN, ESQ.

6           2211 Michelson Drive

7           Seventh Floor

8           Irvine, California  92612

9           (949) 752-7100

10          dstein@brownrudnick.com

11

12     FOR MINDGEEK DEFENDANTS:

13          DECHERT, LLP

14          BY:  KATHLEEN NICHOLSON MASSEY, ESQ.

15              ALLISON DEJONG, ESQ. (Via Zoom)

16              HAYDEN COLEMAN, ESQ. (Via Zoom)

17              MICHELLE YEARY, ESQ. (Via Zoom)

18          1095 Avenue of the Americas

19          New York, New York  10036

20          (212) 698-3500

21          kathleen.massey@dechert.com

22          allison.dejong@dechert.com

23          michelle.yeary@dechert.com

24          hayden.coleman@dechert.com

25

CONFIDENTIAL

Page 4

1        APPEARANCES OF COUNSEL (Continued):

2

3        FOR DEFENDANT VISA, INC.:

4              WEIL, GOTSHAL & MANGES, LLP

5              BY:  SYDNEY HARGROVE, ESQ.

6              2001 M Street NW

7              Suite 600

8              Washington, DC  20036

9              (202) 682-7094

10             sydney.hargrove@weil.com

11

12       FOR DEFENDANT DAVID TASSILLO:

13             MORVILLO, ABRAMOWITZ, GRAND, IASON & ANELLO, PC

14             BY:  ALEX PEACOCKE, ESQ. (Via Zoom)

15                  RYAN McMENAMIN, ESQ. (Via Zoom)

16             565 Fifth Avenue

17             New York, New York  10017

18             (212) 856-9600

19             apeacocke@maglaw.com

20             rmcmenamin@maglaw.com

21    ///

22    ///

23    ///

24

25       APPEARANCES OF COUNSEL (Continued):

CONFIDENTIAL

Page 5

1

2       FOR DEFENDANT BERND BERGMAIR:

3            WALDEN, MACHT & HARAN, LLP

4            BY:  RONALD G. WHITE, ESQ.

5                 JAMES MEEHAN, ESQ. (Via Zoom)

6                 JEFFREY C. SKINNER, ESQ. (Via Zoom)

7            250 Vesey Street

8            Twenty-Seventh Floor

9            New York, New York  10281

10           (212) 335-2030

11           rwhite@wmhlaw.com

12           jmeehan@wmhlaw.com

13           jskinner@wmhlaw.com

14

15      FOR DEFENDANT COREY URMAN:

16           MINTZ, LEVIN, COHN, FERRIS,

17           GLOVSKY AND POPEO, PC

18           BY:  PETER CHAVKIN, ESQ. (Via Zoom)

19                KERIME S. AKOGLU, ESQ. (Via Zoom)

20           919 Third Avenue

21           New York, New York  10022

22           (212) 935-3000

23           pchavkin@mintz.com

24           ksakoglu@mintz.com

25

CONFIDENTIAL

Page 6

```
 1      APPEARANCES OF COUNSEL (Continued):

 2

 3      FOR DEFENDANT FERAS ANTOON:

 4           COHEN & GRESSER, LLP

 5           BY:  JASON BROWN, ESQ. (Via Zoom)

 6           800 Third Avenue

 7           New York, New York  10022

 8           (212) 957-7600

 9           jbrown@cohengresser.com

10

11      ALSO PRESENT:

12           DAVID WALCK (Videographer)

13           ANTHONY PENHALE (MindGeek Canada)

14

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL

Page 7

1                    I N D E X

2

3    WITNESS              EXAMINATION              PAGE

4    BERND BERGMAIR

5

6                        By Mr. Bowe              12

7

8

9

10                   E X H I B I T S

11    NUMBER        PAGE      DESCRIPTION

12    Exhibit 1     100       Hand-Drawn Sketch from

13                            Witness

14    Exhibit 2     115       Manwin Holding S.a.r.L.

15                            (Bergmair_Fleites_00002186-

16                            Bergmair_Fleites_00002215)

17    Exhibit 3     276       Intellectual Property License

18                            Agreement

19                            (Bergmair_Fleites_00002216-

20                            Bergmair_Fleites_00002251)

21    Exhibit 4     285       E-mail dated 9-1-2018 from

22                            Eddy Di Santo with attachment

23                            (Bergmair_Fleites_00002317-

24                            Bergmair_Fleites_00002318)

25    ///

CONFIDENTIAL

Page 8

```
 1              E X H I B I T S (Continued)

 2      NUMBER          PAGE        DESCRIPTION

 3      Exhibit 5      290         E-mail chain ending on

 4                                 5-14-2018 from Bernard

 5                                  (Bergmair_Fleites_00002319-

 6                                  Bergmair_Fleites_00002321)

 7      Exhibit 5A     299         Attachments to Exhibit 5

 8                                  (Bergmair_Fleites_00002323 &

 9                                  Bergmair_Fleites_00002325)

10      Exhibit 6      292         E-mail chain ending on

11                                 9-21-2020

12                                  (Bergmair_Fleites_00002463-

13                                  Bergmair_Fleites_00002466)

14      Exhibit 6A     307         Blown-up Attachment to

15                                 Exhibit 6

16                                  (Bergmair_Fleites_00002466)

