# EXHIBIT 64

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

CONFIDENTIAL

Page 1

1

2  UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

3  CASE No. 2:21-CV-04920-CJC-ADS

4  - - - - - - - - - - - - - - - - - - - - - - - -x

5  SERENA FLEITES,

6                              Plaintiff,

7            -against-

8  MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA

INCORPORATED; MG PREMIUM LTD.; MG GLOBAL

9  ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND

BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY

10  URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;

BERGMAIR DOES 1-5,

11

12                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -x

13

14

15

16      CONFIDENTIAL VIDEOTAPED DEPOSITION OF

17          ANDREAS ACKIVIADES ANDREOU

18          APPEARING REMOTELY FROM

19              NEW YORK, NEW YORK

20              THURSDAY, JUNE 1, 2023

21                  9:37 a.m.

22

23

REPORTED BY:

24  DANIELLE GRANT

JOB NO.: 5945019

25

CONFIDENTIAL

Page 42

1            ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2        Q     Okay.  So at the time you were

3    doing website optimization and uploading

4    DVDs.

5             Anything else?

6        A     We have one person joining after

7    that was doing affiliate work, meaning on

8    the advertising space.

9        Q     Okay.  Who was actually operating

10   the websites?

11       A     At that time, it was a bit of us.

12   But the biggest office was the service

13   company in Montreal.

14       Q     Okay.  What was the -- and can you

15   tell me the name of that company?

16       A     9219 --

17       Q     Okay.

18       A     -- slash, another four numbers.  I

19   don't remember.

20       Q     Okay.  And so my question was who

21   was actually operating the websites?

22             What was 9219 doing in terms of

23   the operation of the websites?

24             MS. MASSEY:  Objection.  Object to

25        form.

CONFIDENTIAL

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2     within his team.

3          Q     Now, that monthly invoice, how is

4     it allocated?

5          A     I just explained for what do you

6     mean allocated?

7          Q     You said you only do an allocation

8     every -- twice a year.  What is it, six

9     months in year?

10         A     I -- we review and revise if

11    needed the locations so each operating

12    company is treated fairly.

13         Q     No, I understand.  But so in the

14    month of -- in the month of June -- no,

15    let's say in the month of April 2016,

16    there's a bunch of work done and you're

17    about to bill all the operating companies?

18         A     Yes.

19         Q     There's a number that needs to get

20    billed.

21         A     Yes.

22         Q     How do you decide on that day how

23    much of that gets billed to which operating

24    companies if you're not going around

25    figuring out how much of that work is

CONFIDENTIAL

1       ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2    attributable to those?

3              MS. MASSEY:  Object to form.

4       A    It's an exercise we do every six

5    months.  And we do the exercise, let's say,

6    January.  We do the rounds.  I discuss what

7    is fair, what is not fair.  Maybe accounting

8    hired another ten people and those ten

9    people are working for a specific operating

10   company.  I'm going to charge all of those

11   ten people to that the operating company.

12             So we do the exercise of revising

13   the allocations every six months because it's

14   a lot of work to do on a monthly basis.

15      Q    And when you say, it's a lot of

16   work, describe for me literally the process.

17      A    Every director needs to give their

18   employees names, and next to it have the

19   actual responsibilities.  And if they're

20   working for more than one website, he needs

21   to give me percentages.

22      Q    Do the people enter time, how much

23   time they spent on stuff?

24      A    I believe engineering might have a

25   program that is based on projects, not by

CONFIDENTIAL

Page 135

1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2    every five minutes to go in and say what

3    they did.  But they can follow the process

4    of a project.

5        Q    Okay.  So there's no way there to

6    actually attribute time to a particular

7    entity, right?

8            MS. MASSEY:  Object to form.

9        A    Based on their system and the

10   progress, how they track the progress, they

11   know fairly well how much time in total was

12   spent on a specific project.  If that

13   project is relate to one specific entity,

14   then we -- obviously, we will adjust it.

15   But we're not going to adjust everything

16   monthly.  I would do it every six months.

17       Q    I understand.  But it's not even

18   done daily.  Somebody -- there's no way to

19   tell what any particular person is working

20   on any particular day.  You have no records

21   of that?

22           MS. MASSEY:  Object to form.

23       A    I cannot speak how other directors

24   treat their people and how they justify

25   their working hours, but -- so, for me in

1           ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2     accounting, I know that person is doing work

3     for that entity.  So it's easier for me.

4           Q    How do you know that?  How do you

5     track that?

6           A    How do I track that, I give

7     deliverables.

8           Q    Oh, you mean in your accounting

9     department?

10          A    Yes.

11          Q    But I get that, but outside of

12    that accounting department, so do you keep a

13    record every day and say, okay, like how

14    many people in 2016 did you have in your

15    department?

16          A    Accounting, maybe eight.  I'm not

17    sure what changing.

18          Q    And did you have your people at

19    the end of every day write out like a time

20    sheet, today I spent seven hours?

21          A    No.

22          Q    Okay.

23          A    No, but I know that Tom is working

24    100 percent for Colbette II.

