# EXHIBIT 65

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

CONFIDENTIAL

Page 1

1

2    UNITED STATES DISTRICT COURT

     CENTRAL DISTRICT OF CALIFORNIA

3    CASE No. 2:21-CV-04920-CJC-ADS

4    - - - - - - - - - - - - - - - - - - - - - - - - - -x

5    SERENA FLEITES,

6                              Plaintiff,

7              -against-

8    MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA

     INCORPORATED; MG PREMIUM LTD.; MG GLOBAL

9    ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND

     BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY

10   URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;

     BERGMAIR DOES 1-5,

11

12                             Defendants.

     - - - - - - - - - - - - - - - - - - - - - - - - - -x

13

14

15       CONFIDENTIAL VIDEOTAPED DEPOSITION OF

16                    FERAS ANTOON

17               NEW YORK, NEW YORK

18               WEDNESDAY, JUNE 14, 2023

19                     9:07 a.m.

20

21   REPORTED BY:

22   DANIELLE GRANT

23   JOB NO.: 5945613

24

25

CONFIDENTIAL

Page 24

1              CONFIDENTIAL - ANTOON

2     three meetings?

3              MR. BROWN:  Objection.

4              You can answer.  You can answer.

5         A    No.

6         Q    Okay.  Who are you currently

7     employed by?

8         A    I'm unemployed.

9         Q    Do you have your own business?

10        A    No.

11        Q    Do you have any business?

12        A    I have some real estate.

13        Q    Okay.  What real -- when you say

14    "I have some real estate," what do you mean?

15        A    I have some apartments and some

16    office buildings that I rent out.

17        Q    Okay.  So you have a real estate

18    business?

19        A    I guess if you can define it like

20    that, yes.  I own a ███████ of apartments and

21    a ███████ of buildings.

22        Q    Okay.  And do you work in that

23    business?

24        A    Well, what do you mean by "work"?

25        Q    Well, I asked you if you're -- if

CONFIDENTIAL

Page 25

```
 1              CONFIDENTIAL - ANTOON

 2   you're employed, you said, No, you're

 3   unemployed.

 4           But you have a real estate

 5   business where you own buildings and you

 6   rent out those buildings, right?

 7       A    Correct.  I have a manager that

 8   rents out the apartments.

 9       Q    Okay.  Are you involved in the

10   business at all?

11       A    Once every month or so, you know,

12   the manager would call me and say there is a

13   repair needed in an apartment, I'm going to

14   spend $300 to repair the sink and I would

15   say, Okay.

16       Q    Okay.  But you're not involved in

17   the day-to-day?

18       A    No.

19       Q    Do you take a salary?

20       A    No.

21       Q    What buildings do you own?

22       A    I indirectly own ████ office

23   buildings.

24       Q    What are they?  What address?

25       A    ████ ███ ████ ███ ████ ██████ ████
```

Case 2:21-cv-04920-WLH-ADS   Document 563-65   Filed 03/28/25   Page 5 of 193   Page ID #:15244

```
 1              CONFIDENTIAL - ANTOON
 2  ████   ████    ████   ███   ████    ██████
 3       Q     Okay.  And what other buildings do
 4  you own?
 5       A     I don't believe -- I do not own
 6  any other buildings.
 7       Q     Okay.  Which ones -- you said you
 8  rent out apartments?
 9       A     That's separate.  I have  ████
10  apartments.
11       Q     Okay.  You have  █████  apartments in
12  a building you don't own.
13             Are they like condos or co-ops?
14       A     Correct.
15       Q     Which one?  Condos?
16       A     Condos, yes.
17       Q     So you have  █████  condos.
18             What buildings?
19       A     One is called  █████████  █████  ███
20  ██████   Sorry French.  There's  ████  condos
21  there.
22       Q     And does that have an address?
23       A     I don't know the -- well, wait.  I
24  think it's  █████  █████   ██████████
25       Q     Okay.  And then what is the other
```

Page 27

1                    CONFIDENTIAL - ANTOON

2    building you own condos in?

3         A     It's called ████████    I have ███

4    condos there.

5         Q     And what is the address of that

6    building?

7         A     ████   ███   ██████   .

8         Q     Now you said you owned all these

9    properties indirectly.

10               Did I understand that testimony

11   right?

12        A     Correct.

13        Q     Okay.  You mean you own them

14   through some form of entity?

15        A     Correct.

16        Q     What is the name of the entity?

17        A     It's a numbered entity.  It ends

18   with ████   ██████   ███   .

19        Q     Okay.  Any other entity?

20        A     I don't believe so.

21        Q     All right.  You're not currently

22   employed.

23               Are you under contract in any way?

24        A     No.

25        Q     Do you have a contract with

```
 1               CONFIDENTIAL - ANTOON
 2    required by the Canadian law.
 3         Q    Okay.  So you said Canadian law
 4    required anything you were owed, you didn't
 5    get back your salary, you thought you were
 6    owed your car allowance.
 7               Why, then, didn't you get back
 8    your salary?
 9               MR. BROWN:  Object to the form.
10         A    The company didn't have enough
11    money to pay all this.
12         Q    And your testimony under oath is
13    that why you -- that's why you didn't get
14    it?
15               MR. BROWN:  Object to the form.
16         A    Yes.
17         Q    Were there any other reasons?
18         A    I wanted to leave, so I was
19    negotiating a departure.  And that was part
20    of the departure package.
21         Q    Why did you want to leave?
22         A    My job was becoming very
23    stressful.  I was never used to handling
24    lawsuits, media requests, my house burned
25    down.  It was a lot of stress, an unusual
```

Case 2:21-cv-09920-WLH-ADS  Document 456-65 Ex Filed 03/28/2510/24 8 of 193 9
of 194 Page ID #90015247

```
 1              CONFIDENTIAL - ANTOON
 2    way over my 13 years ████████ as CEO.
 3         Q    Anything else other than what you
 4    mentioned?
 5         A    No.
 6         Q    Is it fair to say your -- your
 7    salary and expense reduction would have
 8    factored into that too?
 9         A    I don't understand.
10         Q    Did your -- did the fact that your
11    salary and expenses had been cut factor into
12    your decision to leave?
13              MR. BROWN:  Object to the form.
14         A    No.  No, not at all.
15         Q    Who cut your salary?
16         A    We had a meeting with the lead
17    lender, with the majority shareholder, and
18    we agreed in order to move forward,
19    dividends would go to zero for all
20    shareholders and I will get the salary cuts
21    and there was adjustments done in order --
22    for the enough cash we have to -- to -- for
23    us to continue.
24         Q    So did -- did everybody take that
25    same cut?
```

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2         MR. BROWN:  Object to the form.
 3    A    It was different.  So David also
 4  got a cut.  Bernard got zero dividends.
 5    Q    Mr. Tassillo left at the same time
 6  you did, right?
 7    A    Correct.
 8    Q    Okay.  Did he -- did he leave for
 9  the same reasons you did, he was too
10  stressed?
11         MR. BROWN:  Object to the form.
12    A    And he would -- I would rather you
13  ask him, but I would say stress is a -- is a
14  factor, yes.
15    Q    You guys weren't fired?
16    A    No.
17    Q    Were you told you had to leave or
18  you would be fired?
19    A    No.
20    Q    Did anyone allege any misconduct
21  on your behalf?
22    A    No.
23    Q    Who was in that meeting?
24    A    Which meeting?
25    Q    The meeting where salaries and
```

Page 50

1                 CONFIDENTIAL - ANTOON

2    dividends were cut?

3        A    I believe we had a call first with

4    the lead lender.

5        Q    Who was that?

6        A    Redwood Capital from New York or

7    New Jersey.

8        Q    Who from Redwood?

9        A    Ruben Kliksberg.  Kliksberg.

10       Q    And when you say they're the lead

11   lender, are they like the syndicate -- the

12   syndicate leader?

13       A    Correct.  This is the only guy we

14   would speak to from the lending group.

15       Q    That was the only person?  That

16   was the only entity and that's the only

17   person?

18       A    There were several lenders, but

19   he's the only person we spoke to.  He

20   managed the others.

21       Q    Okay.  How did you know who the

22   others were?

23       A    I didn't.  One time he introduced

24   me to one of them.  Other time that -- that

25   person he introduced me to sold.  There were

Page 51

```
 1              CONFIDENTIAL - ANTOON
 2    trades to the debt.  The debt wasn't always
 3    with the same people.
 4         Q    Okay.  Who did he introduce you
 5    to?
 6         A    I met them once, 2018.  Honestly,
 7    it's two young guys.  I don't remember the
 8    name.
 9         Q    Okay.  So first there was a Zoom
10    with Ruben Kliksberg; is that right?
11         A    Correct.
12         Q    And Mr. Bergmair?
13         A    Correct.
14         Q    Anyone else?
15         A    Yeah.  I believe our CFO ████ was
16    there.
17         Q    ██████  For the record, can you say
18    his last name?
19         A    ████  ████████
20         Q    Anyone else?
21         A    David was there.
22         Q    Tassillo?
23         A    Yes.
24         Q    Okay.
25         A    I'm not sure if ███████ was there.
```

CONFIDENTIAL

Page 52

```
 1              CONFIDENTIAL - ANTOON
 2   I'm not sure --
 3        Q    When you say _____     you're
 4   looking across the table.
 5              Are you talking about Mr. _____
 6   sitting there?
 7        A    Correct.
 8        Q    Who is Mr. _____
 9        A    He is the chief legal officer of
10   MindGeek.
11        Q    Okay.  Who does he answer to?
12        A    He reports to me.
13        Q    Who did Mr. _____  answer to?
14        A    Technically on paper, he reported
15   to me.  But it wasn't like that.  We were
16   kind of equal in running the business.
17        Q    Running the business.
18              What about Mr. Tassillo, who did
19   he report to?
20        A    Sorry, you said Tassillo?
21              MR. BROWN:  No.  No.
22        Q    I said _____
23        A    Oh, sorry.  I misunderstood.
24              _____  reported to me.
25        Q    Okay.  And Mr. Tassillo?
```

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2      A    He is the one we're on kind of
 3  equal footings.  Even though our chart would
 4  show he reported to me, but I never
 5  evaluated him.  We were kind of on equal
 6  footings.
 7      Q    Because you were both owners?
 8      A    Correct.
 9      Q    You were founders, right?
10           MR. BROWN:  Objection.
11      A    No, we didn't -- we were not
12  founders.
13      Q    No.  Okay.  We'll get into that in
14  a bit.
15           Was there anyone there other than
16  you and Mr. Tassillo who knew the business
17  better?
18           MR. BROWN:  Object to the form.
19      A    What do you mean "knew the
20  business better"?
21      Q    Well, had you two been there the
22  longest?
23      A    Out of that team, yes.
24      Q    Okay.  Would it be fair to say you
25  understood MindGeek's business better than
```

CONFIDENTIAL

1          CONFIDENTIAL - ANTOON

2       Q    Okay.  Were you getting dividends

3    at that point before that decision?

4       A    Yes.

5       Q    From where?

6       A    MindGeek would -- would distribute

7    dividends to the shareholders.

8       Q    Okay.  But what MindGeek entity

9    was giving you dividends?

10      A    I believe MindGeek S.a.r.L.

11   Luxembourg would give to MindGeek Canada and

12   then MindGeek Canada to my corporation who

13   held my shares.

14      Q    Okay.  When you say "MindGeek

15   Canada," what is the formal name of that

16   entity?

17      A    9219-1568 Quebec, Inc.

18      Q    Okay.  That's the entity that

19   is -- you're referring to as MindGeek

20   Canada?

21      A    Correct.

22      Q    So in 2020, you got dividends from

23   MindGeek Canada?

24      A    Correct.  I'm just going to

25   clarify something.  When I say "I," my

CONFIDENTIAL

Page 70

1              CONFIDENTIAL - ANTOON

2   shares are held by a corporation that I

3   indirectly own.  So that corporation got

4   dividends.

5        Q    Okay.  What corporation is that?

6             The same corporation you mentioned

7   before with the real estate?

8        A    No.

9        Q    All right.  What is that

10  corporation -- what's the corporation you

11  got your dividends into?

12       A    9288-███ Quebec, Inc.

13       Q    Okay.  And then, in 2019, did you

14  get dividends --

15       A    Yes.

16       Q    -- from MindGeek Canada?

17       A    Yes.

18             (Whereupon, the court reporter

19              requested clarification.)

20             THE WITNESS:    ████████ is such a

21       nice guy, so he's easy to talk to.

22       Q    So you said all the shareholders

23  got dividends.  You said the shareholders

24  got dividends.

25             When you say "shareholders," you

```
 1                    CONFIDENTIAL - ANTOON
 2    mean whom?
 3         A    Bernard, myself, David, and the
 4    Miami -- we called them the "Miami group,"
 5    three guys in Miami.
 6         Q    And who were those three guys?
 7         A    Their names?
 8         Q    Uh-huh.
 9         A    Kristopher Hinson, H-I-N-S-O-N;
10    Robert Gardner (ph), and Ernesto Morales.
11         Q    Okay.  So for those four groups
12    that you identified, what was the basis for
13    the dividend payments?
14         A    Your percent to shareholder --
15    shareholder -- share.
16         Q    What do you mean by that?
17         A    So I owned ███  ███████    David
18    owned ███ ████████    Bernard owned ██████  I
19    think.  And the Miami group owned █████
20         Q    So you owned ████  is that right?
21         A    Correct.
22         Q    David owned █████
23         A    Correct.
24         Q    Bernard owned █████
25         A    Correct.
```

CONFIDENTIAL

Page 72

```
 1              CONFIDENTIAL - ANTOON
 2       Q    And they owned ████
 3       A    Correct.
 4       Q    Were there any other shareholders?
 5       A    No.
 6       Q    What did you own ██ ██ ██ ██████
 7  of?
 8            MR. BROWN:  Object to the form.
 9       A    Total company shares.  We looked
10  at as the total buy.  I owned ██ ███████ of
11  the total buy.  We didn't look at it as this
12  corporation or that corporation or this.
13  Total shares of MindGeek, I owned ██ hence I
14  would get ██ ██████ of dividends.
15       Q    Okay.  But what did you own
16  ██ ███████ of?
17            MR. BROWN:  Object to the form.
18       A    MindGeek shares.
19       Q    Okay.  When you say "MindGeek
20  shares," what entities?
21       A    I believe the MindGeek
22  Luxembourg -- MindGeek S.a.r.L. Luxembourg.
23       Q    You think you owned ██ ███████ of
24  the shares of MindGeek S.a.r.L. Luxembourg?
25            MR. BROWN:  Object to the form.
```

```
 1              CONFIDENTIAL - ANTOON
 2      A    I believe.  Because the corporate
 3   structure had different ownership.  I'm not
 4   very good at that.  The total was ███
 5      Q    Okay.  But when you say the total
 6   is ███ you and Mr. Tassillo, through
 7   entities, owned over ███ ██████ of
 8   MindGeek S.a.r.L., right?
 9              MR. BROWN:  Object to the form.
10      A    I don't believe so, no.
11      Q    No?
12      A    No.  I think we owned ███ ███████
13   of MindGeek Canada, not Luxembourg S.a.r.L.
14      Q    You think --
15      A    But I could be wrong.
16      Q    Well, it's an important issue.
17   You're -- you were one of three owners --
18   four owners in this MindGeek, what you're
19   calling it, right?
20              Can you tell me what you owned?
21   What entities you owned?
22              MR. BROWN:  Object to the form.
23      A    I would not know.
24      Q    Did you have somebody who was a
25   financial advisor who understood this?
```

CONFIDENTIAL

Page 76

```
 1               CONFIDENTIAL - ANTOON
 2   call Feras David Co, or it was previously
 3   called MindGeek.  That, me and David owned.
 4   The rest of the corporate structure, I'm not
 5   sure.  I would rely on my accountant, either
 6   Grant Thorton or an ███████ to explain to me
 7   if I had to sign something, for example.
 8        Q    Okay.  So the two entities you
 9   just mentioned were entities that -- one
10   entity you owned and the other entity, you
11   and Mr. Tassillo owned together, right?
12        A    Correct.
13        Q    And through that entity, you held
14   your interest in MindGeek, right?
15        A    Correct.
16        Q    Okay.  So we'll deal with that
17   entity.
18             What entity was that called again?
19        A    9288 --
20        Q    Okay.
21        A    -- 1259.
22        Q    Nine, two -- 9288, and you think
23   9288 owned ███ ████████ of MindGeek S.a.r.L.?
24             MR. BROWN:  Same objection.
25        Misstates his testimony.
```

Page 77

```
1                 CONFIDENTIAL - ANTOON
2         A     I'm not sure honestly how the
3    corporate structure works.  I know the
4    total, that's what I cared about.  That's
5    how I got paid.  Which corporation had what,
6    I'm not sure.
7         Q     You didn't make that distinction?
8              MR. BROWN:  Object to the form.
9         A     When I had to sign something for a
10   corporation, there was a distinction.  But
11   if you ask me which company and how much
12   shares I own, no.
13        Q     So before dividends were stopped
14   in January '21, for 2020 we'll say, you were
15   getting paid your dividends out of MindGeek
16   Canada?
17        A     I believe so.
18        Q     Okay.  And so your  ██  ████████  of
19   the dividends would get paid to you from
20   MindGeek Canada?
21        A     Again, I believe so.
22        Q     Okay.  How much of MindGeek Canada
23   did you own?
24              MR. BROWN:  Object to the form.
25        A     I'm not sure.  I'm not sure which
```

1             CONFIDENTIAL - ANTOON

2    corporation I owned percentage.  That chart

3    changed over years.  I'm not sure.

4         Q    But you never owned any of

5    MindGeek Canada?

6         A    I'm not sure.

7         Q    You don't know?

8             MR. BROWN:  Object to the form.

9         A    Correct.  And I don't know each

10   corporation, how much percentage I owned.

11        Q    Okay.  So did you ever inquire of

12   your financial advisors why you were getting

13   ██ ██████ dividends from an entity called

14   MindGeek Canada?

15            MR. BROWN:  Object to the form.

16        A    No.  I knew I owned ██ ██████

17   And the accounting firm, third-party Grant

18   Thorton, would make the structure.  They

19   would make my personal taxes at the end of

20   the year also.  And I would make sure I got

21   ██ ██████ of the dividends.

22        Q    Okay.  And so then Mr. Bergmair

23   got ██ percent of the dividends?

24        A    Correct.

25        Q    Well, did he always get paid in

Page 79

```
 2    the form of dividends?
 3         A    I believe so.
 4         Q    Did you believe him to be a
 5    ███  ██████  owner of MindGeek?
 6         A    Yes, that was the deal.
 7         Q    That was the deal?
 8         A    And it never changed.
 9         Q    Okay.  So did you believe he was a
10    ███  ██████  owner of MindGeek S.a.r.L.?
11              MR. BROWN:  Object to the form.
12         A    No, I don't know which entity.
13    Like me, he was  ███  of the entire group.
14    Which entity he owned, I'm not sure.  And
15    what percentage, I'm not sure.
16         Q    Okay.  You understand that each of
17    these legal entities is purportedly
18    separate, right?  Separate legal entities?
19              MR. BROWN:  Object to the form.
20         Asking for a legal conclusion.
21         Q    Yes?  Did you understand that?
22         A    I believe so.  Yeah.
23         Q    Okay.  And they have separate
24    ownership?
25         A    Yes, I believe so.
```

Page 82

1                    CONFIDENTIAL - ANTOON

2        Q     All right.  So do you have an

3    understanding of that word "boss"?

4              Do you have, like, an idea in your

5    head what that means?

6              MR. BROWN:  Object to the form.

7        A     For me, reporting and evaluation

8    and yeah.  Compensation.

9        Q     Okay.  And none of that -- you

10   weren't involved in any of that for them?

11             MR. BROWN:  Object to the form.

12        A     No.

13        Q     You weren't involved in their

14   evaluation?

15        A     I never evaluated somebody in

16   Cyprus.

17        Q     Well, you weren't involved in

18   their evaluation at all?

19             MR. BROWN:  Object to the --

20        object to the form.

21        A     I don't believe so, no.

22        Q     Okay.  You weren't involved in

23   their compensation at all?

24        A     As a shareholder, we would discuss

25   that.  They would say we're going to pay X,

Case 2:21-cv-04920-WLH-ADS   Document 564-66   Filed 03/24/25   Page 24 of 193   Page ID #:9035
CONFIDENTIAL - ANTOON

```
 1              CONFIDENTIAL - ANTOON
 2   Y, Z.  Okay.  I need to know where the money
 3   is, yeah.
 4        Q     Okay.  As a shareholder?
 5        A     Yeah.
 6        Q     Okay.  So -- but not as a CEO?
 7        A     No.
 8        Q     Okay.  So you make that
 9   distinction?
10        A     Yes.  I wear two hats.
11        Q     Okay.  Did you, as a shareholder,
12   also weigh in on what they -- what they
13   should do on decisions?
14        A     In Cyprus, no.
15        Q     You have had no input on what was
16   going on in Cyprus?
17        A     I would give my advice or opinion,
18   yeah.
19        Q     In what capacity?
20        A     We would have calls, sometimes
21   monthly, sometimes quarter.  This is the
22   initiative.  This is what we're working on.
23   And I would say, Okay, good.  Bernard would
24   be there.  David would be there.  That is
25   how we would do it.
```

Page 91

1                    CONFIDENTIAL - ANTOON

2         la-la land where testimony is being

3         recharacterized and questions are being

4         recharacterized.

5              MR. BOWE:  So, again, I'm going to

6         ask all counsel because you've been

7         pretty good up until now.  You can

8         object.

9              I'm doing cross-examination of a

10        party witness, okay?

11             You can object.  If it's an unfair

12        question, we can deal with that later.

13        You have already now altered the

14        witness's testimony once.

15             I'm going to ask you, again, just

16        don't make speaking objections, okay?

17             Object and that's it.

18   Q    So let's get it right, sir.

19             Were there two people in the

20   United States of America who were involved

21   in moderation?

22   A    I'm going to correct, first, how

23   you tricked me.  You said was there any

24   moderation in California and my first answer

25   was zero.  That was the correct answer.

