# EXHIBIT 82

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

---

**Message**

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 19/02/2020 4:23:13 PM |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | FW: VISA & Response |
| **Attachments:** | Redacted Version - Acquirer Outreach.pdf; Visa PH case- Feb2020-Press ONLY.docx; Visa PH case- Feb2020-1.9.docx; image001.jpg |

Hi Bernard,

Everything u need to know about Visa, the article and our response,

Thanks,

## Feras Antoon

C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



---

**From:** Matt Kilicci ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, February 18, 2020 5:45 PM
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>
**Cc:** Anthony Penhale ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** VISA & Draft Response

Feras,

Attached is the letter from VISA, and our current draft of the response. It may still change so I will let you know before 11AM tomorrow if I have something more up to date.

Please note the VISA letter is confidential.

Note, I also included a doc with the response on the Press articles, we have removed this from the overall response and may send separately.

Thank you.

## Matt Kilicci

Vice President, Operations
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext ▓▓▓▓
Mobile: ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



CONFIDENTIAL

Bergmair_Fleites_00000001

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000002

**Visa Confidential**

**VIA E-MAIL**



*Visa Confidential*

Bergmair_Fleites_00000003



*Visa Confidential*

CONFIDENTIAL

Bergmair_Fleites_00000004

**Attachment A**



NATIONAL
CENTER ON
SEXUAL
EXPLOITATION

*Established 1962*

PATRICK A. TRUEMAN, J.D. | *Board Member*
President and CEO

DAWN E. HAWKINS
Sr. Vice President & Executive Director

BENJAMIN W. BULL, J.D.
Vice President & General Counsel

LISA L. THOMPSON
Vice President of Research and Policy

HALEY C. HALVERSON
Vice President of Advocacy and Outreach

*BOARD MEMBERS*

RON DEHAAS | *Chairman*
Founder & CEO, Covenant Eyes

ROBERT L. CAHILL, JR. | *Chairman Emeritus*
Former Managing Partner, Conklin Cahill & Co.

DAN O'BRYANT, J.D. | *Vice Chairman*
Former Fellow, Weatherhead Center for International
Affairs, Harvard University

RHONDA GRAFF | *Secretary*
Former Aerospace Program Manager/Industrial Engineer

KEN SUKHIA, J.D. | *Treasurer*
Trial and Appellate Lawyer, Sukhia Law Group, PLC

HADLEY ARKES, PH.D.
Ney Professor of Jurisprudence, Emeritus,
Amherst College

BETH COONS
Chairman, Farnsworth Companies

PASTOR JAY DENNIS
President, Join One Million Men

JOHN FOUBERT, PH.D.
Dean, College of Education, Union University

ROBERT GEORGE, PH.D.
McCormick Professor of Jurisprudence,
Princeton University

DONALD J. HILTON, M.D.
Neurosurgeon, University of Texas – San Antonio

DONNA M HUGHES, PH.D.
Professor & Carlson Endowed Chair, University of
Rhode Island

MARY ANNE LAYDEN, PH.D.
Director, Sexual Trauma and Psychopathology Program,
University of Pennsylvania

MOST REVEREND PAUL S. LOVERDE
Bishop, Diocese of Arlington, VA, Retired

KINDSEY PENTECOST
President, P3Works! International

MARGARET RUCKS
Managing Director, Rucks Family Foundation

OLGA SAMANIEGO
National Regent, Catholic Daughters of the Americas

LINNEA W SMITH, M.D.
Retired, Psychiatrist

MELEA STEPHENS, L.P.C., M.M.F.T.
Marriage and Family Therapist

January 15, 2020

440 First Street NW, Suite 840, Washington, DC 20001 • Office: 202.393.7245 Fax: 202.393.1742 • endsexualexploitation.org • public@ncose.com

NCOSE EXPOSE THE SEAMLESS CONNECTION BETWEEN ALL FORMS OF SEXUAL EXPLOITATION.

