# EXHIBIT 84

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

---

| Message | |
|---|---|
| **From**: | ████████████████████████ |
| **Sent**: | 05/05/2017 7:59:09 PM |
| **To**: | Feras Antoon [feras.antoon@mindgeek.com]; David Tassillo [david.tassillo@mindgeek.com]; ████████ |
| **CC**: | ███████████████████████████████ |
| **Subject**: | Revised CIM and Refi Term sheet for ██████ |
| **Attachments**: | MindGeek CIM April 2017.pdf; MindGeek Refi Term Sheet .pdf; image001.jpg |

Hi all

Attached you will find a revised and shortened CIM update to April 2017 as well as a REFI Term sheet.

Please review at your earliest convenience and let me know if you have any comments, I plan on sending the attached to ██████ by end of day Monday

Best regards


████████████████████████

**Chief Financial Officer**
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext ████
Mobile: ██████████████
Email: ██████████████████████



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

MindGeek

## MindGeek S.à r.l.

Confidential Information Memorandum
April 2017



MindGeek

© 2017 MindGeek S.à r.l. | Confidential Information Memorandum | April 2017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000985

# 1. Overview



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000986

Case 2:21-cv-04920-WLH-ADS    Document 560-85 (Ex Parte)   Filed 03/28/25   Page 5 of 22   Page ID #:19629

Case 2:21-cv-04920-WLH-ADS    Document 480-28   Filed 11/01/24   Page 5 of 23   Page ID #:16325

MindGeek

## 1. Overview (cont'd)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000987

Company Overview

Case 2:21-cv-04920-WLH-ADS    Document 560-85 (Ex Parte) Filed 03/28/25    Page 6 of 22   Page
Case 2:21-cv-04920-WLH-ADS    Document 480-28    Filed 10/31/24    Page 6
of 23    Page ID #:16326
ID #:19630

MindGeek

# 2. Business Description



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000988

# 2. Business Description (cont'd)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000989

## 3. Long-Term Strategic Plan: ███████████



© 2017 MindGeek S.à r.l.  |  Confidential Information Memorandum  |  April 2017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000990

Case 2:21-cv-04920-WLH-ADS    Document 560-25 (Ex Parte)    Filed 03/28/25    Page 9 of 22    Page ID #:16329

# 4. Revenue Model



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000991

MindGeek

## 5. Operations – Locations



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000992



## 5. Operations – IT Infrastructure, Security and Customer Service

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000993

# 6. Management and Human Resources



© 2017 MindGeek S.a r.l. | Confidential Information Memorandum | April 2017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000994

MindGeek

## 6. Management and Human Resources (cont'd)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000995

Case 2:21-cv-04920-WLH-ADS Document 560-25 (Ex Parte) Filed 03/28/25 Page 14 of 22
Case 2:21-cv-04920-WLH-ADS Document 486-23 (Ex Parte) Filed 10/31/24 Page 15 of 23 Page ID #:19688
Page ID #:16334

MindGeek

# 7. Corporate Structure



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000996

Company Overview

# 8. Legal and Compliance



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000997

MindGeek

# 8. Legal and Compliance (cont'd)

© 2017 MindGeek S.à r.l. | Confidential Information Memorandum | April 2017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000998

Company Overview

Case 2:21-cv-04920-WLH-ADS Document 580-85 Filed 03/28/25 Page 17 of 22
Page ID #:19644
Case 2:21-cv-04920-WLH-ADS Document 486-33 (Ex Parte) Filed 10/31/24 Page 18
of 23 Page ID #:16337

**MindGeek**

# 8. Legal and Compliance – Trademarks and Intellectual Property

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00000999

Case 2:21-cv-04920-WLH-ADS Document 560-25 (Ex Parte) Filed 03/28/25 Page 18 of 22
Page ID #:19642

Case 2:21-cv-04920-WLH-ADS Document 486-23 Filed 10/31/24 Page 19 of 23 Page ID #:16338



# 9. Historical Financial Performance



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00001000

Financial Overview

Case 2:21-cv-04920-WLH-ADS Document 580-85 (Ex Parte) Filed 03/28/25 Page 19 of 22 20
Case 2:21-cv-04920-WLH-ADS Document 486-23 (Ex Parte) Filed 10/31/24 Page 20 of 23 Page ID #:19339
Page ID #:19643

# 9. Historical Financial Performance (cont'd)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          Bergmair_Fleites_00001001

Financial Overview

Case 2:21-cv-04920-WLH-ADS Document 560-85 (Ex Parte) Filed 03/28/25 Page 20 of 22 21
of 23 Page ID #:19644 Filed 10/31/24 Page 21
Page ID #:16340

MindGeek

# 9. Historical Financial Performance (cont'd)

© 2017 MindGeek S.a r.l. | Confidential Information Memorandum | April 2017

Sources: Audited financial statements

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00001002

# 9. Historical Financial Performance (cont'd)



© 2017 MindGeek S.a r.l. | Confidential Information Memorandum | April 2017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bergmair_Fleites_00001003



CONFIDENTIAL

Bergmair_Fleites_00001004