# EXHIBIT 85

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| Message | |
|---|---|
| **From**: | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent**: | 22/10/2017 7:34:34 PM |
| **To**: | |
| **Subject**: | 2018 Strategy session-Day 3 Summary _V3.pptx |
| **Attachments**: | 2018 Strategy session-Day 3 Summary _V3.pptx; ATT00001.htm |

FYI summary of day #3 (open topic discussions).

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL                                                                                                               Bergmair_Fleites_00001068