# EXHIBIT 87

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message
From: Feras Antoon [feras.antoon@mindgeek.com]
Sent: 22/11/2017 10:44:58 PM
To: █████████
Subject: Fwd: ███████████
Attachments: HUBcash.pdf; ATT00001.htm; MG_Corporate_Overview_2017.pdf; ATT00002.htm

██

████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████

Thanks,

Feras Antoon
C.E.O. MindGeek
Cell: +1.514.261.8005
Office: +1.514.359.3555 / Fax: +1.514.359.3556
Email: Feras.antoon@mindgeek.com

Begin forwarded message:

**From:** ████████████████████████████████
**To:** ████████████████████████████████████████
███████████████
**Cc:** ██████████████████████████████
**Subject: RE: Thank you !**

██████████████

████████████████████████████████████████
████████████████████████

████████████████████████████████████████
██

Best regards,

████████████████████,
C.P.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555
Mobile: ██████████████
Email: ████████████████████

**From:** ▮
**Sent:** November 3, 2017 10:50 AM
**To:** ▮
**Cc:** ▮
**Subject:** RE: Thank you !

Thank you for your time. It was a pleasure and extremely interesting talking to you. We are moving forward with what we discussed.



*The information set forth herein was obtained from sources which we believe reliable, but we do not guarantee its accuracy. Neither the information nor any opinion expressed, constitutes a solicitation by us of the purchase or sale of any securities or commodities.*
*El contenido de la informacion aqui expuesta fue obtenido de fuentes que consideramos fidedignas, pero no podemos asegurar su precision. Dirijase siempre a los estados de cuentas oficiales emitidos por Merrill Lynch para verificar cualquier informacion. Ni la informacion, ni las opiniones aqui expresadas constituyen solicitud de venta o compra de ningun tipo de inversiones.*
CONFIDENTIALITY: This e-mail is confidential and/or legally privileged and is intended only for the use of the individual or entity named herein. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. In this regard, if you have received this e-mail in error, please notify us by reply e-mail immediately and then delete this message from your system.

**From:** ▮
**Sent:** Thursday, November 02, 2017 5:58 PM
**To:** ▮
**Cc:** ▮
**Subject:** Thank you !

▮

I wanted to thank you for the time today. It was a very enlightening conversation that I enjoyed very much.

We will follow up with the presentation as discussed and looking forward to continue exploring this opportunity with you.

Best regards,

Karim El Marazi
Chief Product Officer
Mindgeek
(514) 246.6363
This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.