# EXHIBIT 88

# [ENTIRE EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Case 2:21-cv-04920-WLH-ADS   Document 560-89   Filed 03/28/25   Page 1 of 1   Page ID #:19654