# EXHIBIT 92

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

**Message**

**From:** ▮
**Sent:** 02/04/2019 2:42:19 PM
**To:** ▮
**Subject:** Re: ▮ Response to MindGeek RFP for ▮
**Attachments:** image001.jpg; ATT00001.htm; ▮ Response to MindGeek RFP 2019-03 (1).pdf; ATT00002.htm

Hi Bernard

▮ We sent out an RFP in January and they sent us their response last week (see email below). ▮

▮

Regards

▮

Sent from my iPhone

Begin forwarded message:

> **From:** ▮
> **Date:** March 26, 2019 at 2:03:24 PM EDT
> **To:** ▮
> **Cc:** ▮
> **Subject: [External] Re:** ▮ **Response to MindGeek RFP for** ▮
>
> Got it, thanks. We look forward to hearing back from you!
>
> ▮
>
> ▮
>
> Best,
>
> 
>
> On Tue, Mar 26, 2019 at 10:24 AM ▮ wrote:

CONFIDENTIAL                                                                Bergmair_Fleites_00001235

Case 2:21-cv-04920-WLH-ADS    Document 460-93 (Ex Parte)    Filed 03/28/25    Page 3 of 4 Page
Case 2:21-cv-04920-WLH-ADS    Document 460-93    Filed 10/31/24    Page 2 of 5    Page ID #:416419
ID #:196641

Hi ▮,

Let me go through the document first. I'll get back to you with some availability afterwards.

Thanks,

▮

From: ▮
Sent: Tuesday, March 26, 2019 8:44 AM
To: ▮
Cc: ▮
Subject: [External] ▮ Response to MindGeek RFP for ▮

Hi ▮

We first want to sincerely thank you for the opportunity to earn your business. We have spent significant time and effort in preparing a detailed response to your Request for Proposal for ▮ which you will find attached for your review.

We would like to walk you through the highlights of our response as well as answer any questions you may have during a short meeting this week, based on your availability (please let us know what times work best for you).

Best regards,

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or

CONFIDENTIAL

Bergmair_Fleites_00001236

otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

Bergmair_Fleites_00001237