# EXHIBIT 93

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

| | |
|---|---|
| **From**: | Feras Antoon [feras.antoon@mindgeek.com] |
| **Sent**: | 09/04/2019 6:16:24 PM |
| **To**: | |
| **Subject**: | Fwd: Online Harms White Paper |
| **Attachments**: | image001.jpg |

FYI.

Feras Antoon
C.E.O. MindGeek
Cell: +1.514.261.8005
Office: +1.514.359.3555 / Fax: +1.514.359.3556
Email: Feras.antoon@mindgeek.com

Begin forwarded message:

> **From:** Anthony Penhale
> **Date:** April 9, 2019 at 6:18:05 AM CST
> **To:** Feras Antoon <Feras.Antoon@mindgeek.com>, David Tassillo <David.Tassillo@mindgeek.com>, Karim El Marazi <​​​​>
> **Cc:** Anis Baba <​​​​>, Andreas Andreou <​​​​>
> **Subject: Online Harms White Paper**

Just FYI.

**Redacted - Privileged**

CONFIDENTIAL

Bergmair_Fleites_00001263

# Redacted - Privileged

Anthony Penhale
Chief Legal Officer
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ex▇
Mobile : ▇
Email : ▇



www.mindgeek.com

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.