# EXHIBIT 94

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| From: | [redacted] |
| Sent: | 07/05/2019 8:18:09 PM |
| To: | [redacted] |
| Subject: | Invitation: HOLD Meeting | MindGeek - Bernard Bergmair, Chairman of t... @ Fri May 17, 2019 11am - 11:45am (PDT) ([redacted]) |
| Attachments: | invite.ics; _.ics |



**You have been invited to the following event.**

**more details »**
**HOLD Meeting | MindGeek - Bernard Bergmair, Chairman of the Board**
Contact: [redacted]

| | |
|---|---|
| When | Fri May 17, 2019 11am – 11:45am Pacific Time - Los Angeles |
| Where | [redacted] (map) |
| Joining info | [redacted] |
| | Or dial: [redacted]   More phone numbers |
| Calendar | [redacted] |
| Who | [redacted] - organizer |
| | [redacted] - creator |
| | [redacted] |
| | [redacted] |
| | [redacted] |
| | [redacted] |

Going (b[redacted]m)?   **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar. Did you know that you can now forward invitation emails? Send us feedback!

You are receiving this email at the account [redacted] because you are subscribed for invitations on calendar [redacted].

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

| | |
|---|---|
| **Organizer:** | |
| **Subject:** | HOLD Meeting \| MindGeek - Bernard Bergmair, Chairman of the Board |
| **Location:** | |
| **Start Time:** | 2019-05-17T18:00:00Z |
| **End Time:** | 2019-05-17T18:45:00Z |
| **Attendees:** | : bernard@patreus.com, |

Contact:

Executive Business Partner to
Office:
Mail:
Main                Mobile

-::~::~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::-
Please do not edit this section of the description.

This event has a video call.
Join:

View more phone numbers: https://tel.meet/vdw-qtaf-ptd?pin=2949058322973&hs=7

View your event at

-::~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::-

| | |
|---|---|
| **Organizer:** | tkurian@google.com : tkurian@google.com |
| **Subject:** | HOLD Meeting | MindGeek - Bernard Bergmair, Chairman of the Board |
| **Location:** | Cloud Space, 1190 Bordeaux Drive, Building MP4, Sunnyvale, CA 94089, SVL-MP4-2-Internet of Things (4) [GVC] |
| **Start Time:** | 2019-05-17T18:00:00Z |
| **End Time:** | 2019-05-17T18:45:00Z |
| **Attendees:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Farsad Nasseri : farsadnasseri@google.com, tkurian@google.com : tkurian@google.com, David Beauchemin, dbeauchemin@google.com, James Lambe : jlambe@google.com, SVL-MP4-2-Internet of Things (4) [GVC] : google.com_726f6f6d5f75735f73766c5f6d70345f325f326730@resource.calendar.google.com |

Contact:
Julie Wong, juliewong@google.com
Executive Business Partner to Thomas Kurian, CEO
Office: 1190 Bordeaux Drive, Building MP4, Sunnyvale, CA 94089
Mail: 1600 Amphitheatre Parkway, Mountain View, CA 94043
Main 650-214-2381: Mobile 510-725-5075

-::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::-
Please do not edit this section of the description.

This event has a video call.
Join: https://meet.google.com/vdw-qtaf-ptd
+1 978-806-3798 PIN: 502168#
View more phone numbers: https://tel.meet/vdw-qtaf-ptd?pin=2949058322973&hs=7

View your event at
https://www.google.com/calendar/event?action=VIEW&eid=MWZlNnZxbzlzM3JicDRmaGQxZzdzcTkyNjAgYmVybmFyZEBwYXRyeXZXVzLmNvbQ&tok=MTgjdGt1cmlhbkBnb29nbGUuY29tMjA1YTk3NDJhYWE2ZGU0MDE0Mjc4NzdkNmMzZWM1YTQ3YzNkYml5YQ&ctz=America%2FLos_Angeles&hl=en&es=1.
-::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::~::-

CONFIDENTIAL                                                                                      Bergmair_Fleites_00001348