# EXHIBIT 95

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From:** | Philippe Poire Cote [████████████████] |
| **Sent:** | 18/11/2019 9:01:59 AM |
| **To:** | Bernard P [████████████] |
| **CC:** | Eddy Di Santo [██████████████████████████] |
| **Subject:** | Re: Bank pack |
| **Attachments:** | 20181128-banking partners presentation_v2 .pdf; MindGeek_Management Presentation 2019-08-21.pdf |

Hi Bernard,

Please find attached the presentation that was circulated to potential banking partners at the end of 2018 and early 2019: "20181128-banking partners presentation_v2.pdf". This is the presentation that was provide to ██

Also attached is the latest presentation that was updated by Mtl this summer: "Mindgeek_Management Presentation 2019-08-21.pdf"

Regards,
Phil.


**From:** Bernard P [████████████████]
**Sent:** Monday, le 18 November 2019 1:25 AM
**To:** Philippe Poire Cote [████████████████]
**Subject:** [External] Re: Bank pack

no worries, thank you

Sent from mobile device

On Sat, Nov 16, 2019, 7:51 PM Philippe Poire Cote <████████████████████████> wrote:
> Hi Bernard,
>
> Can I send you this on Monday? If you need it more urgently, I'll send it to you tomorrow as I need to go to the office to access my laptop and I can't go today.
>
> Regards,
> Phil.
>
> *Envoyé de mon iPhone*
> *Sent from my iPhone*
>
>> On Nov 16, 2019, at 01:52, Bernard P [████████████████] wrote:
>>
>> Phil, pls fwd me the deck we give to banks initially.
>>
>> Sent from mobile device

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne

autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

Bergmair_Fleites_00001358