# EXHIBIT 99

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

| | |
|---|---|
| From: | Feras Antoon [feras.antoon@mindgeek.com] |
| Sent: | 05/05/2020 4:46:50 PM |
| To: | ▮▮▮▮▮ |
| Subject: | FW: Mastercard request |
| Attachments: | image008.jpg; image009.jpg; image010.png; image011.png; image012.jpg; image013.png; image014.png; image015.png |

Fyi. Same as Visa. MC has received a letter from the activists. ▮▮▮▮▮

Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



**From:** Matt Kilicci <▮▮▮▮▮
**Sent:** Tuesday, May 5, 2020 10:49 AM
**To:** ▮▮▮▮▮ Corey Urman <Corey.Urman@mindgeek.com>; Brett Goldenberg ▮▮▮▮▮
**Cc:** Karim El Marazi <▮▮▮▮▮; David Tassillo <David.Tassillo@mindgeek.com>; Feras Antoon <Feras.Antoon@mindgeek.com>
**Subject:** RE: Mastercard request

guys, similar issue to VISA a few months ago.

I just spoke to Wirecard, here are the details:
  - ▮▮▮▮▮
  - ▮▮▮▮▮
  - ▮▮▮▮▮
  - ▮▮▮▮▮

What has MasterCard requested:
  1) ▮▮▮▮▮
  2) ▮▮▮▮▮

Lastly, ▮▮▮▮▮

CONFIDENTIAL
Bergmair_Fleites_00001504

We will keep everyone updated as this progresses.

Thank you.

**Matt Kilicci**
Vice President, Operations
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2



**From:** 
**Sent:** Tuesday, May 5, 2020 9:44 AM
**To:** Matt Kilicci <
**Cc:** 
<
**Subject:** Mastercard request

Matt, guess you will receive a number of several requests from all your acquirers as it follows:



**Beste Grüße/Best regards,**



www.wirecard.com



**TREFFEN SIE UNS AUF MESSEN UND EVENTS**

Amtsgericht München: HRB 161 178 | USt-ID: DE 207 567 674

Vorstand: Daniel Heuser, Alexander von Knoop | Aufsichtsratsvorsitzender: Wulf Matthies

VERTRAULICHE INFORMATIONEN! Diese E-Mail enthält vertrauliche Informationen und ist nur für den berechtigten Empfänger bestimmt. Wenn diese E-Mail nicht für Sie bestimmt ist, bitten wir Sie, diese E-Mail an uns zurückzusenden und anschließend auf Ihrem Computer und Mail-Server zu löschen. Solche E-Mails und Anlagen dürfen Sie weder nutzen noch verarbeiten noch Dritten zugänglich machen, gleich in welcher Form. Wir danken für Ihre Kooperation.

CONFIDENTIAL! This email contains confidential information and is intended for the authorized recipient only. If you are not an authorized recipient, please return the email to us and then delete it from your computer and mail server. You may neither use nor edit any such emails including attachments, nor make them accessible to third parties in any manner whatsoever. Thank you for your cooperation.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.