# EXHIBIT 100

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

| | |
|---|---|
| From: | Feras Antoon [feras.antoon@mindgeek.com] |
| Sent: | 26/05/2020 1:23:25 PM |
| To: | Bernard P |
| CC: | Anthony Penhale ; Corey Urman [corey.urman@mindgeek.com]; Karim El Marazi ; David Tassillo [david.tassillo@mindgeek.com] |
| Subject: | RE: Project OTHER |
| Attachments: | image001.jpg |

Hi Bernard,

FYI on Project Other progress.

Thanks,

**From:** Corey Urman <
**Sent:** Monday, May 25, 2020 9:02 PM
**To:** Feras Antoon <Feras.Antoon@mindgeek.com>
**Cc:** Anthony Penhale < > David Tassillo <David.Tassillo@mindgeek.com>; Karim El Marazi <
**Subject:** Re: Project Other

# Redacted - Privileged

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com

MindGeek
www.mindgeek.com

**From:** Feras Antoon
**Sent:** Wednesday, April 29, 2020 12:06 PM
**To:** 'Bernard P' <bernard@patreus.com>
**Cc:** Anthony Penhale  Corey Urman  ; Karim El Marazi < > David Tassillo <David.Tassillo@mindgeek.com>
**Subject:** Project OTHER

PRIVILLAGED AND CONFIDENTIAL,

Hi Bernard,

Update on the progress of this project.

**Org Chart:** Attached is the Org Chart including the new positions we need to fill. As you can see in Cyprus we have filled 4 out of the 7 content reviewer positions. We have also found our Manager for Safety & Policy. The two remaining harder positions to fill are the Director of Trust & Safety and the Manager of the Compliance team. We are focusing our efforts to fill those positions quickly. The corona virus situation is actually helping us find senior candidates.

**Lawyers:**

**Redacted - Privileged**

Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



**From:** Feras Antoon <Feras.Antoon@mindgeek.com>
**Sent:** Thursday, April 23, 2020 1:57:25 PM
**To:** Bernard; Anthony Penhale
**Cc:** David Tassillo <David.Tassillo@mindgeek.com>; Eddy Di Santo <​​​​​​​​​​​​​​​​​>; Karim El Marazi <​​​​​​​​​​​>; Corey Urman <Corey.Urman@mindgeek.com>
**Subject:** April estimate / OTHER

PRIVILLAGED AND CONFIDENTIAL,

Hi Bernard,

**Other:** there is a very important project I want to talk to you about. This will **cost us** $ to be spent over a couple of months in 2020. It entails reviewing our entire Tubes procedures / reporting. Once I have all the info, I will send you a detailed email. This is just a small summary:

(A) **Redacted - Privileged**

(B)

(C)

(D) **Redacted - Privileged**

Of course, I will send a full package once I have all the info. (1) the law firm's detailed contract. (2) org chart with new positions … etc.

Thanks,

**Feras Antoon**
C.E.O. MindGeek
7777 Boulevard Décarie, Suite 600
Montréal, QC H4P 2H2
Office: +1.514.359.3555 ext 2215
Email: feras.antoon@mindgeek.com



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.