# EXHIBIT 101

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

**From:** Feras Antoon [feras.antoon@mindgeek.com]
**Sent:** 12/06/2020 3:31:00 PM
**To:** Bernard P
**Subject:** FW: Legal Tubes Audit update

Hi Bernard,

Just an update on the legal audit in progress for Tubes.

Thanks,

**From:**
**Sent:** Thursday, June 11, 2020 10:31:28 AM
**To:** ; Anthony Penhale ; Corey Urman <Corey.Urman@mindgeek.com>
**Cc:**

**Subject:** [External] Upcoming Calls

*Attorney-Client Communication*
*Privileged & Confidential*

# Redacted - Privileged

Best,



Case 1:21-cv-00220-WLH-ADS   Document 546-102 (Ex. Redacted) 03/28/25   Page 4 of 4   Page ID #:16476

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.