# EXHIBIT 102

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Case 2:21-cv-04920-WLH-ADS   Document 560-103   Filed 03/28/25   Page 1 of 3   Page ID #:19693

Message
---

**From:** Philippe Poire Cote
**Sent:** 09/03/2017 1:14:59 PM
**To:** Bernard
**CC:** Anthony Penhale                          Eddy Di Santo
**Subject:** RE: ltr
**Attachments:** 20170309_RT Holding                   letter 1_ fully exe.pdf; 20170309_ RT Holding                   letter 2_fully exe.pdf; image001.png

Hi Bernard,

Please find attached the requested letters.

Regards,
Phil.

**Philippe Poiré Côté, CPA, CA**
Chief Financial Officer Europe
32, Boulevard Royal
L-2449, Luxembourg



---

**From:** Philippe Poire Cote
**Sent:** mercredi, le 8 mars 2017 09:58
**To:** 'Bernard'
**Cc:** Anthony Penhale                          Eddy Di Santo
**Subject:** RE: ltr

Hi Bernard,

I will coordinate with Anthony and draft something up for the 2 requested letters.

Regards,
Phil.

**From:** Bernard
**Sent:** mercredi, le 8 mars 2017 07:50
**To:** Philippe Poire Cote
**Subject:** ltr

Phil, please email a letter on RT ltr head confirming that

Best regards,

CONFIDENTIAL                                                                                    Bergmair_Fleites_00002292

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL                                                                                                                                                        Bergmair_Fleites_00002293