# EXHIBIT 105

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From**: | ███████████████████████ |
| **Sent**: | 29/03/2017 1:33:54 PM |
| **To**: | Philippe Poiré Côté ███████████████████ |
| **BCC**: | ██████████████████ |
| **Subject**: | pmt direction |
| **Attachments**: | 2017.03.29 - ██████ Incentive letter (Mar 2017).pdf |

Phil, please see attd as per your request.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*