# EXHIBIT 107

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Case 2:21-cv-04920-WLH-ADS    Document 560-108 (Ex. Redacted) Filed 10/31/24 Page 2 of 3 Page
Case 2:21-cv-04920-WLH-ADS    Document 546-148 (Ex. Part 3) Filed 03/28/25 Page 174 of 3 Page
of 4    Page ID #:216495

| Message | |
|---|---|
| **From**: | |
| **Sent**: | 04/05/2017 1:22:09 AM |
| **To**: | Philippe Poire Cote |
| **CC**: | Eddy Di Santo |
| **BCC**: | |
| **Subject**: | Re: pmt direction |
| **Attachments**: | 2017.04.26 - ███████ Apr 2017 Incentive Letter.pdf; image001.png |

Phil, please see attached.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

On Wed, May 3, 2017 at 4:22 PM, Philippe Poire Cote ███████ wrote:

> Hi Bernard,
>
> Hope you are well.
>
> It is my understanding that it was finally decided to ███████ As such, can you kindly send us the pmt direction letter for the April Distribution as soon as possible in order to coordinate the payment.
>
> Regards,
>
> Phil.
>
> **Philippe Poiré Côté, CPA, CA**
> Chief Financial Officer Europe
> 32, Boulevard Royal
> L-2449, Luxembourg
> Office: ███████
> Mobile: ███████
>
> **MindGeek**
> www.mindgeek.com

CONFIDENTIAL                                                                 Bergmair_Fleites_00002298

**From:** Bernard [mail███████████████]
**Sent:** mercredi, le 29 mars 2017 15:34
**To:** Philippe Poire Cote ███████████████
**Subject:** pmt direction

Phil, please see attd as per your request.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL

Bergmair_Fleites_00002299