# EXHIBIT 111

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

| | |
|---|---|
| **From:** | Bernard |
| **Sent:** | 21/06/2017 7:40:48 AM |
| **To:** | Philippe Poiré Côté |
| **CC:** | Eddy Di Santo |
| **BCC:** | |
| **Subject:** | pmt direction |
| **Attachments:** | 2017.06.14 ⬛ payment direction Letter for Jun 2017.pdf |

Phil, pls see attd as per your request. Thank you.


Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

Bergmair_Fleites_00002304