# EXHIBIT 113

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From**: | Bernard |
| **Sent**: | 08/08/2017 7:57:29 AM |
| **To**: | Eddy Di Santo |
| **BCC**: | |
| **Subject**: | payment direction |
| **Attachments**: | 2017.07.12 - Incentive Letter.pdf; 2017.08.07 - Incentive Letter for Aug 2017.pdf |

Eddy, pls see attd.


Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*