# EXHIBIT 116

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

**From:** Eddy Di Santo
**Sent:** 23/08/2017 7:43:48 PM
**To:**
**CC:** Philippe Poire Cote
**Subject:** Re: payment direction

Pls send it to    thx

Eddy Di Santo, CPA, CA
Chief Financial Officer
MindGeek
Office: +1.514.359.3555 ext:
Cell:
Email:
www.mindgeek.com

On Aug 23, 2017, at 3:27 PM,                                                        wrote:

> Hi Bernard,
>
> Hope all is well!
>                                                         Please advise where we should resend it to.
>
> Regards,
>
>
> **From:** Eddy Di Santo
> **Sent:** Tuesday, August 08, 2017 8:55 AM
> **To:** Philippe Poire Cote
>
> **Subject:** Fwd: payment direction
>
> Fyi
>
> Eddy Di Santo, CPA, CA
> Chief Financial Officer
> MindGeek
> Office: +1.514.359.3555 ext:
> Cell: +
> Email:
> www.mindgeek.com
>
> Begin forwarded message:
>
>> **From:** Bernard <
>> **Date:** August 8, 2017 at 3:57:29 AM GMT-4
>> **To:** Eddy Di Santo <
>> **Subject: payment direction**
>>
>> Eddy, pls see attd.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL	Bergmair_Fleites_00002310