# EXHIBIT 117

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From**: | Bernard ███████████████ |
| **Sent**: | 10/10/2017 4:12:02 AM |
| **To**: | Philippe Poiré Côté [███████████   Eddy Di Santo ███████████████ |
| **BCC**: | ███████████ |
| **Subject**: | pmt ltr |
| **Attachments**: | 2017.10.09 ███████ Incentive Letter for Oct 2017.pdf |

Phil, Eddy, pls see attd.

Sent from mobile device


--
Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*