# EXHIBIT 119

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From**: | Bernard |
| **Sent**: | 17/11/2017 3:42:02 AM |
| **To**: | Eddy Di Santo                    Philippe Poiré Côté |
| **BCC**: | |
| **Subject**: | pmt ltr |
| **Attachments**: | 2017.11.13                  Payment instruction Nov 2017.pdf |

Eddy, Phil, pls see attd.

Best regards, Bernard


--
Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

CONFIDENTIAL                                                                                                                                    Bergmair_Fleites_00002313