# EXHIBIT 121

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From:** | Bernard |
| **Sent:** | 13/12/2017 6:21:47 PM |
| **To:** | Eddy Di Santo    Philippe Poiré Côté |
| **BCC:** | |
| **Subject:** | payment |
| **Attachments:** | 2017.12.12 - Payment incentive letter for Dec 2017.pdf |

Eddy, Phil, pls see attd as requested.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

CONFIDENTIAL    Bergmair_Fleites_00002315