# EXHIBIT 135

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Case 2:21-cv-04920-WLH-ADS   Document 560-136   Filed 03/28/25   Page 1 of 9   Page ID #:19775

**Message**

| | |
|---|---|
| **From:** | ▅▅▅▅▅▅▅▅▅▅ |
| **Sent:** | 02/04/2021 2:04:03 PM |
| **To:** | ▅▅▅▅▅▅▅▅▅ Feras Antoon [feras.antoon@mindgeek.com] |
| **CC:** | David Tassillo [david.tassillo@mindgeek.com]; Anthony Penhale ▅▅▅▅▅▅; ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ Corey Urman [corey.urman@mindgeek.com]; Bernard P ▅▅▅▅▅▅ |
| **Subject:** | RE: Inquiries from UK |
| **Attachments:** | Abstract.png |

# Redacted - Privileged

▅▅▅▅

**From:** ▅▅▅▅▅▅▅▅▅▅▅▅▅
**Sent:** Friday, April 2, 2021 9:14 AM
**To:** ▅▅▅▅▅▅▅▅▅▅ Feras Antoon <feras.antoon@mindgeek.com>
**Cc:** David Tassillo <david.tassillo@mindgeek.com>; Anthony Penhale ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅; Corey Urman <Corey.Urman@mindgeek.com>; Bernard P ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
**Subject:** Re: Inquiries from UK

**EXTERNAL SENDER**

Hi ▅▅



Thanks,
▅▅▅▅

**From:** ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅
**Sent:** 02 April 2021 13:51
**To:** Feras Antoon

**Cc:** David Tassillo; Anthony Penhale; ███████████████████████████████████████ Corey Urman; ███
███████████████████

**Subject:** Re: Inquiries from UK

Sorry for a second email before the call — just putting the two proposed statements in one email for everyone's convenience.

**Sunday Mirror:**



**Sunday Times:**

On Apr 2, 2021, at 8:41 AM, ▉▉▉▉▉▉▉▉▉▉▉▉ wrote:

As a quick update prior to our call:

**Sunday Times:**
The reporter has sent the following links which she says depict incest.

https://www.pornhub.com/view_video.php?viewkey=ph5bd744fcc6ed6#1

https://www.pornhub.com/view_video.php?viewkey=ph5e0da71983a63

And she has sent the following links which she says depict non-consensual activity:

https://www.pornhub.com/view_video.php?viewkey=ph5db1ae35aeb73#1

https://www.pornhub.com/view_video.php?viewkey=ph5dd5d29ee5018

As well as others similarly titled "please stop" or something to that effect.


**Sunday Mirror:**
The reporter has asked how many moderators there are. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉


On Apr 1, 2021, at 10:09 PM, Feras Antoon <Feras.Antoon@mindgeek.com> wrote:

Hi All,

I will be sending a Teams invite for tomorrow 9:00am to discuss the below. I am sorry about the last minute invite but it's time sensitive and the US PR team would like our input.

I appreciate if u read it before the call. The below has multiple UK media requests.

Thanks,

Feras Antoon
C.E.O. MindGeek
Office: +1.514.359.3555
Email: Feras.antoon@mindgeek.com


On Apr 1, 2021, at 8:37 PM ▉▉▉▉▉▉▉▉▉▉▉▉ wrote:

Just following up here. Will need to respond by fairly early tomorrow if we're going to get a statement in these pieces. Please let me know what you think.

On Apr 1, 2021, at 4:24 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:

Hi everyone,

Wanted to keep you updated on a few inquiries we received earlier today out of the UK. I've kept it to this smaller group now since it doesn't involve Canada, but we can keep the larger group in the loop as necessary.

(First, quick update on the transparency report. Vice is going to have a piece early tomorrow afternoon. Will keep you posted on others.)

