# EXHIBIT 136

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

| | |
|---|---|
| From: | Andreas Andreou |
| Sent: | 12/10/2018 12:09:02 PM |
| To: | Bernard P |
| Subject: | ltr |
| Attachments: | RT Holdings 2016.PDF; RT Holdings 2017.PDF; image001.jpg |

Dear Bernard

Please find attached as requested

Kind regards

**Andreas Alkiviades Andreou**
Director of Corporate Finance and Accounting

Block 1, 195-197 Old Nicosia-Limassol Road
Dali Industrial Zone 2540, Cyprus



**From:** Bernard P
**Sent:** Friday, October 12, 2018 12:25 PM
**To:** Andreas Andreou <
**Subject:** [External] ltr

Dear Andreas,

please be so kind to email me 2 letters like the attd, one covering 2016 and a separate one covering 2017.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.