# EXHIBIT 139

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| Message | |
|---|---|
| **From:** | Bernard P ███████ |
| **Sent:** | 12/10/2018 9:25:18 AM |
| **To:** | Andreas Andreou ███████ |
| **Subject:** | ltr |
| **Attachments:** | 20170309_RT Holding ███████ Limited_letter 1_ fully exe.pdf |

Dear Andreas,

please be so kind to email me 2 letters like the attd, one covering 2016 and a separate one covering 2017.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

CONFIDENTIAL                                    Bergmair_Fleites_00002331