# EXHIBIT 141

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Message

| | |
|---|---|
| **From:** | Eddy Di Santo █████████████ |
| **Sent:** | 25/10/2018 12:01:06 PM |
| **To:** | ████████████ |
| **Subject:** | dividends |
| **Attachments:** | Shareholder distributions_summary of BB dividends.xlsx; ATT00001.htm; RE_ [External] ltr.eml; ATT00002.htm |

Hi Bernard

Attached the requested summary. Also refer to the attached confirmations that were requested earlier this month.

Thanks

**From:** Bernard P ████████████████
**Date:** October 23, 2018 at 7:45:46 AM GMT-4
**To:** Eddy Di Santo <████████████████
**Subject: [External] dividends**

Eddy, please send me a little table showing the dividends that were booked on the ███████████████████████████████████████████ in each year so far .

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

CONFIDENTIAL