# EXHIBIT 142

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| | |
|---|---|
| **Message** | |
| **From:** | Philippe Poire Cote |
| **Sent:** | 08/05/2020 1:33:03 PM |
| **To:** | Bernard P |
| **CC:** | Eddy Di Santo |
| **Subject:** | Summary of 2019 dividends |
| **Attachments:** | Shareholder distributions_summary of 2019 dividends_v2.xlsx; image001.png |

Hi Bernard,

Hope you are well.

As requested please find the summary of the 2019 dividends in the same format I had sent you the information in the past.

Lines 5 to 8 give you ▮▮▮▮▮▮▮▮▮▮▮ the year. In lines 12 and below, you have the same information but ▮▮▮▮▮▮▮▮▮▮▮▮▮

In column H and following, I'm presenting the amounts distributed based on the date of the resolutions approving the dividends. Should you need this information by date of payment, let me know and I can amend the file.

Lastly, if this file is too detailed or would like the information in any other format, just let me know.

Regards,
Phil.

**Philippe Poiré Côté, CPA, CA**
Chief Financial Officer Europe
32, Boulevard Royal
L-2449, Luxembourg



This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.