# EXHIBIT 143

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

**Message**

| | |
|---|---|
| **From:** | Philippe Poire Cote [████████████████] |
| **Sent:** | 21/07/2020 8:26:56 AM |
| **To:** | Bernard ████████████ |
| **CC:** | Eddy Di Santo ████████████████████████████ |
| **Subject:** | Re: div history |
| **Attachments:** | Shareholders distributions summary_2014 to date.xlsx |

Hi Bernard,

Please find attached as requested the summary of the ██████ shareholders distributions throughout the years. The initial table provide a simple summary of the cumulative distributions to each shareholders by year. In the second table I'm providing the ████████ stribution should you want to reconcile to the ████████████████.

██████ this summary might also be useful for you.

Regards,
Phil.

**From:** Bernard ████████████████
**Sent:** Wednesday, le 15 July 2020 4:26 PM
**To:** Philippe Poire Cote ████████████████████
**Subject:** [External] Re: div history

Phil, not urgent, thank you.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

On Wed, Jul 15, 2020 at 2:21 PM Philippe Poire Cote ████████████████████████ wrote:

Hi Bernard,

Will do. Can I send this to you early next week or do you need it more rapidly?

Regards,

Phil.

**From:** Bernard P <
**Sent:** Wednesday, le 15 July 2020 3:17 PM
**To:** Philippe Poire Cote
**Subject:** [External] div history

Hi Phil, please be so kind to send me an overview of the dividend history 2013-2020 split for each year into ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Thank you.

Best regards,

Bernard

*This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.*

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.