# EXHIBIT 145

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

**Message**
**From:** Philippe Poire Cote
**Sent:** 08/09/2020 10:04:47 AM
**To:** Bernard P
**CC:** Eddy Di Santo
**Subject:** 2019 distributions
**Attachments:** Shareholders distributions summary_2014 to date.xlsx

Hi Bernard,

I have added 2 tabs in the initial file I had sent you. In these tabs you have the breakdown for the 2019 and 2020 distributions. You will notice that for 2019, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Most of the 2019 dividends ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Let me know if you need anything else.

Regards,
Phil.

**From:** Bernard P
**Sent:** Monday, le 7 September 2020 6:53 PM
**To:** Philippe Poire Cote <Philippe.PoireCote@mindgeek.com>
**Subject:** [External] 2019 distributions

Phil, please provide me with a list of amounts and dates of when 2019 pmts for a total of ▮▮▮▮▮▮▮▮ were made.

Best regards,

Bernard

This e-mail is for the intended recipient only and may be privileged and/or confidential. The sender does not waive any related rights and obligations. Any (re-)distribution, use or copying of this e-mail or the information it contains by anyone other than an intended recipient is unauthorized. If you received this e-mail in error, please advise the sender (by return e-mail or otherwise) immediately.

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately. Ce courrier électronique est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courrier électronique par erreur, veuillez m'en aviser immédiatement, par retour de courrier électronique ou par un autre moyen.