# EXHIBIT 152

# [ENTIRE EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]