# EXHIBIT 166

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

```
 1
 2   UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
 3   CASE No. 2:21-CV-04920-CJC-ADS
 4   - - - - - - - - - - - - - - - - - - - - - - - - -x
 5   SERENA FLEITES,
 6                              Plaintiff,
 7            -against-
     MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA
 8   INCORPORATED; MG PREMIUM LTD.; MG GLOBAL
 9   ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND
     BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY
10   URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;
     BERGMAIR DOES 1-5,
11
12                              Defendants.
     - - - - - - - - - - - - - - - - - - - - - - - - -x
13
14
15      CONFIDENTIAL VIDEOTAPED DEPOSITION OF
16                  FERAS ANTOON
17              NEW YORK, NEW YORK
18            WEDNESDAY, JUNE 14, 2023
19                   9:07 a.m.
20
21   REPORTED BY:
22   DANIELLE GRANT
23   JOB NO.: 5945613
24
25
```

CONFIDENTIAL

Page 286

1            CONFIDENTIAL - ANTOON
2       Q    Uh-huh.
3       A    Okay.
4       Q    Okay.  Do you see in the last
5   paragraph of that section, second sentence
6   says:  Antoon and Tassillo have offered to
7   provide a verification under oath that the
8   payments reflected on the MindGeek records
9   described above are ███████████████████
    ██████████████████████████████████████████
    ████████████████████████████
12           Do you see that?
13      A    Okay.  Yeah.
14      Q    Okay.  You're under oath now?
15      A    Yes.
16      Q    Are the documents produced in this
17  case that you were prepared to provide a
18  sworn affidavit on before, did they reflect
19  the ████████████████████████████████
    ██████████████████████████████████████
    █████████████████████████
22           MR. BROWN:  Object to the form.
23      A    Which documents?
24      Q    The documents produced in this
25  case by your lawyers?

1          CONFIDENTIAL - ANTOON
2     Ethical Capital Partners, are you
3     representing them?
4          MR. COLEMAN:  No, I'm not
5     representing Ethical Capital Partners.
6          MR. BOWE:  So whose got the
7     privilege or the -- or the -- or the
8     confidentiality?
9          MR. COLEMAN:  I understand what
10    you're saying but there are certain
11    things that would fall under that.  I'm
12    just putting it on the record, so ask
13    your questions and we'll deal with them
14    on a one-by-one basis.
15         Q    Okay.  I'm going to try and back
16    up and see if we can -- not start from
17    scratch but...
18         You got -- you and Mr. Tassillo
19    through ████ ended up with
20    ████████████████████████████ I
21    understand your split is ████████
22    ████
23         A    Yes.
24         Q    Then you get, as I understand it,
25    over ██████████████████████████████

                    CONFIDENTIAL - ANTOON

 1
 2  name?
 3       A    My brother-in-law's name is ▓▓▓▓▓▓
 4  ▓▓▓▓▓▓▓▓ and last name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 5       Q    And what business did he do at
 6  MindGeek?
 7       A    He ran the cafeteria.
 8       Q    And then you said your -- you said
 9  your brother-in-law and your cousin.  Who is
10  your cousin?
11       A    My cousin's name is ▓▓▓▓▓▓▓▓▓▓▓,
12  and then ▓▓▓▓▓▓▓▓▓▓  Both have over 15
13  years' experience in restaurants.
14       Q    And they are the people who ran
15  the cafeteria?
16       A    Yeah.
17       Q    And when did they start doing
18  that?
19       A    2012, I believe.
20       Q    Does Mr. Bergmair still own a
21  piece of MindGeek?
22       A    I don't believe so.
23       Q    Okay.  Who's paying -- who paid
24  you the ▓▓▓▓▓▓▓▓▓▓
25       A    ▓▓▓▓▓

1          CONFIDENTIAL - ANTOON
2     Q    Okay.  Not MindGeek?
3     A    I don't believe so, no.
4     Q    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮   ▮▮▮▮▮▮▮▮▮▮
▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮   ▮▮▮▮▮▮▮▮▮▮
10    Q    When you say "you believe so," do
11  you know?
12    A    I think that was the entity.
13    Q    Okay.
14         MR. BOWE:  All right.  We're going
15  to go to the judge on the privilege.
16         MR. COLEMAN:  Okay.
17         MR. BOWE:  And subject to that,
18  I'm going to leave the deposition open.
19         MR. COLEMAN:  I have two things I
20  want to put on the record.
21         MR. BOWE:  Sure.
22         MR. COLEMAN:  The first is, I want
23  to designate the entire transcript and
24  the exhibits confidential until we have
25  a chance to review.  I want to