# EXHIBIT 167

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Page 1

1      C O N F I D E N T I A L
2  UNITED STATES DISTRICT COURT
3  CENTRAL DISTRICT OF CALIFORNIA
4  CASE No. 2:21-CV-04920-CJC-ADS
5  ----------------------------------*
6  SERENA FLEITES,
7                 Plaintiff,
8       vs.
9  MINDGEEK S.A.R.L.; MG FREESITES,
10  LTD.; MINDGEEK USA INCORPORATED;
11  MG PREMIUM LTD.; MG GLOBAL
12  ENTERTAINMENT INC.; 9219-1568
13  QUEBEC, INC.; BERND BERGMAIR;
14  FERAS ANTOON; DAVID TASSILLO;
15  COREY URMAN; VISA INC.;
16  COLBECK CAPITAL DOES 1-5;
17  BERGMAIR DOES 1-5,
18                 Defendants.
19  ----------------------------------*
20          STENOGRAPHIC AND VIDEO-RECORDED
21                 DEPOSITION OF
22                DAVID TOSSILLO
23            Friday, June 16, 2023
24                  9:17 a.m.
25

```
 1            CONFIDENTIAL - TOSSILLO
 2   that, but having heard Mr. Antoon's testimony I
 3   just want to understand if I understand you
 4   correctly.
 5            There's ▇ that you have been paid the
 6   two of you collectively, right?
 7        A.   That's correct.
 8        Q.   Okay.  That's money-good, you don't have
 9   to give that back no matter what, right?
10        A.   That's my understanding.
11        Q.   Then there's ▇, between ▇ and ▇ a
12   month.
13        A.   That's a fair number.
14        Q.   You and he had different numbers off by
15   a little bit, but.  And that's for ▇ months?
16        A.   ▇ months starting the 1st of the month
17   after the deal closed.
18        Q.   Okay.  And then there's an earnout?
19        A.   Correct.
20        Q.   All right.  Now, the number you just
21   gave me, ▇ plus ▇ plus, was that all of those
22   together or is that just the earnout?
23        A.   No.  The ▇, the ▇ -- the ▇ is the
24   earnout.  The ▇ is one part of the earnout.  And
25   I believe the second part of the earnout is about
```