# EXHIBIT 168

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

Case 2:21-cv-04920-WLH-ADS   Document 560-169   Filed 03/28/25   Page 1 of 5   Page ID #:19922

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE No. 2:21-CV-04920-CJC-ADS
- - - - - - - - - - - - - - - - - - - - - - - -x
SERENA FLEITES,
                              Plaintiff,
            -against-
MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA
INCORPORATED; MG PREMIUM LTD.; MG GLOBAL
ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND
BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY
URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;
BERGMAIR DOES 1-5,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -x


    CONFIDENTIAL VIDEOTAPED DEPOSITION OF
         ANDREAS ACKIVIADES ANDREOU
           APPEARING REMOTELY FROM
              NEW YORK, NEW YORK
             FRIDAY, JUNE 2, 2023
                  9:45 a.m.


REPORTED BY:
DANIELLE GRANT
JOB NO.: 5946169

Page 201

```
 1            Confidential - Andreas Ackiviades Andreou
 2        Q    Okay.  By about ███████████,
 3   right?
 4        A    Yes.
 5        Q    Okay.  Now those assets include
 6   the intellectual property rights, right?
 7        A    Yes.
 8        Q    Okay.  Now, the liability
 9   includes -- well, withdrawn.
10             Those assets include intellectual
11   property rights ████████████████████████████
12   ██████████████████████████████, right?
13             MS. MASSEY:  Object to form.
14        A    ████████████████████████████████████
15   ████████████████.
16        Q    Understood.  But the assets
17   include the -- the intellectual property
18   rights held by ██████████████████████████
19   ██████████████, right?
20        A    Correct.
21        Q    And those intellectual property
22   rights are ████████████████████████████████
23   ██████████████████, right?
24             MS. MASSEY:  Object to form.
25        A    Yes.
```

CONFIDENTIAL

Page 202

1  Confidential - Andreas Ackiviades Andreou
2  Q  [redacted]
   [redacted]
   [redacted]
   [redacted]
   [redacted]
   [redacted]
   [redacted]
   [redacted]
   [redacted]
   [redacted]
12     MS. MASSEY: Object to form.
13  Q  Right?
14  A  [redacted]
   [redacted]
   [redacted]
17  Q  Right.
18  A  You saw it before.
19  Q  Right.  So some order of magnitude
20  of [redacted]
   [redacted]
22     MS. MASSEY: Object to form.
23  A  Some amounts, including here, are
24  attributable, yes, [redacted]
25  Q  Right.  Of those orders of

1  Confidential - Andreas Ackiviades Andreou
2  Q    You can answer the question.
3  A    All operating companies except
4  MG Social.
5  Q    What does MG Social do?
6  A    MG Social is -- operates the
7  website of MyDirtyHobby.com.  It's a German
8  speaking website.
9  Q    Got it.  Okay.
10 A    So we don't --
11 A    Okay.
12 A    -- deal so much with USD, so
13 Dornormass we have, Nutaku Entertainment we
14 have, Trovison (ph) is not our company
15 anymore so...
16 Q    But at this point in time?
17 A    At this point in time, it had
18 MG Freesites, MG Premium, MG Billing, Nutaku
19 Publishing, I think this, and 9219, I'm not
20 100 percent sure.  I know it has Canadian,
21 in Canada I'm not sure it also has USD but,
22 yeah.
23 Q    How many have them have bank
24 accounts in Luxembourg?
25      MS. MASSEY:  Object to form.  Your