# EXHIBIT 169

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

| Recipient | Organization | Payor | Type | Amount Received |
|---|---|---|---|---|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Share Premium Reimbursement | |
| | | | Share Premium Reimbursement | |
| | | | Share Premium Reimbursement | |
| | | | Share Premium Reimbursement | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Share Premium Reimbursement | |
| | | | Dividend Revenue | |
| | | | Share Premium Reimbursement | |

| Recipient | Organization | Payor | Type | Amount Received |
|---|---|---|---|---|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Share Premium Reimbursement | |
| | | | Share Premium Reimbursement | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |

| Recipient | Organization | Payor | Type | Amount Received |
|-----------|--------------|-------|------|-----------------|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Share Premium Reimbursement | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Share Premium Reimbursement | |
| | | | Share Premium Reimbursement | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |

| Recipient | Organization | Payor | Type | Amount Received |
|---|---|---|---|---|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |

| Recipient | Organization | Payor | Type | Amount Received |
|---|---|---|---|---|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |

| Recipient | Organization | Payor | Type | Amount Received |
|-----------|--------------|-------|------|-----------------|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |

| Recipient | Organization | Payor | Type | Amount Received |
|-----------|--------------|-------|------|-----------------|
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |
| | | | Dividend Revenue | |