# EXHIBIT 172

# [PORTIONS OF EXHIBIT FILED UNDER SEAL PURSUANT TO APPLICATION TO SEAL]

CONFIDENTIAL

Page 1

1         UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA

3              SOUTHERN DIVISION

4

5    SERENA FLEITES and JANE DOE  )
     NOS. 1 through 33,           )
6                                 ) Case No.
                  Plaintiffs,     ) 2:21-CV-04920-CJC-ADS
7                                 )
          VS.                     )
8                                 )
     MINDGEEK S.A.R.L.; MG        )
9    FREESITES, LTD.; MINDGEEK    )
     USA INCORPORATED; MG PREMIUM )
10   LTD.; RK HOLDINGS USA INC.;  )
     MG GLOBAL ENTERTAINMENT,     ) Pages 1-358
11   INC.; TRAFFICJUNKY INC.;     )
     BERND BERGMAIR; FERAS ANTOON;)
12   DAVID TASSILLO; COREY URMAN; )
     VISA INC.; COLBECK CAPITAL   )
13   DOES 1-10; BERGMAIR DOES     )
     1-10,                        )
14                                )
                  Defendants.     )
15   _____ )

16

              C O N F I D E N T I A L

17

18   VIDEOTAPED DEPOSITION OF:

19         BERND BERGMAIR

20         THURSDAY, JUNE 15, 2023

21         9:24 A.M.

22

23

24   Reported by:  LINDA NICKERSON

25              CSR No. 8746

CONFIDENTIAL

Page 39



1          MR. WHITE:  Objection.

2          You can answer.

3          THE WITNESS:  So you're asking is █

4 █      ██████

5    BY MR. BOWE:

6      Q    ████████████████████

7 █    ██████████

8      A    ███

9      Q    Is it an entity that you're related to in

10   any way?

11         MR. WHITE:  Objection.

12         THE WITNESS:  What does it mean "related

13   to"?

14   BY MR. BOWE:

15     Q    Okay.  Let me try it this way.  There are

16   records that have been produced in this case that

17   indicate ███████████

18 ████████████████████████

19 █    ████████

20         What is AF Private Limited?

21     A    ███████████████

22 █    ████████

23     Q    Okay.  And what is that?

24     A    ████████████████████

25 █    ██████████████████

CONFIDENTIAL

Page 40



24       Q    Okay.  And some were routed to

25       A    Yes, it's always the same when the

CONFIDENTIAL

**Page 41**

```
 1    companies -- the bank accounts get terminated, then,

 2    you know, you have no choice but to try and find

 3    another way.

 4         Q    I understand. ███████████ though, was your

 5    entity?

 6         A    Yes.

 7         Q    Okay.  And that was a special-purpose

 8    entity that you set up for a different business?

 9              MR. WHITE:  Objection.

10              THE WITNESS:  No.

11    BY MR. BOWE:

12         Q    You set it up for -- in relation to

13    ████████████████████████

14         A    Yes.

15         Q    Which one?

16         A    It -- I think ██████████ owns either

17    ████████████ or ██████████ one of the two.

18              THE REPORTER:  ████████████ or?

19              THE WITNESS:  ██████████████████████

20              THE REPORTER:  Or?

21              THE WITNESS:  The other one is ████████, which

22    is ██████████  And for the record, those names are

23    not exactly precise.  So it could be ███████████████

24    ██████████, but the --

25    BY MR. BOWE:
```