Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>         Plaintiff,<br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>         Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**PROOF OF SERVICE RE SEALED DOCUMENTS TO DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:      Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS'
OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On March 28, 2025, I served a true and correct copy of the following document(s):

**[UNDER SEAL] DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2;**

**[UNDER SEAL] EXHIBIT A TO DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.A R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2; AND**

**[UNDER SEAL] EXHIBITS 1-182**

| | |
|---|---|
| ☒ | **BY EMAIL**: I caused the documents to be sent to the persons at the email address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| | **SEE SERVICE LIST ATTACHED** |

Executed on March 28, 2025, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Jazmin Leon

# SERVICE LIST

| Parties | Attorneys |
|---|---|
| Serena Fleites | Michael J. Bowe, mbowe@brownrudnick.com<br>Lauren Tabaksblat, ltabaksblat@brownrudnick.com<br>Micaela J. Piña, mpina@brownrudnick.com<br>David M. Stein, dstein@olsonstein.com |
| Bernd Bergmair | Ronald G. White, rwhite@wmhwlaw.com<br>Dan Marmalefsky, DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown, JBrown@CohenGresser.com<br>Matthew V. Povolny, mpovolny@cohengresser.com<br>Joanna K. Chan, JChan@CohenGresser.com |
| David Tassillo | Jonathan S. Sack, JSack@maglaw.com<br>Alexander F.R. Peacocke, apeacocke@maglaw.com<br>David W. Wiechert, dwiechert@aol.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl, jamespearl@paulhastings.com<br>Adam M. Reich, adamreich@paulhastings.com<br>Emma Lanzon, emmalanzon@paulhastings.com<br>Kiaura Clark, kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille, dhille@whitecase.com<br>Kevin Adam, kevin.adam@whitecase.com<br>Russell Gould, russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello, Drew.Tulumello@weil.com<br>Mark A. Perry, mark.perry@weil.com |

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL