| | |
|---|---|
| 1 | Peter A. Biagetti (*Admitted Pro Hac Vice*) |
| 2 | pabiagetti@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| 3 | One Financial Center<br>Boston, MA 02111 |
| 4 | Telephone: (617) 542-6000<br>Facsimile:  (617) 542-2241 |

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>           Plaintiff,<br>     v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>           Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD,  MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC.,  AND 9219-1568 QUEBEC INC.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 5-4.6.2**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:       Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

1    Pursuant to Civil Local Rule 5-4.6.2, Defendants MindGeek, S.à r.l., MG
2    Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global
3    Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek
4    Defendants") respectfully request that the Court grant the MindGeek Defendants
5    leave to file the Declaration of Peter A. Biagetti in Support of MindGeek Defendants'
6    Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil
7    Local Rule 79-5.2.2, and exhibits thereto, Dkt. No. 564 (collectively the "Sealed
8    Documents"), on Monday, March 31, 2025, one business day after the March 28,
9    2025 deadline set forth in the Court's Amended Civil Minutes regarding Omnibus
10   Motion to Dismiss, Dkt. No. 540.

11   This Application is made on the grounds that system-wide technical issues
12   with the electronic filing system ("ECF") for the Central District of California
13   beginning on the evening of March 28, 2025 and into March 29, 2025, prevented
14   counsel for the MindGeek Defendants from completing its filing. Declaration of
15   Arameh Z. O'Boyle in Support of the MindGeek Defendants' Application for Leave
16   to File Documents Pursuant to Local Rule 5-4.6.2 ("O'Boyle Decl."), ¶ 3. Although
17   counsel for the MindGeek Defendants attempted to file before the deadline, counsel
18   was unable to complete the electronic filing due to the ECF technical failures which
19   continued past 11:59 p.m. PST on March 28, 2025. *Id.* There was no "Notice of
20   CM/ECF Unavailability" posted on the CM/ECF Website during the period of time
21   that counsel for the MindGeek Defendants attempted to electronically file the Sealed
22   Documents. *Id.* ¶ 5.

23   Counsel for the MindGeek Defendants made at least two attempts to file the
24   documents electronically on March 28.  *Id.* ¶¶ 5-6. Counsel also made three
25   additional attempts to file the Sealed Documents on March 29. *Id.* ¶ 8. Although
26   counsel for the MindGeek Defendants was unable to file the Sealed Documents
27   through ECF, it sent service copies of the Sealed Documents on March 28 at 11:37
28

p.m. PST via e-mail to counsel of record for all parties. *Id.* ¶ 6. Pursuant to Local Rule 79-5.2.2, counsel for the MindGeek Defendants also contacted the CM/ECF Help Desk by e-mail on March 29, 2025 at 12:02 a.m. PST. *Id.* ¶ 7. On March 31, 2025, the CM/ECF Help Desk Team responded stating that "The Outage log will be updated this morning. Please refer to **L.R. 5-4.6.2.**" *Id.* ¶ 9 & Ex. B. That same morning, the CM/ECF and PACER System Outage Logs were updated to reflect that the most recent outage was on "March 28, 2025 from 10:30pm - March 29, 2025 at 12:30pm." *Id.* ¶ 9.

In accordance with L.R. 5-4.6.2, the MindGeek Defendants provide herewith the Declaration of Arameh Zargham O'Boyle setting forth the facts of the MindGeek Defendants' failed attempts to file the Sealed Documents electronically.

Based on the foregoing, the MindGeek Defendants respectfully request an order permitting the Sealed Documents to be filed on March 31, 2025.

Dated: March 31, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*
Peter A. Biagetti
Seth R. Goldman
LisaMarie F. Collins
Arameh Z. O'Boyle
Esteban Morales
Kerime S. Akoglu

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.