Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>              Plaintiff,<br>     v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>              Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD,  MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC.,  AND 9219-1568 QUEBEC INC.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 5-4.6.2**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:       Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF MINDGEEK DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS PURSUANT TO CIVIL L.R. 5-4.6.2

I, Arameh Z. O'Boyle, declare:

1. I am a member of the Bar of the State of California admitted to appear before this Court, and a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants").

2. I make this declaration in support of the MindGeek Defendants' Application for Leave to File Documents Pursuant to Civil Local Rule 5-4.6.2 (the "Application").

3. On March 28, 2025, I directed my assistant, Jazmin Leon to file the MindGeek Defendants' Application for Leave to File Documents Under Seal, Dkt. No. 560 ("Application"), and documents in support thereof, including the Declaration of Peter A. Biagetti in Support of the MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2 and exhibits thereto, Dkt. No. 564 ("Sealed Documents"). Beginning that evening and into the following day, there were system-wide technical issues with the electronic filing system ("ECF") for the Central District of California. Although counsel for the MindGeek Defendants attempted to file before the deadline, counsel was unable file the Sealed Documents due to the ECF technical failures which continued past 11:59 p.m. PST on March 28, 2025.

4. At my direction, Ms. Leon first attempted to file the Application on March 28. After uploading the 182 public exhibits to the Application on the ECF website, she hit the "next" button and received an error message. Ms. Leon re-attempted the filing and was able to and successfully file the Application and the 182 public exhibits at 10:23 p.m. PST.

5. Ms. Leon then attempted to file the Sealed Documents (including 182 sealed exhibits). At approximately 11:05 p.m. PST, she received another error

- 1 -
DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF MINDGEEK DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS PURSUANT TO CIVIL L.R. 5-4.6.2

message stating, "this site can't be reached." She checked the page for CM/ECF and PACER System Outage Logs and confirmed there was no scheduled maintenance or planned outage scheduled for March 28. Shortly thereafter, and still on March 28, Ms. Leon attempted to file the Sealed Documents a second time, without success.

6. Although Ms. Leon was unable to file the Sealed Documents with the Court's system, she served the Sealed Documents on counsel of record for all parties via e-mail at 11:37 p.m. PST. A true and correct copy of Ms. Leon's service e-mail, without attachments, is attached hereto as **Exhibit A**. Ms. Leon continued to attempt to file the Sealed Documents until approximately 11:59 p.m. PST, again, without success.

7. At 12:02 a.m. PST on March 29, Ms. Leon contacted the CM/ECF Help Desk via e-mail and explained the technical failures preventing the MindGeek Defendants from timely filing the Sealed Documents. A true and correct copy of Ms. Leon's e-mail to the CM/ECF Help Desk is attached hereto as **Exhibit B**.

8. At my direction, from approximately 7:00 a.m. to 10:00 a.m. PST on March 29, Ms. Leon again attempted to file the Sealed Documents three times, without success. Each time, after uploading the Sealed Documents to the ECF website, she hit the "next" button and received an error message stating, "Your file couldn't be accessed."

9. On March 31, 2025 at 7:51 a.m. PST, the CM/ECF Help Desk Team responded to Ms. Leon's e-mail stating that "The Outage log will be updated this morning. Please refer to *L.R. 5-4.6.2*." *See* **Exhibit B**. That same morning, the CM/ECF and PACER System Outage Logs were updated to reflect that the most recent outage was on "March 28, 2025 from 10:30pm - March 29, 2025 at 12:30pm."[1]

---

[1] CM/ECF and PACER System Outage Logs | Central District of California | United States District Court, https://www.cacd.uscourts.gov/e-filing/cmecf-and-pacer-system-outage-logs (last accessed Mar. 31, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2025 in Los Angeles, California.

/s/ *Arameh Z. O'Boyle*
Arameh Z. O'Boyle

DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF MINDGEEK DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS PURSUANT TO CIVIL L.R. 5-4.6.2