# EXHIBIT A

| | |
|---|---|
| **From:** | Leon, Jazmin |
| **Sent:** | Friday, March 28, 2025 11:37 PM |
| **To:** | Drew.Tulumello@weil.com; jamespearl@paulhastings.com; mbowe@brownrudnick.com; DMarmalefsky@mofo.com; apeacocke@maglaw.com; emmalanzon@paulhastings.com; JChan@CohenGresser.com; ltabaksblat@brownrudnick.com; mpovolny@cohengresser.com; russell.gould@whitecase.com; JSack@maglaw.com; kiauraclark@paulhastings.com; adamreich@paulhastings.com; mpina@brownrudnick.com; kevin.adam@whitecase.com; mark.perry@weil.com; dhille@whitecase.com; JBrown@CohenGresser.com; rwhite@wmhwlaw.com; dwiechert@aol.com; dstein@olsonstein.com |
| **Cc:** | Goldman, Seth; Morales, Esteban; Adaskaveg, Paige; O'Boyle, Arameh; Biagetti, Peter; Collins, LisaMarie; Akoglu, Kerime |
| **Subject:** | Fleites v. MindGeek S.A.R.L. et al. (Case No. 2:21-cv-04920-WLH-ADS) - Sealed Docs re Omnibus Application for Leave to File Under Seal |
| **Attachments:** | Mimecast Large File Send Instructions |

I'm using Mimecast to share large files with you. Please see the attached instructions.

Dear Counsel,

Attached for service are the sealed documents in connection with the MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal.

Please note the link automatically expires in 7 days.

Sincerely,


**Jazmin Leon**
*Assistant*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300, Los Angeles, CA 90067
+1.310.586.3206
GJLeon@mintz.com | Mintz.com

