# EXHIBIT B

| | |
|---|---|
| **From:** | Leon, Jazmin |
| **Sent:** | Saturday, March 29, 2025 12:02 AM |
| **To:** | ecf-helpdesk@cacd.uscourts.gov |
| **Cc:** | Adaskaveg, Paige |
| **Subject:** | March 28, 2025 - C.D. Cal. CM/ECF System Not Working - Unable to Complete Filing |

Good evening,

**Due to the court's CM/ECF system being down, I have been unable to log into the CM/ECF site to complete the necessary filings for our case before the midnight filing deadline.**

I have been trying to e-file on the C.D. Cal. website since approximately 10 PM PT.  First, I attempted to file an Application for Leave to File Documents Under Seal ("Application") in the case, *Fleites v. MindGeek S.A.R.L. et al.*, Case No. 2:21-cv-04920-WLH-ADS.  After uploading 180+ exhibits for the Application, I hit the "next" button and received an error message.  I re-attempted again and was able to successfully file the Application at 10:23 PM PT.  Next, I attempted to file a Sealed Declaration in Support of the Application (again with 180+ exhibits) but at approximately 11:05 PM PT, I received another error message stating "this site can't be reached."

I checked the page for CM/ECF and PACER System Outage Logs and note there is no scheduled maintenance or planned outage scheduled for **Friday, March 28, 2025**.
https://www.cacd.uscourts.gov/e-filing/cmecf-and-pacer-system-outage-logs

# CM/ECF and PACER System Outage Logs

The following log reflects the most recent outages the CM/ECF and PACER systems have experience systems problems or scheduled maintenance:

- March 22, 2025 from 12:00am - 8:00am
- March 15, 2025 from 12:00am - March 17 6:30am
- February 22, 2025 from 12:00am - 8:00am

There is a scheduled maintenance/online payment service interruption for pay.gov expected on March 29, 2025 from 6-10 PM ET, but the site explicitly states:  "**The outage will not impact the availability of CM/ECF or PACER.**"

Please advise as to next steps.  Thank you.

Sincerely,


**Jazmin Leon**
*Assistant*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

1

| | |
|---|---|
| **From:** | ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov> |
| **Sent:** | Monday, March 31, 2025 7:51 AM |
| **To:** | Leon, Jazmin |
| **Cc:** | Adaskaveg, Paige |
| **Subject:** | RE: March 28, 2025 - C.D. Cal. CM/ECF System Not Working - Unable to Complete Filing |

The Outage log will be updated this morning.  Please refer to **L.R. 5-4.6.2.**


CM/ECF-HELP DESK TEAM
U.S. District Court, Central District of California
http://www.cacd.uscourts.gov/e-filing/cmecf-helpdesk
213-894-0242

---

**From:** Leon, Jazmin <GJLeon@mintz.com>
**Sent:** Saturday, March 29, 2025 12:02 AM
**To:** ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Cc:** Adaskaveg, Paige <PEAdaskaveg@mintz.com>
**Subject:** March 28, 2025 - C.D. Cal. CM/ECF System Not Working - Unable to Complete Filing

**CAUTION - EXTERNAL:**

Good evening,

**Due to the court's CM/ECF system being down, I have been unable to log into the CM/ECF site to complete the necessary filings for our case before the midnight filing deadline.**

I have been trying to e-file on the C.D. Cal. website since approximately 10 PM PT.  First, I attempted to file an Application for Leave to File Documents Under Seal ("Application") in the case, *Fleites v. MindGeek S.A.R.L. et al.*, Case No. 2:21-cv-04920-WLH-ADS.  After uploading 180+ exhibits for the Application, I hit the "next" button and received an error message.  I re-attempted again and was able to successfully file the Application at 10:23 PM PT.  Next, I attempted to file a Sealed Declaration in Support of the Application (again with 180+ exhibits) but at approximately 11:05 PM PT, I received another error message stating "this site can't be reached."

I checked the page for CM/ECF and PACER System Outage Logs and note there is <u>no</u> scheduled maintenance or planned outage scheduled for **Friday, March 28, 2025**.
https://www.cacd.uscourts.gov/e-filing/cmecf-and-pacer-system-outage-logs

1

# CM/ECF and PACER System Outage Logs

The following log reflects the most recent outages the CM/ECF and PACER systems have experience systems problems or scheduled maintenance:

- March 22, 2025 from 12:00am - 8:00am
- March 15, 2025 from 12:00am - March 17 6:30am
- February 22, 2025 from 12:00am - 8:00am

There is a scheduled maintenance/online payment service interruption for pay.gov expected on March 29, 2025 from 6-10 PM ET, but the site explicitly states: **"The outage will not impact the availability of CM/ECF or PACER."**

Please advise as to next steps. Thank you.

Sincerely,

**Jazmin Leon**
*Assistant*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300, Los Angeles, CA 90067
+1.310.586.3206
GJLeon@mintz.com | Mintz.com



---

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.