**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br>　　v.<br>MINDGEEK S.À R.L, et al.,<br>　　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S APPLICATION FOR LEAVE TO FILE DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 5-4.6.2 [ECF NO. # 566]**<br><br>Complaint Filed:　June 17, 2021<br>Trial Date:　　　Not Set Yet |

1 | Having considered Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") Application for Leave to File Documents Pursuant to Civil Local Rule 5-4.6.2 (the "Application"), and good cause appearing, the Court hereby **GRANTS** the MindGeek Defendants' Application. The Court **ORDERS** that as a result of technical failures on March 28 and 29, 2025, the Declaration of Peter A. Biagetti in Support of MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2, and exhibits thereto, Dkt. No. 564, filed on March 31, 2025, one business day after the March 28, 2025 deadline set forth in the Court's Amended Civil Minutes regarding Omnibus Motion to Dismiss, Dkt. No. 540, are timely.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE