| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile:  (212) 209-4801 | David M. Stein (#198256)<br>dstein@olsonstein.com<br>**OLSON STEIN LLP**<br>240 Nice Lane, #301<br>Newport Beach, California 92663<br>Phone: (949) 887-4600 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>          Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>**NOTICE OF LODGING OF PLAINTIFF'S SECOND AMENDED COMPLAINT WITH REVISED REDACTIONS**<br><br>Hon. Wesley L. Hsu<br>Courtroom 9B<br>SAC Filed: May 23, 2024<br>Trial Date:  Not Set Yet |

1  LLC; a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation,

2

3             Defendants.

1  Plaintiff Serena Fleites has lodged with the Court Plaintiff's Second Amended Complaint with revised redactions based upon the revised sealing designations in Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.'s (collectively the "MindGeek Defendants") Omnibus Application For Leave to File Documents Under Seal, dated March 28, 2025 (ECF No. 560).

Dated: April 1, 2025                Respectfully submitted,

/s/ Michael J. Bowe
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:   212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*