David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:  (212) 819-8357
Facsimile:   (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
Julia Kim (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**PROOF OF SERVICE** |

1    I, Annel Cruz, hereby declare that I am over 18 years of age and not a party
2  to this action.  My business address is 555 S. Flower Street, Suite 2700, Los
3  Angeles, CA 90071.
4    On April 1, 2025, I served copies of the following documents on a counsel
5  for each party by email:
6    1) (ECF No. 568) Declaration of Kevin C. Adam on Behalf of Defendants
7       Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB
8       Agency Services, LLC; and CB Participations SPV, LLC in Support of
9       MindGeek Defendants' Omnibus Application to Seal; and
10   2) (ECF No. 568-1) Exhibit A.

12   Executed on April 1, 2025, at Los Angeles, California.

              */s/ Annel Cruz*
              Annel Cruz