**PAUL HASTINGS LLP**
JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: 1(310) 620-5700
Facsimile: 1(310) 620-5899

KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

*Attorneys for Defendants,*
*Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*

*Additional Counsel for Defendants listed on next page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> vs. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER | CASE NO. 2:21-cv-4920 <br><br> **DECLARATION OF KIAURA CLARK IN SUPPORT OF REDWOOD DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL ECF NO. 567-1** <br><br> *Application for Leave to Seal and [Proposed] Order Submitted Concurrently Herewith* <br><br> Place:   Courtroom 9B <br> Judge:   Hon. Wesley L. Hsu <br><br> SAC filed: May 24, 2024 |

| | |
|---|---|
| 1 | FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY |
| 2 | MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware |
| 3 | corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE- |
| 4 | HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; |
| 5 | COLBECK CAPITAL MANAGEMENT, LLC, a Delaware |
| 6 | corporation; CB MEDIA VENTURES LLC, a Delaware corporation; CB |
| 7 | AGENCY SERVICES, LLC, a Delaware corporation; and CB |
| 8 | PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| 9 | |
| 10 | Defendants. |

DECLARATION OF KIAURA CLARK ISO REDWOOD DEFENDANTS'
APPLICATION FOR LEAVE TO FILE UNDER SEAL

1  ADAM M. REICH (SB# 274235)
   adamreich@paulhastings.com
2  EMMA LANZON (*pro hac vice*)
   emmalanzon@paulhastings.com
3  71 South Wacker Drive, 45th Floor
   Chicago, Illinois 60606
4  Telephone: 1(312) 499-6000
   Facsimile: 1(312) 499-6100
5
   *Attorneys for Defendants,*
6  *Redwood Capital Management, LLC,*
   *Redwood Master Fund, Ltd,*
7  *Redwood Opportunity Master Fund, Ltd,*
   *Manuel 2018, LLC, Ginogerum, LLC,*
8  *and White-Hathaway Opportunity Fund, LLC*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF KIAURA CLARK ISO REDWOOD DEFENDANTS'
APPLICATION FOR LEAVE TO FILE UNDER SEAL

I, Kiaura Clark, declare as follows:

1. I am an attorney with the law firm of Paul Hastings LLP, counsel of record for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants" or "Redwood"). I am duly admitted to practice law before all the courts of the State of California and this Court. I have personal knowledge of the matters discussed below and if called upon to do so, I could and would competently testify thereto.

2. I make this declaration on behalf of the Redwood Defendants in support of Redwood Defendants' Application for Leave to File under Seal ECF No. 567-1 (the "Application").

3. Redwood, through counsel, advised Plaintiff, through counsel, of its intent to apply to seal certain confidential information in the SAC on April 2, 2025. Plaintiff indicated that she would oppose the Application.

4. On March 27, 2025, the MindGeek Defendants advised Redwood and Colbeck that they construed the Court's order to mean that they should also move to narrow their proposed redactions on the SAC. At the same time, the MindGeek Defendants asked Redwood and Colbeck to identify which portions of the SAC they believe implicated their confidential information so that appropriate redactions could be applied.

5. On the morning of March 28, 2025, Colbeck provided their proposed redactions to the MindGeek Defendants, and Redwood told MindGeek that its proposed redactions were forthcoming. Shortly thereafter, the MindGeek Defendants referenced time constraints and told Redwood and Colbeck that they had decided to not include additional proposed redactions from Colbeck and Redwood. Redwood and Colbeck determined that they would thus have four days from MindGeek's filing under the local rules to seek to seal any additional portions of the SAC.

6. On April 1, 2025, the MindGeek Defendants advised Redwood and Colbeck that they had represented to Plaintiff that they were only submitting a proposed narrowed set of redactions as to their own material and that they expected that other parties could and might seek additional redactions of their own confidential material within the coming days. The MindGeek Defendants also confirmed to Redwood that they were specifically thinking about Redwood and Colbeck at the time of that representation.

7. As soon as Redwood became aware of Plaintiff's public filing, Redwood urged Plaintiff to take immediate steps to protect its confidential information, including by asking the clerk to either lock or remove the filing from the public docket. Rather than agree and move with alacrity, Plaintiff requested the basis for Redwood and Colbeck's position and reliance on L.R. 79-5.2.2(b)(i). Redwood provided such basis and, again, asked Plaintiff to take steps to lock or remove the filing from the public docket. Hearing nothing from Plaintiff, Redwood emailed the clerk and the ECF Help Desk, requesting that ECF No. 567-1 be locked. The following morning, on April 2, 2025, Plaintiff asked that the clerk lock the docket entry.

8. Ultimately, in response to a follow-up email sent by Redwood, the clerk confirmed that the docket entry was locked just after noon Pacific, on April 2, 2025. At the same time, the clerk also requested that an application to seal and proposed order be filed at the earliest convenience.

9. Later that same day, Plaintiff, MindGeek, Redwood, and Colbeck met and conferred. The parties discussed the sealing of the SAC, including the basis for Redwood and Colbeck's redactions, and the procedure by which those redactions could be made. Plaintiff indicated that she did not agree with the interpretation of L.R. 79-5.2.2(b)(i), but agreed that Redwood and Colbeck were permitted to file applications to seal in response to the clerk's April 2, 2025 request.

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct.
3
4  Executed in Los Angeles, California on April 4, 2025.
5
6                                                                  */s/ Kiaura Clark*
                                                                    Kiaura Clark

DECLARATION OF KIAURA CLARK ISO REDWOOD DEFENDANTS'
APPLICATION FOR LEAVE TO FILE UNDER SEAL