UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a | CASE NO. 2:21-cv-4920<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL ECF NO. 567-1** |

1  Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a
2  Delaware corporation; CB MEDIA VENTURES LLC, a Delaware
3  corporation; CB AGENCY SERVICES, LLC, a Delaware
4  corporation; and CB PARTICIPATIONS SPV, LLC, a
5  Delaware corporation,
6          Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On April 4, 2025, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants") filed an Application for Leave to File Under Seal ECF No. 567-1 (the "Application") in this matter pursuant to Local Rule 79-5.2.2.

The Court, having considered all papers filed in support of and in opposition to Redwood Defendants' Application and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendants' Application is **GRANTED**.

**IT IS ORDERED THAT**:

The unredacted version of ECF No. 567-1 is to be filed under seal.

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE