# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**[PROPOSED] ORDER GRANTING CB DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL ECF NO. 567-1** |

The Court, having considered Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC's (collectively, "CB Defendants") Application for Leave to File Under Seal ("Application"), hereby GRANTS the Application and ORDERS the following excerpts of the Second Amended Complaint ("SAC") SEALED:

| EXCERPT REQUESTED FOR SEALING | REASON |
|---|---|
| SAC ¶¶ 245:8-12, 256:1-4, 260:22-26, 274:4-11, 275:13-19, 315:17-22, 491:13, 494:2-8, 495:16 | Confidential content from the Loan Agreements dated April 28, 2011 and October 18, 2013, between various parties, including the CB Defendants and other third party lenders who participated in loaning money to the MindGeek Borrowers; Confidential business strategy, policies, and procedures; Confidential financial information, including details of financing negotiations. |
| SAC ¶¶ 250:14-16, 258:7-11, 314:20-21, 494:26 | Confidential content from the Loan Agreements dated April 28, 2011 and October 18, 2013, between various parties, including the CB Defendants and other third party lenders who participated in loaning money to the MindGeek Borrowers; Confidential financial information, including details of financing negotiations. |
| SAC ¶ 255:26-28 | Confidential business strategy, policies, and procedures; Confidential financial information, including details of financing negotiations. |
| SAC ¶ 257:5-6 | Confidential financial information, including details of financing negotiations. |

| | |
|---|---|
| SAC ¶¶ 271:3-5, 272:13-14 | Confidential content from the Loan Agreements dated April 28, 2011 and October 18, 2013, between various parties, including the CB Defendants and other third party lenders who participated in loaning money to the MindGeek Borrowers; Confidential business strategy, policies, and procedures. |
| SAC ¶ 313:11 | Confidential content from the Loan Agreements dated April 28, 2011 and October 18, 2013, between various parties, including the CB Defendants and other third party lenders who participated in loaning money to the MindGeek Borrowers. |

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE