# EXHIBIT A

| | |
|---|---|
| **From:** | WLHChambers <WLH_Chambers@cacd.uscourts.gov> |
| **Sent:** | Wednesday, April 2, 2025 12:12 PM |
| **To:** | Clark, Kiaura; Tabaksblat, Lauren; WLHChambers; ecf-helpdesk CACD |
| **Cc:** | ksakoglu_mintz.com; PH Redwood Team; Jason Brown; Sydney Hargrove; Matthew V. Povolny; nicole.comparato_weil.com; Arianna Scavetti; Morales, Esteban; Collins, LisaMarie; Peacocke, Alex; Goldman, Seth; Reich, Adam M.; Adam, Kevin; Gould, Russell; Hille, David; Drew Tulumello; Ryan McMenamin; Ronald White; Joanna K. Chan; Jeffrey Skinner; Kuznick, Emily; Miliotes, Lanie; Lanzon, Emma; Magzamen, Michael; Moss, Raymond; Bowe, Michael J; Pina, Micaela J.; Pearl, James; Biagetti, Peter; O'Boyle, Arameh; Kim, Julia; Kajeh, Melica S.; Reich, Adam M. |
| **Subject:** | [EXT] RE: Case 2:21-cv-04920-WLH-ADS Serena Fleites et al v. MindGeek S.A.R.L. et al Notice of Lodging |

Good afternoon,

Dkt. 567-1 will be temporarily sealed. At your earliest convenience, please file an application to seal and a proposed order to permanently seal.

Thank you!

---

**From:** Clark, Kiaura <kiauraclark@paulhastings.com>
**Sent:** Wednesday, April 2, 2025 11:25 AM
**To:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; WLHChambers <WLH_Chambers@cacd.uscourts.gov>; ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Cc:** ksakoglu_mintz.com <KSAkoglu@mintz.com>; PH Redwood Team <PHRedwoodTeam@paulhastings.com>; Jason Brown <JBrown@cohengresser.com>; Sydney Hargrove <Sydney.Hargrove@weil.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; nicole.comparato_weil.com <Nicole.comparato@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; Morales, Esteban <Emorales@mintz.com>; Collins, LisaMarie <LCollins@mintz.com>; Peacocke, Alex <apeacocke@maglaw.com>; Goldman, Seth <SRGoldman@mintz.com>; Reich, Adam M. <adamreich@paulhastings.com>; Kevin Adam <kevin.adam@whitecase.com>; Russell Gould <russell.gould@whitecase.com>; David Hille <dhille@whitecase.com>; Drew Tulumello <Drew.Tulumello@weil.com>; Ryan McMenamin <RMcMenamin@maglaw.com>; Ronald White <rwhite@wmhwlaw.com>; Joanna K. Chan <JChan@cohengresser.com>; Jeffrey Skinner <jskinner@wmhlaw.com>; Kuznick, Emily <emilykuznick@paulhastings.com>; Miliotes, Lanie <laniemiliotes@paulhastings.com>; Lanzon, Emma <emmalanzon@paulhastings.com>; Magzamen, Michael <michaelmagzamen@paulhastings.com>; Moss, Raymond <rmoss@maglaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Pina, Micaela J. <MPina@brownrudnick.com>; Pearl, James <jamespearl@paulhastings.com>; Biagetti, Peter <PABiagetti@mintz.com>; O'Boyle, Arameh <AZOBoyle@mintz.com>; Kim, Julia <julia.kim@whitecase.com>; Kajeh, Melica S. <melicakajeh@paulhastings.com>; Reich, Adam M. <adamreich@paulhastings.com>
**Subject:** RE: Case 2:21-cv-04920-WLH-ADS Serena Fleites et al v. MindGeek S.A.R.L. et al Notice of Lodging

**CAUTION - EXTERNAL:**

Dear Ms. Crawford,

1

It appears that ECF No. 567-1 is still available on the public docket.  We understand that in addition to the Redwood Defendants and the Colbeck Defendants, Plaintiffs have also reached out to request locking of the document.  They are copied on this email too.

