Michael J. Bowe
(admitted *pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(admitted *pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone : (212) 209-4800
Facsimile : (212) 209-4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>JUDGE: HON. WESLEY L. HSU<br><br>**DECLARATION OF MICHAEL J. BOWE IN SUPPORT OF PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEFING IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**<br><br>SAC FILED:   MAY 23, 2024 |

## DECLARATION OF MICHAEL J. BOWE

I, Michael J. Bowe, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner with Brown Rudnick LLP. I have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiff Serena Fleites in the above referenced matter and the plaintiffs in the 14 Related Actions identified in n.1 to the Omnibus Opposition filed in *K.A. v. MindGeek S.a.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (Dkt. 96-1). I submit this declaration in support of Plaintiffs' Omnibus Response to Defendants' Supplemental Briefing in Support of Defendants' Motions to Dismiss. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Brief of Members of Congress Representative Nadler, et al., as *Amici Curiae* in Support of Plaintiffs-Appellants filed on September 23, 2024, in *Ratha et al. v. Rubicon Resources, LLC*, Case No. 23-55299 (9th Cir. 2023).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of April 2025 in New York, New York.

BROWN RUDNICK LLP

By: /s/ *Michael J. Bowe*
Michael J. Bowe