UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' SUPPLEMENTAL BRIEFS** |

On April 4, 2025, Plaintiff Serena Fleites and the plaintiffs in the 14 Related Actions identified in n.1 to the Omnibus Opposition filed in *K.A. v. MindGeek S.a.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (Dkt. 96-1) filed an Application for Leave to File Under Seal Plaintiffs' Omnibus Response to Defendants' Supplemental Briefs in this matter pursuant to Local Rule 79-5.2.2 (the "Application").

The Court, having considered the Application, hereby **GRANTS** the Application and **ORDERS** the unredacted version of Plaintiffs' Omnibus Response to Defendant's Supplemental Briefs to be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU

UNITED STATES DISTRICT JUDGE