Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:     212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY | Case No. 2:21-cv-4920-WLH-ADS<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Wesley L. Hsu |

| | |
|---|---|
| 1 | MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 and not a party to the above-titled action. My business address is 7 Times Square, New York, NY 10036.

On April 4, 2025, I served a true and correct copy of the following documents on all persons appearing on the attached Service List by email with a file-transfer link to download the documents:

1. [577] Declaration of Lauren Tabaksblat in Support of Plaintiffs' Application for Leave to File Under Seal Plaintiffs' Omnibus Response to Defendants' Supplemental Briefs

2. [577-1] Unredacted Plaintiffs' Omnibus Response to Defendants' Supplemental Briefs

Executed on April 4, 2025 in New York, New York.

*/s/ Karina Ureña*
Karina Ureña

# SERVICE LIST

| Parties | Attorneys |
|---|---|
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc.<br>9219-1568 Quebec Inc. | Peter A. Biagetti: pabiagetti@mintz.com<br>Seth R. Goldman: sgoldman@mintz.com<br>LisaMarie F. Collins: lcollins@mintz.com<br>Kerime S. Akoglu: ksakoglu@mintz.com<br>Arameh Z. O'Boyle: azoboyle@mintz.com<br>Esteban Morales: emorales@mintz.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl: jamespearl@paulhastings.com<br>Adam M. Reich: adamreich@paulhastings.com<br>Emma Lanzon:emmalanzon@paulhastings.com<br>Kiaura Clark: kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |