Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br>v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**SUPPLEMENTAL DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2** |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

- ii -
SUPPLEMENTAL BIAGETTI DECLARATION IN SUPPORT OF MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

I, Peter A. Biagetti, declare:

1. I am a member of the Bar of the Commonwealth of Massachusetts, admitted *pro hac vice* to appear before this Court, and a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants").

2. On March 28, 2025, the MindGeek Defendants submitted an Omnibus Application for Leave to File Documents Under Seal pursuant to Local Rule 79-5.2.2, Dkt. 560 (the "Omnibus Application").

3. On March 31, 2025, I submitted a Sealed Declaration in support of the Omnibus Application, with 182 exhibits, Dkt. 564.

4. I make this declaration in further support of the Omnibus Application. Specifically, I am submitting an updated version of **Exhibit 182** to reflect additional redactions requested by the Colbeck and Redwood Defendants for the reasons described in their declarations at Dkt. 568 and 569.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 7, 2025 in Boston, Massachusetts.

*/s/ Peter A. Biagetti*
Peter A. Biagetti