Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br>    v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>    Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**PROOF OF SERVICE RE SUPPLEMENTAL DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:      Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On April 7, 2025, I served a true and correct copy of the following document(s):

**[UNDER SEAL] SUPPLEMENTAL DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2; AND**

**[UNDER SEAL] EXHIBIT 182 TO SUPPLEMENTAL DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL  PURSUANT TO CIVIL LOCAL RULE 79-5.2.2**

| ☒ | **BY EMAIL**: I caused the documents to be sent to the persons at the email address listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
|---|---|
|   | **SEE SERVICE LIST ATTACHED** |

Executed on April 7, 2025, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Jazmin Leon

**SERVICE LIST**

| Parties | Attorneys |
|---|---|
| Serena Fleites | Michael J. Bowe, mbowe@brownrudnick.com<br>Lauren Tabaksblat, ltabaksblat@brownrudnick.com<br>Micaela J. Piña, mpina@brownrudnick.com<br>David M. Stein, dstein@olsonstein.com |
| Bernd Bergmair | Ronald G. White, rwhite@wmhwlaw.com<br>Dan Marmalefsky, DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown, JBrown@CohenGresser.com<br>Matthew V. Povolny, mpovolny@cohengresser.com<br>Joanna K. Chan, JChan@CohenGresser.com |
| David Tassillo | Jonathan S. Sack, JSack@maglaw.com<br>Alexander F.R. Peacocke, apeacocke@maglaw.com<br>David W. Wiechert, dwiechert@aol.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl, jamespearl@paulhastings.com<br>Adam M. Reich, adamreich@paulhastings.com<br>Emma Lanzon, emmalanzon@paulhastings.com<br>Kiaura Clark, kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille, dhille@whitecase.com<br>Kevin Adam, kevin.adam@whitecase.com<br>Russell Gould, russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello, Drew.Tulumello@weil.com<br>Mark A. Perry, mark.perry@weil.com |

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL