Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>              Plaintiff,<br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>              Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu Courtroom 9B<br><br>**NOTICE OF ERRATA RE MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2 [ECF 560] AND DECLARATION OF PETER A. BIAGETTI IN SUPPORT [ECF 564]**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:         Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

NOTICE OF ERRATA RE MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2 [560] AND DECLARATION OF PETER A. BIAGETTI IN SUPPORT [ECF 564]

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2025, Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") filed the Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2 [ECF 560] (the "Application"), and on March 31, 2025 (due to the ecf system outage), filed the Declaration of Peter A. Biagetti in Support of MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2 (ECF 564) (the "Declaration"). The Application inadvertently included an incorrect version of **Exhibits 23, 31, 32, and 34** at ECF 560-24, ECF 560-32, ECF 560-33, and ECF 560-35. The Declaration inadvertently included an incorrect version of **Exhibits 31 and 32** at ECF 564-32 and ECF 564-33.

(1) ECF-560-24 should have contained a cover page that read Exhibit 23 [intentionally omitted], not [entire exhibit filed under seal pursuant to application to seal].

(2) ECF-560-32 should have contained a cover page that read Exhibit 31 [intentionally omitted], not [entire exhibit filed under seal pursuant to application to seal].

(3) ECF 560-33 should have contained a cover page that read Exhibit 32 [intentionally omitted], not [entire exhibit filed under seal pursuant to application to seal].

(4) ECF 560-35 should have contained a cover page that read Exhibit 34 [intentionally omitted], not [entire exhibit filed under seal pursuant to application to seal].

(5) ECF-564-32 should have contained a cover page that read Exhibit 31 [intentionally omitted], not Exhibit 32.

(6) ECF 564-33 should have contained a cover page that read Exhibit 32 [intentionally omitted], not Exhibit 34. Attached hereto are corrected versions of **Exhibits 23, 31, 32 and 34** to the Application. These corrected Exhibits 23, 31, 32 and 34 replace the previously filed Exhibits 23, 31, 32 and 34 to the Application at ECF 560-24, ECF 560-32, ECF 560-33 and ECF 560-35, respectively.

Also attached hereto are corrected versions of **Exhibits 31 and 32** to the Declaration. These corrected Exhibits 31 and 32 replace the previously filed Exhibits 31 and 32 to the Declaration at ECF 564-32 and ECF 564-33, respectively.

Dated: April 7, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Peter A. Biagetti
Seth R. Goldman
LisaMarie F. Collins
Arameh Z. O'Boyle
Esteban Morales
Kerime S. Akoglu

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.