# EXHIBIT 23

# [INTENTIONALLY OMITTED]