# EXHIBIT 31

# [INTENTIONALLY OMITTED]