# EXHIBIT 32

# [INTENTIONALLY OMITTED]