# EXHIBIT 34

# [INTENTIONALLY OMITTED]