| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile:  (212) 209-4801 | David M. Stein (#198256)<br>dstein@olsonstein.com<br>**OLSON STEIN LLP**<br>240 Nice Lane, #301<br>Newport Beach, California 92663<br>Phone: (949) 887-4600 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 Quebec, Inc. (d/b/a MindGeek), a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; COREY URMAN, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM, LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC,  a Delaware corporation, CB MEDIA VENTURES LLC, a Delaware corporation; CB AGENCY SERVICES, LLC; a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation,<br><br>   Defendants. | CASE NO. 2:21-cv-4920-WLH-ADS<br><br>**NOTICE OF LODGING OF PLAINTIFF'S SECOND AMENDED COMPLAINT WITH REVISED REDACTIONS**<br><br>Hon. Wesley L. Hsu<br>Courtroom 9B<br>SAC Filed: May 23, 2024<br>Trial Date:  Not Set Yet |

1  Plaintiff Serena Fleites has lodged with the Court Plaintiff's Second Amended Complaint with revised redactions based upon the revised sealing designations in Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.'s (collectively, the "MindGeek Defendants") Omnibus Application For Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2, dated March 28, 2025 (ECF No. 560); the Declaration of Kevin C. Adam on behalf of Defendants Colbeck Capital Management, LLC, CB Media Ventures DD, LLC; CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck") in support of MindGeek Defendants' Omnibus Application, dated April 1, 2025 (ECF No. 568); the Declaration of Adam M. Reich on behalf of Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood") in support of MindGeek Defendants' Omnibus Application, dated April 1, 2025 (ECF No. 569); and the Supplemental Declaration of Peter A. Biagetti in support of the MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2, dated April 7, 2025 (ECF No. 579).

Dated: April 10, 2025          Respectfully submitted,

/s/ Michael J. Bowe
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax:   212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*