-1-

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>      Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L. et al.,<br><br>      Defendants. | Case No. 2:21-cv-4920-WLH-ADS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' SEALING APPLICATIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS AND THE SECOND AMENDED COMPLAINT [DKT. NOS. 443, 449, 560, 571, AND 572]** |

-2-

The Court, having considered Defendants' Sealing Applications (Dkt. Nos. 443, 449, 560, 571, 572) and all papers filed in support thereof (Dkt. Nos. 561, Dkt. 562, Dkt. 563, Dkt. 564, Dkt. 568, Dkt. 569, Dkt. 579), and Plaintiff's Consolidated Opposition to Defendants' Sealing Applications (Dkt. 586), finds that Defendants' Sealing Applications fail to comply with the March 7, 2025 Order (Dkt. 540) to properly revise and narrowly tailor the sealing requests.  Even if this is overlooked, Defendants have not carried their heavy burden to show that these materials should be sealed. Thus, the Court hereby **DENIES** Defendants' Renewed Sealing Applications in their entirely and **ORDERS** the documents therein **UNSEALED**.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE