# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Jazmin Leon | 2a. Contact Phone Number: 310-586-3206 | 3a. Contact E-mail Address: gjleon@mintz.com |
| 1b. Attorney Name (if different) | Arameh Zargham O'Boyle | 2b. Attorney Phone Number: (310) 586-3200 | 2b. Attorney E-mail Address: azoboyle@mintz.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067

**5. Name & Role of Party Represented:** Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

**6. Case Name:** Serena Fleites et al v. MindGeek S.A.R.L. et al

**7a. District Court Case Number:** 2:21-cv-04920-WLH-ADS

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):**

☒ DIGITALLY RECORDED   ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal   ☒ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2025 | W. Hsu | Motion to dismiss hearing | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | ORDINARY (30-day) |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 4/25/2025    Signature: /s/ Arameh Zargham O'Boyle

G-120 (06/18)