DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |

NOTICE OF SUPPLEMENTAL AUTHORITY                    2:21-CV-04920-WLH-ADS

Pursuant to paragraph G(5)(a) of the Court's Standing Order, Defendant Visa, Inc. ("Visa") respectfully submits this notice of supplemental authority pertaining to issues raised in Defendant's Motion to Dismiss (Dkt. No. 432) currently under submission.

The supplemental authority is the Supreme Court of the United States's decision in *Smith & Wesson Brands v. Estados Unidos Mexicanos*, No. 23-1141, 2025 WL 1583281 (U.S. June 5, 2025). A copy of the opinion is attached to this notice as **Exhibit A**.

Dated: June 20, 2025            RESPECTFULLY SUBMITTED,

*/s/ Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Defendant Visa Inc.*