Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:      212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>            Plaintiff,<br><br>       v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>            Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>JUDGE: HON. WESLEY L. HSU<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>SAC Filed: May 23, 2024 |

1  Pursuant to paragraph G(5)(a) of the Court's Standing Order, Plaintiff
2  respectfully submits this notice of supplemental authority pertaining to issues raised
3  in Plaintiff's Opposition to Defendants' Motions to Dismiss (Dkt. Nos. 477, 480-1)
4  currently under submission.

5  The supplemental authority is the Complaint for Permanent Injunction,
6  Monetary Judgment, and Other Relief ("FTC Complaint") filed on September 3,
7  2025 in *Federal Trade Commission et al. v. Aylo Group Ltd et al.*, No. 2:25-cv-
8  00752-TS (D. Utah) and the Stipulated Order for Permanent Injunction, Monetary
9  Judgment, and Other Relief ("Stipulated Order") entered by the Court in the same
10 action on September 8, 2025.  A copy of the FTC Complaint is attached to this notice
11 as Exhibit 1.  A copy of the Stipulated Order is attached to this notice as Exhibit 2.

13 Dated: September 10, 2025                Respectfully submitted,

15                                          /s/ Lauren Tabaksblat
16                                          Michael J. Bowe (*pro hac vice*)
                                            mbowe@brownrudnick.com
17                                          Lauren Tabaksblat (*pro hac vice*)
18                                          ltabaksblat@brownrudnick.com
                                            **BROWN RUDNICK LLP**
19                                          7 Times Square
                                            New York, NY 10036
20                                          Phone: 212.209.4800
21                                          Fax:    212.209.4801

23                                          David M. Stein (State Bar #198256)
                                            dstein@olsonstein.com
24                                          **OLSON STEIN LLP**
                                            240 Nice Lane #301
25                                          Newport Beach, CA 92663
26                                          Phone: 949.887.4600

27                                          *Counsel for Plaintiff*