Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel
continued on next page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| v. | |
| MINDGEEK S.À R.L., et al., | **DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY [DKT. NO. 601]** |
| Defendants. | |
| | Complaint Filed: June 17, 2021 Trial Date:        Not Set Yet |

DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE
OF SUPPLEMENTAL AUTHORITY [DKT. NO. 601]

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Defendants object to Plaintiff's Notice of Supplemental Authority, filed on September 10, 2025, Docket Number 601. Section G.5(a) of the Court's Standing Order permits a party to file a Notice of Supplemental Authority to "provide the Court with a recently decided case that is either persuasive or controlling authority." First, the exhibits provided by Plaintiff, a complaint filed in the United States District Court for the District of Utah by the Federal Trade Commission and Utah Division of Consumer Protection ("FTC Complaint") and a Stipulated Order among the parties to that action, do not constitute legal authority for this Court to consider. On this basis alone these submissions should be stricken. *See TrustLabs, Inc. v. Jaiyong An*, No. 21-civ-02606-CRB, 2024 U.S. Dist. LEXIS 206296 *14 n.5 (N.D. Cal. Nov. 13, 2024) (Breyer, D.J.) (denying the plaintiff's motion to submit as "supplemental authority" the complaint and settlement stipulation in separate matter between the SEC and the defendant and explaining that a consent judgment is not the result of an actual adjudication of issues); *Mills v. Union Pac. R.R. Co.*, No. 1:22-cv-00143-DCN, 2024 U.S. Dist. LEXIS 9036 *46 (D. Idaho Jan. 16, 2024) ("while parties are free to file notices of supplemental authority, a complaint is not an authority").

Second, the exhibits are entirely irrelevant to the claims and issues pending before the Court. Neither the FTC Complaint nor the Stipulated Order contain any allegations or stipulated relief pertaining to Jane Doe and/or the content at issue here. That is unsurprising, since the FTC Complaint alleges claims under Section 5 of the FTC Act, 15 U.S.C. § 45, and thus does not have any bearing on the application of Section 230 immunity or resolution of the substantive claims in this action. And even if the FTC Complaint and Stipulated Order did concern any legal issues raised by the pending motions, "[t]he authority itself is irrelevant in any case, as 'a consent judgment between a federal agency and a private corporation [] is not the result of an actual adjudication of any of the issues.'" *TrustLabs*, 2024 U.S. Dist. LEXIS at *14 n.5 (quoting *Twin City Fire Ins. Co. v. SLRA Inc.*, No. 19-cv-6131-JSC, 2020 U.S.

- 1 -

1   Dist. LEXIS 99255, 2020 WL 3035793, at *4) (N.D. Cal. June 5, 2020) (quoting

2   *Lipsky v. Commonwealth United Corp.*, 551 F.2d 887, 893 (2d Cir. 1976)).

3        For these reasons, Defendants object to Plaintiff's Notice of Supplemental

4   Authority and respectfully request that the Court decline to consider the exhibits

5   submitted under Docket Number 601.

6

7   Dated:  September 10, 2025           Respectfully submitted,

8                                        MINTZ LEVIN COHN FERRIS GLOVSKY
                                         AND POPEO, P.C.
9
                                         */s/ Arameh Z. O'Boyle*
10                                       Peter A. Biagetti
                                         Seth R. Goldman
11                                       LisaMarie F. Collins
                                         Arameh Z. O'Boyle
12                                       Esteban Morales
                                         Kerime S. Akoglu
13
                                         Attorneys for Defendants
14                                       MindGeek, S.à r.l., MG Freesites Ltd,
                                         MG Premium Ltd, MindGeek USA
15                                       Incorporated, MG Global Entertainment Inc.,
                                         and 9219-1568 Quebec Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE
OF SUPPLEMENTAL AUTHORITY [DKT. NO. 601]