Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
BRITHEM LLP
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378-

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>      Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>      Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

Plaintiff Serena Fleites, by and through her undersigned counsel, and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants"), and Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, this Court entered an Amended Order on September 17, 2025 dismissing Plaintiff's claims as to the Colbeck and Redwood Defendants and granting Plaintiff leave to amend;

**WHEREAS**, this Court entered an Order on September 26, 2025 dismissing Plaintiff's claims as to Visa and granting Plaintiff leave to amend;

**WHEREAS**, Plaintiff's deadline to file her Third Amended Complaint, if any, is October 17, 2025;

**WHEREAS**, Plaintiff, Visa, and the Colbeck and Redwood Defendants respectfully request that the Court enter an order resetting Plaintiff's deadline and entering a motion briefing schedule as follows:

- Plaintiff shall file her Third Amended Complaint, if any, no later than October 31, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

**WHEREAS**, the parties have not previously requested an extension of time to file or respond to the Third Amended Complaint;

**WHEREAS**, by entering into this stipulation, Plaintiff reserves her rights to conduct party and third-party discovery to the extent permitted by this Court while Defendants' motions to dismiss are pending;

**WHEREAS**, by entering into this stipulation, Defendants reserve all rights to object to any third-party discovery sought by Plaintiff while their motions to dismiss are pending;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the deadline by which Plaintiff shall file her Third Amended Complaint, if any, and the schedule by which Visa, the Colbeck Defendants, and the Redwood Defendants shall respond to the Third Amended Complaint shall be as follows, unless a subsequent order of this Court extends or has the effect of further extending such deadlines:

- Plaintiff shall file her Third Amended Complaint, if any, no later than October 31, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| 1 | Dated: October 13, 2025 | |
| 2 | | /s/ Lauren Tabaksblat |
| | | Michael J. Bowe (pro hac vice) |
| 3 | | mbowe@brithem.com |
| 4 | | Lauren Tabaksblat (pro hac vice) |
| | | ltabaksblat@brithem.com |
| 5 | | **BRITHEM LLP** |
| 6 | | 565 Fifth Ave. |
| | | New York, NY 10017 |
| 7 | | Phone: 646.653.9378 |
| 8 | | |
| | | David M. Stein (SBN #198256) |
| 9 | | dstein@olsonstein.com |
| 10 | | Nancy M. Olson (SBN 260303) |
| | | nolson@olsonsten.com |
| 11 | | **OLSON STEIN LLP** |
| 12 | | 240 Nice Lane #301 |
| | | Newport Beach, CA 92663 |
| 13 | | Phone: 949.887.4600 |
| 14 | | |
| 15 | | |
| 16 | | *Counsel for Plaintiff* |
| 17 | | |
| 18 | | |
| 19 | Dated: October 13, 2025 | /s/ Drew Tulumello |
| | | DREW TULUMELLO |
| 20 | | Drew.Tulumello@weil.com |
| 21 | | WEIL, GOTSHAL & MANGES LLP |
| | | 2001 M Street NW, Suite 600 |
| 22 | | Washington, DC 20036 |
| 23 | | Phone: (202) 682-7000 |
| | | Fax: (202) 857-0940 |
| 24 | | |
| 25 | | *Attorneys for Defendant Visa Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: October 13, 2025 | | /s/ David G. Hille |

DAVID G. HILLE
dhille@whitecase.com
Kevin C. Adam
Kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 819-8357
Fax: (212) 354-8113

*Attorneys for Colbeck Defendants*

Dated: October 13, 2025                /s/ James M. Pearl

JAMES M. PEARL
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, California 90067
Phone: (213) 667-5100
Fax: (213) 667-5111

*Attorneys for Redwood Defendants*

5

# L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 13, 2025

By: /s/ *Lauren Tabaksblat*

Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378