Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br>    v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>        Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu Courtroom 9B<br><br>**DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF STIPULATION TO SET RESPONSE SCHEDULE**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:      Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF
STIPULATION TO SET RESPONSE SCHEDULE

I, Kerime S. Akoglu, declare:

1. I am an attorney licensed to practice law in the State of New York and the Commonwealth of Massachusetts, and an attorney with the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. I have been granted permission by this Court to appear *Pro Hac Vice* as counsel for Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants") in the above-captioned action.

2. I am over the age of 18. I make this declaration in support of the Stipulation to Set Response Schedule (the "Stipulation"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

3. On September 26, 2025, the Court entered an Order granting in part and denying in part the MindGeek Defendants' Motion to Dismiss. The Order set Plaintiff Serena Fleites' ("Plaintiff") deadline to file her Third Amended Complaint, if any, as October 17, 2025 but did not specify a response date for the MindGeek Defendants.

4. On October 13, 2025, Plaintiff and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants") as well as Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants") filed a stipulation (Dkt. No. 612) to extend the deadline by which Plaintiff may file a Third Amended Complaint through October 31, 2025 and asking the Court to set other related deadlines.

- 1 -
DECLARATION OF KERIME S. AKOGLU IN SUPPORT OF
STIPULATION TO SET RESPONSE SCHEDULE

5. The MindGeek Defendants and Plaintiff have now filed this Stipulation to respectfully request that the Court enter an order setting the response date to the operative complaint for the MindGeek Defendants.

6. The MindGeek Defendants have not previously sought to modify this deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2025 at New York, New York.

*/s/ Kerime S. Akoglu*
Kerime S. Akoglu