1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>           Plaintiff,<br>v.<br>MINDGEEK S.À R.L, et al.,<br><br>           Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SET RESPONSE SCHEDULE [ECF NO. # 613]**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:        Not Set Yet |

- i -

1  On October 17, 2025, Plaintiff Serena Fleites ("Plaintiff") and Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants") (together, the "Parties"), by and through their undersigned counsel, filed a Stipulation to Set Response Schedule [ECF No. # 613] (the "Stipulation").

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The MindGeek Defendants shall respond to the operative complaint no later than November 14, 2025;

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE