Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SERENA FLEITES,

Plaintiff,

v.

MINDGEEK S.A.R.L., et al.,

Defendants.

Case No. 2:21-CV-04920-WLH-ADS

Hon. Wesley L. Hsu

**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE**

Plaintiff Serena Fleites, by and through her undersigned counsel, and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants"), and Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, this Court entered an Amended Order on September 17, 2025 dismissing Plaintiff's claims as to the Colbeck and Redwood Defendants and granting Plaintiff leave to amend;

**WHEREAS**, this Court entered an Order on September 26, 2025 dismissing Plaintiff's claims as to Visa and granting Plaintiff leave to amend;

**WHEREAS**, on October 13, 2025, the Parties filed a Joint Stipulation to extend Plaintiff's deadline to file her Third Amended Complaint, if any, from October 17, 2025 to October 31, 2025 (ECF No. 612);

**WHEREAS**, via the October 13, 2025 stipulation, Plaintiff, Visa, and the Colbeck and Redwood Defendants also respectfully requested that the Court enter an order entering a motion briefing schedule as follows:

- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

**WHEREAS**, on October 17, 2025, the Court entered an Amended Order Re Visa Inc.'s Motion to Dismiss, which reset Plaintiff's deadline by which to file a Third Amended Complaint as to Visa to November 7, 2025 (ECF No. 614).

**WHEREAS**, to keep the due date to file a Third Amended Complaint, if any, consistent for all Defendants, the parties respectfully request that the Court enter an order resetting Plaintiff's deadline and entering the previously requested motion briefing schedule as follows (mooting the stipulation filed at ECF No. 612):

- Consistent with the deadline as to Visa, Plaintiff shall file her Third Amended Complaint, if any, as to the Colbeck and Redwood Defendants by November 7, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

**WHEREAS**, besides the now-moot stipulation filed at ECF No. 612, the parties have not previously requested an extension of time to file or respond to the Third Amended Complaint;

**WHEREAS**, by entering into this stipulation, Plaintiff reserves her rights to conduct party and third-party discovery to the extent permitted by this Court while Defendants' motions to dismiss are pending;

**WHEREAS**, by entering into this stipulation, Defendants reserve all rights to object to any party and third-party discovery sought by Plaintiff while their motions to dismiss are pending;

**NOW THEREFORE**, the parties hereto hereby STIPULATE and AGREE that the deadline by which Plaintiff shall file her Third Amended Complaint, if any, and the schedule by which Visa, the Colbeck Defendants, and the Redwood Defendants shall respond to the Third Amended Complaint shall be as follows, unless a subsequent order of this Court extends or has the effect of further extending such deadlines:

- Plaintiff shall file her Third Amended Complaint, if any, no later than November 7, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 23, 2025

*/s/ Lauren Tabaksblat*
Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*

Dated: October 23, 2025

*/s/ Drew Tulumello*
DREW TULUMELLO
Drew.Tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7000
Fax: (202) 857-0940

*Attorneys for Defendant Visa Inc.*

Dated: October 23, 2025

*/s/ David G. Hille*

DAVID G. HILLE
dhille@whitecase.com
Kevin C. Adam
Kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 819-8357
Fax: (212) 354-8113

*Attorneys for Colbeck Defendants*

Dated: October 23, 2025

*/s/ James M. Pearl*

JAMES M. PEARL
James.pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, California 90067
Phone: (213) 667-5100
Fax: (213) 667-5111

*Attorneys for Redwood Defendants*

**L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 23, 2025

By: /s/ *Lauren Tabaksblat*

Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378