Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-CV-04920-WLH-ADS |
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | |
| MINDGEEK S.A.R.L., et al., | **DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |
| Defendants. | |

I, Lauren Tabaksblat, declare and state as follows:

1.    I am a partner at Brithem LLP and have been admitted *pro hac vice* to practice before this Court.  I am counsel for Plaintiff Serena Fleites in the above-referenced matter.  I submit this declaration in support of the *Stipulation to Continue Deadline for Plaintiff to File Third Amended Complaint and to Set Motion Briefing Schedule* filed by Plaintiff and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants"), and Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants").

2.    On September 17, 2025, this Court entered an Amended Order dismissing Plaintiff's claims as to the Colbeck and Redwood Defendants and granting Plaintiff leave to amend (ECF No. 605).

3.    On September 26, 2025, this Court entered an Order dismissing Plaintiff's claims as to Visa and granting Plaintiff leave to amend within 21 days of the Order (ECF No. 609).

4.    On October 13, 2025, the Parties filed a Joint Stipulation to extend Plaintiff's deadline to file her Third Amended Complaint, if any, from October 17, 2025 to October 31, 2025 (ECF No. 612).

5.    On October 17, 2025, the Court entered an Amended Order Re Visa Inc.'s Motion to Dismiss, which reset Plaintiff's deadline by which to file a Third Amended Complaint as to Visa to November 7, 2025 (ECF No. 614).

6.    In the interests of judicial and party efficiency, the Parties seek to ensure that the deadline for Plaintiff to file a Third Amended Complaint, if any, is consistent as to all Defendants.  For the same reasons, the Parties also seek an Order setting a briefing schedule for Defendants' Motions to Dismiss the Third Amended Complaint, if any.

**DECL. OF LAUREN TABAKSBLAT ISO STIP. TO CONTINUE FILING DEADLINE**

7.    The Parties previously sought to modify the deadline to file a Third Amended Complaint via their Stipulation filed on October 13, 2025 (ECF No. 612), which was rendered moot after entry of the Court's Amended Order on October 17 (ECF No. 614).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 23, 2025, in New York, New York.


*/s/ Lauren Tabaksblat*
Lauren Tabaksblat

-3-
**DECL. OF LAUREN TABAKSBLAT ISO STIP. TO CONTINUE FILING DEADLINE**