# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-CV-04920-WLH-ADS |
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | |
| MINDGEEK S.A.R.L., et al., | **[PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |
| Defendants. | |

For good cause shown, the Court sets the following deadlines related to Plaintiff's Third Amended Complaint, if she elects to file one:

- Consistent with the deadline set by the Court as to Visa, Plaintiff shall file her Third Amended Complaint as to the Colbeck and Redwood Defendants, if any, no later than November 7, 2025;

- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;

- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;

- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026.

**IT IS SO ORDERED.**

Dated: _____    _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hon. Wesley L. Hsu

**[PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLTF. TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE**