Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued
on next page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff,<br>v. | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| MINDGEEK S.À R.L., et al., | **STIPULATION TO SET RESPONSE SCHEDULE** |
| Defendants. | Complaint Filed: June 17, 2021<br>Trial Date:        Not Set Yet |

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Plaintiff Serena Fleites ("Plaintiff") and Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, this Court entered an Order on September 26, 2025 granting in part and denying in part the MindGeek Defendants' Motion to Dismiss;

**WHEREAS**, Plaintiff's deadline to file her Third Amended Complaint, if any, was October 17, 2025;

**WHEREAS**, on October 13, 2025, Plaintiff and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants") as well as Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants") filed a stipulation (Dkt. No. 612) to the extend the deadline by which Plaintiff may file a Third Amended Complaint and asking the Court to set other related deadlines;

**WHEREAS**, on October 17, 2025, the MindGeek Defendants and Plaintiff filed a stipulation to reset the response schedule for MindGeek Defendants response to the operative complaint to no later than November 14, 2025;

**WHEREAS**, on October 23, 2025, Plaintiff, Visa, the Colbeck Defendants, and the Redwood Defendants filed a stipulation (Dkt. No. 615) to extend the deadline by which Plaintiff may file a Third Amended Complaint and asking the Court to set other related deadlines;

**WHEREAS**, the MindGeek Defendants and Plaintiff respectfully request that the Court enter an order resetting the response schedule as follows:

- The MindGeek Defendants shall respond to the operative complaint no later than December 5, 2025;

STIPULATION TO SET RESPONSE SCHEDULE

**WHEREAS**, the proposed deadlines in this stipulation are consistent with the proposed deadlines in the pending stipulation at Dkt. No. 615 filed by Plaintiff, Visa, the Colbeck Defendants, and the Redwood Defendants;

**WHEREAS**, besides the now-moot stipulations filed at Dkt. No. 612 and Dkt. No. 613, the Parties have not previously requested an extension of time to file or respond to the Third Amended Complaint;

**WHEREAS**, by entering into this stipulation, Plaintiff reserves her rights to conduct party and third-party discovery to the extent permitted by this Court while any motions to dismiss are pending;

**WHEREAS**, by entering into this stipulation, the MindGeek Defendants reserve all rights to object to discovery sought by Plaintiff while any motions to dismiss are pending;

**NOW THEREFORE**, the Parties hereto hereby STIPULATE and AGREE that, the schedule by which the MindGeek Defendants shall respond to the operative complaint shall be as follows, unless a subsequent order of this Court extends or has the effect of further extending such deadlines:

- The MindGeek Defendants shall respond to the operative complaint no later than December 5, 2025;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  October 29, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/  Kerime S. Akoglu*
Peter A. Biagetti
Seth R. Goldman
LisaMarie F. Collins
Arameh Z. O'Boyle
Esteban Morales
Kerime S. Akoglu

Attorneys for the MindGeek Defendants

1

Dated:  October 29, 2025

BRITHEM LLP

2

*/s/  Lauren Tabaksblat*
Michael J. Bowe
Lauren Tabaksblat

3

4

OLSON STEIN LLP
David M. Stein
Nancy M. Olson

5

6

Counsel for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO SET RESPONSE SCHEDULE

1

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rules 5-4.3.4(a)(2)(i), I hereby certify that the contents of this document are acceptable to counsel for Plaintiff, and that I obtained counsel's authorization to file this document.

*/s/  Kerime S. Akoglu*
Kerime S. Akoglu

STIPULATION TO SET RESPONSE SCHEDULE