UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　　Plaintiff,<br>　v.<br>MINDGEEK S.À R.L, et al.,<br>　　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**ORDER GRANTING STIPULATION TO SET RESPONSE SCHEDULE [616]** |

1  On November 4, 2025, Plaintiff Serena Fleites ("Plaintiff") and Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants") (together, the "Parties"), by and through their undersigned counsel, filed a Stipulation to Set Response Schedule [ECF No. # 616] (the "Stipulation").

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The MindGeek Defendants shall respond to the operative complaint no later than December 5, 2025;

**IT IS SO ORDERED.**

Dated: November 4, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE