Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendants. | Case No. 2:21-CV-04920-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br><br> **STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

Plaintiff Serena Fleites, by and through her undersigned counsel, and

Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media

Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the

"Colbeck Defendants"), Redwood Capital Management, LLC, Redwood Master

Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC,

Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood

Defendants"), and MG Freesites Ltd, MG Premium Ltd, MindGeek USA

Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the

"MindGeek Defendants"), by and through their undersigned counsel, hereby

stipulate and agree as follows:

**WHEREAS**, Plaintiff requests the Court enter and order extending her

current deadline to file her Third Amended Complaint as to Visa, Colbeck

Defendants, and Redwood Defendants by one-week from November 7, 2025, to

November 14, 2025.  Plaintiff's counsel has recently established a new firm,

Brithem LLP, and, despite diligence, there have been delays in transferring of files

from counsel's previous firm.  Visa, Colbeck Defendants, and Redwood Defendants

do not oppose Plaintiff's request.  Further, in light of Plaintiff's request for an

extension, the Court is requested to enter an order extending MindGeek Defendants'

response deadline by one-week from December 5, 2025, to December 12, 2025 and

Visa, Colbeck Defendants, and Redwood Defendants deadline by four days from

December 15, 2025, to December 19, 2025.

**WHEREAS**, separate from the mooted Stipulation filed on October 13, 2025

(ECF No. 612), Plaintiff has previously requested an extension of time to file the

Third Amended Complaint once;

**WHEREAS**, by entering into this stipulation, Plaintiff reserves her rights to

conduct party and third-party discovery to the extent permitted by this Court while

Defendants' motions to dismiss are pending;

**WHEREAS**, by entering into this stipulation, Defendants reserve all rights to object to any party and third-party discovery sought by Plaintiff while their motions to dismiss are pending;

**NOW THEREFORE**, the Parties hereto hereby STIPULATE and AGREE that the deadline by which Plaintiff shall file her Third Amended Complaint, if any, and the schedule by which MindGeek Defendants, Visa, the Colbeck Defendants, and the Redwood Defendants shall respond to the Third Amended Complaint shall be as follows, unless a subsequent order of this Court extends or has the effect of further extending such deadlines:

- Plaintiff shall file her Third Amended Complaint, if any, no later than November 14, 2025;
- MindGeek Defendants shall respond to the operative complaint no later than December 12, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 19, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  November 6, 2025

/s/  Lauren Tabaksblat

Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*

Dated:  November 6, 2025

/s/  Drew Tulumello

DREW TULUMELLO
Drew.Tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Phone: (202) 682-7000
Fax: (202) 857-0940

*Attorneys for Defendant Visa Inc.*

4

Dated:  November 6, 2025

/s/  *David G. Hille*
DAVID G. HILLE
dhille@whitecase.com
Kevin C. Adam
Kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 819-8357
Fax: (212) 354-8113

*Attorneys for Colbeck Defendants*

Dated:  November 6, 2025

/s/  *James M. Pearl*
JAMES M. PEARL
James.pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, California 90067
Phone: (213) 667-5100
Fax: (213) 667-5111

*Attorneys for Redwood Defendants*

Dated:  November 6, 2025

/s/  *Peter A. Biagetti*
Peter A. Biagetti (*pro hac vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Fax: (617) 542-2241

*Attorneys for the MindGeek
Defendants*

1

## **L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 6, 2025

By: /s/ *Lauren Tabaksblat*

Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378