Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

I, Lauren Tabaksblat, declare and state as follows:

1. I am a partner at Brithem LLP and have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiff Serena Fleites in the above-referenced matter. I submit this declaration in support of the *Stipulation to Continue Deadline for Plaintiff to File Third Amended Complaint and to Set Motion Briefing Schedule* filed by Plaintiff and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants"), Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants"), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants").

2. On November 4, 2025, the Court entered an Order to Continue Deadline for Plaintiff to File Third Amended Complaint and to Set Motion Briefing Schedule (ECF No. 617), resetting Plaintiff's deadline and response schedule as follows:

- Consistent with the deadline as to Visa, Plaintiff shall file her Third Amended Complaint, if any, as to the Colbeck and Redwood Defendants by November 7, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 15, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026;

3. On November 4, 2025, the Court also entered an Order Granting Stipulation to Set Response Schedule (ECF No. 618), ordering that MindGeek Defendants shall file a response to the operative complaint no later than December 5, 2025.

4. On November 5 and 6, 2025, Plaintiff's counsel conferred with Visa, Colbeck Defendants, Redwood Defendants, and MindGeek Defendants requesting an extension to the deadline for Plaintiff to file her Third Amended Complaint, if any, as to these Defendants by one-week from November 7, 2025, to November 14, 2025. Plaintiff's counsel has recently established the firm Brithem LLP and, despite diligence, there have been delays in transferring files from counsel's previous firm. Visa, Colbeck Defendants, Redwood Defendants, and MindGeek Defendants do not oppose Plaintiff's request.

5. Further, in light of Plaintiff's request, Plaintiff and MindGeek Defendants have agreed to extend MindGeek Defendants' deadline to respond to the operative complaint by one-week, to no later than December 12, 2025.

6. Similarly, Plaintiff and Visa, Colbeck Defendants, and Redwood Defendants have agreed to extend these Defendants' deadline by four days from December 15, 2025, to December 19, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 6, 2025, in New York, New York.

           */s/  Lauren Tabaksblat*
           Lauren Tabaksblat

Executed on November 6, 2025, in New York, New York.

*/s/  Lauren Tabaksblat*
Lauren Tabaksblat