# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendants. | Case No. 2:21-CV-04920-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br> **[PROPOSED] ORDER TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

For good cause shown, the Court sets the following deadlines related to Plaintiff's Third Amended Complaint, if she elects to file one:

- Plaintiff shall file her Third Amended Complaint as to Visa, Colbeck Defendants, and Redwood Defendants, if any, no later than November 14, 2025;
- MindGeek Defendants shall respond to the operative complaint no later than December 12, 2025;
- If Plaintiff files a Third Amended Complaint, Visa and the Colbeck and Redwood Defendants shall file their Motions to Dismiss the Third Amended Complaint no later than December 19, 2025;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than January 29, 2026;
- Visa and the Colbeck and Redwood Defendants shall file their Replies in support of their Motions to Dismiss no later than February 19, 2026.

1  **IT IS SO ORDERED.**

3  Dated: _____    _____
4                            Hon. Wesley L. Hsu