Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

AMERICAS 131765359 v1

Plaintiff Serena Fleites, by and through her undersigned counsel, and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "CB Defendants"), Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants"), and MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, through this stipulation, the Parties request that the Court enter an order extending the current deadline for Plaintiff to file a Third Amended Complaint; extending the current deadline for Defendants to respond to the operative complaint; and, for the Defendants that file motions to dismiss, setting a briefing schedule for the motion, opposition, and reply briefs.  Although the Parties recently filed a stipulation on November 6, 2025 (ECF No. 619) the Parties make this updated stipulation in light of the Court's orders last week in *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024), and the other thirteen actions.[1]  The Parties request that the Court align the schedules in those actions and

---

[1] *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

AMERICAS 131765359 v1

this action, which the Parties believe is the most efficient way to proceed for both the Court and all Parties.  The Parties intend to file similar stipulations in the other actions.

**WHEREAS**, Plaintiff's current deadline in this action to file a Third Amended Complaint is November 7, 2025.  Should Plaintiff file a Third Amended Complaint, Visa, the CB Defendants, and the Redwood Defendants' current deadline to file motions to dismiss is December 15, 2025.  *See* ECF No. 617.  The MindGeek Defendants' current deadline to respond to the operative complaint is December 5, 2025.  *See* ECF No. 618.[2]

**WHEREAS**, for the reasons stated above, the Parties agree to the following schedule:

- Plaintiff shall file her Third Amended Complaint, if any, no later than December 15, 2025;
- If Plaintiff files a Third Amended Complaint, Defendants shall file their Motions to Dismiss, or otherwise respond to, the Third Amended Complaint no later than January 30, 2026;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than February 27, 2026; and
- Defendants that filed Motions to Dismiss shall file their Replies in support of their Motions no later than March 27, 2026.

**WHEREAS**, by entering into this stipulation, Plaintiff reserves her rights to conduct party and third-party discovery to the extent permitted by this Court while Defendants' motions to dismiss are pending; and

---

[2] The stipulation filed on November 6, 2025 (ECF No. 619) sought an extension of Plaintiff's deadline to file a Third Amended Complaint by one week to November 14, 2025; an extension of Visa, the CB Defendants, and the Redwood Defendants' deadline to file any motions to dismiss to December 19, 2025; and an extension of the MindGeek Defendants' deadline to respond to the operative complaint to December 12, 2025.

3

AMERICAS 131765359 v1

**WHEREAS**, by entering into this stipulation, Defendants reserve all rights to object to any party and third-party discovery sought by Plaintiff while their motions to dismiss are pending.

**NOW THEREFORE**, the Parties hereby stipulate and agree to the following schedule, unless a subsequent order of this Court extends or has the effect of further extending such deadlines:

- Plaintiff shall file her Third Amended Complaint, if any, no later than December 15, 2025;
- If Plaintiff files a Third Amended Complaint, Defendants shall file their Motions to Dismiss, or otherwise respond to, the Third Amended Complaint no later than January 30, 2026;
- Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no later than February 27, 2026; and
- Defendants shall file their Replies in support of their Motions to Dismiss no later than March 27, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

AMERICAS 131765359 v1

| | |
|---|---|
| Dated: November 14, 2025 | /s/ Lauren Tabaksblat<br>Michael J. Bowe (pro hac vice)<br>mbowe@brithem.com<br>Lauren Tabaksblat (pro hac vice)<br>ltabaksblat@brithem.com<br>**BRITHEM LLP**<br>565 Fifth Ave.<br>New York, NY 10017<br>Phone: 646.653.9378<br><br>David M. Stein (SBN #198256)<br>dstein@olsonstein.com<br>Nancy M. Olson (SBN 260303)<br>nolson@olsonsten.com<br>**OLSON STEIN LLP**<br>240 Nice Lane #301<br>Newport Beach, CA 92663<br>Phone: 949.887.4600<br><br>*Attorneys for Plaintiff* |
| Dated: November 14, 2025 | /s/ Drew Tulumello<br>DREW TULUMELLO<br>Drew.Tulumello@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Phone: (202) 682-7000<br>Fax: (202) 857-0940<br><br>*Attorneys for Defendant Visa Inc.* |

Dated: November 14, 2025

    /s/ *Kevin C. Adam*
DAVID G. HILLE
dhille@whitecase.com
Kevin C. Adam
Kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 819-8357
Fax: (212) 354-8113

*Attorneys for CB Defendants*

Dated: November 14, 2025

    /s/ *James M. Pearl*
JAMES M. PEARL
James.pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, California 90067
Phone: (213) 667-5100
Fax: (213) 667-5111

*Attorneys for Redwood Defendants*

Dated: November 14, 2025

    /s/ *Peter A. Biagetti*
Peter A. Biagetti (*pro hac vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Fax: (617) 542-2241

*Attorneys for the MindGeek Defendants*

AMERICAS 131765359 v1

# L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: November 14, 2025

By: /s/ *Lauren Tabaksblat*

Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378