1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SERENA FLEITES,                      ) Case No.: 2:21-CV-04920-WLH-ADS

12                    Plaintiff(s),      ) **ORDER TO CONTINUE DEADLINE**
                                         ) **FOR PLAINTIFF TO FILE THIRD**
13      vs.                              ) **AMENDED COMPLAINT AND TO**
                                         ) **SET MOTION BRIEFING**
14  MINDGEEK S.A.R.L., et al.,           ) **SCHEDULE [620]**
                                         )
15                                       )
                    Defendants.          )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19  _____ )

20          For good cause shown, the Court sets the following deadlines related to

21  Plaintiff's Third Amended Complaint, if she elects to file one:

22          • Plaintiff shall file her Third Amended Complaint, if any, no later than

23            December 15, 2025;

24          • Defendants shall respond to the operative complaint no later than January

25            30, 2026;

26          • Plaintiff shall file her Opposition to Defendants' Motions to Dismiss no

27            later than February 27, 2026; and

28

- Defendants shall file their Replies in support of their Motions to Dismiss no later than March 27, 2026.

**IT IS SO ORDERED.**

Dated: November 25, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE