Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-CV-04920-WLH-ADS |
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | |
| MINDGEEK S.A.R.L., et al., | **APPLICATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT UNDER SEAL** |
| Defendants. | |

Pursuant to Local Rules 79-5.2.2 and the Stipulated Protective Order, Plaintiff hereby submits this Application for Leave to File Under Seal the Third Amended Complaint.  In support of this Application, Plaintiff states as follows:

1. Under the parties' Protective Order, a party may designate material that it produces as "Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement.

2. Plaintiff quotes, references, summarizes, and excerpts materials designated "Confidential" and/or "Highly Confidential" by Defendants.  Plaintiff has redacted this information from the publicly filed version of the Third Amended Complaint.

3. By making this Application, Plaintiff does not agree that any of the designated discovery materials should be maintained under seal.  Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that all or part of those materials are sealable.

4. Accordingly, under Local Rule 79-5.2.2, Plaintiff is attaching to this Application a redacted version of the Third Amended Complaint.  Defendants do not oppose this Application.  Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

AMERICAS 131765359 v1

Dated:  December 15, 2025

/s/  Lauren Tabaksblat

Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

AMERICAS 131765359 v1