Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>         Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>         Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S THIRD AMENDED COMPLAINT** |

On December 15, 2025, Plaintiff filed an Application for Leave to File Under Seal Plaintiffs' Third Amended Complaint in this matter pursuant to Local Rule 79-5.2.2 (the "Application").

The Court, having considered the Application, hereby _____ the Application and **ORDERS** the unredacted version of Plaintiff's Third Amended Complaint be _____.

**IT IS SO ORDERED.**

Dated: \_

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE