JAMES M. PEARL (Bar No. 198481)
James.Pearl@weil.com
KIAURA CLARK (Bar No. 336314)
Kiaura.Clark@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, CA 90067
Telephone: (213) 667-5100
Facsimile: (213) 667-5111

*Attorneys for Defendants*
*Redwood Capital Management, LLC, Redwood*
*Master Fund, Ltd., Redwood Opportunity Master*
*Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and*
*White-Hathaway Opportunity Fund, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; | Case No. 2:21-cv-04920-WLH-ADS<br><br>**PROOF OF SERVICE**<br><br>Courtroom:   9B<br>Judge:        Hon. Welsey L. Hsu |

1
2   GINGOGERUM , LLC, a Delaware
    corporation; WHITE-HATHAWAY
3   OPPORTUNITY FUND, LLC, a
    Delaware corporation; COLBECK
4   CAPITAL MANAGEMENT, LLC, a
    Delaware corporation; CB MEDIA
5   VENTURES LLC, a Delaware
    corporation, CB AGENCY SERVICES,
6   LLC, a Delaware corporation; and CB
    PARTICIPATIONS SPV, LLC, a
7   Delaware corporation,
8
9       Defendant(s).
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PROOF OF SERIVCE**

I am employed by Weil, Gotshal & Manges LLP in Los Angeles, California. I am over the age of 18, and not a party to the within action. My business address is 1999 Avenue of the Stars, Eighteenth Floor, Century City, CA 90067.

On December 19, 2025, I served the foregoing document(s) described as:

**DECLARATION OF KIAURA CLARK IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT UNDER SEAL**

on the interested parties by personally emailing the aforementioned document(s) in PDF format to all persons appearing on the attached Service List at the corresponding email addresses set forth therein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 19, 2025.

By:    */s/ Cindy Liu*
           Cindy Liu

1

## SERVICE LIST

| Parties | Attorneys |
|---------|-----------|
| Serena Fleites | Michael J. Bowe: mbowe@brithem.com<br>Lauren Tabaksblat: ltabaksblat@brithem.com<br>David M. Stein: dstein@olsonstein.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander F.R. Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc.<br>9219-1568 Quebec Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com |