Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued
on next page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| v. | |
| MINDGEEK S.À R.L, et al., | **STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC. TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| Defendants. | |
| | Complaint Filed: June 17, 2021 |
| | Trial Date:         Not Set Yet |

- i -

1    Arameh Z. O'Boyle (SBN 239495)
     azoboyle@mintz.com
2    Esteban Morales Fabila (SBN 273948)
     emorales@mintz.com
3    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
     2049 Century Park East, Suite 300
4    Los Angeles, CA 90067
     Telephone: (310) 586-3200
5    Facsimile: (310) 586-3202

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- ii -

STIPULATION TO CONTINUE DEADLINE FOR MINDGEEK DEFENDANTS
TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1    Plaintiff Serena Fleites ("Plaintiff") and Defendants MG Freesites Ltd, MG

2    Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and

3    9219-1568 Quebec Inc. (the "MindGeek Defendants") (together, the "Parties"), by

4    and through their undersigned counsel, hereby stipulate and agree as follows:

5    WHEREAS, on November 14, 2025, Plaintiff and Defendants Visa Inc.

6    ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency

7    Services, LLC, and CB Participations SPV, LLC (the "Colbeck Defendants"),

8    Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood

9    Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-

10   Hathaway Opportunity Fund, LLC (the "Redwood Defendants"), and the MindGeek

11   Defendants (collectively, "Defendants") stipulated to extend Plaintiff's deadline to

12   file the Third Amended Complaint to December 15, 2025 and to set a briefing

13   schedule for Defendants' respective Motions to Dismiss (*see* Dkt. 620)[1];

14   WHEREAS, on November 25, 2025, for good cause shown, the Court entered

15   an Order to Continue Deadline for Plaintiff to File Third Amended Complaint and to

16   Set Motion Briefing Schedule ("Order") (*see* Dkt. 621);

17   WHEREAS, on December 15, 2025, Plaintiff filed a Third Amended

18   Complaint (*see* Dkt. 622);

19   WHEREAS, pursuant to the Order, the MindGeek Defendants' current

20   deadline to respond to the Third Amended Complaint is January 30, 2026 (*see*

21   Dkt. 620);

22   WHEREAS, through this stipulation, the Parties request that the Court enter

23   an order extending the current deadline for the MindGeek Defendants to file an

24   answer to Plaintiff's Third Amended Complaint to February 20, 2026;

25

26   [1] Plaintiff's deadline to file her Third Amended Complaint was previously extended
     by various stipulations and orders with Defendants. Prior to the filing of the Third
27   Amended Complaint, the Parties also filed three stipulations requesting an extension
     of the MindGeek Defendants' responsive pleading deadline. *See* Dkt. 613, 616, 619.

28
STIPULATION TO CONTINUE DEADLINE FOR MINDGEEK DEFENDANTS
TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1    WHEREAS, this is the MindGeek Defendants' first request to extend their

2  responsive pleading deadline since the Third Amended Complaint was filed on

3  December 15, 2025;

4    WHEREAS, good cause exists for the requested extension because Plaintiff's

5  Third Amended Complaint spans 136 pages and 444 paragraphs and asserts numerous

6  allegations of a sensitive nature and regarding the MindGeek Defendants' business

7  operations, requiring careful review and consideration. The MindGeek Defendants

8  have been working diligently to respond to the Third Amended Complaint by

9  reviewing the voluminous allegations and assessing all legal grounds. Further, the

10  MindGeek Defendants are also in the process of preparing responses to the similarly

11  lengthy complaints in the fourteen other actions.[2] The MindGeek Defendants

12  therefore require additional time to analyze Plaintiff's allegations and investigate the

13  pertinent facts in order to prepare their answer to the Third Amended Complaint;

14    NOW THEREFORE, the Parties hereby stipulate and agree to extend the

15  current deadline for the MindGeek Defendants to file an answer to Plaintiff's Third

16  Amended Complaint to **February 20, 2026**.

17  ///

18  ///

19

20  [2] *K.A. v. MindGeek S.à r.l.*, et al., No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal.

21  June 7, 2024); *L.T. v.MindGeek S.à r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-04795-WLH-ADS

22  (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-04801-

23  WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à r.l., et al.*, No.

24  2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à

25  r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

26  *W.P. v. MindGeek S.à r.l.*, et al., No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal.

27  June 20, 2024); and *J.L. v. MindGeek S.à r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

28

STIPULATION TO CONTINUE DEADLINE FOR MINDGEEK DEFENDANTS
TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3      Dated:  January 26, 2026          Respectfully submitted,

4                                        MINTZ LEVIN COHN FERRIS GLOVSKY
                                         AND POPEO, P.C.
5
                                         */s/  Arameh Z. O'Boyle*
6                                        Peter A. Biagetti
                                         Seth R. Goldman
7                                        LisaMarie F. Collins
                                         Arameh Z. O'Boyle
8                                        Esteban Morales
                                         Kerime S. Akoglu
9
                                         Attorneys for the MindGeek Defendants
10

11     Dated:  January 26, 2026          BRITHEM LLP

12                                       */s/  Lauren Tabaksblat*
                                         Michael J. Bowe
13                                       Lauren Tabaksblat

14                                       OLSON STEIN LLP
                                         David M. Stein
15                                       Nancy M. Olson

16                                       Counsel for Plaintiff

17

18                    **SIGNATURE CERTIFICATION**

19         Pursuant to Local Rules 5-4.3.4(a)(2)(i), I hereby certify that the contents of

20    this document are acceptable to counsel for Plaintiff, and that I obtained counsel's

21    authorization to file this document.

22
                                         */s/  Arameh Z. O'Boyle*
23                                       Arameh Z. O'Boyle

24

25

26

27

28
STIPULATION TO CONTINUE DEADLINE FOR MINDGEEK DEFENDANTS
TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT