| | |
|---|---|
| 1 | JAMES M. PEARL (Bar No. 198481) |
| 2 | James.Pearl@weil.com |
|   | KIAURA CLARK (Bar No. 336314) |
| 3 | Kiaura.Clark@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
|   | 1999 Avenue of The Stars, 18th Floor |
| 5 | Los Angeles, CA 90067 |
| 6 | Telephone: (213) 667-5100 |
|   | Facsimile: (213) 667-5111 |
| 7 | |
| 8 | *Attorneys for Defendants* |
|   | *Redwood Capital Management, LLC, Redwood* |
| 9 | *Master Fund, Ltd., Redwood Opportunity Master* |
| 10 | *Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and* |
|   | *White-Hathaway Opportunity Fund, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| 15 | Plaintiff, | **JOINT STIPULATION TO REQUEST** |
| 16 | v. | **(A) EXTENSION OF PAGE LIMIT** |
| 17 | | **FOR STIPULATING DEFENDANTS'** |
|   | MINDGEEK S.A.R.L. a foreign entity; | **RESPONSES TO PLAINTIFF'S** |
| 18 | MG FREESITES, LTD., a foreign entity; | **THIRD AMENDED COMPLAINT IN** |
| 19 | MINDGEEK USA INCORPORATED, a | ***FLEITES* AND (B) LIMITED** |
|   | Delaware corporation; MG PREMIUM | **COORDINATION FOR PURPOSES** |
| 20 | LTD, a foreign entity; MG GLOBAL | **OF RESPONDING TO THIRD** |
| 21 | ENTERTAINMENT INC., a Delaware | **AMENDED COMPLAINT IN** |
|   | corporation; 9219-1568 QUEBEC, INC., | ***FLEITES* AND AMENDED** |
| 22 | a foreign entity; BERND BERGMAIR, a | **COMPLAINTS IN ADDITIONAL** |
| 23 | foreign individual; FERAS ANTOON, a | **ACTIONS** |
|   | foreign individual; DAVID TASSILLO, a | |
| 24 | foreign individual; VISA INC., a | |
| 25 | Delaware corporation; REDWOOD | Courtroom: 9B |
|   | CAPITAL MANAGEMENT, LLC, a | Judge:      Hon. Wesley L. Hsu |
| 26 | Delaware corporation; REDWOOD | TAC Filed:  December 15, 2025 |
| 27 | MASTER FUND, LTD, a foreign entity; | |
|   | REDWOOD OPPORTUNITY MASTER | |
| 28 | FUND, LTD, a foreign entity; MANUEL | |

1  2018, LLC, a Delaware corporation;
2  GINGOGERUM , LLC, a Delaware
3  corporation; WHITE-HATHAWAY
   OPPORTUNITY FUND, LLC, a
4  Delaware corporation; COLBECK
   CAPITAL MANAGEMENT, LLC, a
5  Delaware corporation; CB MEDIA
6  VENTURES LLC, a Delaware
   corporation, CB AGENCY SERVICES,
7  LLC, a Delaware corporation; and CB
   PARTICIPATIONS SPV, LLC, a
8  Delaware corporation,
9
10       Defendant(s).
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), and Visa Inc. ("Visa"), (collectively, the "Stipulating Defendants") and Plaintiff Serena Fleites ("Plaintiff") (collectively with the Stipulating Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 23, 2024, Plaintiff Serena Fleites filed both a Motion to Amend the Caption and a Second Amended Complaint (the "SAC"), including against the Stipulating Defendants (ECF Nos. 384, 385, *Fleites v. MindGeek S.a.r.l. et al.,* Case No. 21-cv-04920-WLH-ADS) ("*Fleites*");

WHEREAS, between June 7, 2024 and August 20, 2024, Plaintiff's counsel filed fourteen (14) additional actions in the United States District Court for the Central District of California, each of which has been designated as "related" and assigned to the Honorable Wesley L. Hsu (the "Additional Actions")[1];

WHEREAS, on July 8, 2024 (ECF No. 405), and August 2, 2024 (ECF No. 424), the Court granted the Parties' joint stipulation in *Fleites* to increase the page limit of any motions to dismiss in response to the SAC to forty (40) pages;

WHEREAS, on August 20, 2024, in the Additional Actions, the Court granted the

---

[1] *N.L. v. MindGeek S.a.r.l.*, 2:24-cv-04788 (C.D. Cal. June 7, 2024*); J.L. v. MindGeek S.a.r.l.*, 2:24-cv-07046 (C.D. Cal. Aug. 20, 2024); *A.K. v. MindGeek S.a.r.l.*, 2:24-cv-05190 (C.D. Cal. June 20, 2024); *W.P. v. MindGeek S.a.r.l.*, 2:24-cv-05185 (C.D. Cal. June 20, 2024); *L.S. v. MindGeek S.a.r.l.*, 2:24-cv-05026 (C.D. Cal. June 14, 2024); *C.S. v. MindGeek S.a.r.l.*, 2:24-cv-04992 (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.a.r.l.*, 2:24-cv-04998 (C.D. Cal. June 13, 2024); *W.L. v. MindGeek S.a.r.l.*, 2:24-cv-04977 (C.D. Cal. June 13, 2024); *J.C. v. MindGeek S.a.r.l.*, 2:24-cv-04971 (C.D. Cal. June 12, 2024); *T.C. v. MindGeek S.a.r.l.*, 2:24-cv-04795 (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.a.r.l.*, 2:24-cv-04791 (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.a.r.l.*, 2:24-cv-04800 (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.a.r.l.*, 2:24-cv-04801 (C.D. Cal. June 7, 2024); N.Y. v. MindGeek S.a.r.l., 2:24-cv-04801 (C.D. Cal. June 7, 2024); *K.A. v. MindGeek S.a.r.l.*, 2:24-cv-04992 (C.D. Cal. June 7, 2024).

