David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:   (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>              Plaintiff,<br><br>       v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>              Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DECLARATION OF DAVID G. HILLE IN SUPPORT OF DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S OMNIBUS MOTION TO DISMISS** |

## <u>DECLARATION OF DAVID G. HILLE</u>

I, David G. Hille, declare as follows:

1. I am a partner of White & Case LLP, attorneys for Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") in connection with the following fifteen actions before the Court ("Actions"):

    a. *Fleites v. MindGeek S.A.R.L., et al.*, No 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021);

    b. *K.A. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024);

    c. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

    d. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

    e. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

    f. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

    g. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

    h. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

    i. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

    j. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

    k. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

l. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

m. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

n. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

o. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

2. I have been granted permission by this Court to appear *pro hac vice* as counsel for the CB Defendants in the Actions. I have personal knowledge of the facts stated herein and could testify competently thereto if called to do so.

3. Pursuant to Local Civil Rule 7-3, counsel for the CB Defendants and counsel for Plaintiffs met and conferred by video conference on January 21, 2026, regarding the CB Defendants' Omnibus Motion to Dismiss. During the conference, counsel for the CB Defendants indicated that the CB Defendants would move to dismiss Plaintiffs' Third Amended Complaint (*Fleites*) and the parallel amended complaints in the remaining Actions under Rules 8(a), 9(b), 12(b)(6), and 15(a)(2) of the Federal Rules of Civil Procedure, principally on the basis that the amended complaints did not overcome the weaknesses identified by the Court in its Order dismissing the prior complaints. Counsel for Plaintiffs indicated that they would oppose the motion. The parties were unable to reach a resolution that eliminated the necessity for the Omnibus Motion to Dismiss.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of January 2026, at New York, New York.

By: _____
David G. Hille

- 3 -