David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:   (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>                 Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>                 Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL THEIR OMNIBUS MOTION TO DISMISS** |

Pursuant to Local Civil Rule 79-5.2.2(a), Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") hereby apply for leave to file under seal the redacted text in the CB Defendants' Omnibus Motion to Dismiss Plaintiffs' Complaints ("Omnibus Motion to Dismiss").

This Application is based on this Application; the Declaration of Kevin C. Adam in Support of the Application; the proposed order granting the Application; and unredacted version of the document proposed to be filed under seal.

The ***Omnibus Motion to Dismiss***' limited redacted text comprises confidential content from the following documents:

- The Third Amended Complaint in *Fleites*, which is filed provisionally under seal. *Fleites*, Dkt. No. 623-1.
- A Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011.  *Fleites*, Dkt. No. 444-3.
- A Loan Agreement dated October 18, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013.  *Fleites*, Dkt. No. 444-4.
- A Confidential Information Memorandum of Manwin Holding S.à.r.l. prepared by Raymond Chabot Grant Thornton dated April 2013. *Fleites*, Dkt. No. 450-2.

As explained in the Adam Declaration in Support of the Application, compelling reasons exist to seal the redacted text in the Omnibus Motion to Dismiss. The nature and confidentiality of the redacted text in the Omnibus Motion to Dismiss outweigh the public's interest in access to them.

---

[1] "MindGeek Borrowers" has the same meaning as defined in the Omnibus Motion to Dismiss.

CB DEFENDANTS' APPLICATION TO FILE UNDER SEAL

Pursuant to the Court's Standing Order (ECF No. 17 at 8) and Local Civil Rule 79-5.2.2(a), counsel for the CB Defendants met and conferred with counsel for Plaintiffs, beginning on January 15, 2026, and continuing through today, regarding the matter of sealing materials in this matter.  On January 28, 2026, counsel for the CB Defendants informed counsel for Plaintiffs of their intent to file this application and sought Plaintiffs' position.  As of this filing, Plaintiffs have not responded, but counsel for Plaintiffs indicated previously they opposed sealing the documents on which the redacted text in the Omnibus Motion to Dismiss is based.

For the foregoing reasons, the CB Defendants respectfully request that the Court grant this Application and seal the redacted text in the CB Defendants' Omnibus Motion to Dismiss.

Dated:  January 30, 2026

WHITE & CASE LLP


By:   */s/ Kevin C. Adam*
            Kevin C. Adam

Attorneys for Defendants
COLBECK CAPITAL
MANAGEMENT, LLC; CB MEDIA
VENTURES DD, LLC; CB AGENCY
SERVICES, LLC; and CB
PARTICIPATIONS SPV, LLC