JAMES M. PEARL (Bar No. 198481)
James.Pearl@weil.com
KIAURA CLARK (Bar No. 336314)
Kiaura.Clark@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, CA 90067
Telephone: (213) 667-5100
Facsimile: (213) 667-5111

ZACHARY J. TRIPP (*pro hac vice* forthcoming)
Zack.Tripp@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

*Attorneys for Defendants*
*Redwood Capital Management, LLC, Redwood*
*Master Fund, Ltd., Redwood Opportunity Master*
*Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and*
*White-Hathaway Opportunity Fund, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a | Case No. 2:21-cv-04920-WLH-ADS<br><br>**NOTICE OF REDWOOD DEFENDANTS' OMNIBUS MOTION TO DISMISS PLAINTIFF SERENA FLEITES' THIRD AMENDED COMPLAINT AND FIRST AMENDED COMPLAINTS IN RELATED CASES**<br><br>Date:        April 24, 2026<br>Time:        1:30 PM<br>Courtroom:   9B<br>Judge:       Hon. Wesley L. Hsu |

REDWOOD DEFENDANTS' OMNIBUS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF SERENA
FLEITES' THIRD AMENDED COMPLAINT AND FIRST AMENDED COMPLAINTS IN RELATED CASES
CASE NO. 2:21-CV-04920-WLH-ADS

foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND, LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOGERUM , LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware corporation; CB MEDIA VENTURES LLC, a Delaware corporation, CB AGENCY SERVICES, LLC, a Delaware corporation; and CB PARTICIPATIONS SPV, LLC, a Delaware corporation,

　　　　Defendant(s).

REDWOOD DEFENDANTS' OMNIBUS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF SERENA FLEITES' THIRD AMENDED COMPLAINT AND FIRST AMENDED COMPLAINTS IN RELATED CASES
CASE NO. 2:21-CV-04920-WLH-ADS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on April 24, 2026, at 1:30 p.m., or as soon thereafter as the parties may be heard, in the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, before the Honorable Wesley L. Hsu in Courtroom 9B, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC and White-Hathaway Opportunity Fund, LLC (collectively, the "Redwood Defendants") will, and hereby do, move this Court to dismiss Plaintiffs' claims against the Redwood Defendants, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).  The Redwood Defendants bring this omnibus motion in accordance with the parties' Joint Stipulation to Request Limited Coordination for Purposes of Responding to Third Amended Complaint in *Fleites* and Amended Complaints in Additional Actions (ECF No. 632).

The Redwood Defendants bring this omnibus motion on the grounds that: (i) Plaintiff Serena Fleites' Third Amended Complaint ("TAC") and Plaintiffs A.K., W.P., L.S., W.L., C.S., S.O., J.C., K.A., N.L., T.C., X.N., N.Y., L.T., and J.L.'s First Amended Complaints ("FAC") do not state a claim for relief against the Redwood Defendants under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 USC § 1591(a)(2) or any other secondary liability theory (Count II); (ii) the TAC and FACs do not plausibly allege any conspiracy claim against the Redwood Defendants (Counts III and XII); (iii) the TAC and FACs do not plausibly allege any claims for relief under California state law (Count X); and (iv) dismissal with prejudice is warranted because any amendment to the TAC and FACs would be futile.

This omnibus motion to dismiss covers claims brought by Plaintiffs against the Redwood Defendants in the above-captioned proceeding, *Serena Fleites v. MindGeek S.à.r.l.*, Case No. 2:21-cv-04920-WLH-ADS, as well as the following cases:

*K.A. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7,

REDWOOD DEFENDANTS' OMNIBUS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF SERENA FLEITES' THIRD AMENDED COMPLAINT AND FIRST AMENDED COMPLAINTS IN RELATED CASES
CASE NO. 2:21-CV-04920-WLH-ADS

2024); *L.T. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04791-WLHADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv04788-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *C.S. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04992- WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *W.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *A.K. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); *W.P. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

This omnibus motion is based upon this Notice of Motion, all other pleadings and papers on file herein, and such other argument and evidence as may be presented to the Court.

This omnibus motion is made following the conference of counsel, pursuant to Local Rule 7-3, which took place via Zoom videoconference January 21, 2026.

Dated: January 30, 2026

WEIL, GOTSHAL & MANGES LLP

By: /s/James M. Pearl

JAMES M. PEARL
*Attorneys for Defendants*
*Redwood Capital Management, LLC,*
*Redwood, Master Fund, Ltd., Redwood*
*Opportunity Master Fund, Ltd., Manuel*
*2018, LLC, Ginogerum, LLC, and White-*
*Hathaway Opportunity Fund, LLC*