**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENA FLEITES,<br><br>             Plaintiff,<br>     v.<br>MINDGEEK S.À R.L, et al.,<br><br>             Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC. TO FILE ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT 631]** |

On January 26, 2026, Plaintiff Serena Fleites ("Plaintiff") and Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants") (together, the "Parties"), by and through their undersigned counsel, filed a Stipulation to Continue Deadline for Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. to File Answer to Plaintiff's Third Amended Complaint [ECF No. 631] (the "Stipulation").

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

• The MindGeek Defendants shall file their Answer no later than February 20, 2026.

**IT IS SO ORDERED.**

Dated: February 10, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE