UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware corporation; REDWOOD MASTER FUND LTD, a foreign entity; REDWOOD OPPORTUNITY MASTER FUND LTD, a foreign entity; MANUEL 2018, LLC, a Delaware corporation; GINGOERUM , LLC, a Delaware corporation; WHITE-HATHAWAY OPPORTUNITY FUND, LLC, a Delaware corporation; COLBECK CAPITAL MANAGEMENT, LLC, a | Case No. 2:21-cv-04920-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST (A) EXTENSION OF PAGE LIMIT FOR STIPULATING DEFENDANTS' RESPONSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT IN *FLEITES* AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO THIRD AMENDED COMPLAINT IN *FLEITES* AND AMENDED COMPLAINTS IN ADDITIONAL ACTIONS** |

1  Delaware corporation; CB MEDIA
2  VENTURES LLC, a Delaware
   corporation, CB AGENCY SERVICES,
3  LLC, a Delaware corporation; and CB
4  PARTICIPATIONS SPV, LLC, a
   Delaware corporation,
5
6        Defendant(s).
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  On January 26, 2026, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund (collectively, "Redwood"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "Colbeck"), and Visa Inc. ("Visa"), (collectively, the "Stipulating Defendants") and Plaintiff Serena Fleites ("Plaintiff") (collectively with the Stipulating Defendants, the "Parties") filed a Joint Stipulation to Request (A) Extension of Page Limit For Stipulating Defendants' Responses to Plaintiff's Third Amended Complaint in *Fleites* and (B) Limited Coordination for Purposes of Responding to Third Amended Complaint in *Fleites* and Amended Complaints in Additional Actions[1] (the "Joint Stipulation").

Pursuant to the Joint Stipulation, the Parties stipulate and agree to permit the Stipulating Defendants to file omnibus motions to dismiss the Third Amended Complaint ("TAC") and the Additional Actions' First Amended Complaints ("FAC") in *Fleites*, and to extend the Stipulating Defendants' page limit for the omnibus motions to dismiss, not to exceed thirty-five (35) pages.

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. Stipulating Defendants shall be permitted to file omnibus motions to dismiss the TAC and FACs in *Fleites*;

2. Stipulating Defendants shall be allowed an extension of the page limit for

---

[1] The Additional Actions are *N.L. v. MindGeek S.a.r.l.*, 2:24-cv-04788 (C.D. Cal. June 7, 2024); *J.L. v. MindGeek S.a.r.l.*, 2:24-cv-07046 (C.D. Cal. Aug. 20, 2024); *A.K. v. MindGeek S.a.r.l.*, 2:24-cv-05190 (C.D. Cal. June 20, 2024); *W.P. v. MindGeek S.a.r.l.*, 2:24-cv-05185 (C.D. Cal. June 20, 2024); *L.S. v. MindGeek S.a.r.l.*, 2:24-cv-05026 (C.D. Cal. June 14, 2024); *C.S. v. MindGeek S.a.r.l.*, 2:24-cv-04992 (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.a.r.l.*, 2:24-cv-04998 (C.D. Cal. June 13, 2024); *W.L. v. MindGeek S.a.r.l.*, 2:24-cv-04977 (C.D. Cal. June 13, 2024); *J.C. v. MindGeek S.a.r.l.*, 2:24-cv-04971 (C.D. Cal. June 12, 2024); *T.C. v. MindGeek S.a.r.l.*, 2:24-cv-04795 (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.a.r.l.*, 2:24-cv-04791 (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.a.r.l.*, 2:24-cv-04800 (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.a.r.l.*, 2:24-cv-04801 (C.D. Cal. June 7, 2024); N.Y. v. MindGeek S.a.r.l., 2:24-cv-04801 (C.D. Cal. June 7, 2024); *K.A. v. MindGeek S.a.r.l.*, 2:24-cv-04992 (C.D. Cal. June 7, 2024).

the omnibus motions to dismiss, not to exceed thirty-five (35) pages.

**IT IS SO ORDERED.**

DATE: February 10, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE