Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued
on next page]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff,<br>v. | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| MINDGEEK S.À R.L., et al., | **ANSWER BY DEFENDANTS MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC. TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| Defendants. | |
| | Complaint Filed: June 17, 2021<br>Trial Date:         Not Set Yet |

1    Arameh Z. O'Boyle (SBN 239495)
     azoboyle@mintz.com
2    Esteban Morales Fabila (SBN 273948)
     emorales@mintz.com
3    MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
     2049 Century Park East, Suite 300
4    Los Angeles, CA 90067
     Telephone: (310) 586-3200
5    Facsimile: (310) 586-3202

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the "MindGeek Defendants" or "Defendants") hereby submit this Answer in response to the Third Amended Class Action Complaint ("Complaint") of Plaintiff Serena Fleites ("Plaintiff") as follows:

Defendants deny each and every allegation, statement, matter and thing contained in Plaintiff's Complaint except as it is hereinafter expressly admitted or alleged.

## **INTRODUCTION**

1.  The MindGeek Defendants deny the allegations in Paragraph 1.

2.  The MindGeek Defendants deny the allegations in Paragraph 2.

3.  The MindGeek Defendants deny the allegations in Paragraph 3.

4.  The MindGeek Defendants admit that the user uploads an image and adds the descriptive content, including titles, tags and categories, to the content. The MindGeek Defendants further admit that the content is cataloged and organized on the websites. The MindGeek Defendants deny that they create, develop, author, materially contribute to, or substantially alter user-uploaded content or descriptive information, and deny that they are content creators with respect to the user-submitted material described in Paragraph 4. The MindGeek Defendants deny the remaining allegations in Paragraph 4.

5.  The MindGeek Defendants deny the allegations in Paragraph 5, including Plaintiff's characterization of MindGeek's conduct as collaborative content development or as going beyond the neutral provision of a platform.

6.  The MindGeek Defendants deny the allegations in Paragraph 6.

7.  The MindGeek Defendants deny the allegations in Paragraph 7. To the extent Paragraph 7 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck Capital ("Colbeck"), the MindGeek Defendants lack knowledge

or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

8.    The MindGeek Defendants admit that Colbeck and Redwood entities provided loans to entities in the MindGeek corporate family. To the extent Paragraph 8 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 8.

9.    The MindGeek Defendants deny the allegations in Paragraph 9. To the extent Paragraph 9 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

10.    The MindGeek Defendants deny the allegations in Paragraph 10, including the allegations that they knowingly or intentionally participated in any trafficking enterprise, profited from child sexual abuse material, or engaged in any unlawful conduct. To the extent this Paragraph alleges the personal experiences, feelings, or circumstances of Plaintiff, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

## **PARTIES**

### **Plaintiff**

11.    The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

**Defendants**

12. The MindGeek Defendants admit that MG Freesites, Ltd. ("MG Freesites") (d/b/a Pornhub) is a foreign company incorporated in the Republic of Cyprus with a principal place of business at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus, 2540. The MindGeek Defendants admit that MG Freesites conducts business in the United States, including in this District. The MindGeek Defendants admit that MG Freesites operates, and/or manages one or several of the pornographic websites owned by MindGeek, including Pornhub. The MindGeek Defendants deny the remaining allegations in Paragraph 12.

13. The MindGeek Defendants admit that Defendant MindGeek USA Incorporated ("MindGeek USA") is a corporation incorporated in the state of Delaware. The MindGeek Defendants deny the remaining allegations in Paragraph 13.

14. The MindGeek Defendants admit that Defendant MG Premium Ltd. ("MG Premium") is a foreign company incorporated in the Republic of Cyprus with a principal place of business at 195-197 Old Nicosia-Limassol Road, Block 1 Dali Industrial Zone, Cyprus, 2540. The MindGeek Defendants admit that MG Premium conducts business throughout the United States, including within this District. The MindGeek Defendants admit that MG Premium operates certain MindGeek premium and pay sites. The MindGeek Defendants admit that that premium sites operated by MG Premium advertise on Pornhub and other MindGeek tubesites. The MindGeek Defendants deny the remaining allegations in Paragraph 14.

15. The MindGeek Defendants admit that Defendant MG Global Entertainment, Inc. ("MG Global Entertainment") is a corporation incorporated in the state of Delaware. The MindGeek Defendants deny the remaining allegations in Paragraph 15.

16. The MindGeek Defendants admit that Defendant 9219-1568 Quebec, Inc. ("9219") is a company organized and existing under the laws of the Province of

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Quebec with a principal place of business located in Montreal. The MindGeek
Defendants admit that 9219 directly employed Feras Antoon and David Tassillo. The
MindGeek Defendants deny the remaining allegations in Paragraph 16.

17.    The MindGeek Defendants lack information or knowledge sufficient to
form a belief as to the truth of the allegations in Paragraph 17 as to Colbeck and
therefore deny them. The MindGeek Defendants deny the remaining allegations in
Paragraph 17.

18.    The MindGeek Defendants lack information or knowledge sufficient to
form a belief as to the truth of the allegations in Paragraph 18 as to Redwood and
therefore deny them. The MindGeek Defendants deny the remaining allegations in
Paragraph 18.

19.    The MindGeek Defendants admit that Visa recognized certain MindGeek
Defendants as an authorized merchant and processed payment to certain websites
associated with MindGeek, and continued processing payments until 2022. To the
extent Paragraph 19 alleges the conduct, knowledge, intent, motivations, or business
practices of Visa or other third parties, the MindGeek Defendants lack knowledge or
information sufficient to form a belief as to the truth of such allegations and therefore
deny them.

## JURISDICTION AND VENUE

20.    Paragraph 20 contains legal conclusions to which no response is required.
To the extent a response is required, the MindGeek Defendants admit the Complaint
alleges violations of the laws cited in Paragraph 20.

21.    Paragraph 21 contains legal conclusions to which no response is required.
To the extent a response is required, the MindGeek Defendants admit that subject-
matter jurisdiction is proper at this time based on the information available to the
MindGeek Defendants.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

22.     Paragraph 22 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants admit that they do not contest this Court's personal jurisdiction over them in this case.

23.     Paragraph 23 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants admit that they do not contest this Court's personal jurisdiction over them in this case.

24.     The MindGeek Defendants admit the tubesites are accessible in California. The MindGeek Defendants deny that they have offices in this District. MG Freesites, MG Premium, and 9219 deny that they have offices in the United States. The MindGeek Defendants lack information or knowledge sufficient to form a belief as the truth of the allegations in Paragraph 24 as to Visa and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 24.

25.     The MindGeek Defendants admit that MG Freesites and MG Premium operate websites accessible in the United States and California. Paragraph 25 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 25. The MindGeek Defendants deny the remaining allegations in Paragraph 25.

26.     The MindGeek Defendants admit that websites operated by MG Freesites and MG Premium host videos and images, that those videos and images are available in the United States and California, and that MG Freesites and MG Premium process revenue from California. The MindGeek Defendants deny the remaining allegations in Paragraph 26.

27.     The MindGeek Defendants admit that certain of the MindGeek Defendants derive profits from U.S.-based users, including from California-based users. The MindGeek Defendants admit that the tubesites received an average of 3.17 trillion monthly web impressions in 2020. The MindGeek Defendants admit that, as of 2019, Los Angeles was the city with the fourth highest volume of Pornhub.com usage in the world. To the extent Paragraph 27 alleges the financial information of

third parties, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 27.

28.   The MindGeek Defendants admit that certain of the MindGeek Defendants profit from United States users, including California residents, by selling advertising directed at United States-based citizens and California residents on MindGeek's tubesites, selling MindGeek's Pornhub Premium service to United States residents and California residents, and selling United States citizens and California residents a license to view MindGeek's ModelHub content. The MindGeek Defendants deny the remaining allegations in Paragraph 28.

29.   The MindGeek Defendants deny the allegations in Paragraph 29.

30.   Paragraph 30 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 30.

## FACTUAL BACKGROUND

### I.   MINDGEEK'S BASIC BUSINESS MODEL

31.   The MindGeek Defendants admit that MG Freesites and MG Premium operate websites commercializing pornography, including tubesites with free content, and sites where users pay for access. The MindGeek Defendants admit that users can become "verified" users or members of MindGeek's "ModelHub" program and potentially earn revenues from their content if multiple conditions are met, including agreeing to the terms of service. The MindGeek Defendants deny the remaining allegations in Paragraph 31.

32.   The MindGeek Defendants deny the allegations in Paragraph 32. To the extent Paragraph 32 alleges the motivations, preferences, conduct, or experiences of users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

33.    Paragraph 33 contains legal conclusions to which no response is required. To the extent the allegations in Paragraph 33 purport to quote, characterize, or summarize a document or website content, such material speaks for itself. The MindGeek Defendants deny the allegations in Paragraph 33, including Plaintiff's characterization of MindGeek engaging in the creation, development, editing, or substantive modification of user-submitted content. The MindGeek Defendants deny the remaining allegations in Paragraph 33.

34.    Paragraph 34 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 34.

35.    The MindGeek Defendants deny the allegations in Paragraph 35. To the extent Paragraph 35 alleges the motivations, intent, conduct, or experiences of users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

36.    The MindGeek Defendants deny the allegations in Paragraph 36. To the extent the allegations in Paragraph 36 purport to quote, characterize, or summarize a document, such document speaks for itself.

