1 | Michael J. Bowe
    mbowe@brithem.com
2 | Lauren Tabaksblat
    ltabaksblat@brithem.com
3 | **BRITHEM LLP**
    565 Fifth Ave.
4 | New York, NY 10017
    Phone: 646.653.9378
5 |
6 | David M. Stein (SBN #198256)
    dstein@olsonstein.com
7 | Nancy M. Olson (SBN 260303)
    nolson@olsonsten.com
8 | **OLSON STEIN LLP**
    240 Nice Lane #301
9 | Newport Beach, CA 92663
    Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANTS' OMNIBUS MOTIONS TO DISMISS AND EXPAND PAGE LIMITS** |

AMERICAS 131765359 v1

Plaintiff Serena Fleites and the plaintiffs in the other fourteen actions (together, "Plaintiffs"),[1] by and through her undersigned counsel, and Defendants Visa Inc. ("Visa"), Colbeck Capital Management, LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (the "CB Defendants"), Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the "Redwood Defendants," and together, "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, through this stipulation, the Parties request that the Court enter an order extending the current deadline by one week for Plaintiffs to file a single Omnibus Opposition to Defendants' Omnibus Motions to Dismiss (ECF Nos. 634, 635, 640) and, in turn, one week for Defendants to file their Replies in support of their Omnibus Motions. Plaintiffs' current deadline in this action to file an Opposition is February 27, 2026 and Defendants' current deadline to file their Replies is March 27, 2026. *See* ECF No. 621.

**WHEREAS**, through this stipulation, the Parties further request that the Court enter an order expanding the page limit for Plaintiffs to file their single Omnibus Opposition to Defendants' Omnibus Motions to Dismiss to sixty (60) pages to ensure

---

[1] *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024);
*N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);
*L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);
*T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);
*X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);
*N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);
*J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);
*W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);
*C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);
*S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);
*L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);
*W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);
*A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and
*J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

AMERICAS 131765359 v1

the most efficient and fulsome response. Defendants requested expansions to thirty-five (35) pages for each of their respective Omnibus Motions to Dismiss, which were granted (ECF No. 650), and their Omnibus Motions to Dismiss total approximately ninety (90) pages (ECF Nos. 634, 635, 640).

**WHEREAS**, through this stipulation, the Parties further request that the Court enter an order expanding the page limit for each of Defendants' omnibus Replies to twenty (20) pages to ensure the most efficient and fulsome response. This expansion is consistent with the page limitation set by the Court in the prior round of briefing as to Defendants' Replies (*see* ECF No. 473).

**WHEREAS**, for the reasons stated above, the Parties agree to the following schedule:

- Plaintiffs shall file their Omnibus Opposition to Defendants' Motions to Dismiss no later than Friday, March 6, 2026; and
- Defendants that filed Motions to Dismiss shall file their Replies in support of their Motions no later than Friday, April 3, 2026.

**WHEREAS**, by entering into this stipulation, Plaintiffs reserve their rights to conduct party and third-party discovery to the extent permitted by this Court while Defendants' Motions to Dismiss are pending; and

**WHEREAS**, by entering into this stipulation, Defendants reserve all rights to object to any party and third-party discovery sought by Plaintiffs while their motions to dismiss are pending.

**NOW THEREFORE**, the Parties hereby stipulate and agree to the following schedule for good cause, unless a subsequent order of this Court extends or has the effect of further extending such deadlines:

- Plaintiffs shall file their Omnibus Opposition to Defendants' Motions to Dismiss no later than Friday, March 6, 2026; and
- Defendants that filed Motions to Dismiss shall file their Replies in support of their Motions no later than Friday, April 3, 2026.

3

AMERICAS 131765359 v1

1     **FURTHER**, the Parties hereby stipulate and agree for good cause that Plaintiffs shall be allowed to file an Omnibus Opposition to Defendants' Omnibus Motions to Dismiss not to exceed sixty (60) pages.

    **FURTHER**, the Parties hereby stipulate and agree for good cause that Defendants shall each be allowed to file Omnibus Replies not to exceed twenty (20) pages.

    Accordingly, the Parties respectfully request that this Court enter the [Proposed] Order concurrently filed with this Joint Stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 26, 2026

                            */s/ Lauren Tabaksblat*
                            Michael J. Bowe (pro hac vice)
                            mbowe@brithem.com
                            Lauren Tabaksblat (pro hac vice)
                            ltabaksblat@brithem.com
                            **BRITHEM LLP**
                            565 Fifth Ave.
                            New York, NY 10017
                            Phone: 646.653.9378

                            David M. Stein (SBN #198256)
                            dstein@olsonstein.com
                            Nancy M. Olson (SBN 260303)
                            nolson@olsonsten.com
                            **OLSON STEIN LLP**
                            240 Nice Lane #301
                            Newport Beach, CA 92663
                            Phone: 949.887.4600

                            *Attorneys for Plaintiffs*

AMERICAS 131765359 v1

| | |
|---|---|
| 1 | Dated: February 26, 2026 |
| 2 | /s/ *Drew Tulumello* |
|   | DREW TULUMELLO |
| 3 | Drew.Tulumello@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
|   | 2001 M Street NW, Suite 600 |
| 5 | Washington, DC 20036 |
| 6 | Phone: (202) 682-7000 |
|   | Fax: (202) 857-0940 |

*Attorneys for Defendant Visa Inc.*

Dated: February 26, 2026

/s/ *Kevin C. Adam*
DAVID G. HILLE
dhille@whitecase.com
Kevin C. Adam
Kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 819-8357
Fax: (212) 354-8113

*Attorneys for CB Defendants*

Dated: February 26, 2026

/s/ *James M. Pearl*
JAMES M. PEARL
James.pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of The Stars, 18th Floor
Los Angeles, California 90067
Phone: (213) 667-5100
Fax: (213) 667-5111

*Attorneys for Redwood Defendants*

5

AMERICAS 131765359 v1

## L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: February 27, 2026

By: /s/ *Lauren Tabaksblat*
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

AMERICAS 131765359 v1