Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendants. | Case No. 2:21-CV-04920-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br><br> **PLAINTIFF'S APPLICATION TO FILE UNDER SEAL PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Case No. 2:21-CV-04920-WLH-ADS

**PLS.' APPL. TO FILE UNDER SEAL PLS.' OMNIBUS OPP. TO DEFS. MTD PLS.' TAC**

Pursuant to Local Rule 79-5.2.2, the stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187) , and the Amended Stipulated Protective Order entered by this on December 13, 2024 (Dkt. 516) (collectively, the "Protective Order"), Plaintiff Serena Fleites and plaintiffs in the other fourteen actions (together, "Plaintiffs")[1] hereby submit this Application for Leave to File Under Seal Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint.

The Protective Order allows a party to designate material that it produces as "Confidential" or "Highly Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement. The MindGeek Defendants designated virtually all of the discovery produced in this case and portions of each witnesses deposition testimony Confidential or Highly Confidential pursuant to the Protective Order.

---

[1] *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

By email on March 5, 2026, Plaintiffs notified Defendants of their intent to reference or attach as exhibits to the Omnibus Opposition certain discovery materials and/or testimony which has been designated as Confidential or Highly Confidential by the MindGeek Defendants. By e-mails dated March 5 and 6, 2026, Defendants requested that all designated materials and testimony be filed under seal.

By making this Application, Plaintiffs do not agree that any of the designated discovery materials and testimony should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that all or part of those materials and testimony are sealable.

Plaintiffs therefore respectfully request that the Court enter the concurrently filed [Proposed] Order permitting Plaintiffs to file under seal limited portions of Plaintiffs' Omnibus Opposition.

Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as is required by Local Rule 79-5.2.2.

PLS.' APPL. TO FILE UNDER SEAL PLS.' OMNIBUS OPP. TO DEFS. MTD PLS.' TAC

Dated: March 6, 2026

/s/ Lauren Tabaksblat

Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN #260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiffs*

Case No. 2:21-CV-04920-WLH-ADS

**PLS.' APPL. TO FILE UNDER SEAL PLS.' OMNIBUS OPP. TO DEFS. MTD PLS.' TAC**