# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| v. | |
| MINDGEEK S.A.R.L., *et al.,* | |
| Defendants. | Judge: Hon. Wesley L. Hsu |
| | Hearing Date: April 24, 2026 |
| | Hearing Time: 1:30 p.m. |

On March 6, 2026, Plaintiff Serena Fleites and the Plaintiffs in the 14 Related Actions identified in n.1 to the Omnibus Opposition filed in *K.A. v. MindGeek S.a.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (Dkt. 187) filed an Application for Leave to File Under Seal Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss in this matter pursuant to Local Rule 79-5.2.2 (the "Application").

The Court, having considered the Application, hereby **GRANTS** the Application and **ORDERS** the unredacted version of Plaintiffs' Omnibus Opposition to Defendants' Motion to Dismiss to be filed under seal.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
The Honorable Wesley L. Hsu
U.S. District Judge