UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04920-WLH-ADS | | Date | March 9, 2026 |
|---|---|---|---|---|
| Title | *Serena Fleites et al v. MindGeek S.A.R.L. et al* | | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    **(IN CHAMBERS) ORDER GRANTING APPLICATIONS FOR LEAVE TO FILE UNDER SEAL [543, 546, 551, 560, 566, 574, 575, 576]**

The Court, having considered these Applications for Leave to File Under Seal and good cause having been shown, hereby **ORDERS** as follows:

1. The Redwood Defendants' Application for Leave to File Under Seal (Dkt. No. 543) is **GRANTED**, and the unredacted version of the Redwood Defendants' Supplemental Briefing in Support of Motions to Dismiss Plaintiffs' Complaints is hereby **SEALED;**

2. The CB Defendants' Application for Leave to File Under Seal (Dkt. No. 546) is **GRANTED**, and the unredacted version of CB Defendants' Omnibus Supplemental Brief on Plaintiffs' TVPRA Conspiracy Claims is hereby **SEALED**;

3. The Individual Defendants' Application for Leave to file Under Seal (Dkt. No. 551) is **GRANTED**, and the unredacted version of the Individual Defendants' Supplemental Filing in Support of Their Motions to Dismiss Plaintiff's Second

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Amended Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim is hereby **SEALED**;

4. The MindGeek Defendants' Application for Leave to File Under Seal (Dkt. No. 560) is **GRANTED**, and the documents, or portions thereof, listed in Exhibit A of the Application are hereby **SEALED**;

5. The MindGeek Defendants' Application for Leave to file Under Seal (Dkt. No. 566) is **GRANTED**, and the Declaration of Peter A. Biagetti in Support of MindGeek Defendants' Omnibus Application for Leave to File Documents Under Seal, and exhibits thereto, are hereby **SEALED**;

6. Plaintiffs' Applications for Leave to File Under Seal (Dkt. Nos. 574, 575, 576) are **GRANTED**, and the unredacted version of Plaintiffs' Omnibus Response to Defendant's Supplemental Briefs is hereby **SEALED**.

**IT IS SO ORDERED.**