# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.A.R.L., *et al.,*<br><br>　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Wesley L. Hsu<br>Hearing Date: April 24, 2026<br>Hearing Time: 1:30 p.m. |

On March 10, 2026, Plaintiff Serena Fleites and the Plaintiffs in the 14 Related Actions identified in n.1 to the Omnibus Opposition filed in *K.A. v. MindGeek S.a.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (Dkt. 658) filed a renewed Application for Leave to File Under Seal Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss in this matter pursuant to Local Rule 79-5.2.2 (the "Application").

The Court, having considered the renewed Application, hereby **GRANTS** the renewed Application and **ORDERS** the unredacted version of Plaintiffs' Omnibus Opposition to Defendants' Motion to Dismiss to be filed under seal.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
The Honorable Wesley L. Hsu
U.S. District Judge

**[PROPOSED] ORDER GRANTING PLS.' APPL. TO FILE UNDER SEAL PLS.' OMNIBUS OPP. TO DEFS.  MTD PLAINTIFF'S TAC**