Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendants. | Case No. 2:21-CV-04920-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br> **PLAINTIFF'S APPLICATION FOR AN ORDER PERMANENTLY SEALING DOCKET NOS. 654 AND 655-2** |

Pursuant to Local Rule 79-5.2.2, the stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187), and the Amended Stipulated Protective Order entered by this Court on December 13, 2024 (Dkt. 516) (collectively, the "Protective Order"), Plaintiff Serena Fleites and plaintiffs in the other fourteen actions (together, "Plaintiffs")[1] hereby submit this Application for an Order permanently sealing the version of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss Plaintiffs' Third Amended Complaint filed on March 6, 2026 (Dkt. 654), as well as Dkt. 655-2, which contains the same Opposition attached as an exhibit to Plaintiffs' Application to Seal.

On March 6, 2026, Plaintiffs filed their Omnibus Opposition to Defendants' Motions to Dismiss (Dkt. 654), along with an Application to File Under Seal (Dkt. 655) reflecting the sealing designations previously communicated by Defendants. The Opposition references discovery materials and deposition testimony designated by Defendants as Confidential or Highly Confidential pursuant to the Protective Order. After the March 6 filing, Defendants advised Plaintiffs that they sought additional

---

[1] *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

PLS.' APPL. FOR AN ORDER PERMANENTLY SEALING DOCKET NOS. 654 AND 655-2

redactions beyond those reflected in the original submission and requested that Plaintiffs petition the Court's courtroom deputy to temporarily seal Docket Nos. 654 and 655-2 while the parties continued to confer regarding the scope of the requested sealing.

At Defendants' request, on March 8, 2026, Plaintiffs emailed the Court's courtroom deputy requesting that certain docket entries be temporarily sealed while the parties continued to confer regarding the scope of Defendants' requested sealing designations. Specifically, Plaintiffs requested temporary sealing of Dkt. 654 (Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss) and Dkt. 655-2 (the same Opposition attached as an exhibit to Plaintiffs' Application to Seal). On March 9, 2026, the courtroom deputy confirmed that those docket entries had been temporarily sealed and advised that a court order would be required for the entries to remain permanently sealed.

On March 10, 2026, Plaintiffs filed a revised redacted version of the Omnibus Opposition on the public docket reflecting the updated sealing designations identified by Defendants (Dkt. 658), along with a renewed Application to File Under Seal addressing those designations (Dkt. 659).

The present Application seeks an order permanently sealing the earlier versions of the Opposition filed on March 6, 2026 (Dkt. 654 and Dkt. 655-2), which contain material Defendants contend should remain under seal but that was not fully redacted in the original filing. Accordingly, Plaintiffs submit this Application requesting that the Court enter such an order.

By making this Application, Plaintiffs do not agree that any of the designated discovery materials and testimony should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that all or part of those materials and testimony are sealable.

Plaintiffs therefore respectfully request that the Court enter the concurrently filed [Proposed] Order permanently sealing Docket No. 654 and Docket No. 655-2,

-2-                                          Case No. 2:21-CV-04920-WLH-ADS

**PLS.' APPL. FOR AN ORDER PERMANENTLY SEALING DOCKET NOS. 654 AND 655-2**

which contain material Defendants contend should remain under seal but that was not fully redacted in the March 6 filing.

Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as is required by Local Rule 79-5.2.2.

Dated: March 10, 2026

Respectfully submitted,

/s/ Lauren Tabaksblat

Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiffs*

**PLS.' APPL. FOR AN ORDER PERMANENTLY SEALING DOCKET NOS. 654 AND 655-2**