Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DECLARATION OF ALEXANDER NOWAKOWSKI IN SUPPORT OF PLAINTIFFS' OMNIBUS MOTION TO VACATE THE COURT'S OCTOBER 17, 2025 ORDER DISMISSING PLAINTIFFS' TVPRA BENEFICIARY LIABILITY CLAIMS AGAINST VISA INC. WITH PREJUDICE BASED ON NEW CONTROLLING LAW** |

1

I, Alexander Nowakowski, declare and state as follows:

1.     I am an associate at Brithem LLP.  I am counsel for Plaintiff Serena Fleites in the above-referenced matter and plaintiffs in the other fourteen actions (together, "Plaintiffs").[1]  I submit this declaration in support of the *Plaintiffs' Omnibus Motion to Vacate the Court's October 17, 2025 Order Dismissing Plaintiffs' TVPRA Beneficiary Liability Claims Against Visa Inc. with Prejudice Based on New Controlling Law* (the "Motion").  I am over the age of eighteen years old, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto as Exhibit A is Plaintiffs' Proposed Amendment containing a new Count XIII as to Visa, Inc.  Should the Court grant Plaintiffs' requested relief, Plaintiffs propose amending their complaints to add this count substantially in the form of the Proposed Amendment.

3.     Myself and Brithem LLP senior associate Kate Fisch held a Zoom teleconference meet-and-confer with Josh Wesneski, counsel for Defendant Visa Inc. on March 13, 2026 regarding the requested relief to reinstate Plaintiffs' TVPRA

---

[1] *Fleites v. MindGeek, S.à.r.l., et al.*, No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021); *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

2

ALEXANDER NOWAKOWSKI DECLARATION ISO OMNIBUS MOTION TO VACATE THE OCTOBER 17, 2025 ORDER

beneficiary liability claims against Defendant Visa Inc.  Defendant Visa Inc. opposes the reinstatement of the TVPRA beneficiary claims against Visa Inc.

4.     The parties also agreed that, for the sake of judicial economy, they would file, respectively, the omnibus motion, response, and reply in the above-captioned matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 27, 2026, in New York, New York.


/s/  Alexander Nowakowski
Alexander Nowakowski

3

ALEXANDER NOWAKOWSKI DECLARATION ISO OMNIBUS MOTION TO VACATE THE OCTOBER 17, 2025 ORDER