# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., *et al.,*<br><br>Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' OMNIBUS MOTION TO VACATE THE COURT'S OCTOBER 17, 2025 ORDER DISMISSING PLAINTIFFS' TVPRA BENEFICIARY LIABILITY CLAIMS AGAINST VISA INC. WITH PREJUDICE BASED ON NEW CONTROLLING LAW**<br><br>Judge: Hon. Wesley L. Hsu<br>Hearing Date: April 24, 2026<br>Hearing Time: 1:30 p.m. |

On March 27, 2026, Plaintiff Serena Fleites and the Plaintiffs in the 14 Related Actions[1] (collectively, "Plaintiffs") filed their Omnibus Motion to Vacate the Court's

---

[1] The Related Actions include: *K.A. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. Dec. 15, 2025); *L.T. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04791-WLH-ADS (C.D. Cal. Dec. 16, 2025); *N.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04788-WLH-ADS (C.D. Cal. Dec. 16, 2025); *N.Y. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. Dec. 15. 2025); *T.C. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. Dec. 16. 2025); *X.N. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. Dec. 15, 2025); *J.C. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. Dec. 16, 2025); *C.S. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04992-WLH-ADS (C.D. Cal. Dec. 16, 2025); *S.O. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. Dec. 16, 2025); *W.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04977-WLHADS (C.D. Cal. Dec. 16, 2025); *L.S. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. Dec. 16, 2025); *A.K. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. Dec. 15, 2025); *W.P. v.*

October 17, 2025 Order Dismissing Plaintiffs' TVPRA Beneficiary Liability Claims Against Visa Inc. with Prejudice Based on New Controlling Law in *Fleites v. MindGeek S.a.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (the "Motion"). The Motion was heard by this Court on April 24, 2026 at 1:30 p.m. Upon consideration of the Motion, Defendant's Opposition, the oral arguments of counsel, and all other pleadings and papers on file herein, and for good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiffs' Motion is **GRANTED**, the October 17, 2025 Order (Dkt. 614) is vacated as to the TVPRA beneficiary liability claims, and Plaintiffs' beneficiary liability claims against Defendant Visa, Inc. pursuant to the Trafficking Victims Protection Reauthorization Act, ("TVPRA"), 18 U.S.C. 1591(a), are hereby reinstated; and

Plaintiffs shall be permitted to amend their complaints within 21 days from the date of this Order to include the count against Defendant Visa, Inc. substantially in the form of the Proposed Amended Count attached to the Nowakowski Declaration as Exhibit A.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
The Honorable Wesley L. Hsu
U.S. District Judge

*MindGeek, S.à.r.l.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. Dec. 16, 2025); and *J.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-07046-WLH-ADS (C.D. Cal. Dec. 16, 2025).

2