UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES et al.,

                              Plaintiffs,

          v.

MINDGEEK S.A.R.L. et al.

                              Defendants.

Case No. 2:21-cv-04920-WLH-ADS

**ORDER GRANTING REDWOOD DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF OMNIBUS MOTION TO DISMISS [676] [678]**

-1-

Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, the "Redwood Defendants") filed an Application for Leave to File Under Seal Reply in Support of Omnibus Motion to Dismiss Plaintiff Serena Fleites' Third Amended Complaint and First Amended Complaints in Related Cases ("Reply") (the "Application") in this matter pursuant to Local Rule 79-5.2.2.  The Court, having considered all papers filed in support of and in opposition to Redwood's Application and all other pleadings and papers on file herein, **GRANTS** the Redwood Defendants' Application.

It is **ORDERED** that the redacted portions of the Reply, as identified below, shall be filed under seal.

| Document and Portion to be Sealed | Terms of Confidentiality and Basis of Confidentiality |
|---|---|
| Dkt. No. 675, Reply at 2:5-6, 11 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 2:25-26 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party |

| | |
|---|---|
| | confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 4:23-24 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 5:19-21 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality; Privacy interests of third parties. |

-3-

| Dkt. No. 675, Reply at 6:20-21, 27 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
|---|---|
| Dkt. No. 675, Reply at 7:14-15 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 8:17 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may |

| | |
|---|---|
| | have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 9:20-22, 26, 28; 10:1, 18-20, n.5-6; 11:2-4 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 12:14-16, 23-25, 28 | Implication of third-party confidentiality obligations, disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality; proprietary business information regarding another entity's business model; Confidential financial information, terms of financing agreements, and/or actions taken related thereto; Confidential business strategy, policies, and procedures. |
| Dkt. No. 675, Reply at 13:13, 15, 18-21 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations |

| | |
|---|---|
| | (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 16:14-15 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 17:10, 19 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
| Dkt. No. 675, Reply at 18:6-8 | Confidential financial information, terms of financing agreements, and actions taken related thereto; Confidential business strategy, policies, and procedures; |

| | Implication of third-party confidentiality obligations (including with respect to the Financing Agreements), disclosure of which would subject Redwood Defendants to potential litigation, and for which third parties may have a separate interest in such confidentiality. |
|---|---|

**IT IS SO ORDERED.**

Dated: April 8, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-7-