DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>          v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>                    Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>**NOTICE OF VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br><br><br>Date: May 22, 2026<br>Time: 1:30 p.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |

VISA'S NOTICE OF FILING MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11                      2:21-CV-04920-WLH-ADS

TO PLAINTIFF AND ATTORNEYS OF RECORD:

PEASE TAKE NOTICE that on April 17, 2026, Visa filed its Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 in *Fleites v. MindGeek, S.à.r.l., et al.*, Case No. 2:21-CV-04920-WLH-ADS (C.D. Cal. 2021). Visa brings this omnibus motion on the grounds that Third Amended Complaint in *Fleites* and Amended Complaints in Additional Actions (ECF No. 632) contain factually baseless allegations as to Visa. Visa requests that the Court issue Rule 11 sanctions by striking the factually baseless allegations in the following four categories: (1) allegations that Visa collaborated with MindGeek to conceal illegal content through "scrubbing" and content manipulation; (2) allegations that Visa afforded MindGeek special payment processing privileges; (3) allegations that Visa afforded MindGeek special treatment and exemptions; and (4) allegations that Visa targeted the adult online entertainment industry.

Pursuant to L.R. 7-3, counsel states as follows. On February 5, 2026, Visa emailed counsel for Plaintiffs requesting the factual basis for these categories of allegations in the Third Amended Complaint. Visa conferred with counsel by phone regarding the factual basis for the allegations on February 20, 2026. Pursuant to Fed. R. Civ. P. 11(c)(2), Visa served this motion on Counsel for Plaintiffs on March 20, 2026. On April 9, 2026, at the end of the 21-day Rule 11 period, Visa confirmed with Plaintiffs' counsel that they did not intend to amend. Plaintiffs opposed the motion. Plaintiffs also requested a second telephonic conference but were not available until April 16. Visa conferred with Plaintiffs on April 16, and Plaintiffs again opposed the motion.

Visa's Motion for Sanctions relates to the following cases:

*Fleites v. MindGeek, S.à.r.l., et al.*, Case No. 2:21-CV-04920-WLH-ADS (C.D. Cal. 2021); *K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-

VISA'S NOTICE OF FILING MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11                    2:21-CV-04920-WLH-ADS

ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *C.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *W.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *A.K. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); *W.P. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

Dated:  April 17, 2026

RESPECTFULLY SUBMITTED,

*/s/ Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Defendant Visa Inc.*

VISA'S NOTICE OF FILING MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11     2     2:21-CV-04920- WLH-ADS