DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>                    Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>                    Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>**DECLARATION OF JOSHUA WESNESKI IN SUPPORT OF DEFENDANT VISA'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>Date: May 22, 2026<br>Time: 1:30 p.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |

DECLARATION IN SUPPORT OF VISA'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11

Pursuant to 28 U.S.C. § 1746, I, Joshua Wesneski, declare as follows:

1.  I am over the age of 18 years old and competent to make this declaration based on my own personal knowledge;

2.  I am an attorney at the law firm of Weil, Gotshal & Manges LLP, counsel in the above-captioned matter to Defendant Visa Inc.;

3.  I submit this declaration in support of Defendant Visa Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

4.  Attached hereto as **Exhibit A** is a true and correct copy of Visa Inc.'s "Visa Fact Sheet" (2025).

5.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the June 12, 2023, deposition transcript of Corey Urman (136:25–137:16).

6.  Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the June 14, 2023, deposition transcript of Feras Antoon (472:13– 473:18; 500:9– 11).

7.  Attached hereto as **Exhibit D** is a true and correct copy of Visa's "Third Party Agent Registration Program – Frequently Asked Questions" (May 2016).

8.  Attached hereto as **Exhibit E** is a true and correct copy of Visa's "Third Party Agent Registration Program – TPA Types and Functional Descriptions" (December 2021).

9.  Attached hereto as **Exhibit F** is a true and correct copy of relevant excerpts from the "Visa Core Rules and Visa Product and Service Rules" (April 18, 2020).

10. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the June 16, 2023, deposition transcript of David Tassillo (385:14–17).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DECLARATION IN SUPPORT OF VISA'S
MOTION FOR SANCTIONS PURSUANT TO
FED. R. CIV. P. 11

2:21-CV-04920-WLH-ADS

Executed in Washington, DC on March 20, 2026.

/s/ _____

Joshua Wesneski