# EXHIBIT A

# Visa Fact Sheet

## A global payments technology company at a glance

Visa is a world leader in digital payments, facilitating transactions between consumers, sellers, financial institutions and government entities across more than 220 countries and territories. Our mission is to connect the world through the most innovative, convenient, reliable and secure payments network, enabling individuals, businesses and economies to thrive. We believe that economies that include everyone, everywhere, uplift everyone, everywhere and see access as foundational to the future of money movement.

## Moving money globally


**220+**
countries and territories


**4.9B**
payment credentials worldwide[1]


**329B**
total transactions[3]




Our purpose is to uplift everyone, everywhere by being the best way to pay and be paid.


**~14,500**
financial institutions[2]


**$16.7T**
total volume[3]


**175M+**
merchant locations[4]

## Delivering value


Provides merchants with assured payments and larger customer reach


Gives consumers secure and convenient ways to pay and be paid


Provides acquirers with low cost and low risk acceptance tools


Provides fintechs, neobanks, digital wallets and enablers with scalable payment infrastructure


Helps issuers continue to provide innovative and secure solutions for their customers


Works with governments to help get benefits to people faster and with less disruption

## For more information, visit visa.com/about



[1] Card data at June 30, 2025; [2] As of September 30, 2025; [3] For the 12 months ended September 30, 2025; total volume includes payments and cash volume and total transactions include payments and cash transactions; [4] The number includes an estimated 64 million locations through payment facilitators, which are technology providers that provide payment acceptance services to merchants on behalf of acquirers. Data provided to Visa by acquiring institutions and other third parties as of June 30, 2025.

FY25Q4
Ex. A-004