# EXHIBIT B
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE No. 2:21-CV-04920-CJC-ADS

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SERENA FLEITES,

Plaintiff,

-against-

MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION OF COREY URMAN

NEW YORK, NEW YORK

MONDAY, JUNE 12, 2023

9:18 a.m.

REPORTED BY:

DANIELLE GRANT

JOB NO.: 5945610

Ex. B-006

CONFIDENTIAL

**Page 136**

those banned words were used on the site.

Q    And my question simply was is that policy written?

A    I don't recall.

Q    Where would you go to look to see if it was written?

A    I'm not sure where I would look for that kind of policy.

(Whereupon, the court reporter requested clarification.)

THE WITNESS:  Where I could look for that kind of policy.

Q    So you have no idea whether or not there was a written policy with respect to addition of banned words?

A    I don't recall, no.

Q    Were there times when there were additional banned words added at the request of the credit card companies?

MS. COMPARATO:  Objection. Outside the scope.

A    What am I supposed to answer?

Q    Yes.

Did the credit card companies ever

Ex. B-007

CONFIDENTIAL

**Page 137**

suggest any additional terms to add to the

banned word list?

You can answer.

MS. COMPARATO:  Objection to the

scope.  This is not involved in the

jurisdictional discovery.

A    I'm not sure I received any --

credit card companies, so I don't know.

Q    So sitting here today, you have no

knowledge as to whether or not any credit

card company ever suggested any additional

terms to add to the banned word list?

MS. COMPARATO:  Same objection.

A    I don't -- I don't know if they

provided any keywords.

Ex. B-008