# EXHIBIT C
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE No. 2:21-CV-04920-CJC-ADS

- - - - - - - - - - - - - - - - - - - - - - - - - -x

SERENA FLEITES,

                              Plaintiff,

              -against-

MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA

INCORPORATED; MG PREMIUM LTD.; MG GLOBAL

ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC.; BERND

BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY

URMAN; VISA INC.; COLBECK CAPITAL DOES 1-5;

BERGMAIR DOES 1-5,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -x

    CONFIDENTIAL VIDEOTAPED DEPOSITION OF

              FERAS ANTOON

            NEW YORK, NEW YORK

          WEDNESDAY, JUNE 14, 2023

                9:07 a.m.


REPORTED BY:

DANIELLE GRANT

JOB NO.: 5945613

Ex. C-010

CONFIDENTIAL

Page 472

CONFIDENTIAL - ANTOON

Q     You can't think of at reason to do that?

A     No.

Q     Was one of the reasons to do that because the credit card companies only ██████████ ████████ ██ ███ █████

MS. COMPARATO:  Objection. Outside the scope of jurisdictional discovery.

Q     Is one of the reasons that you ████ ████ ███ ██ ██ ████ ████ ██ ███████ ███ ██ ██ ████ █████ because you were trying to tell the credit card companies you were banning more words than you were?

MR. BROWN:  Objection. Foundation, and he's basing this on

Ex. C-011

CONFIDENTIAL

**Page 473**

CONFIDENTIAL - ANTOON

your testimony since he said he didn't know whether that happened or not.

A      I'm not sure that happens, Michael.

MR. BOWE:  Sure.  That was a beautiful, beautiful example of coaching.

A      No, I'm not sure.  I said that before.

MR. BROWN:  It's a beautiful example of trying to get the attorney to ask an appropriate question.

Q      Is there one reason why that would have happened?

A      Your question implies that I agree that this happened.  I am not sure this happen, so I cannot answer.

Q      I'm asking you, is there any reason for it to happen?  Can you think of ████ ████ ███████████ ███████

█ ███████ █████ ███████ ████ ███████ █████ ██████ ████ ████

█ ████ ████ ███ ████ █████ █ ███ █████ ████ ███ █

█ █████ █████   Is there any business reason why that would happen?

Ex. C-012

CONFIDENTIAL

Page 500

CONFIDENTIAL - ANTOON

███████ ███████ brief the credit card companies?

MS. COMPARATO:  Objection. Outside the scope of jurisdiction -- personal jurisdiction.

Q    You can answer.

A    I am supposed to answer?

Q    Yes.  Did you have ███████ ███████ brief the credit card companies?

A    I don't believe so.

Q    Did you have them brief your lenders?

A    I don't believe so.

Q    Did they brief Bernard Bergmair?

A    I don't believe so.

Q    Did they brief anybody other than you?

A    Even me.

Q    They didn't brief you?

A    We didn't sit and discuss the report, no.

Q    Did you ever find out what was in their report?

THE WITNESS:  Hayden?

Ex. C-013