# EXHIBIT G

Page 1

CONFIDENTIAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE No. 2:21-CV-04920-CJC-ADS

--------------------------------*

SERENA FLEITES,

                        Plaintiff,

            vs.

MINDGEEK S.A.R.L.; MG FREESITES,

LTD.; MINDGEEK USA INCORPORATED;

MG PREMIUM LTD.; MG GLOBAL

ENTERTAINMENT INC.; 9219-1568

QUEBEC, INC.; BERND BERGMAIR;

FERAS ANTOON; DAVID TASSILLO;

COREY URMAN; VISA INC.;

COLBECK CAPITAL DOES 1-5;

BERGMAIR DOES 1-5,

                        Defendants.

--------------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

DEPOSITION OF

DAVID TOSSILLO

Friday, June 16, 2023

9:17 a.m.

Ex. G-921

Page 385

CONFIDENTIAL - TOSSILLO

BY MR. BOWE:

Q.   You'll accept that instruction from your lawyer not to answer?

MR. SACK:  No, no, I didn't give him an instruction not to answer.  I said, you may answer that question unless it would require disclosing communication from an attorney and a privileged communication from an attorney, so let's have the question back.

(Whereupon, the requested portion was read back by the Reporter:

"QUESTION:  Were you aware that they ever gave a briefing to any third parties about their report?")

A.   To the best of my knowledge, no.

Q.   Okay.  Did you or anyone from MindGeek tell anyone, a third party, about their report, the contents of their report?

A.   To the best of my knowledge, no.

Q.   Okay.  There were privilege logs produced, I guess, either yesterday or late the night before.  Have you been served with a search warrant or subpoena from a law enforcement agency,

Ex. G-922