DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES,<br><br>        Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>        Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B<br><br>**DEFENDANT VISA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MOTION FOR SANCTIONS AND CERTAIN EXHIBITS** |

Pursuant to Local Rule 79-5, Defendant Visa Inc. ("Visa") hereby applies for leave of Court to file limited portions of its Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (the "Motion for Sanctions"), as well as limited portions of Exhibits B and C to the Declaration of Joshua Wesneski in Support of Defendant Visa's Motion for Sanctions (the "Wesneski Decl. ISO Sanctions," and together with the limited portions of the Motion for Sanctions, the "Conditionally Sealed Materials"), under seal.

Specifically, Visa designates the following as the Conditionally Sealed Materials:

- Page 9, portions of lines 20–21 of the Motion for Sanctions
- Page 9, portions of lines 23–25 of the Motion for Sanctions
- Page 008, lines 17–25 of Exhibit B to the Wesneski Decl. ISO Sanctions[1]
- Page 011, lines 2–9 of Exhibit C to the Wesneski Decl. ISO Sanctions
- Page 011, line 15 of Exhibit C to the Wesneski Decl. ISO Sanctions
- Page 011, portions of lines 20–21 of Exhibit C to the Wesneski Decl. ISO Sanctions
- Page 012, portions of lines 21–24 of Exhibit C to the Wesneski Decl. ISO Sanctions
- Page 013, portion of line 2 of Exhibit C to the Wesneski Decl. ISO Sanctions
- Page 013, portion of line 9 of Exhibit C to the Wesneski Decl. ISO Sanctions

The Conditionally Sealed Materials were designated "CONFIDENTIAL" by another party (the "Designating Party") under the Stipulated Protective Order (ECF No. 187). *See* Declaration of Joshua Wesneski in Support of Application for Leave to File Under Seal ¶ 4. As the non-designating party, in accordance with Local Rule 79-5.2.2(b), Visa conferred with the Designating Party in an attempt to eliminate or

---

[1] The exhibit page numbers referenced herein refer to the page numbers applied to the exhibits in compliance with L.R. 11-5.2.

VISA'S APPLICATION FOR LEAVE TO          1          2:21-CV-04920-WLH-ADS
FILE UNDER SEAL

minimize the need for filing under seal. *Id.* ¶ 5. The Designating Party agreed to reduce the quantity of materials required to be filed under seal, but requested that the Conditionally Sealed Materials remain confidential. *Id.* Visa now submits the unredacted Conditionally Sealed Materials conditionally under seal pending the Court's consideration.

Dated: April 17, 2026

RESPECTFULLY SUBMITTED,

*/s/ Drew Tulumello*
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Defendant Visa Inc.*