Michael J. Bowe (admitted *pro hac vice*)
mbowe@brithem.com
Lauren Tabaksblat (admitted *pro hac vice*)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Avenue
New York, NY 10017
Phone: 646.653.9378

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| SERENA FLEITES, <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., *et al.,* <br><br> Defendants. | Case No. 2:21-cv-04920-WLH-ADS <br><br> **STIPULATION TO CONTINUE HEARING ON VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** <br><br> Current Hearing Date: May 22, 2026 <br> Requested Hearing Date: June 26, 2026 <br> Time: 1:30 p.m. <br> Judge: Hon. Wesley L. Hsu <br> Courtroom: 9B |

-1-

STIPULATION TO CONTINUE HEARING ON VISA INC.'S MOTION FOR SANCTIONS

Plaintiffs in this and fourteen of the other actions (together, "Plaintiffs"), and Defendant Visa Inc. ("Defendant") (collectively, the "Parties"), stipulate as follows[1]:

1.  On April 17, 2026, Defendant filed a Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11. ECF No. 686. The hearing is currently scheduled for May 22, 2026, at 1:30 p.m. before the Honorable Wesley L. Hsu.

2.  The Parties jointly request a brief continuance of the hearing from May 22, 2026, to June 26, 2026. The May 22, 2026 date falls on a recognized Jewish religious holiday, which impacts the availability of counsel to appear and fully participate in the hearing. For that reason, and to accommodate counsel's availability for the scheduled hearing, the Parties respectfully request that the hearing be continued to June 26, 2026, at 1:30 p.m., or such other date and time as the Court may deem appropriate.

3.  This is the first request to continue the hearing on Defendant's Motion. The requested continuance will not affect any other deadlines, dates, or

---

[1]    The fourteen Plaintiffs relevant to this Stipulation include the Plaintiffs in the following actions: (1) *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); (2) *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); (3) *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); (4) *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); (5) *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); (6) *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); (7) *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); (8) *L.T. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); (9) *N.L. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); (10) *T.C. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); (11) *J.C. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); (12) *W.L. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); (13) *A.K. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and (14) *J.L. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

proceedings in this action.

4.  Good cause exists for the requested continuance, which is sought to accommodate counsel's religious observance.

Accordingly, the Parties respectfully request that the Court enter the [Proposed] Order concurrently filed with this Joint Stipulation.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  April 30, 2026

Respectfully submitted,

By: /s/  *Lauren Tabaksblat*

Michael J. Bowe (admitted *pro hac vice*)
mbowe@brithem.com
Lauren Tabaksblat (admitted *pro hac vice*)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Avenue
New York, NY 10017
Phone: 646.653.9378

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

*Attorneys for Plaintiffs*

By: /s/  *Drew Tulumello*

Drew Tulumello (#196484)
drew.tulumello@weil.com
Mark A. Perry (#212532)
mark.perry@weil.com
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Phone: 202.682.7000

*Attorneys for Defendant Visa Inc.*

-3-

## L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 1, 2026

By: /s/ *Lauren Tabaksblat*

Lauren Tabaksblat

-4-