Michael J. Bowe (admitted *pro hac vice*)
mbowe@brithem.com
Lauren Tabaksblat (admitted *pro hac vice*)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Avenue
New York, NY 10017
Phone: 646.653.9378

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., *et al.*,<br><br>Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**<br><br>Current Hearing Date: May 22, 2026<br>Requested Hearing Date: June 26, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Wesley L. Hsu<br>Courtroom: 9B |

I, Lauren Tabaksblat, declare and state as follows:

1.      I am a partner at Brithem LLP and have been admitted *pro hac vice* to practice before this Court. I am counsel for Plaintiff in *Serena Fleites v. MindGeek S.A.R.L., et al.*, 2:21-cv-04920-WLH-ADS, and as well as for the Plaintiffs in the fourteen other actions (together, "Plaintiffs"). I submit this declaration in support of the *Stipulation to Continue Hearing on Visa Inc.'s Motion for Sanctions* filed by Plaintiffs and Defendant Visa Inc. ("Defendant"), (collectively, the "Parties").

2.      On April 17, 2026, Defendant filed a Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11. ECF No. 686. The hearing on that motion is currently scheduled for May 22, 2026, at 1:30 p.m. before the Honorable Wesley L. Hsu.

3.      After the hearing was scheduled for May 22, 2026, counsel realized that the hearing date falls on a recognized Jewish religious holiday, which affects counsel's availability to appear and fully participate in the hearing. In view of this, the Parties met and conferred in good faith regarding the hearing date and have agreed to request a brief continuance of the hearing.

4.      The Parties respectfully request to continue the hearing from May 22, 2026, to June 26, 2026, at 1:30 p.m. to accommodate counsel's observance of a Jewish religious holiday.

5.      The requested continuance will not affect any other deadlines, dates, or proceedings in this action and will not prejudice any party.

6.      Based on the foregoing, good cause exists for the requested continuance of the hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 1, 2026, in New York, New York.

/s/  Lauren Tabaksblat
Lauren Tabaksblat

3