UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

                Plaintiff,

      v.

MINDGEEK S.A.R.L., *et al.*,

                Defendants.

Case No. 2:21-cv-04920-WLH-ADS

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 [ECF NO. 693]**

Before the Court is the Parties' Stipulation to Continue the Hearing on Visa Inc.'s Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, filed on May 1, 2026.

The Parties jointly request a brief continuance of the hearing, which is currently set for May 22, 2026, because the May 22 date falls on a recognized Jewish religious holiday and impacts counsel's ability to appear and fully participate in the hearing.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. The hearing on Visa Inc.'s Motion for Sanctions is continued from May 22, 2026, to June 26, 2026, at 1:30 p.m., or such date thereafter as the Court deems appropriate.

**IT IS SO ORDERED.**

Dated: _____

                                 _____
                                 HON. WESLEY L. HSU
                                 UNITED STATES DISTRICT JUDGE

-1-