UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERENA FLEITES,

               Plaintiff,

    v.

MINDGEEK S.A.R.L., *et al*.,

               Defendants.

Case No. 2:21-cv-04920-WLH-ADS

**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 [693]**

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The hearing on Visa Inc.'s Motion for Sanctions is continued from May 22, 2026, to June 26, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 18, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE