Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendants. | Case No. 2:21-CV-04920-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br><br> **PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11** |

Case No. 2:21-CV-04920-WLH-ADS

Pursuant to Local Rule 79-5.2.2, the stipulated Protective Order entered by this Court on October 14, 2022 (Dkt. 187), and the Amended Stipulated Protective Order entered by this on December 13, 2024 (Dkt. 516) (collectively, the "Protective Order"), Plaintiff Serena Fleites and plaintiffs in the other fourteen actions (together, "Plaintiffs")[1] hereby submit this *Application to File Under Seal Plaintiffs' Opposition to Visa Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11*.

The Protective Order allows a party to designate material that it produces as "Confidential" or "Highly Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement. The MindGeek Defendants designated virtually all of the discovery produced in this case and portions of each witness's deposition testimony Confidential or Highly Confidential pursuant to the Protective Order.

By email on May 29, 2026, Plaintiffs notified Defendants of their intent to reference or attach as exhibits to the Opposition certain discovery materials and/or testimony which has been designated as Confidential or Highly Confidential by the

---

[1] *K.A. v. MindGeek, S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

**APPLICATION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO VISA'S RULE 11 MOTION**

MindGeek Defendants. By e-mails dated May 29, 2026, Defendants requested that all designated materials and testimony be filed under seal.

By making this Application, Plaintiffs do not agree that any of the designated discovery materials and testimony should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that all or part of those materials and testimony are sealable.

Plaintiffs therefore respectfully request that the Court enter the concurrently filed [Proposed] Order permitting Plaintiffs to file under seal limited portions of Plaintiffs' Opposition and exhibits.

Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as is required by Local Rule 79-5.2.2.

Dated:  May 29, 2026

Respectfully submitted,

*/s/  Lauren Tabaksblat*

Michael J. Bowe (pro hac vice)
mbowe@brithem.com
Lauren Tabaksblat (pro hac vice)
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiffs*

APPLICATION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO VISA'S RULE 11 MOTION