Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel
continued on next page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| v. | |
| MINDGEEK S.À R.L, et al., | **CERTIFICATE OF SERVICE RE UNDER SEAL DOCUMENTS** |
| Defendants. | |
| | Complaint Filed: June 17, 2021<br>Trial Date:       Not Set Yet |

- i -

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

- ii -
CERTIFICATE OF SERVICE RE UNDER SEAL DOCUMENTS

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.  On June 2, 2026, I served a true and correct copy of the following document(s):

- **DECLARATION OF ARAMEH Z. O'BOYLE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR SANCTIONS AND CERTAIN EXHIBITS [DKT. 697]**

- **EXHIBIT A**

- **PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS;**

- **EXHIBIT 6 TO THE BOWE DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS**

- **EXHIBIT 7 TO THE BOWE DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS**

- **EXHIBIT 9 TO THE BOWE DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS**

- **EXHIBIT 10 TO THE BOWE DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS**

- **EXHIBIT 12 TO THE BOWE DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS**

| | |
|---|---|
| ☒ | **BY EMAIL**:  I caused the documents to be sent to the persons at the email address listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| | BRITHEM, LLP<br>Michael J. Bowe - mbowe@brithem.com<br>Lauren Tabaksblat - ltabaksblat@brithem.com<br><br>OLSON STEIN LLP<br>David M. Stein - dstein@olsonstein.com<br>Nancy M. Olson - nolson@olsonstein.com<br><br>Attorneys for Plaintiff |

CERTIFICATE OF SERVICE RE UNDER SEAL DOCUMENTS

| |
|---|
| WEIL, GOTSHAL & MANGES LLP<br>James M. Pearl - james.pearl@weil.com<br>Kiaura Clark - kiaura.clark@weil.com<br>Zachary D. Tripp - zack.tripp@weil.com<br><br>Attorneys for Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC Gingogerum, LLC, White-Hathaway Opportunity Fund |
| WHITE & CASE LLP<br>David G. Hille - dhille@whitecase.com<br>Kevin C. Adam - kevin.adam@whitecase.com<br>Russell J. Gould - russell.gould@whitecase.com<br><br>Attorneys for Colbeck Capital Management, LLC, CB Media Ventures, LLC, CB Agency Services, LLC, CB Participations SPV, LLC |
| WEIL, GOTSHAL & MANGES LLP<br>Drew Tulumello - drew.tulumello@weil.com<br>Mark A. Perry - mark.perry@weil.com<br><br>Attorneys for Visa Inc. |

Executed on June 2, 2026, at Los Angeles, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Jazmin Leon

- 4 -

CERTIFICATE OF SERVICE RE UNDER SEAL DOCUMENTS