UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SERENA FLEITES,

       Plaintiff,

   v.

MINDGEEK S.A.R.L., *et al.,*

       Defendants.

Case No. 2:21-cv-04920-WLH-ADS

**ORDER DENYING PLAINTIFFS'
APPLICATION TO FILE UNDER
SEAL PLAINTIFFS' OPPOSITION TO
VISA INC.'S MOTION FOR
SANCTIONS [697]**

The Court, having considered the Application, hereby **DENIES** the Application without prejudice.

**IT IS SO ORDERED.**

DATED: June 12, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE