**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [655] [659]** |

The Court, having considered Plaintiff's Application, hereby **DENIES** the Application without prejudice.

   **IT IS SO ORDERED.**

DATED: June 12, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE