**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES,<br><br>               Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L et al.,<br><br>               Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br><br>**ORDER DENYING DEFENDANT VISA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MOTION FOR SANCTIONS AND CERTAIN EXHIBITS [687]** |

- 1 -

The Court, having considered Defendant Visa Inc.'s Application, hereby **DENIES** the Application without prejudice.

**IT IS SO ORDERED.**

Dated: June 12, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE