**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO VISA INC.'S MOTION FOR SANCTIONS [697]** |
| v. | |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

The Court, having considered the Application to Seal Plaintiffs' Opposition in Dkts. No. 697-1 and 699-2, hereby **GRANTS** the Application as the document that is requested to be sealed contains commercially sensitive information and financial information of MindGeek Defendants, including their sensitive and confidential business and financial information.  See Bold Ltd. v. Rocket Resume, Inc., No. 22-cv-01045, 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business information, including non-public information about a company's business strategy, business transactions, corporate structure, and finances.").

Therefore, the previous order entered (Dkt. No. 702) related to this Application is **VACATED**.

**IT IS SO ORDERED.**

DATED: June 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE