**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

SERENA FLEITES,

              Plaintiff,

   v.

MINDGEEK S.A.R.L et al.,

          Defendants.

Case No. 2:21-CV-04920-WLH-ADS

**ORDER GRANTING DEFENDANT VISA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MOTION FOR SANCTIONS AND CERTAIN EXHIBITS [687]**

- 1 -

The Court, having considered the Application, hereby **GRANTS** the Application as the document that is requested to be sealed contains commercially sensitive information and financial information of MindGeek Defendants, including their sensitive and confidential business and financial information. *See Bold Ltd. v. Rocket Resume, Inc.*, No. 22-cv-01045, 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business information, including non-public information about a company's business strategy, business transactions, corporate structure, and finances.").

Therefore, the previous order entered (Dkt. No. 708) related to this Application is **VACATED**.

| Document | Portion to be Filed Under Seal |
|---|---|
| Motion for Sanctions (the "Motion for Sanctions") (Dkt. No. 686) | Page 9, portions of lines 20–21 |
| Motion for Sanctions | Page 9, portions of lines 23–25 |
| Exhibit B to the Declaration of Joshua Wesneski in Support of Defendant Visa's Motion for Sanctions (the "Wesneski Decl. ISO Sanctions") (Dkt. No. 686-4) | Page 008, lines 17–25 |
| Exhibit C to the Wesneski Decl. ISO Sanctions (Dkt. No. 686-5) | Page 011, lines 2–9 |
| Exhibit C to the Wesneski Decl. ISO Sanctions (Dkt. No. 686-5) | Page 011, line 15 |
| Exhibit C to the Wesneski Decl. ISO Sanctions (Dkt. No. 686-5) | Page 011, portions of lines 20–21 |
| Exhibit C to the Wesneski Decl. ISO Sanctions (Dkt. No. 686-5) | Page 012, portions of lines 21–24 |

| Exhibit C to the Wesneski Decl. ISO Sanctions (Dkt. No. 686-5) | Page 013, portion of line 2 |
|---|---|
| Exhibit C to the Wesneski Decl. ISO Sanctions (Dkt. No. 686-5) | Page 013, portion of line 9 |

**IT IS SO ORDERED.**

Dated: June 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

- 3 -