UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SERENA FLEITES,

        Plaintiff,

   v.

MINDGEEK S.A.R.L., *et al.,*

        Defendants.

Case No. 2:21-cv-04920-WLH-ADS

**ORDER GRANTING DEFENDANT VISA'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS [704]**

The Court, having considered the Application to Seal, hereby **GRANTS** the Application as the document contains commercially sensitive information and financial information of MindGeek Defendants, including their sensitive and confidential business and financial information. *See Bold Ltd. v. Rocket Resume, Inc.*, No. 22-cv-01045, 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business information, including non-public information about a company's business strategy, business transactions, corporate structure, and finances.").

| Document | Portion to be Filed Under Seal |
| --- | --- |
| Reply in Support of Motion for Sanctions (the "Reply") (Dkt. No. 703) | Page 5, portions of lines 9–15 |
| Reply | Page 5, portions of lines 25–27 |
| Reply | Page 6, line 1 |
| Reply | Page 6, portion of line 7 |
| Reply | Page 6, portion of line 12 |
| Reply | Page 7, portions of lines 21–23 |
| Reply | Page 7, portions of lines 26-28 |
| Reply | Page 8, line 1 |
| Reply | Page 8, portion of line 2 |
| Reply | Page 8, portion of line 28 |
| Reply | Page 9, portion of line 1 |

**IT IS SO ORDERED.**

DATED: June 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE