UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04920-WLH-ADS | Date | June 18, 2026 |
|---|---|---|---|
| Title | Serena Fleites et al v. MindGeek S.A.R.L. et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Bowe<br>David M. Stein<br>Lauren Tabaksblat<br>Nancy Olson | Arameh Zargham O'Boyle<br>Kevin M McGinty<br>Seth R. Goldman<br>Esteban Morales<br>Andrew S. Tulumello<br>Joshua Wesneski<br>Bo Pearl<br>Kiaura Clark<br>David G. Hille<br>Russell J. Gould |

**Proceedings:** **(IN CHAMBERS) MOTIONS TO DISMISS, MOTION TO VACATE, MOTION FOR SANCTIONS [634, 635, 640, 669, 686] (Held and Completed)**

The matter is called, and counsel state their appearances. The Court confers with counsel regarding the status of the case and provides its tentative ruling to the parties. For the reasons stated on the record, all motions are taken under submission. An order will issue.

IT IS SO ORDERED.

: 20

Initials of Deputy Clerk   cgm

---