Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MG Freesites Ltd, MG Premium Ltd,
MindGeek USA Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENA FLEITES,<br><br>               Plaintiff,<br>   v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>               Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**SUMMARY OF PENDING APPLICATIONS TO SEAL** |

- i -

Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

- ii -

SUMMARY OF PENDING APPLICATIONS TO SEAL

Defendants MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully submit the attached list (Exhibit A) of applications to seal that are pending in the above-captioned case and in the matters below:

1. *A.K. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-05190-WLH-ADS

2. *C.S. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04992-WLH-ADS

3. *J.C. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04971-WLH-ADS

4. *J.L. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-07046-WLH-ADS

5. *K.A. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04786-WLH-ADS

6. *L.S. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-05026-WLH-ADS

7. *L.T. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04791-WLH-ADS

8. *N.L. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04788-WLH-ADS

9. *N.Y. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04801-WLH-ADS

10. *S.O. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04998-WLH-ADS

11. *T.C. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04795-WLH-ADS

12. *W.L. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04977-WLH-ADS

13. *W.P. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-05185-WLH-ADS

14. *X.N. v. MindGeek S.A.R.L, et al.*, Case No. 2:24-cv-04800-WLH-ADS

Dated:  June 26, 2026

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Arameh Z. O'Boyle*

Seth R. Goldman
Peter A. Biagetti
Arameh Z. O'Boyle
Esteban Morales
LisaMarie F. Collins
Kerime S. Akoglu

Attorneys for the MindGeek Defendants

- 1 -

SUMMARY OF PENDING APPLICATIONS TO SEAL