# EXHIBIT A

| Case Name | Pending Application to Seal | Related Documents |
|---|---|---|
| *Fleites v. MindGeek S.A.R.L., et al.*, No. 2:21-cv-04920-WLH-ADS | Application for Leave to File Third Amended Complaint Under Seal (Dkt. 623) and Sealed Declaration in Support of Application (Dkt. 624) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 625) |
| | | Sealed Declaration in Support of Application, filed by Defendants Gingogerum LLC, et al. (Dkt. 626) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec, Inc., et al. (Dkt. 628) |
| | Defendants Colbeck Capital Management, LLC, et al.'s Application for Leave to File Under Seal Their Omnibus Motion to Dismiss (Dkt. 636) and Sealed Declaration in Support of Application (Dkt. 637) | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec, Inc., et al. (Dkt. 645) |
| | Redwood Defendants' Application for Leave to File Under Seal Its Memorandum of Points and Authorities in Support of Omnibus Motion to Dismiss (Dkt. 641) and Sealed Declaration in Support of Application (Dkt. 642) | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec, Inc., et al. (Dkt. 646) |

| Case Name | Pending Application to Seal | Related Documents |
|---|---|---|
| | Plaintiffs' Application to File Under Seal Plaintiffs' Opposition to Visa Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (Dkt. 697) and Sealed Declaration in Support of Application (Dkt. 698) | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec, Inc., et al. (Dkt. 699) |
| | | Order (Dkt. 715)[1] |
| *A.K. v. MindGeek S.A.R.L., et al.*, 2:24-cv-05190-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 102) and Sealed Declaration in Support of Application (Dkt. 103) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 104) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 105) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec, Inc., et al. (Dkt. 107) |
| *C.S. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04992-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 101) and Sealed Declaration in Support of Application (Dkt. 102) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 103) |
| | | Sealed Declaration in Support of Application, filed by Defendants Manuel 2018, LLC, et al. (Dkt. 104) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 106) |

---

[1] The Application corresponding to this Order has been included in an abundance of caution as the Application included exhibits not explicitly referenced in the Order.

| Case Name | Pending Application to Seal | Related Documents |
|---|---|---|
| *J.C. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04971-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 102) and Sealed Declaration in Support of Application (Dkt. 103) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 104) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 105) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 107) |
| *J.L. v. MindGeek S.A.R.L., et al.*, 2:24-cv-07046-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 111) and Sealed Declaration in Support of Application (Dkt. 112) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services LLC, et al. (Dkt. 113) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum LLC, et al. (Dkt. 114) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec, Inc., et al. (Dkt. 116) |
| *K.A. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04786-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 172) and Sealed Declaration in Support of Application (Dkt. 173) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 174) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 175) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 177) |

| Case Name | Pending Application to Seal | Related Documents |
|---|---|---|
| *L.S. v. MindGeek S.A.R.L., et al.*, 24-cv-05026-WLH-ADS | None (*see* Order, Dkt. 136) | N/A |
| *L.T. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04791-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 115) and Sealed Declaration in Support of Application (Dkt. 116) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 117) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 118) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 120) |
| *N.L. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04788-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 111) and Sealed Declaration in Support of Application (Dkt. 112) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 113) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 114) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 116) |
| *N.Y. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04801-WLH-ADS | None (*see* Order Dkt. 139) | N/A |
| *S.O. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04998-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 102) and Sealed | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 104) |

| Case Name | Pending Application to Seal | Related Documents |
|---|---|---|
| | Declaration in Support of Application (Dkt. 103) | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 105) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 107) |
| *T.C. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04795-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 112) and Sealed Declaration in Support of Application (Dkt. 113) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 114) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 115) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 117) |
| *W.L. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04977-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 102) and Sealed Declaration in Support of Application (Dkt. 103) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 104) |
| | | Sealed Declaration in Support of Application, filed by Defendants Redwood Capital Management, LLC, et al. (Dkt. 105) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 107) |
| *W.P. v. MindGeek S.A.R.L., et al.*, 2:24-cv-05185-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 102) and Sealed | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 104) |

| Case Name | Pending Application to Seal | Related Documents |
|---|---|---|
| | Declaration in Support of Application (Dkt. 103) | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 105) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 107) |
| *X.N. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04800-WLH-ADS | Application for Leave to File Amended Complaint Under Seal (Dkt. 107) and Sealed Declaration in Support of Application (Dkt. 108) | Sealed Declaration in Support of Application, filed by Defendants CB Agency Services, LLC, et al. (Dkt. 109) |
| | | Sealed Declaration in Support of Application, filed by Defendants Ginogerum, LLC, et al. (Dkt. 110) |
| | | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 112) |
| | Plaintiff's Application to File Under Seal Plaintiff's Omnibus Opposition to Defendants MG Freesites Ltd, MG Premium Ltd, and 9219-1568 Quebec Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 123) and Sealed Declaration in Support of Application (Dkt. 124) | Sealed Declaration in Support of Application, filed by Defendants 9219-1568 Quebec Inc., et al. (Dkt. 131) |