DREW TULUMELLO (#196484)

drew.tulumello@weil.com

MARK A. PERRY (#212532)

mark.perry@weil.com

WEIL, GOTSHAL & MANGES LLP

2001 M Street NW, Suite 600

Washington, DC 20036

Tel: 202 682 7000

Fax: 202 857 0940

*Attorneys for Visa Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES, | CASE NO.  2:21-CV-04920-WLH-ADS |
| Plaintiff, | Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |
| v. | |
| MINDGEEK S.A.R.L., et al., | **JOINT STIPULATION TO EXTEND DEFENDANT VISA INC.'S DEADLINE TO FILE ANSWER TO THE OPERATIVE COMPLAINT** |
| Defendants. | |

Plaintiff Serena Fleites ("Plaintiff"), by and through her undersigned counsel, and Defendant Visa Inc. ("Visa"), by and through its undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on July 9, 2026, the Court entered an Order Granting in Part and Denying in Part Defendant Visa's Motion to Dismiss (ECF No. 732). The Court denied Visa's motion as to Plaintiff's claims for conspiracy to violate the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1594(c), 1595 (Count III), and violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 (Count X), and granted with prejudice Visa's motion as to Plaintiff's civil conspiracy claim (Count XII);

**WHEREAS**, this action is one of several related actions pending before this Court before the Honorable Wesley L. Hsu arising from substantially similar allegations and involving overlapping legal and factual issues[1];

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Visa's deadline to file its Answer to the operative complaint is July 23, 2026;

**WHEREAS**, the Parties have met and conferred and agree that a forty-five (45) day extension of Visa's deadline to answer will facilitate the efficient management of this action and ongoing discussions between the Parties, and will not prejudice any

[1] N.L. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); L.T. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); T.C. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); X.N. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); N.Y. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); J.C. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); W.L. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); C.S. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); S.O. v. MindGeek S.à.r.l., et al., No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); L.S. v. MindGeek S.à.r.l., et al., No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); W.P. v. MindGeek S.à.r.l., et al., No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); A.K. v. MindGeek S.à.r.l., et al., No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); J.L. v. MindGeek S.à.r.l., et al., No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024); and K.A. v. MindGeek, S.à.r.l., et al., No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024).

1                                                      CASE NO. 21-CV-04920-WLH-ADS

JOINT STIPULATION TO EXTEND DEFENDANT VISA INC.'S DEADLINE TO FILE ANSWER TO THE OPERATIVE COMPLAINT

party;

**WHEREAS**, the Parties request that the Court align the schedules in the fourteen related actions, which the Parties believe is the most efficient way to proceed for both the Court and all Parties.

**NOW, THEREFORE**, the Parties hereby stipulate, subject to approval of the Court, that Visa's deadline to file and serve its Answer to the operative complaint shall be extended from July 23, 2026 to September 8, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 22, 2026

BY: _/s/ Lauren Tabaksblat_                     BY: _/s/ Drew Tulumello_

Michael J. Bowe (*pro hac vice*)               DREW TULUMELLO (#196484)
Lauren Tabaksblat (*pro hac vice*)             drew.tulumello@weil.com
BRITHEM LLP                                    MARK A. PERRY (#212532)
                                               mark.perry@weil.com
Nancy M. Olson (SBN 260303)                    WEIL, GOTSHAL & MANGES LLP
nolson@olsonstein.com                          2001 M Street NW, Suite 600
David M. Stein (SBN 198256)                    Washington, DC 20036
dstein@olsonstein.com                          Tel: 202 682 7000
                                               Fax: 202 857 0940
OLSON STEIN LLP

*Attorneys for Plaintiff*                      *Attorneys for Defendant Visa Inc.*

2                                              CASE NO. 21-CV-04920-WLH-ADS

JOINT STIPULATION TO EXTEND DEFENDANT VISA INC.'S DEADLINE TO FILE ANSWER TO THE
OPERATIVE COMPLAINT

## ATTESTATION STATEMENT

I, Drew Tulumello, the filer of this Stipulation, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 22, 2026

WEIL, GOTSHAL & MANGES LLP

By: */s/ Drew Tulumello*

Drew Tulumello

CASE NO. 21-CV-04920-WLH-ADS

JOINT STIPULATION TO EXTEND DEFENDANT VISA INC.'S DEADLINE TO FILE ANSWER TO THE OPERATIVE COMPLAINT