DREW TULUMELLO (#196484)

drew.tulumello@weil.com

MARK A. PERRY (#212532)

mark.perry@weil.com

WEIL, GOTSHAL & MANGES LLP

2001 M Street NW, Suite 600

Washington, DC 20036

Tel: 202 682 7000

Fax: 202 857 0940

*Attorneys for Visa Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES, | CASE NO.  2:21-CV-04920-WLH-ADS |
| Plaintiff, | Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |
| v. | |
| MINDGEEK S.A.R.L., et al., | **DECLARATION OF JOSHUA WESNESKI IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANT VISA INC.'S DEADLINE TO FILE ANSWER TO THE OPERATIVE COMPLAINT** |
| Defendants. | |

CASE NO. 21-CV-04920-WLH-ADS

DECLARATION OF JOSHUA WESNESKI IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANT
VISA INC.'S DEADLINE TO FILE ANSWER TO THE OPERATIVE COMPLAINT

I, Joshua Wesneski, declare as follows:

1. I am over the age of 18 years old and competent to make this declaration based on my own personal knowledge.

2. I am an attorney at the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Visa Inc. ("Visa") in the above-captioned matter.

3. I submit this declaration in support of the Parties' Joint Stipulation to Extend Defendant Visa Inc.'s Deadline to File Answer to the Operative Complaint.

4. On July 9, 2026, the Court entered an Order Granting in Part and Denying in Part Defendant Visa Inc.'s Motion to Dismiss. (ECF No. 732.) Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Visa's current deadline to file and serve its Answer to the operative complaint is July 23, 2026.

5. Counsel for Plaintiff and Visa agreed that a forty-five (45) day extension of Visa's deadline to file and serve its Answer, from July 23, 2026, to September 8, 2026, will facilitate the efficient management of this action, permit the Parties to continue their ongoing discussions, and maintain coordinated scheduling across this action and the related actions pending before this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, DC on July 22, 2026.

/s/ Joshua Wesneski

Joshua Wesneski

1                                         CASE NO. 21-CV-04920-WLH-ADS

DECLARATION OF JOSHUA WESNESKI IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANT VISA INC.'S DEADLINE TO FILE ANSWER TO THE OPERATIVE COMPLAINT