David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:  (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for the CB Defendants

*[Counsel for Plaintiffs and counsel for the Redwood Defendants listed on signature page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SERENA FLEITES, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>             Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**JOINT STIPULATION ON BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' ANTICIPATED MOTION UNDER RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff Serena Fleites and Plaintiffs in the fourteen related actions[1] (collectively, "Plaintiffs"); Defendants Colbeck Capital Management, LLC, CB Media Ventures DD, LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "CB Defendants"); and Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood Defendants," and together with the CB Defendants and Plaintiffs, "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on July 9, 2026, the Court granted the Redwood Defendants' motion to dismiss all claims against the Redwood Defendants with prejudice (Dkt. No. 733);

WHEREAS, on July 20, 2026, the Court granted the CB Defendants' motion to dismiss all claims against the CB Defendants with prejudice (Dkt. No. 735);

WHEREAS, Plaintiffs intend to move for entry of final judgment as to the Redwood Defendants and the CB Defendants under Rule 54(b) of the Federal Rules of Civil Procedure ("Motion for Entry of Final Judgment" or "Motion") so that Plaintiffs may appeal the judgment to the U.S. Court of Appeals for the Ninth

---

[1] *K.A. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024); *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024); *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024); *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

- 1 -

Circuit;

WHEREAS, the Parties have met and conferred under Local Civil Rule 7-3, and the Parties were unable to reach a resolution that eliminates the necessity for the Motion;

WHEREAS, the Parties agree that, given the history of filing omnibus briefing, including as to the motions to dismiss the claims against the CB Defendants and Redwood Defendants in *Fleites* and the fourteen related actions, there is good cause to submit omnibus briefing on the Motion, filed in *Fleites*, that will apply to *Fleites* and each of the fourteen related actions; and

WHEREAS, the Parties agree that, for efficiency and for each Party to have sufficient time for their respective briefs, there is good cause for a briefing schedule for the Motion.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, to the following schedule on Plaintiffs' anticipated Motion:

- Plaintiffs file the Motion for Entry of Final Judgment on August 5, 2026;
- The CB Defendants and Redwood Defendants file their respective briefs in opposition to the Motion on or before August 26, 2026;
- Plaintiffs file any reply brief in support of the Motion on or before September 4, 2026; and
- The hearing on the Motion will be on September 18, 2026, or a later date that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

- 2 -

Dated: August 4, 2026          By: */s/ David G. Hille*
                                    David G. Hille
                                    WHITE & CASE LLP

                                    *Attorneys for Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC*

Dated: August 4, 2026          By: */s/ James M. Pearl*
                                    James M. Pearl (SBN 198481)
                                    James.Pearl@weil.com
                                    Kiaura Clark (SBN 336314)
                                    Kiaura.Clark@weil.com
                                    WEIL, GOTSHAL & MANGES LLP
                                    1999 Avenue of The Stars, 18th Fl.
                                    Los Angeles, California 90067
                                    Phone: (213) 667-5100
                                    Fax: (213) 667-5111

                                    Zachary D. Tripp (*pro hac vice*)
                                    Zack.Tripp@weil.com
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Phone: (212) 310-8000

                                    *Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd.; Redwood Opportunity Master Fund, Ltd.; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC*

- 3 -

Dated: August 4, 2026      By: */s/ Lauren Tabaksblat*

Michael J. Bowe *(pro hac vice)*
mbowe@brithem.com
Lauren Tabaksblat *(pro hac vice)*
ltabaksblat@brithem.com
Jaime Fried (*pro hac vice*)
jfried@brithem.com
BRITHEM LLP
565 Fifth Ave.
New York, NY 10017
Phone: (646) 653-9378

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Phone: (949) 887-4600

*Attorneys for Plaintiffs*

- 4 -

# **L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: August 4, 2026          By: */s/ David G. Hille*
                                        David G. Hille

- 1 -