**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES, | Case No. 2:21-cv-04920-WLH-ADS |
| Plaintiff, | |
| v. | **[PROPOSED] JUDGMENT AS TO REDWOOD AND COLBECK** |
| MINDGEEK S.A.R.L., *et al.,* | |
| Defendants. | |

The Court hereby enters judgment in favor of Redwood Capital Management, LLC, Redwood Master Fund Ltd., and Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White Hathaway Opportunity Fund, LLC (together, "Redwood") and Colbeck Capital Management, LLC, CB Media Ventures, LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (together, "Colbeck" and, together with Redwood, "Defendants"), in the actions brought by Plaintiff Serena Fleites and the Plaintiffs in the Related Actions,[1] pursuant to the Court's July 9, 2026 and July 20,

---

[1] The Related Actions include: *K.A. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. Dec. 15, 2025); *L.T. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04791-WLH-ADS (C.D. Cal. Dec. 16, 2025); *N.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04788-WLH-ADS (C.D. Cal. Dec. 16, 2025); *N.Y. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04801-WLH-ADS (C.D. Cal. Dec. 15, 2025); *T.C. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. Dec. 16, 2025); *X.N. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. Dec. 15, 2025); *J.C. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04971-WLH-ADS (C.D. Cal. Dec. 16, 2025); *C.S. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04992-WLH-ADS (C.D. Cal. Dec. 16, 2025); *S.O. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04998-WLH-ADS (C.D. Cal. Dec. 16, 2025); *W.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. Dec. 16, 2025); *L.S. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. Dec. 16, 2025); *A.K. v. MindGeek,*

2026 Orders (Dkts. 733, 735) dismissing all claims against Redwood and Colbeck.

The Court expressly determines that there is no just reason for delay and directs the entry of final judgment in favor of Defendants, and against Plaintiffs, on all claims asserted against them, as certified in the Orders.  Such judgments are **FINAL** and immediately appealable.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
The Honorable Wesley L. Hsu
U.S. District Judge

_____

*S.à.r.l.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. Dec. 15, 2025); *W.P. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. Dec. 16, 2025); and *J.L. v. MindGeek, S.à.r.l.*, Case No. 2:24-cv-07046-WLH-ADS (C.D. Cal. Dec. 16, 2025).

2