**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-04920-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION ON BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' ANTICIPATED MOTION UNDER RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE [745]** |

-1-

On August 4, 2026, Plaintiff Serena Fleites and Plaintiffs in the fourteen related actions (collectively, "Plaintiffs"); Defendants Colbeck Capital Management, LLC, CB Media Ventures DD, LLC, CB Agency Services, LLC, and CB Participations SPV, LLC (collectively, "CB Defendants"); and Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood Defendants") agreed to a Joint Stipulation on Briefing and Hearing Schedule for Plaintiffs' Anticipated Motion Under Rule 54(b) of the Federal Rules of Civil Procedure ("Joint Stipulation").

The Court, having considered the Joint Stipulation and finding good cause, hereby **GRANTS** the Joint Stipulation and **ORDERS** as follows:

1. Plaintiffs shall file their motion for entry of final judgment as to the Redwood Defendants and the CB Defendants under Rule 54(b) of the Federal Rules of Civil Procedure ("Motion") on August 5, 2026;

2. The CB Defendants and Redwood Defendants shall file their briefs in opposition to the Motion on or before August 26, 2026;

3. Plaintiffs shall file their reply brief in support of the Motion on or before September 4, 2026; and

4. The hearing on the Motion will be on September 18, 2026, at 1:30 p.m., in Courtroom 9B.

**IT IS SO ORDERED.**

Dated: August 07, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-2-