DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

*Attorneys for Visa Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SERENA FLEITES,<br>Plaintiff,<br>v.<br>MINDGEEK S.A.R.L., et al.,<br>Defendants. | Case No. 2:21-CV-04920-WLH-ADS<br>**DEFENDANT VISA INC.'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Defendant Visa Inc. ("Visa"), by and through its undersigned counsel, hereby answers the Third Amended Complaint (the "TAC") filed against it by Plaintiff Serena Fleites ("Plaintiff") on December 15, 2025 as follows. Except as expressly admitted herein, Visa denies each and every allegation of the TAC. Visa answers only on its own behalf and not on behalf of any other defendant, and does not adopt, join, or respond to allegations directed solely at other defendants. Unless otherwise noted, all references to a specified paragraph refer to the numbered paragraphs in the TAC. The TAC's section headings are carried over for ease of reference only, and Visa denies any allegations contained in the section headings. In addition, Visa denies the allegations contained in the TAC's preamble. The allegations in footnote 1 of the preamble are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in footnote 1, and on that basis denies. Moreover, any definitions used in the TAC that are carried over are for ease of reference only, and Visa does not adopt those definitions or accept them as true.

In submitting this Answer, Visa expressly preserves and does not waive any applicable rights, defenses, or objections. Visa also expressly reserves the right to amend this Answer and its affirmative defenses based on, *inter alia*, factual developments, and Visa's ongoing investigation of Plaintiff's claims. No incidental or implied admissions are intended by this Answer. Unless expressly stated herein, nothing in this Answer should be construed as an admission regarding the existence of any facts set forth in the TAC. Visa makes no representations, concessions, or admissions regarding the relevancy or appropriateness of any facts set forth in the TAC.

**INTRODUCTION**

1. Visa denies the allegations in Paragraph 1.

2. The allegations in Paragraph 2 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 2, and on that basis denies.

3. The allegations in Paragraph 3 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 3, and on that basis denies.

4. The allegations in Paragraph 4 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 4, and on that basis denies.

5. The allegations in Paragraph 5 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 5, and on that basis denies.

6. The allegations in Paragraph 6 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 6, and on that basis denies.

7. The allegations in Paragraph 7 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 7, and on that basis denies.

8. The allegations in Paragraph 8 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck and Redwood defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 8, and on that basis denies.

9. Visa denies the allegations in Paragraph 9.

10. Visa denies the allegations in Paragraph 10.

## PARTIES

### Plaintiff

11. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 11, and on that basis denies.

### Defendants

12. The allegations in Paragraph 12 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 12, and on that basis denies.

13. The allegations in Paragraph 13 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 13, and on that basis denies.

14. The allegations in Paragraph 14 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 14, and on that basis denies.

15. The allegations in Paragraph 15 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 15, and on that basis denies.

16. The allegations in Paragraph 16 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 16, and on that basis denies.

17. The allegations in Paragraph 17 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 17, and on that basis denies.

18. The allegations in Paragraph 18 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 18, and on that basis denies.

19. Visa admits that it is a corporation incorporated in the state of Delaware with a principal place of business at P.O. Box 8999, San Francisco, California. Visa otherwise denies the allegations in Paragraph 19.

**JURISDICTION AND VENUE**

20. Paragraph 20 states conclusions of law to which no response is required.

21. Paragraph 21 states conclusions of law to which no response is required. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 21, and on that basis denies, except refers to the statutes and regulations cited therein, which speak for themselves.

22. Paragraph 22 states conclusions of law to which no response is required. To the extent that a response is required, Visa admits that it transacts business in the United States and in this District, and that it is registered to do business in California. Visa otherwise denies the allegations in Paragraph 22, except refers to the statutes and regulations cited therein, which speak for themselves.

23. Paragraph 23 states conclusions of law to which no response is required. To the extent that a response is required, Visa admits that it transacted business in the United States and in California, but otherwise denies the allegations in Paragraph 23.

24. Visa admits that it has multiple offices in the United States, including in California, and that its principal place of business is located at P.O. Box 8999, San Francisco, California. Certain allegations in Paragraph 24 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny those allegations, and on that basis denies. Visa denies all remaining allegations in Paragraph 24 to the extent they relate to Visa.

25. The allegations in Paragraph 25 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 25, and on that basis denies.

26. The allegations in Paragraph 26 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 26, and on that basis denies.

27. The allegations in Paragraph 27 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 27, and on that basis denies.

28. The allegations in Paragraph 28 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 28, and on that basis denies.

29. The allegations in Paragraph 29 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 29, and on that basis denies.

30. Paragraph 30 states conclusions of law to which no response is required.

To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 30, and on that basis denies.

## FACTUAL BACKGROUND

### I. MindGeek's Basic Business Model.

31. The allegations in Paragraph 31 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 31, and on that basis denies.

32. The allegations in Paragraph 32 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 32, and on that basis denies.

33. The allegations in Paragraph 33 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 33, and on that basis denies.

34. The allegations in Paragraph 34 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 34, and on that basis denies.

35. The allegations in Paragraph 35 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 35, and on that basis denies.

36. The allegations in Paragraph 36 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 36, and on that basis denies.

37. The allegations in Paragraph 37 and its subparts are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 37 and its subparts, and on that basis denies.