17

18      QUESTIONS UNANSWERED

19         Page    Line

20         347      13

21         348      17

22         348      22

23         351      18

24         351      23

25         352       3
```

CONFIDENTIAL

Page 9

1                    COSTA MESA, CALIFORNIA

2               THURSDAY, JUNE 15, 2023, 9:24 A.M.

3

4               THE VIDEOGRAPHER:  Good morning.  We are

5          going on the record at 9:24 a.m. on June 15, 2023.

6               Please note that this deposition is being

7          conducted in hybrid fashion.  Some of the

8          participants are in person and others are remote on

9          Zoom.  The quality of the recording can depend on

10         the qualities of the cameras and internet

11         connections of the participants.  What is seen and

12         heard from the witness on the screen is what will be

13         recorded.

14              Audio and video recording will continue to

15         take place unless all parties agree to go off the

16         record.

17              This is Media Unit One of the

18         video-recorded deposition of Bernd Bergmair, taken

19         by counsel for the plaintiffs in the matter of

20         Serena Fleites, et al., versus MindGeek S.a.r.L., et

21         al., filed in the United States District Court,

22         Central District of California, Southern Division,

23         Case Number 2:21-CV-04920-CJC-ADS.

24              The location of this deposition is

25         611 Anton Boulevard, Fifth Floor in Costa Mesa,

Page 10

1    California.  My name is David Walck, and I am the
2    videographer.  The court reporter is Linda
3    Nickerson, and we are from the firm Veritext Legal
4    Solutions.
5              I am not related to any party in this
6    action nor am I financially interested in the
7    outcome.
8              If there are any objections to proceeding,
9    please state them at the time of your appearance.
10   Counsel and everyone present, including remotely,
11   will now state their appearances and their
12   affiliations for the record, beginning with the
13   noticing attorney.
14             MR. BOWE:  Mike Bowe from Brown Rudnick,
15   and with me is Reuben Gottlieb from Brown Rudnick.
16   And I'll say that the read in L.A. is much more
17   professional than it is in New York.
18             MS. HARGROVE:  Sydney Hargrove from Weil
19   Gotshal on behalf of Visa.
20             MR. PENHALE:  Anthony Penhale, counsel at
21   9219-1568 Quebec, Inc.
22             MS. MASSEY:  Kathleen Massey from Dechert,
23   counsel for the MindGeek entity defendants.
24             MR. WHITE:  Ronald White of Walden, Macht &
25   Haran on behalf of the defendant and the witness,

CONFIDENTIAL

Page 11

1      Mr. Bergmair.

2              THE VIDEOGRAPHER:  And our remote

3      participants?

4              MR. BROWN:  Jason Brown of Cohen & Gresser

5      for Feras Antoon.

6              MS. YEARY:  Michelle Yeary for the MindGeek

7      entity defendants.

8              MS. AKOGLU:  Kerime Akoglu from Mintz on

9      behalf of Corey Urman.

10             MR. CHAVKIN:  Peter Chavkin from Mintz on

11     behalf of Corey Urman.

12             MR. SKINNER:  Jeffrey Skinner from Walden

13     Macht on behalf of Mr. Bergmair.

14             MR. PEACOCKE:  And Alex Peacocke from

15     Morvillo Abramowitz on behalf of David Tassillo.

16             THE VIDEOGRAPHER:  And we also have a

17     Mr. James Meehan asking to join our meeting.  Should

18     I admit him?

19             MR. WHITE:  Yes, he's from my firm, thanks.

20             THE VIDEOGRAPHER:  Will the court reporter

21     please swear in the witness and then counsel may

22     proceed.

23     ///

24     ///

25     ///

CONFIDENTIAL

```
                                              Page 12

1                    BERND BERGMAIR,

2              having been first duly sworn, was

3              examined and testified as follows:

4

5                       EXAMINATION

6    BY MR. BOWE:

7          Q    Good morning, sir.

8          A    Good morning.

9          Q    Could you state your name for the record.

10         A    Bernd Bergmair.

11         Q    Bergmair?

12         A    Yes.

13         Q    Okay.  Have you ever been deposed before?

14         A    No.

15         Q    Okay.  Have you ever given testimony

16   before?

17         A    No.

18         Q    Okay.  Have you ever made a sworn statement

19   before in writing?

20         A    Yes.

21         Q    How many times?

22         A    Once.

23         Q    Okay.  What name did you use when you did

24   that?