25          Q    Okay.  And so did you -- on a

CONFIDENTIAL

Page 137

```
 1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2   daily basis, did you write down a time sheet
 3   saying today, I know Tom worked a hundred
 4   percent on this; Jane worked on this; Steve
 5   did --
 6        A     No, it's his responsibility from
 7   the beginning.
 8        Q     To do the time sheets?
 9        A     No, no.  To work for Colbette II
10   100 percent exclusively.
11        Q     Okay.  Are there some people that
12   don't work exclusively?
13        A     I have some AP clerks that they
14   might prepare invoices and prepare payment
15   for all companies in the accounting
16   department.
17        Q     So does everybody who works for
18   you dedicated to a particular operating
19   company?
20             MS. MASSEY:  Object to form.
21        A     I will have -- I prefer to have my
22   senior accountants be responsible for one or
23   two, it depends how big it is, and be
24   working, focus only on those.
25        Q     All year?
```

CONFIDENTIAL

```
                                        Page 138
 1         ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2         A     I can switch things around to give
 3    them more experience, but yes.
 4         Q     So when you say your more senior
 5    accountants, are you talking about one
 6    person or several?
 7         A     No, I have accounting manager, I
 8    have assistant accounting manager, and I
 9    have two leads.
10         Q     Okay.  Does your senior accounting
11    manager oversee the other people who are
12    working on various things?
13         A     The accounting manager oversees
14    the whole department, yes.
15         Q     So he or she is always working on
16    numerous matters, right?
17         A     She's always trying to help the
18    team to overcome or deliver what they need
19    to do.
20         Q     And on a daily basis, that's never
21    tracked how much time that person is
22    spending on what operating company, right?
23              MS. MASSEY:  Object to form.
24         A     No, I don't track people by time.
25         Q     Okay.  And do you ask those people
```

CONFIDENTIAL

Page 139

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2     at the end of the week to put down how much

3     time they have spent on every operating

4     company?

5          A     I already know by the nature of

6     each operating company how much time is

7     needed for the accounting.

8          Q     Okay.  So you already know that?

9          A     Accounting is pretty boring job.

10    So you know exactly what they're going to do

11    every week.

12         Q     Do you write it down?  So if you

13    know at the end of every week, that means

14    you know at the end of every month.  Do you

15    write this down as you're going or just keep

16    in it your head?

17              MS. MASSEY:  Object to form.

18         A     I know by the fact who is working

19    for what.  If a person is working

20    specifically for one company or two, I know

21    that he delivered what I needed at the end

22    of the month.  So I know he didn't work for

23    anything else.

24         Q     Okay.  But there are people who

25    just don't work on one thing, sir.  We've

                                        Page 140

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
2      established that.
3          A    We established that there are some
4      low level AP clerks that might work for
5      different operating companies, let's say,
6      prepare payments, receive the invoice, post
7      the invoice.  The low level think that, yes,
8      we do know, we do ask them every six months,
9      or I do ask them my accounting manager is
10     this person still 50 percent doing work for
11     this operating company?  Is that one 150
12     percent?  Is it 30/30?  But I'm not worried
13     about that because it's a very small amount
14     that would be a difference.
15         Q    But you're not worried about it.
16     In other words, you're saying at that point
17     in six months in are they working 50/50, you
18     don't know whether two months before you
19     that they were working 90/10?  You don't
20     know?
21              MS. MASSEY:  Object to form.
22         A    It's immaterial.
23         Q    Well, you can say that about all
24     your people, though, right?  So the people
25     who are managing those people --

1     ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2          A     I'm speaking about my team.  I

3     don't know how the other directors deals

4     their team's times and responsibilities.

5     Maybe it's easier.  Maybe an engineer is

6     working 100 percent for a specific project

7     and it's easy to identify.  This, I don't

8     know how they do it.  But I know from my

9     team how I do it.

10         Q     Sure.  But you're in charge of

11    putting that number for everybody.  So but

12    you can't tell me how the other people do

13    that?

14         A     My job is to give a fair portion

15    of the cost to all operating entities.  If

16    my exercise is not right, then I am

17    expecting that the operating companies will

18    complain that I charged them more than I

19    should.

20         Q     Okay.  So your metric for whether

21    you're doing proper accounting or not is

22    whether the customer complains?

23              MS. MASSEY:  Object to form.

24         A     This is not how accounting works.

25         Q     I understand that.  What you just

Page 142

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
2    described as your basis for believing that
3    what you have done is accurate is that if it
4    was inaccurate, somebody at the companies
5    would complain; is that right?
6           MS. MASSEY:  Object to form.
7      A    I believe the work that I'm doing
8    for justifying the locations are measured in
9    a very correct or efficient way by having
10   all directors establish the time that their
11   team is working, and I don't have any reason
12   to believe that they're hiding anything from
13   me.  They're my colleagues.  And if I see a
14   discrepancy from engineering over six months
15   to over six months, I will question it, of
16   course.  But if it's on the same level and
17   it's reasonably, will go ahead and I will
18   say that this is a fair representation of
19   the cost allocation.
20     Q    Okay.  And do you recall when you
21   were going for your certificate in
22   accounting, ever being -- ever learning that
23   what you just described it is an appropriate
24   and accepted accounting method?
25     A    Why?

Case 2:21-cv-04920-WLH-ADS Document 480-65 (Ex Parte) Filed 03/26/25 Page 14 of 49 Page ID #:19175203

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1

2    Q    I get to ask the questions.

3    A    I don't think it's inappropriate,

4  I don't think it's wrong accounting method.

5    Q    Okay.  I'm asking you, other than

6  you say so, is it your testimony that when

7  you learned accounting in college and then

8  got your certificate and training, what you

9  just described is what you were taught?