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2    When you said that we submitted
 3    interrogatories, I'm, like, I believe there
 4    was two people in the U.S. that worked in
 5    trust and compliance.
 6         Q    Okay.
 7         A    When you said California, I don't
 8    know where they lived.  I'm, like, Maybe I
 9    forgot that they were in California.  I'm
10    not sure --
11         Q    Okay.  So --
12         A    -- if they were or not in
13    California.
14         Q    -- so that's an -- let's --
15    let's -- an important ground rule.
16              I just want your honest testimony,
17    okay?
18              So if you don't know something
19    like this, say, I know they were in the
20    U.S., I didn't know they were in Canada,
21    okay?
22         A    Correct.
23         Q    All right.
24         A    But I trusted you when you said
25    they submitted interrogatories and you
```

Page 103

                    CONFIDENTIAL - ANTOON

1

2    to remember a lot of details about it?

3              MR. BROWN:  Object to the form.

4         Q    So what was your level of

5    involvement in the trust and safety

6    department?

7         A    So anything to do with daily

8    operations, I would not get updated.

9    Typically, we would have a quarterly

10   initiative, and they would present what

11   they're doing for the team for the next

12   three month.  It would have the general

13   outlines of what we're working on.  That is

14   the type of form I would get updated.

15        Q    Okay.  So you got quarterly

16   updates on trust and safety?

17        A    Part of the quarterly updates had

18   a trust and safety.

19        Q    And who gave that presentation?

20        A    Either ████ or one of his

21   directors.

22        Q    Okay.  So at the quarterly

23   initiative -- is that the right word,

24   quarterly initiative?

25        A    Yes.

                   CONFIDENTIAL - ANTOON

1

2        Q     Okay.  So are were those just --

3    can I call them quarterly meetings --

4        A     We would --

5        Q     -- or quarterly -- what would you

6    call them?

7        A     -- we would call them quarterly

8    initiatives because it's --

9        Q     Okay.

10       A     -- the plan of what we were

11   planning to do.  And meeting might not be

12   that.  I mean, that's what we called them.

13       Q     Okay.  So it's your quarterly --

14   we'll call it quarterly initiative.

15             That's where you went through --

16   every department came in and presented what

17   they were doing; is that fair?

18       A     Yes.

19       Q     Okay.  And everybody who was on

20   the product side and the operation side

21   would do that?

22       A     Everyone was invited.

23       Q     Okay.

24       A     And most of the time, they would

25   all attend.

CONFIDENTIAL

Page 105

CONFIDENTIAL - ANTOON

1
2     Q    Okay.  And they would give a
3  presentation about what they were doing?
4     A    Correct.
5     Q    Okay.  And who did they give the
6  presentations to?
7     A    Myself, David, Bernard and either
8  ██████  █████  would come or  █████  and  ████████
9  would come.  But one of them would attend.
10  And then when  █████  █████  left, it was Anis
11  █████  who would either come or attend via
12  Zoom.
13     Q    So  █████  █████  was there.
14          Who was  █████  █████  when he was
15  there?
16     A    He was the CO of Europe.
17     Q    Did that include Cyprus?
18     A    Yes.
19     Q    Okay.  And you say  █████  ████████  --
20  did you say  █████  ████████
21     A    No.  ██████  ████████  --
22     Q    Right.
23     A    -- would also come to the
24  initiatives.
25     Q    Okay.

CONFIDENTIAL

```
                                                Page 106

 1                CONFIDENTIAL - ANTOON

 2        A     When  ████   ████   left, it was a guy

 3   called Anis  ████.

 4        Q     Got it.

 5              So  ████   would come in what

 6   capacity?

 7        A     Finance director of Cyprus.  He's

 8   kind of  ████   ████   right-hand man or  ████

 9   right-hand man.

10        Q     And  ████   ████   was -- basically

11   became CO of Europe after Mr.  ████

12        A     Correct.

13        Q     Okay.  Anyone else attending the

14   meeting in terms of being presented to --

15   who it was that was being presented to?

16        A        ████   ████   would come also.

17        Q     In what capacity?

18        A     VP TV.

19        Q     Right.  So the VPs -- the VPs of

20   operations and products would come --

21        A     Correct.

22        Q     -- and present, right?

23        A     Yes.

24        Q     All right.  I'm talking -- I want

25   to know who it was that they were presenting
```

CONFIDENTIAL

Page 107

CONFIDENTIAL - ANTOON

1
2    to.  So --
3        A    Yeah.
4        Q    -- there's yourself, David
5    Tassillo, Bernard Bergmair, ████ ████
6    ████████ ██████████ and then when ████ ████
7    left, Mr. ██████
8        A    Correct.  And also ████████ from
9    Luxembourg would come.
10       Q    Okay.  And ██████████ was -- what
11   was his title?
12       A    He was finance director of
13   Luxembourg.
14       Q    When you finance director of
15   Luxembourg, what entity?
16       A    Our headquarters was in
17   Luxembourg, so he would -- let's say, when
18   we do the audited financials, he would
19   take -- he would be involved.  Kind of take
20   a -- he would be involved in that.  Yeah.
21       Q    Okay.  But what entity --
22       A    Oh, I --
23       Q    -- was he the financial director
24   of?
25       A    -- oh, I don't know.

CONFIDENTIAL

Page 108

```
 1              CONFIDENTIAL - ANTOON
 2       Q    You don't know?
 3       A    No.  ████████  didn't report to me.
 4       Q    Okay.  But you were the owner,
 5  right?
 6            MR. BROWN:  Object to the form.
 7       A    I was a shareholder, yes.
 8       Q    Okay.  And you didn't know who --
 9  what entity he worked for?
10            MR. BROWN:  Asked and answered.
11       Objection.
12       A    No.
13       Q    Okay.  At the quarterly
14  initiatives, you had both Europe and -- how
15  did you -- how did you distinguish it?
16            Was it Europe and North America?
17  Europe, non-Europe?
18       A    Oh, I don't know if we
19  distinguished it like that.  But, yeah, I
20  guess it make -- it makes sense.  Europe
21  and -- I wanted everybody to be involved in
22  that meeting.  It's a very important
23  meeting.  That's where we detail what we're
24  working on for the next couple of months.
25  It would take several days.  It wasn't a
```

Case 2:21-cv-04920-WLH-ADS Document 564-65 Filed 03/24/25 Page 33 of 193 Page ID #:20443272

```
                                        Page 109

 1              CONFIDENTIAL - ANTOON
 2   one-hour meeting.  It could last four days.
 3   Sometimes six working days.  So we would go
 4   into the week after because of the weekend.
 5   And we would go into details of what we're
 6   doing for the three month.
 7        Q    Okay.  Where were those meetings?
 8        A    Mostly in Montreal.
 9        Q    Okay.  And were they attended in
10   person?
11        A    I believe so, except for COVID,
12   they were Zooms.
13             MR. BROWN:  Mr. Antoon, your voice
14        is dropping.
15             Are you doing okay?
16             THE WITNESS:  Yeah.  No, let's go
17        on a bit more.
18        Q    And you said earlier, I think it
19   was ███████   ███████████  who would come in
20   sometimes, say, you know, I'm very -- we're
21   doing some training in Cyprus.
22             You recall him telling you that at
23   times?
24        A    At some time, yeah.
25        Q    Okay.  He would update you from
```

CONFIDENTIAL

```
 1               CONFIDENTIAL - ANTOON
 2    time to time about stuff going on in Cyprus?
 3         A     Over ten years I worked with ████
 4    yeah.
 5         Q     Okay.  Would -- what else was done
 6    in Cyprus other than moderation?
 7               MR. BROWN:  Object to the form.
 8         A     We had customer care.  We were
 9    running the product MyDirtyHobby, also the
10    product private amateurs.  I believe so.
11    Yeah.
12         Q     So customer care and moderation,
13    two products being run.
14               What about finance functions?
15         A     Yes.
16         Q     Okay.  But you ran -- okay.
17               And what about --
18         A     HR, legal, they had all.  It's a
19    standalone office.
20         Q     Okay.  So how did you divide what,
21    for example, part of the finance they were
22    going to do for Pornhub and you guys were
23    going to do in Montreal?
24               MR. BROWN:  Object to the form.
25         A     Montreal was managing Pornhub, so
```

```
                                    Page 111

 1              CONFIDENTIAL - ANTOON
 2   Montreal would prepare the finance for
 3   Pornhub.  They would send it over to ████
 4   and to ████████  and they would do the
 5   auditing and -- I don't really know.  I'm
 6   not an accountant.  But that's how it would
 7   work.  Montreal would do the financing for
 8   Pornhub.
 9        Q    Okay.  So when you say, in Cyprus,
10   they were doing financing, like, what do
11   you -- what do you -- like, what do you
12   mean?
13             So you were doing -- well, let me
14   withdraw that.
15             Let me just read your answer --
16   let me just take a look at your answer.
17             So part of the finance function
18   was in Montreal for Pornhub; part of it was
19   in Cyprus, right?
20        A    No.  The finance was done in
21   Montreal for Pornhub.
22        Q    Okay.
23        A    They did the finance for the
24   entire product.  Now, I remember ████
25   telling me, Oh, I'm sending it to ████████
```

CONFIDENTIAL

1            CONFIDENTIAL - ANTOON

2    and  ██████████     I mean he -- not an

3    accountant but I am assuming it's to make

4    sure that, at the end of year when we do all

5    the audits with the third party, I know that

6    ██████████  would be there,  ██████████  would be

7    there,  ██████  would be there.  So I'm assuming

8    he's filling them in to make sure we have a

9    complete picture of the pie, if you want.

10        Q    Okay.  So what did the finance

11    function do in Cyprus?

12        A    I'm not exactly sure.

13        Q    Okay.  Who managed -- who did cash

14    management for Pornhub?

15        A    The Montreal office.

16        Q    Okay.  Did Cyprus have any

17    involvement in cash management?

18        A    I don't believe so.  I'm not sure.

19        Q    Okay.  How was it -- how did --

20    how did the moderators in Cyprus and the

21    moderators in Montreal share

22    responsibilities concerning Pornhub?

23        A    So I know that we would have

24    either somebody from Montreal go up to

25    Cyprus to do some training, sometimes the

CONFIDENTIAL

Page 113

CONFIDENTIAL - ANTOON

1
2   second tier, if you want moderation, was
3   done in Montreal.  So Cyprus would do the
4   90 percent of the work, and if they had a
5   specific case or a question, we -- we would
6   revise the rules, they would ask Montreal.
7       Q    Okay.  So they were essentially
8   taking direction from Montreal?
9            MR. BROWN:  Object to the form.
10      A    I don't know what taking
11  direction.  I mean, they -- they would
12  moderate the content.  If they have a case
13  or something, they would ask Montreal.
14      Q    Okay so if they had questions or
15  they were unsure of something, they sought
16  directions from Montreal?
17           MR. BROWN:  Object to the form.
18      A    Not always.  I think there were
19  exceptions.  I don't think they would call
20  on a daily basis, for example.  I think
21  there's exceptions.
22      Q    When would they do that?  When
23  they -- when they -- when they were unsure,
24  they would call Montreal?
25           MR. BROWN:  Object to the form.

Page 114

```
 1              CONFIDENTIAL - ANTOON
 2         A     I believe so.
 3         Q     And you said that initially you
 4    didn't have any moderators in Cyprus.
 5              Did I understand that right?
 6         A     Correct.
 7         Q     Okay.  When did you first put
 8    moderators in Cyprus?
 9         A     I believe 2012, could be '11, plus
10    or minus two years.  I'm not exactly sure.
11    It's over ten years ago.
12         Q     And why did you -- why did you
13    start doing moderation in Cyprus as opposed
14    to Montreal?
15         A     Again, from memory, I believe we
16    had a kind of a hiring crunch, Cyprus had
17    unemployment that was hard -- high -- high,
18    it was easy to hire.  And we -- we split
19    functions.  We tried to use the globe,
20    right.  We have an office in Romania.  You
21    know, we try to split the globe, the office
22    in London, the office in Luxembourg.  It's
23    part of growing a company.
24         Q     Okay.  So, why did you try and
25    split the functions?
```

CONFIDENTIAL

Page 115

1              CONFIDENTIAL - ANTOON

2        A      Initially -- initially, I believe

3     it was this 24/7 we wanted to cover.  So the

4     first idea was, hey, it would be great to

5     have an office in Cyprus cover more of a

6     time line.  I believe that was the initial.

7     But after that, it became home, like we had

8     a big office there.

9        Q      Okay.  So did there come a point

10    in time when Cyprus was doing most of the

11    moderation 24/7?

12       A      I don't know how you would define

13    "most."  I would say -- yeah, most, I guess.

14       Q      Okay.  Now, when were you at these

15    quarterly initiative meetings, in what

16    capacity were you in those meetings?

17       A      CO of Canada.

18       Q      Okay.

19       A      Yeah.  And -- and I guess just a

20    human nature and shareholder.

21       Q      Okay.  Now, when you were in that

22    meeting as a shareholder, you didn't know

23    what entity you were a shareholder of?

24              MR. BROWN:  Object to the form.  I

25        don't even know what meeting you're

Page 116

                    CONFIDENTIAL - ANTOON

1                   CONFIDENTIAL - ANTOON

2       referring to.

3       Q     Your quarterly meetings?

4       A     Why -- why would it matter?

5       Q     The answer is no.  Maybe it

6   doesn't matter, but the answer is you didn't

7   know?

8              MR. BROWN:  Object to the form.

9       A     I didn't know which entity.

10      Q     Okay.

11             MR. BROWN:  Mr. Bowe, let me

12         interject for one second.  We've been

13         going for a little over an hour and a

14         half.  If there is an actual breaking

15         time --

16             MR. BOWE:  Any time you want to

17         break --

18             Mr. Antoon, I usually start with

19         this but we sort of hit the ground

20         running.  About every hour we'll look

21         to take a break, but we all want to get

22         out of here, probably you more than

23         anyone, quickly.  So it's really two

24         people who control the breaks, you and

25         the court reporter.

Page 121

                    CONFIDENTIAL - ANTOON

1          the meeting, did I do -- did I know what

2          each one was formed for, no.

3               Q     Okay.  So as the CEO of MindGeek,

4          do you know what all of these entities do?

5                    MR. BROWN:  Object to the form.

6               A     I know the functions of each

7          division and department does.  What each

8          corporate entity does, I'm not sure.

9               Q     Okay.  You're making a distinction

10         between corporate entities, divisions, and

11         departments.

12                   What is that distinction?

13              A     I know how the operation should

14         be, how the -- how the departments should

15         work.  And which corporation is each, I'm

16         not aware.

17              Q     Okay.  Who knows that?

18                   MR. BROWN:  Object to the form.

19              A     Chief legal, chief finance, and

20         the two finance directors in -- in Europe.

21              Q     Okay.  Looking at this chart at

22         2214.

23                   Do you know what entity you are an

24         owner of, what MindGeek entity you own?

Page 123

```
              CONFIDENTIAL - ANTOON
 1
 2    was not part of when they built it.  I know
 3    the total shares I own.
 4        Q    I understand.  My question is I'm
 5    asking you, you -- as the owner looking at
 6    this chart, you can't tell me which of these
 7    entities you actually own shares in; is that
 8    right?
 9        A    Yeah, I'm not sure.  I know who to
10    ask if I wanted that answer.
11        Q    Okay.  So, and you said this --
12    this organization has changed somewhat, but
13    your ownership has not changed, right?
14        A    Correct.
15        Q    Okay.  So for ten years, you never
16    gained an understanding of which entity here
17    you're an owner of?
18             MR. BROWN:  Object to the form.
19        A    If I needed a question on the
20    organizational chart, I would ask          I
21    will give you a simple example.  I do not
22    know my kids' mobile numbers, cell numbers
23    by heart.  I love my kids.  If I want to
24    call my kids, I grab the phone and I press
25    on their name.  If I needed anything here, I
```

```
                                            Page 124

 1                CONFIDENTIAL - ANTOON
 2    would call ████   I don't need to memorize
 3    it or know what each one does.
 4         Q    I'm not asking you -- that wasn't
 5    my question, so listen carefully to my
 6    question.
 7              In ten years, you never gained an
 8    understanding of which of these entities you
 9    and Mr. Tassillo actually owned.
10              Is that your testimony?
11              MR. BROWN:  Object to the form.
12         A    Yeah.  It wasn't necessary, no.
13         Q    Okay.  You believe you own
14    ██ █████████  of all of these?
15              MR. BROWN:  Object to the form.
16         A    The sum is ██ █████████   It doesn't
17    mean that each one I own ███ ██████
18         Q    Okay.  Now, what entity did you
19    say you were getting your dividends paid out
20    of?
21         A    I believed it was MindGeek Holding
22    Canada.  It could be MindGeek S.a.r.L. I'm
23    not sure.
24         Q    Well, but didn't you -- didn't you
25    get your dividends pay the out of 9218 for a
```

Page 125

```
 1                 CONFIDENTIAL - ANTOON

 2   while?

 3        A    I'm not sure.

 4        Q    Well, you said at the time that

 5   your dividends got cut off, you said you

 6   were getting paid out of MindGeek Canada,

 7   right?

 8        A    I believe so.

 9        Q    Okay.  Where is MindGeek Canada on

10   this chart?

11             MR. BROWN:  Object to the form.

12        A    I think -- yeah, it's MindGeek

13   Holding Canada.

14        Q    Can you point to it for me.

15        A    Yeah.  It's the second row.

16        Q    So when you said you were the CEO

17   of MindGeek Canada, you're talking about

18   MindGeek Holding?

19             MR. BROWN:  Object to the form.

20        A    I believe so.

21        Q    Okay.  What is 9218?

22        A    I don't see that.  Where is that?

23        Q    Well, that was an entity that you

24   used to get dividends from.  Do you know

25   what it is?
```

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2         MR. BROWN:  Object to the form.
 3     A    Yes.  MindGeek L'entreprise and
 4  MindGeek Canada is known 9 -- is known as
 5  92 -- 9928156 -- sorry, 91 -- I'm mixed up
 6  with the numbers now.  92191658.  That is
 7  the entity that I get paid from and that's
 8  the entity I'm the CEO of, 92191568.  Yes.
 9     Q    So you -- so if you look on the
10  right-hand side of your org chart, the last
11  column, second -- the one in the middle, it
12  says 92191568.
13         Do you see that?
14     A    Correct.
15     Q    Is that the entity you were
16  getting your dividends from?
17     A    I believe so.
18     Q    Okay.  Not the entity on top
19  that's called MindGeek Holdings, right?
20     A    I'm not sure.
21     Q    That's the one you thought you
22  were getting your dividends from, right.
23         No, I'm sorry, 92191568, that is
24  where you thought you were getting your
25  dividends from, right?
```

CONFIDENTIAL

Page 127

CONFIDENTIAL - ANTOON

1

2     A     I'm not sure which one.  I don't

3  get a stub when I get my dividends.  They

4  just wire the money.

5     Q     Who wires?

6     A     ████

7     Q     From where?

8     A     I'm not sure which entity.

9     Q     Do you have a record of what

10 entity it comes from?

11    A     I think it says MindGeek.  But I'm

12 not sure which entity.

13    Q     Okay.  Why would you get dividends

14 from 92191568?

15    A     I'm not sure --

16          MR. BROWN:  Object to the form.

17    A     I'm not sure I'm getting dividends

18 from there.  I'm getting dividends.  I'm

19 just not sure which entity.

20    Q     Okay.  Would agree with me, you

21 don't any of 92191568?

22          MR. BROWN:  Object to the form.

23    Q     Take a look at the chart.

24    A     Oh, I know.  I've seen the

25 chart --

CONFIDENTIAL

Page 128

1              CONFIDENTIAL - ANTOON

2       Q     Are you a shareholder of 92191568?

3       A     I'm not sure.

4       Q     You don't know?

5             MR. BROWN:  Object to the form.

6       A     I'm not sure.

7       Q     Now, if you look at -- in the

8   testimony before in the parliament, either

9   you or Mr. Tassillo were asked -- do you

10  remember being asked questions about your

11  corporate structure?

12      A     Not really, no.

13      Q     No?  Do you remember testimony

14  from you and Mr. Tassillo saying you

15  inherited a legacy structure?

16      A     I don't remember that, no.

17      Q     Is that a true statement?

18            MR. BROWN:  Object to the form.

19      Q     That you inherited a legacy

20  corporate structure?

21            MR. BROWN:  Objection.

22      A     I'm not -- not sure.

23      Q     It might not be true?

24            MR. BROWN:  Objection.

25      A     I don't understand what the legacy

```
 1              CONFIDENTIAL - ANTOON
 2   Page 2?
 3       A    Yes.
 4       Q    And that's an accurate
 5   representation of what the corporate
 6   ownership structure looked like just before
 7   you entered in the management buyout, right.
 8            MR. BROWN:  And I apologize,
 9       Mr. Bowe.  Just give us the Bates
10       number just to make sure we're all on
11       the same page.
12       Q    2187.
13       A    I'm sorry, I had the wrong page.
14       Q    Second page.  Page 2 of the
15   presentation 2187?
16       A    Got it.  2187, yes.
17       Q    All right.  That's an accurate
18   representation where the corporate structure
19   was just before you entered into the
20   management buyout agreement, right?
21            MR. BROWN:  Object to the form.
22       A    I don't know.
23       Q    All right.  So you -- what was
24   your position just before the management
25   buyout?
```

CONFIDENTIAL

Page 132

CONFIDENTIAL - ANTOON

1
2      A     CEO.

3      Q     Of what?

4      A     Of MindGeek Canada.

5      Q     Okay.  Which entity on this chart

6  were you the CEO of?

7            MR. BROWN:  Object to the form.

8      A     Most of the Quebec entities, the

9  92181568 --

10     Q     Hold on.  You're pointing at

11  where, the right column?

12     A     Right column bottom, the same

13  entity we're speaking about for the last

14  five minutes, 92191568.

15     Q     And what about the one above it,

16  92792738?

17     A     It's a Quebec entity, so I would

18  assume yes, I was a CO of that entity also.

19     Q     Well, did you know whether you

20  were the CEO of?

21     A     We would call it MindGeek Canada.

22  The structure was maintained by the CFO, by

23  the CLO.

24     Q     Okay.  Who was the CEO of Manwin

25  Licensing International?

CONFIDENTIAL

Page 133

CONFIDENTIAL - ANTOON

1

2          MR. BROWN:  Object to the form.

3     A     I wouldn't know.

4     Q     That's who you would have reported

5    to if you were the CEO of 92792738, right?

6          MR. BROWN:  Objection.

7     A     I wouldn't know.

8     Q     You didn't know who you reported

9    to?

10         MR. BROWN:  Objection.

11    A     I reported to Fabian, the majority

12   shareholder.

13    Q     Okay.  And who above you reported

14   to him?

15    A     What do you mean by who above me?

16    Q     Was there someone more senior to

17   you that reported to Mr. Fabian?