*Visa Confidential*



*Visa Confidential*

Bergmair_Fleites_00000006



*Visa Confidential*

CONFIDENTIAL

Bergmair_Fleites_00000007



*Visa Confidential*

Bergmair_Fleites_00000008



CONFIDENTIAL



CONFIDENTIAL

Bergmair_Fleites_00000010



CONFIDENTIAL

Bergmair_Fleites_00000011



CONFIDENTIAL

Bergmair_Fleites_00000012



CONFIDENTIAL

Bergmair_Fleites_00000013



CONFIDENTIAL

Bergmair Fleites_00000014



CONFIDENTIAL

Bergmair Fleites 00000015



CONFIDENTIAL

Bergmair_Fleites_00000016



CONFIDENTIAL

Bergmair_Fleites_00000017



CONFIDENTIAL

Bergmair_Fleites_00000018

**Exhibit A**

MindGeek (MBI-Probiller.com) Content Compliance Rules for Pay Sites

| ![MindGeek] | Marketing Material - Advertisements, Trailers, Images | Paysites - Videos & Scenes | | |
|---|---|---|---|---|
| Sub-Category | Descriptions | Marketing Materials are subject to Paysites rules and these additional | Non-Compliant | |

Bergmair_Fleites_00000019

Case 2:21-cv-04920-WLH-ADS Document 486-2 (Ex Parte) Filed 10/31/24 Page 22 of 195 Page ID #:9448



CONFIDENTIAL

Bergmair Fleites_00000020



CONFIDENTIAL

Bergmair_Fleites_00000021



CONFIDENTIAL

Bergmair_Fleites_00000022



CONFIDENTIAL

Bergmair_Fleites_00000023

---

| | |
|---|---|
| **Message** | |
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 20/02/2020 8:58:36 PM |
| **To:** | ▓▓▓▓▓▓▓▓▓ |
| **Subject:** | Visa letter |
| **Attachments:** | 20200219 ~ Letter to Cardworks.docx; image001.jpg |

Hi Bernard,

We decided to share our letter with our closest acquiring banks and asked them to edit / revise it.

Attached is the final version that has been looked at by 5 out of our 14 banks. We feel confident this version will respond to all the concerns Visa raised.



Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com


w w w . m i n d g e e k . c o m

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000024

*PRIVATE AND CONFIDENTIAL*



Bergmair_Fleites_00000025



CONFIDENTIAL

Bergmair_Fleites_00000026



CONFIDENTIAL

Bergmair_Fleites_00000027



CONFIDENTIAL

Bergmair_Fleites_00000028



Page 5

Bergmair_Fleites_00000029



Page 6

Bergmair_Fleites_00000030

Case 2:21-cv-04920-WLH-ADS   Document 486-18   Filed 10/31/24   Page 34 of 195   Page ID #:9400



Page 7



CONFIDENTIAL

Bergmair_Fleites_00000032

**Exhibit A**

MindGeek (MBI-Probiller.com) Content Compliance Rules for Pay Sites

| MindGeek | Marketing Material – Advertisements, Trailers, Images | Paysites – Videos & Scenes |
|---|---|---|
| Sub-Category | Descriptions | Marketing Materials are subject to these additional considerations | Non-Compliant |

Page 9

Bergmair_Fleites_00000033



CONFIDENTIAL

Bergmair_Fleites_00000034



Page 11

Bergmair_Fleites_00000035



Page 12

Bergmair_Fleites_00000036



Page 13

CONFIDENTIAL

Bergmair_Fleites_00000037

---

**Message**

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 07/05/2020 6:03:46 PM |
| **To:** | Bernard P ████████████████ |
| **Subject:** | MC response / strategy |
| **Attachments:** | Dear Partners (MGjapV4).docx; image001.jpg |

**From:** Matt Kilicci ████████████████████

**Sent:** Thursday, May 7, 2020 1:23 PM

**To:** Anthony Penhale; Brett Goldenberg; Corey Urman; Karim El Marazi; ██████████████████

**Cc:** David Tassillo; Feras Antoon

**Subject:** RE: Mastercard request

Hey guys,

So latest update from MC after request for direct contact:

- ██████████████████████████████████████████
- ██████████████████████████████████████
- ██████████████████████████████████████



┌─────────────────┐
│ Redacted - Privileged │ Anthony's letter, | **Redacted - Privileged** |
└─────────────────┘

# Redacted - Privileged

**Matt Kilicci**

Vice President, Operations

7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext ████
Mobile: ████████████
████████████████



**Feras Antoon**

C.E.O. MindGeek

Bergmair_Fleites_00000038

7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000039

Document Withheld for Privilege

CONFIDENTIAL

Bergmair_Fleites_00000040

| Message | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 08/05/2020 2:09:57 PM |
| **To:** | Bernard P ███████████████ |
| **Subject:** | MC letters |
| **Attachments:** | 20200507 - Results letter (MGjapV1B).pdf; scan0007.pdf; image001.jpg |

Hi Bernard,

Please find attached both letters which are final. They were sent yesterday night.