From the UK, we received three inquiries, outlined below:

**1. BBC sent the below regarding age verification in the UK.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Hello folks -*

*Dave from BBC Tech News here. I've been reading a lot on the draft guidance from the UK's media regulator Ofcom, and the draft contains quite a bit on the need for age verification systems, particularly as it relates to adult content.*

*This may sound familiar - it reads to me like the new version of the ill-fated age verification scheme which rumbled on for years until being abandoned in 2019. At the time, Mindgeek expressed some concerns about how that scheme might be implemented. I wonder if the company's stance remains the same?*

*Can I get a statement about Mindgeek's current approach to age verification systems in the UK, and what challenges it thinks are involved? I would be particularly interested to know how it could work when internationally, there is not a broad agreement on a similar system.*

*Much obliged,*

*D.*

**2. Sunday Mirror reached out earlier with the below regarding Kate Isaacs' group and some of their findings over the last year with respect to underage people appearing in videos, especially leaked Snapchat videos.**

Good afternoon,

My name's Amy Sharpe and I'm a reporter at the Sunday Mirror and Sunday People.

We are running a story this Sunday that concerns Mindgeek and I wanted to give you the opportunity to comment.

The outline is as follows:

- Pornhub has been accused of profiting from so-called 'rape culture' in UK schools by allegedly hosting explicit leaked Snapchat content from underage teens.
- The campaign group Not Your Porn says it has received 27 reports in the past year from pupils under 16 whose footage has been circulated by classmates and uploaded to pornography sites - the majority on Pornhub.
- Some have been leaked to YouPorn and RedTube, she said.
- Founder Kate Isaacs said the campaign group heard from complainants who claim to have waited up to two weeks after flagging the content as underage for Pornhub to remove it.
- She highlighted Pornhub categories such as "UK Teen Snapchat', "Leaked Teen Snapchat" and "Stolen Teen Snapchat porn" said it is "abhorrent" that Mindgeek's platform can host leaked underage content on the site and profit from it.
- Pornhub was forced to crack down on its unverified users following a scathing report by New York Times opinion columnist Nicholas Kristof which wrote that a number of young girls who appeared in videos had been uploaded to Pornhub without their consent. He wrote: "Its site is infested with rape videos. It monetizes child rapes, revenge pornography, spy cam videos of women showering, racist and misogynist content, and footage of women being asphyxiated in plastic bags".
- Pornhub denied hosting content depicting minors - but deleted 80% of its videos - more than 10mil - by 'unverified users'.
- Ms Isaacs said that measures introduced by Mindgeek to vet content - such as a requirement for only registered users to upload videos - are "flimsy", and that anyone can lie and claim to be over 18.
- This comes in the context of Mindgeek being sued in the USA and Canada: it is facing a class-action lawsuit in Quebec, alleging Pornhub profited off material showing child sexual abuse and non-consensual activity since 2007. Mindgeek is also being sued for $80mil by 40 women in California who claim the company partnered with and continues to profit from videos published by GirlsDoPorn without their full consent. GirlsDoPorn was closed down in January and ordered to pay nearly $13 million to its victims for lying to women about how their explicit videos would be distributed.
- Campaigners have called for our Government to follow the US and Canada's example and investigate Mindgeek, and believe the allegations listed above could spark similar legal action here in the UK from those who appear in leaked videos hosted on Pornhub.

Could you provide a comment, please?

The deadline would be the end of the day tomorrow.

CONFIDENTIAL

Bergmair_Fleites_00002012

*Thanks in advance,*

*Amy*

**3. Sunday Times wrote in regarding a university study out of the UK.**

*1. In an analysis over six months, the researchers found widespread sexually violent material on three porn sites including Pornhub. Researchers, campaigners and charities are concerned that sexually violent material - real and acted - is normalising violence against women. This follows debate in the UK around the role of violent porn in sexual violence that has been widely reported in recent weeks.*