We were told by ECF Help Desk on the phone that locking a document on the docket requires the clerk's confirmation.  At your earliest convenience, will you please confirm that the entry can be locked?

Thank you very much.

Best,
Kiaura



**Kiaura Clark  |  Litigation Department**
Paul Hastings LLP | 1999 Avenue of the Stars, Twenty-Seventh Floor, Los Angeles, CA 90
| Direct: +1.310.620.5733 | Main: +1.310.620.5700 | Fax: +1.310.620.5833 |
kiauraclark@paulhastings.com | www.paulhastings.com

---

**From:** Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>
**Sent:** Wednesday, April 2, 2025 4:45 AM
**To:** Clark, Kiaura <kiauraclark@paulhastings.com>; wlh_chambers@cacd.uscourts.gov; ecf-helpdesk@cacd.uscourts.gov
**Cc:** Akoglu, Kerime <KSAkoglu@mintz.com>; PH Redwood Team <PHRedwoodTeam@paulhastings.com>; Jason Brown <JBrown@cohengresser.com>; Sydney Hargrove <Sydney.Hargrove@weil.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; nicole.comparato_weil.com <Nicole.comparato@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; Morales, Esteban <Emorales@mintz.com>; Collins, LisaMarie <LCollins@mintz.com>; Peacocke, Alex <apeacocke@maglaw.com>; Goldman, Seth <SRGoldman@mintz.com>; Reich, Adam M. <adamreich@paulhastings.com>; Kevin Adam <kevin.adam@whitecase.com>; Russell Gould <russell.gould@whitecase.com>; David Hille <dhille@whitecase.com>; Drew Tulumello <Drew.Tulumello@weil.com>; Ryan McMenamin <RMcMenamin@maglaw.com>; Ronald White <rwhite@wmhwlaw.com>; Joanna K. Chan <JChan@cohengresser.com>; Jeffrey Skinner <jskinner@wmhlaw.com>; Kuznick, Emily <emilykuznick@paulhastings.com>; Miliotes, Lanie <laniemiliotes@paulhastings.com>; Lanzon, Emma <emmalanzon@paulhastings.com>; Magzamen, Michael <michaelmagzamen@paulhastings.com>; Moss, Raymond <rmoss@maglaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Pina, Micaela J. <MPina@brownrudnick.com>; Pearl, James <jamespearl@paulhastings.com>; Biagetti, Peter <PABiagetti@mintz.com>; O'Boyle, Arameh <AZOBoyle@mintz.com>; Kim, Julia <julia.kim@whitecase.com>; Kajeh, Melica S. <melicakajeh@paulhastings.com>; Reich, Adam M. <adamreich@paulhastings.com>
**Subject:** [EXT] RE: Case 2:21-cv-04920-WLH-ADS Serena Fleites et al v. MindGeek S.A.R.L. et al Notice of Lodging

Dear Ms. Crawford and ECF Help Desk Team,

I write in response to Ms. Clark's email.

Plaintiff filed EFF No. 567-1 on the public docket based on MindGeek's revised designations removing their sealing request as to certain materials which was filed last Friday pursuant to the Court's order.  After we filed, we were informed by Redwood and Colbeck that they wish to make a submission under L.R. 79-5.2.2(b)(i) to seek continued redaction of portions of the operative Second Amended Complaint ("SAC") based on their prior

application to seal two distinct documents submitted with their original motions to dismiss. L.R. 79-5.2.2(b)(i) has no application on its face to MindGeek's withdrawal of its confidentiality designations related to the SAC; Colbeck and Redwood have no standing under the protective order to designate MindGeek materials confidential that MindGeek has not designated confidential; Plaintiff does not believe there is anything in the previously redacted portions of the SAC that MindGeek has now unredacted that came from the only two documents Colbeck and Redwood did submit under seal, and neither Colbeck nor Redwood was willing or able to identify any such now unredacted sections that contain information from the documents they produced to the Court and submitted for sealing long after the SAC had been filed.

Nevertheless, in an effort to ensure we correctly understand Colbeck's and Redwood's positions, Plaintiff agrees to lock the filing so that we can quickly meet and confer with them.