1  Parties' joint stipulation to increase the page limit of any motions to dismiss in response
2  to the complaints to forty (40) pages (*K.A.,* Dkt. 47);
3    WHEREAS, on October 9, 2024 (*K.A.,* Dkt. 54) and October 28, 2024 (*K.A.,* Dkt.
4  58), the Court granted the Parties' joint stipulation for limited coordination for briefing in
5  response to the complaints in the Additional Actions;
6    WHEREAS, the Stipulating Defendants ultimately filed motions to dismiss the
7  SAC in *Fleites*, omnibus motions to dismiss the complaints in one of the Additional
8  Actions, *K.A.*, and notices of filings in the remaining Additional Actions;
9    WHEREAS, on September 17, 2025, as to Redwood and Colbeck, the Court
10 dismissed the SAC in *Fleites* without prejudice (ECF No. 605);
11   WHEREAS, on October 15, 2025, as to Visa, the Court dismissed the SAC in
12 *Fleites* with prejudice as to certain claims, and without prejudice as to the remainder (ECF
13 No. 614);
14   WHEREAS, on November 6, 2025, the Court granted Redwood, Colbeck, and
15 Visa's motions to dismiss the complaints in the Additional Actions, on the same grounds
16 as set forth in *Fleites*, and incorporating its *Fleites* orders by reference (*K.A.,* Dkt. No.
17 166);
18   WHEREAS, on December 15, 2025, Plaintiff filed a Third Amended Complaint
19 ("TAC") in *Fleites*, and on December 16, 2025, filed First Amended Complaints ("FAC")
20 in the Additional Actions;
21   WHEREAS, on November 25, 2025, the Court granted the Parties' joint
22 stipulations in *Fleites* (ECF No. 621) and the Additional Actions (*K.A.,* Dkt. 170), which
23 set and coordinated the briefing schedule for any motions to dismiss the TAC and FACs;
24   WHEREAS, on January 23, 2026, the Parties agreed that, given the history of filing
25 omnibus briefing and the Stipulating Defendants' plan to file omnibus motions to dismiss
26 as to all cases in *Fleites*, good cause exists to provide the Stipulating Defendants an
27 increase in the number of pages for their motions to dismiss the TAC and FACs, not to
28

exceed thirty-five (35) pages[2];

IT IS THEREFORE STIPULATED AND AGREED that there is good cause for the Court to permit the Stipulating Defendants to file omnibus motions to dismiss the TAC and FACs in *Fleites*, and allow an increase in the page limit of those omnibus motions to dismiss, not to exceed thirty-five (35) pages.

Accordingly, the Parties respectfully request that this Court permit the Stipulating Defendants to file omnibus motions to dismiss the TAC and FACs in *Fleites*, not to exceed thirty-five (35) pages, and enter the [Proposed] Order concurrently filed with this Joint Stipulation.

IT IS SO STIPULATED.

Dated: January 26, 2026               WEIL, GOTSHAL & MANGES LLP

                        By:    /s/ James M. Pearl
                               JAMES M. PEARL
                               KIAURA CLARK

                               *Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund*

Dated: January 26, 2026               WHITE & CASE LLP

                        By:    /s/ David G. Hille
                               DAVID G. HILLE
                               KEVIN C. ADAM
                               RUSSELL J. GOULD

                               *Attorneys for Defendants Colbeck Capital Management LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC*

---

[2] The Stipulating Defendants also indicated that they would be willing to stipulate to a similar extension on Plaintiffs' opposition briefs.

3

JOINT STIPULATION RE EXTENSION OF PAGE LIMIT AND REQUEST FOR LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO TAC AND FACS IN ADDITIONAL ACTIONS

| | | |
|---|---|---|
| Dated: January 26, 2026 | | WEIL, GOTSHAL & MANGES LLP |
| | By: | /s/ Andrew S. Tulumello |
| | | ANDREW S. TULUMELLO |
| | | *Attorney for Defendant Visa Inc.* |
| Dated: January 26, 2026 | | BRITHEM LLP |
| | By: | /s/ Lauren Tabaksblat |
| | | MICHAEL J. BOWE |
| | | LAUREN TABAKSBLAT |
| | | *Attorneys for Plaintiff Serena Fleites* |

## ATTESTATION STATEMENT

I, James M. Pearl, the filer of this Stipulation, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: January 26, 2026 | | **WEIL, GOTSHAL & MANGES LLP** |
| | By: | /s/ James M. Pearl |
| | | JAMES M. PEARL |

4

JOINT STIPULATION RE EXTENSION OF PAGE LIMIT AND REQUEST FOR LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO TAC AND FACS IN ADDITIONAL ACTIONS