37.    The MindGeek Defendants admit that certain MindGeek Defendants advertise MindGeek and third-party "premium" pornographic sites or services and sell advertising for non-pornographic third-party products and services. The MindGeek Defendants deny the remaining allegations in Paragraph 37.

38.    The MindGeek Defendants admit that certain MindGeek Defendants engage in Search Engine Optimization or ("SEO"). To the extent the allegations in Paragraph 38 purport to quote, characterize, or summarize a document or website content, such materials speaks for itself. The MindGeek Defendants deny the remaining allegations in Paragraph 38.

39.    The MindGeek Defendants deny the allegations in Paragraph 39, including the allegation that MindGeek's Terms of Service "are not enforced or real."

To the extent the allegations in Paragraph 39 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

40. The MindGeek Defendants deny the allegations in Paragraph 40, including the allegation that violative TOS content is omnipresent on the platform. To the extent the allegations in Paragraph 40 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

## II.    MINDGEEK'S TRAFFICKING VENTURE

### A.    The Pre-Online Porn Industry

41. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore deny them.

42. Paragraph 42 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 42.

43. Paragraph 43 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 43.

44. Paragraph 44 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 44.

45. Paragraph 45 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 45.

46. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 46 and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1

**B.     MindGeek's "Unrestricted Content" Business Model**

2

47.    The MindGeek Defendants lack information or knowledge sufficient to

3

form a belief as to the truth of the allegations in Paragraph 47 and therefore deny

4

them. To the extent the allegations in Paragraph 47 purport to quote, characterize, or

5

summarize a document, such document speaks for itself.

6

48.    The MindGeek Defendants deny the allegations in Paragraph 48.

7

49.    The MindGeek Defendants admit that certain MindGeek Defendants

8

engaged in Search Engine Optimization ("SEO"). The MindGeek Defendants deny

9

Plaintiff's allegations regarding the purpose, motivation, or use of SEO, including the

10

characterization that SEO drove or prioritized any alleged use of nonconsensual

11

content. To the extent Paragraph 49 attributes statements, opinions, or

12

characterizations to third parties, the MindGeek Defendants lack knowledge or

13

information sufficient to form a belief as to the truth of such allegations and therefore

14

deny them. The MindGeek Defendants deny the remaining allegations in Paragraph

15

49.

16

50.    The MindGeek Defendants deny the allegations in Paragraph 50. To the

17

extent Paragraph 50 attributes statements, opinions, or characterizations to third

18

parties, the MindGeek Defendants lack knowledge or information sufficient to form

19

a belief as to the truth of such allegations and therefore deny them.

20

51.    The MindGeek Defendants deny the allegations in Paragraph 51.

21

**1.     MindGeek Systemically Ignores Pornography Laws**

22

52.    The MindGeek Defendants deny the allegations in Paragraph 52. To the

23

extent Paragraph 52 attributes statements, opinions, or characterizations to third

24

parties, the MindGeek Defendants lack knowledge or information sufficient to form

25

a belief as to the truth of such allegations and therefore deny them.

26

53.    The MindGeek Defendants admit that the United States has the highest

27

number of viewers of the websites operated by MindGeek Premium Ltd and

28

MindGeek Freesites Ltd. The MindGeek Defendants admit that certain of the

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

MindGeek Defendants earned revenues in the United States and processed payments through United States financial and banking institutions. The MindGeek Defendants deny the remaining allegations in Paragraph 53.

54.     The MindGeek Defendants deny the allegations in Paragraph 54.

55.     The MindGeek Defendants deny the allegations in Paragraph 55.

56.     The MindGeek Defendants admit that Aylo Holdings S.à r.l. signed the Deferred Prosecution Agreement ("DPA") in November 2023, and the content of the DPA is as set forth therein and is not disputed by the MindGeek Defendants. To the extent the allegations in Paragraph 56 purport to quote, characterize, or summarize a document, such document speaks for itself. The MindGeek Defendants deny the remaining allegations in Paragraph 56.

57.     The MindGeek Defendants deny the allegations in Paragraph 57.

58.     The MindGeek Defendants deny the allegations in Paragraph 58.

59.     To the extent Paragraph 59 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 59 purport to quote, characterize, or summarize a document or publication, such material speaks for itself. The MindGeek Defendants deny the remaining allegations in Paragraph 59, including the characterizations, conclusions, and implications attributed to the publication alleged in Paragraph 59.

**2.     MindGeek's Faux Moderation Process.**

60.     The MindGeek Defendants deny the allegations in Paragraph 60.

61.     The MindGeek Defendants deny the allegations in Paragraph 61.

62.     The MindGeek Defendants deny the allegations in Paragraph 62, including Plaintiff's characterization of MindGeek's motive. To the extent Paragraph 62 attributes statements, opinions, or characterizations to third parties, the MindGeek

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

63.     The MindGeek Defendants deny the allegations in Paragraph 63, including Plaintiff's characterization of the conduct or actions of a MindGeek spokesperson. To the extent Paragraph 63 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

64.     The MindGeek Defendants deny the allegations in Paragraph 64. To the extent Paragraph 64 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

65.     The MindGeek Defendants deny the allegations in Paragraph 65. To the extent Paragraph 65 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

66.     The MindGeek Defendants deny the allegations in Paragraph 66. To the extent Paragraph 66 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 66 purport to quote, characterize, or summarize a document or publication, such material speaks for itself.

67.     The MindGeek Defendants deny the allegations in Paragraph 67.

68.     The MindGeek Defendants deny the allegations in Paragraph 68.

69.     The MindGeek Defendants deny the allegations in Paragraph 69. To the extent Paragraph 69 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1   70.   The MindGeek Defendants deny the allegations in Paragraph 70,

2   including Plaintiff's characterization of the conduct or actions of MindGeek

3   moderators. To the extent Paragraph 70 attributes statements, opinions, or

4   characterizations to third parties, the MindGeek Defendants lack knowledge or

5   information sufficient to form a belief as to the truth of such allegations and therefore

6   deny them.

7   71.   The MindGeek Defendants deny the allegations in Paragraph 71,

8   including Plaintiff's characterization of the conduct or actions of MindGeek

9   employees. To the extent Paragraph 71 attributes statements, opinions, or

10   characterizations to third parties, the MindGeek Defendants lack knowledge or

11   information sufficient to form a belief as to the truth of such allegations and therefore

12   deny them.

13   72.   The MindGeek Defendants deny the allegations in Paragraph 72,

14   including Plaintiff's characterization of the conduct or actions of MindGeek

15   employees. To the extent Paragraph 72 attributes statements, opinions, or

16   characterizations to third parties, the MindGeek Defendants lack knowledge or

17   information sufficient to form a belief as to the truth of such allegations and therefore

18   deny them.

19   73.   The MindGeek Defendants deny the allegations in Paragraph 73. To the

20   extent Paragraph 73 attributes statements, opinions, or characterizations to third

21   parties, the MindGeek Defendants lack knowledge or information sufficient to form

22   a belief as to the truth of such allegations and therefore deny them.

23   74.   The MindGeek Defendants deny the allegations in Paragraph 74. To the

24   extent Paragraph 74 attributes statements, opinions, or characterizations to third

25   parties, the MindGeek Defendants lack knowledge or information sufficient to form

26   a belief as to the truth of such allegations and therefore deny them. To the extent the

27   allegations in Paragraph 74 purport to quote, characterize, or summarize a document

28   or website content, such material speaks for itself.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

75. The MindGeek Defendants deny the allegations in Paragraph 75. To the extent Paragraph 75 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 75 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

76. The MindGeek Defendants deny the allegations in Paragraph 76. To the extent Paragraph 76 attributes statements, tags, titles, or other content to users or other content to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 76 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

77. The MindGeek Defendants deny the allegations in Paragraph 77. To the extent Paragraph 77 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 77 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

78. The MindGeek Defendants deny the allegations in Paragraph 78, including Plaintiff's characterization of any recommendation or search features. To the extent Paragraph 78 characterizes videos from third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

79. The MindGeek Defendants deny the allegations in Paragraph 79. To the extent Paragraph 79 attributes statements or other content to users or other content to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

80.    The MindGeek Defendants deny the allegations in Paragraph 80, including Plaintiff's characterization of any recommendation or search features. To the extent Paragraph 80 attributes statements, tags, titles, or other content to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

81.    The MindGeek Defendants deny the allegations in Paragraph 81.

82.    The MindGeek Defendants deny the allegations in Paragraph 82. To the extent Paragraph 82 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

83.    The MindGeek Defendants deny the allegations in Paragraph 83. To the extent Paragraph 83 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

84.    The MindGeek Defendants deny the allegations in Paragraph 84. To the extent Paragraph 84 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 84 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

85.    The MindGeek Defendants deny the allegations in Paragraph 85. To the extent Paragraph 85 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 85 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

86.    The MindGeek Defendants deny the allegations in Paragraph 86.

87.    The MindGeek Defendants deny the allegations in Paragraph 87. To the extent Paragraph 87 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

88.    The MindGeek Defendants deny the allegations in Paragraph 88. To the extent Paragraph 88 attributes statements, opinions, or characterizations to users or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

89.    The MindGeek Defendants deny the allegations in Paragraph 89.

90.    The MindGeek Defendants admit that they registered with NCMEC as an electronic service provider by 2020. The MindGeek Defendants deny the remaining allegations in Paragraph 90. To the extent Paragraph 90 alleges the conduct, knowledge, or statements of third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

91.    The MindGeek Defendants admit that they were registered with NCMEC as an electronic service provider by 2020. The MindGeek Defendants deny the remaining allegations in Paragraph 91. To the extent Paragraph 91 alleges the conduct, knowledge, or statements of third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

92.    The MindGeek Defendants admit that their applicable websites describe the moderation processes, but deny Plaintiff's characterization that those practices are false. The MindGeek Defendants deny the remaining allegations in Paragraph 92.