38. The allegations in Paragraph 38 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 38, and on that basis denies.

39. The allegations in Paragraph 39 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 39, and on that basis denies.

40. The allegations in Paragraph 40 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 40, and on that basis denies.

## II. MindGeek's Trafficking Venture

### A. The Pre-Online Porn Industry

41. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 41, and on that basis denies.

42. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 42, and on that basis denies, except refers to the statute referenced therein, which speaks for itself.

43. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 43, and on that basis denies, except refers to the statutes referenced therein, which speak for themselves.

44. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 44, and on that basis denies, except refers to the statutes referenced therein, which speak for themselves.

45. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 45, and on that basis denies, except refers to the statutes referenced therein, which speak for themselves.

46. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 46, and on that basis denies.

**B. MindGeek's "Unrestricted Content" Business Model.**

47. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 47, and on that basis denies, except refers to the study referenced therein, which speaks for itself.

48. The allegations in Paragraph 48 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 48, and on that basis denies.

49. The allegations in Paragraph 49 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 49, and on that basis denies.

50. The allegations in Paragraph 50 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 50, and on that basis denies.

51. The allegations in Paragraph 51 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 51, and on that basis denies.

**1. <u>MindGeek Systemically Ignores Pornography Laws.</u>**

52. The allegations in Paragraph 52 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 52, and on that basis denies.

53. The allegations in Paragraph 53 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 53, and on that basis denies.

54. The allegations in Paragraph 54 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 54, and on that basis denies, except refers to the statute cited therein, which speaks for itself.

55. The allegations in Paragraph 55 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 55, and on that basis denies, except refers to the statute cited therein, which speaks for itself.

56. The allegations in Paragraph 56 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 56, and on that basis denies, except refers to the deferred prosecution agreement cited therein, which speaks for itself.

57. The allegations in Paragraph 57 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 57,

and on that basis denies, except refers to the statute cited therein, which speaks for itself.

58. The allegations in Paragraph 58 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 58, and on that basis denies, except refers to the statutes referenced therein, which speaks for itself.

59. The allegations in Paragraph 59 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 59, and on that basis denies.

**2. <u>MindGeek's Faux Moderation Process.</u>**

60. The allegations in Paragraph 60 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 60, and on that basis denies.

61. The allegations in Paragraph 61 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 61, and on that basis denies.

62. The allegations in Paragraph 62 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 62, and on that basis denies.

63. The allegations in Paragraph 63 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 63, and on that basis denies.

64. The allegations in Paragraph 64 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 64, and on that basis denies.

65. The allegations in Paragraph 65 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 65, and on that basis denies.

66. The allegations in Paragraph 66 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 66, and on that basis denies, except refers to the report referenced therein, which speaks for itself.

67. The allegations in Paragraph 67 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 67, and on that basis denies.

68. The allegations in Paragraph 68 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 68, and on that basis denies.

69. The allegations in Paragraph 69 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 69, and on that basis denies.

70. The allegations in Paragraph 70 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 70, and on that basis denies.

71. The allegations in Paragraph 71 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 71, and on that basis denies.

72. The allegations in Paragraph 72 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa refers to the article referenced therein, which speaks for itself.

73. The allegations in Paragraph 73 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 73, and on that basis denies.

74. The allegations in Paragraph 74 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 74, and on that basis denies.

75. The allegations in Paragraph 75 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 75, and on that basis denies.

76. The allegations in Paragraph 76 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 76, and on that basis denies.

77. The allegations in Paragraph 77 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 77, and on that basis denies.

78. The allegations in Paragraph 78 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 78, and on that basis denies.

79. The allegations in Paragraph 79 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 79, and on that basis denies.

80. The allegations in Paragraph 80 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 80, and on that basis denies.

81. The allegations in Paragraph 81 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 81, and on that basis denies.

82. The allegations in Paragraph 82 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 82, and on that basis denies.

83. The allegations in Paragraph 83 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 83, and on that basis denies.

84. The allegations in Paragraph 84 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 84, and on that basis denies.

85. The allegations in Paragraph 85 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 85, and on that basis denies.

86. The allegations in Paragraph 86 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 86, and on that basis denies.

87. The allegations in Paragraph 87 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 87, and on that basis denies.

88. The allegations in Paragraph 88 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 88, and on that basis denies.

89. The allegations in Paragraph 89 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 89, and on that basis denies.

90. The allegations in Paragraph 90 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 90, and on that basis denies.

91. The allegations in Paragraph 91 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 91, and on that basis denies.

92. The allegations in Paragraph 92 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 92, and on that basis denies.

93. Visa denies the allegations in Paragraph 93.

94. The allegations in Paragraph 94 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 94, and on that basis denies, except refers to the testimony referenced therein, which speaks for itself.