25         A    I used my name, but I have been made aware
```

Page 216

```
 1              THE WITNESS:  I don't know.
 2      BY MR. BOWE:
 3          Q    Has he ever met him?
 4              MS. MASSEY:  Object to form.
 5              THE WITNESS:  I'm not sure.
 6      BY MR. BOWE:
 7          Q    Okay.  Has he ever talked to him?
 8              MS. MASSEY:  Object to form.
 9              THE WITNESS:  I'm not sure.
10      BY MR. BOWE:
11          Q    When you say "not sure," you don't know of
12      any instance where they -- those two gentlemen even
13      talked?
14          A    I don't know.
15          Q    Okay.  Let's -- let's -- who are some of
16      your other managers of those two entities?
17          A    I don't recall now.
18          Q    That's the only one you can recall?
19          A    Yes.
20          Q    Now, that was with respect to Mr. Antoon
21      and Tassillo's employment agreement.
22              He also went to you with approval over
23      hiring VPs, right?
24          A    I don't recall that.
25          Q    Never?
```

CONFIDENTIAL

Page 217

1       A    I don't recall.

2       Q    Okay.  In what capacity did you go to these

3   quarterly meetings?

4       A    As -- in my capacity as the UBO.

5       Q    Okay.  Is the UBO a shareholder?

6       A    No.

7       Q    Did you attend board meetings?

8       A    No.

9       Q    Never?

10      A    I told you before, I had those calls and I

11  think that was maybe in ten years, five times I

12  listened in.

13      Q    Okay.  In what capacity were you on those

14  calls?

15      A    As the UBO.

16      Q    Okay.  Not as a shareholder?

17      A    I was not their shareholder nor am I.

18      Q    Did you ever come to Mr. Antoon and tell

19  him that -- well, ████████████████████████████

20  ██  ████████████████████████████████████████████

21  ██  ██████████████████████████

22  ██    █  ████████████████████████████████

23  ██    █  ████████████████████████████████

24  ██  ████████████████████████████████████████████████

25  ██  ████████████████████████



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 222



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 226



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 233



```
1

 2

 3

 4

 5

 6

 7

 8

 9

10

11
```

12        MR. BOWE:  Okay.

13        THE WITNESS:  I need to pause quickly.

14        MR. BOWE:  What's that?

15        THE WITNESS:  I need to use the bathroom.

16        MR. BOWE:  Yeah, yeah, sure.  Go off the

17    record.

18        THE VIDEOGRAPHER:  Okay then.  This is the

19    end of Media Unit Five.  We're going off the record

20    at 2:55 p.m.

21            (Recess taken.)

22        THE VIDEOGRAPHER:  We are going back on the

23    record at 3:11 p.m., and this is the beginning of

24    Media Unit Six.

25    BY MR. BOWE:

CONFIDENTIAL

Page 234

1      Q    Mr. Bergmair, Mr. Antoon testified that you

2    used to attend trade shows with him and the MindGeek

3    team; is that true?

4      A    I remember attending one trade show, but

5    this was before the MBO.  This was in 2012 and --

6    yep.

7      Q    Okay.  So if Mr. Antoon testified you

8    attended trade shows after the MBO, do you think

9    he's mistaken or do you just might not recall?

10         MS. MASSEY:  Object to form.

11         THE WITNESS:  I don't recall attending

12   trade shows.  I generally wouldn't go to those.  I

13   just remember the one pre-MBO in 2012 for a

14   particular reason.

15   BY MR. BOWE:

16     Q    Okay.  Now, do you recall going to a

17   meeting at ██████?

18     A    Yes.

19     Q    Were you excited about that meeting?

20     A    I was hoping to -- to achieve my goal.

21     Q    What was your goal?

22     A    To get them to sell me a plot of land in

23   ████████ that ████████ had bought.

24     Q    Where was that?

25     A    ███████████████████████████████

CONFIDENTIAL

Page 356

1      STATE OF CALIFORNIA     )

2                             )   ss

3      COUNTY OF ORANGE        )

4

5           I, BERND BERGMAIR, declare under the

6      penalties of perjury of the laws of the United

7      States that the foregoing is true and correct.

8           Executed this     day of           ,

9      2023, at                    , California.

10

11

12

13           _____

14                BERND BERGMAIR

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

Page 357

1    STATE OF CALIFORNIA    )

2                          )  ss

3    COUNTY OF ORANGE      )

4         I, LINDA NICKERSON, CSR #8746, in and for

5    the State of California do hereby certify:

6         That, prior to being examined, the witness

7    named in the foregoing deposition was by me duly

8    sworn to testify the truth, the whole truth, and

9    nothing but the truth;

10        That said deposition was taken down by me in

11   shorthand at the time and place therein named, and

12   thereafter reduced to typewritten form at my

13   direction, and the same is a true, correct, and

14   complete transcript of the testimony at said

15   proceedings.

16        Before completion of the deposition, review

17   of transcript [ ] was [X] was not requested.  If

18   requested, any changes made by the deponent (and

19   provided to the reporter) during the period allowed

20   are appended hereto.

21        I further certify that I am not interested

22   in the event of the action.

23   WITNESS MY HAND this 21st day of June, 2023.

24

25             LINDA NICKERSON, CSR No. 8746