10         MS. MASSEY:  Object to form.

11    A    Based on my knowledge and

12  experience, how I allocate my cost on the

13  operating -- on the holding companies to the

14  operating companies, I believe they are

15  within the standards of accounting policies.

16  And this is confirmed by our accountants

17  that they audit our financial statements

18  every year.

19    Q    Okay, I want to break that down.

20  Based on your knowledge and experience, what

21  specific knowledge can you tell me that you

22  have, that you rely on in saying the method

23  you just described is appropriate?

24    A    There isn't any other method that

25  will measure these more fairly.

CONFIDENTIAL

Page 144

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2          Q     Okay.  Is that -- your knowledge

3     is there's no better way to do it?

4          A     This is the way to do it.  You

5     always go with the most acceptable,

6     reasonable way with your best intention and

7     best knowledge.

8          Q     Okay.  Is it your testimony as a

9     professional with an accounting certificate

10    that if you were providing management

11    services to independent websites --

12         A     Independent, you mean?

13         Q     Meaning not related parties or

14    affiliated parties.  That the method that

15    you just described for charging them would

16    be appropriate?

17               MS. MASSEY:  Objection.  Calls for

18         speculation.

19         A     Yes, it's been confirmed by the

20    transfer pricing our outside accounting

21    firms are doing.

22         Q     Okay.  So other than the transfer

23    pricing -- we're going to get to that in a

24    second -- what other standard do you rely on

25    in saying that would be the appropriate --

CONFIDENTIAL

Page 145

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2     that what you described is an appropriate

3     way of charging clients?

4          A    This is my personal opinion on

5     this matter.  I don't have anything other to

6     say.

7          Q    Okay.  When you said in the same

8     answer I just followed up on, how you did

9     it, I believe they are within the standards

10    of accounting policies, can you tell me

11    specifically the standard of accounting

12    policies you were referring to when you

13    testified that the method you described is

14    within the standard accounting policies?

15         A    No.

16         Q    Okay.  When you say this is

17    confirmed by our accountants that they audit

18    our financial statements every year, isn't

19    it true that they do not audit the financial

20    statements of those operating companies that

21    you are charging?

22         A    That is not correct.

23         Q    Okay.  So Colbette has audited

24    financial statements?

25         A    Colbette 2, yes.

CONFIDENTIAL

Page 146

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2         Q      Okay.  They all have audited

3    financial statements?

4         A      Yes.

5         Q      Okay.  And the transfer pricing

6    studies --

7         A      Yes.

8         Q      -- is it your testimony there's a

9    transfer pricing study done for the

10   transactions between the Cyprus entities?

11        A      There is no requirement to have a

12   transfer pricing for -- within the same

13   jurisdiction.

14        Q      I understand that.  So when you

15   testified that the proof that your method

16   was proper was transfer pricing, there is no

17   transfer pricing between MG Cygest and

18   Colbette?

19             MS. MASSEY:  Objection to form.

20        Q      Were you just mistaken there?

21        A      There isn't a transfer pricing

22   study, but a transfer pricing study

23   indicates that the lump sum principle that's

24   applied by using the rate that we have, the

25   cost-plus.  So I'm using the same rate in

Case 2:21-cv-04920-WLH-ADS Document 486-63 (Ex Parte) Filed 03/26/25 Page 18 of 49 Page ID #:19207

```
                                          Page 147
```

 1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

 2   Cyprus --

 3        Q    Well, I understand --

 4        A    -- to justify the lump sum

 5   principle.

 6        Q    So the cost --

 7        A    And this was confirmed by the tax

 8   authorities as well.

 9        Q    So cost plus is not what I'm

10   questioning you about; it's the allocation?

11        A    The just questioned the cost plus.

12        Q    The allocation that you make, what

13   we've been talking about for the last 40

14   minutes, okay, how you allocate what

15   amounts, you then charge up to each entity

16   is what I'm talking about, okay?

17        A    I understand.

18        Q    And the transfer pricing doesn't

19   look at how you allocated it, it looks at

20   whether the cost that you -- the plus you

21   add to the cost is appropriate, correct?

22        A    Yes.

23        Q    The auditors don't look at how you

24   allocated that cost plus?

25        A    Yes.

CONFIDENTIAL

Page 148

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2           MS. MASSEY:  Object to form.

3      Q    So with respect to the allocation

4  of the costs plus that we have been talking

5  about, neither the audit or the transfer

6  pricing deal with that at all, right?

7      A    The only terms of MGCY or

8  MG Cyprus will review, and I believe they

9  should review of how visa are allocated.

10     Q    When you say they should review, I

11  believe -- will review and I believe they

12  should review, you're the one they would be

13  dealing with when reviewing it, correct?

14     A    Yes.  And I provide the

15  allocations.

16     Q    You provide the allocations?

17     A    Yes.

18     Q    But you don't provide any basis

19  for the allocations?

20          MS. MASSEY:  Object to form.

21     A    If I am asked, I can provide the

22  basis.