18    A     I don't believe more senior.  I

19   was the most senior in Canada and I reported

20   to him.

21    Q     Now, did you -- were you

22   involved -- if you look at this chart on

23   2187 again, organizational chart at the time

24   of the NBO, on the left it says "Manwin

25   Licensing Europe S.a.r.L."

```
                                          Page 134

 1              CONFIDENTIAL - ANTOON

 2         Do you see that?

 3     A    Yes.

 4     Q    Okay.  You were involved in that

 5  operation, were you not?

 6         MR. BROWN:  Object to the form.

 7     A    I -- I wouldn't know.  I was not

 8  involved in Luxembourg.

 9     Q    No?

10     A    No.

11     Q    What was the role of the entities

12  on the left in your business running

13  MindGeek?

14         MR. BROWN:  Object to the form.

15     A    Luxembourg owned the IP addresses

16  and they would give a management address to

17  Cyprus, and Cyprus would give us a service

18  agreement.  So we in Montreal would have

19  serviced, ran the operation of Pornhub, for

20  example --

21             (Whereupon, the court reporter

22              requested clarification.)

23         THE WITNESS:  Yes.  Sorry.

24     A    Would have the daily operation

25  running, managing Pornhub, for example.  But
```

```
 1                  CONFIDENTIAL - ANTOON
 2    the IP was owned by the Luxembourg entities.
 3         Q    Okay.  And how was it that Pornhub
 4    used the licensing, the IP that was owned
 5    by -- or withdrawn.
 6              There are many Luxembourg entities
 7    here.  Some are under Manwin Licensing
 8    International S.a.r.L. Luxembourg, right?
 9    Is that the same entity?  And then the one
10    on the left is Manwin Licensing Europe
11    S.a.r.L.
12              Do you see that?
13              MR. BROWN:  Object to the form.
14         A    Okay.
15         Q    So underneath Manwin RK S.a.r.L.,
16    is Manwin Ireland Holdco Limited, right?
17              Do you see that?  You're on that
18    line?
19         A    No.  Where are you?  Sorry.
20         Q    Let's take it from the top.
21              Are you -- can you go where
22    Mr. Fabian is?  Fabian?
23         A    Fabian.  Yes.  Okay.
24         Q    Go down.  What is the next entity?
25         A    Manwin Holding Luxembourg.
```

Page 139

1                CONFIDENTIAL - ANTOON

2    S.a.r.L. and Manwin Licensing International

3    S.a.r.L., owned the IP?

4            MR. BROWN:  Object to the form.

5        A    I'm not sure.

6        Q    Okay.  But you do see, though,

7    that there's a -- there's a solid line that

8    goes down from Mr. Thylmann, it says 100

9    percent, then from Manwin holding S.a.r.L.

10   95 percent, right?

11           You see that, right?

12       A    Yeah.

13       Q    And then below that are all the

14   other subsidiaries, and there is nothing

15   that indicates anyone else owns it other

16   than Mr. Fabian through Manwin RK S.a.r.L.

17   and RK holdings, right?

18           MR. BROWN:  Object to the form.

19       A    That's what you're showing me,

20   okay.

21       Q    All right.  Now, let's go back to

22   the second to last page.  It's Page 29 of

23   the presentation and are Bates numbered

24   2214.  It says "Proposed Corporate

25   Structure."

CONFIDENTIAL - ANTOON

1
2        Do you see that?
3     A     Yes.
4     Q     Now, this was the proposed
5  structure your advisors and you individually
6  were implementing as part of your purchase,
7  right?
8           MR. BROWN:  Object to the form.
9     A     That was what the accounting firm
10  and the legal firm in Canada was
11  recommending, yes.
12     Q     Okay.  And before you went ahead
13  and became an owner of this company, surely
14  you understood what it was you were buying
15  and how you were buying it, yes?
16           MR. BROWN:  Object to the form.
17     A     They explained that in order to
18  buy ███   ████████  of the total company, we
19  would need this structure to be tax
20  efficient.
21     Q     Okay.  So the prior structure
22  wasn't tax efficient?
23           MR. BROWN:  Object to the form.
24     A     It was.  This is new owners.  It's
25  required, I guess -- I'm not an accountant.

Page 141

1                    CONFIDENTIAL - ANTOON
2    It's required, I guess, a reformulation of
3    the corporate entities in order to include
4    the new owners, me being one of them.
5         Q    Did anyone explain why?
6         A    Tax efficiency.
7         Q    Did you understand why?
8              MR. BROWN:  Object to the form.
9         A    I just said tax efficiency.
10        Q    Do you understand why it was more
11   tax efficient?
12        A    No.
13        Q    Okay.  So did you understand that
14   as part of that proposed structure, what
15   used to be Manwin Licensing Europe on the
16   left would become RT Holdings S.a.r.L.?
17        A    No.
18        Q    Did you know there was going to be
19   an RT Holding S.a.r.L.?
20        A    They did not walk me through each
21   entity, no.
22        Q    My question was did you know there
23   was going to be an RT Holding S.a.r.L.?
24        A    No.
25        Q    Did you know that

CONFIDENTIAL

Page 142

CONFIDENTIAL - ANTOON

1    MindGeek S.a.r.L. was only going to own 34

2    percent of what was used to be Manwin

3    Licensing Europe?

4

5         MR. BROWN:  Object to the form.

6    A    No.

7    Q    Do you see the difference in the

8    ownership structure here from the first

9    chart we looked at?

10   A    I see the boxes are different.

11   Q    Do you see the percentages are

12   different?

13   A    Yeah, but it doesn't add up to

14   what I know.

15   Q    No, I'm just asking you.  Do you

16   understand as you look at this that the

17   owners of MindGeek S.a.r.L. here no longer

18   own 100 percent of the entity that used to

19   be MindGeek Licensing Europe and is now

20   RT Holdings.  They only own 34 percent.

21        Do you see that?

22   A    I see it.

23   Q    Did you understand it?

24   A    I can read.  But I do not

25   understand what that means.

CONFIDENTIAL

Page 143

1              CONFIDENTIAL - ANTOON

2       Q     Okay.  So -- so you didn't -- when

3   you were purchasing this -- this -- this

4   entity, did you understand that as part of

5   the purchase, you were surrendering 65, over

6   ███ █████████ of MindGeek S.a.r.L.'s ownership

7   interest in MindGeek Holdings?

8              MR. BROWN:  Object to the form.

9       A     No.

10      Q     No one explained that to you?

11             MR. BROWN:  Object to the form.

12      A     They might have in 2013, but I

13  don't remember.

14      Q     Now, RT Holdings held the IP

15  rights to Europe -- well, everything but the

16  United States, right?

17      A     I'm not sure.

18      Q     Okay.  Well, you said earlier

19  somebody owned the licensing, the

20  intellectual property.  Did you know?

21             MR. BROWN:  Object to the form.

22      A     I said Luxembourg entities would

23  own all the IP addresses.  They would give a

24  management agreement to the Cypriot

25  entities, and in turn the Cyprus entities

CONFIDENTIAL

Page 144

1          CONFIDENTIAL - ANTOON

2    would give the management agreement to the

3    Montreal entities.

4             The qualified experts on MindGeek,

5    our CFO, CLO, would be with the third-party

6    expert Grant Thornton, who I remember in some

7    conversation, in -- in their -- in their

8    opinion or then when they were talking to me,

9    this is not a very un-standard way of doing

10   things.  They proposed it.  They're the

11   expert.  I relied on their expertise.  I know

12   the lenders looked at it.  I know Bernard

13   looked at it.  I know the Miami guys looked

14   at it.

15            I'm not -- I'm not an accountant or

16   a lawyer.  So which entity owns what, they

17   probably explained to me the gist of it.

18   That's it.

19        Q    Okay.  Who were your advisors in

20   this transaction?

21        A    Blakes was the lawyers. Blakes.

22        Q    For -- for you?

23            Who was Feras Antoon's -- who was

24   giving you advice on this?

25        A    Blakes.

CONFIDENTIAL

Page 145

1              CONFIDENTIAL - ANTOON

2        Q      Were they your lawyers?

3        A      They were MindGeek's and my

4   lawyers.

5        Q      Okay.  So they represented you and

6   MindGeek?

7        A      I believe so.

8        Q      Okay.  Did you have your own

9   separate lawyers?

10       A      No.

11       Q      Okay.  Who was representing you in

12  terms of tax advice?

13       A      Grant Thornton.

14       Q      Were they also representing

15  MindGeek?

16       A      Yes.

17       Q      Did you have any of your own tax

18  advisors?

19       A      No.

20       Q      What about, did you have any

21  financial advisors advising you personally

22  about whether the structure made any sense?

23       A      It was Grant Thornton.

24       Q      Okay.  And they were also

25  representing MindGeek?

CONFIDENTIAL

1              CONFIDENTIAL - ANTOON

2        A     Yes.

3        Q     Okay.  And what about

4    Mr. Bergmair, did he have his own legal

5    counsel?

6        A     I believe, yes.

7        Q     Okay.  Who were they?

8        A     I believe it was Shepard Mullin.

9        Q     And did he have his own tax

10   advisors?

11       A     I'm not sure.

12       Q     Did he have his own financial

13   advisors?

14       A     I'm not sure.

15       Q     Okay.  How -- did you understand

16   then or at any time afterwards that

17   Mr. Bergmair would own his interest through

18   RT Holding?

19       A     No.  I'm not sure.  I don't know

20   that.

21       Q     You never knew that?

22             MR. BROWN:  Object to the form.

23       A     I don't think that was explained.

24       Q     Okay.  So in the -- in the ten

25   years you were operating as MindGeek's CEO,

Page 147

```
1              CONFIDENTIAL - ANTOON
2    did you ever make a distinction between
3    RT Holdings and the MindGeek entities you
4    were working on behalf of?
5              MR. BROWN:  Object to the form.
6         A    I know ████ did.  In all the
7    financial statements and the audited
8    financials, I would see the entities.  I
9    know for a fact ████ did that.  I know
10   ████████ did that.  Was I involved in that,
11   no.
12        Q    Okay.  Well, that -- that's from
13   accounting finance perspective.  You
14   wouldn't know what -- you wouldn't about
15   that if I asked you, right?
16        A    No, I wouldn't.
17        Q    Okay.  But in terms of -- in terms
18   of the product, whose responsibility was
19   profitability of the -- of the channels and
20   the brands?
21        A    My -- my responsibility.
22        Q    Okay.  So in terms of managing the
23   profitability, did you make distinctions,
24   for example, between the brands and products
25   you were managing and RT Holdings at MG EX
```

CONFIDENTIAL

Page 148

CONFIDENTIAL - ANTOON

1
2  U.S.?
3       A    No.  I was managing a brand.  This
4  is a corporation.
5       Q    I understand.  But profitability
6  would include expenses, right?
7       A    Yes.  ▮▮▮▮▮ would keep the expenses
8  per division.  So the Tubes had their
9  expenses.  We would not comingle based on
10  how their expenses, TV, games, and every
11  month we would get the financials per
12  division.  That's how I looked at it.  It
13  wasn't per corporate entity.  But he would
14  have it per corporate entity.  He wouldn't
15  necessarily send it to me.
16       Q    How did you know you were paying
17  adequate royalties?
18            MR. BROWN:  Object to the form.
19       A    ▮▮▮▮▮ would know.
20       Q    How did you know?  What did you --
21  did you know who you were paying royalties
22  to as a CEO?
23       A    .No I was running Canada.  ▮▮▮▮▮
24  would know who the royalties went to.
25       Q    So did you have an arm's-length

Page 149

                    CONFIDENTIAL - ANTOON

 1
 2      trans -- an arm's-length relationship with
 3      RT Holdings?
 4              MR. BROWN:  Object to the form.
 5         A    I don't believe so.
 6         Q    How did you figure out what
 7      royalties you owed RT Holdings or its
 8      subsidiary, MG-EX U.S.?
 9              MR. BROWN:  Object to the form.
10         A    ▇▇▇▇  would.  It wouldn't be me.
11         Q    ▇▇▇▇  would do it, but how was it
12      done?  What was -- what was -- how did you
13      know when you were running it, what year,
14      for example, what did you owe them?
15              MR. BROWN:  Object to the form.
16         Q    What was the formula?  What were
17      the terms?
18         A    I wouldn't.
19         Q    Okay.  It didn't matter?
20              MR. BROWN:  Object to the form.
21         A    No, it matters.  It was super
22      important to make sure each corporation does
23      what it's supposed to do.  It was handled by
24      the CFO and the CLO.  My role was not
25      involved in that.

Page 150

CONFIDENTIAL - ANTOON

1

2          Was it super important to have all

3      these corporate structure?  One hundred

4      percent.  Was it super important to have a

5      third party auditing the structure at the end

6      of the year?  A hundred percent.  Was it

7      important for our lenders to see the

8      structure and they understood it?  One

9      hundred percent.  Did Bernard understand the

10     structure better than me?  I believe so.

11          Q     Why do you -- why do you say that?

12          A     Because he worked in banking for

13     years before joining the company.

14          Q     Right.

15          A     So I would assume as a banker, he

16     would know.

17          Q     But when I look at this chart on

18     Page 292214, the proposed corporate

19     structure, if I owned MindGeek S.a.r.L. and

20     that meant I only owned 34 percent of

21     RT Holdings, I would care to make sure that

22     RT Holdings didn't receive more royalties

23     than it was entitled to.

24          Do you agree with that?

25          MR. BROWN:  Objection to form.

CONFIDENTIAL

Page 151

```
                    CONFIDENTIAL - ANTOON
 1
 2         A    ████    would make sure, a hundred
 3   percent, yes.
 4         Q    That was important to you, though,
 5   right, under this, wasn't it?
 6              MR. BROWN:  Objection.
 7         Q    Because if all the royalties went
 8   to RT Holdings, you would only get 30
 9   ████    of it, right?
10              MR. BROWN:  Object to the form.
11         A    That would be correct if only ████
12   was doing this.  There was many eyes looking
13   at this.  When Grant Thornton would do the
14   auditing at the end of the year, right, I
15   would speak to the partner very briefly,
16   like, everything went well?  Yes,
17   everything's good, when I would have a call
18   with the lenders.  Many eyes supervised or
19   looked at it.  Bernard, the same.  It's not
20   that I just blindly trusted ████   And then,
21   when I get my dividend payout, it would
22   match exactly what we had discussed.  So if
23   I did not own 21, I would know the moment I
24   get my first dividend payout you and say
25   this is not ██ ████   of the pot that's how
```

```
                                    Page 152

 1              CONFIDENTIAL - ANTOON

 2    I would do it.

 3        Q    Okay.  Well the lenders had a

 4    secured interest on all of these entities

 5    that are colored on this chart, right?

 6        A    It's not colored.

 7        Q    Well, if the legend says party to

 8    the financing agreement, the ones that are

 9    shaded dark --

10        A    Oh, yeah.

11        Q    -- right, are parties that they --

12    they had a secured interest to all of these

13    entities, right?

14        A    They had liens on everything, yes.

15        Q    Okay.  So they were indifferent to

16    where the royalties went and where the IP

17    was because, to them, their interest went

18    all across this chart, right?

19             MR. BROWN:  Object to the form.

20        A    Incorrect.  Because then the tax

21    would not be as the tax structure was

22    intended to do.  Incorrect.

23        Q    Okay.

24        A    The money at the end of the day,

25    if this was not respected, the tax machine,
```

```
                                    Page 153

 1                CONFIDENTIAL - ANTOON
 2    the tax structure would not --
 3                (Whereupon, the court reporter
 4                requested clarification.)
 5         A    If the tax structure wasn't
 6    followed, the money, the net money wouldn't
 7    be the same.  So it's very important to the
 8    lenders that all that is respected.
 9         Q    Okay.  Did they tell you that?
10         A    I would know from conversations.
11         Q    Okay.
12         A    Every penny.  If I was going to
13    get a salary increase, they made sure that
14    we were capped on salary, they would make
15    sure we were capped on dividends, I would
16    conclude that obviously every dollar
17    ████████████    They cut my salary once they saw
18    there was not a lot of cash, so yes --
19         Q    How did they cut your salary?
20         A    In January of 2021 --
21         Q    How did they do that?  They're
22    just lenders.  They're not owners.
23              MR. BROWN:  Objection.
24         Argumentative.
25         A    We had a call.  The cash flow was
```

CONFIDENTIAL

Page 154

CONFIDENTIAL - ANTOON

1    low, and we all agreed that was the best

2    thing to maintain.  We were always thinking

3    long-term vision.  We wanted to keep the

4    company, keep it healthy, that was the right

5    thing to do.  They recommended it, Bernard

6    agreed, and I followed.

7         Q    Okay.  So they didn't cut it.  You

8    said they cut your salary.  You're saying

9    they recommended or asked you to cut your

10   salary.  Which one is it?

11             MR. BROWN:  Object to the form.

12        A    I believe in the lending agreement

13   there's all kinds of covenants and

14   constraints.  I'm not sure if at the time

15   they recommended or forced, but we did it.

16        Q    Okay. So as the CEO, can you

17   explain to me, if I wanted to know who

18   MindGeek Freesites paid royalties to on this

19   chart, how would I figure that out?

20        A    I wouldn't know how to read this

21   chart.

22        Q    Okay.  So forget the chart.

23             MindGeek, yes or no -- MindGeek

24   Freesites is Pornhub, right?

Page 155

CONFIDENTIAL - ANTOON

1            CONFIDENTIAL - ANTOON

2            MR. BROWN:  Object to the form.

3      A     I believe so.

4      Q     Well, do you know?

5      A     From the naming convention,

6  Freesite must be the Tube sites, so I'm

7  assuming it's Pornhub, yes.

8      Q     Right.  So your testimony is, as

9  the CEO of MindGeek and the owner for ten

10  years, you don't know that?

11            MR. BROWN:  Object to the form.

12     A     The name of the entity, no, I

13  don't.

14     Q     Okay.  Who does Pornhub have to

15  pay royalties to?

16     A     I believe Luxembourg.  They owned

17  the IP.

18     Q     When you say Luxembourg, there's

19  one, two, three, four, five, six, seven,

20  eight, nine, ten, 11, 12, 13, 14, 15, 16 --

21  there's at least 16 Luxembourg entities

22  here.

23            When you say pay Luxembourg, which

24  one?

25            MR. BROWN:  Object to the form.

Page 158

2        Q    It's not information you tracked?

3        A    No.

4        Q    Okay.  And so in ten years, did

5   you ever undertake to confirm or check or

6   audit the work that ▮▮▮▮▮ was doing to make

7   sure that the right amount of royalties were

8   going to the right entities?

9             MR. BROWN:  Object to the form.

10       A    Yes.  I would do it indirectly,

11   like I said.  I would speak to

12   Grant Thornton, one of the partners.  I

13   would speak to them always after the -- the

14   audit is done and they confirm everything is

15   in check.  When I would have a call with the

16   lenders, they would confirm everything is in

17   check.  And I know that Bernard would -- he

18   would call me and say, I looked at the audit

19   report.  Sometimes he would have questions.

20   He wouldn't ask me those.  He would call

21   ▮▮▮▮▮ and ask ▮▮▮▮▮   So there were three

22   pairs of eyes checking what ▮▮▮▮ was doing.

23       Q    Did anyone ever ask you how the

24   royalties to RT Holdings and its subsidiary,

25   MG-EX U.S., were being calculated?

```
 1              CONFIDENTIAL - ANTOON
 2    was the one who built the corporate
 3    structure in connection with the Canadian
 4    law firm.
 5         Q    Okay.  So I should be able to look
 6    at the Grant Thornton audits and be able to
 7    get the answer to my question.
 8              Is that your testimony?
 9              MR. BROWN:  Object to the form.
10         A    I'm not sure what documents you
11    would need, but I would assume that in the
12    audits, all that would be there.
13         Q    Okay.  Did you know what -- did
14    you know that MindGeek S.a.r.L. was entitled
15    to royalties for all revenues generated
16    outside the United States?
17              MR. BROWN:  Object to the form.
18         A    I wouldn't know.
19         Q    And it didn't matter to you as an
20    owner?
21              MR. BROWN:  Object to the form.
22         A    I didn't say that.  Me not knowing
23    is one thing.  Me trusting other people to
24    look at it, my majority shareholder, my
25    partner, my friend, it's important just it
```

Page 161

1                    CONFIDENTIAL - ANTOON

2    wasn't me looking at it.

3         Q    Okay.  But when you say -- so you

4    trusted Mr. Bergmair, your partner, and your

5    friend?

6              MR. BROWN:  Object to the form.

7         A    I trusted Bernard.  I trusted

8    ██████

9         Q    But Bernard owned ███  ████████  of

10   RT Holdings.  You only owned ████

11             MR. BROWN:  Object to the form.

12        A    I know the sum.  He owned ███ of

13   the sum.

14        Q    No, I know that.  But if you look

15   at that chart, in the chart shows you as

16   only owning ███  ██████ of RT Holdings and he

17   owns about ████ right?

18        A    I'm not aware of that.

19        Q    Look at the chart.

20        A    That's what the number says but

21   I'm not aware of that.

22        Q    You were never aware of that?

23        A    I don't think that was explained

24   to me, no.

25        Q    It didn't matter to you?

```
 1              CONFIDENTIAL - ANTOON
 2    promoted to either CEO or second in command.
 3        Q     Of Grant Thornton in Canada?
 4        A     Yes.
 5        Q     Okay.  And how long did
 6    Grant Thornton serve as your auditors?
 7        A     I believe they audited the first
 8    year was 2010, maybe '11, so ten years plus.
 9        Q     And did they resign from Ireland
10    or get fired?
11              MR. BROWN:  Object to the form.
12        A     Who is "they"?
13        Q     Grant Thornton?
14        A     Did they -- I don't understand.
15        Q     Well, there were news reports that
16    Grant Thornton had resigned from the
17    account.
18              Was that true?  In Ireland?
19              MR. BROWN:  Object to the form.
20        A     Grant Thornton stopped doing our
21    auditing in '21.
22        Q     Why?
23        A     The media articles.
24        Q     All right.  So Grant Thornton --
25    all of Grant Thornton stopped doing your
```

Page 175

CONFIDENTIAL - ANTOON

2        A     One and the same.

3        Q     Okay.  While I'm at it, so on

4    the -- on the expense reports that we

5    received subject on the court order, in 2019

6    and 2020, there are ███████ of ████████ of

7    dollars in what is described as buying ad --

8    buying traffic advertising that didn't

9    appear on the expense reports for the years

10   prior.