Letter 1 (filename "scan0007") to all our acquirers
Letter 2 (filename "Results letter") to MasterCard via ███████ only.

Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

May 7, 2020

***PERSONAL AND CONFIDENTIAL***



Sincerely,

**MG BILLING LIMITED**

By: _____

Andreas Alkiviades Andreou
Director

Bergmair Fleites 00000042

Video Scores You 100% Match

video_id;"guid";"updated"



CONFIDENTIAL

Bergmair_Fleites_00000043



CONFIDENTIAL

Bergmair_Fleites_00000044



Page 3

CONFIDENTIAL



Page 4

Bergmair_Fleites_00000046



CONFIDENTIAL

Bergmair_Fleites_00000047



Page 6

CONFIDENTIAL

Bergmair_Fleites_00000048



Page 7

Bergmair_Fleites_00000049



CONFIDENTIAL                                           Bergmair_Fleites_00000050



CONFIDENTIAL

Bergmair_Fleites_00000051

Video Screen You Tube Text Match



CONFIDENTIAL

Bergmair_Fleites_00000052



CONFIDENTIAL

Bergmair_Fleites_00000053



Page 12

Bergmair_Fleites_00000054

Case 2:21-cv-04920-WLH-ADS Document 480-18 (Ex Parte) Filed 10/31/22 Page 60
of 195 Page ID #:48180



Page 13

CONFIDENTIAL

Bergmair_Fleites_00000055

Case 2:21-cv-04020-WLH-ADS Document 560-18 (Ex Parte) Filed 03/28/25 Page 60 of 194
Case 2:21-cv-04020-WLH-ADS Document 486-21 Filed 10/31/24 Page 61 of 195 Page ID #:16131

Video Screen You'll Never Match



Page 14

CONFIDENTIAL

Bergmair_Fleites_00000056



CONFIDENTIAL

Bergmair_Fleites_00000057

Case 2:21-cv-04920-WLH-ADS Document 560-183 (Ex Parte) Filed 03/28/25 Page 62 of 194
Case 2:21-cv-04920-WLH-ADS Document 485-218 Filed 10/31/22 Page 63
of 195 Page ID #:16133
Video Screenshot of YouPorn.com Match



CONFIDENTIAL

Bergmair_Fleites_00000058



CONFIDENTIAL

Bergmair_Fleites_00000059

Case 2:21-cv-04920-WLH-ADS   Document 486-18   Filed 03/28/25   Page 64 of 194
Video Screenshot: YouTube Match Page ID #:13513



CONFIDENTIAL

Bergmair_Fleites_00000060



Page 19

CONFIDENTIAL

Bergmair_Fleites_00000061

CONFIDENTIAL

Bergmair_Fleites_00000062

Photo Scraping Without DNA

photo_id;"guid";"updated"



Page 1

Bergmair_Fleites_00000063

Case 2:21-cv-04920-WLH-ADS Document 560-18 (Ex Parte) Filed 03/28/25 Page 68 of 194 Page ID #:16189
Case 2:21-cv-04920-WLH-ADS Document 486-18 Filed 10/31/24 Page 69 of 195 Page ID #:14493
Photo Scan and Instant DNA



CONFIDENTIAL

Bergmair_Fleites_00000064

Case 2:21-cv-04920-WLH-ADS Document 560-18 (Ex Parte) Filed 03/28/25 Page 69 of 194
Case 2:21-cv-04920-WLH-ADS Document 480-218 Filed 10/31/24 Page 470
of 195 Page ID #:16190

Photo Scan Alignment DNA



CONFIDENTIAL

Bergmair_Fleites_00000065

Photographs of Warrants and DNA



Page 4

CONFIDENTIAL

Bergmair_Fleites_00000066

Case 2:21-cv-04020-WLH-ADS Document 560-18 (Ex Parte) Filed 03/28/25 Page 71 of 194
Case 2:21-cv-04920-WLH-ADS Document 486-218 Filed 10/31/22 Page 472
of 198 Page ID #:16192