*2. As part of this analysis, the researchers - who specialise in legal issues and include a top QC - identified content on the websites that they said was likely to be classed as illegal under laws banning extreme pornography in the UK. This includes content that depicts rape and looks real to a "reasonable person loking at the image", but may not be real sexual violence.*

*Hi there,*

*Hope you're well. My name is Shanti Das and I'm a reporter for The Sunday Times. We are working on an article for this weekend's newspaper about a major analysis of content on three of the most popular porn sites, including Pornhub.*

- *The world's most popular porn sites are routinely showing users sexually violent material depicting rape, upskirting and other abuse.*

- An analysis of more than 130,000 titles across several sites by researchers at Durham University found that one in eight titles included descriptions of sexual violence, such as rape, assaults, upskirting and incest.

- Over six months, the researchers took hourly snapshots of content on the homepages of the three sites comprising both user uploads and content from verified channels. They removed duplications and content described as consensual. In total, just under 3,000 titles referred to criminal acts of image-based sexual abuse while more than 8,000 explictly detailed physical aggression or forced sexual activity.

- The study, which is due to be published in a leading law journal, has led to calls for government action to force porn companies to tackle harmful content, which campaigners and charities say normalises violence against women.

- Rather than looking at most popular or top rated videos, the analysis focused on material shown to first-time users by default.

- Many of the videos also included references to forced sexual activity - "rape pornography" - which is illegal to possess or distribute in the UK whether real or acted.

- The sample included 40,401 videos from Pornhub, of which 3,278 were coded as sexually violent by the researchers.

- The analysis was grounded in the most commonly accepted policy definition of sexual violence, used by the World Health Organisation. Guided by this definition, the researchers focussed on four broad categories of sexual violence: sexual activity between family members; aggression and assault; image-based sexual abuse; and coercive and exploitative sexual activity.

- In addition to content that the authors say normalises sexual violence, the study concluded: "We have found that mainstream pornography websites are likely hosting material that is unlawful to distribute or download. It is not the case that criminal material is relegated to niche sites, hidden from all but a determined viewer, or only available on the dark web."

- The authors also said much of the material was likely to be in breach of the websites' own terms and conditions. In Pornhub's policy, it states that all content depicting child sexual abuse, rape, incest and forced sexual abuse is prohibited outright, which would cover both real acts and acted ones.

- I understand that Pornhub claims to have taken action on illegal content and removed millions of user-uploaded videos in December. However, this analysis looked at both user-generated videos and those uploaded by verified channels.

- Content depicting non-consensual activity and incest remains live on the site, e.g. https://www.pornhub.com/video/search?search=painful

### Painful Porn Videos | Pornhub.com

www.pornhub.com

Watch Painful porn videos for free, here on Pornhub.com. Discover the growing collection of high quality Most Relevant XXX movies and clips. No other sex tube is more popular and features more Painful scenes than Pornhub! Browse through our impressive selection of porn videos in HD quality on any device you own.

- 

I'm getting in touch to request a comment from Pornhub / Mindgeek in response to this.

CONFIDENTIAL

Bergmair_Fleites_00002014

*- Why is content depicting non-consensual sexual activity / rape widely available on the site, despite it being illegal and against the terms? https://www.cps.gov.uk/legal-guidance/extreme-pornography*
*- Why is content depicting incest widely available on the site, despite it being against PH's terms?*
*- What is Pornhub / Mindgeek's response to the findings of the study and claims that such content normalises violence against women?*
*- What action is Pornhub taking to tackle illegal content?*

*Many thanks in advance and please let me know if you need any more information. My deadline is 3pm UK time tomorrow (Friday) and you can reach me on 07746793286.*

*Best wishes,*
*Shanti*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

The information in this email may be privileged, confidential and/or exempt from disclosure. By sending this e-mail, which is intended only for the named recipient(s), we waive no privilege over its contents. Unauthorized use, dissemination or copying is prohibited. If you have received this email in error, please notify the sender immediately by telephone at +1 416 365 1600 or by reply email and destroy all copies of it.