---

**From:** Clark, Kiaura <kiauraclark@paulhastings.com>
**Sent:** Wednesday, April 2, 2025 1:25 AM
**To:** wlh_chambers@cacd.uscourts.gov; ecf-helpdesk@cacd.uscourts.gov
**Cc:** Akoglu, Kerime <KSAkoglu@mintz.com>; PH Redwood Team <PHRedwoodTeam@paulhastings.com>; Jason Brown <JBrown@cohengresser.com>; Sydney Hargrove <Sydney.Hargrove@weil.com>; Matthew V. Povolny <mpovolny@cohengresser.com>; nicole.comparato_weil.com <Nicole.comparato@weil.com>; Arianna Scavetti <arianna.scavetti@weil.com>; Morales, Esteban <Emorales@mintz.com>; Collins, LisaMarie <LCollins@mintz.com>; Peacocke, Alex <apeacocke@maglaw.com>; Goldman, Seth <SRGoldman@mintz.com>; Reich, Adam M. <adamreich@paulhastings.com>; Kevin Adam <kevin.adam@whitecase.com>; Russell Gould <russell.gould@whitecase.com>; David Hille <dhille@whitecase.com>; Drew Tulumello <Drew.Tulumello@weil.com>; Ryan McMenamin <RMcMenamin@maglaw.com>; Ronald White <rwhite@wmhwlaw.com>; Joanna K. Chan <JChan@cohengresser.com>; Jeffrey Skinner <jskinner@wmhlaw.com>; Kuznick, Emily <emilykuznick@paulhastings.com>; Miliotes, Lanie <laniemiliotes@paulhastings.com>; Lanzon, Emma <emmalanzon@paulhastings.com>; Magzamen, Michael <michaelmagzamen@paulhastings.com>; Moss, Raymond <rmoss@maglaw.com>; Bowe, Michael J <MBowe@brownrudnick.com>; Tabaksblat, Lauren <LTabaksblat@brownrudnick.com>; Pina, Micaela J. <MPina@brownrudnick.com>; Pearl, James <jamespearl@paulhastings.com>; Biagetti, Peter <PABiagetti@mintz.com>; O'Boyle, Arameh <AZOBoyle@mintz.com>; Kim, Julia <julia.kim@whitecase.com>; Kajeh, Melica S. <melicakajeh@paulhastings.com>; Reich, Adam M. <adamreich@paulhastings.com>
**Subject:** Case 2:21-cv-04920-WLH-ADS Serena Fleites et al v. MindGeek S.A.R.L. et al Notice of Lodging

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Dear Ms. Crawford and ECF Help Desk Team,

We write on behalf of Defendants Redwood Capital Management, LLC, et al. (the "Redwood Defendants") and Colbeck Capital Management, LLC, et al. (the "Colbeck Defendants") in the above-captioned matter. It has come to our attention that Plaintiff Serena Fleites has re-filed the Second Amended Complaint on the public docket this evening (**ECF No. 567-1**). The Second Amended Complaint filed at ECF No 567-1 contains previously sealed confidential material of the Redwood Defendants and Colbeck Defendants without justification—there was no prior order unsealing such information, nor did the Redwood Defendants or Colbeck Defendants consent to filing of such material publicly. *See, e.g.,* ECF Nos. 568, 569.

Accordingly, the Redwood Defendants and Colbeck Defendants respectfully request that the newly redacted Second Amended Complaint filed publicly at ECF No. 567-1 be locked on the docket to ensure it is no longer accessible by the public while remaining provisionally under seal pending any Court order on the respective sealing application and declarations.

If you have any questions, please do not hesitate to reach out.

Thank you,
Kiaura



**Kiaura Clark  |  Litigation Department**
Paul Hastings LLP | 1999 Avenue of the Stars, Twenty-Seventh Floor, Los Angeles, CA 90
| Direct: +1.310.620.5733 | Main: +1.310.620.5700 | Fax: +1.310.620.5833 |
kiauraclark@paulhastings.com | www.paulhastings.com

***********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.


*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.


*******************************************************************************

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.