93.    The MindGeek Defendants deny the allegations in Paragraph 93. To the extent Paragraph 93 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or

information sufficient to form a belief as to the truth of such allegations and therefore deny them.

94. The MindGeek Defendants deny the allegations in Paragraph 94, including Plaintiff's characterization of any testimony given by Antoon or Tassillo. To the extent Paragraph 94 attributes statements, testimony, or representations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

95. The MindGeek Defendants deny the allegations in Paragraph 95, including Plaintiff's characterization of any statements attributed to alleged whistleblowers and any findings, conclusions, or opinions attributed to the Canadian Privacy Commissioner or other publications. To the extent Paragraph 95 attributes statements, opinions, findings, or characterizations to third parties or governmental bodies, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

### 3. MindGeek's SEO Technology Actively Commercialized Nonconsensual Content

96. The MindGeek Defendants deny the allegations in Paragraph 96.

97. The MindGeek Defendants deny the allegations in Paragraph 97, including Plaintiff's characterization of MindGeek's content moderation practices, use of SEO, or alleged intent or motivation. To the extent Paragraph 97 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

98. The MindGeek Defendants deny the allegations in Paragraph 98.

99. The MindGeek Defendants deny the allegations in Paragraph 99.

100. The MindGeek Defendants deny the allegations in Paragraph 100, including Plaintiff's allegation that MindGeek is specifically targeting viewers who are interested in child pornography. To the extent the allegations in Paragraph 100

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

purport to quote, characterize, or summarize a document, such document speaks for itself.

101. The MindGeek Defendants deny the allegations in Paragraph 101, including Plaintiff's characterization of MindGeek engaging in the creation, development, editing, or substantive modification of user-submitted content. To the extent Paragraph 101 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

102. The MindGeek Defendants deny the allegations in Paragraph 102.

103. The MindGeek Defendants deny the allegations in Paragraph 103.

104. The MindGeek Defendants deny the allegations in Paragraph 104. To the extent the allegations in Paragraph 104 purport to quote, characterize, or summarize a document, such document speaks for itself.

105. The MindGeek Defendants admit that certain MindGeek Defendants place and sell advertisements on certain websites. The MindGeek Defendants deny the remaining allegations in Paragraph 105.

106. The MindGeek Defendants deny the allegations in Paragraph 106.

107. The MindGeek Defendants deny the allegations in Paragraph 107.

108. The MindGeek Defendants deny the allegations in Paragraph 108.

109. The MindGeek Defendants deny the allegations in Paragraph 109.

110. The MindGeek Defendants deny the allegations in Paragraph 110.

111. The MindGeek Defendants deny the allegations in Paragraph 111 including subparts (a) through (f) and specifically deny any knowledge of the existence or accuracy of the material referenced. To the extent Paragraph 111 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

112. The MindGeek Defendants deny the allegations in Paragraph 112.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

113. The MindGeek Defendants deny the allegations in Paragraph 113 and specifically deny any knowledge of the existence or accuracy of the material referenced. To the extent the allegations in Paragraph 113 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

114. The MindGeek Defendants deny the allegations in Paragraph 114 and specifically deny any knowledge of the existence or accuracy of the material referenced. To the extent the allegations in Paragraph 114 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

115. The MindGeek Defendants deny the allegations in Paragraph 115 and specifically deny any knowledge of the existence or accuracy of the material referenced. To the extent the allegations in Paragraph 115 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

116. The MindGeek Defendants deny the allegations in Paragraph 116 and specifically deny any knowledge of the existence or accuracy of the material referenced. To the extent the allegations in Paragraph 116 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

117. The MindGeek Defendants deny the allegations in Paragraph 117 and specifically deny any knowledge of the existence or accuracy of the material referenced. To the extent the allegations in Paragraph 117 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

118. The MindGeek Defendants deny the allegations in Paragraph 118.

119. The MindGeek Defendants deny the allegations in Paragraph 119.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

120. The MindGeek Defendants deny the allegations in Paragraph 120. Paragraph 120 otherwise contains legal conclusions to which no response is required.

121. The MindGeek Defendants deny the allegations in Paragraph 121. Paragraph 121 otherwise contains legal conclusions to which no response is required.

### 4. MindGeek Produced Nonconsensual Content

122. The MindGeek Defendants deny the allegations in Paragraph 122.

123. The MindGeek Defendants deny the allegations in Paragraph 123.

124. The MindGeek Defendants deny the allegations in Paragraph 124. To the extent Paragraph 124 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

125. The MindGeek Defendants deny the allegations in Paragraph 125.

126. The MindGeek Defendants deny the allegations in Paragraph 126. To the extent Paragraph 126 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

127. The MindGeek Defendants deny the allegations in Paragraph 127. To the extent Paragraph 127 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

128. The MindGeek Defendants deny the allegations in Paragraph 128. To the extent Paragraph 128 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

129.  The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 129 and therefore deny them.

130.  The MindGeek Defendants deny the allegations in Paragraph 130. To the extent Paragraph 130 characterizes other third party websites, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

131.  The MindGeek Defendants deny the allegations in Paragraph 131. To the extent Paragraph 131 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

132.  The MindGeek Defendants deny the allegations in Paragraph 132.

133.  The MindGeek Defendants deny the allegations in Paragraph 133. To the extent Paragraph 133 attributes statements, opinions, or characterizations to alleged insiders or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

## C.    MindGeek's Failure to Address or Mitigate the Existence of Illegal Content on its Sites.

134.  The MindGeek Defendants deny the allegations in Paragraph 134.

135.  The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 135 and therefore deny them. To the extent the allegations in Paragraph 135 purport to quote, characterize, or summarize a document, such material speaks for itself.

136.  The MindGeek Defendants deny the allegations in Paragraph 136. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 136 and therefore deny them. To the extent

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

the allegations in Paragraph 136 purport to quote, characterize, or summarize a document, such material speaks for itself.

137. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 137 and therefore deny them. To the extent the allegations in Paragraph 137 purport to quote, characterize, or summarize a document, such material speaks for itself.

138. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 138 and therefore deny them. To the extent the allegations in Paragraph 138 purport to quote, characterize, or summarize a document, such material speaks for itself.

139. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 139 and therefore deny them. To the extent the allegations in Paragraph 139 purport to quote, characterize, or summarize a document, such material speaks for itself.

140. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 140 and therefore deny them. To the extent the allegations contained in Paragraph 140 purport to quote, characterize, or summarize a document or website, the document or website speaks for itself, and therefore no response is required.

141. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 141 and therefore deny them. To the extent the allegations in Paragraph 141 purport to quote, characterize, or summarize a document, such material speaks for itself.

142. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore deny them. To the extent the allegations in Paragraph 142 purport to quote, characterize, or summarize a document, such material speaks for itself.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

143. The MindGeek Defendants admit that Pornhub announced a streamlined process to request the take down of non-consensual content in October 2015. To the extent the allegations in Paragraph 143 purport to quote, characterize, or summarize a document, such material speaks for itself. To the extent Paragraph 143 attributes statements, opinions, or characterizations to alleged third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 143.

144. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 144 and therefore deny them. To the extent the allegations in Paragraph 144 purport to quote, characterize, or summarize a document, such material speaks for itself.

145. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 145 and therefore deny them. To the extent the allegations in Paragraph 145 purport to quote, characterize, or summarize a document, such material speaks for itself.

146. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 146 and therefore deny them. To the extent the allegations in Paragraph 146 purport to quote, characterize, or summarize a document, such material speaks for itself.

147. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 147 and therefore deny them. To the extent the allegations in Paragraph 147 purport to quote, characterize, or summarize a document, such material speaks for itself.

148. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 148 and therefore deny them. To the extent the allegations in Paragraph 148 purport to quote, characterize, or summarize a document, such material speaks for itself.

149. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 149 and therefore deny them. To the extent the allegations in Paragraph 149 purport to quote, characterize, or summarize documents, such material speak for themselves. The MindGeek Defendants deny the remaining allegations in Paragraph 149.

150. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 150 and therefore deny them. To the extent the allegations in Paragraph 150 purport to quote, characterize, or summarize documents, such material speaks for itself. The MindGeek Defendants deny the remaining allegations in Paragraph 150.

151. The MindGeek Defendants admit the allegations in Paragraph 151 to the extent they are consistent with the facts set forth in the DPA, but deny the remaining allegations in Paragraph 151. To the extent the allegations in Paragraph 151 purport to quote, characterize, or summarize a document, such material speaks for itself.

152. The  MindGeek Defendants admit the allegations in Paragraph 152 to the extent they are consistent with the facts set forth in the DPA, but deny the remaining allegations in Paragraph 152.