95. The allegations in Paragraph 95 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 95, and on that basis denies, except refers to the report referenced therein, which speaks for itself.

**3. <u>MindGeek's SEO Technology Actively Commercialized Nonconsensual Content.</u>**

96. The allegations in Paragraph 96 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 96, and on that basis denies.

97. The allegations in Paragraph 97 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 97, and on that basis denies.

98. The allegations in Paragraph 98 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 98, and on that basis denies.

99. The allegations in Paragraph 99 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 99, and on that basis denies.

100. The allegations in Paragraph 100 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 100, and on that basis denies.

101. The allegations in Paragraph 101 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 101, and on that basis denies.

102. The allegations in Paragraph 102 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 102, and on that basis denies.

103. The allegations in Paragraph 103 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 103, and on that basis denies.

104. The allegations in Paragraph 104 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 104, and on that basis denies.

105. The allegations in Paragraph 105 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 105, and on that basis denies.

106. The allegations in Paragraph 106 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 106, and on that basis denies.

107. The allegations in Paragraph 107 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 107, and on that basis denies.

108. The allegations in Paragraph 108 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 108, and on that basis denies.

109. The allegations in Paragraph 109 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 109, and on that basis denies.

110. The allegations in Paragraph 110 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 110, and on that basis denies.

111. The allegations in Paragraph 111 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 111, and on that basis denies.

112. The allegations in Paragraph 112 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 112, and on that basis denies.

113. The allegations in Paragraph 113 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 113, and on that basis denies.

114. The allegations in Paragraph 114 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 114, and on that basis denies.

115. The allegations in Paragraph 115 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 115, and on that basis denies.

116. The allegations in Paragraph 116 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 116, and on that basis denies.

117. The allegations in Paragraph 117 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 117, and on that basis denies.

118. The allegations in Paragraph 118 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 118, and on that basis denies.

119. The allegations in Paragraph 119 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 119, and on that basis denies.

120. The allegations in Paragraph 120 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 120, and on that basis denies, except refers to the statute cited therein, which speaks for itself.

121. The allegations in Paragraph 121 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 121, and on that basis denies.

**4. <u>MindGeek Produced Nonconsensual Content.</u>**

122. The allegations in Paragraph 122 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 122, and on that basis denies.

123. The allegations in Paragraph 123 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 123, and on that basis denies.

124. The allegations in Paragraph 124 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 124, and on that basis denies.

125. The allegations in Paragraph 125 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 125, and on that basis denies.

126. The allegations in Paragraph 126 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 126, and on that basis denies.

127. The allegations in Paragraph 127 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 127, and on that basis denies.

128. The allegations in Paragraph 128 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 128, and on that basis denies.

129. The allegations in Paragraph 129 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 129, and on that basis denies.

130. The allegations in Paragraph 130 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 130, and on that basis denies.

131. The allegations in Paragraph 131 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 131, and on that basis denies.

132. The allegations in Paragraph 132 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 132, and on that basis denies.

133. The allegations in Paragraph 133 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 133, and on that basis denies.

### C. **MindGeek's Failure to Address or Mitigate the Existence of Illegal Content on its Sites.**

134. The allegations in Paragraph 134 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 134, and on that basis denies.

135. The allegations in Paragraph 135 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 135, and on that basis denies, except refers to the articles referenced therein, which speak for themselves.

136. The allegations in Paragraph 136 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 136, and on that basis denies.

137. The allegations in Paragraph 137 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 137, and on that basis denies.

138. The allegations in Paragraph 138 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 138, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

139. The allegations in Paragraph 139 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 139, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

140. The allegations in Paragraph 140 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 140, and on that basis denies.

141. The allegations in Paragraph 141 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 141, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

142. The allegations in Paragraph 142 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 142, and on that basis denies.

143. The allegations in Paragraph 143 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 143, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

144. The allegations in Paragraph 144 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 144, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

145. The allegations in Paragraph 145 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 145, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

146. The allegations in Paragraph 146 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 146, and on that basis denies, except refers to the essay referenced therein, which speaks for itself.

147. The allegations in Paragraph 147 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 147, and on that basis denies, except refers to the article referenced therein, which speaks for itself.

148. The allegations in Paragraph 148 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 148, and on that basis denies.

149. The allegations in Paragraph 149 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 149, and on that basis denies.

150. The allegations in Paragraph 150 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 150, and on that basis denies.

151. The allegations in Paragraph 151 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 151, and on that basis denies.

152. The allegations in Paragraph 152 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 152, and on that basis denies.

153. The allegations in Paragraph 153 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 153, and on that basis denies.

154. The allegations in Paragraph 154 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 154, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

155. The allegations in Paragraph 155 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 155, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

156. The allegations in Paragraph 156 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 156, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

157. The allegations in Paragraph 157 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 157, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

158. The allegations in Paragraph 158 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 158, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

159. The allegations in Paragraph 159 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 159, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

160. The allegations in Paragraph 160 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 160, and on that basis denies.