23     Q    The basis would be on -- in June,

24  I decided to allocate it this way, and at

25  the end of the year I decided to allocate it

Case 2:21-cv-04920-WLH-ADS Document 563-65 (Ex Parte) Filed 03/26/25 Page 20 of 49 Page ID #:98209

```
 1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2     that way, right?
 3               MS. MASSEY:  Object to form.
 4          A     No.  It is based on how many
 5     people you employed.  So for instance, if I
 6     have 350 employees in Cyprus and 50 of them
 7     are working specifically and exclusively for
 8     one specific product, then it's very easy to
 9     determine that this is the amount for 50
10     people, payroll for 50 people will go
11     exclusively to that company because they're
12     doing 100 percent work for that company.
13          Q     Okay.  Do you have records that
14     you keep of all that?
15          A     Yes.
16          Q     What records do you have?
17          A     We have the list of names.
18          Q     Okay.  There's a list -- I mean,
19     what records -- so at the end of -- you say
20     it's a lot of work, so you don't want to do
21     it every month.  So it must be a lot of work
22     at the end of six months to tally it up.  So
23     what information are you accumulating over
24     that time to make that determination?
25          A     I don't accumulate during that
```

Case 2:21-cv-04920-WLH-ADS Document 563-65 (Ex Parte) Filed 03/26/25 Page 21 of 49 Page ID #:19210

```
 1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2    period.  We do that allocation exercise by
 3    -- by yearly where we go to, like I said
 4    before, to the different directors telling
 5    them to list the names of the people they
 6    have under the team and how much of their
 7    time is allocated to which product to make
 8    the best judgment of how to allocate the
 9    costs.
10        Q    And which standards do you tell
11    them to apply?
12        A    Accounting standard, what is --
13        Q    You ask them, tell me how much to
14    allocate, is that what you tell them?
15        A    No.  I'm asking them the list of
16    people and next to them in which product
17    they're working on, and if they're working
18    on more than one product, to split down
19    their time between those two products, or if
20    it's two or maybe it's three.
21        Q    For the past six months?
22        A    For the past six months.
23        Q    Okay.  And do you they do that?
24             MS. MASSEY:  Object to form.
25        Q    I mean, do they have a record?
```

Case 2:21-cv-04920-WLH-ADS Document 48-63 (Ex Parte) Filed 03/26/25 Page 22 of 49 Page ID #:9811

CONFIDENTIAL

```
 1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2             MS. MASSEY:  Object to form.
 3     A     Every director has a different
 4    record of how their teams are working.  Like
 5    I said before, some people are working in an
 6    exclusive -- a specific project for one
 7    year, so the director knows that this guy is
 8    working for that.
 9     Q     I got that.  But that's not
10    everybody.  So let's talk about the people
11    that it would be -- that guy's not a lot of
12    work to do.  So you said this is a lot of
13    work.  So let's talk about the ones that
14    are -- the people who account for a lot of
15    work, that are working on various things.
16             How -- let me put it this way:  Do
17    you, as the director of finance and
18    accounting, tell your directors, I need to
19    know, as the director of accounting, finance
20    and accounting, how to allocate our bills to
21    our clients; therefore, I need you to
22    allocate your people's -- is it time?  Or is
23    it cost? -- to what clients and here's how I
24    need you to do it, or do you just simply
25    tell them, give me a number?
```

CONFIDENTIAL

Page 152

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2           MS. MASSEY:  Object to form.

3      A      No.  List of people one by one,

4  products on the right --

5      Q      Uh-huh.

6      A      -- and ticks in which product each

7  person worked --

8      Q      Uh-huh.

9      A      -- and if they're working for more

10 than one project, give me the percentage of

11 the time for each product.

12     Q      For which period?

13     A      For six months, maybe last time I

14 did it in one year because we were busy on

15 another things.

16     Q      So you go a whole year?

17     A      Usually six months.

18     Q      Have you ever gone more than a

19 year?

20     A      No.  I don't -- I have to go very,

21 very back.

22     Q      So in terms of what are your

23 responsibilities as a director of finance

24 and accounting to ensure that the records of

25 your organization and the records that

CONFIDENTIAL

Page 153

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2   you're getting from the people who are

3   providing you with the information that

4   you're going send out in bills is accurate?

5   What is your responsibility?

6       A    You're talking about the

7   allocation costs?

8       Q    No.  What's your responsibility

9   as --

10      A    It's a different topic.

11      Q    Okay.  We can go around.  I'm

12  going to go back to this.  But I want to

13  know, what do you understand your -- is

14  it -- I'll put it this way:  Do you think

15  it's consistent with your professional

16  standards to simply tell a director, say, of

17  engineering, I want you to allocate your

18  people's time for the last six months,

19  without ensuring that he has some accurate

20  reliable records to do so?

21          MS. MASSEY:  Object to form.

22      A    I believe that all our directors

23  are very professional of what they do and

24  they have adequate backup or information to

25  back up their decision to place different

CONFIDENTIAL

```
 1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2    people in different products with different
 3    percentages.
 4        Q    Okay.  You believe --
 5        A    My job -- my job when I receive
 6    all this is to review them and compare them
 7    with the previous period.  If I see major
 8    discrepancies, then I will question.
 9        Q    So it's not your job to actually
10    check whether there is a reasonable basis
11    for your belief that your directors have
12    some reason to give you the allocations they
13    did for the prior six months?
14            MS. MASSEY:  Object to form.
15        A    So the question is I am going to
16    judge or check or manage the other --
17            MS. MASSEY:  Why don't you ask
18        what the question is.
19        Q    You don't think that's
20    appropriate?  You don't want to do?
21            MS. MASSEY:  Can you rephrase the
22        question or repeat the question?
23            MR. BOWE:  Let him give an answer.
24        Please stop.  You interrupted him in
25        middle of an answer, which is totally
```

CONFIDENTIAL

Page 155

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1    inappropriate.