11              Why was that?

12              MR. BROWN:  Object to the form.

13       A     Sorry.  For which division?

14              When I would get the financial

15   statement, it would be per division.

16       Q     For MindGeek Premium, MindGeek

17   Freesites?

18       A     So it probably meant different

19   things.  For MindGeek Premium, for the pay

20   sites, we would buy traffic or ads to

21   promote and advertise our premium sites.  So

22   we would buy a Brazzers ad on RedTube.  So

23   that's buying traffic advertising.  For the

24   Tube site, buying traffic and advertising is

25   we would promote Pornhub on other sites to

Page 176

```
 1              CONFIDENTIAL - ANTOON
 2    bring traffic to Pornhub.  That -- so two
 3    complete different classification, if you
 4    want.
 5        Q    I understand.  I'm asking why was
 6    there such a jump in the expenses for buying
 7    ads in '19, '20 and '21?
 8            MR. BROWN:  Object to the form.
 9        Lack of foundation.
10        A    The company grew.  Sometimes ████
11    would change the titles of the -- of an
12    expense.  It doesn't mean the expense wasn't
13    there.  You know, we always bought traffic
14    on -- or let's -- about the Tube sites.  We
15    always bought traffic to the Tubes.  ████
16    could have changed the title.  The expense
17    was there for -- since I remember.  Same
18    thing for pay sites, since I remember.  So
19    ten years plus for both.  It could be the
20    title is different, but the function is the
21    same.
22        Q    Okay.  So Reflective Networks,
23    what did they do?
24        A    They were our hosting provider.
25        Q    What does that mean?
```

Page 177

1              CONFIDENTIAL - ANTOON

2       A     The websites are hosted all around

3    the world.  They would give us what they

4    call a CDN, the nodes all around the world

5    to make sure that our website runs all

6    around the world.

7       Q     Okay.  So for how long did they do

8    that?

9       A     For as long as I remember, ten

10   years plus.

11      Q     Okay.  So for technologically

12   ignorant people like me and the people on

13   the jury who might be in the same spot, when

14   you say they hosted our websites, they gave

15   us CDN, we had nodes, I want to try and put

16   that in English, all right?

17            Where did they host your websites?

18      A     So, again, I'm not the most

19   technical guy.  The CTO reported to David.

20   I'm a civil engineering by training.  The

21   servers where all the content was and that

22   would be distributed to the nodes in order

23   to get to every country.  I believe we

24   changed locations.  It wasn't always the

25   same.  But I believe Amsterdam, Paris,

1              CONFIDENTIAL - ANTOON

2     New York, Chicago.  At some point, you know,

3     do we still have the New York facility, I

4     don't believe so.  Do we have Chicago, I'm

5     not sure.  I know we had Amsterdam, and I

6     believe we still have Paris, but I'm not

7     sure.

8          Q     Boston?

9          A     David would know.

10         Q     Boston?

11         A     Maybe at some time.  I mean, I

12    wouldn't know.

13         Q     Okay.  Okay.  Now, they would be

14    in multiple locations at the same time --

15    right? -- in order to deliver the content

16    efficiently; is that right?

17         A     I believe so.

18         Q     Right.  It wasn't like you had

19    them in Amsterdam, then you moved them to

20    New York.  You would have servers spread

21    throughout the world because having them

22    close to the region you're serving is

23    important.

24              You understood that, right?

25              MR. BROWN:  Object to the form.

Page 182

```
 1              CONFIDENTIAL - ANTOON
 2              MR. BROWN:  I've been trying --
 3         I'm really trying --
 4              MR. BOWE:  It's not hard.  It's
 5         not hard.
 6              MR. BROWN:  -- to contain myself.
 7              MR. BOWE:  Okay.
 8              MR. BROWN:  But go ahead.
 9              MR. BOWE:  Good.
10       Q    Is there any reason why it would
11    be labeled traffic buying?
12       A    I don't know if I'm mixing up the
13    name.  Reflected, I believe, was the hosting
14    provider name.  No.  Unless I'm mixing up
15    the name, I don't think so.
16       Q    Well, you said a little while ago,
17    sometimes Mr. -- was it Mr. ████ used to
18    change the names.
19            Why would he change the names?
20       A    No, it was ████ ██ ██████
21       Q    Sorry.
22            ████ ██ ██████  why would he change
23    the names?
24            MR. BROWN:  Object to the form.
25       A    Sometimes he would tell me, Look,
```

CONFIDENTIAL - ANTOON

1                  CONFIDENTIAL - ANTOON

2    it's more accurate if we do call it that

3    way.  For me, it wouldn't change it much.

4    He loved to play with the title, but it

5    wouldn't change.  At the end of the day, the

6    number is there.  As an engineer, one plus

7    one equals two.  You can call the first one

8    red, second one yellow, it doesn't make a

9    difference.

10        Q    Okay.  Wouldn't possibly have tax

11   implications, sir?

12        A    I don't believe so.  He would have

13   told me if it -- if it did.

14        Q    Okay.  What does a share premium

15   payments mean?

16        A    Share premium?

17        Q    Payments, yeah.

18        A    I'm not sure.

19        Q    Okay.  Did you ever receive share

20   premium payments?

21        A    I don't know what it is.

22        Q    Okay.  Your compensation, in what

23   form did it come?

24        A    Salary and indirectly dividends.

25             (Whereupon, the court reporter

Page 184

```
 1              CONFIDENTIAL - ANTOON
 2              requested clarification.)
 3              THE WITNESS:  Indirectly
 4         dividends.
 5    Q     Any others?
 6    A     I don't believe so.
 7    Q     Well, let me be fair.
 8              So you had -- you had sort of
 9    fringe benefits like a car?
10    A     Oh, yes.
11    Q     You had a car --
12    A     Correct.  Yes.
13    Q     -- car allowance?
14    A     Correct.
15    Q     Did you own your own car?
16    A     Yes.
17    Q     Okay.  Any other fringe benefits,
18    extras, like vacation?
19    A     I took vacations, yes.
20    Q     So salary, dividends, car
21    allowance, vacations, any other?
22    A     If my indirect ownership of the
23    building and rent to MindGeek, is that in
24    your questioning part of that?
25    Q     Well, we'll talk about that in a
```

Page 185

CONFIDENTIAL - ANTOON

 1
 2    second.  I'm just talking about compensation
 3    you got directly from MindGeek, either as an
 4    owner or as an employee?
 5        A    Correct.  That would be it, I
 6    believe.
 7        Q    Okay.  So you raised the issue I
 8    was going to get to, which is basically
 9    related-party transactions.
10              Did you have entities -- well,
11    we'll get to that in a little bit.
12              I want to -- BulkNet, do you know
13    what BulkNet is?
14        A    Yes, I believe it's an entity
15    owned by Bernard.
16        Q    Okay.  And what did you know about
17    it?
18        A    He was very good as -- at
19    brokering better hosting deals and bandwidth
20    deals than us.  When we bought RedTube and
21    looked at his expenses, we were very
22    surprised.  I believe how he did it is he
23    would prepay the entire year for the
24    bandwidth provider or the hosting company.
25    They would love that, getting prepaid the

Page 186

CONFIDENTIAL - ANTOON

1

2    money, so they would give him a massive

3    discount.  I'm not sure how much that

4    discount was.  And then he would just bill

5    us monthly, so he would make a cut.  He told

6    me that.  So in the shareholder agreement in

7    2013, I believe he put some section saying,

8    I want to continue being the broker or

9    BulkNet continue being the broker on the

10   bandwidth hosting.

11        Q    And how was that accounted for?

12        A    Our CTO would sit with ███ and

13   say, We use this much bandwidth, and, if

14   Bernard had better pricing, we would use him

15   as a broker, BulkNet as a broker.

16        Q    Okay.  Was there a contract?

17        A    I believe there is.

18        Q    Okay.  And was that disclosed to

19   accountants as a related-party transaction?

20             MR. BROWN:  Object to the form.

21        A    I believe so.

22        Q    Okay.  Was there -- was there any

23   cost pricing done to make sure it was

24   arm's-lengths?

25             MR. BROWN:  Object to the form.

```
                                              Page 187

 1                    CONFIDENTIAL - ANTOON

 2          A      I believe ████ would speak to

 3     bandwidth.  Our CTO would speak to hosting

 4     and bandwidth provider, do spot checks.

 5     Yes, ████ was very meticulous with that.

 6          Q      Who is ████

 7          A      Our chief technical officer.

 8          Q      What his last name again?

 9          A      Mancina; M-A-N --

10          Q      Okay.  When you say you're sure,

11     have you ever seen it?

12          A      So in one of those lunches I was

13     talking -- he would tell me, Hey, I spoke to

14     this hosting provider or on one of the

15     trips, we would go to conventions, I met

16     this hosting provider and Bernard, man, gets

17     us good deals, something like that.

18          Q      Okay.  And what cut did

19     Mr. Bergmair take?

20          A      Oh, it wasn't fixed.  I'm not sure

21     how they did the math.  But, basically, he

22     would get better deals and we would pay him

23     kind of the difference because he was the

24     majority shareholder anyway.

25          Q      Well, how -- what was the -- what
```

CONFIDENTIAL

Page 190

CONFIDENTIAL - ANTOON

2  the beginning?

3      Q    Yeah.

4      A    I'm a genuine nice guy even though
5  you probably don't believe that.

6      Q    It's not really relevant what I
7  think, sir.

8           What about Bright Imperial?

9      A    Bernard owned that corporation,
10  yes.

11      Q    Okay.  And why was that billing
12  MindGeek?

13      A    Probably for expenses that Bernard
14  had.

15      Q    Why would he be being reimbursed
16  for expenses?

17      A    He would come visit us once a
18  quarter.  He would come to trade shows.  So
19  he would bill these expenses because they
20  were work-related.

21      Q    Okay.  Why would he be reimbursed
22  for work-related expenses?

23      A    He did not have a salary, so those
24  expenses were -- he would pay them.  They
25  were coming out of his pocket and we would

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/24/25   Page 85 of 193   Page ID #:9324
CONFIDENTIAL

```
 1                CONFIDENTIAL - ANTOON
 2     reimburse him.
 3          Q     Okay.  Did he have a contract for
 4     that?
 5          A     Yes.  I believe in the -- in the
 6     shareholder agreement, he was allowed to
 7     expense.  And I believe there was a cap.
 8          Q     Okay.  Well, what were he -- what
 9     kind of business expenses would he incur and
10     for what?
11          A     Flights, hotels, restaurants, car
12     rental.
13          Q     Okay.  So travel expenses?
14          A     Yes.
15          Q     What traveling was he doing for
16     the company?
17                MR. BROWN:  Object to the form.
18          A     He would come most of the time
19     every quarter, stay a week, ten days, two
20     weeks.  He came with me to a couple of trade
21     shows.  We would have a yearly strategy
22     meeting.  He would fly in for that.  So it
23     varied, you know, from 2013 to 2022.  That's
24     what he would bill for.
25          Q     Okay.  When were you interfacing
```

```
                                            Page 192

 1                   CONFIDENTIAL - ANTOON

 2   with third parties at trade shows or -- did

 3   he go to business meetings with third

 4   parties?

 5        A    He knew them because he was

 6   running RedTube before, so they knew him.

 7   They knew Bernard.  Define "interact."

 8             What do you mean?

 9        Q    Well, you guys all went to a big

10   meeting at Google, right?

11        A    I was not there.  The CTO is more

12   qualified.  He was there with Bernard.

13        Q    Okay.  And that was in California,

14   right?

15        A    I don't know.  I wasn't there.

16        Q    But you knew it was happening,

17   right?

18             You were on -- right?

19             You were on all the emails?

20             MR. BROWN:  Object to the form.

21        A    I remember he was very excited to

22   go to a Google meeting.  I know ███████ was

23   with him.  I don't remember if it was in

24   California.  I guess, okay, it was in

25   California.  I don't remember specifically,
```

CONFIDENTIAL

Page 193

CONFIDENTIAL - ANTOON

2    no.

3         Q    Okay.  So that wasn't a big deal,

4    the majority owner was going to Google for

5    this meeting?

6              MR. BROWN:  Object to the form.

7         A    He would go to several meetings.

8    It wasn't a big deal, no.

9         Q    All right.  What other meetings

10   did he go on other than the meeting at

11   Google?

12        A    He would go with me sometimes to

13   trade shows.  It wasn't an event that he

14   went to meet Google.  Okay.  He went to meet

15   Google.  So what.

16        Q    Okay.  So let me just back up.  So

17   Google was no big deal.

18             What other meetings, like business

19   meetings, do you recall him going to with

20   you?

21             You say sometimes trade shows.  I

22   need to know what your -- what the best --

23   your best recollection of when you went on

24   business trips with him?

25        A    So he would come to the trade

Page 194

CONFIDENTIAL - ANTOON

1          CONFIDENTIAL - ANTOON
2    show.  We would have an agenda.  We need to
3    meet supplier A, B, C, D, E.  I would email
4    him the timing and the meeting times and
5    dates.  He would join some of them.  He
6    would listen, ask questions.  Like that.
7         Q    Okay.  What trade shows?
8         A    We had a Vegas trade show he came
9    with me to.  We went once to Macau and Hong
10   Kong; he came with me.  London, we did that.
11   I mean, look, nine years, several.  These
12   are the ones I remember.
13        Q    Okay.  How often did you go to
14   trade -- when you say a "trade show," what
15   are you talking about?
16        A    So every year, I would do two to
17   three trade shows, the Vegas one is a big
18   one.  The Amsterdam in September is a big
19   one.  And sometimes we would add one more in
20   Germany.  Yeah.
21        Q    Okay.  What it is a -- when you
22   say "trade show," what do you mean?
23             Like, what is going on at this
24   trade show?
25        A    Okay.  So let's say the Vegas one,

CONFIDENTIAL - ANTOON

1
2    most of the Tube sites owners, the pay site
3    owners would go there.  We would discuss
4    advertising.  I would have the VP sales with
5    me.  He would be discussing that.  We would
6    discuss maybe acquiring a company, either a
7    pay site or a Tube site.  We basically,
8    instead of -- we save time.  Instead of
9    visiting all these supplier, advertisers,
10   potential acquisition, we would meet them
11   all in a week.  So that would save us time.
12   It would be more efficient.
13        Q    Okay.  I believe you said -- but
14   you correct me if I'm wrong -- in your rogs
15   you generally made about ten trips to the
16   United States a year on business?
17             MR. BROWN:  Object to the form.
18        A    No.  I would say less.  But,
19   again, which year, it varied.  When we had a
20   Miami office, maybe.  With the trade shows,
21   maybe five times a year.  It would vary.
22   Ten would be a lot, I believe.  It could be,
23   you know, eight, seven, five.  It will vary.
24        Q    Okay.  And was Vegas generally one
25   of those trips?

Page 196

CONFIDENTIAL - ANTOON

1      This was a big deal.

2      A     It was one of the main ones in

3  January we would go to, yes.

4      Q     Okay.  Were there other trade

5  shows in the U.S. you would go to?

6      A     There was a Miami one that stopped

7  very early on.  I think 2011.  The Vegas one

8  would be the biggest one.

9      Q     So when you went to Vegas -- the

10  Vegas one, in addition to Mr. Bergmair, who

11  else would attend with you?  Mr. Tassillo?

12         MR. BROWN:  Object to the form.

13     A     So Bernard did not come with me to

14  every trade show.

15         He came to a couple, okay?

16         I wouldn't know the exact number.

17  David would definitely go with me.  ██████████

18  the CLO, would be with me.  ██████  the CFO,

19  would be with.  ██████  the chief product

20  officer, would be with me.  I would say five,

21  six VPs, chiefs.

22     Q     Okay.  And how long -- the trade

23  show is not like a -- is it a day or is it a

24  week?

25

Page 197

1              CONFIDENTIAL - ANTOON
2          Is it -- what is it like?
3      A    Typically, it's we're there for
4   three nights.  Maximum five nights is your
5   typical.
6      Q    Okay.  And do you set up meetings
7   beforehand?
8      A    Yes.
9      Q    Is it sort of, like, you go from
10  one meeting to the next for three days?
11     A    It would pretty -- be pretty
12  packed.  We would have a lunch, sometimes
13  would cram in a breakfast.  There's over
14  50 suppliers we deal with at the trade
15  shows.  We won't be able to do them all so I
16  would pick six, seven.  It depends.
17     Q    Okay.  When you say "suppliers,"
18  what do you mean?
19     A    Sorry.  Advertise --
20     Q    No.  That's okay.  I just -- but
21  let's just put a -- I think most people
22  think of suppliers, they think of like -- I
23  think of, like, nails and stuff.
24          But what do you mean when you say
25  "suppliers"?

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON

 2        A     Affiliates, Tube site owner, pay

 3   site owners, bandwidth providers, sometimes

 4   the banks processing will be there.  All

 5   kinds of people related to our industry; sex

 6   toys, sex videos.  It's the hub of -- it is

 7   a good trade show, because a lot of -- all

 8   kinds of trades related to the adult

 9   industry.

10        Q     Okay.  When you say affiliates,

11   there is a particular legal meaning to that

12   so I don't think you're using it that way.

13   So let me find out how you're using it.

14              When you say "affiliates," you

15   mean partners?

16        A     No.  Affiliates as if somebody

17   owns blondes.com, so he naturally gets a lot

18   of traffic, but he doesn't have any content.

19   So we would give him our exclusive content.

20   He would fill up his site.  We own that

21   content.  When somebody clicks on it and

22   comes to our site and buys a membership, he

23   gets an affiliate commission.  That how we

24   call it.  So he is an affiliate.  He gets a

25   commission per sale that he gets us.
```

CONFIDENTIAL

Page 199

```
 1              CONFIDENTIAL - ANTOON
 2       Q    Okay.  So that -- would you
 3  consider that traffic buying or is that
 4  different?
 5       A    I believe different.
 6       Q    Okay.  How is -- how is it
 7  correctly characterized?
 8       A    I believe there is an affiliate.
 9  In the pay-site division --
10       Q    Okay.
11       A    -- it's called affiliate.
12       Q    Okay.  So affiliates is somebody
13  has a website that has a domain name that
14  you don't own that's popular?
15       A    Correct.
16       Q    That gets traffic --
17       A    Correct.
18       Q    -- because it has a good name --
19       A    Correct.
20       Q    -- right?
21            Now, sometimes you buy those,
22  right?
23            You'll buy them and make them your
24  own domain names?
25       A    We would buy pay sites, yes, which
```

```
 1              CONFIDENTIAL - ANTOON
 2    own content.  So have we bought -- yes, we
 3    would buy some domains, yes.
 4        Q    Okay.  All right.  But generally
 5    you buy -- you buy producers who have
 6    content?
 7        A    Correct.
 8        Q    Okay.  So someone has a domain
 9    name, they have a website, they don't have
10    any content, they basically partner with
11    you.
12             And how do they interface with
13    your content?
14        A    So they would come to us.
15    Typically, we would give them the older
16    content we have.  A typical affiliate will
17    not have one kind of content.  He will do
18    the same with many companies, and he will
19    try to get the best content that gets the
20    most clicks so can get a higher commission
21    if they subscribe.  If they don't subscribe,
22    he gets nothing.
23        Q    Okay.  So you give them your
24    ▇▇▇▇▇  basically for free.
25             If it goes to your site, does he
```

CONFIDENTIAL

Page 205

```
 1                    CONFIDENTIAL - ANTOON

 2        A     No, I believe so.

 3        Q     Okay.  Was that how he was

 4   referred to at Google?

 5              MR. BROWN:  Object to the form.

 6        A     It would be the first time I would

 7   hear that.

 8        Q     Okay.  Was he the chairman of

 9   MindGeek?

10        A     I don't believe so, no.

11        Q     Okay.  Who was the chairman of

12   MindGeek?

13        A     There is no chairman.

14        Q     Okay.  In your interrogatories

15   response, you say -- we've talked about this

16   a little bit.  I just want to make sure I

17   have all of it.

18              Mr. Antoon also states that he

19   spoke to Mr. Bernard Bergmair regularly

20   about the operations of MindGeek corporate

21   defendants.

22              Is that a true statement?

23        A     I spoke to Bernard regularly, yes.

24        Q     Okay.  So when you say

25   "regularly," there's -- you've talked about
```

CONFIDENTIAL - ANTOON

1
2    the sort of regular meetings that you had.
3              Beyond that and the trade shows
4    and the business travel, what other
5    conversations did you have with him?
6        A    So some weeks he would call me
7    four, five times.  And then sometimes he
8    would go on vacation for two weeks and I
9    wouldn't hear a peep.
10       Q    Okay.
11       A    When I went on vacation, he was
12   respectful.  He didn't bother me much or
13   call me much.  But it's hard to put a
14   number, over nine years, but he would call
15   me regularly.
16       Q    Okay.  And to talk about what?
17       A    Always the business, very rare we
18   spoke personal.
19       Q    Other than the trade shows,
20   Google -- well, withdrawn.
21             And he was knowledgeable about
22   running the business, too, right?
23             MR. BROWN:  Object to the form.
24       A    He was knowledgeable about
25   managing, running a Tube sites because he

```
 1              CONFIDENTIAL - ANTOON
 2  owned one.  He is very intelligent.  I would
 3  explain to him what we're doing, he would
 4  ask questions.  Yeah.
 5       Q    At the time of the NBO in 2013 --
 6  oh, hold on.
 7            So your employment agreement at
 8  9219-1568 Quebec says you get a bonus,
 9  right?
10       A    In 2013?
11       Q    Well, you had an employment
12  agreement with 9219-1568, right?
13       A    But that changed.  That employment
14  agreement, there was many iterations.
15            Which year?
16       Q    Okay.  Let's start at the
17  beginning.
18            2013, did you get a bonus under
19  your employment agreement?
20       A    So the actual beginning will be
21  2008.
22       Q    Okay.  What was in existence in
23  2013?
24       A    Thirteen, I would get a salary.  I
25  would get dividends indirectly.
```

CONFIDENTIAL

Page 208

1                    CONFIDENTIAL - ANTOON

2              Did we put a word "bonus"?

3              I'm not sure if we put bonus

4     itself.  I'm not sure.

5         Q    Okay.  How did it change over

6     time?

7         A    I would get salary and dividends

8     and the car allowance as you correctly

9     mentioned.  I would get expense

10    reimbursement.

11        Q    We're going to go through that.  I

12    have those charts.  I need you to just look

13    at them.

14             But how was -- so you don't know

15    whether you got a bonus or how it was

16    calculated?

17             MR. BROWN:  Object to the form.

18        A    In 2013, I don't remember.

19        Q    Well, at any time.

20             Was there any time where you were

21    getting a bonus that was based on the

22    percentage of the consolidated EBITDA?

23        A    Yes.  I believe, prior to 2013,

24    that was happening.  And then when -- and

25    when we did the NBO, I don't believe we

Page 209

```
        1              CONFIDENTIAL - ANTOON
        2   characterized it as bonus.  It became salary
        3   and dividend and other stuff.
        4        Q    Okay.  How -- what percentage of
        5   the consolidated EBITDA did you get as a
        6   bonus?
        7              MR. BROWN:  Object to the form.
        8        A    It wasn't a bonus.  I would get
        9   ███ ██████ of the dividends, but that's not
       10   entirely accurate.  We had something call
       11   bucket one of dividend distributions.
       12   Bernard would get ████ the Miami guys would
       13   get ████, and me and David would get -- I
       14   think bucket one total was █████ ███████
       15   We would get the balance.
       16        Q    Okay.  That was a fixed bucket?
       17        A    Bucket one was fixed.
       18        Q    All right.  Did it change over
       19   time?
       20        A    Yes.  The lenders gave us a
       21   dividend cap, which was higher than the
       22   bucket.  Bucket one would be paid.
       23   Everything over would be per our percentage,
       24   ██ of the remainder.
       25        Q    Okay.  What was bucket two?
```

Page 210

                    CONFIDENTIAL - ANTOON

1

2      A     The total remainder, whatever was

3  remained up to that cap.

4      Q     Okay.  And how did you split that

5  up?

6      A     Per our percentages; ██ ██ ██

7  ██ ███

8      Q     Okay.  Where did Mr. Bergmair get

9  paid his dividends?

10     A     Which entity, I'm not sure.

11     Q     Okay.  So dividends, do I

12 understand correctly, dividends were

13 calculated and paid out according to how

14 much money was available for dividends and

15 what the cap was on dividends, right?

16     A     Available and what was in the

17 pipeline because sometime it's available, we

18 know there's a big cash out.  I don't know,

19 in two month, ███ was very good as --

20 getting us a yearly forecast.  So A

21 combination of available, cap and whatever

22 is in the pipeline, if there is a big money

23 coming out for an acquisition or something.

24     Q     Okay.  When you say there is a big

25 cash out, what do you mean?