Photo Sequence Matching DNA



CONFIDENTIAL

Bergmair_Fleites_00000067

Photo Scanning Mitochondrial DNA



Page 6

Bergmair_Fleites_00000068

Photo Showing My Still-Living DNA



CONFIDENTIAL

Bergmair Fleites 00000069

Photo Screensho[t] tension DNA



CONFIDENTIAL

Bergmair_Fleites_00000070

Photographs of Magnetic Painting DNA



CONFIDENTIAL



CONFIDENTIAL

Bergmair_Fleites_00000072

Photographs of Evidentiary DNA



CONFIDENTIAL

Bergmair_Fleites_00000073

Photo 8 - Image Showing DNA



CONFIDENTIAL

Bergmair_Fleites_00000074



CONFIDENTIAL

Bergmair_Fleites_00000075

Photographs and Fingernail DNA



CONFIDENTIAL

Bergmair_Fleites_00000076

Photo Scan for Mitochondrial DNA



CONFIDENTIAL

Bergmair_Fleites_00000077

Case 2:21-cv-04920-WLH-ADS Document 480-18 Filed 10/31/24 Page 83 of 195 Page ID #:16508

Photo of Strap AttDevice on 3DNA



CONFIDENTIAL

Bergmair Fleites 00000078

user_id;"type_id";"guid";"updated"



CONFIDENTIAL                                    Bergmair_Fleites_00000079

May 7, 2020

Dear Partners,



CONFIDENTIAL

Bergmair_Fleites_00000080



2

CONFIDENTIAL



3

CONFIDENTIAL



**MG BILLING US CORP.**



By:

_____

Director

4

CONFIDENTIAL

| **Message** | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 28/05/2020 3:56:00 PM |
| **To:** | Bernard P [███████████████] |
| **Subject:** | Final version for MC |
| **Attachments:** | 2020-05-28 - MC Response III_1.5_Clean.docx; ATT00001.htm |

███████████████████████████████████████████████████████████
███████████████████████████████████████████████

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000084

*PRIVATE AND CONFIDENTIAL*

May 28, 2020



Bergmair_Fleites_00000085



We believe the information set out herein to be to your satisfaction.

Regards,

Bergmair_Fleites_00000086

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com

Bergmair_Fleites_00000087

---

## Message

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 28/05/2020 1:44:30 PM |
| **To:** | Bernard P [█████████████] |
| **Subject:** | MC update |
| **Attachments:** | 2020-05-27 - MC Response III_1.4.docx; image001.jpg |

Latest

## Feras Antoon

C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

*PRIVATE AND CONFIDENTIAL*

May 28, 2020



Bergmair_Fleites_00000089



We believe the information set out herein to be to your satisfaction.

Regards,

Bergmair_Fleites_00000090

---

## Message

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 28/05/2020 12:39:38 PM |
| **To:** | Bernard P [██████████████████] |
| **Subject:** | MC - Update |
| **Attachments:** | 2020-05-27 - MC Response III_1.3.docx; image001.jpg |

Hi Bernard,

We received the below from MC which tells me ████████████████, ██████████████████████████████.

MC had a specific question:

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████████ ████

Our answer is attached.

We are discussing with our acquirers before sending the answer.

Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com

## MindGeek
w w w . m i n d g e e k . c o m

On May 27, 2020, at 9:44 AM ████████████████████████ wrote:

Hi Team,

████████████████████████████████████████
████████████████████████████████████████

████████████████████

██████████████████████████████

██████████████████████████

Bergmair_Fleites_00000091

Thank you,

████████████  ████████████

**Sr. Director,** Payments, Risk, Fraud & Business Analytics
7777 Boulevard Décarie
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext █████
Mobile: ████████████
████████████████████████

<image012.png>

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000092



CONFIDENTIAL

Bergmair_Fleites_00000093



CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 30/05/2020 1:37:08 PM |
| **To:** | Bernard P [███████████] |
| **Subject:** | Fwd: Privileged & Confidential - DMCA Question |

FYI

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com

**From:** Anthony Penhale ███████████████████████
**Sent:** Saturday, May 30, 2020 8:12 AM
**To:** das@msk.com; Marc E. Mayer - Mitchell Silberg & Knupp LLP (mem@msk.com)
**Cc:** Karim El Marazi
**Subject:** Privileged & Confidential - DMCA Question

**Privileged & Confidential / Attorney – Client Communication**

# Redacted - Privileged

CONFIDENTIAL

Bergmair_Fleites_00000095

**Redacted - Privileged**

Thanks.