153. The MindGeek Defendants admit that Brazzers is owned by an entity in the MindGeek corporate family. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 153 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 153. To the extent the allegations in Paragraph 153 purport to quote, characterize, or summarize a document, such material speaks for itself.

154. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 154 and therefore deny them. To the extent the allegations in Paragraph 154 purport to quote, characterize, or summarize a document, such material speaks for itself.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

155. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 155 and therefore deny them. To the extent the allegations in Paragraph 155 purport to quote, characterize, or summarize a document, such material speaks for itself.

156. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 156 and therefore deny them. To the extent the allegations in Paragraph 156 purport to quote, characterize, or summarize a document, such material speaks for itself.

157. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 157 and therefore deny them. To the extent the allegations in Paragraph 157 purport to quote, characterize, or summarize a document, such material speaks for itself.

158. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 158 and therefore deny them. To the extent the allegations in Paragraph 158 purport to quote, characterize, or summarize a document, such material speaks for itself.

159. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 159 and therefore deny them. To the extent the allegations in Paragraph 159 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

160. To the extent the allegations in Paragraph 160 purport to quote, characterize, or summarize documents or publications, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 160 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 160.

161. To the extent the allegations in Paragraph 161 purport to quote, characterize, or summarize documents or publications, such materials speak for

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 161 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 161.

162.  The MindGeek Defendants admit that Asa Akira acted as a Pornhub brand ambassador. To the extent the allegations in Paragraph 162 purport to quote, characterize, or summarize documents, publications, or website content, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 162 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 162.

163.  The MindGeek Defendants admit that Asa Akira acted as a Pornhub brand ambassador. To the extent the allegations in Paragraph 163 purport to quote, characterize, or summarize documents, publications, or websites, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 163 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 163.

164. To the extent the allegations in Paragraph 164 purport to quote, characterize, or summarize documents or publications, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 164 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 164.

165. To the extent the allegations in Paragraph 165 purport to quote, characterize, or summarize documents or publications, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

form a belief as to whether the third party statements alleged in Paragraph 165 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 165.

166. To the extent the allegations in Paragraph 166 purport to quote, characterize, or summarize documents or publications, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 166 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 166.

167. The MindGeek Defendants admit that the Internet Watch Foundation is an organization whose stated goal is to eliminate child sexual abuse imagery online. To the extent the allegations in Paragraph 167 purport to quote, characterize, or summarize a document or publication, such material speaks for itself. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 167 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 167.

168. To the extent the allegations in Paragraph 168 purport to quote, characterize, or summarize a document or publication, such material speaks for itself. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 168 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 168.

169. The MindGeek Defendants admit that in or around 2019 PayPal removed certain functions from certain websites operated by entities within the MindGeek corporate family. The MindGeek Defendants deny the remaining allegations in Paragraph 169.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

170. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 170 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 170.

171. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 171 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 171.

172. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 172 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 172.

173. The MindGeek Defendants admit that certain MindGeek Defendants receive notification of suspected non-consensual content from users, third parties, law enforcement, and the public. The MindGeek Defendants deny the remaining allegations in Paragraph 173.

## D.    MindGeek's Active Concealment

174. The MindGeek Defendants deny the allegations in Paragraph 174.

175. To the extent the allegations in Paragraph 175 purport to quote, characterize, or summarize a document or publication, such material speaks for itself. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 175 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 175.

176. The MindGeek Defendants deny the allegations in Paragraph 176.

177. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 177 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 177.

178. The MindGeek Defendants deny the allegations in Paragraph 178.

179. To the extent the allegations in Paragraph 179 purport to quote, characterize, or summarize documents or publications, such materials speak for

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 179 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 179.

180. To the extent the allegations in Paragraph 180 purport to quote, characterize, or summarize a document or website content, such materials speaks for themselves. The MindGeek Defendants deny the remaining allegations in Paragraph 180.

181. The MindGeek Defendants deny the allegations in Paragraph 181.

182. The MindGeek Defendants admit that the New York Times published an opinion piece entitled "The Children of Pornhub" in December 2020. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to that opinion piece and deny that the opinion piece accurately states the facts as alleged. The MindGeek Defendants deny the remaining allegations in Paragraph 182.

183. The MindGeek Defendants admit that Bergmair, Antoon, Tassillo, Urman, and 5wPR were partially involved in the response to the New York Times opinion piece. The MindGeek Defendants deny the remaining allegations in Paragraph 183.

184. To the extent the allegations in Paragraph 184 purport to quote, characterize, or summarize a document or website content, such materials speaks for itself. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 184 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 184.

185. To the extent the allegations in Paragraph 185 purport to quote, characterize, or summarize documents or website content, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

form a belief as to whether the third party statements alleged in Paragraph 185 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 185.

186. The MindGeek Defendants deny the allegations in Paragraph 186.

187. The MindGeek Defendants deny the allegations in Paragraph 187.

188. To the extent the allegations in Paragraph 188 purport to quote, characterize, or summarize a document or website, such materials speak for themselves. The MindGeek Defendants deny the remaining allegations in Paragraph 188.

189. The MindGeek Defendants deny the allegations in Paragraph 189. To the extent the allegations in Paragraph 189 purport to quote, characterize, or summarize a document, such document speaks for itself.

190. The MindGeek Defendants deny the allegations in Paragraph 190.

191. The MindGeek Defendants deny the allegations in Paragraph 191.

192. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 192 and therefore deny them.

193. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 193 and therefore deny them. To the extent the allegations in Paragraph 193 purport to quote, characterize, or summarize documents or website content, such materials speak for themselves. The MindGeek Defendants deny the remaining allegations in Paragraph 193.

194. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 194 and therefore deny them. To the extent the allegations in Paragraph 194 purport to quote, characterize, or summarize documents or website content, such materials speak for themselves.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

195. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 195 and therefore deny them.

196. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 196 were made or accurately described, and therefore deny the allegations. To the extent the allegations in Paragraph 196 purport to quote, characterize, or summarize documents or website content, such materials speak for themselves.

197. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 197 were made or accurately described, and therefore deny the allegations. To the extent the allegations in Paragraph 197 purport to quote, characterize, or summarize documents or website content, such materials speak for themselves.

198. To the extent the allegations in Paragraph 198 purport to quote, characterize, or summarize documents or website content, such materials speak for themselves. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to whether the third party statements alleged in Paragraph 198 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 198.

199. The MindGeek Defendants deny the allegations in Paragraph 199.

200. The MindGeek Defendants deny the allegations in Paragraph 200.

201. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations as to GS in Paragraph 201 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 201.

202. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations as to GS in Paragraph 202 and therefore

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 202.

203. To the extent the allegations in Paragraph 203 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to whether the third party statements alleged in Paragraph 203 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 203.

204. To the extent the allegations in Paragraph 204 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to whether the third party statements alleged in Paragraph 204 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 204.

205. To the extent the allegations in Paragraph 205 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to whether the third party statements alleged in Paragraph 205 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 205.

206. To the extent the allegations in Paragraph 206 purport to quote, characterize, or summarize documents, statements, website content, such materials speak for themselves. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to whether the third party statements alleged in Paragraph 206 were made or accurately described, and therefore deny the allegations. The MindGeek Defendants deny the remaining allegations in Paragraph 206.

207. The MindGeek Defendants deny the allegations in Paragraph 207.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

208. To the extent the allegations in Paragraph 208 purport to quote, characterize, or summarize documents, statements, website content, such materials speak for themselves. The MindGeek Defendants admit that the New York Times opinion piece referenced in Paragraph 208 was published. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to that opinion piece and deny that the opinion piece accurately states the facts as alleged in Paragraph 208. The MindGeek Defendants deny the remaining allegations in Paragraph 208.

209. To the extent the allegations in Paragraph 209 purport to quote, characterize, or summarize a document, statement, or website content, such material speaks for itself. The MindGeek Defendants admit that the statements quoted in Paragraph 209 can be attributed to certain MindGeek Defendants, but deny Plaintiff's characterization of the statement. The MindGeek Defendants deny the remaining allegations in Paragraph 209.

210. The MindGeek Defendants admit that Visa and Mastercard suspended their relationship with entities in the MindGeek corporate family. The MindGeek Defendants admit that the MindGeek Defendants added substantial technology, better human moderation, and partnerships with authorities and anti-trafficking NGOs, and that that they made public statements regarding those measures. The MindGeek Defendants deny the remaining allegations in Paragraph 210.

211. To the extent the allegations in Paragraph 211 purport to quote, characterize, or summarize a document, statement, or website content, such material speaks for itself. The MindGeek Defendants deny Plaintiff's characterization of the statement and deny that it reflects the intent, conduct, knowledge, or motivations alleged in Paragraph 211. The MindGeek Defendants deny the remaining allegations in Paragraph 211.

212. The MindGeek Defendants deny the allegations in Paragraph 212.

213. To the extent the allegations in Paragraph 213 purport to quote, characterize, or summarize a document, statement, or website content, such material speaks for itself. The MindGeek Defendants deny Plaintiff's characterization of the statements and deny that it reflects the intent, conduct, knowledge, or motivations alleged in Paragraph 213. The MindGeek Defendants deny the remaining allegations in Paragraph 213.