161. The allegations in Paragraph 161 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 161, and on that basis denies, except refers to the publications referenced therein, which speaks for themselves.

162. The allegations in Paragraph 162 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 162, and on that basis denies.

163. The allegations in Paragraph 163 and its subparts are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 163 and its subparts, and on that basis denies.

164. The allegations in Paragraph 164 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 164, and on that basis denies.

165. The allegations in Paragraph 165 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 165, and on that basis denies, except refers to the news reports referenced therein, which speaks for themselves.

166. The allegations in Paragraph 166 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 166, and on that basis denies.

167. The allegations in Paragraph 167 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 167, and on that basis denies.

168. The allegations in Paragraph 168 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph

168, and on that basis denies, except refers to the news investigation referenced therein, which speaks for itself.

169. The allegations in Paragraph 169 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 169, and on that basis denies.

170. The allegations in Paragraph 170 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 170, and on that basis denies.

171. The allegations in Paragraph 171 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 171, and on that basis denies.

172. The allegations in Paragraph 172 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 172, and on that basis denies.

173. The allegations in Paragraph 173 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 173, and on that basis denies.

### D. MindGeek's Active Concealment

174. The allegations in Paragraph 174 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 174, and on that basis denies.

175. The allegations in Paragraph 175 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 175, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

176. The allegations in Paragraph 176 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 176, and on that basis denies.

177. The allegations in Paragraph 177 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 177, and on that basis denies.

178. The allegations in Paragraph 178 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 178, and on that basis denies.

179. The allegations in Paragraph 179 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 179, and on that basis denies.

180. The allegations in Paragraph 180 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 180, and on that basis denies.

181. The allegations in Paragraph 181 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 181, and on that basis denies.

182. The allegations in Paragraph 182 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 182, and on that basis denies.

183. The allegations in Paragraph 183 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 183, and on that basis denies.

184. The allegations in Paragraph 184 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 184, and on that basis denies, except refers to the op-ed and Change.org campaign referenced therein, which speak for themselves.

185. The allegations in Paragraph 185 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 185, and on that basis denies.

186. The allegations in Paragraph 186 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 186, and on that basis denies.

187. The allegations in Paragraph 187 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 187, and on that basis denies.

188. The allegations in Paragraph 188 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 188, and on that basis denies, except refers to the social media source cited therein, which speaks for itself.

189. The allegations in Paragraph 189 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 189, and on that basis denies.

190. The allegations in Paragraph 190 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 190, and on that basis denies.

191. The allegations in Paragraph 191 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 191, and on that basis denies.

192. The allegations in Paragraph 192 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 192, and on that basis denies.

193. The allegations in Paragraph 193 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 193, and on that basis denies.

194. The allegations in Paragraph 194 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 194, and on that basis denies.

195. The allegations in Paragraph 195 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 195, and on that basis denies.

196. The allegations in Paragraph 196 and footnote 2 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 196 and footnote 2, and on that basis denies, except refers to the social media post cited therein, which speaks for itself.

197. The allegations in Paragraph 197 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 197, and on that basis denies, except refers to the social media post cited therein, which speaks for itself.

198. The allegations in Paragraph 198 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 198, and on that basis denies.

199. The allegations in Paragraph 199 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 199, and on that basis denies.

200. The allegations in Paragraph 200 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 200, and on that basis denies.

201. The allegations in Paragraph 201 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 201, and on that basis denies.

202. The allegations in Paragraph 202 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 202, and on that basis denies.

203. The allegations in Paragraph 203 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 203, and on that basis denies.

204. The allegations in Paragraph 204 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 204, and on that basis denies.

205. The allegations in Paragraph 205 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 205, and on that basis denies.

206. The allegations in Paragraph 206 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 206, and on that basis denies, except refers to the social media post referenced therein, which speaks for itself.

207. The allegations in Paragraph 207 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 207, and on that basis denies.

208. The allegations in Paragraph 208 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 208, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

209. The allegations in Paragraph 209 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 209, and on that basis denies.

210. The allegations in Paragraph 210 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 210, and on that basis denies.

211. The allegations in Paragraph 211 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 211, and on that basis denies.

212. The allegations in Paragraph 212 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 212, and on that basis denies.

213. The allegations in Paragraph 213 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 213, and on that basis denies.

214. The allegations in Paragraph 214 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 214, and on that basis denies.

215. The allegations in Paragraph 215 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 215, and on that basis denies.

216. The allegations in Paragraph 216 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 216, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

217. The allegations in Paragraph 217 and its subparts are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 217 and its subparts, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

218. The allegations in Paragraph 218 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 218, and on that basis denies, except refers to the reporting referenced therein, which speaks for itself.

219. The allegations in Paragraph 219 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 219, and on that basis denies.

220. The allegations in Paragraph 220 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 220, and on that basis denies.

## III. The Financiers And Visa Knowingly And Intentionally Participated In The Trafficking Venture

221. The allegations in Paragraph 221 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 221, and on that basis denies.