2          MS. MASSEY:  He was asking what

3    the question was.

4          MR. BOWE:  He was giving me a

5    rhetorical answer, yes.  It's not --

6    whatever he's doing, you don't

7    interrupt him and start telling him to

8    stop answering.

9          MS. MASSEY:  If he asked what the

10   question is and you don't answer what

11   the question is, then I can interrupt.

12   But it would be easier to just have the

13   question reread by Danielle.

14         MR. BOWE:  How did about this, how

15   about whether he's asking a question or

16   not, you don't interrupt and stop him.

17         MS. MASSEY:  How about you don't

18   interrupt me.

19         MR. BOWE:  Well, here's the thing,

20   Kathleen.  The only thing you're

21   supposed to do is say, objection.  What

22   you did right now was not just a

23   speaking objection, it was to stop a

24   witness from giving testimony --

CONFIDENTIAL

Page 156

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2           MS. MASSEY:  What do you call

3      this?

4           MR. BOWE:  -- which is entirely --

5      this is called colloquy.

6           MS. MASSEY:  No, it's not.

7           MR. BOWE:  Well, look.  I'm asking

8      you again so the record is clear, to

9      stop making speaking objections and to

10     not interrupt the witness who's giving

11     an answer.

12          Madame Court Reporter, can you

13     mark that section of the testimony.

14          (Whereupon this question was

15     marked for a ruling.)

16          MS. MASSEY:  I'm not making

17     speaking objections or interfering with

18     the witness's ability to answer a

19     question.

20          (Whereupon this question was

21     marked for a ruling.)

22          MR. BOWE:  Please mark that

23     section too.

24     Q     During your tenure as the director

25  of finance and accounting at MG Cyprus

CONFIDENTIAL

Page 189

1       ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2  asked based on that expertise to assist

3  companies that he is not employed by or an

4  executive at and that are competing with the

5  companies that he is, right?

6         MS. MASSEY:  Object to form.

7     A   We never see those sites as

8  competitors.

9     Q   Okay.  A moment ago, you said they

10  were competitors but you don't see them as

11  competitors; is that right?

12     A   You say competitors in that

13  they're doing the same thing, but our

14  objective is to maximize the efforts of all

15  of them.

16     Q   Okay.  Well, how do they not

17  compete with each other?

18     A   Each one as a different product

19  director.  Each one has a different product

20  manager.  Each one has its own audience, and

21  they need to do their best efforts to

22  maximize the value of those websites.

23     Q   Okay.  But how do you as an

24  overall organization figure out which one,

25  how to maximize them?

Case 2:21-cv-04920-WLH-ADS Document 563-65 (Ex Parte) Filed 03/26/25 Page 29 of 49 Page ID #:19218

```
 1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2              MS. MASSEY:  Object to form.
 3      A    We don't favor one or the another.
 4  It's up to the directors to come up with
 5  what is the best -- what is missing from one
 6  side that can be used to maximize its
 7  visibility.  Or in any case, it's not like
 8  because one is successful, it needs to come
 9  from somebody else.
10      Q    Okay.  So is it your testimony
11  that there is no effort in the MindGeek
12  organization to look at all of these
13  entities that operate websites and figure
14  out how to operate them in a way where there
15  are synergies between them?
16              MS. MASSEY:  Object to form.
17      A    If there are synergies between
18  them that can be used in a way that, for
19  example, engineering comes up with a feature
20  that can be used in all our websites to save
21  time, to save money, of course, we will use
22  that, we'll use the same feature, let's say,
23  that is built for one company.  For one
24  website, to be used for another one so we
25  cannot get benefit from it.
```

CONFIDENTIAL

Page 191

1    ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2         Q     No, I don't mean technology-wise;

3    I mean content-wise, product-wise.  Is there

4    any effort to provide synergies over the

5    product lines?

6         A     Content or product?

7         Q     Content.

8         A     Content.

9         Q     Uh-huh.

10        A     Each website, we're talking about

11   content for pay sites, which is content that

12   is produced by third-party studios, and

13   we -- and each pay site has its own audience

14   and its own type of or style of content that

15   viewers want to see.  ████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████ --

19        Q     They don't all --

20        A     -- or type.

21        Q     Sorry.

22              They don't all have different

23   audiences, some of them overlap, right?

24              MS. MASSEY:  Object to form.

25        A     No, I think -- yeah, in -- they

CONFIDENTIAL

```
 1         ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2    present the content in a different way, the
 3    content is different.  Yes, maybe some of
 4    them overlap, but it's experience -- the
 5    user experience is not 5 percent of the same
 6    company, you see the overall experience.
 7         Q     So how do you know that?
 8         A     How do I know that?
 9         Q     Yeah.
10         A     When I was presented with -- when
11    we were presented with the stats, we see
12    that the numbers and the way that users
13    behave is different in each website.
14         Q     Okay.  What do you mean when
15    you're presented with the stats?  What stats
16    and who presented them?
17         A     We have different KPIs.  We have
18    original model, we have, let's say in
19    Europe, it's more popular one site.  In the
20    States, it's another website.  In North
21    America, it's different than South America.
22    In Asia, it's different.  They prefer that
23    website because the content is more of the
24    liking.  We do have some --
25         Q     No, I understand --
```

Page 324

1              ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2      then does it move -- some amount of that

3      then immediately moved to the MG Cyprus bank

4      account and then some of it moves immediate

5      to 9219 bank account?