```
 1              CONFIDENTIAL - ANTOON

 2         A    If we're buying a company, doing

 3   an acquisition.  We would call the lenders.

 4   Sometimes the lenders will say, We'll pay

 5   this but the company has to pay this.  So

 6   then that cash is out from the company.  We

 7   wouldn't get the rest of the dividends.

 8         Q    I understand.

 9              So meaning -- you meant cash out

10   of the company, the dividends would be

11   lower, not higher?

12         A    Yeah, yeah, yeah.

13         Q    Okay.  So money available under

14   the cap, money available operationally for

15   dividends and what the terms of the bucket

16   one were, right?

17         A    Correct.

18         Q    Okay.  Any other factors in the

19   dividends?

20         A    I don't believe so.

21         Q    Okay.  And then bucket two was

22   simply the cap and the percentages you

23   agreed to?

24         A    Cap minus bucket one minus

25   pipeline times our percentages, yes.
```

Case 2:21-cv-04920-WLH-ADS Document 564-66 Filed 03/28/25 Page 102 of 193 Page ID #:13341

CONFIDENTIAL

Page 230

CONFIDENTIAL - ANTOON

```
 1                CONFIDENTIAL - ANTOON

 2        Q    Did Mr. Bergmair have anything to

 3    do with organizing the syndicate of lenders?

 4        A    He was with me on every call, I

 5    believe, with the lenders.

 6        Q    Okay.  But did he bring any of the

 7    lenders to the deal?

 8        A    No, I don't believe so.

 9        Q    Did he lend money to the deal?

10        A    He put cash down to acquire his

11    share but did not lend, no.

12        Q    So at the -- at the end of the

13    transaction, you had owed 500 at the

14    beginning, you borrowed an additional 100

15    and Mr. Thylmann, you gave him a note of --

16    worth 200?

17        A    Correct.

18        Q    So $800 ████████

19        A    Correct.

20        Q    And did there -- did there come

21    any points in time, during the next ████

22    years, where you had difficulty covering the

23    carry on the debt?

24             MR. BROWN:  Objection.  Vague.

25             But go ahead.
```

```
 1              CONFIDENTIAL - ANTOON
 2       Q    And you talked about your
 3   testimony?
 4       A    Briefly.  It was mostly Eszter's
 5   cat.
 6       Q    Okay.  I'm going to read you
 7   something that was reported in the Financial
 8   Times and ask you if it's accurate or not.
 9            MindGeek money, quote, is funneled
10   into a complex network of subsidiaries that
11   MindGeek owns less than a third of.
12       A    I would believe that's not
13   accurate.
14            Who would own the other two-thirds?
15       Q    What's that?
16       A    Who would own the other
17   two-thirds?
18       Q    Well, Bernard Bergmair at RedTube,
19   right?
20       A    I don't believe that's accurate.
21       Q    Okay.  Well, MindGeek owns
22   33 percent of RedTube Holdings.
23       A    No, I don't know that.  Bernard
24   owns ▮ of the total companies.
25       Q    Well, he doesn't own any of
```

Page 235

1                    CONFIDENTIAL - ANTOON

2     MindGeek S.a.r.L.?

3              MR. BROWN:  Objection.

4         A    I wouldn't know that.

5         Q    Well, you're the owner.  And you

6     and Mr. Tassillo owned ████ ████████ of --

7     ████ ████████ of MindGeek S.a.r.L.?

8              MR. BROWN:  Objection.

9         Mischaracterizes his testimony.

10        A    That's what you're telling me.

11    And like I said --

12        Q    You don't know?

13        A    I'm not sure, the corporate

14    entities, the percentage ownership.  I know

15    the sum.

16        Q    Referring to the network of

17    subsidiaries that MindGeek only owns

18    33 percent of, according to the story, the

19    Financial Times went out to -- went on to

20    write:  These corporate branches, which

21    control a network of companies to which

22    MindGeek pays license fees for its various

23    brands and issued dividends to their

24    undisclosed owners, were set up shortly

25    after the foreign company swapped hands in

CONFIDENTIAL

Page 257

1              CONFIDENTIAL - ANTOON

2       A     Yes.

3       Q     And did you ever receive a bonus

4    under Section 4.2?

5       A     Possible, yes.

6       Q     Okay.  Would that be on your tax

7    forms?

8       A     Should be, yes.

9       Q     All right.  Do you know?

10      A     For sure, no.

11      Q     Okay.

12      A     But I know everything is on the

13   tax form, yes.

14      Q     Every --

15      A     Every dollar I got from MindGeek

16   is on my T4, yes.

17      Q     Okay.  Any type of things of value

18   you got, like some dividend in kind or

19   anything like that?

20      A     Dividend would be on the

21   corporation filing.  The dividend -- the

22   corporation got the dividends, yes.  I

23   believe that's T5.

24      Q     Okay.  Whatever -- whatever of

25   value you got is on your -- one of your tax

CONFIDENTIAL

```
 1            CONFIDENTIAL - ANTOON

 2     forms in Canada?

 3          A     Correct.

 4          Q     Okay.  All right.  So it says:

 5     You shall be eligible to receive, during a

 6     given employment year or part thereof, a

 7     bonus equal to, for a given year or part

 8     thereof, a percentage of the consolidated

 9     earnings before interest, taxes and

10     depreciation, EBITDA of MindGeek S.a.r.L.,

11     the parent company and its direct and

12     indirect subsidiaries.

13               Do you see that?

14          A     Yes.

15          Q     How was that calculated?

16          A     Because it says in its sole and

17     absolute discretion, the company, it wasn't

18     a regular thing.  If I would have ██████ a

19     bonus -- I don't recall if I ██████ one.

20          Q     No.  I know.

21               But it says a percentage of, but

22     it doesn't tell you what the percentage is?

23          A     That's why it also says at the

24     sole discretion so it wasn't something I was

25     counting on.
```

```
 1              CONFIDENTIAL - ANTOON
 2      Q    No, I understand.
 3           But what is the point of having
 4   EBITDA there if there is no percentage?
 5           MR. BROWN:  Object to the form.
 6      A    I don't know.
 7      Q    Did you negotiate this?
 8      A    Yes.
 9      Q    Who did you negotiate it with?
10      A    This was done with Bernard.  Yeah.
11   Bernard.
12      Q    Okay.  So you agree with me that
13   saying that you're going to get paid an
14   unspecified percentage of EBITDA, is that a
15   meaningful definition?
16           MR. BROWN:  Object to the form.
17      A    Repeat the question.
18           Is a what definition?
19      Q    Do you agree with me that saying
20   you're going get paid an unspecified
21   percentage of EBITDA is not a meaningful
22   definition?
23           MR. BROWN:  Object to the form.
24      A    Probably.
25      Q    But you don't -- you don't recall
```

1
2      ever having a discussion with him about
3      getting paid this and how you would
4      calculate that?
5           A     Because it's at its sole
6      discretion, it could be -- he -- you know,
7      it could be something like, Look, if you --
8      if you do great, we'll give you a bonus.  It
9      would be a percentage of EBITDA.  I don't
10     recall getting a bonus.  It could be that I
11     got one, but I don't recall.
12          Q     Okay.  But you keep saying it
13     could be.
14                Who is running the company that
15     makes this decision?
16          A     I run the company.
17          Q     Okay.  So are you making the
18     decision on your own bonus?
19                MR. BROWN:  Object to the form.
20          A     No, but I would have to approve
21     any bonus or lenders, if it's out of the
22     cap.
23          Q     Okay.  So did you recommend
24     yourself for a bonus under 4.2?
25          A     From 2018 until today, I don't

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/28/25   Page 109 of 193   Page ID #:19348

```
 1                 CONFIDENTIAL - ANTOON
 2     those, I have instructed my lawyer to
 3     comply.
 4          Q    Okay.  Do you know if that
 5     included dividends you got from MindGeek
 6     Holdings?
 7          A    It should be.
 8          Q    Okay.  All right.  According to
 9     the information you provided us, in the
10     years 2014 to 2016, you received bonuses of
11     PSMs.
12               What are PSMs?
13          A    Profit-sharing membership.
14          Q    What agreement is that in?
15          A    In my employment agreement.
16          Q    Okay.  And what are profit
17     sharing -- what was it?
18          A    Membership.
19          Q    Membership.
20          A    So basically, we would set a
21     budget for the quarter.  Let's call it
22     $10 million.  And I would have a percentage,
23     2 percent of the company.  We would multiply
24     the percentage ownership times how much
25     percentage of the budget was achieved.  If
```

1              CONFIDENTIAL - ANTOON

2      we got a hundred percent of the budget, it

3      would be a hundred percent times my share

4      times the EBITDA achieved.  If we did

5      80 percent of the budget, it would be

6      80 percent times my percent of share times

7      how much we achieved in EBITDA for that

8      quarter.

9           Q     And who made -- who entered into

10     those agreements?

11          A     I don't understand.

12          Q     I mean, who improved that type --

13     who approved that agreement?

14          A     Which year?

15          Q     For the year -- the agreement for

16     the years that -- 2014 to 2016 when you got

17     PSMs?

18          A     Bernard.

19          Q     So who negotiated the deal with

20     you?

21          A     Me and Bernard.

22          Q     But he didn't work for MindGeek?

23          A     He was majority shareholder.

24          Q     Okay.  So did he sign the

25     agreement?

Page 273

1              CONFIDENTIAL - ANTOON

2          A     I don't believe so, no.

3          Q     Okay.  Who signed the agreement on

4     behalf of MindGeek?

5          A     I think, because how the corporate

6     structure is done, I would sign for David,

7     David would sign for me, and Bernard would

8     bless it, the lenders will bless it.  That's

9     how we did it.

10         Q     Okay.  Did you negotiate with

11    David?

12         A     No, David negotiate with Bernard.

13         Q     Okay.  But, yes, you're right.

14               So in the 2018, you signed and

15    then he signed on behalf of

16    9219-1568 Quebec, right?

17         A     Yes.

18         Q     So then you just -- you just

19    switched hats, signed off on his --

20               MR. BROWN:  Object to the form.

21         Q     -- right?

22         A     No, it wasn't as simple as that.

23    Bernard would -- had to be involved, the

24    lenders had to be involved.  We couldn't put

25    any number we wanted, no.

Page 274

                    CONFIDENTIAL - ANTOON

1
2        Q      Okay.  But why would Bernard be
3    involved?
4        A      He's ██ ██████  shareholder.
5        Q      Okay.  But I understand the
6    lenders, they have a contact with MindGeek.
7               Why did Bernard have to sign off?
8        A      He didn't sign off.
9        Q      Well, he had to approve, you said?
10       A      Yes.
11       Q      Why did he have to approve?
12       A      He's majority shareholder.
13       Q      Okay.  What contractual right, as
14   the shareholder, did he have to dictate
15   compensation terms?
16              MR. BROWN:  Object to the form.
17       A      He was majority shareholder,
18   ██ ██████  of every dollar I took was
19   ██ ██████  from his pocket so he had to
20   approve.
21       Q      Okay.  And is there some contract
22   where he had to approve?
23       A      I don't know, in the shareholder
24   agreement, if there is provisions about me
25   changing my salary or he has to approve any

CONFIDENTIAL

                     CONFIDENTIAL - ANTOON

 1                   CONFIDENTIAL - ANTOON

 2     change in my salary.  I'm not sure.

 3          Q     Okay.  Is Bernard even mentioned

 4     in the shareholder agreement?

 5          A     I believe his entities were, yes.

 6          Q     I understand his entities were but

 7     was he?

 8          A     Probably not.

 9          Q     Okay.  So is there any agreement

10     that he signed where you gave him the right

11     to approve compensation terms for you and

12     Mr. Tassillo?

13                MR. BROWN:  Object to the form.

14          A     I don't believe so.

15          Q     Okay.  Who were his

16     representatives from his entities?

17          A     I don't remember their names

18     because we signed in 2018 one time and 2013

19     one time.

20          Q     Well, but who were the -- who were

21     the directors he had for Cog II (ph) and

22     Coginvest?

23          A     I don't remember their names.

24          Q     Who appointed them?

25          A     I don't know.

Page 276

CONFIDENTIAL - ANTOON

1

2      Q     How often would you deal with

3  them?

4      A     I've never met them.

5      Q     Did you ever talk to them?

6      A     No.

7      Q     What other stuff did you need to

8  get Mr. Bergmair's approval on?

9           MR. BROWN:  Object to the form.

10     A     A very vague question.  I don't

11  know what you're getting at.

12     Q     Well, is there any other things

13  you would go to him for approval?

14     A     I would say any big either

15  acquisition or big contract or lease or VP

16  salary increase, VP hiring, VP firing.  I

17  would keep him up-to-date.

18     Q     Okay.

19           MR. BOWE:  I'm going to mark of

20        have marked as three MindGeek

21        Fleites 75474.

22              (Whereupon, a Document,

23              Bates-stamped

24              MindGeek_Fleites_075474 was marked

25              as Deposition Exhibit No. 3 for

CONFIDENTIAL

1              CONFIDENTIAL - ANTOON

2     dividends up to end of 2016, then I gave the

3     shares away to that corporation under the

4     family trust.  I no longer personally got

5     the dividends.  That corporation under

6     family trust got the dividends.

7          Q    Okay.  Anything else?

8          A    I don't believe so.

9               (Whereupon, a Document,

10              Bates-stamped

11              MindGeek_Fleites_075475 was marked

12              as Deposition Exhibit No. 5 for

13              identification, as of this date.)

14         Q    All right.

15              MR. BOWE:  I'm marking as

16         Exhibit 5 MindGeek 75475, which is a

17         document produced natively in the

18         attached spreadsheet?

19         A    Okay.

20         Q    All right.  And Mr. Antoon, this

21    is one of the documents that was produced

22    and it's identified in the -- in the

23    correspondence.  This is purportedly a

24    printout from MindGeek's own system.

25              Does it look familiar to you as

Page 296

CONFIDENTIAL - ANTOON

1
2    that is what it appears to be?

3        A    I have -- I have not seen in it
4    this form before but okay.

5        Q    Well, what form are you used to
6    seeing it?

7        A    I would get a -- I would get an
8    email from ███████ saying, I'm going to wire
9    you this much for your dividends for "X"
10   period.  That's it.  I wouldn't get an Excel
11   like this.

12       Q    Well, but this is more than just
13   your dividends?

14       A    Correct.  I have not seen it in
15   this form before.

16       Q    And where did he wire that money
17   to?

18       A    It depends for which period.

19       Q    Okay.  So before 2017, where was
20   he wiring it?

21       A    We're talking about shareholder or
22   employee?

23       Q    Say employee.

24       A    Employee was my bank account.

25       Q    And before when you were a

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/28/25   Page 118 of 193   Page ID #:17356

```
 1              CONFIDENTIAL - ANTOON
 2   shareholder?
 3       A    Dividends would go to the same
 4   bank account.
 5       Q    Okay.  All right.  Now this has
 6   your wages.  Look at the top, regular wages.
 7            What is stat holidays?
 8       A    I'm assuming statutory holidays.
 9       Q    Okay.  So sometimes you have
10   amounts that seem to be deducted from
11   regular wages on your statutory holidays.
12            What does that mean?
13            That just means you get paid on
14   the holidays because you're salaried?
15       A    I don't know.
16            MR. BROWN:  And I apologize for
17        interrupting Mr. Bowe.
18            MR. BOWE:  Yeah.
19            MR. BROWN:  But I thought I heard
20        you say that this document that you're
21        showing us now was one of the ones
22        referenced the Morvillo letter.
23            Is that -- did I hear that right?
24            MR. BOWE:  No.  It's one of the
25        ones that has been represented as part
```

Case 2:21-cv-04920-WLH-ADS   Document 564-66   Filed 03/28/25   Page 118 of 193   Page ID #:19357

```
 1                CONFIDENTIAL - ANTOON
 2       of the compensation?
 3              MR. BROWN:  By MindGeek, you're
 4       saying?
 5              MR. BOWE:  Yes.
 6              MR. READ:  Oh, okay.
 7              MR. BROWN:  That's what I thought
 8       you said.
 9              MR. READ:  I misheard.
10       Q     What is vacation pay?
11       A     I believe this is when I didn't
12  take my full vacation, so they would pay me.
13       Q     Okay.  And then you have the car
14  allowance?
15       A     Yes.
16       Q     And to be clear, the car
17  allowance, did that mean you had your own
18  car and you were getting a car allowance or
19  was that -- they gave you a car?
20       A     It's was optional.  It changed.
21  At some time, they gave me a car for
22  approximately this value.  Sometimes I
23  bought a car and they just gave me the
24  money.
25       Q     Okay.  When you say they gave you
```

CONFIDENTIAL

Page 299

CONFIDENTIAL - ANTOON

1   the money, did they, like, buy the car for

2   you or was this just like wear and tear and

3   gas and all that?

4

5       A    No, no.  I would buy the car.  I

6   would own the car, and they would just give

7   me -- you had the option --

8       Q    Okay.

9       A    -- some of the VPs had the same

10  option --

11      Q    Okay.

12      A    -- you could either get a car or

13  get the money.  It's like -- it's like

14  wages.

15      Q    Okay.  And then the bonus pay

16  that's on here, there's bonus PSM.  You've

17  told me about that.

18           The bonus pay, do you know what

19  that is?

20      A    No, I don't remember.

21      Q    You don't know?

22      A    No.  It shows here two payments.

23  There is one at the -- at the -- when we

24  made the deal, I guess there was a bonus, we

25  agreed, me and Bernard probably.

```
                                          Page 300

  1                CONFIDENTIAL - ANTOON

  2        Q     Okay.  Why did you get a bonus

  3    when the deal happened?

  4        A     Bernard was happy with the deal.

  5    It's over ten years, I'm not sure.

  6        Q     And you got gym reimbursement.

  7              Was that every year?

  8        A     We had that for all employees.  I

  9    believe I got it, yeah.  I guess.  Yeah.

 10        Q     And then what is VAC on bonus?

 11        A     Vacation on bonus.  Vacation pay.

 12    Vacation on bonus.  I'm not sure.

 13        Q     Okay.  A vacation or value added?

 14        A     It didn't continue, so it was only

 15    prior to 2016.  I don't -- I don't remember

 16    what that is.

 17        Q     All right.  Now, does this -- does

 18    this chart -- it's not in the numbers.

 19              But does this capture all the

 20    categories of compensation you believe you

 21    were getting as an employee?

 22        A     Should be, yes.

 23        Q     There are no others?

 24        A     I don't believe so, no.

 25              MR. BOWE:  Let me mark as
```

CONFIDENTIAL

Page 303

1              CONFIDENTIAL - ANTOON

2       Q     Just so to be clear, you're not

3   saying that T4, your accountant added things

4   related to the condos, right?

5              MR. BROWN:  To the document

6         itself?

7              MR. BOWE:  Right.

8       A     No, I don't believe so.

9       Q     What you were saying is this is

10  all your compensation of value you received

11  from MindGeek, and then your accountant

12  would separately put down whatever income or

13  whatever you got from your condos, right?

14      A     Correct.

15      Q     Okay.  And you submitted these to

16  the Canadian tax --

17      A     My accountant did, yes.

18      Q     And did you sign those?

19      A     Yes.

20      Q     Okay.  Let me mark for you a

21  demonstrative exhibit.

22              MR. BOWE:  We'll mark eight.

23              (Whereupon, a Document was marked as

24              Deposition Exhibit No. 8 for

25              identification, as of this date.)

```
                                        Page 304

 1              CONFIDENTIAL - ANTOON

 2       Q    Do you recognize any of those

 3  names?

 4       A    Give me a minute, please.  I think

 5  Caroline Hogan is a real estate agent.  I'm

 6  not sure Joanna is.  Who Laurianne is.  I'm

 7  not sure who James is.

 8       Q    Well, do you recognize anybody on

 9  this list?

10       A    I believe a █████████

11       Q    Who is ████████

12       A    ██████  is a third cousin, call it.

13       Q    ███████ ███ █████████

14       A    ████████  █████████  yeah.

15       Q    Okay.  Anyone else?

16       A    I think █████  his sister.

17       Q    Where is ██████  on this?

18       A    ███████  right under ████████

19       Q    Okay.  Oh, I see.  Yeah.

20       A    No, I don't recognize the rest.

21       Q    Do you recognize any of these

22  people as tenants in your building at

23  ██████ █████████ ████████  (phonetic)?