**Anthony Penhale**
Chief Legal Officer
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext ████
Mobile : ████████████
Email : ████████████████████

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000096

---

**Message**

---

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 09/06/2020 3:09:10 PM |
| **To:** | Bernard P [█████████████████] |
| **Subject:** | New content rules for PH and PHP |
| **Attachments:** | Compliance Rule Book v2.2.14_Tubes and Premium.xlsx; Tubes Banned - MK_1.1.xlsx; image001.jpg |

Hi Bernard,



CONFIDENTIAL

Bergmair_Fleites_00000097



Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL                                                                 Bergmair_Fleites_00000098

Document Produced In Native Format

CONFIDENTIAL                                                    Bergmair_Fleites_00000099

Document Produced In Native Format

CONFIDENTIAL                                                              Bergmair_Fleites_00000100

**From:**  Feras Antoon <feras.antoon@mindgeek.com> on behalf of Feras Antoon
**Sent:**  11/06/2020 23:18
**To:**  Bernard P
**Subject:**  Progress update on Tubes procedures

FYI from ███ We have been flying. ████████████████████████████████████████

Begin forwarded message:

> **From:** Brett Goldenberg ███████████████████████████
> **Date:** June 11, 2020 at 6:32:06 PM EDT
> **To:** Karim El Marazi <██████████████████████, Matt Kilicci ████████████████████
> ███████████████████,
> **Cc:** Corey Urman <Corey.Urman@mindgeek.com>, ████████████████████████ Anthony Penhale
> ████████████████████████ Feras Antoon <Feras.Antoon@mindgeek.com>, David Tassillo
> <David.Tassillo@mindgeek.com>
> **Subject: RE:  Privileged and Confidential - Video flags**
>
> Progress update:



1

CONFIDENTIAL



Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

2

Bergmair_Fleites_00000102

---

**Message**

| | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 15/06/2020 5:54:25 PM |
| **To:** | Bernard P ███████████████ |
| **Subject:** | Visa / MC update |
| **Attachments:** | mg_siglogo.jpg; ATT00001.htm; Visa PH case- Feb2020-1.11 - Followup June 2020_1.2.docx; ATT00002.htm |

---

Hi Bernard,

See update and next steps. Also attached is our latest letter.

Thanks,

**From:** Matt Kilicci ███████████████████████
**Date:** June 15, 2020 at 1:49:47 PM EDT
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>, David Tassillo
<David.Tassillo@mindgeek.com>, Karim El Marazi ██████████████████ Corey
Urman <Corey.Urman@mindgeek.com>, Anthony Penhale
███████████████████████ Brett Goldenberg ██████████████████
███████████████████████ ████████
███████████████████
**Subject: RE:  VISA call/letter**


Hi Feras,



Thank you.

**Matt Kilicci**
Vice President, Operations
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext ████
Mobile: ███████████████
████████████████████

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des

---

CONFIDENTIAL

Bergmair_Fleites_00000103

renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000104

**From:** Feras Antoon <Feras.Antoon@mindgeek.com>
**Sent:** Monday, June 15, 2020 1:40 PM
**To:** Matt Kilicci ▮▮▮▮▮▮▮▮▮▮▮▮▮ David Tassillo <David.Tassillo@mindgeek.com>; Karim El Marazi ▮▮▮▮▮▮▮▮▮▮
Corey Urman <Corey.Urman@mindgeek.com>; Anthony Penhale ▮▮▮▮▮▮▮▮▮▮▮▮ Brett Goldenberg
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: VISA call/letter

Matt, was the Visa letter sent ?

Just to be clear:
    (1) Who did we send the Visa letter to ?
    (2) In order for MC to be on the same page, who will pass this Visa letter to MC ?

Thanks,

CONFIDENTIAL

Bergmair_Fleites_00000106

**PRIVATE AND CONFIDENTIAL**

[Recipient name]
[Job title]
[Company name]
[Street Address]
[City], [State] [Zip Code]

June 12, 2020

Dear Partner,



Bergmair_Fleites_00000107



CONFIDENTIAL

Bergmair_Fleites_00000108



CONFIDENTIAL

Bergmair_Fleites_00000109



CONFIDENTIAL

Bergmair_Fleites_00000110



Regards,

[Signature]

[Name], [Job title]

Bergmair_Fleites_00000111

February 19, 2020

Dear Partner,



CONFIDENTIAL

Bergmair_Fleites_00000112



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Bergmair_Fleites_00000115



CONFIDENTIAL

Bergmair_Fleites_00000116



CONFIDENTIAL

Bergmair_Fleites_00000117



Regards,

[Signature]

[Name], [Job title]