214. To the extent the allegations in Paragraph 214 purport to quote, characterize, or summarize a document, statement, or website content, such material speaks for itself. The MindGeek Defendants deny Plaintiff's characterization of the statements and deny that it reflects the intent, conduct, knowledge, or motivations alleged in Paragraph 214. The MindGeek Defendants deny the remaining allegations in Paragraph 214.

215. To the extent the allegations in Paragraph 215 purport to quote, characterize, or summarize a document, statement, or website content, such material speaks for itself. The MindGeek Defendants deny Plaintiff's characterization of the statements and deny that it reflects the intent, conduct, knowledge, or motivations alleged in Paragraph 215. The MindGeek Defendants deny the remaining allegations in Paragraph 215.

216. The MindGeek Defendants deny the allegations in Paragraph 216, including Plaintiff's characterization of any findings, conclusions, or opinions attributed to the Canadian Privacy Commissioner or other publications. To the extent Paragraph 216 attributes statements, opinions, findings, or characterizations to third parties or governmental bodies, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 216 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

217. The MindGeek Defendants deny the allegations in Paragraph 217, including Plaintiff's characterization of any findings, conclusions, or opinions attributed to the Canadian Privacy Commissioner or other publications. To the extent Paragraph 217 attributes statements, opinions, findings, or characterizations to third parties or governmental bodies, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 217 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves.

218. The MindGeek Defendants deny the allegations in Paragraph 218, including Plaintiff's characterization of any findings, conclusions, or opinions attributed to the Canadian Privacy Commissioner or other publications. To the extent Paragraph 218 attributes statements, opinions, findings, or characterizations to third parties or governmental bodies, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 218 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves.

219. The MindGeek Defendants admit that MG Freesites requires proof of consent from all persons appearing in uploaded content. The MindGeek Defendants deny the remaining allegations in Paragraph 219.

220. The MindGeek Defendants deny the allegations in Paragraph 220.

## III.  THE FINANCIERS AND VISA KNOWINGLY AND INTENTIONALLY PARTICIPATED IN THE TRAFFICKING VENTURE

221. The MindGeek Defendants deny the allegations in Paragraph 221. To the extent Paragraph 221 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack

knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

222.  The MindGeek Defendants deny the allegations in Paragraph 222. To the extent Paragraph 222 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

## A.    Colbeck

223.  The MindGeek Defendants deny the allegations in Paragraph 223. To the extent Paragraph 223 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

224.  The MindGeek Defendants deny the allegations in Paragraph 224. To the extent Paragraph 224 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

225.  The MindGeek Defendants admit that the United States Secret Service seized money from Mansef in connection with an investigation into individual owners. To the extent Paragraph 225 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 225.

226.  The MindGeek Defendants deny the allegations in Paragraph 226. To the extent Paragraph 226 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

227. The MindGeek Defendants deny the allegations in Paragraph 227. To the extent Paragraph 227 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

228. The MindGeek Defendants deny the allegations in Paragraph 228, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent the allegations in Paragraph 228 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 228 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

229. The MindGeek Defendants deny the allegations in Paragraph 229, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent the allegations in Paragraph 229 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 229 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

230. The MindGeek Defendants deny the allegations in Paragraph 230, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent the allegations in Paragraph 230 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 230 alleges conduct, knowledge, intent, or

1    motivations of Colbeck or other third parties, the MindGeek Defendants lack

2    knowledge or information sufficient to form a belief as to the truth of such allegations

3    and therefore deny them.

4        231. To the extent the allegations in Paragraph 231 purport to quote,

5    characterize, or summarize documents, such documents speak for themselves. The

6    MindGeek Defendants deny the allegations in Paragraph 231 to the extent they

7    concern the conduct, knowledge, intent, control, or ownership of the MindGeek

8    Defendants. To the extent Paragraph 231 alleges conduct, knowledge, intent, or

9    motivations of Colbeck or other third parties, the MindGeek Defendants lack

10   knowledge or information sufficient to form a belief as to the truth of such allegations

11   and therefore deny them.

12       232. The MindGeek Defendants deny the allegations in Paragraph 232,

13   including to the extent they concern the conduct, knowledge, intent, control, or

14   ownership of the MindGeek Defendants. To the extent the allegations in Paragraph

15   232 purport to quote, characterize, or summarize documents, such documents speak

16   for themselves. To the extent Paragraph 232 alleges conduct, knowledge, intent, or

17   motivations of Colbeck or other third parties, the MindGeek Defendants lack

18   knowledge or information sufficient to form a belief as to the truth of such allegations

19   and therefore deny them.

20       233. The MindGeek Defendants deny the allegations in Paragraph 233,

21   including to the extent they concern the conduct, knowledge, intent, control, or

22   ownership of the MindGeek Defendants. To the extent the allegations in Paragraph

23   233 purport to quote, characterize, or summarize documents, such documents speak

24   for themselves. To the extent Paragraph 233 alleges conduct, knowledge, intent, or

25   motivations of Colbeck or other third parties, the MindGeek Defendants lack

26   knowledge or information sufficient to form a belief as to the truth of such allegations

27   and therefore deny them.

28

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

234. The MindGeek Defendants deny the allegations in Paragraph 234, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 234 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

235. The MindGeek Defendants deny the allegations in Paragraph 235. To the extent Paragraph 235 alleges the conduct, knowledge, intent, control, ownership or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

236. The MindGeek Defendants deny the allegations in Paragraph 236, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 236 purports to quote, characterize, or summarize the terms of any loan agreement or related documents, such documents speak for themselves. To the extent Paragraph 236 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

237. The MindGeek Defendants admit that Tylmann was arrested and extradited from Belgium to Germany on tax-related charges. To the extent Paragraph 237 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 237.

238. The MindGeek Defendants deny the allegations in Paragraph 238.

239. The MindGeek Defendants admit that Redtube was a competitor to Pornhub. To the extent Paragraph 239 purports to quote, characterize, or summarize

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

the terms of any loan agreement or related documents, such documents speak for themselves. The MindGeek Defendants deny the allegations in Paragraph 239, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 239 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

240. The MindGeek Defendants deny the allegations in Paragraph 240, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 240 purports to quote, characterize, or summarize the terms of any documents, such documents speak for themselves. To the extent Paragraph 240 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

241. The MindGeek Defendants deny the allegations in Paragraph 241, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 241 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

242. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 242 and subparts (a) through (g) purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 242 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 242, including subparts (a) through (g).

243. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 243 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 243 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 243.

244. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 244 and subparts (a) through (g) purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 244 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 244, including subparts (a) through (g).

245.  The MindGeek Defendants deny the allegations in Paragraph 245. To the extent Paragraph 245 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

246.  The MindGeek Defendants deny the allegations in Paragraph 246. To the extent Paragraph 246 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1   or information sufficient to form a belief as to the truth of such allegations and
2   therefore deny them.

3       247.  The MindGeek Defendants deny the allegations in Paragraph 247. To the
4   extent Paragraph 247 alleges the conduct, knowledge, intent, motivations, or business
5   practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge
6   or information sufficient to form a belief as to the truth of such allegations and
7   therefore deny them.

8       248.  The MindGeek Defendants deny the allegations in Paragraph 248. To the
9   extent Paragraph 248 alleges the conduct, knowledge, intent, motivations, or business
10  practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge
11  or information sufficient to form a belief as to the truth of such allegations and
12  therefore deny them.

13      249.  The MindGeek Defendants deny the allegations in Paragraph 249. To the
14  extent Paragraph 249 alleges the conduct, knowledge, intent, motivations, or business
15  practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge
16  or information sufficient to form a belief as to the truth of such allegations and
17  therefore deny them.

18      250.  The MindGeek Defendants deny the allegations in Paragraph 250. To the
19  extent Paragraph 250 alleges the conduct, knowledge, intent, motivations, or business
20  practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge
21  or information sufficient to form a belief as to the truth of such allegations and
22  therefore deny them.

23      251.  The MindGeek Defendants deny the allegations in Paragraph 251. To the
24  extent Paragraph 251 alleges the conduct, knowledge, intent, motivations, or business
25  practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge
26  or information sufficient to form a belief as to the truth of such allegations and
27  therefore deny them.

28

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

252. The MindGeek Defendants deny the allegations in Paragraph 252, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 252 purports to quote, characterize, or summarize the terms of any loan agreement or related documents, such documents speak for themselves. To the extent Paragraph 252 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

253. The MindGeek Defendants deny the allegations in Paragraph 253. To the extent Paragraph 253 alleges the conduct, knowledge, intent, control, ownership, or business practices of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

254. The MindGeek Defendants deny the allegations in Paragraph 254, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent the allegations in Paragraph 254 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 254 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

255. The MindGeek Defendants deny the allegations in Paragraph 255, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent the allegations in Paragraph 255 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 255 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack

knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

256. The MindGeek Defendants deny the allegations in Paragraph 256, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 256 alleges conduct, knowledge, intent, or motivations of Colbeck or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

**B.    Redwood**

257. The MindGeek Defendants admit the allegation regarding Redwood in the fifth word of the first sentence of Paragraph 257.To the extent Paragraph 257 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 257.