222. The allegations in Paragraph 222 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 222, and on that basis denies.

### A. Colbeck

223. The allegations in Paragraph 223 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 223, and on that basis denies.

224. The allegations in Paragraph 224 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 224, and on that basis denies.

225. The allegations in Paragraph 225 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 225, and on that basis denies.

226. The allegations in Paragraph 226 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 226, and on that basis denies.

227. The allegations in Paragraph 227 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 227, and on that basis denies.

228. The allegations in Paragraph 228 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 228, and on that basis denies.

229. The allegations in Paragraph 229 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 229, and on that basis denies.

230. The allegations in Paragraph 230 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 230, and on that basis denies.

231. The allegations in Paragraph 231 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 231, and on that basis denies.

232. The allegations in Paragraph 232 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 232, and on that basis denies.

233. The allegations in Paragraph 233 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 233, and on that basis denies.

234. The allegations in Paragraph 234 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 234, and on that basis denies.

235. The allegations in Paragraph 235 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 235, and on that basis denies.

236. The allegations in Paragraph 236 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 236, and on that basis denies.

237. The allegations in Paragraph 237 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 237, and on that basis denies.

238. The allegations in Paragraph 238 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 238, and on that basis denies.

239. The allegations in Paragraph 239 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 239, and on that basis denies.

240. The allegations in Paragraph 240 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 240, and on that basis denies.

241. The allegations in Paragraph 241 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 241, and on that basis denies.

242. The allegations in Paragraph 242 and its subparts are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 242 and its subparts, and on that basis denies.

243. The allegations in Paragraph 243 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 243, and on that basis denies.

244. The allegations in Paragraph 244 and its subparts are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 244 and its subparts, and on that basis denies.

245. The allegations in Paragraph 245 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 245, and on that basis denies.

246. The allegations in Paragraph 246 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 246, and on that basis denies.

247. The allegations in Paragraph 247 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 247, and on that basis denies.

248. The allegations in Paragraph 248 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 248, and on that basis denies.

249. The allegations in Paragraph 249 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 249, and on that basis denies.

250. The allegations in Paragraph 250 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 250, and on that basis denies.

251. The allegations in Paragraph 251 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 251, and on that basis denies.

252. The allegations in Paragraph 252 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 252, and on that basis denies.

253. The allegations in Paragraph 253 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 253, and on that basis denies.

254. The allegations in Paragraph 254 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 254, and on that basis denies.

255. The allegations in Paragraph 255 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 255, and on that basis denies.

256. The allegations in Paragraph 256 are directed at other defendants and do not require a response from Visa. Further, the claims against the Colbeck defendants have been dismissed. *See* ECF No. 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 256, and on that basis denies.

**B. Redwood**

257. The allegations in Paragraph 257 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 257, and on that basis denies.

258. The allegations in Paragraph 258 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 258, and on that basis denies.

259. The allegations in Paragraph 259 and its subparts are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 259 and its subparts, and on that basis denies.

260. The allegations in Paragraph 260 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 260, and on that basis denies.

261. The allegations in Paragraph 261 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 261, and on that basis denies.

262. The allegations in Paragraph 262 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 262, and on that basis denies.

263. The allegations in Paragraph 263 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and

Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 263, and on that basis denies.

264. The allegations in Paragraph 264 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 264, and on that basis denies.

265. The allegations in Paragraph 265 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 265, and on that basis denies.

266. The allegations in Paragraph 266 and its subparts are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 266 and its subparts, and on that basis denies.

267. The allegations in Paragraph 267 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 267, and on that basis denies.

268. The allegations in Paragraph 268 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 268, and on that basis denies.

269. The allegations in Paragraph 269 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 269, and on that basis denies.

270. The allegations in Paragraph 270 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 270, and on that basis denies.

271. The allegations in Paragraph 271 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 271, and on that basis denies.

272. The allegations in Paragraph 272 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 272, and on that basis denies.

273. The allegations in Paragraph 273 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 273, and on that basis denies.

274. The allegations in Paragraph 274 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 274, and on that basis denies.

275. The allegations in Paragraph 275 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 275, and on that basis denies.

276. The allegations in Paragraph 276 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 276, and on that basis denies.

277. The allegations in Paragraph 277 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 277, and on that basis denies.

278. The allegations in Paragraph 278 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 278, and on that basis denies.

279. The allegations in Paragraph 279 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 279, and on that basis denies.

280. The allegations in Paragraph 280 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 280, and on that basis denies.

281. The allegations in Paragraph 281 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 281, and on that basis denies.

282. The allegations in Paragraph 282 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 282, and on that basis denies.

283. The allegations in Paragraph 283 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 283, and on that basis denies.

284. The allegations in Paragraph 284 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood defendants have been dismissed. *See* ECF No. 733. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 284, and on that basis denies.

285. The allegations in Paragraph 285 are directed at other defendants and do not require a response from Visa. Further, the claims against the Redwood and Colbeck defendants have been dismissed. *See* ECF Nos. 733, 735. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 285, and on that basis denies.