6           A    I wouldn't use that term

7      "immediately."  I mean, as soon as I receive

8      the invoice, I will -- MG Billing will send

9      the money there.  And then as soon as they

10     receive the money, we send the money there.

11          Q    Uh-huh.

12          A    It might take a month.  It

13     might -- it depends on the cash management,

14     again, of each company.  Usually this is a

15     practice and this is --

16          Q    Uh-huh.

17          A    -- what we're trying our best to

18     do.  But, let's say, you have an urgent

19     payment to do --

20          Q    Uh-huh.

21          A    -- for VAT, let's say, which is a

22     substantial amount of money --

23          Q    Uh-huh.

24          A    -- for MG Billing, it might not

25     pay everything --

CONFIDENTIAL

Page 325

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2          Q      Uh-huh.

3          A      -- and keep backs -- keep back a

4    portion of what is owed to MG Premium.

5          Q      Uh-huh.

6          A      Because we ensure that MG Premium

7    has enough money to pay its expenses.

8          Q      Okay.

9          A      But, of course, the operating

10   companies needs to fund the service

11   companies because they have expenses.  And

12   if I have, for example, a million dollars of

13   expenses and I don't receive that million,

14   it means I cannot pay my employees for the

15   next month.

16         Q      Right.

17         A      So they need to come from the

18   operating companies that they owe me money.

19         Q      Right.

20         A      But they're not going to come from

21   an entity that I'm not doing business with

22   directly --

23         Q      Sure.  I get it.

24         A      -- since I have money owed to me

25   by the operating companies.

Case 2:21-cv-04920-WLH-ADS Document 48068-65 Ex Parte Filed 03/26/25 03/26/25 Page 34 Page 935 of 50 PageID Page ID #:995223

```
                                          Page 326

 1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

 2        Q    I get it.  So I think I understand

 3   that.

 4             So that on -- what would be

 5   another example other than VAT?  Other than

 6   the VAT example?  VAT and payroll?

 7             MS. MASSEY:  Object to form.

 8             What is the question?

 9             MR. BOWE:  Stop.  Please stop.

10        A    I mean, is the question if there

11   is other circumstances that we might not

12   pay?

13        Q    I'm asking you -- you gave me an

14   example -- you gave me two examples.  You

15   said the VAT -- if you -- if you needed the

16   money to pay the VAT and then you said, you

17   know, if had -- if you need to make

18   payroll -- and those were examples.

19             I'm saying what would other

20   examples be?

21        A    No, the VAT is different from the

22   payroll.  Because I'm saying the service

23   companies needs always to get their invoice

24   settled because they have expenses to pay.

25        Q    Uh-huh.
```

```
                                      Page 327
```

1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2        A    So let's say MG Premium cannot

3    hold back two, three months --

4        Q    Uh-huh.

5        A    -- of owing money to MG Cyprus,

6    because MG Cyprus wouldn't have money to pay

7    its obligations, payroll, rent and other

8    overheads.  So, yes, it would get the money

9    from the operating companies.  Now, if the

10   operating companies tells me one month,

11   Look, I owe you one minimum, I will give you

12   900 because I have something else, I will

13   pay you the rest the next month.  If cash

14   management-wise, we think, Okay, 100, we can

15   survive, you can give it to me the next

16   month, okay, it's in our books and as

17   owned -- or not owned -- or receivable or

18   payable.

19       Q    Sure.  And when you say if the

20   operating company tells me, that's actually

21   one of your coemployees?

22            MS. MASSEY:  Object to form.

23       A    It's one of my customers.

24       Q    Well, the person you're -- the

25   human being you're talking to, he's having

CONFIDENTIAL

Page 328

1     ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2  that conversation, is an employee of either

3  MG Cyprus or 9219?

4      A    If someone from 9219 tells me I'm

5  not going to pay you because of that reason

6  and I am MG Cyprus --

7      Q    Uh-huh.

8      A    -- and I need the money, I will

9  make sure I will get the money.  Because I

10  know if I can cover my expenses.  If I'm

11  going to make him a favor because he is my

12  colleague, only if I'm okay with my

13  obligations.

14      Q    Uh-huh.

15      A    I'm not going to risk my job or

16  risk any tax payment or something important

17  payment that I need to do will have

18  priorities and just because he said I don't

19  have enough money.

20      Q    Uh-huh.

21      A    Maybe another company of me owes

22  this guy money and I say, Okay, I will pay

23  you the money of the other company that --

24      Q    Right.

25      A    -- for advertising, let's say, or

CONFIDENTIAL

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
2     affiliates.
3          Q     Uh-huh.
4          A     You send me money, it's part of
5     the cash management.  It's not always --
6          Q     Right.
7          A     -- it's not always the best.  We
8     don't always have zero -- we don't always
9     settle invoices month over month in every
10    company --
11         Q     Uh-huh.
12         A     -- but we're trying the best we
13    can do.  And I think it's pretty much
14    manageable and within the reasonable time
15    frames of what is paid and for what purpose.
16         Q     Is there ever a time within your
17    own MindGeek MG Cyprus where you're having
18    that conversation and somebody is saying, I
19    can't pay?
20         A     I know that a lot of times, my
21    accounting manager is fighting, let's say,
22    with the Treasury Department saying that I
23    need money, and the treasury manager tries
24    to prioritize, right?
25               So, yes, we have --

CONFIDENTIAL

Page 330

1      ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2      Q     What does that mean?