24       A    Possible, but cannot be all of

25  them.  They can't be all living in the few
```

CONFIDENTIAL

```
                                          Page 305

 1                 CONFIDENTIAL - ANTOON

 2   condos in that building.

 3        Q    Well, over time.

 4        A    It cannot be.

 5        Q    Okay.

 6        A    Yeah, it cannot be.

 7        Q    Okay.  Some of them?

 8        A    No, because I just got possession

 9   of this -- of this building.  So I don't

10   think any of them are living in this

11   building.

12        Q    Well, you had people living in

13   your building since 2018, before that?

14        A    Different condos.  I would buy,

15   sell, buy, sell.  Not in the one you just

16   mentioned, not ███████ ███ █ █████ has none

17   of these people.

18        Q    Okay.  So do you recognize these

19   as tenants in your building?

20        A    Could be, yes.

21        Q    But you didn't deal with them?

22        A    Not directly, no.

23        Q    When did you start out renting to

24   people in those building?

25        A    2012, '13.
```

Case 2:21-cv-04920-WLH-ADS   Document 563-65   Filed 03/28/25   Page 125 of 194   Page ID #:14363
CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON

 2      Q    Why were some of these people

 3  dealing with ████    ██████    with respect to

 4  the buildings?

 5              MR. BROWN:  Object to the form.

 6      A    I would have known ██████  as

 7  David's sister.  She never did anything for

 8  my condos.

 9      Q    Okay.  Did she do things for

10  David's?

11              MR. BROWN:  Object to the form.

12      A    I'm not sure.  You have to ask

13  him.

14      Q    Okay.  So your testimony under

15  oath is that she never helped manage your

16  condos?

17              MR. BROWN:  Object to the form.

18      A    I don't believe.  For my condos, I

19  don't believe so.

20      Q    Who managed your condos?

21      A    So my dad for a while, and then we

22  have an employee at MindGeek, ██████

23      Q    What's the name?

24      A    ██████    ██████████    (sic).

25      Q    What's the last name?
```

```
                                              Page 307

  1             CONFIDENTIAL - ANTOON

  2                 (Whereupon, the court reporter

  3                 requested clarification.

  4             THE WITNESS:  ██████████  one word.

  5       Q     What is the last name?

  6       A     Oh, boy.  I think ██████████

  7       Q     Okay.  And she was a MindGeek

  8   employee?

  9       A     Yes.

 10       Q     And she managed your condos?

 11       A     No, she sometimes did favors.  I

 12   will ask her, Hey, can you list a condo for

 13   rent.  She knew the website where to list

 14   the condos, and then she would call me and

 15   say, There is a guy who wants, I'm going to

 16   give you the lease agreement to sign.  I

 17   would sign it and that's it.

 18       Q     You remember you're under oath,

 19   right, sir?

 20             MR. BROWN:  Objection.

 21       A     Yeah.

 22       Q     Okay.  Was that a true testimony?

 23             MR. BROWN:  Objection.

 24       Q     I'm going to read it back to you.

 25             Did she manage your condos?
```

Case 2:21-cv-04920-WLH-ADS  Document 564-65  Filed 03/24/25  Page 126 of 193  Page ID #:19365
CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2          No.  She sometimes did favors.
 3          Is that true?
 4     A    She would do repairs, if there is
 5  a repair.  Basically, the tenants, I will
 6  give them her number for her to have -- to
 7  receive the calls, not me.
 8     Q    You said she sometimes did favors.
 9          Is that true testimony?
10          MR. BROWN:  Objection.
11     Q    These were favors?
12     A    All favors.  I mean, she would --
13  so in her job, she would work on facilities.
14  So we would have a renovation project.  She
15  would be super busy for a couple of months.
16  Then there will be not much work to do, so
17  she would help me with the condos.
18     Q    Who managed your condos -- my
19  question was who managed your condos if not
20  ██████  ████████
21          You said Illuminati (sic).
22          What was -- who managed your
23  condos when she was busy on MindGeek stuff?
24     A    There wasn't much to do.  It's not
25  an AirBNB.  The tenant will stay two years,
```

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2    so we will have on lease and we wouldn't
 3    even have to sign the lease.  It will
 4    automatically be renewed.
 5         Q    Okay.  She sometimes did favors.
 6              Is that true testimony?
 7              MR. BROWN:  Objection asked and
 8         answered, I think, three times now.
 9         Q    Yes?
10         A    Yes, she would sometimes receive
11    calls from the tenants.  She would rent out
12    the condo.  Yeah.
13         Q    Why would the tenants call her?
14         A    If there is a problem with the
15    plumbing or --
16         Q    Well, why wouldn't they call your
17    condo manager?
18         A    But she had a plumber number,
19    electrician, all these because of MindGeek
20    would use those contractors.  So she was --
21    very easy for her to call the same plumber
22    we used for MindGeek, she will use them and
23    the guy will bill me.
24         Q    How did he bill you?
25         A    Depends.  Sometimes it would be
```

CONFIDENTIAL

```
                                              Page 310
 1                 CONFIDENTIAL - ANTOON
 2    $200.  I will give her cash.  Sometimes she
 3    would take from the condo company I have.  I
 4    would write a check from the condo company.
 5         Q    Did you ever have her paying
 6    expenses and being reimbursed through
 7    MindGeek?
 8         A    I don't believe so.
 9         Q    Do you know?
10         A    I wouldn't.  She reported to
11    ████████  ████████  to  ████████  so I wouldn't.
12         Q    You wouldn't know?
13         A    No.
14         Q    You asked her, I will ask her,
15    hey, ask you to list a condo for rent.
16              So you would ask her to your
17    condos for rent?
18         A    Yes.
19         Q    Who else did you ask to list the
20    condos for rent?
21         A    Mainly her.
22         Q    Okay.  You started in 2013.  Who
23    was doing it -- when did she start?
24         A    Eighteen or '19.
25         Q    Okay.  So before '18, who was
```

                                          Page 311

1                 CONFIDENTIAL - ANTOON

2    doing that?

3          A     My dad.

4          Q     Did you own -- so clients would

5    call -- tenants would call her if they

6    needed repairs.  You would ask her to list

7    the condos when they needed to be rented.

8                What else did you ask her to do?

9          A     Sometimes a tenant would move out.

10   She would have to call the building to go

11   say a tenant is moving out and a tenant is

12   moving in.  She would send an Excel, hey,

13   these are the rents for your condos,

14   something like that.

15         Q     What else?

16         A     I think that's it.

17         Q     Who else during -- from '18, '19,

18   '20, when did she stop doing that.

19         A     She resigned --

20         Q     Does she still do that?

21         A     She resigned.  She resigned in '21

22   or '22, I'm not sure.  Then I hired her for

23   a while for approximately a year.  And I

24   don't have anyone now.  I just do it with my

25   dad.

CONFIDENTIAL

Page 312

1              CONFIDENTIAL - ANTOON

2        Q    Why did she resign?

3             MR. BROWN:  Objection.

4        A    I'm not sure.

5        Q    Did you ask her to resign?

6        A    Possible.  We did not have a lot

7    of work at the time.  Possible that I told

8    her, hey, why don't you resign.  I'll hire

9    you.  You can do some management of the

10   condos.

11       Q    Whether -- go ahead, I'm sorry.

12       A    Possible, yeah.

13       Q    Okay. I want to know what

14   happened.

15            When you say "possible," what

16   happened?

17       A    I don't remember vividly.  I mean,

18   it's not that it was a -- probably called or

19   messaged her, hey, ███████ you know, I

20   need some help with the condos, because I

21   would buy and sell.  It's possible that I

22   asked her, why don't you leave, there's not

23   a lot of work on MindGeek.  I'll hire you to

24   manage my condos.  I believe something like

25   that, yes.

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/28/25   Page 131 of 193   Page ID #:15370
CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON

 2       Q    So you told her to leave?

 3            MR. BROWN:  Objection.

 4       A    I believe so, yes.

 5       Q    You told her to leave because

 6  there wasn't much work at MindGeek?

 7       A    Could be that ███ told me, look,

 8  I don't have much use for her.  I'm like,

 9  don't worry, I can give her some work.  Let

10  me talk to her.  It could be something like

11  that, yes.

12       Q    Okay.  So going back to -- all

13  right, let me -- let me just -- why did some

14  of these people hear from a person name

15  ███ -- ███ ███

16            MR. BROWN:  Object to the form.

17       ███ ███ worked in finance under ███

18       Q    Why would he have been contacting

19  tenants?

20       A    I don't think he was -- I don't

21  see why he would be contacted by tenants.

22       Q    Did he work on any of your

23  apartments?

24       A    When I maintained an Excel for the

25  rents, sometimes I ask ███ ███ to, hey,
```

CONFIDENTIAL

Page 314

                    CONFIDENTIAL - ANTOON

1
2    check the numbers, see if my math is right.
3    I have ████████ ███ █████ ████ ████ ██████
4    and he's very good at that.
5         Q    So he was basically managing the
6    finances of the condos?
7             MR. BROWN:  Objection.
8         Mischaracterizes his testimony grossly.
9         Q    Well, who managed -- who managed
10   the finances, who was managing these condos
11   in terms of the financing, tracking them,
12   and so who did the rent go to?
13        A    The ███████ ██████ ██ █████
14   that owns the condos.
15        Q    But who was tracking it?
16        A    So it would be auto -- automatic
17   transfer.  You don't need to go pick up a
18   physical check every month.
19        Q    Is it your testimony under oath
20   nobody, no person was tracking whether the
21   rent came in?
22             MR. BROWN:  Objection.  Yes.  I
23        would track it or I would ask ██████
24        to track it.  Maybe ████ ███ would have
25        a log in.  Could be, yes.

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/28/25   Page 133 of 193   Page ID #:19372
CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2        Q    Well, sir, it's really important.
 3   I want to know what actually happened.
 4   Maybe you did, maybe she did, maybe he did.
 5   What truthfully happened?
 6             MR. BROWN:  Object to the form.  I
 7        don't recall.  It wasn't like we had a
 8        meeting and sat for five hours with
 9        ███████  ███   I would ask, hey, ██████  ██████
10        log in and check.  And he'd be, okay,
11        I'll update your Excel.  That's about
12        it.
13        Q    Okay.  Did he -- did he -- was he
14   ever involved in processing payments?
15        A    Yes.  Sometimes I would ask him,
16   can you pay this for me, this for me.  And
17   he would.
18        Q    And where would he pay it from?
19        A    From my credit card or my company.
20        Q    So he had access to your credit
21   card and your company?
22        A    He had access to my accounts, yes.
23        Q    And he would -- he would make the
24   payments you needed to?
25        A    Yes.  Even my executive assistant,
```

CONFIDENTIAL

Page 316

```
 1              CONFIDENTIAL - ANTOON
 2     I'll ask her sometimes make a payment, and
 3     she would.
 4          Q    Who is your executive assistant?
 5          A    ██████████  ██████████
 6          Q    Okay.  How do you spell his name?
 7          A    Oh, boy.
 8               MR. BROWN:  Whose name?
 9          A    ██████  █████    H-O-N-G, J-U-N.
10          Q    And you spelled █████ -- ████████████
11          A    ██████████  ███████████████████
12          Q    Okay.  So Mr. ██████ █████ when did
13     he start working on the financial part of
14     your business?
15               MR. BROWN:  Object to the form.
16          A    He didn't.  He would do -- like I
17     said, he would either do a transfer -- you
18     know, being CEO, you're always busy.  So
19     sometimes I'll ask him, █████ █████ do this
20     for me, I'm walking to a meeting, and he
21     would do it.  Same thing with ███████████
22     That's how it would work.
23          Q    That's your testimony?
24               MR. BROWN:  Objection.
25          A    Yes.
```

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/28/25   Page 135 of 193   Page ID #:19374

1            CONFIDENTIAL - ANTOON

2        Q    Now, what else did he do other

3    than update your Excel with respect to the

4    real estate?

5        A    I would ask him sometimes to do

6    my -- to do payments for me.  I'm wiring

7    something to a company.  I'm lazy.  So, hey,

8    do it for me.  He'd do it.

9        Q    Okay.  Who did you have to do

10   this -- for your personal business, who did

11   you have other than your father to do this?

12       A    It's -- it's not a lot of work.

13       Q    I'm asking who else -- who did you

14   have that you were paying yourself to deal

15   with finances concerning your properties?

16       A    I would not characterize it as

17   finances in the general term.  It was my

18   dad, ██████████ and maybe ██████ ██████

19       Q    Well, it was those three.  Who

20   else?

21       A    I believe that's it.

22       Q    You said your administrative

23   assistant.

24       A    She wouldn't do anything for the

25   condos.  I don't believe so.

CONFIDENTIAL

1              CONFIDENTIAL - ANTOON

2        Q    Well, did she work on your

3    personal business?

4             MR. BROWN:  Object to the form.

5        A    I don't have a personal business,

6    but I would ask her book me an appointment

7    with the hairdresser, order me a pair of

8    shoes, send flowers to my wife.  I mean,

9    she's been my assistant for ten years plus.

10       Q    Does she work at all interacting

11   with your tenants?

12       A    I don't believe so.  I don't

13   believe so.

14       Q    Okay.  Why would some of the

15   tenants -- or would some of the tenants have

16   dealt with a man named ███████

17       A    Yes.

18       Q    And what was his last name?

19       A    I don't know.

20       Q    Morintz (ph)?

21       A    I'm sorry.

22       Q    Morintz?

23       A    Maybe.

24       Q    And did he work in facilities at

25   MindGeek?

Page 319

```
 1                 CONFIDENTIAL - ANTOON
 2        A     He was under ████████ and he would
 3   do -- he is a handyman.  He would do repairs
 4   at the company.  If there's not much to do,
 5   he would sit around, have a coffee until
 6   somebody tells him there is a light bulb
 7   that's burnt.
 8        Q     Okay.  But he also was a handyman
 9   at your apartments and condos?
10        A     My condos were all brand-new.
11   All.  They're all covered under warranty
12   from the building.  Once in a while, I would
13   call him and say, ██████ can you go, there
14   is a light bulb burnt.  There is a plumbing
15   issue.  I could have emailed the building.
16   I guess it's laziness.
17        Q     Okay.
18        A     All the condos were brand-new.
19   None of them needed repair or renovation.
20   Brand-new condos.
21        Q     You said you were doing this since
22   2012, '13, right?
23        A     Correct.  Once a condo is five,
24   six years old, as soon as there's headaches,
25   right away I sell it.
```

```
 1              CONFIDENTIAL - ANTOON
 2        Q    He was doing the handyman work on
 3   your condos?
 4        A    For a very short period.  And I
 5   would not call it handyman.  I would ask him
 6   sometimes to go, like I said, to repair
 7   something.  And I wouldn't even know what
 8   the period, you know.  I didn't even know
 9   the guy's last name.  He's a very nice guy
10   and I shook his hand a couple of times.
11        Q    How did he get paid?
12        A    He was a MindGeek employee.
13        Q    How did            get paid?
14        A                  She was a MindGeek
15   employee.
16        Q    And how did              get paid for
17   what he was doing?
18        A    He was a MindGeek employee.
19        Q    When          needed to go by
20   supplies for whatever he was doing, how did
21   he pay for those?
22        A    If it's for MindGeek, MindGeek.
23   If it's for my condos, myself.
24        Q    Do you remember paying him?
25        A    I remember            maybe giving a
```

CONFIDENTIAL

```
                                            Page 321

 1              CONFIDENTIAL - ANTOON
 2   check or me giving her cash -- for sure it
 3   was little amounts.  I don't remember.
 4        Q    Did she have -- did she have a
 5   credit card for your company?
 6        A    She had the credit card for the
 7   condos, that's correct.
 8        Q    Did she have a credit card from
 9   MindGeek?
10        A    Yes.  I don't know if she or ████
11   had it.  ████ was her boss.
12        Q    Who is ████
13        A    ████ Butris (ph) is the director
14   of facilities.
15        Q    So, ████ she worked for her?
16        A    I think she would be really
17   frustrated if you keep mispronouncing her
18   name.  It's ████
19        Q    ████
20        A    Yeah.  ████
21        Q    Oh, all right.
22        A    You mean like the coffee bar?
23        Q    I get it.
24        A    She's a nice girl.  You know,
25   because she lost --
```

```
                                                    Page 322

   1              CONFIDENTIAL - ANTOON

   2        Q     I get it.

   3        A     Your question was.

   4        Q     Did she -- she worked for  ██████

   5        A     Yes.

   6        Q     Did  ██████  do work on your condos?

   7        A     I don't believe so.

   8        Q     Well, she worked for you at

   9   MindGeek, right?

  10        A     Yes.

  11        Q     Did she do work on your condos?

  12        A     I don't believe so.

  13        Q     You have no information about her

  14   ever interacting with tenants?

  15        A     I don't think so.

  16        Q     Do you know?  Can you say if she

  17   didn't?

  18        A     I don't think so, no.

  19        Q     So if there's tenants you remember

  20   interacting with her and emails from her,

  21   you don't know why?

  22        A     It could be.  Could be.

  23        Q     Why would could it be?

  24        A     Because it's a very long period.

  25   ██████  was with us for ten years plus.
```

CONFIDENTIAL

```
                                            Page 323

 1              CONFIDENTIAL - ANTOON
 2        Q    Why was she working on your condos
 3    at all?
 4              MR. BROWN:  Object to the form.
 5        A    I'm the CEO of the company.  I'm
 6    busy.  I'm clearly not going to pull ████
 7    from a meeting.  But if I see ██████  I say,
 8    hey, there's an issue, can you help me out,
 9    she'd be, let me check with █████████  maybe
10    I'll do it.  Something like that.
11        Q    Did █████████  have a MindGeek email
12    address that she was contacting with tenants
13    with?
14        A    Yes, I believe so.  Yes.
15        Q    And what about ██████
16        A    I believe so, yes.
17        Q    Anyone else contacting them from a
18    MindGeek email address?
19        A    I don't think so, no.
20        Q    Okay.  Were you in those -- were
21    you in those condo buildings, did you -- did
22    your brother own units in the same
23    buildings?
24        A    Some on of them, yes.
25        Q    Was ████████  doing work on those?
```

```
 1              CONFIDENTIAL - ANTOON
 2        A    I wouldn't know.
 3        Q    You wouldn't know?
 4        A    No, because he had two and he's
 5   the type that would do everything himself.
 6        Q    Did David Tassillo have units
 7   there?
 8        A    Yes.
 9        Q    Was she doing work on his?
10        A    I wouldn't know.
11        Q    ███████  ████████  works where in
12   MindGeek?
13        A    She's facilities also.
14        Q    Was doing any work -- she never
15   did work on your condos?
16        A    I don't believe so.  I think she
17   did work similar to ████████  on David's.
18   Could she have sent an email or two because
19   ████████  was out -- it could be.
20        Q    So with respect to the tenants you
21   had during this period, your testimony under
22   oath is they might have one or two emails
23   about issues, like ████████  But most of
24   their emails would be with your dad or you,
25   right, because she wasn't dealing with --
```

Case 2:21-cv-04920-WLH-ADS  Document 564-65  Filed 03/28/25  Page 144 of 194  Page ID #:15382
CONFIDENTIAL

CONFIDENTIAL - ANTOON

1

2   she wasn't the point of contact?

3          MR. BROWN:  Objection.  Object to

4      the form.

5      A    I said she was the point of

6   contact.  I would give her number.  She

7   probably had, I don't know, 50 emails over

8   the period, not two.  I never said two.  It

9   depends.  Yeah, maybe 50 emails over a

10  couple of years.  Could be something like

11  that.

12     Q    So you think -- so under oath your

13  testimony is maybe she was contacted over

14  how many years?  Four years?

15     A    Well, she didn't work for us for

16  four years.  I think she worked for us for

17  three years maybe.

18     Q    Okay.  So you think for three

19  years she might have gotten 50 emails?

20     A    Maybe.  I wouldn't know the exact

21  number.

22     Q    And so you think it's that because

23  tenants only had emails about problems with

24  rent or anything 50 times during those three

25  years?