CONFIDENTIAL

**Exhibit A**

MindGeek (MBI-Probiller.com) Content Compliance Rules for Pay Sites

| MindGeek | Marketing Material – Advertisements, Trailers, Images | Paysites – Videos & Scenes | |
| --- | --- | --- | --- |
| Sub-Category | Descriptions | Marketing Materials are subject to these additional considerations | Non-Compliant |

Bergmair_Fleites_00000119



CONFIDENTIAL                                    Bergmair_Fleites_00000120



CONFIDENTIAL



CONFIDENTIAL



Bergmair_Fleites_00000123

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com

CONFIDENTIAL

Bergmair_Fleites_00000124

| | |
|---|---|
| **Message** | |
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 15/06/2020 9:39:46 PM |
| **To:** | Bernard P ██████████████████ |
| **Subject:** | Fwd: VISA call/letter update |
| **Attachments:** | image001.jpg; ATT00001.htm; image001.jpg; ATT00002.htm; image001.jpg; ATT00003.htm; image001.jpg; ATT00004.htm; Visa PH case- Feb2020-1.11 - Followup June 2020_1.6.docx; ATT00005.htm |

Update

**Feras Antoon**
**C.E.O. MindGeek**
**Office: +1.514.359.3555**
**Email: Feras.antoon@mindgeek.com**

Begin forwarded message:

> **From:** Matt Kilicci ██████████████████
> **Date:** June 15, 2020 at 5:10:52 PM EDT
> **To:** Feras Antoon <Feras.Antoon@mindgeek.com>, David Tassillo <David.Tassillo@mindgeek.com>, Karim El Marazi ██████████████████, Corey Urman <Corey.Urman@mindgeek.com>, Anthony Penhale ██████████████████ Brett Goldenberg ██████████████████████████████████████████████
> ██████████████████
> **Subject: RE: VISA call/letter**

All,

Update:

VISA:



MC:



CONFIDENTIAL

Thank you.

**Matt Kilicci**
Vice President, Operations
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ex ██████
Mobile: ████████████
████████████████████

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000126



CONFIDENTIAL

Bergmair_Fleites_00000127

**From:** Matt Kilicci
**Sent:** Monday, June 15, 2020 1:50 PM
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>; David Tassillo <David.Tassillo@mindgeek.com>; Karim El Marazi <██████████████████████████>; Corey Urman <Corey.Urman@mindgeek.com>; Anthony Penhale <████████████████████████████>; Brett Goldenberg <██████████████████████████████████████████████████>
**Subject:** RE: VISA call/letter

Hi Feras,



Thank you.

**Matt Kilicci**

Vice President, Operations

7777 Boulevard Decarie, Suite 600

Montréal, QC H4P 2H2

Office: +1.514.359.3555 ex ████

Mobile: ████████

████████████████

CONFIDENTIAL

Bergmair_Fleites_00000128



**From:** Feras Antoon <Feras.Antoon@mindgeek.com>
**Sent:** Monday, June 15, 2020 1:40 PM
**To:** Matt Kilicci <████████████████████; David Tassillo <David.Tassillo@mindgeek.com>; Karim El Marazi
████████████████████████ Corey Urman <Corey.Urman@mindgeek.com>; Anthony Penhale ████████████████████████ Brett
Goldenberg ████████████████████████; ████████████████████████
████████████.com>
**Subject:** RE: VISA call/letter

Matt, was the Visa letter sent ?

Just to be clear:

<!--[if !supportLists]-->(1)  <!--[endif]-->Who did we send the Visa letter to ?

<!--[if !supportLists]-->(2)  <!--[endif]-->In order for MC to be on the same page, who will pass this Visa letter to MC ?

Thanks,

**Feras Antoon**

C.E.O. MindGeek

7777 Boulevard Décarie, Suite 600

Montréal, QC H4P 2H2

Office: +1.514.359.3555 ext 2215

Email: feras.antoon@mindgeek.com

CONFIDENTIAL

Bergmair Fleites  00000130



---

**From:** Matt Kilicci ███████████████████
**Sent:** Monday, June 15, 2020 11:16 AM
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>; David Tassillo <David.Tassillo@mindgeek.com>; Karim El Marazi ██████████████████ Corey Urman <Corey.Urman@mindgeek.com>; Anthony Penhale ██████████████████████ Brett Goldenberg ███████████████████████
███████████████████
**Subject:** RE: VISA call/letter

Guys we will cancel this, we will work in everyone's feedback and provide the letter to ██████ to be sent to VISA.