258. The MindGeek Defendants deny the allegations in Paragraph 258. To the extent Paragraph 258 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

259. The MindGeek Defendants deny the allegations in Paragraph 259. To the extent Paragraph 259 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

260. The MindGeek Defendants deny the allegations in Paragraph 260. To the extent Paragraph 260 alleges the conduct, knowledge, intent, motivations, or business

practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

261. The MindGeek Defendants deny the allegations in Paragraph 261. To the extent Paragraph 261 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

262. The MindGeek Defendants deny the allegations in Paragraph 262. To the extent Paragraph 262 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

263. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 263 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 263 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 263.

264. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 264 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 264 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 264.

265. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 265 purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 265 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 265.

266. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to the Investor Memorandum. To the extent the allegations in Paragraph 266, including subparts (a) through (e), purport to quote, characterize, or summarize documents, such documents speak for themselves. To the extent Paragraph 266 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 266, including subparts (a) through (e).

267. The MindGeek Defendants deny the allegations in Paragraph 267. To the extent Paragraph 267 alleges the conduct, knowledge, intent, motivations, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

268. The MindGeek Defendants deny the allegations in Paragraph 268. To the extent Paragraph 268 alleges the conduct, knowledge, intent, motivations, or business

practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

269. The MindGeek Defendants deny the allegations in Paragraph 269, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 269 purports to quote, characterize, or summarize the terms of any documents, such documents speak for themselves. To the extent Paragraph 269 alleges conduct, knowledge, intent, or motivations of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

270. The MindGeek Defendants deny the allegations in Paragraph 270. To the extent Paragraph 270 alleges the conduct, knowledge, intent, motivations, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

271. The MindGeek Defendants deny the allegations in Paragraph 271, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 271 purports to quote, characterize, or summarize the terms of any documents, such documents speak for themselves. To the extent Paragraph 271 alleges conduct, knowledge, intent, or motivations of Colbeck, Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

272. The MindGeek Defendants deny the allegations in Paragraph 272, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 272 purports to quote, characterize, or summarize the terms of any documents, such documents speak

for themselves. To the extent Paragraph 272 alleges conduct, knowledge, intent, or motivations of Colbeck, Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

273. The MindGeek Defendants deny the allegations in Paragraph 273. To the extent Paragraph 273 alleges the conduct, knowledge, intent, motivations, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

274. The MindGeek Defendants deny the allegations in Paragraph 274. To the extent Paragraph 274 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

275. The MindGeek Defendants deny the allegations in Paragraph 275, including to the extent they concern the conduct, knowledge, intent, control, or ownership of the MindGeek Defendants. To the extent Paragraph 275 purports to quote, characterize, or summarize the terms of any loan agreement or related documents, such documents speak for themselves. To the extent Paragraph 275 alleges conduct, knowledge, intent, or motivations of Colbeck, Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

276. The MindGeek Defendants admit that the identified entities were parties to the agreement. To the extent Paragraph 276 alleges conduct, knowledge, intent, or motivations of Colbeck, Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 276.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

277.  The MindGeek Defendants deny the allegations in Paragraph 277. To the extent Paragraph 277 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

278. To the extent the allegations in Paragraph 278 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. The MindGeek Defendants admit that the Canadian Parliament held the public hearings referenced in Paragraph 278 and that the New York Times opinion piece referenced in Paragraph 278 was published. The MindGeek Defendants deny Plaintiff's characterizations of those hearings and the opinion piece, deny that they establish or evidence the conclusions alleged in Paragraph 278, and deny the remaining allegations in Paragraph 278.

279.  The MindGeek Defendants deny the allegations in Paragraph 279. To the extent Paragraph 279 alleges the conduct, knowledge, intent, motivations, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

280.  The MindGeek Defendants deny the allegations in Paragraph 280. To the extent Paragraph 280 alleges the conduct, knowledge, intent, control, ownership, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

281.  The MindGeek Defendants deny the allegations in Paragraph 281. To the extent Paragraph 281 alleges the conduct, knowledge, intent, control, ownership, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

282. The MindGeek Defendants admit that Visa and Mastercard suspended their relationship with certain MindGeek Defendants. To the extent Paragraph 282 alleges the conduct, knowledge, intent, motivations, or business practices of Visa, Mastercard, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 282.

283. The MindGeek Defendants deny the allegations in Paragraph 283. To the extent Paragraph 283 alleges the conduct, knowledge, intent, control, ownership, or business practices of Visa, Mastercard, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

284. The MindGeek Defendants deny the allegations in Paragraph 284. To the extent Paragraph 284 alleges the conduct, knowledge, intent, control, ownership, or business practices of Redwood or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

285. The MindGeek Defendants deny the allegations in Paragraph 285. To the extent Paragraph 285 alleges the conduct, knowledge, intent, motivations, or business practices of Colbeck, Redwood, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

**C.    Visa**

286. The MindGeek Defendants deny the allegations in Paragraph 286. To the extent Paragraph 286 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

287.  The MindGeek Defendants deny the allegations in Paragraph 287. To the extent Paragraph 287 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

288.  The MindGeek Defendants deny the allegations in Paragraph 288. To the extent Paragraph 288 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

289.  The MindGeek Defendants deny the allegations in Paragraph 289. To the extent Paragraph 289 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

290.  The MindGeek Defendants deny the allegations in Paragraph 290. To the extent Paragraph 290 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

291.  The MindGeek Defendants deny the allegations in Paragraph 291. To the extent Paragraph 291 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

292.  The MindGeek Defendants deny the allegations in Paragraph 292. To the extent Paragraph 292 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or

information sufficient to form a belief as to the truth of such allegations and therefore deny them.

293.  The MindGeek Defendants deny the allegations in Paragraph 293. To the extent Paragraph 293 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

### 1.    Visa's Knowledge

294.  The MindGeek Defendants deny the allegations in Paragraph 294. To the extent Paragraph 294 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

295.  The MindGeek Defendants deny the allegations in Paragraph 295. To the extent Paragraph 295 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

296.  The MindGeek Defendants deny the allegations in Paragraph 296. To the extent Paragraph 296 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

297. The MindGeek Defendants deny the allegations in Paragraph 297, including subsequent paragraphs to which it refers. To the extent Paragraph 297 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

298.  The MindGeek Defendants deny the allegations in Paragraph 298. To the extent Paragraph 298 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

299.  The MindGeek Defendants deny the allegations in Paragraph 299. To the extent Paragraph 299 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

300.  The MindGeek Defendants deny the allegations in Paragraph 300. To the extent Paragraph 300 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

301.  The MindGeek Defendants deny the allegations in Paragraph 301. To the extent Paragraph 301 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

302.  The MindGeek Defendants deny the allegations in Paragraph 302. To the extent Paragraph 302 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

### 2.    Visa's Intentional Participation

303.  The MindGeek Defendants deny the allegations in Paragraph 303. To the extent Paragraph 303 alleges the conduct, knowledge, intent, motivations, or business

practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

304. The MindGeek Defendants deny the allegations in Paragraph 304. To the extent Paragraph 304 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

305. The MindGeek Defendants deny the allegations in Paragraph 305. To the extent Paragraph 305 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

306. The MindGeek Defendants deny the allegations in Paragraph 306. To the extent Paragraph 306 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

307. The MindGeek Defendants deny the allegations in Paragraph 307. To the extent Paragraph 307 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

308. The MindGeek Defendants deny the allegations in Paragraph 308. To the extent Paragraph 308 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

309.  The MindGeek Defendants deny the allegations in Paragraph 309. To the extent Paragraph 309 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

310.  The MindGeek Defendants deny the allegations in Paragraph 310. To the extent Paragraph 310 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

311.  The MindGeek Defendants deny the allegations in Paragraph 311. To the extent Paragraph 311 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

312.  The MindGeek Defendants admit the allegations in Paragraph 312 to the extent they are consistent with the facts set forth in the DPA, but deny the remaining allegations in Paragraph 312. To the extent Paragraph 312 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 312.

313.  The MindGeek Defendants deny the allegations in Paragraph 313. To the extent Paragraph 313 alleges the conduct, knowledge, intent, motivations, or business practices of "activists", Visa, or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

314.  The MindGeek Defendants deny the allegations in Paragraph 314. To the extent the allegations in Paragraph 314 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 314 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

315.  The MindGeek Defendants deny the allegations in Paragraph 315. To the extent Paragraph 315 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

316. To the extent Paragraph 316 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 316 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 316 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

317.  The MindGeek Defendants deny the allegations in Paragraph 317. To the extent the allegations in Paragraph 317 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 317 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

318.  The MindGeek Defendants deny the allegations in Paragraph 318. To the extent Paragraph 318 attributes statements, opinions, or characterizations to third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 318 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 318 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

319.  The MindGeek Defendants deny the allegations in Paragraph 319. To the extent Paragraph 319 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

320.  To the extent the allegations in Paragraph 320 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 320 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 320.