**C. Visa**

286. Visa denies the allegations in Paragraph 286.

287. Visa denies the allegations in Paragraph 287.

288. Visa denies the allegations in Paragraph 288.

289. Visa denies the allegations in Paragraph 289.

290. Visa denies the allegations in Paragraph 290.

291. Visa denies the allegations in Paragraph 291.

292. Visa denies the allegations in Paragraph 292.

293. Visa lacks knowledge or information sufficient to admit or deny the allegation regarding MindGeek's motivation for utilizing Visa's services, and on that basis denies. Visa otherwise denies the allegations in Paragraph 293.

**1. Visa's Knowledge**

294. Visa denies the allegations in Paragraph 294.

295. Visa denies the allegations in Paragraph 295.

296. Visa denies the allegations in Paragraph 296.

297. Visa denies the allegations in Paragraph 297.

298. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 298, and on that basis denies, and denies its alleged awareness of the same.

299. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 299, and on that basis denies, and denies its alleged awareness of the same.

300. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 300, and on that basis denies, and denies its alleged awareness of the same.

301. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 301, and on that basis denies, and denies its alleged awareness of the same.

302. Visa denies the allegations in Paragraph 302.

**2. <u>Visa's Intentional Participation</u>**

303. Visa denies the allegations in Paragraph 303.

304. Visa denies the allegations in Paragraph 304.

305. Visa denies the allegations in Paragraph 305.

306. Visa denies the allegations in Paragraph 306.

307. Visa denies the allegations in Paragraph 307.

308. Visa denies the allegations in Paragraph 308.

309. Visa denies the allegations in Paragraph 309.

310. Visa denies the allegations in Paragraph 310.

311. Visa denies the allegations in Paragraph 311.

312. Visa lacks knowledge or information sufficient to admit or deny the allegations regarding legal actions against GirlsDoPorn and its founders in Paragraph 312, and on that basis denies. Visa otherwise denies the allegations in Paragraph 312.

313. Visa lacks knowledge or information sufficient to admit or deny the allegations regarding activist campaigns in Paragraph 313, and on that basis denies. Visa otherwise denies the allegations pertaining to Visa in Paragraph 313.

314. Visa denies the allegations in Paragraph 314, except refers to Visa's statement, which speaks for itself.

315. Visa denies the allegations in Paragraph 315.

316. Visa denies the allegations in Paragraph 316.

317. Visa denies the allegations in Paragraph 317.

318. Visa lacks knowledge or information sufficient to admit or deny the allegations regarding the status of Fleites' videos on MindGeek's website or MindGeek's awareness of a *New York Times* story, and on that basis denies. Visa otherwise denies the allegations in Paragraph 318.

319. Visa denies the allegations in Paragraph 319.

320. Visa denies the allegations in Paragraph 320, except refers to Visa's statement, which speaks for itself.

321. Visa denies the allegations in Paragraph 321.

322. Visa denies the allegations in Paragraph 322, except refers to the article cited therein, which speaks for itself.

323. Visa lacks knowledge or information sufficient to admit or deny the allegations regarding the "immediate" and "seismic" impact of the *New York Times* article in Paragraph 323, and on that basis denies. Visa otherwise denies the allegations in Paragraph 323.

324. Visa denies the allegations in Paragraph 324, except refers to the Twitter post, which speaks for itself.

325. Visa lacks knowledge or information sufficient to admit or deny the allegations regarding Mastercard in Paragraph 325, and on that basis denies. Visa otherwise denies the allegations in Paragraph 325 and footnote 3.

## IV. Plaintiff Was Exploited by MindGeek's Trafficking Venture

326. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 326, and on that basis denies.

327. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 327, and on that basis denies.

328. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 328, and on that basis denies.

329. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 329, and on that basis denies.

330. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 330, and on that basis denies.

331. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 331, and on that basis denies.

332. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 332, and on that basis denies.

333. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 333, and on that basis denies.

334. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 334, and on that basis denies.

335. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 335, and on that basis denies.

336. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 336, and on that basis denies.

337. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 337, and on that basis denies.

338. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 338, and on that basis denies.

339. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 339, and on that basis denies.

340. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 340, and on that basis denies.

341. Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 341, and on that basis denies.

342. Certain allegations in Paragraph 342 are directed at other defendants and do not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in

Paragraph 342 pertaining to other defendants, and on that basis denies. Visa otherwise denies the allegations pertaining to Visa in Paragraph 342.

**CAUSES OF ACTION**

**COUNT I**

**(VIOLATION OF 18 U.S.C. §§ 1591 (A)(2), 1595)**

**(AGAINST MINDGEEK )**

343. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

344. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 344, and on that basis denies.

345. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 345, and on that basis denies.

346. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 346, and on that basis denies.

347. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 347, and on that basis denies.

348. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 348, and on that basis denies.

349. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 349, and on that basis denies.

350. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 350, and on that basis denies.

351. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 351, and on that basis denies.

352. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 352, and on that basis denies.

353. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 353, and on that basis denies.

354. Count I is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 354, and on that basis denies.

**COUNT II**

**(VIOLATION OF 18 U.S.C. §§ 1591, 1595)**

**(AGAINST REDWOOD AND COLBECK)**

355. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

356. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 356, and on that basis denies.

357. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 357, and on that basis denies.

358. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 358, and on that basis denies.

359. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 359, and on that basis denies.

360. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 360, and on that basis denies.

361. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 361, and on that basis denies.

362. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 362, and on that basis denies.

363. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 363, and on that basis denies.

364. Count II is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 364, and on that basis denies.

**COUNT III**

**(VIOLATION OF 18 U.S.C. §§ 1594(c), 1595)**

**(AGAINST ALL DEFENDANTS)**

365. Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

366. Visa denies the allegations in Paragraph 366.

367. Visa denies the allegations in Paragraph 367 and all subparts therein.

368. Visa denies the allegations in Paragraph 368.

369. Visa denies the allegations in Paragraph 369.

370. Visa denies the allegations in Paragraph 370.

371. Visa denies the allegations in Paragraph 371.

372. Visa denies the allegations in Paragraph 372.

373. Visa denies the allegations in Paragraph 373.

374. Visa denies the allegations in Paragraph 374.

**COUNT IV**

**(VIOLATION OF 18 U.S.C. §§ 2252, 2255)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

375. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

376. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 376, and on that basis denies.

377. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 377, and on that basis denies.

378. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 378, and on that basis denies.

379. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 379, and on that basis denies.

380. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 380, and on that basis denies.

381. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 381, and on that basis denies.

382. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 382, and on that basis denies.

383. Count IV is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 383, and on that basis denies.

**COUNT V**

**(VIOLATION OF 18 U.S.C. §§ 2252A, 2255)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

384. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

385. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 385, and on that basis denies.

386. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 386, and on that basis denies.

387. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 387, and on that basis denies.

388. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 388, and on that basis denies.

389. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 389, and on that basis denies.

390. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 390, and on that basis denies.

391. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 391, and on that basis denies.

392. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 392, and on that basis denies.

393. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 393, and on that basis denies.

394. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 394, and on that basis denies.

395. Count V is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 395, and on that basis denies.

**COUNT VI**

**(PUBLIC DISCLOSURE OF PRIVATE FACTS)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

396. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

397. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 397, and on that basis denies.

398. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 398, and on that basis denies.

399. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 399, and on that basis denies.

400. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 400, and on that basis denies.

401. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 401, and on that basis denies.

402. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 402, and on that basis denies.

403. Count VI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 403, and on that basis denies.

**COUNT VII**

**(INTRUSION INTO PRIVATE AFFAIRS)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

404. Count VII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

405. Count VII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 405, and on that basis denies.

406. Count VII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 406, and on that basis denies.

407. Count VII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 407, and on that basis denies.

408. Count VII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 408, and on that basis denies.

**COUNT VIII**

**(PLACING PLAINTIFF IN FALSE LIGHT)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

409. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

410. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 410, and on that basis denies.

411. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 411, and on that basis denies.

412. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 412, and on that basis denies.

413. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 413, and on that basis denies.

414. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 414, and on that basis denies.

415. Count VIII is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 415, and on that basis denies.

**COUNT IX**

**(NEGLIGENCE)**

**(AGAINST THE MINDGEEK DEFENDANTS)**

416. Count IX is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

417. Count IX is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 417, and on that basis denies.

418. Count IX is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 418, and on that basis denies.

419. Count IX is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 419, and on that basis denies.

420. Count IX is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 420, and on that basis denies.

## COUNT X

## (VIOLATION OF CAL. BUS. & PROF. CODE § 17200)

## (AGAINST ALL DEFENDANTS)

421. Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

422. Visa denies the allegations in Paragraph 422.

423. Visa denies the allegations in Paragraph 423.

424. Visa denies the allegations in Paragraph 424.

425. Visa denies the allegations in Paragraph 425.

426. Visa denies the allegations in Paragraph 426.

427. Visa denies the allegations in Paragraph 427.

428. Visa denies the allegations in Paragraph 428.

429. Visa denies the allegations in Paragraph 429.

## COUNT XI

## (CALIFORNIA PRODUCTS LIABILITY DESIGN-DEFECT)

## (AGAINST MINDGEEK)

430. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa incorporates by reference its responses to all of the allegations in the TAC as if fully set forth herein.

431. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 431, and on that basis denies.

432. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 432, and on that basis denies.

433. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 433, and on that basis denies.

434. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 434, and on that basis denies.

435. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 435, and on that basis denies.

436. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 436, and on that basis denies.

437. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 437, and on that basis denies.

438. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 438, and on that basis denies.

439. Count XI is directed at other defendants and does not require a response from Visa. To the extent that a response is required, Visa lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 439, and on that basis denies.

**COUNT XII**

**(CIVIL CONSPIRACY)**

**(AGAINST ALL DEFENDANTS)**

**(DISMISSED AS TO VISA)**

440. The Court has dismissed Count XII as to Visa. *See* ECF No. 732.

441. The Court has dismissed Count XII as to Visa. *See* ECF No. 732.

442. The Court has dismissed Count XII as to Visa. *See* ECF No. 732.

443. The Court has dismissed Count XII as to Visa. *See* ECF No. 732.

444. The Court has dismissed Count XII as to Visa. *See* ECF No. 732.

**PRAYER FOR RELIEF**

The Prayer for Relief states conclusions of law to which no response is required. To the extent that a response is required, Visa denies the allegations in the Prayer for Relief and all subparts thereof. Visa denies that Plaintiff is entitled to any relief on any of the claims asserted against Visa in the TAC.

**AFFIRMATIVE DEFENSES**

Visa reserves the right to rely upon any of the following or additional defenses to claims asserted by Plaintiff to the extent that such defenses are supported by information developed through discovery or evidence at trial. Without assuming the burden to prove that which properly falls on Plaintiff, Visa pleads the following separate and additional defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The TAC, and each cause of action alleged against Visa therein, fails to state facts sufficient to constitute a cause of action against Visa upon which relief can be granted. Plaintiff's allegations against Visa are legally insufficient, consisting of conclusory assertions devoid of factual enhancement. Visa is a remote intermediary that provided general payment processing services via acquiring banks to MindGeek, and Plaintiff does not plausibly allege an agreement, knowledge, or intent to join a

conspiracy in furtherance of the wrongful conduct alleged.

**SECOND AFFIRMATIVE DEFENSE**

**(Intervening and Superseding Cause)**

Plaintiff's alleged damages, if any, resulted from independent, unforeseeable, superseding, and/or intervening acts of third parties, including the individuals who recorded, uploaded, and re-uploaded the content at issue, over whom Visa had no right, authority, or control. Such conduct constitutes the sole proximate cause or an independent intervening cause of the alleged damages.

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Proximate Causation)**

Visa's conduct, if any, was not the proximate cause of Plaintiff's alleged injuries. Any injuries suffered by Plaintiff were proximately caused by the criminal or otherwise unlawful acts of third-party individuals who created, recorded, uploaded, and disseminated the content without Plaintiff's consent, and not by any act or omission of Visa.

**FOURTH AFFIRMATIVE DEFENSE**

**(Apportionment of Damages / Setoff)**

The losses alleged give rise to an apportionment of damages, if any, in relation to the degree of fault of the parties and/or nonparties. Visa is entitled to a setoff for all settlements, compensation, or other payments that Plaintiff has received, or may receive, as a result of the incidents alleged in the TAC. Visa reserves the right to amend this affirmative defense to identify additional individuals or entities responsible, in whole or in part, for Plaintiff's damages as they are revealed through investigation and discovery in this case.

**FIFTH AFFIRMATIVE DEFENSE**

**(Safe Harbor / No Actionable Claim Under the UCL)**

Plaintiff's claims, including any claim under California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 ("UCL"), are barred in whole or in part because

the conduct challenged by Plaintiff is expressly authorized, affirmatively permitted, or otherwise protected by the applicable statutory and regulatory scheme governing payment processing and card network operations. A plaintiff may not use the UCL to challenge conduct that the Legislature has permitted, or a claim that another provision bars. Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co., 20 Cal. 4th 163, 182–84 (1999). Visa therefore invokes the legislative and regulatory safe harbor applicable to the challenged conduct. In addition, Plaintiff's UCL claim independently fails because Plaintiff does not allege injury to competition or to consumers as required to sustain a claim under the "unfair" prong, and lacks standing to challenge any statements alleged to be "fraudulent" absent an allegation that Plaintiff lost money or property as a result of those statements.

**SIXTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiff's claims against Visa are barred, in whole or in part, by the applicable statutes of limitations. The conduct giving rise to Plaintiff's claims occurred outside the applicable limitations periods, and Plaintiff's claims, as alleged, accrued more than the applicable number of years prior to the filing of this action. As a result, the applicable limitations periods have expired, regardless of whether any tolling, discovery-rule, continuing-violation, or conspiracy-withdrawal theory would otherwise extend them. Visa reserves the right to assert additional facts and arguments in support of this defense, including as to the specific dates of the conduct at issue, as discovery proceeds.

Dated: September 8, 2026

RESPECTFULLY SUBMITTED,

*/s/ Drew Tulumello*

DREW TULUMELLO (#196484)
drew.tulumello@weil.com
MARK A. PERRY (#212532)
mark.perry@weil.com
JOSHUA M. WESNESKI (*pro hac vice*)
Joshua.Wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

-and-

ADAM FEE (#345075)
adam.fee@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue Of The Stars
Los Angeles, CA 90067
Tel: 213 667 5100
Fax: 213 667 5111

*Attorneys for Defendant Visa Inc.*