3            I mean, when the accounting guy

4   says, I need money, the treasury guy --

5      A     MG Cyprus -- MG Premium owes

6   $1 million to MG Cyprus.  MG Cyprus, my

7   accounting manager, says I need $1 million.

8   The $1 million, in order to be sent to

9   MG Cyprus, it needs to be approved by my

10  team of treasury --

11     Q     Uh-huh.

12     A     -- that is the correct amount.

13  Because --

14     Q     Uh-huh.

15     A     -- my manager cannot access money

16  without --

17     Q     Uh-huh.

18     A     -- a trace or reason.  So the

19  treasury will say, I can send you

20  one million from MG Premium because

21  MG Premium owes you.  Or maybe you say you

22  need one million to make a tax payment

23  immediately -- I mean urgently, Look, I have

24  in the bank account of MG Premium 500, I

25  have another 500 in MG Freesites, I will

Case 2:21-cv-04920-WLH-ADS Document 563-65 (Ex Parte) Filed 03/26/25 Page 39 of 49 Page ID #:19006228

Page 331

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1   ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2   give you -- I will pay you back half of this

3   company and half for the other company --

4        Q    Uh-huh.

5        A    -- since it's an urgent.

6        Q    Uh-huh.

7        A    So we do have urgent things that

8   needs to get paid and we need to cash manage

9   between the different companies.

10       Q    Okay.  And that's -- that's what

11  the treasury guy -- the treasury person is

12  in -- is the one with control of the

13  accounts and the accounting?

14            Who is -- who is -- the accounting

15  and treasury guy are which people in that

16  conversation?

17       A    The treasury manager has an

18  oversight of all bank accounts --

19       Q    Uh-huh.

20       A    -- to make sure -- he is -- he is

21  my -- in my team.  I have my treasury

22  manager where his work is to make sure that

23  he has visibility on all bank accounts --

24       Q    Uh-huh.

25       A    -- and makes sure that he meets

CONFIDENTIAL

Page 332

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1       ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2  the needs of each accounting manager that

3  needs money.  So my accounting manager,

4  MG Cyprus, let's say, will says, I have,

5  this week, a major payment of tax of

6  one million.  I need one million in my bank

7  account.  So he will determine -- he'll see,

8  like, which company has those funds and owes

9  MG Cyprus --

10     Q    Uh-huh.

11     A    -- one million.  If MG Premium has

12  one million extra and he doesn't have --

13  they have five million, let's say --

14     Q    Uh-huh.

15     A    -- and they don't mind to pay

16  MG Cyprus the one million --

17     Q    Uh-huh.

18     A    -- they'll pay that one million.

19     Q    Uh-huh.

20     A    But MG Premium has, again, tax

21  payments to do --

22     Q    Uh-huh.

23     A    -- and he cannot afford to give

24  the full amount --

25     Q    Uh-huh.

CONFIDENTIAL

Page 333

1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2        A     -- 500 will go from -- MG Premium

3    500 will go for another company --

4        Q     Uh-huh.

5        A     -- that owes MG Cyprus money.

6        Q     Okay.  And when you say the

7    account manager, you mean the -- you don't

8    mean an accountant -- mean someone from the

9    accounting, you mean the account manager,

10   you mean somebody who is managing --

11   somebody who is in charge of --

12       A     Someone in my team that handles

13   the specific company.

14       Q     Okay.  And so just so I understand

15   the picture, your team of account managers,

16   do they work in the same area of the same

17   building?

18       A     My team in Cyprus consists of ten

19   people and they are working in the same

20   building, yes.

21       Q     All right.  Are they all in

22   offices next to each other in desks next to

23   each other?

24       A     Yeah.  Yeah.  It's an open plan

25   area.

Page 334

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1

2      Q    Okay.  So they're -- are they in

3   cubicles or just open space?

4      A    Open space.  But now that we have

5   the flexibility to work from home --

6      Q    Right.

7      A    -- so most of them are working

8   from home.

9      Q    All right.  Before they were

10  working from home, you have -- it could be

11  two individuals right next to each other,

12  one needs -- one owes the other money?

13     A    Uh-huh.

14     Q    One -- they work for the same

15  company but -- the way -- the way you

16  described it --

17     A    Yeah.  Yeah.

18     Q    -- one of them owes some money to

19  the other person, their --

20          MS. MASSEY:  Object to form.

21     Q    -- their organization -- the

22  organization that -- the account that they

23  are handling owes money to the account that

24  the other person is handling, right?

25     A    Yes.

Page 335

1    ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2    Q    Okay.

3          MS. MASSEY:  Can I interrupt for

4    one sec?

5          MR. BOWE:  Sure.

6          MS. MASSEY:  What is the timing

7    here, please?

8          VIDEOGRAPHER:  Six hours,

9    11 minutes, give or take three or four.

10          MR. BOWE:  I can argue about time

11    for speeches.  That was very helpful.

12    Thank you.

13    Q    Now, do you also allocate expenses

14    associated with the operation -- the

15    technological operation of the various

16    sites?  Do they share those expenses?