CONFIDENTIAL

```
                                              Page 330

 1              CONFIDENTIAL - ANTOON

 2    minutes, okay, ███ condo rent came in, ███

 3    condo fees came out.  That's it.  There's

 4    nothing to do.  And you log off.  There's no

 5    button to send the payment.  It's all

 6    automatic.

 7         Q    That's your testimony.

 8              Did you get mortgages -- when

 9    you -- when you bought these properties, did

10    you get mortgages?

11         A    Depends.  ███ █ ███ ███ █

      ██ ████ ███ █ ███ ███ ███ ███

13         Q    Who was involved in getting the

14    mortgages?  Anyone at MindGeek?

15         A    I believe I would submit the forms

16    to the bank.  It's possible that they asked

17    what corporation, what -- the org structure.

18    So I would say, ██████ here.  You're

19    better.  Can you just send them the info.

20    And he would.

21              And then the bank will give me the

22    mortgage.  I will go to the bank, sign the

23    paperwork.  He wouldn't come with me or

24    anything.

25         Q    Okay.  Did anyone at MindGeek
```

CONFIDENTIAL

Page 331

CONFIDENTIAL - ANTOON

1
2    legal ever do any work with you concerning
3    your condos?
4         A     All of them were notarized by a
5    third-party lawyer, so it wouldn't be that.
6    Could it be that I asked ████████ for a
7    letter, or somebody on ████████ team.
8    Maybe.  But I don't see -- I don't
9    remember -- if there is a tenant dispute, it
10   wouldn't be ████████ or anybody, so I don't
11   know.  I don't think so.
12        Q     When you say they were all
13   notarized by third parties, what was
14   notarized by third parties?
15        A     When I would buy the condo, I
16   would use a separate legal firm.  They will
17   draft a contract.  I will notarize it.
18   Nothing to do with MindGeek or ████████
19        Q     So no one at MindGeek drafted
20   contracts for you?
21        A     No.  It's possible, over ten years
22   plus, that they did some contract.  From
23   memory now for the condos, I don't recall.
24   I'm trying to think what would it be except
25   for the purchase contract, which is -- which

Case 2:21-cv-04920-WLH-ADS Document 564-65 Filed 03/28/25 Page 146 of 193 Page ID #:14385

```
 1              CONFIDENTIAL - ANTOON
 2   would be a third party.  I don't recall.
 3        Q    What about leases?
 4        A    Leases is a standard form.  It
 5   wouldn't be ▮▮▮▮▮▮ or anybody from his
 6   team.  I don't think so.
 7        Q    Who from -- who, ▮▮▮▮▮▮ or his
 8   team, would have been the people who might
 9   have helped you with your condos?
10             MR. BROWN:  Object to the form.
11        A    I mean, if it is, it would be
12   rare.  I would typically go to ▮▮▮▮▮▮ and
13   either he would delegate it to somebody
14   under him.  But can I give you a name now, I
15   don't think so.
16        Q    Okay.  Do you remember anyone who
17   worked under him?
18        A    Yes.
19        Q    Who?
20        A    ▮▮▮▮▮▮ (ph).
21        Q    ▮▮▮▮▮▮
22        A    Yes.
23        Q    Did you ever ask ▮▮▮▮▮▮ any
24   questions of have them do any work
25   concerning your condos?
```

Case 2:21-cv-04920-WLH-ADS   Document 564-66   Filed 03/24/25   Page 147
of 193   Page ID #:15386

```
 1              CONFIDENTIAL - ANTOON
 2            parties present.)
 3            VIDEOGRAPHER:  On the record at
 4      15:41.  This marks the beginning of
 5      Media Unit Number 4.
 6      Q    Mr. Antoon, do you want to amend
 7  any of your testimony before the break?
 8      A    I don't believe so, no.
 9      Q    How much time would you say
10  Ms. Illuminati (sic) spent on your condos in
11  a given yeah?
12      A    ██████████
13      Q    ██████████
14      A    She would really be angry by now.
15      Q    Okay.
16      A    How much time, it's hard to say.
17  Couple of hours, maybe a week.  I mean hard
18  to say.  Some week, a couple of hours; some
19  week, nobody calls; some week, a bit more
20  hours, you know.
21      Q    Okay.  When you hired her
22  directly, how many hours did she spend, a
23  couple of hours?
24      A    Correct, because I started selling
25  the condos and, I mean, she was managing,
```

Case 2:21-cv-04920-WLH-ADS Document 564-65 Filed 03/28/25 Page 148 of 193 Page ID #:19387

```
 1              CONFIDENTIAL - ANTOON
 2    like, █████ condos.
 3         Q    Okay.  And she worked for you
 4    full-time?
 5         A    No, it wasn't like that.  It was,
 6    like, Look, I'll give you a better money per
 7    week.  I believe I was giving her something,
 8    ██████ a week, and she would just take care of
 9    the condos.
10         Q    Okay.  So your testimony is you
11    gave her ██████ a week?
12         A    I believe so.
13         Q    Okay.  That's salary?
14         A    For her to do the work.
15         Q    What work?
16         A    To receive calls.  I didn't want
17    to get the calls.
18         Q    Okay.  But what about expenses?
19         A    If she would buy something for the
20    condo, I would reimburse her, yes.  It would
21    be additional to that.
22         Q    And did you --
23         A    Sorry.  I think -- I think it was
24    a ██████████ -- I think it's ██████ a month
25    Canadian.  I think so, yes, is what I gave
```

CONFIDENTIAL

Page 343

                    CONFIDENTIAL - ANTOON

1

2    her.

3         Q    And how much did she make at

4    MindGeek?

5         A    ████████   ████████   maybe  ████   I'm not

6    sure, plus or minus.

7         Q    Okay.  So you were -- you were

8    paying her a  ████████   ████   ████████   ████████  she made

9    at MindGeek?

10        A    Yeah, because it wasn't a

11   full-time thing.  I don't know if she had

12   another job or not.

13        Q    Was her MindGeek job a full-time

14   job?

15        A    So in the technicality, yes, could

16   we -- was she busy at times and less busy at

17   other times, yes.

18        Q    Yeah.  But she was a full-time

19   employee there?

20        A    Yes.

21        Q    And your testimony is that she was

22   only busy on your stuff for a couple of the

23   hours of the full-time work?

24        A    I wouldn't know exactly --

25        Q    Well --

CONFIDENTIAL

Page 344

1             CONFIDENTIAL - ANTOON

2       A    -- but that's what I would assume.

3       Q    -- you say exactly.  I asked you

4    how much in a year, you said a couple of

5    hours.

6       A    I believe so.  She reported to

7    ████  so  ████  wouldn't update me, Hey,

8    ████  does 20 hours on this, 10 -- we

9    never have that conversation so I don't

10   know.

11      Q    Well, before you said a couple of

12   hours.

13           Do you know whether it was a

14   couple of hours?

15      A    I believe so.

16      Q    Okay.  Based on what?

17      A    On the conversation I've had with

18   her.  When I hired her, she kept telling me,

19   You don't need me.  And I'm, like, I don't

20   want to do anything, you receive the call.

21   I don't want to get a call at 11 at night

22   that the faucet doesn't work.  And it was

23   that.  And she left.  She's, like, I have

24   no -- I'm not doing any work.  She felt bad

25   for me to be honest.  And she's, like, I'm

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/28/25   Page 151 of 193   Page ID #:19390
CONFIDENTIAL

1              CONFIDENTIAL - ANTOON

2     MindGeek employees working on your personal

3     real estate business?

4              MR. BROWN:  Interesting question.

5         Objection.

6         A    I mean, maybe.

7              Why would I use ████  ███████  for

8     any --

9              MR. BROWN:  Just you answered the

10        question.

11        A    I don't know.

12        Q    Did you ever have him buy

13    computers for your kids' school?

14        A    Yes, that I would pay for.

15        Q    Okay.  Who paid for it first?

16        A    Sometimes ███████  will tell me,

17    because we had a company discount.

18    Sometimes he would pay and then ███████

19    will just say, I'm going to reimburse him

20    because she had my credit card.  But I

21    believe that I paid directly.  Look, ten

22    years plus, yes, it could be that he bought

23    and I reimbursed.  It could be.

24        Q    Okay.  How often did that happen,

25    people at MindGeek buying either supplies

CONFIDENTIAL

Page 348

```
 1              CONFIDENTIAL - ANTOON
 2    for your real estate business and things for
 3    your family either on their own account or
 4    through MindGeek accounts?
 5              How often did that happen in the
 6    time were you there?
 7              MR. BROWN:  Object to the form.
 8       A    Over ten years, probably many.  I
 9    mean, I don't know how you quantify.  Ten
10    years is a long time.  CEO for 13 years,
11    100.  I mean, I don't know.
12       Q    Okay.  And so how did that work?
13              So he would go out and use his own
14    money?
15       A    No.  So I would be, like, can you
16    order me two iPads for the kids' school.
17    She's, like, Okay, let me talk to ████
18    ████ gets, like, a 20, 30 percent discount
19    so it's significant.  And then ██████ will
20    handle it.  He'll pay on the MindGeek credit
21    card and then ███ will wire or I will just
22    simply -- she would simply use my credit
23    card and expense it.  Something like that.
24       Q    On your credit card and expense
25    it?
```

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/24/25   Page 153 of 193   Page ID #:19163
CONFIDENTIAL

```
 1                  CONFIDENTIAL - ANTOON

 2    brother?

 3              How much did he --

 4        A    Oh, I don't know.  He had two,

 5    three, sometimes one.  I don't remember.

 6        Q    What about David Tassillo?

 7        A    I don't know the size of his

 8    portfolio.  He started later, sold some.  He

 9    wouldn't tell me when he would sell or buy.

10        Q    Well, you guys were you in the

11    same building.

12        A    Some.  Some buildings he had

13    alone.  Some I ha alone.  Some we had

14    together, but never as co-owners.  He would

15    own his; I would own mine.

16        Q    Why did you change the address

17    from the -- the address of record or your

18    condos from MindGeek's address to your

19    personal address?

20        A    Yes.

21             MR. BROWN:  Object to the form.

22        A    So I was there for a very long --

23    very long time, it was easy, put down

24    MindGeek, I felt that that was my home,

25    right?
```

CONFIDENTIAL

Page 355

1                     CONFIDENTIAL - ANTOON

2            When I left, it's either I did it

3 either before I was leaving, because we were

4 contemplating for a while or after I left.  I

5 didn't want that to show.  I put it to my

6 house, I think.

7       Q     Well, it -- you changed it before

8 you left.

9       A     Okay.

10       Q     Do you remember that?

11       A     No.

12       Q     And only if you remember.  If you

13 don't remember --

14       A     No.  No, and either right

15 before -- I -- no, I don't remember

16 specifically.  It wasn't -- yeah, I don't

17 remember exactly.

18       Q     Okay.  Now, you testified earlier

19 that you left because you were burnt out,

20 right?

21       A     I said stress, lawsuit and media.

22       Q     Okay.  You stand by that

23 testimony?

24       A     Yes.

25            MR. BROWN:  Objection.

```
 1              CONFIDENTIAL - ANTOON
 2      A    It could be that I told ████████
 3  Look, are you very busy, you know what, why
 4  don't you leave, I'm also leaving.  Could
 5  be. I'll hire you, don't worry about it.
 6  Because she's, like, I have a kid.  Okay,
 7  don't worry.  They were going to restructure
 8  a lot of employees in MindGeek.  So I'm
 9  like, you know what, I'll have some work for
10  you.  It could happen, yeah.
11      Q    I understand it could happen.  I
12  need to know what actually did happen.
13           Can you tell me and the jury what
14  actually happened?
15           MR. BROWN:  Object to the form.
16      A    I don't remember.
17      Q    Okay.
18      A    From everything that was
19  happening --
20           MR. BROWN:  There's no question
21      pending.
22      Q    Now, did anyone keep track of the
23  amount of time that you used MindGeek
24  employees so you could reimburse the
25  company?
```

CONFIDENTIAL

```
                                            Page 359
 1              CONFIDENTIAL - ANTOON
 2        A     No, we did not.
 3        Q     Okay.  Did you ever reimburse the
 4   company for employees' time that they spent
 5   working on your stuff?
 6        A     No.
 7        Q     Okay.  Did any MindGeek employees
 8   work on your personal residences?
 9        A     Yes.
10        Q     Which ones?
11        A     I only have the one house, oh, and
12   the cottage.  Yes, it could be ██████  I sent
13   her to do something.  Or ██████████  something
14   to do with facilities.
15        Q     Okay.  Well, I know you had the
16   house that was a casualty, where was that?
17   Montreal?
18        A     Yes.
19        Q     Okay.  Was that the only personal
20   residence you had in Montreal?
21        A     I never lived at the house.
22        Q     I understand?
23        A     I live in the same house I've been
24   for over ten years.  That's my residence.
25        Q     Okay.  Is that Montreal?
```

CONFIDENTIAL

```
                                           Page 363

 1               CONFIDENTIAL - ANTOON
 2          MR. BROWN:  -- so be it.
 3          MR. BOWE:  I understand.  Thanks.
 4     Q        ████████     did she work on the
 5   cottage for your mother?
 6     A     Probably, yes.
 7     Q     Okay.  Who was working on the
 8   house that you were building in terms of
 9   dealing with contractors and doing all that
10   sort of stuff?
11     A     Myself and my wife.
12     Q     Okay.  Nobody from MindGeek?
13     A     I would ask ████  ███    to do the
14   wires.  If there is a payment to the
15   contractor, I don't know if I used ██████   I
16   might have used █████ for advice, Hey, I'm
17   buying this stone, what do you think.
18   Something like that, could be.
19     Q     Okay.  But did she go -- actually
20   go out and buy things or arrange for the
21   purchase of things for that house?
22     A     Maybe.  The house started being
23   built in 2018.  Maybe.
24     Q     Okay.  But your testimony is no
25   furniture was bought?
```

CONFIDENTIAL

Page 364

1                    CONFIDENTIAL - ANTOON

2        A     I don't believe furniture because

3    we did not furnish that house.

4        Q     Was furniture being stored at

5    MindGeek?

6        A     We did receive some furniture.  An

7    office desk for my office at MindGeek.  Then

8    COVID happened, so I'm, like, I'm going to

9    work from home.  They shipped it to my

10   house.  It didn't -- wasn't practical at

11   all.

12       Q     Okay.  Did they -- did -- with

13   respect to your condos, did they keep

14   equipment and things at MindGeek?

15       A     I'm trying to think what equipment

16   would you keep for a condo.

17       Q     Well, for example, did they --

18       A     What equipment --

19       Q     -- did they keep utilities --

20       A     Sorry.

21       Q     -- such as washing machines?

22             Did they store that stuff?

23       A     So the condos came with that stuff

24   already built into in that price --

25       Q     I understand.

CONFIDENTIAL

Page 365

CONFIDENTIAL - ANTOON

1
2     A    -- brand new.  Would I have
3  changed the fridge and then they brought the
4  old fridge in storage because the new one
5  was coming, possible.  Would I go down to
6  the garage and see there is a fridge,
7  probably not.
8     Q    No, I understand.  I just want to
9  know -- but part of owning these condos and
10  renting them out is you need to have
11  utilities, you need to get replacements, you
12  need to do that.  I want to know if the
13  people at MindGeek who were doing that for
14  you were using MindGeek's property to do it.
15     A    So all appliances came with all
16  every condo I bought.  They were all brand
17  new.  Did it happen that we had to change a
18  fridge or a washer, possible.  I would say,
19  yes.  I remember it.  Maybe.  Yeah.  Did the
20  used one get shipped to MindGeek because
21  they wanted to donate or give it, possible.
22  Yeah.
23     Q    Because you wanted to donate it to
24  MindGeek?
25     A    No, we would --

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2          MR. BROWN:  Objection.
 3     A    -- we would -- I would tell either
 4     ████████    or somebody to give it to whoever
 5   wants it.
 6     Q    Okay.  Do you remember items being
 7   shipped to MindGeek?
 8     A    Yes.
 9     Q    And your testimony is you did that
10   because you were -- wanted  ████████  to give
11   it away to somebody?
12          MR. BROWN:  Object to the form.
13     A    Could be.  Like I said --
14     Q    Well, it could be, but what
15   happened?
16          You remember that happening so why
17   did that happen?
18          Did you give an instruction to
19   give it away to charity or something?
20     A    No, it wasn't like that.  ████████
21   might call me and say, We replaced the
22   fridge.  And I will be half focused on what
23   fridge she's talking about.
24     Q    Right.
25     A    And she would blah, blah, blah,
```

Case 2:21-cv-04920-WLH-ADS Document 560-65 Filed 03/28/25 Page 16 of 19 Page ID #:19400
CONFIDENTIAL

```
 1                 CONFIDENTIAL - ANTOON
 2    blah, blah, what do I do with the fringe.  I
 3    don't know.  Should I store it at MindGeek.
 4    Sure.  Should I sell it, it's worth 200
 5    bucks ████████     maybe donate it.  And then
 6    what would she do, I have no clue.
 7         Q     Okay.  Did ██████ quit?
 8         A          ██████ quit.
 9         Q     Okay. why did ██████ quit?
10         A     He --
11         Q     Well, withdraw that.
12               How long did he work at MindGeek?
13         A     I don't know.
14         Q     Was he a long-time employee?
15         A     Maybe two years, three years plus,
16    I'm not sure.
17         Q     When did he quit?
18         A     In the last three years, I would
19    say.
20         Q     Okay.  Did he start around the
21    same time as ████████
22         A     I'm not sure.
23         Q     Okay.  And then why did he quit?
24         A     He said ████████ was very
25    aggressive with him, the way she talked to
```

1               CONFIDENTIAL - ANTOON

2    Laval.  I believe in Laval.  I had a condo

3    in a building and I do believe I laughed

4    about it.  A letter saying she's very rude,

5    don't let her come here.  I think that's

6    what happened.  They mailed me the letter.

7         Q     Okay.  Do you remember who sent

8    the letter?

9         A     The building association I think.

10        Q     What was the address of it?

11        A     I don't know.  I've sold that over

12   five years ago.

13        Q     Okay.  Did she take any of the

14   tenants to court?

15        A     Possible.  Possible.  If a tenant

16   didn't pay, it's possible, yeah.  Possible,

17   yes.

18        Q     Well, you know, everything is

19   possible.

20        A     Yes.

21        Q     I'm asking -- the answer is yes?

22        A     I think she told me at least once,

23   Yeah, I'm taking a guy who didn't pay, yes.

24   Maybe, yes.

25        Q     Only once?

Case 2:21-cv-04920-WLH-ADS   Document 564-65   Filed 03/24/25   Page 163 of 193   Page ID #:19413
CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2       A     Because sometimes she would
 3   threaten them and they would just pay her.
 4   She would tell, Don't worry, I took care of
 5   it.  I didn't really follow if she actually
 6   went to court.  I don't even know if that's
 7   how you do it.
 8       Q     So how did it work?
 9             I mean, all of this stuff is being
10   paid automatically, how would she even know
11   to go court?
12             Why would she be going to court?
13       A     The story I remember, I believe
14   one tenant didn't pay for a couple of
15   months.
16       Q     Who told her that that happened?
17       A     She's like this guy is not paying.
18       Q     How did she know?
19       A     Because either she asked ████  ████
20   and they checked if the payment didn't go
21   in.
22       Q     Okay.  So ████  ████ was watching
23   the payments?
24             MR. BROWN:  Object to the form.
25       Q     Why would she ask ████  ████
```

```
 1              CONFIDENTIAL - ANTOON
 2           If you didn't know, why would she
 3     be doing that?
 4           You didn't ask her to check?
 5           MR. BROWN:  Object to the form.
 6       A    No, I would ask her if somebody
 7     doesn't pay the rent, alert me.
 8       Q    Okay.  So she -- so she was
 9     tracking who was paying the rent?
10       A    The word "tracking."  She would --
11     she can check online, yes.  She can check
12     online and see.
13       Q    Okay.  And then -- and then what
14     would she do if they were late with the rent
15     or didn't pay the rent?
16       A    I believe it happened once, and
17     she took them to the rental board and she
18     got the money, I think.  I'm not even sure
19     if she got the money or not to be honest.
20     It's -- the rent in Montreal is not like
21     New York.  You pay a ████████ ███ Canadian a
22     month and, okay, they might have missed two
23     month, yes, █████ Canadian.  It could
24     happen.
25       Q    And you said she might of -- was
```

1

2       it she who was tracking this or ████   ████

3            A     Probably her.

4            Q     Well, which is it?

5            A     Her.

6            Q     Did he track it at all?

7            A     He would log into do some wires,

8       maybe.

9            Q     Well, did he or not?

10           A     I'm not sure.

11           Q     Did he ever complain to you about

12      having to do your personal work?

13           A     No.

14           Q     Did he ever complain to anyone

15      that you know of?

16           A     Not to my knowledge.

17           Q     Okay.  Did you ever disclose this

18      to Grant Thornton?

19           A     No.

20                 MR. BROWN:  Objection.  I'm not

21           even sure what this is.

22           Q     The use of --

23                 THE WITNESS:  I don't know what

24           the last hour is.

25           Q     -- the use of -- the use of

CONFIDENTIAL

Page 373

```
 1              CONFIDENTIAL - ANTOON
 2   personal -- MindGeek employees for your
 3   personal business, did you ever disclose
 4   that to the auditors?
 5       A    As A CEO, my salary per hour was
 6   probably █████████ for the year.  So it
 7   will be way better for the company to have
 8   an employee who had a bit of extra time to
 9   do something than myself.  Did I disclose it
10   to Grant Thornton, I'm going to come to your
11   question.  The answer is no.
12       Q    Okay.  Did you disclose it to
13   in-house counsel?
14       A    I don't know if ████████ was aware
15   or not.
16       Q    Okay.  You never discussed it with
17   him?
18       A    I don't believe so.
19       Q    And you already testified you
20   never asked him to do any work?
21       A    I didn't say never.  He might have
22   done.  I don't recall if he did.  I'm trying
23   to think why would he.  Could you have shown
24   me a letter he sent to a tenant over ten
25   years, maybe.
```

CONFIDENTIAL

Page 374

1         CONFIDENTIAL - ANTOON

2      Q    Why would he be sending letters to

3  tenants?

4      A    So when my dad managing it could

5  be possible that a tenant didn't pay and my

6  dad's, like, What do I do, I'm, like, let me

7  ask ▮▮▮▮▮▮  It could happen.

8      Q    Why wouldn't you just get your own

9  lawyer?

10     A    I could do that.

11     Q    Why did you use MindGeek?

12         MR. BROWN:  Objection.

13     A    Today, I could do that or Charge

14  EBT (ph)for five minutes.  At the time,

15  Charge EBT didn't exist so I would ask

16  ▮▮▮▮▮▮

17     Q    Okay.  Who else did you ask in

18  legal?

19         MR. BROWN:  Objection.  He wasn't

20      sure of his memory so you're now

21      assuming a fact in evidence.

22     Q    Or did you ever deal with

23  Mr. ▮▮▮▮▮▮ ▮▮▮▮▮

24     A    ▮▮▮▮▮ ▮▮▮ is in legal.  I don't

25  believe I asked him -- yes, maybe I did ask

CONFIDENTIAL

Page 375

CONFIDENTIAL - ANTOON

2      █████████    But about a tenant?  Maybe.

3     Q    You actually interacted with him

4 quite a bit about legal, right?

5     A    About legal for the company, yes.

6     Q    Well, about your legal for your

7 personal business?

8     A    I might have asked him about the

9 house that's being construction.  I might

10 have showed him the contract that I'm -- it

11 could be something about that, yes.

12     Q    All right.  So you might have, you

13 might have.  We've gone through a whole

14 bunch of people who you didn't remember and

15 you might have.  The answer is you did -- he

16 was your main person that you consulted with

17 concerning legal issues with respect to your

18 rental properties and personal properties,

19 right?

20     A    The answer --

21     MR. BROWN:  Object to the form.

22     A    The answer is no.  I would

23 sporadically ask him.  I don't even remember

24 the last time I did.  But he was not the

25 main.  Or there was no main.

CONFIDENTIAL

Page 376

CONFIDENTIAL - ANTOON

```
 1                CONFIDENTIAL - ANTOON
 2       Q     Okay.  So who else was there?
 3       A     That's no need.
 4       Q     Who was your outside lawyer you
 5   dealt with for evictions, say?
 6       A     It only happened once, I believe.
 7       Q     Okay.  So you had up to 14
 8   condominiums, and so if we go -- if someone
 9   checks the court files in Montreal, you
10   think you only had one?
11             MR. BROWN:  Objection.
12       A     I believe so.  It could be ███
13   It would be ███  ███  ███  put it that way.
14   ███  ███  ███  even.
15       Q     Okay.  Who dealt with your
16   insurance carriers?
17       A     For what purpose?
18       Q     Real estate?
19       A     The condos?
20       Q     You said you couldn't get real
21   estate insurance.  Who was having those
22   conversations?
23             MR. BROWN:  The time frame,
24        please, because I think we're now
25        completing conflating different eras.
```

1          CONFIDENTIAL - ANTOON

2       Q    Any time you were using MindGeek

3   employees for either your condo business or

4   your personal residences, who was dealing

5   with the insurance companies?