We will also use the most recent updates to put together some additional items for MasterCard

**Matt Kilicci**

Vice President, Operations

7777 Boulevard Décarie, Suite 600

Montreal, QC H4P 2H2

Office: +1.514.359.3555 ext ████

Mobile: ██████████

███████████████



CONFIDENTIAL

-----Original Appointment-----
**From:** Matt Kilicci
**Sent:** Saturday, June 13, 2020 10:02 AM
**To:** Matt Kilicci; Feras Antoon; David Tassillo; Karim El Marazi; Corey Urman; Anthony Penhale; Brett Goldenberg; █████████████
**Subject:** VISA call/letter
**When:** Monday, June 15, 2020 11:30 AM-12:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Join Microsoft Teams Meeting

Learn more about Teams | Meeting options

Bergmair_Fleites_00000134

*PRIVATE AND CONFIDENTIAL*



June 15, 2020

Dear Partner,



Bergmair_Fleites_00000135



CONFIDENTIAL



Regards,

[Signature]

[Name], [Job title]

CONFIDENTIAL

Case 2:21-cv-04920-WLH-ADS   Document 490-21   Filed 10/31/24   Page
151 of 199   Page ID #:9577

CONFIDENTIAL

Bergmair_Fleites_00000138

---

**Message**

**From:**          Feras Antoon [feras.antoon@mindgeek.com]
**Sent:**          17/06/2020 1:40:14 PM
**To:**            Bernard P [████████████████]
**Subject:**       Comment moderation and user flagging
**Attachments:**   image001.jpg

Hi Bernard,

Here is a high level plan that corey's team put together with a marker based on the timelines communicated to mastercard



Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair Fleites 00000140

| Message | |
|---|---|
| **From:** | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent:** | 17/06/2020 2:09:36 PM |
| **To:** | Bernard P ███████████ |
| **Subject:** | Partnership with organizations |
| **Attachments:** | Summary.docx; image001.jpg |

Hi Bernard,

Fyi, attached.

███████████████████████████████████████

Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000141

**Partnerships and government contacts - Summary – 16 June 2020**



Bergmair_Fleites_00000142



CONFIDENTIAL

Bergmair_Fleites_00000143

| Message | |
|---|---|
| **From**: | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent**: | 22/06/2020 6:43:26 PM |
| **To**: | Bernard P ████████████████ |
| **Subject**: | Fwd: MasterCard response |
| **Attachments**: | image001.jpg; ATT00001.htm; image001.jpg; ATT00002.htm; PHP Total Channel Review - Complete_1.0.xlsx; ATT00003.htm |

████████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████

Thanks,

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com

Begin forwarded message:

**From:** Matt Kilicci ████████████████████
**Date:** June 22, 2020 at 2:18:27 PM EDT
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>, David Tassillo <David.Tassillo@mindgeek.com>, Karim El Marazi ████████████████████; Corey Urman <Corey.Urman@mindgeek.com>, Brett Goldenberg ████████████████████████████████████
████████████████████████ >
**Cc:** Anthony Penhale ████████████████████████████
**Subject: RE:  MasterCard response**


Hey guys,



Bergmair_Fleites_00000144

Thank you.

**Matt Kilicci**
Vice President, Operations
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext █████
Mobile: ██████████████

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

Bergmair_Fleites_00000145



CONFIDENTIAL

**From:** Matt Kilicci
**Sent:** Friday, June 19, 2020 11:11 AM
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>; David Tassillo <David.Tassillo@mindgeek.com>; Karim El Marazi
██████████████████████████; Corey Urman <Corey.Urman@mindgeek.com>; Brett Goldenberg ████████████████████████
**Cc:** Anthony Penhale ██████████████████████████
**Subject:** MasterCard response

Hey guys,

Our first bank received a response from MC just now ████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

██ or I will update as we receive further news.

Thank you.