321.  The MindGeek Defendants deny the allegations in Paragraph 321. To the extent Paragraph 321 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

322. The MindGeek Defendants deny the allegations in Paragraph 322. The MindGeek Defendants admit that the New York Times opinion piece referenced in Paragraph 322 was published. The MindGeek Defendants deny the allegations, characterizations, conclusions, and implications attributed to that opinion piece and deny that the opinion piece accurately states the facts as alleged. To the extent the allegations in Paragraph 322 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 322 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

323. The MindGeek Defendants deny the allegations in Paragraph 323. To the extent Paragraph 323 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

324. The MindGeek Defendants deny the allegations in Paragraph 324. To the extent the allegations in Paragraph 324 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 324 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

325. The MindGeek Defendants deny the allegations in Paragraph 325. To the extent the allegations in Paragraph 325 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent Paragraph 325 alleges the conduct, knowledge, intent, motivations, or business practices of Visa or other third parties, the MindGeek Defendants lack

knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

## IV. PLAINTIFF WAS EXPLOITED BY MINDGEEK'S TRAFFICKING VENTURE

326. The MindGeek Defendants deny the allegations in Paragraph 326. To the extent the allegations in Paragraph 326 allege the knowledge, intent, actions, or communications of Plaintiff or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

327. To the extent the allegations in Paragraph 327 alleges the conduct of Plaintiff or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 327.

328. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 328 and therefore deny them.

329. The MindGeek Defendants deny the allegations in Paragraph 329. To the extent the allegations in Paragraph 329 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves. To the extent the allegations in Paragraph 329 alleges the intent or knowledge of Plaintiff or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

330. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 330 and therefore deny them.

331. The MindGeek Defendants deny the allegations in Paragraph 331. To the extent the allegations in Paragraph 331 allege the knowledge, intent, actions, or

communications of Plaintiff or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

332. The MindGeek Defendants deny the allegations in Paragraph 332. To the extent the allegations in Paragraph 332 purport to quote, characterize, or summarize documents, statements, or website content, such materials speak for themselves.

333. The MindGeek Defendants deny the allegations in Paragraph 333. To the extent the allegations in Paragraph 333 allege the knowledge, intent, actions, or communications of third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

334. The MindGeek Defendants deny the allegations in Paragraph 334. To the extent the allegations in Paragraph 334 allege the knowledge, intent, actions, or communications of Plaintiff or other third parties, the MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them.

335. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 335 and therefore deny them.

336. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 336 and therefore deny them.

337. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 337 and therefore deny them.

338. The MindGeek Defendants deny the allegations in Paragraph 338. To the extent the allegations in Paragraph 338 allege the knowledge, intent, actions, or communications of Plaintiff or third parties, the MindGeek Defendants lack

knowledge or information sufficient to form a belief as to the truth of such allegations and therefore deny them. To the extent the allegations in Paragraph 338 purport to quote, characterize, or summarize a document or website content, such material speaks for itself.

339. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 339 and therefore deny them.

340. The MindGeek Defendants deny the allegations in Paragraph 340. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 340 and therefore deny them.

341. The MindGeek Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 341 and therefore deny them.

342. The MindGeek Defendants deny the allegations in Paragraph 342. The MindGeek Defendants further state that they lack knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff's alleged experiences, and therefore deny them.

## CAUSES OF ACTION

## COUNT I

## (VIOLATION OF 18 U.S.C. §§ 1591(A)(1), 1591 (A)(2), 1595)

## (AGAINST MINDGEEK)

343. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

344. Paragraph 344 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 344.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1
2
3
345. Paragraph 345 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 345.

4
5
6
346. Paragraph 346 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 346.

7
8
347. The MindGeek Defendants deny the allegations in Paragraph 347, including subparts (a) through (u).

9
348. The MindGeek Defendants deny the allegations in Paragraph 348.

10
11
12
349. Paragraph 349 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 349.

13
14
350. The MindGeek Defendants deny the allegations in Paragraph 350, including subparts (a) through (e).

15
16
17
351. Paragraph 351 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 351.

18
19
20
21
22
352. Paragraph 352 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 352. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 352 and therefore deny them.

23
24
25
353. Paragraph 353 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 353.

26
27
28
354. Paragraph 354 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 354.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

# COUNT II

## (VIOLATION OF 18 U.S.C. §§ 1591, 1595)

## (AGAINST REDWOOD AND COLBECK)

355. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

356. Paragraph 356 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 356.

357. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 357 as to Colbeck and Redwood and therefore deny them. The MindGeek Defendants deny the remaining allegations in paragraph 357, including subparts (a) through (e).

358. Paragraph 358 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 358 and therefore deny them.

359. Paragraph 359 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 359 and therefore deny them.

360. Paragraph 360 contains legal conclusions to which no response is required. To the extent a response is required, The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 360 as to Colbeck and Redwood and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 360.

361. Paragraph 361 contains legal conclusions to which no response is required. The MindGeek Defendants lack information or knowledge sufficient to

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

form a belief as to the truth of the allegations in Paragraph 361 as to Colbeck and Redwood and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 361, including subparts (a) through (f).

362. Paragraph 362 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 362 as to Colbeck and Redwood and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 362.

363. Paragraph 363 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 363 as to Colbeck and Redwood and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 363.

364. Paragraph 364 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 364 as to Colbeck and Redwood and therefore deny them. The MindGeek Defendants deny the allegations in Paragraph 364.

## COUNT III

## (VIOLATION OF 18 U.S.C. §§ 1594(c), 1595)

## (AGAINST ALL DEFENDANTS)

365. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

366. Paragraph 366 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 366.

367. The MindGeek Defendants deny the allegations in Paragraph 367, including subparts (a) through (h).

368. The MindGeek Defendants deny the allegations in Paragraph 368.

369. Paragraph 369 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 369.

370. The MindGeek Defendants deny the allegations in Paragraph 370.

371. The MindGeek Defendants deny the allegations in Paragraph 371.

372. Paragraph 372 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 372.

373. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 373 and therefore deny them.

374. Paragraph 374 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 374.

## COUNT IV

## (VIOLATION OF 18 U.S.C. §§ 2252, 2255)

## (AGAINST THE MINDGEEK DEFENDANTS)

375. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

376. Paragraph 376 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny that they violated 18 U.S.C. §§ 2252. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 376 and therefore deny them.

377. Paragraph 377 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the remaining allegations in Paragraph 377.

378. Paragraph 378 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 378 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 378.

379. Paragraph 379 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 379.

380. Paragraph 380 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 380.

381. The MindGeek Defendants deny the allegations in Paragraph 381.

382. The MindGeek Defendants deny the allegations in Paragraph 382.

383. Paragraph 383 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the remaining allegations in Paragraph 383.

### COUNT V
### (VIOLATION OF 18 U.S.C. §§ 2252A, 2255)
### (AGAINST THE MINDGEEK DEFENDANTS)

384. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

385. Paragraph 385 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 385.

1    386. Paragraph 386 contains legal conclusions to which no response is
2    required. To the extent a response is required, the MindGeek Defendants deny the
3    allegations in Paragraph 386.

4    387. Paragraph 387 contains legal conclusions to which no response is
5    required. To the extent a response is required, the MindGeek Defendants deny the
6    allegations in Paragraph 387.

7    388. Paragraph 388 contains legal conclusions to which no response is
8    required. To the extent a response is required, the MindGeek Defendants deny the
9    allegations in Paragraph 388.

10    389. Paragraph 389 contains legal conclusions to which no response is
11    required. To the extent a response is required, the MindGeek Defendants deny the
12    allegations in Paragraph 389.

13    390. Paragraph 390 contains legal conclusions to which no response is
14    required. To the extent a response is required, the MindGeek Defendants deny the
15    allegations in Paragraph 390.

16    391. Paragraph 391 contains legal conclusions to which no response is
17    required. To the extent a response is required, the MindGeek Defendants deny the
18    allegations in Paragraph 391.

19    392. The MindGeek Defendants deny the allegations in Paragraph 392.

20    393. The MindGeek Defendants deny the allegations in Paragraph 393.

21    394. The MindGeek Defendants deny the allegations in Paragraph 394.

22    395. Paragraph 395 contains legal conclusions to which no response is
23    required. To the extent a response is required, the MindGeek Defendants deny the
24    allegations in Paragraph 395.

25
26
27
28

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT VI

## (PUBLIC DISCLOSURE OF PRIVATE FACTS)

## (AGAINST THE MINDGEEK DEFENDANTS)

396. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

397. The MindGeek Defendants deny the allegations in Paragraph 397.

398. The MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 398 and therefore deny them.

399. Paragraph 399 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 399.

400. The MindGeek Defendants deny the allegations in Paragraph 400.

401. Paragraph 401 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 401.

402. MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of Plaintiff's purported experiences and damages as alleged in Paragraph 402 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 402.

403. Paragraph 403 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 403.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

## COUNT VII

## (INTRUSION INTO PRIVATE AFFAIRS)

## (AGAINST THE MINDGEEK DEFENDANTS)

404. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

405. Paragraph 405 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 405.

406. The MindGeek Defendants deny the allegations in Paragraph 406.

407. The MindGeek Defendants deny the allegations in Paragraph 407.

408. The MindGeek Defendants deny the allegations in Paragraph 408.

## COUNT VIII

## (PLACING PLAINTIFF IN FALSE LIGHT)

## (AGAINST THE MINDGEEK DEFENDANTS)

409. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

410. Paragraph 410 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 410.

411. The MindGeek Defendants deny the allegations in Paragraph 411.

412. The MindGeek Defendants deny the allegations in Paragraph 412.

413. The MindGeek Defendants deny the allegations in Paragraph 413.

414. The MindGeek Defendants deny the allegations in Paragraph 414.

415. The MindGeek Defendants deny the allegations in Paragraph 415.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

**COUNT IX**

**(NEGLIGENCE)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

416. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

417. Paragraph 417 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 417.

418. The MindGeek Defendants deny the allegations in Paragraph 418.

419. Paragraph 419 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 419.

420. Paragraph 420 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 420.

**COUNT X**

**(VIOLATION OF CAL. BUS. & PROF. CODE § 17200)**

**(AGAINST ALL DEFENDANTS)**

421. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

422. Paragraph 422 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 422.

423. Paragraph 423 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 423.

424. Paragraph 424 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 424.

425. Paragraph 425 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 425.

426. Paragraph 426 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 426.

427. Paragraph 427 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants lack information or knowledge sufficient to form a belief as to the truth of Plaintiff's purported experiences and damages as alleged in Paragraph 427 and therefore deny them. The MindGeek Defendants deny the remaining allegations in Paragraph 427.