17    A    Can you be more specific what you

18    mean by --

19    Q    Sure.

20    A    -- "technological"?

21    Q    So there is -- there's actually --

22    operating a website involves all sorts of

23    information technology services, right?

24    Right?

25    A    Softwares, you mean?

Page 367

1        ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2        A     I believe there is, there are,

3    yeah.

4        Q     And where are those records kept?

5    Are they in the financial accounting system?

6        A     Financial accounting system?  In

7    the accounting system, it would be the

8    invoice, and maybe in the description or

9    backup or the approval of the person

10   responsible for that department.

11       Q     Okay.  That's the accounting

12   system.  Do you have a financial tracking

13   system?

14       A     What is a financial checking

15   system?

16       Q     I'll tell you what.  You're the

17   chief of finance and accounting.  How are

18   the numbers tracked at MindGeek, the

19   financial numbers?  What is the data

20   management system?  What program due use?

21   Who is in charge of it?  Who shares it?

22   Explain that to me.

23            MS. MASSEY:  Object to form.

24       A     That is a different question.

25   It's another topic this one, right?

CONFIDENTIAL

Page 368

                ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1      Q    I'm asking you that question.

2      A    So the question was to name the

3  accounting software that we use, if I'm

4  correct?

5      Q    I want to you what data systems do

6  you use in the function that you're

7  responsible for to ensure, as a director of

8  finance and accounting, that the financing

9  and accounting data is being captured and

10 tracked and analyzed correctly and your

11 reporting is correct.

12     A    The first thing that we do, and

13 the most important thing, is the bank

14 reconciliation.

15     Q    What programs do you use?  What

16 systems?

17     A    Ah.  For accounting, to enter

18 journals and do the accounting, it calls

19 Great Plains.

20     Q    Called what?

21     A    Great Plains, P-L-A-I-N-S.

22          For financial reporting, which is

23 profit and loss, balance sheet or any other

24 reports that we need for reporting purposes,

Page 369

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1     it's called Prophix, P-R-O-P-H-I-X.  And our

2     big friend Excel.

3     Q    And --

4     A    And -- excuse me.  There is also a

5     software called Jira, J-I-R-A, where we --

6     it's -- we enter the invoices, and they're

7     sent to each individual or director or

8     manager to approve the correctness of the

9     invoice, and then it's assigned to a

10    manager, then it's assigned to me for

11    payment.

12    Q    Okay.

13    A    Level of approval of invoices for

14    each independent company.

15    Q    Okay.  Now, the financial

16    reporting system that you use, Prophix.

17    A    Uh-huh.

18    Q    That you have access to --

19    A    Yes.

20    Q    -- as the director of finance and

21    accounting at MG Cyprus.

22    A    In all companies.

23    Q    What's that?

24    A    In all companies.

CONFIDENTIAL

Page 370

ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

1

2       Q     In your company?

3       A     In all companies, not only in

4   MG Cyprus.

5       Q     What do you mean "all companies"?

6       A     I have access to the other Cyprus

7   companies that I am responsible for.

8       Q     Okay.  I appreciate that.  That

9   was going to be my question.

10            Do you have access to any other

11   companies?

12      A     Yes.

13      Q     What other companies?

14      A     Almost all of them.

15      Q     Okay.  And the people who are

16   doing -- your counter-parts at 9219, are

17   they using the same system?

18      A     Yes, it's a centralized system.

19      Q     Okay.  So you're looking at the

20   same data?

21      A     Yes.

22      Q     Is that the same for the Great

23   Plains, the accounting --

24      A     Yes.

25      Q     Okay.  And where does that system

CONFIDENTIAL

```
 1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL
 2    sit, like who's the custodian of that
 3    system?
 4              MS. MASSEY:  Object to form.
 5         A    Custodian means owner?  I know
 6    there is a server in Cyprus that stores some
 7    data for that, and then it's connected to
 8    Luxembourg, and we conduct to Luxembourg
 9    because it's easier.  I mean, I'm not that
10    technical but --
11         Q    Okay.  All right.  Now, do you --
12    why do you have access to all your
13    information?
14         A    We do have access because the
15    reporting software -- not all people have --
16    we have different level of access.
17         Q    Yeah.
18         A    Not all people have the same
19    access --
20         Q    Sure.
21         A    -- for Prophix or in Great Plains.
22         Q    Yeah.
23         A    So if some of my people are
24    working for specific companies, they will
25    only have access for that company.  Me, why
```

CONFIDENTIAL

Page 383

1          ANDREAS ACKIVIADES ANDREOU - CONFIDENTIAL

2                      CERTIFICATE

3          STATE OF NEW YORK )

4                          )ss:

5          COUNTY OF RICHMOND)

6               I, DANIELLE GRANT, a Certified

7               Shorthand Reporter, and Notary

8               Public within and for the State of

9               New York, do hereby certify:

10              That ANDREAS ACKIVIADES ANDREOU, the

11              witness whose deposition is

12              hereinbefore set forth, was duly

13              sworn by me and that such deposition

14              is a true record of the testimony

15              given by such witness.

16              I further certify that I am not

17              related to any of the parties to

18              this action by blood or marriage and

19              that I am in no way interested in

20              the outcome of this matter.

21              In witness whereof, I have hereunto

22              set my hand this 1st day of June,

23              2023.

24

25              DANIELLE GRANT