6            MR. COLEMAN:  Objection.

7       A    Could be ▓▓▓▓▓▓▓ that would call

8   for the insurance of the condos.  Not could

9   be. ▓▓▓▓▓▓▓ would call for the insurance

10  of the condo.  She would call a broker and

11  say, Get us the best insurance.  In

12  Montreal, typically, it's $200 a month for

13  condo insurance.  So she would call the

14  broker and he would just say, okay, condo

15  unit this, this is the price.  He would send

16  the bill; I will pay it.  Simple as that.

17      Q    Okay.  How often did do that?

18      A    Once you have insurance for the

19  condo, one call.  Once you got it, the

20  insurance automatically renews.

21      Q    So for every condo she did that?

22           MR. BROWN:  Objection.

23      A    Probably, yes.

24      Q    What about for your personal

25  residency?

Case 2:21-cv-04920-WLH-ADS   Document 564-65 Filed 03/28/25 Page 171 of 193   Page ID #:19410

```
 1               CONFIDENTIAL - ANTOON
 2        Q    -- did you -- did you have a view
 3   yourself about where they should look?
 4        A    That's a vague question.  I
 5   don't --
 6        Q    Okay.  Well, you have been the CEO
 7   of this company since at least 2013, right?
 8        A    Correct.
 9        Q    Okay.  And you were in the
10   business long before that, right?
11        A    2008, correct.
12        Q    Right.  And you had all these --
13   and this, from the day you took over, your
14   testimony was this was the highest priority
15   for you, right?
16        A    It was a high priority.
17        Q    Making sure the things she said
18   happened to her never happened, right?
19        A    Correct.
20        Q    Okay.  And when you heard these
21   allegations and you read the New York Times
22   story, did you, in your own mind, go, Where
23   would I look to see if this happened and, if
24   it did, how did it happen?
25        A    Yes.
```

Page 442

                    CONFIDENTIAL - ANTOON

1       around the world.  Our content is all around

2       the world.  I'm not sure that the reporting

3       to the U.S. authorities to NCMEC was legal

4       obligation.  We did it as soon as I heard

5       there was an entity in the U.S.

6           Q    Okay.  So in 2013, when this was

7       one of your biggest priorities, what did you

8       do to educate yourself about what resources

9       and obligations and help you could get from

10      government agencies was?

11              In 2013 --

12              MR. BROWN:  Object to the form.

13          Q    -- what did you do?

14          A    We would talk to many law firms

15      and ask advice.  MSK was onboard since 2009

16      and --

17          Q    Right.  And they never told you

18      about NCMEC?

19          A    No, they have not.  The first time

20      I heard the word "NCMEC," we right away

21      acted.

22          Q    Really?

23          A    First time I heard about NCMEC, we

24      right away acted meaning we put things into

CONFIDENTIAL

Page 443

CONFIDENTIAL - ANTOON

1  place.  And then in order to get the

2  reporting, it could take the software and

3  tech guys a couple of weeks or months to put

4  things in place.  But the moment we heard

5  about it, we started.

6       Q    But, sir, for years you would get

7  notices from NCMEC to take down porn --

8  child pornography.

9            You knew about it before that --

10           MR. BROWN:  Object to the form.

11      Q    -- right?

12      A    I'm going to repeat --

13      Q    That wasn't the first time you

14  heard about them?

15      A    -- I'm going to repeat what I

16  said.  We're a Luxembourg-headquartered

17  companies.  We were not obliged or we

18  were -- I'm not aware that we are obliged to

19  report in the U.S.  When we got confirmation

20  that NCMEC, which sometimes we would work

21  with or they would send us a video, they

22  never even told us, when they would send us

23  a video, Hey, guys, by the way, you can

24  report us to.  We would talk about an -- a

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2    video that they might send us.
 3              So there wasn't before -- beginning
 4    of 2020, we did not know we had to report.
 5    I'm not sure if that is a legal obligation or
 6    we wanted to do it to be -- to be better than
 7    everybody else in the industry.
 8        Q    No.  You said you would have
 9    wanted to do it in 2013 because there was
10    nothing more important than keeping child
11    pornography off your site, right?
12              MR. BROWN:  Objection.
13        Argumentative.
14        A    I haven't heard of NCMEC in 2013.
15        Q    Okay.  Did you know that NCMEC was
16    sending you notices to take down child
17    pornography from your site?
18        A    In 2013, no.
19        Q    In 2014?
20        A    I don't know what year they
21    started.  We would cooperate with the FBI,
22    with police departments since 2009.
23        Q    Okay.  And didn't you know that
24    there were notices on your website that said
25    taken down at the direction of NCMEC?
```

CONFIDENTIAL

Page 453

1          CONFIDENTIAL - ANTOON

2     knowledge in moderation, about how it works

3     than me, so I would definitely depend on

4     them, on their importance.  It would be

5     wrong if I'm -- if -- I'm not an expert in a

6     field, if I would do it.  That wouldn't be

7     the right thing.

8          Q    Yeah.  But as the boss, you're

9     supposed to oversee them, make sure they're

10    devoting enough time and attention to it and

11    it's a priority, right?

12              MR. BROWN:  Object to the form.

13         A    Yes, it's a priority and they

14    should investigate the time it requires.

15         Q    Okay.  And what did you do to

16    ensure sure that they were spending the

17    right amount of time on that as opposed to,

18    for example, search engine optimization?

19    How did you as a boss decide how much time

20    would be spent on search engine

21    optimization, how much time and money would

22    be spent on moderation -- the robustness of

23    the moderation?

24              MR. BROWN:  Object to the form.

25         A    So in the quarterly initiatives,

CONFIDENTIAL

Page 454

                    CONFIDENTIAL - ANTOON

1

2    each VP would present what he's doing on his

3    division.  So Corey, for example, would say,

4    we're working on this.  ████ will say, we're

5    doing this for compliance.  That's how my

6    involvement was.  They would present to me.

7    It sounds good.  I'm a reasonable person.  I

8    understand.

9             And they would explain why we're

10   doing this now, because X, Y, Z changed,

11   traffic is more, circumstances change, the

12   Google algorithm changed.  That's how they

13   would explain it.

14        Q    Okay.  So in this case, MindGeek

15   has produced tax documents from 9219 in

16   Canada.  That's the company you ran, right?

17        A    Correct.

18        Q    Okay.  And in those tax documents,

19   they include detailed distributions of

20   technology projects and innovation projects

21   that the company is working on for the

22   purpose of, basically, tax breaks.

23             You understand that?

24             MR. BROWN:  Object to the form.

25        A    That is not correct.

CONFIDENTIAL

CONFIDENTIAL - ANTOON

1

2      Q     No?  You know what I'm talking

3   about, though.  What am I talking about?

4      A     I believe so.  Canada would give

5   tax breaks to innovation and software.  So

6   we would work on many softwares.  We are a

7   technology company.  The product is adult.

8   Like I said before, we can use the exact

9   same software to sell shoes, okay.  We would

10  work on software, and we would take -- we

11  would submit our form to the government, and

12  they would give us tax breaks on R&D done

13  for software, yes.

14     Q     R&D done for software.  And

15  there's ██████████ and ██████████ of dollars

16  reflected in those documents?

17          MR. BROWN:  Objection.  I'm not

18      sure there's a question.

19     Q     Am I right or wrong?

20     A     No, I don't know the number, if it

21  was ██████████

22     Q     No, no.  The amount of time, the

23  value of the money, your valuation of the

24  money.

25     A     Yes.

CONFIDENTIAL

Page 456

CONFIDENTIAL - ANTOON

1
2          Q     And so your accountants would say,

3     we spent this many person hours on these

4     innovation projects, and they would ascribe

5     a value to it, and you would present the

6     value, and based on the value is what tax

7     break you would get, right?

8               MR. BROWN:  Object to the form.

9          A     I believe so, yes.

10         Q     How come in none of the ones that

11    have been produced, we see anything in there

12    the software to keep CSAM off your website?

13              MR. BROWN:  Object to the form.

14         Lack of foundation.

15         A     First, I'm not sure which software

16    they would submit.  This would be under

17    ▮▮▮▮▮ and the CTO, he would know what

18    software we were working on.  He would

19    submit the hours engineering time, and then

20    the third-party contractor, Grant Thornton,

21    would look at it and then they would submit

22    to the government the forms.  I would assume

23    it would be a conjunction between ▮▮▮▮▮▮

24    ▮▮▮▮▮ and Grant Thornton.  I would not be

25    involved in what software for what credits,

```
                                            Page 457

1                 CONFIDENTIAL - ANTOON

2    I wouldn't.

3         Q    I'm asking you why wasn't there

4    any credits being sought for innovation in

5    developing software to keep child

6    pornography off your site?

7              MR. BROWN:  Object to the form.

8         A    And the answer is, I'm not sure if

9    there was or wasn't.  I wouldn't know what

10   software --

11        Q    You never directed that that be

12   part of what your innovation group and R&D

13   group did?

14             MR. BROWN:  Objection.

15        A    Directly, no.

16        Q    Did you go through what people

17   were spending on R&D?  Was that part of your

18   job as a boss to understand what the budget

19   was for R&D?

20        A    No.  ████    would submit a total

21   budget, and it will have many items.  Would

22   have a subitem for R&D, no.

23        Q    ██████    ran R&D himself?

24        A    No.  He was the CTO and had over

25   300 people under him, so he would get
```

CONFIDENTIAL

Page 458

1          CONFIDENTIAL - ANTOON

2    recommendations from the expert and say,

3    okay, we're working on this, working on

4    that.  He will come to me and say, I need a

5    budget of X because I'm working on A, B, C,

6    D.  He would not break down what A is, B,

7    and I would say, okay for A, okay for B.  I

8    would trust his judgment.

9         Q    You said whatever he wanted, he

10   got?

11              MR. BROWN:  Objection.

12        A    I did not say that.

13        Q    Right.  But I'm asking, did you

14   sit down and say, yes to A, no to B?

15        A    No.  But many times I would say,

16   ███████ we don't have enough for this this

17   year.  Let's say he wants to overall all the

18   computers.

19        Q    Okay.

20        A    Can we split that in three buckets

21   and do a third this year, a third next year?

22   You know, as a CTO, as an engineer, he loves

23   to, let's change a thousand computers.  So

24   that's how a discussion would come.

25        Q    All right.  When was the first

CONFIDENTIAL

Page 459

1              CONFIDENTIAL - ANTOON
2    discussion you remember with him about
3    whether he should go ahead and spend R&D
4    money on keeping child pornography off your
5    site?
6              MR. BROWN:  Object to the form.
7              Object to the form.
8        A    It wouldn't be me.  He would
9    submit his budget to me and David.  He
10   reported to David.  I don't think we had a
11   meeting where he said, I'm spending this on
12   this.
13       Q    When did you go to him and say,
14   Look, we need a better process.  Our number
15   one priority is keeping child pornography
16   off this site.  How can we do that better?
17             MR. BROWN:  Objection.  Argument.
18       A    So I remember a meeting several
19   years ago where he said, We need a database
20   for non-consensual.  Everyone is working on
21   a database for CSAM.  I go, Okay.  He's
22   like, Let's work on a software called
23   Safeguard.  I'm like, how much the budget
24   and how many years?
25             He couldn't give me a precise time.

CONFIDENTIAL

Page 460

1                  CONFIDENTIAL - ANTOON

2    I knew from his behavior this was going to be

3    three to 5 ███████   and at least -- when they

4    say two years, add two years to that.

5              So I do remember we started working

6    on Safeguard in 2018, because we felt there

7    was a need.  None of our competitors, forget

8    it in the adult industry.  And the

9    government, nobody was doing anything about

10   non-consensual, and that was an effort we

11   did.  And I believe we spent ████████████

12       Q    When you say, no one was doing

13   anything in the government, NCMEC, you could

14   have partnered with NCMEC and used their

15   system.

16             MR. BROWN:  Objection.

17       Q    How did you know there was using

18   anything -- helping in the government.

19       A    So NCMEC, when I learned about

20   them in 2020.  I think they only do CSAM.  I

21   don't believe they do non-consensual.  I

22   could be wrong, but I don't think they do.

23   When we asked the lawyers that we use, we

24   speak to, we use many firms.  Have you

25   heard?  No.  We asked our partners.  No?

Case 2:21-cv-04920-WLH-ADS Document 564-65 Filed 03/28/25 Page 183 of 193 Page ID #:19422

```
 1              CONFIDENTIAL - ANTOON
 2  understand was being done by your people?
 3           MR. COLEMAN:  Can I just clarify
 4       that a bit.  I believe your question is
 5       asking for processes that were put in
 6       place at MindGeek, not how they were
 7       advised to be put in place or anything
 8       like that.  What steps.
 9           MR. BOWE:  All right.
10       Q    You don't -- I was clear in the
11  question.  I want to know what your people,
12  what you stood your people were doing.
13       A    We were -- as part of evolution of
14  the company, we were revising procedures,
15  processes, which we did before several times
16  over my 13 years.
17       Q    Can you give me any more detail as
18  the CEO, of what you understood during this
19  period of time on this issue of a high
20  priority, your people were doing other than
21  what you just described?
22           MR. BROWN:  Object to the form.
23       A    So would I get an email from
24  David Cooke saying we are partnering up with
25  NGOs.  I would get an email, probably cc'd,
```

1            CONFIDENTIAL - ANTOON

2    from ▮▮▮▮  or ▮▮▮▮  saying, Hey, we added

3    more softwares, we were able to get deals to

4    add more software on the uploading process,

5    such as CSI YouTube, Microsoft PhotoDNA.  We

6    already had G2.  We already had Vobile.  So

7    they would update me and say we added

8    software.  We had a meeting on the banned

9    word list; they mentioned the iterations.

10   It's very hard to get every misspelling.

11   There was a meeting on the terms of service.

12   ▮▮▮▮▮  did a lot of work with the team.  I

13   was just briefed on it saying, now we do

14   this.  That's the details, there's a lot of

15   details.

16        Q    Give me whatever details you

17   remember.

18        A    So those are the buckets.  So

19   there was a bucket about NGOs, a bucket

20   about adding software.  There was a bucket

21   about improving the banned word list and the

22   different iteration.  There was I bucket

23   about changing some procedures to be more

24   efficient.

25        Q    Okay.  Have you given me all the

CONFIDENTIAL

Page 478

CONFIDENTIAL - ANTOON

1        detail you can remember.

2              A     Yes.

3              Q     Now, you said some people would

4        come to you and tell you, This is what we're

5        doing?

6              A     No.  We have would have a meeting.

7              Q     Right.

8              A     Typically, the meeting would

9        include David, ████████  ████████  ████████  ████████

10       And we had many of those meetings, and each

11       one would have his turn.  I'm work on this.

12       Signing up a software, for example, we need

13       to do a testing phase.  The scalability of

14       our company is very complicated.  Not every

15       software works for a company our size.

16       Sometimes it would take weeks to test, and

17       sometimes the software wouldn't work.  And

18       sometimes it would work and somebody high up

19       at that third-party company would say, I

20       don't want to offer it to the adult

21       industry, so we wasted all this time.  So

22       things like that.

23             Q     Who did that happen with?

24             A     The 3CP, the NGO, they, after

```
 1              CONFIDENTIAL - ANTOON
 2    sending us an agreement.  I was very
 3    excited.  We were supposed to use their
 4    database.  It was called Arkanite, and then
 5    somewhere high up -- I believe the CEO,
 6    that's what she said on the ethics
 7    committee, she stopped it, even though the
 8    CTO of the Canadian, the 3CP, had sent us an
 9    email saying we're going to implement after
10    testing it, sending us the contract.  That's
11    a very, very good example.
12         Q    Okay.  What else, do you remember?
13         A    Some NGOs wouldn't want to partner
14    up with us that we reached out to.  I don't
15    know if some software companies said, no.
16    I'm not sure.
17         Q    Why did you take down all your
18    unverified content?
19         A    I didn't hear.
20         Q    Why did you take down all your
21    unverified content?
22              MR. BROWN:  Object to the form.
23         A    So when all this media articles
24    were happening, we had a meeting.  It was a
25    big decision to do.  Nobody in the adult
```

CONFIDENTIAL

Page 486

CONFIDENTIAL - ANTOON

1

2    now, that was your testimony?

3        A    When I left, yes.

4        Q    Okay.  So it's a verified user.

5    Does that mean verified users doesn't have

6    human moderation anymore?

7        A    No.  I did leave a year ago.  You

8    saw this video yesterday.  I would not be

9    the person to ask.

10       Q    Okay.  When were you there, could

11   people in videos whose faces were obscured,

12   blurred so you couldn't see them, could that

13   past human moderation?

14       A    I believe there was rules around

15   it.  Either we have the ID or they ask the

16   uploader for ID.  I believe that was the

17   procedure.

18       Q    Do you know?

19            MR. BROWN:  Objection.

20       Q    You're searching.  I mean, you

21   testified in front of the Canadian

22   Parliament pretty definitively about all the

23   steps you had taken, in particular about

24   human moderation.  If someone is dressed

25   like a young girl in a video but her face is

CONFIDENTIAL

```
 1              CONFIDENTIAL - ANTOON
 2    obscured so you can't actually see her face,
 3    as a CEO of MindGeek before you left, could
 4    that pass human moderation?
 5              MR. BROWN:  Objection.
 6         A    I don't believe it should unless
 7    we have IDs.
 8         Q    Okay.  You told me what you think
 9    should happen.  You were the CEO.  You don't
10    know whether that actually would have or
11    would not have been stopped by your
12    moderators?
13              MR. BROWN:  Object to the form.
14         A    That specific example, I would not
15    know, no.
16         Q    Okay.  So you don't even know
17    whether it was essential for moderators to
18    be able to look at a face?
19              MR. BROWN:  Object to the form.
20         A    There were experts doing training
21    on moderation.  So I'm not sure of your
22    example.  I mean, I'm not sure.
23         Q    Who were the experts?
24         A    So ▉▉▉▉ was the VP of compliance.
25    When I left, he was doing it.
```

CONFIDENTIAL

Page 488

```
 1                CONFIDENTIAL - ANTOON
 2        Q     Was he an expert?
 3        A     He's been doing it for a long
 4   time, yes.
 5        Q     What's he an expert in with
 6   respect to CSAM?
 7        A     So he had people under him that
 8   had the training.
 9        Q     Who's the expert?
10        A     I would rely on ███████   He would
11   rely on --
12        Q     Why is he an expert?  What is his
13   expertise?
14        A     He had the moderation team.
15        Q     Okay.  He had the moderation team,
16   but why was he an expert.
17        A     I don't know how to answer that
18   question.
19        Q     There were two people you hired
20   from the California entity who were doing --
21   it was a law enforcement officer, right?
22        A     I don't know of this from the
23   California entity.  I said they were
24   American.
25        Q     Okay.  What was their expertise?
```

CONFIDENTIAL

Page 489

CONFIDENTIAL - ANTOON

1
2      A    I believe Peter was a police
3  officer in the Child Protection Agency for
4  many years.  I believe Lauren, I think she
5  was a lawyer also involved in some short of
6  child protection -- I believe that's how
7  ███████ was excited about those.
8      Q    And were they in some sort of
9  supervisory role?
10     A    I'm not sure.
11     Q    Well, did you have -- do you know
12 exactly what their expertise was beyond what
13 you've described?
14     A    No.  ████████ just described them to
15 me.
16     Q    Okay.  Did you ever tell, in the
17 wake of the New York Times story, ██████ or
18 David or anyone, say, Go out and get me one
19 of the top people in stopping this with the
20 top expertise and hire them as the head of
21 my trust and safety?
22          MR. BROWN:  Object to the form.
23     A    No.  We had moderation.  We need
24 to just -- we needed to improve processes.
25 I wouldn't say it wasn't working.

CONFIDENTIAL

Page 504

                    CONFIDENTIAL - ANTOON

1       we're past seven hours.

2               MR. BOWE:  Well, I certainly

3       haven't had seven hours of questions?

4       A     I believe you did.

5       Q     I don't really care.

6               Did you have family members

7    running a cafeteria?

8       A     Yes.

9       Q     Which family members?

10      A     My cousin and my brother-in-law.

11      Q     Did they continue after you left?

12      A     No, unfortunately, because of

13   COVID, they stopped.  And the build was

14   empty.

15      Q     What other family members did you

16   have that did business with MindGeek?

17      A     Employed by MindGeek?

18      Q     Let's start with that.

19      A     My brother and my sister.

20      Q     Okay.  And do you have any family

21   members who did business with MindGeek?

22      A     My brother-in-law and my cousin.

23   I believe that's all.

24      Q     Your brother-in-law, what's his

CONFIDENTIAL

Page 505

1              CONFIDENTIAL - ANTOON

2    name?

3         A    My brother-in-law's name is Talal,

4    ████████████  and last name Harba,  ████████████

5         Q    And what business did he do at

6    MindGeek?

7         A    He ran the cafeteria.

8         Q    And then you said your -- you said

9    your brother-in-law and your cousin.  Who is

10   your cousin?

11        A    My cousin's name is  ████████████████

12   and then  ████████████    Both have over 15

13   years' experience in restaurants.

14        Q    And they are the people who ran

15   the cafeteria?

16        A    Yeah.

17        Q    And when did they start doing

18   that?

19        A    2012, I believe.

20        Q    Does Mr. Bergmair still own a

21   piece of MindGeek?

22        A    I don't believe so.

23        Q    Okay.  Who's paying -- who paid

24   you the  ████  ████████

25        A    ECP.

Page 513

1                  CONFIDENTIAL - ANTOON

2                     CERTIFICATE

3          STATE OF NEW YORK )

4                          )ss:

5          COUNTY OF RICHMOND)

6                  I, DANIELLE GRANT, a Certified

7                  Shorthand Reporter, and Notary

8                  Public within and for the State of

9                  New York, do hereby certify:

10                 That FERAS ANTOON, the witness whose

11                 deposition is hereinbefore set

12                 forth, was duly sworn by me and that

13                 such deposition is a true record of

14                 the testimony given by such witness.

15                 I further certify that I am not

16                 related to any of the parties to

17                 this action by blood or marriage and

18                 that I am in no way interested in

19                 the outcome of this matter.

20                 In witness whereof, I have hereunto

21                 set my hand this 14th day of June,

22                 2023.

23

24          DANIELLE GRANT

25