**Matt Kilicci**

Vice President, Operations

7777 Boulevard Décarie, Suite 600

Montreal, QC H4P 2H2

Office: +1.514.359.3555 ext ███

Mobile: ███████████

██████████████████

Bergmair  Fleites  00000147



CONFIDENTIAL

CONFIDENTIAL

Bergmair_Fleites_00000149

Document Produced In Native Format

CONFIDENTIAL

Bergmair_Fleites_00000150

Case 2:21-cv-04920-WLH-ADS   Document 490-23   Filed 10/31/24   Page 167 of 195   Page ID #:16287

CONFIDENTIAL

Bergmair_Fleites_00000151

Message
_____

**From:**  Feras Antoon [feras.antoon@mindgeek.com]
**Sent:**  22/06/2020 10:29:24 PM
**To:**  Bernard P [█████████████████]
**Subject:**  Fwd: PH and PHP content removals and review
**Attachments:**  PHP Total Channel Review - Complete_1.2 - Black.xlsx; ATT00001.htm; PHP Total Channel Review - Complete_1.2 - Grey.xlsx; ATT00002.htm; PH Total Channel Review - Complete - MK_1.1 - Black.xlsx; ATT00003.htm; PH Total Channel Review - Complete - MK_1.1 - Grey.xlsx; ATT00004.htm; Tubes Banned - MK_1.2.xlsx; ATT00005.htm

FYI. To summarize the below.

We "suspended" the following channels (█████████████ █████████)

█████████████████████████████████████████ █

Thanks,

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com

Begin forwarded message:

   **From:** Matt Kilicci █████████████████████
   **Date:** June 22, 2020 at 6:26:51 PM EDT
   **To:** Feras Antoon <Feras.Antoon@mindgeek.com>, David Tassillo <David.Tassillo@mindgeek.com>, Karim El Marazi █████████████████, Corey Urman <Corey.Urman@mindgeek.com>, Brett Goldenberg █████████████████████████████████████████, Moustapha Moughrab █████████████████████████, **Cc:** Anthony Penhale █████████████████████, Matt Kilicci █████████████████████
   **Subject:** PH and PHP content removals and review

   Hey guys,

   After discussion:

█████████████████████████████████

█████████████████████████████████████████████████████

Thank you.
Matt

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

Document Produced In Native Format

CONFIDENTIAL

Bergmair_Fleites_00000154

CONFIDENTIAL

Bergmair_Fleites_00000155

Document Produced In Native Format

CONFIDENTIAL

Bergmair_Fleites_00000156

Case 2:21-cv-04920-WLH-ADS   Document 490-23   Filed 10/31/24   Page 174 of 185   Page ID #:16294

CONFIDENTIAL

Bergmair_Fleites_00000157

Document Produced In Native Format

CONFIDENTIAL

Bergmair_Fleites_00000158

Case 2:21-cv-04920-WLH-ADS   Document 490-23   Filed 10/31/24   Page 176 of 185   Page ID #:9602

CONFIDENTIAL

Bergmair_Fleites_00000159

Document Produced In Native Format

CONFIDENTIAL

Bergmair_Fleites_00000160

CONFIDENTIAL

Bergmair_Fleites_00000161

Document Produced In Native Format

CONFIDENTIAL

Bergmair_Fleites_00000162

Case 2:21-cv-04920-WLH-ADS    Document 460-23    Filed 10/31/24    Page 180 of 195    Page ID #:9605

CONFIDENTIAL

Bergmair Fleites  00000163

| Message |
| --- |

**From:** Feras Antoon [feras.antoon@mindgeek.com]
**Sent:** 30/06/2020 10:59:29 PM
**To:** Bernard P ███████████████
**CC:** David Tassillo [david.tassillo@mindgeek.com]; Karim El Marazi ████████████████████████; Eddy Di Santo ████████████████████████; Anthony Penhale ████████████████████████; Corey Urman [corey.urman@mindgeek.com]
**Subject:** VISA letter final version sent today thanks
**Attachments:** Visa PH case- Feb2020-1.11 - Followup II - June 2020_1.10_clean.docx; ATT00001.htm

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

*PRIVATE AND CONFIDENTIAL*

June 30, 2020



Dear Partner,



Bergmair_Fleites_00000165



CONFIDENTIAL

Bergmair_Fleites_00000166



CONFIDENTIAL

Bergmair_Fleites_00000167



Figure 1: Previous Pornhub Content Upload Process and Controls

Bergmair_Fleites_00000168



Figure 2: Current Pornhub Content Upload Process and Controls

Bergmair_Fleites_00000169



CONFIDENTIAL                                                                      Bergmair_Fleites_00000170



CONFIDENTIAL

Bergmair_Fleites_00000171



Figure 3: Pornhub Content Removal Process and Controls

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Bergmair_Fleites_00000174



CONFIDENTIAL

Bergmair_Fleites_00000175



Regards,

[Signature]

[Name], [Job title]

Bergmair_Fleites_00000176

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com