428. Paragraph 428 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 428.

429. Paragraph 429 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 429.

## COUNT XI
## (CALIFORNIA PRODUCTS LIABILITY DESIGN-DEFECT)
## (AGAINST MINDGEEK)

430. The MindGeek Defendants incorporate by reference and reallege their responses to each and every allegation set forth in the foregoing paragraphs as if fully alleged herein.

431. Paragraph 431 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants admit that

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

MG Freesites operates Pornhub and other tubesites. The MindGeek Defendants deny the remaining allegations in Paragraph 431.

432. The MindGeek Defendants deny the allegations in Paragraph 432, including subparts (a) through (g).

433. The MindGeek Defendants deny the allegations in Paragraph 433.

434. Paragraph 434 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 434.

435. Paragraph 435 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 435.

436. Paragraph 436 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 436.

437. Paragraph 437 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 437.

438. Paragraph 438 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 438.

439. Paragraph 439 contains legal conclusions to which no response is required. To the extent a response is required, the MindGeek Defendants deny the allegations in Paragraph 439.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

1

## COUNT XII

2

## (CIVIL CONSPIRACY)

3

## (AGAINST ALL DEFENDANTS)

4    440. The MindGeek Defendants incorporate by reference and reallege their

5    responses to each and every allegation set forth in the foregoing paragraphs as if fully

6    alleged herein.

7    441. Paragraph 441 contains legal conclusions to which no response is

8    required. To the extent a response is required, the MindGeek Defendants deny the

9    allegations in Paragraph 441.

10    442. The MindGeek Defendants deny the allegations in Paragraph 442,

11    including subparts (a) through (r).

12    443. The MindGeek Defendants deny the allegations in Paragraph 443.

13    444. Paragraph 444 contains legal conclusions to which no response is

14    required. To the extent a response is required, the MindGeek Defendants deny the

15    allegations in Paragraph 444.

16

## PRAYER FOR RELIEF

17    The allegations set forth in Plaintiff's Prayer for Relief contain legal

18    conclusions to which no response is required. To the extent a response is required,

19    Defendants deny the allegations contained in the Prayer for Relief, and further deny

20    that Plaintiff is entitled to any relief whatsoever on any of the claims asserted in the

21    Complaint.

22

## STATEMENT OF AFFIRMATIVE DEFENSES

23    Defendants undertake the burden of proof only as to those defenses deemed

24    affirmative defenses by law, regardless of how such defenses are denominated below.

25    As and for its affirmative and other defenses, Defendants state as follows:

26

27

28

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiff's Complaint fails to state facts sufficient to constitute a claim or claims upon which relief can be granted against Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Superseding/Intervening Acts of Others)

Plaintiff's claims against Defendants are barred, in whole or in part, because the incidents alleged and all damages complained of, if any, were caused by the superseding and/or intervening acts of parties other than Defendants, and over whom Defendants have no right of control, including those who actually created the content at issue and uploaded them to online websites.

## THIRD AFFIRMATIVE DEFENSE

### (Proportionate Responsibility, Equitable Allocation, Recoupment, Set-off, and/or Comparative Fault)

Plaintiff's claims against Defendants are barred, in whole or in part, any damage, loss, or liability alleged by Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendants, including those who actually created the videos and/or other content at issue and uploaded them to online websites.

## FOURTH AFFIRMATIVE DEFENSE

### (Statutory Immunity)

Defendants are immune from liability for the actions as alleged by Plaintiff pursuant to Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

The Court lacks personal jurisdiction over Defendants.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff's claims against Defendants are barred, in whole or in part, by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

### (Freedom of Speech)

Plaintiff's claims against Defendants are barred, in whole or in part, by the protections of the First and Fourteenth Amendments to the United States Constitution and any freedom of speech protections afforded by the California Constitution.

## EIGHTH AFFIRMATIVE DEFENSE

### (Mistake of Fact)

Plaintiff's claims against Defendants are barred, in whole or in part, because any alleged invasion of Plaintiff's rights was the result of a mistake of fact.

## NINTH AFFIRMATIVE DEFENSE

### (Incidental Use)

Plaintiff's claims against Defendants are barred, in whole or in part, because any use of content depicting Plaintiff was incidental.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff's claims against Defendants are barred, in whole or in part, based on Plaintiff's failure to mitigate her damages.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Compensable Damages)

Plaintiff's claims against Defendants are barred, in whole or in part, because Plaintiff has not suffered any compensable damages as a result of the alleged actions of Defendants and as a result is not entitled to judgment against Defendants.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

## TWELFTH AFFIRMATIVE DEFENSE

### (Laches, Waiver, or Estoppel)

Plaintiff's claims against Defendants are barred, in whole or in part, by the doctrines of laches, waiver, or estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Punitive Damages Limitations)

With respect to Plaintiff's claims for punitive damages, Defendants specifically incorporate by reference any and all standards of limitation regarding the determination and/or enforceability of punitive damage awards which arose in the decisions of *BMW of No. America v. Gore*, 517 U.S. 559 (1996); *Cooper Industries, Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 424 (2001); *State Farm Mut. Auto Ins. Co. v. Campbell*, 538 U.S. 408 (2003), and their progeny.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Constitutional Bar on Punitive Damages)

With respect to Plaintiff's claims for punitive damages, any such damages claims are in violation of and are barred by the Constitution of the United States and any relevant comparable state constitutional provisions, including but not limited to, the Due-Process and Equal Protection Clauses contained in the Fifth and Fourteenth Amendments; the Excessive Fines Clause of the Eighth Amendment; and the Tenth Amendment.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Lack of Malice, Oppression, or Fraud)

Plaintiff's claims against Defendants fail to establish that any officer, director, or managing agent of Defendants acted with malice, oppression, or fraud, or directed, knew, or approved of an employee's malice, oppression, fraud, or duress as required to justify the imposition of punitive damages under California Civil Code sections 3294.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Lack of Intentional and Outrageous Conduct)

Plaintiff's claims against Defendant fail to establish that Defendants acted with intentional and outrageous conduct, as required to justify the imposition of punitive damages under federal common law.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Withdrawal from Conspiracy)

With respect to Plaintiff's claim for Conspiracy to Commit Violations of the TVPRA, Plaintiff's claim fails because, to the extent any conspiracy was formed, which is expressly denied, Defendants withdrew from the conspiracy before the conspiracy was completed.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Absolute Barrier to Relief)

Plaintiff's claim for Unfair Competition under California Business & Professions Code § 17200 is barred in light of the California Supreme Court's pronouncement in *Stop Youth Addiction, Inc. v. Lucky Stores, Inc.* (1998) 17 Cal.4th 553, 566 that "the UCL cannot be used to state a cause of action the gist of which is absolutely barred under some other principle of law." Here, Plaintiff's cause of action under the UCL is barred under the principle of immunity under Section 230 of the Communications Decency Act.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Adequate Legal Remedy)

With respect to Plaintiff's claims seeking equitable relief, each such claim fails because Plaintiff has an adequate remedy at law.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Unclean Hands)

Plaintiff's claims against Defendants are barred, in whole or in part, by the doctrine of unclean hands.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

## **TWENTY-FIRST AFFIRMATIVE DEFENSE**

### **(Failure to Join Necessary Party)**

Plaintiff's claims against Defendants are barred, in whole or in part, by the failure to join one or more necessary parties.

## **TWENTY-SECOND AFFIRMATIVE DEFENSE**

### **(Lack of Direct or Proximate Causation)**

Plaintiff's claims against Defendants are barred, in whole or in part, because any injuries Plaintiff suffered were not directly or proximately caused by any act or omission by Defendants.

## **TWENTY-THIRD AFFIRMATIVE DEFENSE**

### **(Acts/Omissions Not Committed by Defendants' Agents/Employees)**

Plaintiff's claims against Defendants are barred, in whole or in part, because the alleged acts or omissions were not committed by agents or employees of Defendants or, to the extent Defendants' agents or employees did commit any of the alleged acts or omissions, it was outside the scope of authority conferred by Defendants and not ratified by Defendants.

## **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

### **(Reservation)**

Defendants intend to rely upon any additional defenses that become available during the course of investigation and/or discovery and reserve the right to amend this Answer to assert those defenses.

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Dated: February 20, 2026

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*
Seth R. Goldman
Peter A. Biagetti
Arameh Z. O'Boyle
Esteban Morales
LisaMarie F. Collins
Kerime S. Akoglu

Attorneys for the MindGeek Defendants

ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT